MCGUIREWOODS LLP
ALICIA A. BAIARDO SBN #254228
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendants,
Wells Fargo Bank, N.A. and Wells Fargo & Co.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>　　　　　Defendant. | CASE NO. 3:22-cv-00990-JD<br><br>The Hon. James Donato<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Compl. Filed: February 17, 2022<br>FAC Filed: April 14, 2022 |

Pursuant to Civil Local Rule 6-2, Plaintiffs Christopher Williams, Sam Albury, and Shaia Beckwith Simmons ("Plaintiffs") and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. (collectively "Wells Fargo") hereby stipulate as follows:

## RECITALS

WHEREAS, on February 17, 2022, Plaintiff Williams filed the Complaint in this action against Wells Fargo in the Northern District of California, San Francisco Division;

WHEREAS, on April 14, 2022, Plaintiffs filed their First Amended Complaint;

WHEREAS, on April 26, 2022, the Parties filed a joint stipulation to extend Wells Fargo's time to respond to the First Amended Complaint from May 5, 2022 until June 3, 2022;

WHEREAS, the Initial Case Management Conference is currently set for May 19, 2022, at 1:30 p.m., with the Joint Case Management Statement and related materials due on May 12, 2022, [Dkt. #15];

WHEREAS, Plaintiffs have agreed to provide Wells Fargo a slight extension to respond to the First Amended Complaint, by one week, to June 10, 2022;

WHEREAS, good cause exists to adjust this date in order to give the Parties time to further evaluate and assess the claims in the First Amended Complaint and proceed accordingly;

WHEREAS, the Parties agree to continue the Initial Case Management Conference to sometime after Wells Fargo's proposed response deadline of June 10, 2022, and to adjust the remaining deadlines set forth in Dkt #15 accordingly.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Wells Fargo through their respective undersigned counsel that:

1. Wells Fargo's deadline to respond to the First Amended Complaint will be continued to June 10, 2022.

2. The Initial Case Management Conference will be continued to a date and time that is convenient for the Court to sometime after June 10, 2022, and related deadlines set forth in Dkt #15 will be adjusted accordingly.

| | |
|---|---|
| DATED: May 9, 2022 | By: /s/ Alicia A. Baiardo |
| | Alicia A. Baiardo |
| | *Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company* |
| | |
| DATED: May 9, 2022 | **STOWELL & FRIEDMAN, LTD.** |
| | |
| | By: /s/ Suzanne Elaine Bish |
| | Linda D. Friedman |
| | Daniel Lewin |
| | George S. Robot |
| | Jared Calvert |
| | Suzanne Elaine Bish |
| | |
| | **SANI LAW, APC** |
| | Sam Sani |
| | |
| | **BEN CRUMP, PLLC** |
| | Benjamin Crump |
| | |
| | *Attorneys for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Alicia A. Baiardo*
Alicia A. Baiardo

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I electronically filed the foregoing document entitled **JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: May 9, 2022

By:/s/ *Alicia A. Baiardo*
Alicia A. Baiardo