**MCGUIREWOODS LLP**
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
AVA E. LIAS-BOOKER (*Pro Hac Vice Forthcoming*)
aliasbooker@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice Forthcoming*)
jgardner@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

KOBI K. BRINSON (*Pro Hac Vice Forthcoming*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice Forthcoming*)
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: 704.350.7700
Facsimile: 704.350-7800

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>　　　　　Defendants. | Case No. 3:22-CV-00990-JD<br><br>**NOTICE OF APPEARANCE OF AMANDA L. GROVES**<br><br>Complaint filed: February 17, 2022 |

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Amanda L. Groves of Winston & Strawn LLP, 333 S. Grand |
| 3 | Avenue, 38th Floor, Los Angeles, CA 90071, duly admitted to this Court, hereby enters an |
| 4 | appearance in the above-captioned matter as additional counsel for Defendants WELLS FARGO |
| 5 | BANK, N.A.; WELLS FARGO & COMPANY. The undersigned respectfully requests to be |
| 6 | included on the Court's notification of all electronic filings in the action, and that papers or |
| 7 | documents not subject to electronic filing be served at the address on the caption above. |

Dated: May 27, 2022

WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
Amanda L. Groves (SBN: 187216)
agroves@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & COMPANY