BENJAMIN L. CRUMP (pro hac vice)
BEN CRUMP, PLLC
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
(800) 713-1222
court@bencrump.com

LINDA D. FRIEDMAN (pro hac vice)
SUZANNE E. BISH (pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St.
Suite 2600
Chicago, Illinois 60606
(312) 431-0888
Lfriedman@sfltd.com

SAM SANI (SBN 2733993) (Local Counsel)
SANI LAW, APC
15720 Ventura Blvd., Suite 405
Encino, CA 91436
Telephone:    (310) 935-0405
Facsimile:    (310) 935-0409
ssani@sanilawfirm.com

Attorneys for Plaintiffs
CHRISTOPHER WILLIAMS, SAM ALBURY, AND SHAIA BECKWITH SIMMONS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>Defendant. | CASE NO: 3:22-cv-00990-JD<br><br>**PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Hon. James Donato |

PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, 3:22-cv-00990-JD

466496

Pursuant to Local Rules 3-12 and 7-11, Plaintiffs Christopher Williams ("Williams"), Sam Albury ("Albury"), and Shaia Beckwith Simmons ("Simmons") (Williams, Albury, and Simmons collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their attorneys, hereby file Plaintiffs' Response to Administrative Motion to Consider Whether Cases Should be Related and state as follows:

Plaintiff Christopher Williams filed this lawsuit challenging Wells Fargo's racially discriminatory lending practices on a class-wide basis on February 17, 2022; he later amended the complaint to add additional plaintiffs and allegations. The *Williams* lawsuit was filed only after considerable investigation, statistical analysis, and discussions with Wells Fargo concerning its lending practices.

Bloomberg News published an investigative news report on March 10, 2022, detailing racial disparities in Wells Fargo's lending based on publicly available data. On March 18, 2022, the *Braxton* lawsuit was filed, quoting heavily from the Bloomberg news report, which appears to be the sole basis of the *Braxton* lawsuit.

The cases are not necessarily related at this juncture. The *Williams* complaint is broader than the *Braxton* case and, importantly, is first-filed and can proceed expeditiously. As a result, it is not likely that the cases will result in "an unduly burdensome duplication of labor and expense or conflicting results" if they proceed before different Judges. Plaintiffs respectfully submit that the *Braxton* case could be stayed or dismissed without prejudice pending the outcome of class certification in this case. Putative class counsel in this case have a long history of class litigation of race discrimination cases (including against Wells Fargo) and obtaining substantial monetary and programmatic relief.

Counsel for Plaintiffs and Wells Fargo in this case have agreed to meet to discuss Plaintiffs' statistical findings on June 7, 2022 in Philadelphia. Plaintiffs respectfully request that the Court

PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED, 3:22-cv-00990-JD, - 2 -

466496

delay making any findings of relatedness until the parties may be heard (after their meeting) at the June 16, 2022 conference set by this Court or at another date set by this Court. The *Williams* plaintiffs believe that the best interests of the class are served by allowing them to zealously represent the class and proceed with this class action.

Respectfully submitted,

BEN CRUMP, PLLC

BENJAMIN CRUMP (pro hac vice)
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
Tel: (800) 713-1222
court@bencrump.com

STOWELL & FRIEDMAN, LTD.

By: */s/ Linda D. Friedman*
LINDA D. FRIEDMAN (pro hac vice)
SUZANNE E. BISH (pro hac vice)
**STOWELL & FRIEDMAN LTD.**
303 W. Madison St.
Suite 2600
Chicago, Illinois 60606
Phone: (312) 431-0888
Lfriedman@sfltd.com

SANI LAW FIRM
*/s/ Sam Sani*
SAM SANI (local counsel)
**SANI LAW FIRM**
15720 Ventura Blvd.
Suite 405
Encino, CA 94612
Tel: (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs Williams, Albury, Simmons, individually and on behalf of all others similarly situated*

PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED, 3:22-cv-00990-JD, - 3 -

466496