1
2
3
4
5
6
7

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice Admission*)
alias-booker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice Admission*)
jgardner@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

8
9
10
11
12
13

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice Admission*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice Admission*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

14

*Attorneys for Defendant Wells Fargo & Co.*

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

SAN FRANCISCO DIVISION

18
19
20
21
22
23
24
25
26

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>Defendants. | CASE NO: 3:22-cv-00990-JD<br><br>The Hon. James Donato<br><br>**DEFENDANT WELLS FARGO & CO.'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |

27
28

Defendant Wells Fargo & Co. hereby answers the Amended Class Action Complaint ("Amended Complaint") filed by Plaintiffs Christopher Williams, Sam Albury, and Shaia Beckwith Simmons (collectively, "Plaintiffs").[1]

## JURISDICTION, VENUE, AND DIVISIONAL ASSIGNMENT[2]

1.      Answering paragraph 1, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent that a response is required, Wells Fargo & Co. does not challenge the subject matter jurisdiction of this Court.  It admits that it is incorporated in Delaware and its principal place of business is in San Francisco, California.    As to all remaining allegations, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

2.      Answering paragraph 2, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent that a response is required, Wells Fargo & Co. does not challenge the venue of this Court, but otherwise denies the allegations in the paragraph.

## PARTIES

3.      Answering paragraph 3, Wells Fargo & Co. admits that the allegations reference Wells Fargo & Co.'s Form 10-K filed for the fiscal year ending on December 31, 2020 and Wells Fargo & Co.'s news release dated May 17, 2021 titled "Wells Fargo Launches Banking Inclusion Initiative to accelerate unbanked households' access to affordable transactional accounts."  The contents of those documents speak for themselves.  To the extent that the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co.'s principal business is to act as a holding company for its

---

[1] Wells Fargo & Co. is not required to respond to the headings, sub-headings, or footnotes of the Amended Complaint, but, to the extent that any response is required, unless otherwise expressly stated herein, Wells Fargo & Co. denies any such allegations.

[2] Wells Fargo & Co. includes titles and headings located in Plaintiffs' Amended Complaint for ease of reference, but denies any and all allegations contained within such titles and/or headings unless otherwise expressly admitted herein.

subsidiaries.  It does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

4.      Answering paragraph 4, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.

5.      Answering paragraph 5, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

6.      Answering paragraph 6, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

7.      Answering paragraph 7, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

DEFENDANT WELLS FARGO & CO'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

# FACTUAL ALLEGATIONS[3]

8.      Answering paragraph 8, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

9.      Answering paragraph 9, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

10.     Answering paragraph 10, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

11.     Answering paragraph 11, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

---

[3] Wells Fargo & Co. includes titles and headings located in Plaintiffs' Amended Complaint for ease of reference, but denies any and all allegations contained within such titles and/or headings unless otherwise expressly admitted herein.

DEFENDANT WELLS FARGO & CO'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

1   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

2   entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

3   discrimination.

4   12.   Answering paragraph 12, Wells Fargo & Co. responds that the allegations are legal

5   conclusions to which no response is required.  To the extent a response is required, Wells Fargo &

6   Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations or

7   the accuracy of the calculations used to generate the alleged standard deviation, and on that basis,

8   denies them and any conclusions alleged to be drawn from them.

9   13.   Answering paragraph 13, Wells Fargo & Co. responds that, to the extent the

10   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

11   & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

12   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

13   entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

14   discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

15   respect and has no involvement with the alleged mortgage policies referenced in the Amended

16   Complaint.

17   14.   Answering paragraph 14, Wells Fargo & Co. responds that, to the extent the

18   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

19   & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

20   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

21   entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any

22   discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any

23   respect and has no involvement with the alleged mortgage policies referenced in the Amended

24   Complaint.

25   15.   Answering paragraph 15, Wells Fargo & Co. responds that, to the extent the

26   allegations contained in this paragraph are directed at another entity, no response from Wells Fargo

27   & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

28   sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

entity, and on that basis, denies them.  Wells Fargo & Co. admits that paragraph 15 references written jury verdicts and settlement agreements. The contents of those documents speak for themselves.  To the extent the allegations of this paragraph contradict or mischaracterize said documents, Wells Fargo & Co. denies those allegations.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

16.     Answering paragraph 16, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

17.     Answering paragraph 17, Wells Fargo & Co. admits that the allegations reference a written settlement agreement.  The contents of that document speak for themselves. To extent the allegations of this paragraph contradict or mischaracterize said document, Wells Fargo & Co. denies those allegations.  In reaching a settlement in *City of Philadelphia v. Wells Fargo & Co., et al.*, No. 2:17-cv-02203-AB (E.D. Pa. 2019), Wells Fargo & Co. strongly disputed the allegations made by the city in the lawsuit and did not admit any liability in the agreement.

18.     Answering paragraph 18, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

19.     Answering paragraph 19, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any

discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

20.     Answering paragraph 20, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

21.     Answering paragraph 21, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.  Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

22.     Answering paragraph 22, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it engages in any discrimination.

23.     Answering paragraph 23, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

24.     Answering paragraph 24, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

25.     Answering paragraph 25, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

26.     Answering paragraph 26, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity directed at that entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in

any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

27. Answering paragraph 27, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it engages in any discrimination. Wells Fargo & Co. further states that it does not originate or service loans in any respect and has no involvement with the alleged mortgage policies referenced in the Amended Complaint.

## **PLAINTIFF WERE INJURED BY DEFENDANTS' DISCRIMINATORY POLICIES AND PRACTICES[4]**

**Christopher Williams**

28. Answering paragraph 28, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. specifically denies that it had any communications with Christopher Williams.

29. Answering paragraph 29, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

[4] Wells Fargo & Co. includes titles and headings located in Plaintiffs' Amended Complaint for ease of reference, but denies any and all allegations contained within such titles and/or headings unless otherwise expressly admitted herein.

entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Christopher Williams.

30.    Answering Paragraph 30, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Christopher Williams.

31.    Answering paragraph 31, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Christopher Williams.

32.    Answering paragraph 32, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Christopher Williams.

**Sam Albury**

33.    Answering paragraph 33, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Sam Albury.

DEFENDANT WELLS FARGO & CO'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

34.      Answering paragraph 34, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Sam Albury.

35.      Answering paragraph 35, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any communications with Sam Albury.

**Shaia Beckwith Simmons**

36.      Answering paragraph 36, Wells Fargo & Co. lacks sufficient knowledge or information to form a belief as to the truth of the allegations and on that basis, deny them.

37.      Answering paragraph 37, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending relationship with Shaia Beckwith Simmons.

38.      Answering paragraph 38, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending relationship with Shaia Beckwith Simmons.

39.     Answering paragraph 39, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending relationship with Shaia Beckwith Simmons.

40.     Answering paragraph 40, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending relationship with Shaia Beckwith Simmons.

41.     Answering paragraph 41, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending relationship with Shaia Beckwith Simmons.

42.     Answering paragraph 42, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending relationship with Shaia Beckwith Simmons.

43.     Answering paragraph 43, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other

1   entity, and on that basis, denies them.  Wells Fargo & Co. specifically denies that it had any lending

2   relationship with Shaia Beckwith Simmons.

3                                    **CLASS ALLEGATIONS**

4        44.    Answering paragraph 44, Wells Fargo & Co. responds that paragraph 44 is a

5   characterization of Plaintiffs' putative class to which no response is required.  To the extent that

6   paragraph 44 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

7   & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose

8   behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

9   action requirements, and denies that nationwide class treatment, or any class treatment for that

10  matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

11  the allegations.  Wells Fargo & Co. specifically denies that it is an entity from which any applicants

12  apply for, receive, or maintain credit related to residential real estate.

13       45.    Answering paragraph 45, Wells Fargo & Co. responds that paragraph 45 is a

14  characterization of Plaintiffs' putative class to which no response is required.  To the extent that

15  paragraph 45 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

16  & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose

17  behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

18  action requirements, and denies that nationwide class treatment, or any class treatment for that

19  matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

20  the allegations, specifically denies that it is an entity from which any applicants apply for, receive,

21  or maintain credit related to residential real estate, and specifically denies that it engages in any

22  discrimination.

23       46.    Answering paragraph 46, Wells Fargo & Co. responds that paragraph 46 is a

24  characterization of Plaintiffs' putative class to which no response is required.  To the extent that

25  paragraph 46 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

26  & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose

27  behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

28  action requirements, and denies that nationwide class treatment, or any class treatment for that

1   matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

2   the allegations.

3       47.     Answering paragraph 47, Wells Fargo & Co. responds that paragraph 47 is a

4   characterization of Plaintiffs' putative class to which no response is required.  To the extent that

5   paragraph 47 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

6   & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose

7   behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

8   action requirements, and denies that nationwide class treatment, or any class treatment for that

9   matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

10  the allegations.

11      48.     Answering paragraph 48, Wells Fargo & Co. responds that paragraph 48 is a

12  characterization of Plaintiffs' putative class to which no response is required.  To the extent that

13  paragraph 48 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

14  & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose

15  behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

16  action requirements, and denies that nationwide class treatment, or any class treatment for that

17  matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

18  the allegations.

19      49.     Answering paragraph 49, Wells Fargo & Co. responds that paragraph 49 is a

20  characterization of Plaintiffs' putative class to which no response is required.  To the extent that

21  paragraph 49 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo

22  & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose

23  behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class

24  action requirements, and denies that nationwide class treatment, or any class treatment for that

25  matter, is appropriate.  To the extent that a further response is required, Wells Fargo & Co. denies

26  the allegations, specifically denies that it is an entity from which any applicants apply for, receive,

27  or maintain credit related to residential real estate, and specifically denies that it engages in any

28  discrimination.

50. Answering paragraph 50, Wells Fargo & Co. responds that paragraph 50 is a characterization of Plaintiffs' putative class to which no response is required. To the extent that paragraph 50 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations.

51. Answering paragraph 51, Wells Fargo & Co. responds that paragraph 51 is a characterization of Plaintiffs' putative class to which no response is required. To the extent that paragraph 51 is intended to suggest that Plaintiffs have defined an ascertainable class, Wells Fargo & Co. specifically denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate. To the extent that a further response is required, Wells Fargo & Co. denies the allegations.

### COUNT I

### EQUAL CREDIT OPPORTUNITY ACT

52. Answering paragraph 52, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 51 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

53. Answering paragraph 53, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. responds that the Equal Credit Opportunity Act ("ECOA") is a written statute that speaks for itself. To the extent that paragraph 53 misstates or mischaracterizes the ECOA, Wells Fargo & Co. denies those allegations.

54.     Answering paragraph 54, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 54 and specifically denies that it regularly extends, renews, or continues credit.

55.     Answering paragraph 55, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 55, specifically denies that engages in any loan origination, refinancing, and underwriting practices, and specifically denies that it engages in any discrimination.

56.     Answering paragraph 56, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 56, specifically denies that engages in any loan origination, refinancing, and underwriting practices, and specifically denies that it engages in any discrimination.

57.     Answering paragraph 57, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 57, specifically denies that engages in any loan origination, refinancing, and underwriting practices, and specifically denies that it engages in any discrimination.

58.     Answering paragraph 58, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 58.

## COUNT II

### RACE DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981

59.     Answering paragraph 59, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 58 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

60.     Answering paragraph 60, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that 42 U.S.C. § 1981 is a written statute that speaks for itself.  To the extent that paragraph 60 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

61.     Answering paragraph 61, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 61, specifically denies that makes, performs, modifies, or terminates residential mortgage contracts, and specifically denies that it engages in any discrimination.

62.     Answering paragraph 62, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks

sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 62, specifically denies that engages in any mortgage loan origination, refinancing, or underwriting, and specifically denies that it engages in any discrimination.

63.     Answering paragraph 63, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in paragraph 63, specifically denies that engages in any mortgage loan origination, refinancing, or underwriting, and specifically denies that it engages in any discrimination.

## COUNT III

### RACE DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1982

64.     Answering paragraph 64, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 63 as if fully set forth herein. Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

65.     Answering paragraph 65, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required. To the extent a response is required, Wells Fargo & Co. responds that 42 U.S.C. § 1982 is a written statute that speaks for itself. To the extent that paragraph 65 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

66.     Answering paragraph 66, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required. To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them. Wells Fargo & Co. denies the remaining allegations in

paragraph 66, specifically denies that engages in any mortgage loan origination, refinancing, or underwriting, and specifically denies that it engages in any discrimination.

67.     Answering paragraph 67, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 67, specifically denies that engages in any mortgage loan origination, refinancing, or underwriting, and specifically denies that it engages in any discrimination.

68.     Answering paragraph 68, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 68.

## <u>COUNT IV</u>

### RACE DISCRIMINATION IN VIOLATION OF THE FAIR HOUSING ACT OF 1968, 42 U.S.C. § 3601 *et seq.*

69.     Answering paragraph 69, Wells Fargo & Co. incorporates its responses to paragraphs 1 through 68 as if fully set forth herein.  Wells Fargo & Co. further denies that Plaintiffs have adequately defined the class of persons upon whose behalf they purport to bring this action, denies that Plaintiffs have or can satisfy the Rule 23 class action requirements, and denies that nationwide class treatment, or any class treatment for that matter, is appropriate.

70.     Answering paragraph 70, Wells Fargo & Co. responds that the allegations are legal conclusions to which no response is required.  To the extent a response is required, Wells Fargo & Co. responds that The Fair Housing Act is a written statute that speaks for itself.  To the extent that paragraph 70 misstates or mischaracterizes the statute, Wells Fargo & Co. denies those allegations.

71.     Answering paragraph 71, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 71, and specifically denies that its business includes engaging in residential real estate-related transactions.

72.     Answering paragraph 72, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 72, specifically denies that engages in any mortgage loan origination, refinancing, or underwriting, and specifically denies that it engages in any discrimination.

73.     Answering paragraph 73, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 73, specifically denies that engages in any mortgage loan origination, refinancing, or underwriting, and specifically denies that it engages in any discrimination.

74.     Answering paragraph 74, Wells Fargo & Co. responds that, to the extent the allegations contained in this paragraph are directed at another entity, no response from Wells Fargo & Co. is required.  To the extent a response is required, Wells Fargo & Co. responds that it lacks sufficient knowledge or information to form a belief as to the truth of the allegations as to any other entity, and on that basis, denies them.  Wells Fargo & Co. denies the remaining allegations in paragraph 74.

## PRAYER FOR RELIEF

Plaintiffs' Amended Complaint contains an unnumbered paragraph with subparts (a) through (k) containing Plaintiffs' prayer for relief, to which no response is required.  To the extent a response is required, Wells Fargo & Co. denies that Plaintiffs are entitled to any relief in this action.

## DEMAND FOR A JURY TRIAL

Plaintiffs' Amended Complaint contains an unnumbered paragraph containing a jury demand, to which no response is required.  To the extent a response is required, Wells Fargo & Co. denies that Plaintiffs are entitled to any relief in this action, thus no jury is required.

## AFFIRMATIVE DEFENSES

Wells Fargo & Co. hereby alleges the following separate and distinct defenses and affirmative defenses to the Amended Complaint and the causes of action asserted against Wells Fargo & Co. therein, and without assuming the burden of proof on matters as to which it has no such burden:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

1.    The Amended Complaint fails to state a claim against Wells Fargo & Co. upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Statute of Limitations)

2.    Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE
(Failure to Mitigate Damages)

3.    Plaintiffs failed to take proper and reasonable steps to avoid, minimize, or mitigate Plaintiffs' alleged damages and, to the extent of such failure, the damages allegedly incurred by Plaintiffs, if any, should be reduced accordingly or eliminated entirely.

### FOURTH AFFIRMATIVE DEFENSE
(Laches)

4.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

21

### FIFTH AFFIRMATIVE DEFENSE
(Estoppel)

5.      Plaintiffs are estopped by the action of law or by conduct from maintaining the Amended Complaint filed in this case.

### SIXTH AFFIRMATIVE DEFENSE
(Co-Liability)

6.      Wells Fargo & Co. alleges that any injury or damages which may have been sustained by Plaintiffs were proximately caused by the acts, errors or omissions of persons or entities other than Wells Fargo & Co.

### SEVENTH AFFIRMATIVE DEFENSE
(Fault of Others)

7.      If Plaintiffs suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct or intervening acts of other third parties, and not by Wells Fargo & Co.

### EIGHTH AFFIRMATIVE DEFENSE
(Speculative Damages)

8.      Wells Fargo & Co. alleges any damage or loss Plaintiffs did incur as a result of any act or conduct by Wells Fargo & Co. would be speculative at best and thus too uncertain for recovery.

### NINTH AFFIRMATIVE DEFENSE
(Compliance with Law)

9.      Wells Fargo & Co. has met or exceeded the requirements of applicable laws, regulations, and standards.

### TENTH AFFIRMATIVE DEFENSE
(Good Faith Conduct/Conformance with Applicable Standards)

10.     Wells Fargo & Co. has at all times acted in good faith and in conformance with all applicable government and industry standards, rules and regulations, thus precluding any recovery by Plaintiffs against Wells Fargo & Co.

### ELEVENTH AFFIRMATIVE DEFENSE
(Lack of Causation)

11.     The damages complained of were the result of the intervening actions of others and were not proximately caused by the actions or omissions of Wells Fargo & Co.

### TWELFTH AFFIRMATIVE DEFENSE
(Lack of Malice)

12.     Wells Fargo & Co. specifically denies acting with any willfulness, oppression, fraud, or malice toward Plaintiffs or others.

### THIRTEENTH AFFIRMATIVE DEFENSE
(Lack of standing)

13.     Plaintiffs' claims are barred because Plaintiffs lack standing to bring them.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Improper Representative Action)

14.     The Amended Complaint is barred, in whole or in part, because Plaintiffs' action is allowed to continue, there is a substantial potential for harm given the unique and individual issues of fact that will predominate adjudication of Plaintiffs' claims, resulting in hundreds, if not thousands, of mini-trials rendering the action completely unmanageable as a putative class action. In addition, the complexity presented by Plaintiffs' claims and the restitution sought violate due process.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Res Judicata)

15.     Plaintiffs' claims are barred, in whole or in part, by res judicata.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Waiver)

16.     Plaintiffs' claims against Wells Fargo & Co., if any, are barred by the doctrine of waiver.

### SEVENTEENTH AFFIRMATIVE DEFENSE
(Class Certification Improper)

17.     The class definition is overbroad, unmanageable, and predominated by individualized issues of fact and law, the result of which should be to deny certification of any

proposed class.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Other Defenses – Putative Class Members)

18.     Wells Fargo & Co. reserves the right to amend or supplement its affirmative defenses to include defenses that may be applicable to other members of the putative class.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Lack of Involvement)

19.     Plaintiffs' claims against Wells Fargo & Co. are barred because Plaintiffs have not pled any facts relating to Wells Fargo & Co. and have not pled that it was involved in the mortgage policies alleged in the Amended Complaint.

## OTHER AFFIRMATIVE DEFENSES

20.     Wells Fargo & Co. has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, defenses available.  Wells Fargo & Co. expressly reserves the right to assert additional defenses in the event that discovery indicates that such defenses are appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Wells Fargo & Co. prays for judgment as follows:

1.     That judgment be entered in favor of Wells Fargo & Co.;

2.     That Plaintiffs take nothing by way of their Amended Complaint and the claims asserted herein;

3.     That the Amended Complaint and the claims against Wells Fargo & Co. be dismissed with prejudice;

4.     That Wells Fargo & Co. be awarded costs of suit, including attorneys' fees incurred in defense of this action; and

5.     That Wells Fargo & Co. be granted such other relief as the Court deems just and proper.

DATED:  June 10, 2022                **MCGUIREWOODS LLP**


By:   */s/ Alicia A. Baiardo*
       Alicia A. Baiardo
       abaiardo@mcguirewoods.com
       Two Embarcadero Center
       Suite 1300
       San Francisco, CA  94111-3821
       Telephone:  415.844.9944
       Facsimile:  415.844.9922

       *Attorneys for Defendant Wells Fargo & Co.*

DEFENDANT WELLS FARGO & CO'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF, which will serve all counsel of record and served via First-Class Mail to any party not filing ECF, postage prepaid.

Dated:  June 10, 2022

By:     */s/ Alicia A. Baiardo*
Alicia A. Baiardo

DEFENDANT WELLS FARGO & CO'S ANSWER TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT