**MCGUIREWOODS LLP**
ALICIA A. BAIARDO (SBN 254228)
abairdo@mcguirewoods.com
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, California 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITCH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br>Hon. James Donato<br><br>**DEFENDANTS' RESPONSE TO JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

The case referred to this Court by Magistrate Judge Kandis A. Westmore for consideration of whether it is related to this action under Civil Local Rule 3-12, *Pope v. Wells Fargo Bank, N.A. et al.*, No. 4:22-cv-01793-KAW ("*Pope*") [Dkt. No. 53], is substantially identical with *Braxton v. Wells Fargo Bank, N.A. et al.*, No. 3:22-cv-01748-JD ("*Braxton*"). This Court has already determined that *Braxton* is related to this action [Dkt. No. 45]. Those cases are among six putative class actions currently pending in this District that allege discrimination against African American borrowers by Wells Fargo Bank, N.A. and its affiliates (collectively, "Wells Fargo") in its residential mortgage business.[1]

There has already been substantial briefing concerning the relation of *Pope*, *Ebo*, and this action. Plaintiff Ifeoma Ebo filed a motion in her case arguing that *Ebo* was related to *Pope*. [*Ebo* Dkt. No. 11, attached as Exhibit A to the Declaration of Alicia A. Baiardo.] The magistrate judge presiding over *Ebo* accordingly referred the issue to Magistrate Judge Westmore, as *Pope* was the lower-numbered case of the two. [*Ebo* Dkt. No. 12.] Although Wells Fargo has not been served in either *Pope* or *Ebo*,[2] it seemed inefficient to have the question of *Ebo*'s relation to *Pope* decided when this action had the lowest case number of all. Thus, Wells Fargo responded with an explanation of why *Ebo* was related to this action, lodging that response with this Court. [Dkt. No. 44.] Magistrate Judge Westmore responded by referring the question to this Court. [Dkt. No. 53.] While Magistrate Judge Westmore's referral does not expressly ask this Court to consider whether *Ebo* is also related to this action, that question is before the court in *Pope*, and so a determination by this Court that *Pope* is related to this action would transfer the question of *Ebo*'s relation to this Court, as well. For the same reasons that *Braxton* is related to this action [*see* Dkt. No. 32], so too are *Pope* and *Ebo*.

---

[1] Wells Fargo previously notified the Court of five of those six cases in its administrative motion to determine whether *Braxton* was related, namely, this action, *Braxton*, *Pope*, *Thomas et al. v. Wells Fargo Bank, N.A. et al.*, No. 3:22-cv-01931-LB ("*Thomas*"), and *Ebo v. Wells Fargo Bank, N.A.*, No. 3:22-cv-02535-SK ("*Ebo*"). [*See* Dkt. No. 32 at 3 n.2.] The same attorneys represent the plaintiffs in both *Pope* and *Thomas*. Wells Fargo recently became aware of a sixth case, *Perkins et al. v. Wells Fargo N.A. et al.*, No. 3:22-cv-03455-DMR ("*Perkins*"), filed June 10, 2022.

[2] Wells Fargo also has not been served in *Thomas* or *Perkins*. At the appropriate time, Wells Fargo intends to file an administrative motion to consider whether those cases should be deemed related to this action pursuant to Civil Local Rule 3-12.

Respectfully, this Court should relate not only *Pope* to this action, but also *Ebo* – and, at some point, *Perkins* and *Thoma*s as well.

Dated: June 23, 2022              **MCGUIREWOODS LLP**

By: */s/ Alicia A. Baiardo*
ALICIA A. BAIARDO (SBN 254228)
abairdo@mcguirewoods.com
AVA E. LIAS-BOOKER (*pro hac vice*)
aliasbooker@mcguirewoods.com
JASMINE K. GARDNER (*pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, California 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

**WINSTON & STRAWN LLP**
AMANDA L GROVES (SBN 187216)
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

KOBI K. BRINSON (*pro hac vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*pro hac vice*)
sknight@winston.com
300 South Tryon Street, 16th Flood
Charlotte, North Carolina 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendants*
*Wells Fargo Bank, N.A. and*
*Wells Fargo & Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2022, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF, which will serve all counsel of record, and served via First-Class Mail to any party not filing ECF, postage prepaid.

Dated: June 23, 2022　　　　　　　　　　By:　*/s/ Alicia A. Baiardo*
　　　　　　　　　　　　　　　　　　　　　　　　Alicia A. Baiardo
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Wells Fargo
　　　　　　　　　　　　　　　　　　　　　　　　Bank, N.A. and Wells Fargo & Co.