**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO & CO.<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE** |

Having considered Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company's Motion to Consolidate, the Court hereby rules as follows:

The following cases are consolidated for all purposes:

- *Williams v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-00990-JD
- *Braxton v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-01748-JD
- *Ebo v. Wells Fargo Bank, N.A.*, No. 3:22-cv-2535-JD
- *Perkins v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-3455-JD

Plaintiffs shall file a single, consolidated amended complaint within __ days of this order.

IT IS SO ORDERED.

Dated: _____

                                                HON. JAMES DONATO
                                                UNITED STATES DISTRICT COURT JUDGE