**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE RELATED CASES** |

# [PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE THE RELATED CASES

The Court, having considered the stipulation between the parties and good cause appearing therefore, herby orders that the following schedule take effect:

1. Any response to Wells Fargo's Motion to Consolidate or the *Braxton* Plaintiffs' Interim Counsel Motion will be due no later than August 26, 2022;

2. Any Reply in support of Wells Fargo's Motion to Consolidate or the *Braxton* Plaintiffs' Interim Counsel Motion will be due no later than September 16, 2022;

3. Wells Fargo's Motion to Consolidate and the *Braxton* Plaintiffs' Interim Counsel Motion will be heard by this Court on September 29, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Honorable District Judge
James Donato

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE RELATED CASES** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 8, 2022

By: */s/ Alicia A. Baiardo*
Alicia A. Baiardo

3
PROOF OF SERVICE