**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br>Hon. James Donato<br><br>**NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM COUNSEL FOR A PUTATIVE REFINANCING CLASS** |

-1-
NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE
AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM COUNSEL FOR A PUTATIVE
REFINANCING CLASS; CASE NO.: 3:22-cv-00990-JD

1  TO THE HONORABLE JAMES DONATO, UNITED STATES DISTRICT COURT
2  JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 10, 2022, an Order Granting Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.'s Stipulation Regarding Briefing Schedule and Hearing on Plaintiffs' Motion to Appoint Interim Counsel for a Putative Refinancing Class was filed in the case of *Braxton v. Wells Fargo Bank, N.A., et al.*, Northern District of California Case No. 3:22-cv-01748-JD.

A true and correct copy of the Order is hereby lodged with this court as Exhibit A to this Notice of Lodging.

DATED:      August 10, 2022

                                 **WINSTON & STRAWN LLP**

By:   */s/ Amanda L. Groves*
      Amanda L. Groves
      agroves@winston.com
      333 S. Grand Avenue, 38th Floor
      Los Angeles, CA 90071
      Telephone: (213) 615-1700
      Facsimile: (213) 615-1750

      Kobi K. Brinson *(admitted pro hac vice)*
      kbrinson@winston.com
      Stacie C. Knight *(admitted pro hac vice)*
      sknight@winston.com
      300 South Tryon Street, 16th Floor
      Charlotte, NC 28202
      Telephone: (704) 350-7700
      Facsimile: (704) 350-7800

**MCGUIREWOODS LLP**

By:   */s/ Alicia A. Baiardo*
      Ava E. Lias-Booker *(admitted pro hac vice)*
      alias-booker@mcguirewoods.com
      Alicia A. Baiardo
      abaiardo@mcguirewoods.com
      Jasmine K. Gardner *(admitted pro hac vice)*

jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844.9944
Facsimile: (415) 844.9922

*Attorneys for Defendants*
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, INC.,
AND WELLS FARGO & COMPANY

-3-
NOTICE OF LODGING OF ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERIM COUNSEL FOR A PUTATIVE REFINANCING CLASS; CASE NO.: 3:22-cv-00990-JD

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing document entitled **NOTICE OF LODGING OF ORDER GRANTING WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY'S STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION TO APPOINT INTERMIM COUNSEL FOR A PUTATIVE REFINANCING CLASS** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 10, 2022

By: */s/ Alicia A. Baiardo*
Alicia A. Baiardo