BENJAMIN L. CRUMP (Appearing pro hac vice)
BEN CRUMP, PLLC
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
(800) 713-1222
court@bencrump.com

LINDA D. FRIEDMAN (Appearing pro hac vice)
SUZANNE E. BISH (Appearing pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St.
Suite 2600
Chicago, IL 60606
(312) 431-0888
Lfriedman@sfltd.com

SAM SANI (SBN 2733993) (Local Counsel)
SANI LAW, APC
15720 Ventura Blvd.
Suite 405
Encino, CA 91436
Telephone:    (310) 935-0405
Facsimile:    (310) 935-0409
ssani@sanilawfirm.com

Attorneys for Plaintiffs
CHRISTOPHER WILLIAMS, SAM ALBURY, AND SHAIA BECKWITH SIMMONS,
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER RESPONSE TO WELLS FARGO'S MOTION TO CONSOLIDATE** |

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER RESPONSE TO WELLS
FARGO'S MOTION TO CONSOLIDATE
CASE NO.: 3:22-CV-00990-JD

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER RESPONSE TO WELLS FARGO'S MOTION TO CONSOLIDATE**

The Court, having considered Plaintiffs Christopher Williams, Sam Albury, and Shaia Beckwith Simmons' Motion for Leave to File Instanter Response to Wells Fargo's Motion to Consolidate and all papers filed in support of and in opposition thereto, and having considered all of the arguments, IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiffs may file Instanter their Response to Wells Fargo's Motion to Consolidate.

**PURSUANT TO MOTION, IT IS SO ORDERED.**

DATED:_____    _____
                                Honorable District Judge
                                James Donato

2

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER RESPONSE TO WELLS FARGO'S MOTION TO CONSOLIDATE
CASE NO.: 3:22-CV-00990-JD

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER RESPONSE TO WELLS FARGO'S MOTION TO CONSOLIDATE** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: September 1, 2022

By: /s/ _____
Linda D. Friedman

3

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE INSTANTER RESPONSE TO WELLS
FARGO'S MOTION TO CONSOLIDATE
CASE NO.: 3:22-CV-00990-JD