**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br>The Hon. James Donato<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A. AND WELLS FARGO & CO.'S ADMINISTRATIVE MOTION TO CONTINUE THE INITIALCASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 17, 2022<br>FAC Filed: April 14, 2022 |

# [PROPOSED] ORDER

Defendant Wells Fargo Bank, N.A. and Wells Fargo & Co. (collectively "Wells Fargo") filed an Administrative Motion to Continue the Initial Case Management Conference. The Court, having considered the motion and other documents in support of and in opposition to the motion, being fully advised in this matter, and good cause appearing, finds as follows:

**IT IS HEREBY ORDERED** that Wells Fargo's Administrative Motion to Continue the Initial Case Management Conference is **GRANTED**. The currently-scheduled October 20, 2022 Case Management Conference is vacated. The Court will set a date for the Initial Case Management Conference following the resolution of Wells Fargo's Motion to Consolidate Cases and the pending competing motions for appointment of interim counsel.

**IT IS SO ORDERED.**

DATED: _____

Honorable James Donato
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A. AND WELLS FARGO & CO.'S ADMINISTRATIVE MOTION TO CONTINUE THE INITIALCASE MANAGEMENT CONFERENCE** with the Clerk of the Court for the United States District Court, Northern District of California, using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: September 23, 2022

By: */s/ Alicia A. Baiardo*
Alicia A. Baiardo