BENJAMIN L. CRUMP (pro hac vice)
NABEHA SHAER (pro hac vice)
BEN CRUMP LAW, PLLC
122 S. Calhoun St.
Tallahassee, FL 32301
Telephone: (800) 713-1222
court@bencrump.com

LINDA D. FRIEDMAN (pro hac vice)
SUZANNE E. BISH (pro hac vice)
GEORGE ROBOT (pro hac vice)
STOWELL & FRIEDMAN LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone:   (312) 431-0888
sbish@sfltd.com

SAM SANI (SBN 2733993)
SANI LAW, APC
15720 Ventura Blvd., Suite 405
Encino, CA 91436
Telephone:   (310) 935-0405
ssani@sanilawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH WILLIAMS, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & Co.,<br><br>Defendants. | CASE NO: 3:22-cv-00990-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Hon. James Donato |

469085

Pursuant to Civil Local Rules 6-2 and 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following stipulation requesting that the Court extend Plaintiffs' deadline to file their opposition to Defendants' Administrative Motion to Continue the Initial Case Management Conference from September 27, 2022 to October 4, 2022. This request is supported by the Declaration of Suzanne E. Bish, filed herewith.

WHEREAS, Plaintiffs filed a Complaint on February 17, 2022 (Dkt. 1). Plaintiffs subsequently filed an Amended Complaint on April 14. (Dkt. 22).

WHEREAS, pursuant to the Court's Order, the Parties were to have an Initial Case Management Conference on May 19. (Dkt. 15).

WHEREAS, the Initial Case Management Conference was reset first to June 16 (Dkt. 31), and later to August 11 (Dkt. 52).

WHEREAS, the Initial Case Management Conference is now scheduled for October 20. (Dkt. 62).

WHEREAS, on September 23, Defendants filed an Administrative Motion to Continue Case Management Conference. (Dkt. 86). Pursuant to Local Rule 7-11(b), any responses to Defendants' Motion are due by September 27.

WHEREAS, due to the Jewish religious high holiday Rosh Hashanah, Plaintiffs' counsel requested and counsel for Defendants consented to an extension of time for Plaintiffs to file their opposition to Defendants' Motion for seven days, or until October 4.

WHEREAS, this is the first request for an extension to file an opposition and the requested time modification would not affect the schedule for the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-2, by and between Plaintiffs and Defendants through their undersigned counsel as follows:

1. Plaintiffs' deadline to file their response to Defendants' Administrative Motion to Continue Case Management Conference is October 4, 2022.

Respectfully submitted,

Dated: September 27, 2022        STOWELL & FRIEDMAN, LTD.

By: */s/ Suzanne E. Bish*
Suzanne E. Bish

One of the Attorneys for Plaintiffs and the Putative Class

Dated: September 27, 2022        By: */s/ Alicia A. Baiardo*
Alicia Baiardo

One of the Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 27, 2022

JAMES DONATO
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME
- 3 -

469085