Marc E. Dann
Brian D. Flick
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539 telephone
(216) 373-0536 facsimile
notices@dannlaw.com
*(Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER WILLIAMS, ET. AL.,** individually and on behalf all others similarly situated, <br><br> **AARON BRAXTON, ET. AL.,** individually and on behalf of all others similar situated, <br><br> **ALFRED POPE,** individually and on behalf of all others similar situated, <br><br> **WINFRED THOMAS, ET. AL,** individually and on behalf of all others similar situated, <br><br> **IFEOMA EBO,** individually and on behalf of all others similar situated, <br><br> and <br><br> **ELRETHA PERKINS, ET. AL.**, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br>  vs. <br><br> **WELLS FARGO, N.A**., a Delaware Corporation; **WELLS FARGO HOME MORTGAGE, INC.**, a Delaware Corporation, <br><br>    Defendants. | Case Nos. 3:22-cv-00990-JD, 3:22-cv-01748-JD, 4:22-cv-01793-JD, 3:22-cv-01931-CRB, 3:22- cv-02535-JD, and 3:22-cv-3455-JD. |

*Unopposed Motion for an Extension of 7 Days to Submit Joint Statement*
Page | 1

# UNOPPOSED MOTION FOR AN EXTENSION OF 7 DAYS TO SUBMIT JOINT STATEMENT

On October 20, 2022, *Williams* ECF No. 93, the plaintiffs in the following six parallel cases, *Williams v. Wells Fargo Bank, N.A.*, et al., Case No. 3:22-cv-00990-JD (filed Feb. 17, 2022) ("*Williams* Plaintiffs"); *Braxton v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-01748-JD (filed Mar. 18, 2022) ("*Braxton* Plaintiffs"); *Pope v. Wells Fargo Bank, N.A. et al.*, Case No. 4:22-cv-01793-JD (filed Mar. 21, 2022) ("*Pope* Plaintiffs"); *Thomas et al. v. Wells Fargo Bank, N.A. et al.*, Case No. 3:22-cv-01931-CRB (filed Mar. 26, 2022) ("*Thomas* Plaintiffs"); *Ebo v. Wells Fargo Bank, N.A.*, Case No. 3:22- cv-02535-JD (filed Apr. 26, 2022) ("*Ebo* Plaintiffs"); and *Perkins v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-3455-JD (filed June 10, 2022) ("*Perkins* Plaintiffs"), submit a joint statement regarding a proposal for consolidation by November 4, 2022.

Plaintiffs' counsel for all the cases met in person following the hearing for two hours and have been working diligently and collaboratively with daily phone calls and emails to prepare a proposal to present to defense counsel. Although extensive progress has been made on a joint proposal, there are details that Plaintiffs' counsel wish to work out prior to presenting the proposal to defense counsel and ultimately the Court.

**WHEREFORE**, Plaintiffs' counsel respectfully request that the deadline to submit a joint statement be extended until November 11, 2022.

Respectfully Submitted,

/s/ Marc E. Dann
Marc E. Dann (*pro hac vice*)
Brian D. Flick (*pro hac vice*)
**DANNLAW**
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539 telephone
(216) 373-0536 facsimile
notices@dannlaw.com

*Unopposed Motion for an Extension of 7 Days to Submit Joint Statement*
*Page | 2*

Alisa Adams (SBN 277697)
**Adams Law Practice, LLC**
PO Box 1834
Cleveland, OH 44103
Tel: (216) 926-0065
aadams@advocateattorneys.com

Javier L. Merino (*pro hac* vice anticipated)
**DANNLAW**
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
(201) 355-3440
(216) 373-0536 e-fax
notices@dannlaw.com

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
tom@attorneyzim.com

Alex R. Straus (SBN 321366)
280 South Beverly Place Beverly
Hills, CA 90212
Tel.: 917-471-1894
Fax: 310-496-3176
astraus@milberg.com
Jennifer Kraus Czeisler*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, New York 10022 Tel.: 212-594-5300
jczeisler@millberg.com

James Evangelista*
**EVANGELISTA WORLEY**
500 Sugar Mill Rd., Suite 245A
Atlanta, GA  30350
Tel.: 404-205-8400
Fax: 404-205-8391
jim@ewlawllc.com

Benjamin L. Crump  (pro hac vice)
**BEN CRUMP, PLLC**
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
Telephone: (800) 713-1222
court@bencrump.com

Linda D. Friedman (pro hac vice)
Suzanne E. Bish (pro hac vice)
**STOWELL & FRIEDMAN LTD.**
303 W. Madison St.
Suite 2600
Chicago, Illinois 60606
(312) 431-0888
Lfriedman@sfltd.com

Sam Sani (SBN 2733993) (Local Counsel)
**SANI LAW, APC**
15720 Ventura Blvd.
Suite 405
Encino, CA 91436
Telephone: (310) 935-0405
Facsimile: (310) 935-0409
ssani@sanilawfirm.com

Dennis J. Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK, PLLC**
600 B Street, Suite 1700
San Diego, CA 92024
Tel.: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com


Daniel E. Gustafson (Pro Hac Vice to be filed)
David A. Goodwin (Pro Hac Vice to be filed)
Amanda M. Williams (Pro Hac Vice to be filed)
Abou B. Amara, Jr. (Pro Hac Vice to be filed)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
awilliams@gustafsongluek.com
aamara@gustafsongluek.com

Scott D. Hirsch (Pro Hac Vice to be filed)
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel.: (561) 569-7062

*Unopposed Motion for an Extension of 7 Days to Submit Joint Statement*
*Page | 4*

scott@scotthirschlawgroup.com

Vildan A. Teske (Pro Hac Vice to be filed)
Marisa C. Katz (Pro Hac Vice to be filed)
**TESKE KATZ PLLP**
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Telephone: (612) 746-1558
teske@teskekatz.com

Dennis S. Ellis
Noah S. Helpern
Ryan Q. Keech
Joseph Kiefer (pro hac vice forthcoming)
Stefan Bogdanovich
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
dellis@egcfirm.com
nhelpern@egcfirm.com
rkeech@egcfirm.com
sbogdanovich@egcfirm.com


Jason M. Frank
Scott H. Sims
Andrew D. Stolper
**FRANK, SIMS & STOLPER LLP**
19800 MacArthur Blvd., Suite 855
Irvine, California 92612
Telephone: (949) 210-2400
Facsimile: (949) 201-2405
jfrank@lawfss.com
ssims@lawfss.com
astopler@lawfss.com

*Attorneys for Plaintiffs and Putative Class*

**ATTORNEY ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:	November 3, 2022	*/s/ Marc E. Dann*
	Marc E. Dann

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

/s/ Marc E. Dann
Marc E. Dann