Amanda L. Groves (SBN: 187216)
agroves@winston.com
Kobi K. Brinson (*Admitted pro hac vice*)
kbrinson@winston.com
Winston & Strawn LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Ava E. Lias-Booker (*Admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (SBN: (SBN 254228)
abaiardo@mcguirewoods.com
McGuire Woods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

*(Additional Counsel on Signature Page)*

Attorneys for Defendants
WELLS FARGO BANK, N.A.,
and WELLS FARGO & COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, SAM ALBURY, and SHAIA BECKWITH SIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and WELLS FARGO & CO.,<br><br>Defendants. | Case No. 3:22-cv-00990-JD<br><br><br>**DEFENDANTS' STATEMENT REGARDING CONSOLIDATION PROPOSAL** |

1   Defendant Wells Fargo submits this statement pursuant to the Court's order for a November

2   4, 2022 joint proposal to consolidate the six related class actions[1] filed against Wells Fargo. Dkt. 93

3   ("Plaintiffs are directed to meet and confer with each other, and then with Wells Fargo, to discuss how

4   to consolidate these cases.  The parties are directed to file a joint proposal for consolidation by

5   November 4, 2022.").

6   Yesterday, Plaintiffs filed an unopposed motion to extend the November 4 deadline to

7   November 11, 2022 (Dkt. 98), as they have not yet agreed on a proposal and as a result have not been

8   able to meet and confer with Wells Fargo on a proposal.  As reflected in that motion, Wells Fargo has

9   no objection to the requested extension.  However, as the request has not yet been granted by the Court,

10  and in light of the existing November 4 deadline, Wells Fargo submits the following proposal for

11  consolidation.  If and when Plaintiffs agree on a proposal amongst themselves, and assuming the

12  extension is granted, Wells Fargo will, of course, review that proposal, meet and confer with Plaintiffs,

13  and participate in a joint filing on November 11, 2022.

14  Wells Fargo continues to believe one consolidated master complaint is appropriate.  At the

15  October 20 hearing, the Court indicated a preference for one complaint as well, but also noted that two

16  could be acceptable.  Exhibit 1 at 30:15-18.  Provided the two complaints would be consolidated for

17  discovery purposes, Wells Fargo is amenable to one complaint for refinancing products and one for

18  purchase mortgages.  While there is no practical reason to divide the case that way, proceeding with a

19  refinance complaint and a purchase-mortgage complaint would at least be more efficient than the status

20  quo.[2]  Accordingly, Wells Fargo proposes one complaint (or two complaints divided by product), and

21  immediately thereafter, the consideration of leadership applications (*e.g.*, as in *Frasco, et al., v. Flo*

22  *Health, Inc., et al.*, Case No. 3:21-cv-00757-JD; *In Re Google Play Consumer Antitrust Litigation*,

23

24  ---

[1] *Williams v. Wells Fargo Bank, N.A., et al.*, Case No. 3:22-cv-00990-JD (filed Feb. 17, 2022); *Braxton v. Wells Fargo*
25  *Bank, N.A., et al.*, Case No. 3:22-cv-01748-JD (filed Mar. 18, 2022); *Pope v. Wells Fargo Bank, N.A. et al.*, No. 4:22-cv-
    01793-JD (filed Mar. 21, 2022); *Thomas et al. v. Wells Fargo Bank, N.A. et* al., No. 3:22-cv-01931-CRB (filed Mar. 26,
26  2022); *Ebo v. Wells Fargo Bank, N.A.*, No. 3:22-cv-02535-JD (filed Apr. 26, 2022); and *Perkins v. Wells Fargo Bank,*
    *N.A., et al.*, Case No. 3:22-cv-3455-JD (filed June 10, 2022).

27  [2] It took 17 emails over 4 days for Plaintiffs to provide availability to set a joint call with Wells Fargo's counsel before
    the November 4 filing deadline—and even then the lawyers for one of the matters represented they had no availability
    for two full days and were not able to join.  On the November 3 call, the participating lawyers requested the extension on
28  behalf of all Plaintiffs' counsel.

Case No. 3:20-cv-05761-JD; *In Re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD; *In Re Zoom Securities Litigation*, Case No. 3:20-cv-02353-JD; *In Re Robinhood Data Security Litigation*, Case No. 3:21-cv-08906-JD) to facilitate the efficient administration of these matters. *See* Transcript of Oral Argument at 23, *Frasco,* Case No. 3:21-cv-00757-JD, Dkt. 72-1 (a leadership structure necessary because "defendants need to know…who to work with"). Consolidated discovery and motions should follow, as the Court directed. Ex. 1 at 30:11-15.

Dated:  November 4, 2022

**WINSTON & STRAWN LLP**

By:      /s/ *Amanda L. Groves*

Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson *(admitted pro hac vice)*
kbrinson@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**MCGUIREWOODS LLP**

By:      /s/ *Alicia A. Baiardo*

Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & COMPANY