Amanda M. Williams (Appearing *Pro Hac Vice*)
Abou B. Amara, Jr. (Appearing *Pro Hac Vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
awilliams@gustafsongluek.com
aamara@gustafsongluek.com

*(Additional Counsel on Signature Page)*
Attorneys for Plaintiffs and Others Similarly Situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE WELLS FARGO MORTGAGE DISCRIMINATION LITIGATION* | Case No. 3:22-cv-00990-JD<br><br>**[PROPOSED] ORDER GRANTING THE *PERKINS* PLAINTIFFS' MOTION TO APPOINT AMANDA M. WILLIAMS AND ABOU B. AMARA, JR. OF GUSTAFSON GLUEK PLLC AS INTERIM LEAD COUNSEL FOR THE PUTATIVE PLAINTIFF CLASS.** |

Upon consideration of the Perkins Plaintiff's Motion for Interim Lead Counsel,

**IT IS HEREBY ORDERED** that Amanda M. Williams, Esq. and Abou B. Amara, Jr., Esq. of Gustafson Gluek PLLC are appointed as interim lead counsel for the Putative Plaintiff Class in the above captioned consolidated case.

Dated: _____

_____
HON. JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE