Amanda M. Williams (Appearing *Pro Hac Vice*)
Abou B. Amara, Jr. (Appearing *Pro Hac Vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
awilliams@gustafsongluek.com
aamara@gustafsongluek.com

Attorneys for Plaintiffs and Others Similarly Situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE WELLS FARGO MORTGAGE DISCRIMINATION LITIGATION* | Case No. 3:22-cv-00990-JD<br><br>**AMENDED NOTICE OF THE *PERKINS* PLAINTIFFS' RENEWED MOTION TO APPOINT AMANDA M. WILLIAMS, ESQ. AND ABOU B. AMARA, JR., ESQ. OF GUSTAFSON GLUEK PLLC AS INTERIM LEAD COUNSEL FOR THE PUTATIVE PLAINTIFF CLASS.**<br><br>Date:       March 23, 2023<br>Time:      10:00 a.m.<br>Location:  Courtroom 11<br>                Phillip Burton Federal Building<br>                & United States Courthouse<br>                450 Golden Gate Avenue<br>                San Fransisco, CA 94102 |

1

## AMENDED NOTICE OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL

On February 13, 2023, Plaintiffs Elretha Perkins and Laronica Johnson ("*Perkins* Plaintiffs") filed a Notice of Motion and Renewed Motion to Appoint Amanda M. Williams, Esq. and Abou B. Amara, Jr., Esq., of Gustafson Gluek PLLC as Interim Lead Counsel for the Putative Plaintiff Class, in the above-captioned action.  *See* Master ECF No. 103.  That motion did not contain a hearing date or time.

PLEASE TAKE NOTICE that the *Perkins* Plaintiffs now amend the Notice of Motion for their Renewed Motion to **March 23, 2023 at 10:00 a.m. PST, in Courtroom 11,** at the Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Fransisco, CA 94102.

Dated: February 16, 2023                    Respectfully submitted,

*/s/ Amanda M. Williams*
Amanda M. Williams
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
awilliams@gustafsongluek.com

**Attorney for Plaintiffs Elretha Perkins and Laronica Johnson and the *Perkins* Plaintiffs' Proposed Interim Lead Counsel for the Putative Plaintiff Class.**