**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE WELLS FARGO MORTGAGE DISCRIMINATION LITIGATION* | Case No. 3:22-cv-00990-JD<br><br>Hon. James Donato<br><br>**WELLS FARGO'S RESPONSE TO PLAINTIFFS' RENEWED MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Date:      March 23, 2023<br>Time:      10:00 am<br>Location:  Courtroom 11<br>               Phillip Burton Federal Building & United States Courthouse<br>               450 Golden Gate Avenue<br>               San Francisco, CA 94102 |

As in its response[1] to the initial round of these motions, Wells Fargo takes no position on who should be appointed interim lead counsel. Wells Fargo's counsel will work with civility and professionalism with whomever the Court chooses. One aspect of the various proposals calls for a response, however.[2]

Specifically, some submissions suggest a leadership structure inconsistent with this Court's rejection of separate complaints for Black applicants and other minority applicants. The Dann Group supports the appointment of Dennis Ellis, but that support is premised on the notion that Mr. Ellis will perform the functions of interim lead counsel "concerning Black applicants, with the agreement that the Dann Group will be responsible for focusing on the same with respect to the non-black minority applicants." ECF No. 105 at 2. While Linda Friedman and Ben Crump's motion to be appointed interim lead counsel hedges on the propriety of a "national origin subclass," it proposes that Amanda Williams and Abou Amara could lead such a subclass. ECF No. 106 at 15. That motion reiterates the benefits of consolidated discovery, but in doing so appears to concede that appointing attorneys for a "national origin subclass" would not involve consolidated discovery. *See id.*

The Court's January 18, 2023 Order re Consolidation and Interim Lead Counsel clearly rejected Plaintiffs' counsel's initial proposal to have two complaints with two interim lead counsel teams. ECF No. 102 at 2 (ordering one consolidated complaint). It also cautioned that multiple committees or any similar structure was rarely appropriate. *Id.* at 6, ¶ 13(e). And barring an actual conflict of interest between plaintiff groups, issues concerning potential subclasses were to be addressed at class certification or other proceedings. *Id.* Accordingly, the Court ordered "one

---

[1] For purposes of this response, "Wells Fargo" refers to all of the defendants named in the cases consolidated into this one. That also includes Wells Fargo Home Mortgage, Inc., which was merged into Wells Fargo Bank in 2004 and no longer exists as a separate legal entity.

[2] Wells Fargo also notes that two interim lead counsel submissions resulted in reply deadlines being entered into the ECF system. *See* ECF No. 104 (replies due 2/27/2023); ECF No. 106 (replies due 3/6/2023). But the Court's January 18, 2023 Order re Consolidation and Interim Lead Counsel said that, other than Wells Fargo, "[n]o other party may file an opposition without the Court's prior approval." ECF No. 102 at 6. Three of the four submissions also set a hearing date of March 23, 2023, although the Court's Order did not do so. *See* ECF Nos. 104, 105, and 106.

amended, consolidated complaint" and that the cases be consolidated "for all pretrial proceedings." *Id.* at 3, ¶ 2. That order echoed the Court's remarks at the October 28, 2022 hearing on the initial interim-lead-counsel motions that the goal was "one complaint . . . one motion to dismiss, one set of discovery, one class certification motion, one summary judgment motion." ECF No. 97 at 30:11–14. Indeed, the Court invited the current round of interim lead counsel proposals precisely because the previous submissions did not address who should be appointed to lead a single, consolidated case. ECF No. 102 at 4, ¶ 12.

The proposals to have separate attorney groups for different subclasses have the potential to undermine the Court's Order, resulting in exactly the inefficiencies that consolidation was intended to eliminate. We are concerned that, despite having a single consolidated complaint, Wells Fargo may nonetheless be faced with duplicative, inconsistent, or competing discovery requests and conferences over the scope of discovery. Whomever the Court appoints as interim lead counsel can of course assign the work in whatever way seems best and also structure the consolidated complaint and class definition according to their own strategic decisions. But any decisions counsel makes in that regard should be consistent with the Court's Order consolidating the cases for all pretrial purposes—including motion practice and discovery—as well as the Order's billing guidelines. Wells Fargo asks that the Court simply appoint interim lead counsel without incorporating the various proposals for separate or lieutenant lead counsel for putative subclasses.

DATED:       February 20, 2023          **MCGUIREWOODS LLP**

By:    */s/ Ava E. Lias-Booker*
Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

**WINSTON & STRAWN LLP**

Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson *(admitted pro hac vice)*
kbrinson@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendants Wells Fargo Bank, N.A., and Wells Fargo & Company.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2023, a copy of the foregoing pleading was filed electronically with the clerk of court via ECF, which will serve all counsel of record and served via First-Class Mail to any party not filing ECF, postage prepaid.

Dated: February 20, 2023

By:   /s/ Ava Lias-Booker
Ava Lias-Booker