**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | Case No. 3:22-CV-00990-JD<br><br>Hon. James Donato<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT** |

Pursuant to Local Rule Rule 6-1(a), Plaintiffs Aaron Braxton, Paul Martin, Gia Gray, Bryan Brown, Elretha Perkins, Christopher Williams, Ifeoma Ebo and Terah Kuykendall-Montoya and Defendants Wells Fargo Bank, N.A., Wells Fargo & Co., and Wells Fargo Home Mortgage through their respective counsel, hereby stipulate:

WHEREAS, the Amended and Consolidated Class Action Complaint was filed on March 24, 2023;

WHEREAS, Defendants' response to the Amended Complaint is due April 7, 2023;

WHEREAS, pursuant to this Court's Local Rule 6-1(a), the respective attorneys for Plaintiffs and Defendants agree to extend the time for Defendant to respond or otherwise plead to the Amended Complaint through and including May 12, 2023; and

WHEREAS, no current Court-ordered event dates or deadlines are affected by this stipulation.

**NOW THEREFORE IT IS STIPULATED AND AGREED** that the deadline for Defendants to respond or otherwise plead to the Amended Complaint is extended to May 12, 2023.

DATED: March 30, 2023            **WINSTON & STRAWN LLP**

By:    */s/ Amanda L. Groves*
       Amanda L. Groves
       agroves@winston.com
       333 S. Grand Avenue, 38th Floor
       Los Angeles, CA 90071
       Telephone: (213) 615-1700
       Facsimile: (213) 615-1750

       **MCGUIREWOODS LLP**
       Alicia A. Baiardo
       abaiardo@mcguirewoods.com
       Two Embarcadero Center, Suite 1300
       San Francisco, CA  94111-3821
       Telephone: (415) 844.9944
       Facsimile: (415) 844.9922
       *Attorneys for Defendants*

DATED: March 30, 2023            **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY, LLP**

By:    */s/ Dennis S. Ellis*
       Dennis S. Ellis
       dellis@egcfirm.com
       State Bar No. 178196
       2121 Avenue of the Stars, 30th Floor
       Los Angeles, CA 90067
       *Interim Lead Class Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:   /s/ *Amanda L. Groves*
      Amanda L. Groves