**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922
*Attorneys for Defendants*

*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | Case No. 3:22-CV-00990-JD<br><br>Hon. James Donato<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO HOME MORTGAGE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-12, Plaintiffs Aaron Braxton, Paul Martin, Gia Gray, Bryan Brown, Elretha Perkins, Christopher Williams, Ifeoma Ebo and Terah Kuykendall-Montoya and Defendants Wells Fargo Bank, N.A., Wells Fargo & Co., and Wells Fargo Home Mortgage through their respective counsel, hereby stipulate:

WHEREAS, this action originally consisted of six putative class actions that were consolidated by order dated January 18, 2023, and an amended and consolidated class action

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO HOME MORTGAGE; CASE NO. 3:22-CV-00990-JD

1  complaint was filed on March 24, 2023.

2      WHEREAS, the amended and consolidated class action complaint names as defendants each
3  of Wells Fargo Bank, N.A., Wells Fargo & Co., and Wells Fargo Home Mortgage.

4      WHEREAS, following meet and confer discussions among counsel, the parties agree that all
5  claims against Defendants Wells Fargo & Co. and Wells Fargo Home Mortgage may be dismissed
6  without prejudice and both may be dismissed as parties to this action without prejudice.

7      WHEREAS, the parties agree that nothing in this stipulation should be construed as a waiver
8  of the parties' ability to take discovery in this action as otherwise permitted by the Federal Rules of
9  Civil Procedure.

10      **NOW THEREFORE IT IS STIPULATED AND AGREED** that Defendants Wells Fargo &
11  Co. and Wells Fargo Home Mortgage are dismissed as parties to this action and all claims against
12  them are dismissed without prejudice.

DATED: May 2, 2023

**WINSTON & STRAWN LLP**

By: */s/ Amanda L. Groves*
Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

**MCGUIREWOODS LLP**
Alicia A. Baiardo
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844.9944
Facsimile: (415) 844.9922
*Attorneys for Defendants*

DATED: May 2, 2023

**ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY, LLP**

By: */s/ Dennis D. Ellis*
Dennis S. Ellis
dellis@egcfirm.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

State Bar No. 178196
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
*Interim Lead Class Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:    */s/ Amanda L. Groves*
           Amanda L. Groves

4

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO HOME MORTGAGE; CASE NO. 3:22-CV-00990-JD