**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER (*Pro Hac Vice*)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (*Pro Hac Vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (*Pro Hac Vice*)
kbrinson@winston.com
STACIE C. KNIGHT (*Pro Hac Vice*)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700
Facsimile: 213.615.1750

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>**JOINT STATEMENT IDENTIFYING MEDIATOR**<br><br>Judge: Honorable James Donato<br><br>Consolidated Complaint filed: March 24, 2023 |

2

Plaintiffs Aaron Braxton, Paul Martin, Gia Gray, Bryan Brown, Elretha Perkins, Christopher Williams, Ifeoma Ebo, and Terah Kuyendall-Montoya and defendant Wells Fargo Bank, N.A. (collectively, the "Parties") hereby jointly submit this Joint Statement Identifying Mediator pursuant to the Court's May 26, 2023 Minute Entry of Proceedings for Initial Case Management Conference. Dkt. 125. The Parties have agreed to utilize the following mediator: Layn Phillips and Michelle Yoshida of Philips ADR Enterprises, for a mediation session to occur before December 21, 2023, consistent with the Court's instructions.

Dated:  June 2, 2023

Respectfully submitted,

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

/s/ *Dennis S. Ellis*
Dennis S. Ellis (State Bar No. 178196)
dellis@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100

*Interim Lead Class Counsel*

Dated:  June 2, 2023

**MCGUIREWOODS LLP**

/s/ *Alicia A. Baiardo*
AVA E. LIAS-BOOKER (Pro Hac Vice)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (Pro Hac Vice)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (Pro Hac Vice)
kbrinson@winston.com
STACIE C. KNIGHT (Pro Hac Vice)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700

*Attorneys for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 2, 2023 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 2, 2023 at San Francisco, California.


<u>*/s/ Alicia A. Baiardo*</u>
Alicia A. Baiardo
McGuireWoods LLP