**MCGUIREWOODS LLP**
AVA E. LIAS-BOOKER *(Pro Hac Vice)*
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER *(Pro Hac Vice)*
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, California 94111
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

**WINSTON & STRAWN LLP**
AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON *(Pro Hac Vice)*
kbrinson@winston.com
STACIE C. KNIGHT *(Pro Hac Vice)*
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | CASE NO. 3:22-cv-00990-JD<br><br>The Hon. James Donato<br><br>**JOINT STIPULATION REQUESTING COURT RE-SET STATUS CONFERENCE DATE FROM OCTOBER 12, 2023 TO SEPTEMBER 28, 2023** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Aaron Braxton, Gia Gray, Bryan Brown, Elretha Perkins, Christopher Williams, Ifeoma Ebo, and Terah Kuykendall-Montoya ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") hereby stipulate and request as follows:

### RECITALS

WHEREAS, on May 26, 2023, the Court set a status conference for August 31, 2023 (Dkt. 125);

WHEREAS, on August 17, 2023, the Court entered a minute order entry vacating the status conference set for August 31, 2023, and setting it for October 12, 2023 (Dkt. 137);

WHEREAS, counsel for Wells Fargo in this matter is unavailable on October 12, 2023 due to a pre-existing conflict;

WHEREAS, the Parties in this matter have conferred on a mutually available date and request, subject to the Court's availability, to re-set the status conference set to September 28, 2023;

WHEREAS, good cause accordingly exists to adjust this date.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Wells Fargo through their respective and undersigned counsel that they respectfully request the Court re-set the status conference set for September 28, 2023.

Dated:  August 23, 2023                **MCGUIREWOODS LLP**

/s/ *Alicia A. Baiardo*
AVA E. LIAS-BOOKER (Pro Hac Vice)
aliasbooker@mcguirewoods.com
ALICIA A. BAIARDO (SBN 254228)
abaiardo@mcguirewoods.com
JASMINE K. GARDNER (Pro Hac Vice)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944

**WINSTON & STRAWN LLP**

AMANDA L. GROVES (SBN 187216)
agroves@winston.com
KOBI K. BRINSON (Pro Hac Vice)
kbrinson@winston.com
STACIE C. KNIGHT (Pro Hac Vice)
sknight@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213.615.1700

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: August 23, 2023

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

/s/ *Dennis S. Ellis*
Dennis S. Ellis (SBN 178196)
dellis@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100

*Interim Lead Class Counsel*

-3-

JOINT STIPULATION REQUESTING COURT RE-SET STATUS CONFERENCE DATE
FROM OCTOBER 12, 2023 TO SEPTEMBER 28, 2023

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Alicia A. Baiardo*
      Alicia A. Baiardo

-5-

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed the foregoing document entitled **JOINT STIPULATION REQUESTING COURT RE-SET STATUS CONFERENCE DATE FROM OCTOBER 12, 2023 TO SEPTMEBER 28, 2023** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 23, 2023                           By: /s/ Alicia A. Baiardo
                                                      Alicia A. Baiardo