UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  October 12, 2023                                                             Judge:  Hon. James Donato

Time: 29 Minutes

Case No.        **3:22-cv-00990-JD**
Case Name       **In re Wells Fargo Mortgage Discrimination Litigation**

Attorney(s) for Plaintiff(s):    Dennis Ellis/Dalmacio Posada
Attorney(s) for Defendant(s):    Ava Lias-Booker/Amanda Groves/Jill Griset

Court Reporter: Rhonda Aquilina

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Status conference -- Held

### NOTES AND ORDERS

The discovery disputes are resolved as stated on the record.  *See* Dkt. Nos. 133, 138, 143, 152. The parties are directed to meet and confer about the schedule for completing defendants' document production.  As an operating principle, documents for depositions must be produced at least five court days before testimony.