*STIPULATING PARTIES SHOWN ON SIGNATURE PAGE*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF SCHEDULING ORDER FOR THE LIMITED PURPOSE OF A SINGLE DEPOSITION**<br><br>Trial Date: December 9, 2024 |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") hereby stipulate and request as follows:

WHEREAS, on February 10, 2024, Plaintiffs' counsel requested a date and location from Wells Fargo's counsel to take the deposition of Jeff Snow, Wells Fargo's Quantitative Analytic Consultant in its Risk Management Modeling Department;

WHEREAS, on February 13, 2024, Wells Fargo's counsel informed Plaintiffs' counsel that Mr. Snow lives in Provo, Utah and they could not make Mr. Snow available the following week before the current discovery cutoff date of February 22, 2024 (ECF No. 166);

WHEREAS, Wells Fargo's counsel informed Plaintiffs' counsel that the earliest Mr. Snow could be available to sit for a deposition would be February 28, 2024;

WHEREAS, Wells Fargo's counsel agreed Plaintiffs' counsel could depose Mr. Snow after the discovery cutoff date on February 28, 2024;

WHEREFORE, the Parties stipulate and agree, by and between Plaintiffs and Wells Fargo through their respective counsels of record that they respectfully request that the Court extend the discovery cutoff deadline of February 22, 2024, to February 28, 2024, for the exclusive and limited purpose of the deposition of Jeff Snow.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED:  February 21, 2024 | ELLIS GEORGE LLP |
| 2 | | |
| 3 | | By:   */s/ Dennis S. Ellis* |
| | | Dennis S. Ellis |
| 4 | | 2121 Avenue of the Stars, 30th Floor |
| | | Los Angeles, California 90067 |
| 5 | | Telephone: (310) 274-7100 |
| 6 | | On behalf of Plaintiffs as Interim Lead Counsel |

DATED:  February 21, 2024          MCGUIRE WOODS LLP

By:   */s/ Alicia Bairdo*

    Ava E. Lias-Booker (*pro hac vice*)
    Alicia Baiardo
    Jasmine K. Gardner (*pro hac vice*)
    Two Embarcadero Center
    Suite 1300
    San Francisco, CA 94111-3821
    Telephone: (415) 844-9944

Attorneys for Defendant Wells Fargo Bank, N.A.

DATED:  February 21, 2024          WINSTON & STRAWN LLP

By:   */s/ Amanda L. Groves*

    Amanda L. Groves
    Kobi K. Brinson (*pro hac vice*)
    Stacie C. Knight (*pro hac vice*)
    333 S. Grand Avenue, 38th Floor
    Los Angeles, CA 90071
    Telephone: (213) 615-1700

Attorneys for Defendant Wells Fargo Bank, N.A.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED: February 21, 2024          ELLIS GEORGE LLP

By: */s/ Dennis S. Ellis*
Dennis S. Ellis
On behalf of Plaintiff as Interim Lead Counsel

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE