**<u>Exhibit A</u>**

| | |
|---|---|
| 1 | ELLIS GEORGE CIPOLLONE O'BRIEN LLP |
| | Dennis S. Ellis (State Bar No. 178196) |
| 2 | dellis@egcfirm.com |
| | 2121 Avenue of the Stars, Suite 3000 |
| 3 | Los Angeles, California 90067 |
| | Telephone: (310) 274-7100 |
| 4 | Facsimile: (310) 275-5697 |
| 5 | *Interim Lead Class Counsel* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD |
| | Honorable James Donato |
| | **PLAINTIFF CHRISTOPHER WILLIAMS' SPECIAL INTERROGATORIES TO DEFENDANT WELLS FARGO BANK, N.A., SET ONE** |
| | Trial: December 9, 2024 |

| | |
|---|---|
| 1 | PROPOUNDING PARTY:       PLAINTIFF CHRISTOPHER WILLIAMS |
| 2 | RESPONDING PARTY:       DEFENDANT WELLS FARGO BANK, N.A. |
| 3 | SET NO.:       ONE |

4     Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Christopher Williams
5 requests that Defendant Wells Fargo Bank, N.A. respond fully, in writing and under oath, to the
6 following Interrogatories, within thirty (30) days.

## DEFINITIONS AND INSTRUCTIONS

8     Plaintiff's Interrogatories should be read and construed in accordance with the following
9 instructions and definitions:

10     A.     In responding to the below Interrogatories, Defendant must furnish all information
11 in its possession, custody or control, including information within the custody or control of its
12 officers, directors, predecessors, successors, attorneys, agents, investigators, employees,
13 independent contractors, and all other persons acting on behalf of Defendant.

14     B.     The Interrogatories are to be considered as continuing to the extent permitted by
15 Rule 26 of the Federal Rules of Civil Procedure, and Defendant has an ongoing obligation to
16 provide such supplementary responses, documents and things as it or any other person acting on
17 its behalf may hereafter obtain which augment or otherwise modify Defendant's responses and
18 production to the Interrogatories below. Such supplementary responses and production are to be
19 served upon Plaintiff immediately after their receipt.

20     C.     Unless stated otherwise below, these Interrogatories seek all responsive
21 information for the period January 1, 2017 to the present.

22     D.     As used herein, the words and phrases in the below Interrogatories shall have the
23 following meaning or meanings:

24     1.     "YOU," "YOUR," "DEFENDANT" or "WELLS FARGO" as used herein shall
25 refer to Defendant Wells Fargo Bank, N.A., including its agents, representatives, attorneys,
26 accountants, and others acting or purporting to act on behalf or for the benefit of Defendant.

27     2.     "APPLICATION" as used herein shall mean a situation where the customer has
28 made an application for credit and has or has not identified a property.

3. "IDENTIFY" as used herein shall be construed with the broadest possible meaning to describe with specificity all relevant information, including with respect to documents and data, to the extent known: the (i) type of document or data; (ii) general subject matter; (iii) date of the documents or data; and (iv) author(s), addressee(s), and recipient(s); with reference to an individual, means such individual's name, current or last known business title, current or last known business affiliation, current or last known relationship to Defendant, current or last known residential and business address, and current or last known telephone number; and with reference to an entity or entities, means such entity's full name, state (or country) of incorporation or organization, present or last known address, and present or last known telephone number.

4. "APPROVED" as used herein shall mean conditional or final approval of a home purchase, refinance, home equity, or home equity line of credit.

Plaintiff's Interrogatories should be read and construed in accordance with the following instructions and definitions:

E. In construing these Interrogatories:

a. The singular shall include the plural and the plural shall include the singular.

b. A masculine, feminine, or neutral pronoun shall not exclude the other genders.

c. Unless otherwise specified, these Interrogatories shall be construed as encompassing the period January 1, 2017 through the present.

F. If Defendant claims a privilege over any matter requested herein, Defendant shall provide a privilege log identifying the privilege being asserted, the type of document and its subject matter, date, author name and job title, name and job title of addressee(s), length, bates number, and names and job titles of all recipients and custodians of the document. If Defendant claims a privilege over any portion of a document, the redacted portion should be identified on the privilege log and the remaining portions of the document should be produced.

G. If any portion of a document is responsive to any Interrogatory, the entire document should be produced. If following a good faith search, Defendant determines that no

responsive documents or data exists; Defendant should expressly so indicate in its response. If a document existed but has been destroyed, identify the last known custodian and describe in detail the circumstances of the document's destruction including date of destruction.

## SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 1:**

IDENTIFY all withdrawn APPLICATIONS where a customer was APPROVED for an interest rate greater than originally requested between January 1, 2018, and the present.

**SPECIAL INTERROGATORY NO. 2:**

IDENTIFY all withdrawn APPLICATIONS where a customer was APPROVED for an interest rate greater that was not commercially acceptable between January 1, 2018, and the present.

DATED:  December 11, 2023          Respectfully submitted,

ELLIS GEORGE CIPOLLONE O'BRIEN LLP

By: _____*/s/ Dennis S. Ellis*_____
       Dennis S. Ellis
       *Interim Lead Class Counsel*

# PROOF OF SERVICE

*In re Wells Fargo Mortgage Discrimination Litigation*
**Case No. 3:22-cv-00990-JD**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067.

On December 11, 2023, I served true copies of the following document(s) described as **PLAINTIFF CHRISTOPHER WILLIAMS' SPECIAL INTERROGATORIES TO DEFENDANT WELLS FARGO BANK, N.A., SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On December 11, 2023, I caused a copy of the document(s) to be sent from e-mail address mmanion@egcfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 11, 2023, at Los Angeles, California.

Marla Manion

| | |
|---|---|
| **FRANK SIMS & STOLPER LLP**<br>JASON FRANK<br>jfrank@lawfss.com<br>SCOTT H. SIMS<br>ssims@lawfss.com<br>ANDREW D. STOLPER<br>astolper@lawfss.com<br>19800 MacArthur Blvd., Suite 855<br>Irvine, California 92612<br>Telephone: (949) 210-2400<br>Facsimile: (949) 201-2405 | **Counsel for Plaintiffs**<br>Aaron Braxton, Gia Gray, Bryan Brown and Paul Martin |
| **BEN CRUMP, PLLC**<br>BENJAMIN L. CRUMP<br>court@bencrump.com<br>ben@bencrump.com<br>NABEHA SHAER<br>nabeha@bencrump.com<br>633 Pennsylvania Avenue NW, Floor 2<br>Washington D.C. 20004<br>Telephone: (800) 713-1222 | **Counsel for Plaintiffs**<br>Christopher Williams, Sam Albury and Shaia Beckwith Simmons |
| **SANI LAW, APC**<br>SAM SANI<br>ssani@sanilawfirm.com<br>595 E. Colorado Blvd., Suite 522<br>Pasadena, CA 91101<br>Telephone: (310) 935-0405<br>Facsimile: (310) 935-0409 | **Counsel for Plaintiffs**<br>Christopher Williams, Sam Albury and Shaia Beckwith Simmons |
| **STOWELL & FRIEDMAN, LTD.**<br>LINDA D. FRIEDMAN<br>lfriedman@sfltd.com<br>SUZANNE E. BISH<br>sbish@sfltd.com<br>GEORGE ROBOT<br>grobot@sfltd.com<br>TRUSCENIALYN BROOKS<br>tbrooks@sfltd.com<br>303 W. Madison Street, Suite 2600<br>Chicago, Illinois 60606<br>Telephone: (312) 431-0888<br>Facsimile: (312) 431-0228 | **Counsel for Plaintiffs**<br>Christopher Williams, Sam Albury and Shaia Beckwith Simmons |
| **EVANGELISTA WORLEY LLC**<br>JAMES M. EVANGELISTA<br>jim@ewlawllc.com<br>500 Sugar Mill Road, Suite 245A<br>Atlanta, GA 30350<br>Telephone: (404) 205-8400<br>Facsimile: (404) 205-8391 | **Counsel for Plaintiffs**<br>Ifeoma Ebo and Terah Kuykendall-Montoya |

| | | |
|---|---|---|
| 1 | **STERLINGTON LAW** | **Counsel for Plaintiffs** |
| 2 | JENNIFER KRAUS CZEISLER | Ifeoma Ebo and Terah Kuykendall- |
| | jen.czeisler@sterlingtonlaw.com | Montoya |
| 3 | One World Trade Center | |
| | 285 Fulton Street, 85th Floor | |
| 4 | New York, NY 10007 | |
| | Telephone: (212) 433-2993 | |
| 5 | | |
| | **DANN LAW FIRM** | **Counsel for Plaintiffs** |
| 6 | MARC E. DANN | Ifeoma Ebo and Terah Kuykendall- |
| | mdann@dannlaw.com | Montoya |
| 7 | BRIAN D. FLICK | |
| | bflick@dannlaw.com | |
| 8 | DANIEL M. SOLAR, Pro Hac Vice | |
| | dsolar@dannlaw.com | |
| 9 | 15000 Madison Avenue | |
| | Lakewood, OH 44107 | |
| 10 | Telephone: (216) 373-0539 | |
| | Facsimile: (216) 373-0536 | |
| 11 | | |
| | **ZIMMERMAN LAW OFFICES, P.C.** | **Counsel for Plaintiffs** |
| 12 | THOMAS A. ZIMMERMAN, JR. | Ifeoma Ebo and Terah Kuykendall- |
| | tom@attorneyzim.com | Montoya |
| 13 | 77 West Washington Street, Suite 1220 | |
| | Chicago, IL 60602 | |
| 14 | Telephone: (312) 440-0020 | |
| | Facsimile: (312) 440-4180 | |
| 15 | | |
| | **GUSTAFSON GLUEK PLLC** | **Counsel for Plaintiffs** |
| 16 | AMANDA M. WILLIAMS | Elretha Perkins and Laronica Johnson |
| | awilliams@gustafsongluek.com | |
| 17 | ABOU B. AMARA, JR. | |
| | aamara@gustafsongluek.com | |
| 18 | Canadian Pacific Plaza | |
| | 120 South Sixth Street, Suite 2600 | |
| 19 | Minneapolis, MN 55402 | |
| | Telephone: (612) 333-8844 | |
| 20 | Facsimile: (612) 339-6622 | |
| 21 | **MCGUIREWOODS LLP** | **Counsel for Defendant** |
| | AVA E. LIAS-BOOKER | Wells Fargo Bank, N.A. |
| 22 | alias-booker@mcguirewoods.com | |
| | 500 East Pratt Street, Suite 1000 | |
| 23 | Baltimore, MD 21202-3169 | |
| | Telephone: (410) 659-4430 | |
| 24 | Facsimile: (410) 659-4558 | |

| | | |
|---|---|---|
| 1 | **MCGUIREWOODS LLP**<br>ALICIA A. BAIARDO | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |
| 2 | abaiardo@mcguirewoods.com;<br>Two Embarcadero Center, Suite 1300 | |
| 3 | San Francisco, CA 94111-3821<br>Telephone: (415) 844-9944 | |
| 4 | Facsimile: (415) 844-9922 | |
| 5 | **MCGUIREWOODS LLP**<br>JILL C. GRISET | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |
| 6 | jgriset@mcguirewoods.com<br>JASMINE K. GARDNER | |
| 7 | jgardner@mcguirewoods.com<br>201 North Tryon Street, Suite 3000 | |
| 8 | Charlotte, NC 28202-2146<br>Telephone: (704) 343-2262 | |
| 9 | Facsimile: (704) 373-8825 | |
| 10 | **WINSTON & STRAWN LLP**<br>AMANDA L. GROVES | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |
| 11 | agroves@winston.com<br>333 S. Grand Avenue, 38th Floor | |
| 12 | Los Angeles, CA 90071<br>Telephone: (213) 615-1700 | |
| 13 | Facsimile: (213) 615-1750 | |
| 14 | **WINSTON & STRAWN LLP**<br>KOBI K. BRINSON | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |
| 15 | kbrinson@winston.com<br>STACIE C. KNIGHT | |
| 16 | sknight@winston.com<br>ELIZABETH IRELAND | |
| 17 | EIreland@winston.com<br>300 South Tryon Street, 16th Floor | |
| 18 | Charlotte, NC 28202<br>Telephone: (704) 350-7700 | |
| 19 | Facsimile: (704) 350-7800 | |
| 20 | **WINSTON & STRAWN LLP**<br>ROSS CORBETT | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |
| 21 | RCorbett@winston.com<br>35 W. Wacker Drive | |
| 22 | Chicago, IL 60601<br>Telephone: (312) 558-5600 | |
| 23 | Facsimile: (312) 558-5700 | |
| 24 | **WINSTON & STRAWN LLP**<br>JERVONNE NEWSOME | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |
| 25 | jnewsome@winston.com<br>2121 N. Pearl Street., Ste. 900 | |
| 26 | Dallas, TX 75201<br>Telephone: (214) 453-6500 | |
| 27 | | |
| 28 | | |

```
 1  ELLIS GEORGE CIPOLLONE O'BRIEN LLP
    Dennis S. Ellis (State Bar No. 178196)
 2    dellis@egcfirm.com
    2121 Avenue of the Stars, Suite 3000
 3  Los Angeles, California 90067
    Telephone: (310) 274-7100
 4  Facsimile: (310) 275-5697
 5  *Interim Lead Class Counsel*
 6
 7
 8                UNITED STATES DISTRICT COURT
 9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10  *In re Wells Fargo Mortgage Discrimination   Case No. 3:22-cv-00990-JD
    Litigation.*
11                                               Honorable James Donato
12                                               **PLAINTIFF PAUL MARTIN'S
                                                 INTERROGATORIES TO DEFENDANT
13                                               WELLS FARGO BANK, N.A., SET ONE**
14                                               Trial:    December 9, 2024
```

| | |
|---|---|
| 1 | PROPOUNDING PARTY:         PLAINTIFF PAUL MARTIN |
| 2 | RESPONDING PARTY:          DEFENDANT WELLS FARGO BANK, N.A. |
| 3 | SET NO.:                           ONE |

Pursuant to 33 of the Federal Rules of Civil Procedure, Plaintiff Paul Martin ("Plaintiff"), individually and as representative of a nationwide class of similarly situated applicants for original purchase mortgage, refinance and other home mortgage loans, by and through his attorneys, requests that Defendant Wells Fargo Bank, N.A., a Delaware corporation respond fully, in writing and under oath, to the following Interrogatories (the "Interrogatories") at the offices of Plaintiff's counsel, Ellis George Cipollone O'Brien LLP, 2121 Avenue of the Stars, 30th Floor, Los Angeles, California 90067, as required by Federal Rule of Civil Procedure 33 within 30 days of service.

**DEFINITIONS AND INSTRUCTIONS**

Plaintiff's Interrogatories should be read and construed in accordance with the following instructions and definitions:

A. In responding to the below Interrogatories, Defendant must furnish all information in its possession, custody or control, including information within the custody or control of its officers, directors, predecessors, successors, attorneys, agents, investigators, employees, independent contractors, and all other persons acting on behalf of Defendant.

B. The Interrogatories are to be considered as continuing to the extent permitted by Rule 26 of the Federal Rules of Civil Procedure, and Defendant has an ongoing obligation to provide such supplementary responses, documents and things as it or any other person acting on its behalf may hereafter obtain which augment or otherwise modify Defendant's responses and production to the Interrogatories below. Such supplementary responses and production are to be served upon Plaintiff immediately after their receipt.

C. Unless stated otherwise below, these Interrogatories seek all responsive information for the period January 1, 2017 to the present.

D. As used herein, the words and phrases in the below Interrogatories shall have the following meaning or meanings:

1. "DOCUMENT" or "DOCUMENTS" means all writings, recordings, photographs, originals, and duplicates (each of the foregoing as defined by Federal Rule of Evidence 1001), and shall include, without limitation, drawings, graphs, charts, e-mail, computer records, computer disks, hard drives, electronic or computerized data compilations, however produced or reproduced, any and all written correspondence, letters, telegrams, agreements, contracts, notes, memoranda, instructions, reports, financial statements, demands, data, schedules, notices, work papers, drafts, recordings (whether by electronic or other means), videotapes, analyses, interoffice or intercompany communications, notebooks, diaries, daily logs, appointment calendars, sketches, plans, specifications, blue prints, plats, diagrams, forms, manuals, brochures, catalogs, lists, publications, phone scripts, printouts from websites, minutes of meetings, journals, ledgers or other financial records, invoices, work tickets, purchase orders, canceled checks, and all other written or graphic material of any nature whatsoever, in Wells Fargo's possession or control. A draft or non-identical copy of any Document requested herein is a separate Document within the meaning of this term.

2. "EMPLOYEE" means any agent performing work on Wells Fargo's behalf, whether classified as an employee or independent contractor, in the present or in the past.

3. "IDENTIFY," should be construed with the broadest possible meaning to describe with specificity all relevant information, including with respect to documents and data, to the extent known: the (i) type of document or data; (ii) general subject matter; (iii) date of the documents or data; and (iv) author(s), addressee(s), and recipient(s); with reference to an individual, means such individual's name, current or last known business title, current or last known business affiliation, current or last known relationship to Defendant, current or last known residential and business address, and current or last known telephone number; and with reference to an entity or entities, means such entity's full name, state (or country) of incorporation or organization, present or last known address, and present or last known telephone number.

4. "RELATED TO" means any and all of the following terms and their synonyms: refer to, discuss, constitute, evidence, pertain to, mention, support, undermine, disprove, refute, contradict, negate, bear on, amend, revise, modify, touch on, contain, embody,

reflect, identify, state, deal with, concern, comment on, summarize, respond to, relate to, or describe.

   5. "PERSON," in the plural as well as the singular, means any natural person, association, partnership, corporation, joint venture, government entity, organization, limited liability company, trust, institution, proprietorship, or any other entity recognized as having an existence under law.

   6. "YOU," "YOUR," "DEFENDANT," or "WELLS FARGO" means and refers to Defendant Wells Fargo Bank, N.A., a Delaware corporation, and any associated or affiliated corporation, partnership, or other entity, including, but not limited to, any current or former officer, director, employee, agent, or other representative of Defendant, or any other person or entity acting or purporting to act on Defendant's behalf.

  E. In construing these Interrogatories:

   1. The singular shall include the plural and the plural shall include the singular.

   2. A masculine, feminine, or neutral pronoun shall not exclude the other genders.

   3. Unless otherwise specified, these Interrogatories shall be construed as encompassing the period January 1, 2017 through the present.

  F. If Defendant claims a privilege over any matter requested herein, Defendant shall provide a privilege log identifying the privilege being asserted, the type of document and its subject matter, date, author name and job title, name and job title of addressee(s), length, bates number, and names and job titles of all recipients and custodians of the document. If Defendant claims a privilege over any portion of a document, the redacted portion should be identified on the privilege log and the remaining portions of the document should be produced.

  G. If any portion of a document is responsive to any Interrogatory, the entire document should be produced. If following a good faith search, Defendant determines that no responsive documents or data exists; Defendant should expressly so indicate in its response. If a

document existed but has been destroyed, identify the last known custodian and describe in detail the circumstances of the document's destruction including date of destruction.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

IDENTIFY by loan number all home equity lines of credit (HELOC) applications that YOU approved during the relevant time period where the Uniform Residential Appraisal Report included a comparable with a gross adjustment of 25% or higher.

**INTERROGATORY NO. 2:**

Relative to YOUR response to Interrogatory No. 1, IDENTIFY YOUR approval rate for HELOC applications where the Uniform Residential Appraisal Report included a comparable with a gross adjustment of 25% or higher, broken out as follows:

    (a)    White;

    (b)    Black, non-Hispanic;

    (c)    Hispanic and Latino, non-white;

    (d)    Asian and Pacific Islander; and

    (e)    Native American, American Indian or Alaskan Native.

**INTERROGATORY NO. 3:**

IDENTIFY by loan number all home equity lines of credit (HELOC) applications that YOU approved during the relevant time period where the Uniform Residential Appraisal Report included a comparable with a net adjustment of 15% or higher.

**INTERROGATORY NO. 4:**

Relative to YOUR response to Interrogatory No. 3, IDENTIFY YOUR approval rate for HELOC applications where the Uniform Residential Appraisal Report included a comparable with a net adjustment of 15% or higher, broken out as follows:

    (a)    White;

    (b)    Black, non-Hispanic;

    (c)    Hispanic and Latino, non-white;

    (d)    Asian and Pacific Islander; and

1       (e)     Native American, American Indian or Alaskan Native.

DATED: December 11, 2023       Respectfully submitted,

ELLIS GEORGE CIPOLLONE O'BRIEN LLP

By:     */s/ Dennis S. Ellis*
        Dennis S. Ellis
       *Interim Lead Class Counsel*

# PROOF OF SERVICE

**In re Wells Fargo Mortgage Discrimination Litigation**
**Case No. 3:22-cv-00990-JD**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067.

On December 11, 2023, I served true copies of the following document(s) described as **PLAINTIFF PAUL MARTIN'S INTERROGATORIES TO DEFENDANT WELLS FARGO BANK, N.A., SET ONE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On December 11, 2023, I caused a copy of the document(s) to be sent from e-mail address mmanion@egcfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 11, 2023, at Los Angeles, California.

_____
Marla Manion

**SERVICE LIST**
*In re Wells Fargo Mortgage Discrimination Litigation*
**Case No. 3:22-cv-00990-JD**

| | |
|---|---|
| **FRANK SIMS & STOLPER LLP** <br> JASON FRANK <br> jfrank@lawfss.com <br> SCOTT H. SIMS <br> ssims@lawfss.com <br> ANDREW D. STOLPER <br> astolper@lawfss.com <br> 19800 MacArthur Blvd., Suite 855 <br> Irvine, California 92612 <br> Telephone: (949) 210-2400 <br> Facsimile: (949) 201-2405 | **Counsel for Plaintiffs** <br> Aaron Braxton, Gia Gray, Bryan Brown and Paul Martin |
| **BEN CRUMP, PLLC** <br> BENJAMIN L. CRUMP <br> court@bencrump.com <br> ben@bencrump.com <br> NABEHA SHAER <br> nabeha@bencrump.com <br> 633 Pennsylvania Avenue NW, Floor 2 <br> Washington D.C. 20004 <br> Telephone: (800) 713-1222 | **Counsel for Plaintiffs** <br> Christopher Williams, Sam Albury and Shaia Beckwith Simmons |
| **SANI LAW, APC** <br> SAM SANI <br> ssani@sanilawfirm.com <br> 595 E. Colorado Blvd., Suite 522 <br> Pasadena, CA 91101 <br> Telephone: (310) 935-0405 <br> Facsimile: (310) 935-0409 | **Counsel for Plaintiffs** <br> Christopher Williams, Sam Albury and Shaia Beckwith Simmons |
| **STOWELL & FRIEDMAN, LTD.** <br> LINDA D. FRIEDMAN <br> lfriedman@sfltd.com <br> SUZANNE E. BISH <br> sbish@sfltd.com <br> GEORGE ROBOT <br> grobot@sfltd.com <br> TRUSCENIALYN BROOKS <br> tbrooks@sfltd.com <br> 303 W. Madison Street, Suite 2600 <br> Chicago, Illinois 60606 <br> Telephone: (312) 431-0888 <br> Facsimile: (312) 431-0228 | **Counsel for Plaintiffs** <br> Christopher Williams, Sam Albury and Shaia Beckwith Simmons |
| **EVANGELISTA WORLEY LLC** <br> JAMES M. EVANGELISTA <br> jim@ewlawllc.com <br> 500 Sugar Mill Road, Suite 245A <br> Atlanta, GA 30350 <br> Telephone: (404) 205-8400 <br> Facsimile: (404) 205-8391 | **Counsel for Plaintiffs** <br> Ifeoma Ebo and Terah Kuykendall-Montoya |

| | | |
|---|---|---|
| **STERLINGTON LAW**<br>JENNIFER KRAUS CZEISLER<br>jen.czeisler@sterlingtonlaw.com<br>One World Trade Center<br>285 Fulton Street, 85th Floor<br>New York, NY 10007<br>Telephone: (212) 433-2993 | | **Counsel for Plaintiffs**<br>Ifeoma Ebo and Terah Kuykendall-Montoya |
| **DANN LAW FIRM**<br>MARC E. DANN<br>mdann@dannlaw.com<br>BRIAN D. FLICK<br>bflick@dannlaw.com<br>DANIEL M. SOLAR, Pro Hac Vice<br>dsolar@dannlaw.com<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Telephone: (216) 373-0539<br>Facsimile: (216) 373-0536 | | **Counsel for Plaintiffs**<br>Ifeoma Ebo and Terah Kuykendall-Montoya |
| **ZIMMERMAN LAW OFFICES, P.C.**<br>THOMAS A. ZIMMERMAN, JR.<br>tom@attorneyzim.com<br>77 West Washington Street, Suite 1220<br>Chicago, IL 60602<br>Telephone: (312) 440-0020<br>Facsimile: (312) 440-4180 | | **Counsel for Plaintiffs**<br>Ifeoma Ebo and Terah Kuykendall-Montoya |
| **GUSTAFSON GLUEK PLLC**<br>AMANDA M. WILLIAMS<br>awilliams@gustafsongluek.com<br>ABOU B. AMARA, JR.<br>aamara@gustafsongluek.com<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622 | | **Counsel for Plaintiffs**<br>Elretha Perkins and Laronica Johnson |
| **MCGUIREWOODS LLP**<br>AVA E. LIAS-BOOKER<br>alias-booker@mcguirewoods.com<br>500 East Pratt Street, Suite 1000<br>Baltimore, MD 21202-3169<br>Telephone: (410) 659-4430<br>Facsimile: (410) 659-4558 | | **Counsel for Defendant**<br>Wells Fargo Bank, N.A. |

| | | |
|---|---|---|
| 1 | **MCGUIREWOODS LLP** | **Counsel for Defendant** |
| | ALICIA A. BAIARDO | Wells Fargo Bank, N.A. |
| 2 | abaiardo@mcguirewoods.com; | |
| | Two Embarcadero Center, Suite 1300 | |
| 3 | San Francisco, CA 94111-3821 | |
| | Telephone: (415) 844-9944 | |
| 4 | Facsimile: (415) 844-9922 | |

**MCGUIREWOODS LLP**
JILL C. GRISET
jgriset@mcguirewoods.com
JASMINE K. GARDNER
jgardner@mcguirewoods.com
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2262
Facsimile: (704) 373-8825

**Counsel for Defendant**
Wells Fargo Bank, N.A.

**WINSTON & STRAWN LLP**
AMANDA L. GROVES
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

**Counsel for Defendant**
Wells Fargo Bank, N.A.

**WINSTON & STRAWN LLP**
KOBI K. BRINSON
kbrinson@winston.com
STACIE C. KNIGHT
sknight@winston.com
ELIZABETH IRELAND
EIreland@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**Counsel for Defendant**
Wells Fargo Bank, N.A.

**WINSTON & STRAWN LLP**
ROSS CORBETT
RCorbett@winston.com
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**Counsel for Defendant**
Wells Fargo Bank, N.A.

**WINSTON & STRAWN LLP**
JERVONNE NEWSOME
jnewsome@winston.com
2121 N. Pearl Street., Ste. 900
Dallas, TX 75201
Telephone: (214) 453-6500

**Counsel for Defendant**
Wells Fargo Bank, N.A.