

Ellis George LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067

Dennis S. Ellis
424.202.5549
dellis@ellisgeorge.com

File No. 8337-001

February 29, 2024

Re:     *In re Wells Fargo Mortgage Discrimination Litigation*, Case No. 3:22-cv-00990-JD, Motion
        to Compel Documents Identified in Wells Fargo's Privilege Log

**REDACTED IN ITS ENTIRETY**
**CONDITIONALLY FILED UNDER SEAL**

2382315.1