1  ELLIS GEORGE LLP
   Dennis S. Ellis (State Bar No. 178196)
2      dellis@ellisgeorge.com
   2121 Avenue of the Stars, 30th Floor
3  Los Angeles, California 90067
   Telephone: (310) 274-7100
4  Facsimile: (310) 275-5697

5  *Interim Lead Class Counsel*

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| | Case No. 3:22-cv-00990-JD |
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Honorable James Donato |
| | **DECLARATION OF DENNIS S. ELLIS IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING BRIEFS IN EXCESS OF APPLICABLE PAGE LIMITS** |
| | (Filed concurrently with Administrative Motion for Order Authorizing Briefs in Excess of Applicable Page Limits; [Proposed] Order Thereon) |

2399570.1

Case No. 3:22-cv-00990-JD

**DECLARATION OF DENNIS S. ELLIS IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING BRIEFS IN EXCESS OF APPLICABLE PAGE LIMITS**

### **DECLARATION OF DENNIS S. ELLIS**

I, Dennis S. Ellis, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Ellis George LLP, counsel of record for Plaintiffs in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.

Executed this ___ day of April, 2024, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Dennis S. Ellis

2399570.1                                                              Case No. 3:22-cv-00990-JD

**DECLARATION OF DENNIS S. ELLIS IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING BRIEFS IN EXCESS OF APPLICABLE PAGE LIMITS**