1

*STIPULATING PARTIES SHOWN ON SIGNATURE PAGE*

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING MOTION TO DISQUALIFY PLAINTIFFS' EXPERT**<br><br>Trial Date: December 9, 2024 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2404823.2                                                    Case No. 3:22-cv-00990-JD

1    Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Wells Fargo Bank,

2  N.A. ("Wells Fargo") (collectively, "the Parties") hereby stipulate and request as

3  follows:

4    WHEREAS, on April 12, 2024, Wells Fargo filed a Motion to Disqualify

5  Plaintiffs' Expert and Request for Evidentiary Hearing ("Motion");

6    WHEREAS, pursuant to the local rules, Plaintiffs' Opposition must be filed

7  not more than 14 days after the Motion is filed, and Wells Fargo's Reply must be

8  filed not more than 7 days after Plaintiffs' Opposition was due.  N.D. Cal. L.R. 7-

9  3(a), (c);

10    WHEREAS, Plaintiffs' Opposition is due on April 26, 2024, Wells Fargo's

11  reply is due on May 3, 2024, and the hearing is set for May 23, 2024, at 10:00 a.m.;

12    WHEREAS, in light of the briefing schedule with respect to Plaintiffs'

13  Motion for Class Certification, the Parties have stipulated to an enlargement of time

14  for Plaintiffs' Opposition of an additional 7 days, thereby permitting Plaintiffs to file

15  its Opposition no later than May 3, 2024, and Wells Fargo to file their Reply no later

16  than May 10, 2024.

17    **WE SO STIPULATE.**

18

19                                   Respectfully submitted,

20  DATED:  April 18, 2024          ELLIS GEORGE LLP

21

22                                   By:  _/s/ Dennis S. Ellis_

23                                        Dennis S. Ellis
                                          2121 Avenue of the Stars, 30th Floor
24                                        Los Angeles, California 90067
                                          Telephone: (310) 274-7100
25                                   On behalf of Plaintiffs as Interim Lead Counsel

26

27

28

2404823.2                                          Case No. 3:22-cv-00990-JD

1

DATED:  April 18, 2024        MCGUIRE WOODS LLP

2

3                              By:    _/s/ Alicia A. Baiardo_
                                      Ava E. Lias-Booker (*pro hac vice*)
4                                     Alicia A. Baiardo
                                      Jasmine K. Gardner (*pro hac vice*)
5                                     Two Embarcadero Center, Suite 1300
                                      San Francisco, CA 94111-3821
6                                     Telephone: (415) 844-9944
                               Attorneys for Defendant Wells Fargo Bank,
7                              N.A.

8

9

DATED:  April 18, 2024        WINSTON & STRAWN LLP

10

11                             By:    _/s/ Amanda L. Groves_
                                      Amanda L. Groves
12                                    Kobi K. Brinson (*pro hac vice*)
                                      Stacie C. Knight (*pro hac vice*)
13                                    333 S. Grand Avenue, 38th Floor
                                      Los Angeles, CA 90071
14                                    Telephone: (213) 615-1700
                               Attorneys for Defendant Wells Fargo Bank,
15                             N.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

2404823.2

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING
MOTION TO DISQUALIFY PLAINTIFFS' EXPERT

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2      Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that

3 concurrence in the filing of this document has been obtained from the signatories

4 above.

5 DATED:  April 18, 2024              ELLIS GEORGE LLP

6

7                                     By:    */s/ Dennis S. Ellis*
                                            Dennis S. Ellis
8                                     On behalf of Plaintiff as Interim Lead Counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2404823.2

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING
MOTION TO DISQUALIFY PLAINTIFFS' EXPERT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024

_____

HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE