# VOLUME OF EXHIBITS

## 15 of 17
### (pages 967-1381)

# EXHIBIT 45

Model Development



*Corporate Risk – RMG (Credit, Compliance & Operational Risk)*
*HL Credit Scoring*

# HL Conventional Orig Custom ECS Score

Quantitative Model type (or functional area): Credit Scoring Model
Portfolio name:  Home Lending Conventional
Risk Rating: 2
Model number: 11960
Model version: 1.0

Date created: 2016-11-04 Last updated: 2022-12-08
Document version: 7.0
By: Retail Credit Decisioning (RCD) Team
Dina Rojas – Manager
Parashar Bhise
Qun Zeng
Maria Kau
Catherine Orate-Pott





Together we'll go far

© 2022 Wells Fargo Bank, N.A. All rights reserved. Confidential.
CMIR_template_model.dotx

# Document version control

| Version number | Summary | Author | Date |
|---|---|---|---|
| 1.0 | Using latest template from CMoR as of 11/04/2016 to create the HLECSV1 Conventional model document. | Dina Rojas, Parashar Bhise and Qun Zeng | 12/27/2016 |
| 2.0 | Updated Model Use in sections 1.1, 2.3 and 7.4 and the PSI tables and document in 6.1. | Parashar Bhise | 12/18/2017 |
| 3.0 | Updated model name and added Adverse Action explanation in section 8.2.  Updated Model Use in sections 1.1, 2.3, and 7.4. | Parashar Bhise | 7/12/2019 |
| 4.0 | Updated section 1.1 to clarify use of terms "charge-off" and "foreclosure".  Updated Model Use in sections 1.1, 2.3, and 7.4.  Please refer to Appendix A for details. | Parashar Bhise | 12/11/2020 |
| 5.0 | Updated section 9.1 to state Over-ride report, K-S, ROC reports will be generated. | Qun Zeng | 08/16/2021 |
| 6.0 | Updated section1 and 1.1 adding no approve/decline model use and section 7.4 for Conforming model use changes. Please refer to Appendix A5 for details. | Qun Zeng | 12/16/2021 |
| 7.0 | Updated section 1.1, 2.3 and 7.4 model use list. Please refer to Appendix A6 for details. | Qun Zeng | 12/8/2022 |

CONFIDENTIAL

**969**

WF-00079827

# Contents

1    **Executive summary** ................................................................................................ **5**

    1.1    Model overview, purpose, and use(s) .........................................................................5

    1.2    Model stakeholders ...................................................................................................7

    1.3    Model description ......................................................................................................7

    1.4    Model version control ...............................................................................................8

    1.5    Related documentation (as applicable) .....................................................................8

    1.6    (Proposed) Wells Fargo model risk ranking ...............................................................8

2    **Portfolio, business, and model summary** ............................................................ **9**

    2.1    Portfolio and business summary ................................................................................9

    2.2    Developer(s) information ...........................................................................................9

    2.3    Model purpose and use ...........................................................................................16

    2.4    Model history ..........................................................................................................17

3    **Model framework and theory** ........................................................................... **20**

    3.1    Model framework ....................................................................................................20

    3.2    Literature review .....................................................................................................21

    3.3    Assumptions and limitations ...................................................................................22

    3.4    Alternative model designs considered......................................................................23

    3.5    Model dependencies: Other models/tools/inputs used with this model.....................24

4    **Model data/inputs and sources** ........................................................................ **25**

    4.1    Data sources and processing overview .....................................................................25

    4.2    Data integrity and reconciliation .............................................................................28

    4.3    Data description and analysis ..................................................................................31

    4.4    Observation and performance windows ...................................................................31

    4.5    Data exclusions/inclusions and model population .....................................................32

    4.6    Dependent variable(s) definition .............................................................................37

    4.7    Sampling approach...................................................................................................40

    4.8    Independent variables .............................................................................................42

5    **Model estimation/development/calibration/fitting** ............................................ **46**

    5.1    Estimation and model specification overview ...........................................................46

    5.2    Model development tools.........................................................................................46

    5.3    Sample Design .........................................................................................................47

CONFIDENTIAL          970          WF-00079828

5.4    Performance (reject) inference ...................................................................................................................52

5.5    Model segmentation ...................................................................................................................................63

5.6    Variable selection .......................................................................................................................................63

5.7    Model estimation and scaling ....................................................................................................................64

5.8    Final model form/specification/structure and interpretation .................................................................79

6    Model performance and testing ......................................................................................................................80

6.1    Performance on out-of-sample data...........................................................................................................80

6.2    Benchmarking (as appropriate and available) ...........................................................................................82

6.3    Sensitivity analysis and testing...................................................................................................................82

7    Model outputs, reports, and uses ....................................................................................................................85

7.1    Model output overview ..............................................................................................................................85

7.2    Model outputs.............................................................................................................................................85

7.3    Model reports .............................................................................................................................................85

7.4    Model uses ..................................................................................................................................................85

8    Model implementation .....................................................................................................................................89

8.1    Implementation requirements and scope .................................................................................................89

8.2    Implementation specifications ...................................................................................................................90

8.3    Pre-implementation review/impact assessment and model adjustments.................................................92

8.4    Implementation testing plan.......................................................................................................................92

8.5    Production/Implementation manual ..........................................................................................................94

9    Model management ...........................................................................................................................................95

9.1    Ongoing monitoring and performance tracking ........................................................................................95

9.2    Change control management and model maintenance/calibration...........................................................96

9.3    Security and control ....................................................................................................................................96

Appendix A    Documentation Updates.................................................................................................................100

A.1    Version 2 Updates (December 2017)........................................................................................................100

A.2    Version 3 Updates (July 2019)..................................................................................................................100

A.3    Version 4 Updates (December 2020)........................................................................................................100

A.4    Version 5 Updates (August 2021) .............................................................................................................100

A.5    Version 6 Updates (December 2021)........................................................................................................100

A.6    Version 7 Updates (December 2022) ........................................................................................................101

References .................................................................................................................................................................103

CONFIDENTIAL

971

WF-00079829

# 1    Executive summary

This section provides an overview of the HL Conventional Orig Custom ECS Score (HLECSV1 CON).

The HLECSV1 CON model is one model in the Home Lending Enhanced Credit Score Model Version1 (HLECSV1) Suite, which includes three models:

- Home Mortgage Government Model - HLECSV1 GOV (Model 11419)

- Home Mortgage Conventional Model – HLECSV1 CON (Model 11960)

- Home Equity Model – HLECSV1 HE (Model 11961)

This document provides detailed information on the Home Mortgage Conventional Model development process and an overview of its implementation. Although the Executive Summary is designed to stand on its own, it is recommended that the full documentation be read in order to gain comprehensive understanding of HLECSV1 Conventional Model.

HLECSV1 CON is designed to generate an acquisition credit risk score for Wells Fargo home mortgage conventional 1st lien mortgages and 2nd lien simultaneous home equity products. HLECSV1 CON is developed, tested, and implemented in compliance with Wells Fargo Policies as well as all applicable regulatory and legal requirements.

HLECSV1 CON is developed using a statistically sound methodology and empirically derived estimations. It is a statistical model, custom-developed by the Front End Scoring Team (the Scoring Team) utilizing Wells Fargo home mortgage and home equity data. HLECSV1 CON is designed to give an objective, numerical evaluation, a "score" of the credit risk of each home mortgage loan (and sometimes associated home equity line) applicant. The score provides an easy-to-understand, real-time assessment of the relative credit risk ranking of the applicants: the higher the score the lower the risk; the lower the score, the higher the risk. The HLECSV1 CON model will support underwriters in making better credit decisions on home mortgage conventional applicants, thereby supporting the growth of the home mortgage/home equity portfolios by reducing losses and potentially increasing acceptance rates.

The HL Conventional Orig Custom ECS Score is not used to approve or decline a customer for credit and the score is not displayed to the underwriter. The HL Conventional Orig Custom ECS Score is one component that contributes to Credit Risk Classes (CRCs) that are used in the mortgage credit evaluation process. HL Conventional Orig Custom ECS Score and CRCs are not used to disqualify an applicant; they are used to establish the associated credit risk and underwriter level required to evaluate the application.

## 1.1    Model overview, purpose, and use(s)

Home Lending priorities are to simplify the credit risk assessment processes and to provide an excellent customer experience. To this end, Credit Risk Management seeks to deliver a unified approach to credit risk assessment, assurance of fair and consistent treatment of customers, simplification of processes, and improve the

CONFIDENTIAL

972

WF-00079830

performance of loan origination portfolios. The goal of the project is to build the new HLECSV1 CON model that will provide a unified risk assessment compared to the approach being used with Home Mortgage ECS 5.0. The model development will also establish new unified Credit Risk Classification strategies which will help increase the volume of the portfolio using the HLECSV1 CON model without adding risk across Wells Fargo Home Mortgage and adhering to federal regulations.

The HLECSV1 CON modeling effort is considered an empirical model development and it will be used to replace the Home Mortgage ECS 5.0 Model, which is in use for conventional mortgages.  The main objective of the model development is to provide a risk ranking model that has a consistent view and methodology, scaling, and bad definition. The model will be built using development data that encompasses Wells Fargo Home Mortgage (WFHM) applicants and provide the Wells Fargo view of credit risk which is used in the acquisition risk underwriting process.

The HLECSV1 CON model predicts 90+ days past due or worse behavior (bankrupt, foreclosure, and charge-off) within 36 months from origination using a combination of credit bureau variables and debt-to-income ratio.  Note that the charged-off accounts are contained in the foreclosure accounts, as the data only allows identification of the latter.  The terms are sometimes listed separately or are used interchangeably throughout the document. The development data is comprised of April 1, 2008 through December 31, 2012 Home Mortgage Conventional applications and January 1, 2008 through December 31, 2012 Home Equity SIMO applications.

The model was developed for use in acquisition risk underwriting specifically for the following:

- Scoring Conventional (conforming, non-conforming) Applications on the Conventional & SIMO model.
- The lowest score between the two scored borrowers (if joint application) or the borrower score (if single application) will generate the top 6 Risk Insight Messages explaining the credit risk profile for Conventional.
- The Risk Insight Messages are displayed for consideration of the underwriters as they make their loan decision.
- The score is binned to create Credit Risk Classes (CRCs) for Conventional and SIMO. As of February 2015, the scorecard based Credit Risk Class for SIMO was suppressed. The SIMO Credit Risk Class is currently based on FICO.
- The score and CRCs are not used for Conforming retail only the risk insight messages.
- The score is an input for Priority Buyer Letter logic for Non-Conforming.
- The score is an input to the process of routing the applications to the appropriate underwriters for Conforming Correspondent non-delegated which is a small percent of the population.
- The score usage is allowed for 120 days from the credit bureau date to funding; once the credit bureau is older than 120 days a new credit bureau report (and therefore, generated score) needs to be obtained. An exception is allowed in the origination process to use FICO for greater than 120 days but must not exceed 150 days. Current origination policy permits usage extended to 130 days.  In this scenario, the custom score must not exceed 130 days.
- The HL Conventional Orig Custom ECS Score is not used to approve or decline a customer for credit and the score is not displayed to the underwriter.

CONFIDENTIAL

WF-00079831

The score usage will be described with examples in section 7.4 Model Uses. In this section we wanted to provide a high level view of the usage.

## 1.2    Model stakeholders

| Model stakeholder | Name |
|---|---|
| Model owner | Dina Rojas |
| Development lead | Dina Rojas |
| Development team | Dina Rojas<br>Parashar Bhise<br>Maria Kau<br>Catherine Orate-Pott<br>Qun Zeng |
| Implementation lead | Jack Witt |
| Implementation team | Risk Evaluation Management (REM) |
| Data lead | Maria Kau<br>Parashar Bhise<br>Catherine Orate-Pott<br>Qun Zeng |
| Data team | Ksenia Krul (Second review by Qun Zeng)<br>Maria Kau (Second review by Charles S. Mutsalklisana) |
| Model user(s) (strategy owners) | Mike Schimek/Jack Witt |
| Document author(s) | Dina Rojas<br>Parashar Bhise<br>Qun Zeng<br>Maria Kau<br>Catherine Orate-Pott<br>Charles Byce<br>Charles S. Mutsalklisana (August 15, 2013 to June 4, 2015) |
| Model risk officer | Kiran Yalavarthy |

## 1.3    Model description

The HLECSV1 CON model is a statistical logistic regression model that evaluates the application and credit information on a current applicant and produces a score that quantifies the expected future performance of that applicant. The higher the score, the more likely that applicant is to pay as promised; the lower the score the less likely. The score is a rank-ordering tool, that is, it reflects the risk of the applicant when compared with other

CONFIDENTIAL

974

WF-00079832

applicants in the applicant population. Reject inference method is used to estimate the performance on any censored observations.

The development process begins with an analysis of home mortgage and home equity data on a large, statistically valid sample of prior applicants for whom the payment performance over time is known. The Scoring Team used FICO Analytic Modeler Scorecard Professional (FAMS-PRO) software to build the model.

## 1.4    Model version control

| Version number | Status | Summary | Development lead | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## 1.5    Related documentation (as applicable)

| Documentation name | Description | Contact |
|---|---|---|
| | | |
| | | |
| | | |

## 1.6    (Proposed) Wells Fargo model risk ranking

The proposed model risk ranking for non-collections credit scoring HLECSV1 CON model is risk rank 2. The ranking is consistent with the CMOR Risk Ranking Template and procedures.  Ximena (Clara) Zambrano is the model risk officer.  The proposed supporting document for risk ranking below:

| | |
|---|---|
| Proposed 11960 Risk Ranking Template (Conventional_SIMO_QTM_Number_11960_Identification_and_Risk_Rank_Template_20161215.xlsm) | Conventional_SIMO_QTM_Number_11960_ |

CONFIDENTIAL
975
WF-00079833

# 2    Portfolio, business, and model summary

Advances in Automated Decisioning technology have made the loan industry an extremely competitive market. The ability to score applicant risk at origination along with the ability to rank risk has been in existence for some time.  Providing both services accurately enables us to effectively manage the risk and accurately forecast potential delinquency.

## 2.1    Portfolio and business summary

Wells Fargo Home Lending (WFHL) is a leading home mortgage and equity lender in the United States, originating one out of every four home loans. Wells Fargo Home Mortgage (WFHM) financing includes Government Mortgage Loans and Conventional Mortgage Loans. The HLECSV1 CON model supports origination credit decisions for Conventional loan products only.

The HLECSV1 CON Originations Custom Scorecard (Custom Score) was developed as the primary credit score for use in the Conventional credit originations process for conventional mortgages and home equity SIMO applications. The Score's initial implementation in production was Q42015.

It should be noted that two significant market events occurred during the timeframe of the model development that may have impacted the model development.  A portion of the model development data was sourced from the timeframe of the 2008 financial crisis and economic downturn where loan default was higher than normal. Furthermore, another portion of the data was in the timeframe of refinance boom where the interest rate was much lower than normal. Hence, proportion of refinance customers during this timeframe was higher than that for the purchase customers.

The market is likely to observe a reverse trend in both events as the economy improves.  With economy in the expansion period, the Scoring Team expects that the score-to-odds relationship will shift upward in parallel, preserving rank ordering (possibly improving rank ordering).  The Modeling team will closely monitor the effect of these factors.  However, the Scoring Team does not foresee significant customer base shift over the lifetime of the model.

The WFHL products, channels, credit policies and marketing have been stable in recent years.  The WFHM Serviced for Others mortgages with total balances of over $1.8T, and WFHM Owned (mortgages that are owned by Wells Fargo) with total balances of $192B.  The Home Equity products consist of total balances of $98B which are comprised of Line of Credit accounts and Loan accounts.

## 2.2    Developer(s) information

The table below summarizes the basic information related to the model developers' qualifications, including educational training, experience with various models and portfolios. The majority of the modelers have more than 14 years of industry experience.

| Developer | Experience with Model Type and Portfolio |
| --- | --- |

CONFIDENTIAL

WF-00079834

| Developer | Experience with Model Type and Portfolio |
|---|---|
| Rojas, Dina F. <br> - (Credit Risk Analytics Mgr.) <br> - M.S. in Applied Mathematics from Claremont Graduate University <br> - MBA (Global Strategic Management) from Dominican University <br> - BA degree in Applied Mathematics and Spanish Literature from Occidental College | Joined Wells Fargo & Co. May 2008 in Real Estate Lending. Built Home Equity and Home Lending Origination Scoring Team which helped develop and implement new models, strategies and test existing application systems. Fair Isaac for 10 years. <br><br> ▪ Designed, built, and tested technical architecture for a Retail and Small Business product line that generated over $20 million in annual revenue <br><br> ▪ Managed and built multiple origination scoring systems for Retail and Small Business external financial institutions and internal product lines. Managed and built multiple account and customer level management scoring systems (behavior and payment projection models) for Retail, Small Business, and Telecom external financial institutions (including TRIAD™ implementations) and internal product lines. Worked as primary liaison with product management, product development, and quality assurance resources to obtain information and resolve issues encountered in the course of internal product developments. <br><br> ▪ Managed, trained and evaluated a team of analysts and projects. Worked with clients in the United States, Canada, Mexico, Central America, South America and Asia. She has done extensive research with the World Bank on Small Business lending. |

CONFIDENTIAL

977

WF-00079835

| Developer | Experience with Model Type and Portfolio |
|---|---|
| Bhise, Parashar A.<br>- (Credit Risk Analytics Cons)<br>- BA in Pure Mathematics, University of California at Berkeley<br>- BA in Statistics, University of California at Berkeley | Joined Wells Fargo & Co. July 2008 in Home Lending and with Fair Isaac for 7 years before that.<br><br>■ Managed and built multiple scoring systems for Financial Services, Small Business, and Telecom clients (including external financial institutions and internal product lines), which include origination risk models, behavior risk models, payment projection models.<br><br>■ Served as the chief technical support person on project teams, performing much of the data gathering, technical specification and data analysis involved in building forecasting models.<br><br>■ Applied various statistical procedures to manipulate primitive data into more informative forms, depending on performance measures, and audited output at each analysis phase to ensure quality and conformity.<br><br>■ Built Home Equity Version 4 Origination Risk model for the former Home Equity group and worked on implementation tasks that ensured no issues with model use in production. Also created back end tracking for the score to ensure appropriate performance. |

CONFIDENTIAL

978

WF-00079836

| Developer | Experience and Model Type and Portfolio |
|---|---|
| Kau, Maria S.<br>- (Credit Risk Analytics Cons)<br>- BA degree in Computer Information Systems from San Francisco State University<br>- Training in statistic, database and programming languages (SAS, SQL, Java) from UC Berkeley Extension | Joined Wells Fargo & Co. July 2008 in the Home Equity group and Home Lending group. Role includes managing credit bureau variables for origination models and policies. As well as testing model and policy implementation on multiple platforms. Monitoring and tracking Home Equity origination models and conducting analysis on adaptability studies and strategy initiatives. Developed and validated Recovery Models for the Home Equity portfolio. Developed origination scorecards for Home Equity and Home Lending using FAMS-PRO(XENO) modeling tool in training. Additional work experience: Fair Isaac (5 years) and WAMU (2 years)<br><br>   ▪ Extensive experience in data mining and processing financial data including credit bureau, application, performance, response and booking data.<br><br>   ▪ Very familiar with dealing with data residing in different platforms ranging from large relational databases to SAS datasets and the ability to collect and normalize the data as well as to check for data integrity, which is fundamental for analytics.<br><br>   ▪ Extensive knowledge of credit bureau data from single bureau vendors, Equifax, Experian and Trans Union as well as from tri-merge vendors in the industry standard MISMO 2.3.1 format. Broad experience using raw credit bureau data to create, validate and audit attributes for credit score modeling using a statistical programming language as well as writing and interpreting credit bureau attribute requirements.<br><br>   ▪ Experience working in a big financial institution in the area of card services customer acquisition dealing with credit policies, risk and response models implementation.<br><br>   ▪ Experience designing prospect database processes for direct mail campaigns in credit card portfolio. |

CONFIDENTIAL

979

WF-00079837

| Developer | Experience and Model Types and Portfolio |
|---|---|
| Orate-Pott, Catherine<br>- (Credit Risk Analytics Cons)<br>- BS in Economics, University of the Philippines | Joined Wells Fargo & Co. August 2013.  Previously worked with Fair Isaac for 12 years and CoreLogic for 1 year.<br><br>▪ Developed multiple scoring systems for Financial Services.  Built acquisition and marketing models for both consumer credit and business credit.  Performed model validations, ROI analysis and model performance trend analysis.<br><br>▪ Designed and unit tested the implementation of models within production acquisition computer systems which involved the pulling of raw credit bureau data, the transformation of the raw data into attributes and the calculation of the final score.<br><br>▪ Performed ad hoc analysis on multiple dimensions of the Financial Services industry including the mortgage, credit card and auto industries.  Reported on consumer Credit Bureau behavior trends.<br><br>▪ Inventor on healthcare model that predicts the likelihood of an individual adhering to a treatment regimen.  US Patent Application Document #20100205008 titled 'Method and System for Predicting Adherence to a Treatment' filed in 2009. |
| Burdock, Skylar<br>- (Credit Risk Analytics Cons)<br>- BS in Statistics | Joined Wells Fargo & Co. September 2013 in Asset Management & Preservation. Currently, designated Performance Monitoring Lead for ECS 5.0 and HLECSV1 – Government<br><br>▪ Develop and track performance of Home Lending ECS model as well as document procedures<br><br>▪ Analyzed operational processes for more streamline effectiveness, revamped AMP's statistical sampling techniques and analyzed/reported monthly metrics for executive audience<br><br>▪ Calculated fixed and indexed statutory reserves on statutory reserve software and prepared/analyzed quarterly financial statements<br><br>▪ Developed new client / carrier audit stratified sampling design; reported out monthly, weekly and quarterly findings to senior management |

CONFIDENTIAL

980

WF-00079838

| Developer | Experience with Model Type and Portfolio |
|---|---|
| Zeng, Qun<br>- (Advanced Analytics Cons)<br>- MS in Mathematics, University of Cincinnati<br>- MS and BS in Mathematics, China | Joined Wells Fargo & Co. October 2012 in the Real Estate Origination Credit Scoring Team. Helped build Home Equity and Home Lending Origination Scoring models, analyze and test existing home mortgage credit scoring systems.<br><br>■ Capital One 3 years<br>    ○ Developed and built early bad rate model, marginal utilization model and attrition models for young adults portfolio card account management<br>    ○ Documented models and monitored model performance over time<br>    ○ Designed experiments and tested new business strategies<br><br>■ Deloitte & Touche 1 year<br>    ○ Reviewed and upgraded a key model of property risk management and contractor marketing for the US Federal Housing Authority<br>    ○ Validated consumer debt portfolio, trade receivables and rated security loss forecasting models and estimated expected loss using simulation method<br><br>■ Freddie Mac 1.5 years<br>    ○ Reviewed, fixed and cleaned up existing credit loss accounting system SAS(CONSAS) programs for more accurate credit loss booking and internal accounting control processes<br>    ○ Reviewed and optimized existing delinquency report, loan modification, loans to facilitate and real estate owned loss calculation programs<br><br>■ FINRA 7 years<br>    ○ Used SAS, SQL daily to perform data mining and data analysis, analyze market transaction data, develop, maintain and upgrade trade violation and fraudulent activity reporting system for NASDAQ and NYSE stock market regulation<br>    ○ Responded to system, regulation rule changes and internal/external data issues in a timely manner by modifying production SAS programs<br>    ○ Documented all projects in details for internal and |

CONFIDENTIAL

981

WF-00079839

| Developer | Experience with Model Type and Portfolio |
|---|---|
| Mutsalklisana, Charles S.(August 15, 2013 to June 4, 2015)<br>- (Advanced Analytics Cons)<br>- PH D and MA, in Economics with a specialization in Econometrics and Macroeconomics from University of California, Riverside<br>- MBA, concentration in Operations Management from California State University, San Bernardino<br>- BS in Mathematics, specialization in Statistics from University of California, Irvine | Joined Wells Fargo & Co. August 2013.  Worked at Bank of America (3 years), Kaiser Permanente (1 year), UC Riverside (6 years), Washington Mutual Bank (3 years)<br><br>▪ Wells Fargo<br><br>    o Develop and track performance of origination scoring model.<br><br>    o Develop primary first lien CCAR model for stress test.<br><br>▪ Bank of America<br><br>    o Research and develop account level consumer behavior risk models to rank order deposit account risk, set deposit hold and overdraft limits on personal and business checking, saving and money market in Deposit.<br><br>    o Lead, develop, validate and implement quantitative/analytic statistical models and applications using a variety of techniques including Linear/Logistic Regression (SAS Base) and Decision Tree Modeling (SAS Enterprise Miner), combining business needs and statistics to predict or describe consumer behavior for customer targeting, proactive customer retention and win back in Home loans, Insurance and Ecommerce space.<br><br>▪ Kaiser Permanente<br><br>    o Develop, implement, and evaluate statistical models to predict or describe consumer behavior (e.g., response, conversion, termination, plan selection, etc.) using SAS Base for small business and individual in Health Insurance.<br><br>▪ UC Riverside<br><br>    o Lecturer/TA for Econometric, Forecasting, Statistics, Economic and Research Methodology classes. Washington Mutual Bank<br><br>    o Assist development and track risk Origination, Servicing and Severity models. |

CONFIDENTIAL

982

WF-00079840

## 2.3    Model purpose and use

HLECSV1 CON will replace the existing HM ECS 5.0 model. One of the objectives of the model development is to create models with one consistent view and methodology for both WFHM/WFHE applicants. The definition of the dependent variable was created to be the same for both Mortgage and Home Equity, instead of two dependent definitions as in prior developments (90+ DPD in 24 months versus 90+ DPD in 36 months).

HLECSV1 CON will help minimize losses from WFHM, while increasing volume and continuing to be in compliance with the government rules and regulations. HLECSV1 CON will be used to rank the likelihood of WFHM applications becoming 90+ DPD or worse within 36 months. To do this, historical booked applications are classified into good and bad based on their performance with Wells Fargo. The entire through-the-door population is also considered, with performance inference being performed on the non-booked loans in order to estimate their performance. The score provides risk assessment for loan applicants across credit segments.

The model was developed for use in acquisition risk underwriting specifically for the following:

- Scoring Conventional (conforming, non-conforming) Applications on the Conventional & SIMO model.

- The lowest score between the two scored borrowers (if joint application) or the borrower score (if single application) will generate the top 6 Risk Insight Messages explaining the credit risk profile for Conventional.

- The Risk Insight Messages are displayed for consideration of the underwriters as they make their loan decision.

- The score is binned to create Credit Risk Classes (CRCs) for Conventional and SIMO. As of February 2015, the scorecard based Credit Risk Class for SIMO was suppressed. The SIMO Credit Risk Class is currently based on FICO.

- The score and CRCs are not used for Conforming retail only the risk insight messages.

- The score is an input for Priority Buyer Letter logic for Non-Conforming.

- The score is an input to the process of routing the applications to the appropriate underwriters for Conforming Correspondent non-delegated which is a small percent of the population.

- The score usage is allowed for 120 days from the credit bureau date to funding; once the credit bureau is older than 120 days a new credit bureau report (and therefore, generated score) needs to be obtained. An exception is allowed in the origination process to use FICO for greater than 120 days but must not exceed 150 days. Current origination policy permits usage extended to 130 days. In this scenario, the custom score must not exceed 130 days.

- The HL Conventional Orig Custom ECS Score is not used to approve or decline a customer for credit and the score is not displayed to the underwriter.

Section 7.4 below provides more details on the model use.

CONFIDENTIAL

983

WF-00079841

## 2.4    Model history

HLECSV1 CON was developed to replace the existing ECS v5.0 model, the existing acquisition scoring model for WFHM, which is ECS v5: QTM #10223 – HM Mortgage Custom Originations Scorecard ECS v5.0 (MOR-1-013).

ECS v5: QTM #10223

The Enhanced Credit Score – ECS v5.0 is currently the primary credit score used in the WFHM credit originations process. The Model was implemented as a single scorecard. The ECS v5.0 scorecard was originally implemented in the Legacy platform, but now solely operates in the Core production platforms. The ECS v5.0 Score model release dates are December 18, 2010 for Conventional and May 18, 2013 for Government. Development data is comprised of applications from January 2005 to March 2006 using Equifax bureau data and Wells Fargo relationship data. The model uses the Bad definition of 90+ days past due, bankrupt or charge-off over 24 months from origination. The final ECS v5.0 model contains transactional and credit bureau attributes. Government mortgages were not included in the original development.

The ECS v5.0 scorecard was recently independently revalidated in March 2014. The revalidation fully approved the model.

ECS v5.0 business uses include:

- Scoring Conventional (conforming and non-conforming) Applications
- Scoring Government (FHA, VA, USDA) Applications
- As an input into Credit Risk Classes (CRCs)
- As an input into Risk Insight Messages
- Used for the sale of loans to Fannie Mae, Freddie Mac and investors
- Deciding priority buyer or routing applications to the appropriate underwriter.

| | |
|---|---|
| Portfolio | Wells Fargo Home Mortgage |
| Abbreviation | WFHM |
| Model Name | HE Mortgage Custom Originations Scorecard ECS v5.0 |
| Model Number | QTM #10223 (MOR-1-013) |
| Model Risk Ranking | Risk Rank 2 |
| Model Timing | Originations |
| Age of Score When Used | Same Day |
| Model Usage | Used as the credit risk score in the Mortgage |

CONFIDENTIAL                                          WF-00079842

| | decision strategies for Conventional and Government products; Home Equity in Simo (Legacy platform only) to provide the Wells Fargo view of risk. |
|---|---|
| Development Date | December 2010 (CAP) |
| Observation Window | January 2005 to March 2006 |
| Performance Window | January 1, 2005 – March 31, 2008 |
| Model Methodology | SAS E-Miner Binary logistic |
| Model Segments | Single scorecards |
| Bad Definition | Binary 90+ ever past due, bankrupt or charge-off within 24 months |
| Implementation Date | Legacy platform: December 2010

CORE platform: December 2010 |

Model Performance Tracking

The model performance tracking and validation was completed by Model performance team which generated the Quarterly Score Report (QSR) for 1Q2014 below.  The QSR report includes Front-end tracking (Population Stability Reports and Final Acceptance Score Reports) and Back-end tracking (5 Quarter Rolling Score Distributions, Dynamic Delinquency Back-testing Reports, Vintage-based KS and Log-odds Analysis Reports and Performance Assessment).

ECS 5.0 Model performance team 1Q2014 performance reports

The ROC curves and Performance Comparison table demonstrate that the ECS 5.0 Scorecard Performance is satisfactory and the population is stable:

- Overall: Satisfactory

- Conventional: Satisfactory

- Government: Satisfactory

Source: Quarterly Score Report, DSCM 2014 Q1.

| Model Name | HM Mortgage Custom Originations Scorecard ECS |
|---|---|

985

WF-00079843

| Scorecard Performance and Attributes | |
|---|---|
| | v5.0 |
| Model Number | QTM #10223 (MOR-1-013) |
| Model Risk Ranking | Risk Rank 2 |
| Population | Conventional |
| Distribution - Population Stability Index (PSI) | Conforming: 0.12<br><br>Non-Conforming: 0.04 |
| Status | Conforming: Marginal<br><br>Non-Conforming: Satisfactory |
| Performance Results - KS | 45.1% |
| Performance Results - Gini | 58.8% |
| Status | Satisfactory |
| Model Validation Issues | Model documentation needs to be updated to new standards; Scorecard not empirically derived  for Government (addressed with new development). |

**Purpose of Model Development**

The HLECSV1 CON model will replace all uses of the existing ECS v5.0 model for the Conventional segment.

The HLECSV1 CON model is expected to improve customer experience by having a consistent credit risk evaluation tool which will have a consistent dependent variable definition and scaling with the HL ECS Government and Home Equity Models.

By aligning the models, a single superset list of attributes can be coded and then reused across the business. Moreover, changes to the underlying credit data will be made easier by a uniform set of attributes.

CONFIDENTIAL

986

WF-00079844

# 3    Model framework and theory

## 3.1    Model framework

The HLECSV1 Model Suite is expected to minimize WFHM and WFHE losses and continue to be in compliance with applicable government rules and regulations. The models in the suite will rank the likelihood of WFHM and WFHE applications becoming 90+ days past due in 36 months. By applying HLECSV1 Government, Conventional and HE models to the corresponding application populations, the Line of Business (LOB) can improve their ability to identify high risk applications and better manage the risk of their portfolios.

The Scoring Team first examined the business requirements and existing data to ensure that the new Conventional model will be able to answer the needs of the LOB. Beyond ensuring the Conventional model would meet the goals of the business, a number of preliminary steps were taken to create analytical data sets as the basis for model development. At a high level, the following steps were undertaken in that process:

- defined the objective of the Conventional model

- obtained agreement on the development approach from CMoR, CFMO, and LOB Model Governance

- identified the model development population and timeframe

- defined the performance definition

- defined the sample specification

- performed the data scrub

- performed the missing value and outlier analysis

- created the modeling population and samples (Development/In-Time Validation/Out-of-Time Validation)

- creation of Known Performance Model (Known Good/Bad Model or KGB Model)

These steps of model development will be addressed in more detail in Chapter 5.

After the creation of the KGB Model, the Scoring Team performed reject inference. The reject inference imputes the missing credit performance not captured in the modeling data for declined applicants and approved but not taken up applicants. Since HLECSV1 CON model can minimize data censor problems by using reject inference, it is suitable in scorecard modeling. See section 5.4 for more about reject inference.

After reject inference was completed, the Scoring Team performed the variable reduction and selection analysis. The objective of variable reduction analysis is to reduce the number of possible candidate variables and to identify the most likely candidate variables to fit the model. The Scoring Team utilized Information Value (IV) to rank the candidate variables' ability to discriminate between two performance measure (i.e., Good and Bad). See section 5.6 for variable selection.

In the next step, the Scoring Team performed model specification and model fitting. From the group of reduced variables, the Scoring Team utilized Information Value, data, and business knowledge expertise to choose

CONFIDENTIAL                    **987**                    WF-00079845

variables to fit the model. The Scoring Team excluded variables that do not make sense (logical or business), variables that are likely to be highly correlated, variables that have low predicting power and variables that may cause disparate treatment. The Scoring Team also utilized forward and backward logistic regression to select possible candidate variables that may enter into the model. Furthermore, the Scoring Team looked at different combinations of variables and how they interacted with other variables.

Finally, the Scoring Team examined the model performance. To evaluate the performance of the model on development and in-time validation samples, the Scoring Team used conventional model performance metrics and diagnostics such as Log Likelihood ($LR^2$), Square root of Divergence (D), Kolmogorov-Smirnov (K-S) statistic, Receiver Operating Characteristic (ROC), GINI Index coefficient and gain tables. These score performance metrics are suitable to measure how well a model scorecard can distinguish between Bad (default) and Good (non-defaulted) performances. Score performance metrics of the model score (HLECSV1 CON) were benchmarked against other models such as the existing model score ECS 5.0 and FICO. See "Model_Performance_Metrics.docx" for model performance and description, purpose, evaluation criteria and how to interpret these performance metrics. The final model was chosen based on statistical fit, logical sense and business sense with consideration given to of fair treatment of Wells Fargo customers.



| Model_Performance_Metrics.docx | Model_Performance_ Metrics.docx |
| --- | --- |

One of the judgmental and qualitative outcomes is that CLTV and generic score variables such as FICO were excluded in the segmentation scheme and final model. The Scoring Team did explore these variables despite their exclusion from final candidacy for operational reasons. Since these variables play important roles in the model performance when there is a change of conditions in the lending environment and economic climate shift, the LOB preferred to monitor these variables closely themselves and use these variables in the policy rules. In the financial crisis of 2008, a Morgan Stanley study noted that there were a sizeable number of "strategic defaulters" who were prime mortgage customers with high scores, high loan balance and significant negative equity positions. Even though these borrowers had capacity to continue to pay on their mortgage, they chose to default on the loan and walk away from the property because of their negative-equity position. Hence, utilizing these variables in policies instead of in the model helps identify these types of applicants. Additionally, geographic variables (region, state, MSA etc.) and macroeconomic variables (unemployment etc.) were also excluded due to possible disparate treatment reasons.

## 3.2   Literature review

The concept of the scorecard was introduced by Earl Isaac, one of the founders of Fair, Isaac Companies (now FICO) as a tool for objectively assessing the risk of credit applicants. It is the foundation of the industry-standard FICO credit bureau scores. Scorecards are utilized by retail bankers including three of the top four US consumer lenders, two of the top four Canadian banks, as well as North American credit reporting agencies, data service providers, and specialty/mono-line lenders (FICO 2013). Credit scores are statistically derived indicators of risk

CONFIDENTIAL

WF-00079846

(Mays and Lynas 2010). The HLECSV1 CON credit scorecard was built using a well proven set of techniques, logistic regression with performance reject inference, and a standard credit scoring modeling method for consumer lending.

The logistic regression theory is used extensively as a modeling method for consumer loan bad rate prediction. Logistic regression uses a so-called logit link function to transform a dependent variable taking only two values 0 or 1 into a continuous variable on which a linear regression is performed.  The maximum likelihood estimator of Logit estimator is consistent, asymptotically normal and asymptotically efficient (Wooldridge 2006).

The following texts provide useful information on the history, methodology and practices of scorecard development:

[1]     Lewis, E. M. (1992).  An Introduction to Credit Scoring.  San Rafael, CA: Fair, Isaac and Co., Inc.

[2]     Mays, E. (2001). Handbook of Credit Scoring.  Chicago, IL: Glenlake Publishing Co., Ltd.

[3]     Siddiqi, N. (2005). Credit Risk Scorecards: Developing and Implementing Intelligent Credit Scoring. Hoboken, NJ: John Wiley & Sons.

[4]     Thomas, C. L., Edelman, D. & Crook, J. (2002).  Credit Scoring and Its Applications.  Philadelphia, PA: Society for Industrial and Applied Mathematics.

Modeling exercise was performed using FICO Analytic Modeler Scorecard Professional (FAMS-PRO).  Discussion and reference of literature on FAMS-PRO is included in section 5.2.  Discussion and reference of literature to support reject inference methodology is included in section 3.1.

## 3.3   Assumptions and limitations

As with any acquisition model development, the HLECSV1 CON model development is based upon a number of assumptions about the data used in the development, the methodology, and the model population. The modeling process is also subject to limitations on the populations used in the model development process. The assumptions include:

- The model development is based on the premise that historical data will allow one to predict future performance.
- The overall objective of the model process is to decide whether to approve or decline an application at the time of origination.  To do this, historical booked applications are classified into good and bad buckets based on their performance with Wells Fargo.  The entire through-the-door population is also considered, with performance inference being done on the non-booked loans in order to estimate their performance.
- The development was done using the statistical modeling software FAMS-PRO.
- Only Credit Bureau attributes, Wells Fargo loan application data, and Wells Fargo internal Relationship data were considered for use in this model.
- The HLECSV1 CON scorecard is designed to be used for rank-ordering rather than estimation, to balance statistical and practical goals, and to conform to operational needs and regulations.

The HLECSV1 CON model will not be used on all Conventional applications and therefore some categories of applications are excluded from the development population. The excluded populations are:

CONFIDENTIAL                                      **989**                                      WF-00079847

| HLECSV1 CON Model not used for the following | Reason for Exclusion |
|---|---|
| Retention Applications | The existing HM ECS v5.0 Acquisition models are not used for these types of applications |
| Default Applications | The existing HM ECS v5.0 models are not used for these types of applications |
| Applications originated by Personal Lines and Loans (PL&L) not real estate secured | Not real estate secured transactions |
| Wholesale Channel | Wells Fargo no longer originate applications via the Wholesale Channel |
| Subprime Applications | Wells Fargo no longer originates sub-prime loans |

## 3.4    Alternative model designs considered

The Scoring Team used the FICO modeling software to develop HLECSV1 CON. This software is designed to build a scorecard type of model. The Scoring Team explored alternative modeling tools and approaches.

**Model Selection Alternative**

For credit risk binary outcome models, the most common alternative form of the scorecard is a standard logistic regression formulation. Neural networks and classification trees are also occasionally considered but rarely used. While experience dictates that each of these technologies is likely to produce a similar score, the scorecard form is frequently preferred for operational, regulatory and/or procedural reasons:

- Scorecards handle the missing and special valued data frequently encountered in credit scoring;

- Scorecards minimize the impact of outliers;

- Scorecards provide the ability to satisfy protected class requirements;

- Scorecards readily support the computation of adverse action reasons;

- Scorecards capture non-linearity in predictors' relationship to outcome, reducing analysts' time in identifying appropriate variable transformations;

- Scorecards are readily interpretable by analysts and business users alike.

**Inference Alternative**

The FICO software uses an inference process to score out the un-booked applicants. This approach has been the standard in scorecard development.  The Scoring Team looked at two alternatives to inference:

- Doing nothing:  The naïve model yields high risk exposure to inferior decisions.  Hence, this option does not make business sense.
- Buying the information:  Buying a 2nd bureau snapshot to find a surrogate trade line will significantly increase the business cost and delays obtaining external data.  Furthermore, buying more information does not address the self-selection bias such as lack of a response to the offer.

CONFIDENTIAL                                                            **990**                                                   WF-00079848

The main reasons for choosing the inference process over alternative methodologies are below:

- Statistical integrity:  Using inference, the Scoring Team addresses the selection bias problem such as policy screening.  It is imprudent to assume that rejected/uncashed applications with major derogatory would behave similar to booked applications.  In fact, the booked applications sample tended to display lower level risk, misrepresenting the risk level of the whole population.

- Regulatory compliance: Regulation B of the Equal Credit Opportunity Act requires that origination risk models be developed using a sample of applications, approved and declined.  The full text of Regulation B can be found at http://www.access.gpo.gov/nara/cfr/waisidx_01/12cfr202_01.html.

## 3.5    Model dependencies: Other models/tools/inputs used with this model

The HLECSV1 CON model does not depend on other models and is not planned to be used as input to other models.

CONFIDENTIAL
WF-00079849

# 4    Model data/inputs and sources

## 4.1    Data sources and processing overview

The HLECSV1 CON model was developed using internal WFHM application data (applications from April 2008 through December 2012), WFHE application data (applications from January 2008 through December 2012), and performance data (as of December 2012) which was pulled as part of a combined process. The final borrower level development dataset for the HLECSV1 CON model is comprised of internal Home Mortgage Conventional and Home Equity SIMO application and performance information, credit bureau data and Wells Fargo internal relationship data. This data is divided into in-time (2008-2011) and out-of-time (2012) samples, where the out-of-time sample is used after the model build for validation. The in-time sample is then randomly split 70%/30% to create development and validation samples, respectively. To avoid possible model interactions, no output data from another model is used. Since a large number of applicants do not have an existing relationship with the bank, the credit bureau data is a reasonable and appropriate data source to use for acquisition modeling. Credit bureau archive data is used so that the Scoring Team can explore the predictive power of approximately 1,700 credit attributes during the model development. For a complete data dictionary please refer to file "HL_ECS_V1_Development_Data_Dict_Final.xlsx" below.

| Document Name | Embedded Document Object(s) |
|---|---|
| HL_ECS_V1_Development_Data_Dict_Final.xlsx | HL_ECS_V1_Develop ment_Data_Dict_Fina |

The model development data is representative of the bank's Conventional portfolio. The data types utilized for the HLECSV1 CON model development that was sourced from application data include Debt-to-Income Ratio, Wells Fargo Relationship data from CARE (Costumer Account Relationship Environment), Credit Bureau Attributes from Equifax archives and internal performance data.

The comprehensive data flow diagrams (embedded document below, "HL ECS V1 Model – Data Collection.pdf") show the detailed creation of the HLECSV1 Government, Conventional and HE development datasets (both Home Equity and Home Mortgage application data). Since the data creation process included Government, Conventional and Home Equity, the diagrams contain information that relates to the Government and Home Equity Model builds as well, not just Conventional. The flow chart displays steps from data pull to final development dataset. It contains table names, record counts and data merge structure. The first page shows the creation of the full borrower level data set from the application level files and the credit bureau data. The second page shows the subset creation (from the first page) of the Home Equity performance and application level data. The third page shows the creation of the FAMS-Pro ready files that were uploaded to the software for the development of the models. More details on this process are provided later in the section.

CONFIDENTIAL

WF-00079850



| | |
|---|---|
| HL ECS V1 Model – Data Collection.pdf | HL ECS V1 Model - Data Collection.pdf |

**Systems where WFHE and WFHM data are extracted:**

**WFHE**

For Home Equity, data was extracted based on ACAPS DLY/HE_APPLICATION application date between 1/1/2008 and 12/31/2012. The base population was determined by matches between ACAPS DLY/HE_APPLICATION and WFHE TBLHEAPPLICATION tables. Only records from the other tables that matched to this base data were kept.

- DLY_APPLICATION & HE_APPLICATION   (ACAPS daily and monthly application information - SA and SIMO)

- DLY_APPL_MRTG & HE_APPL_MRTG     (ACAPS daily and monthly mortgage application information- SA and SIMO)

- DLY_APPLICANT & HE_APPLICANT  (ACAPS daily and monthly borrower information – SA and SIMO)

- HE_ZOOT_ORIG1 - HE_ZOOT_ORIG5  (Zoot scoring and application information - SA)

- HE_ZOOT_SC_DATA  (Zoot automated decision information - SA)

- TBLHEAPPLICATION &TBLHEAPPLICATION_RESTRICTED  (WFHE application information – SA and SIMO)

    o  Exclusions: Application_Source <> 'ACAPS' or Line_of_Business = 'PCS'

- DS_DECISON_SERVER    (Legacy automated decision information – SIMO – 2011 to 2012 loans)

- DS_PARTITION_2009    (Legacy automated decision information – SIMO – 2009 to 2010 loans)

- DS_PARTITION_2007    (Legacy automated decision information – SIMO – 2007 to 2008 loans)

**WFHM**

For Home Mortgage, data was extracted based on the Loan_Id matchkey with application date (date_vintage_year_month) between 1/1/2008 and 12/31/2012.  Data pull includes Conventional Conforming, Conventional Non-Conforming and Government products.  Based on the Loan_Id matchkey from the BASEDATA_CURRENT and LOAN tables, data elements were retrieved by merging to the following production tables:

- BORROWER     (loan level borrower information)

- SMD_AGG      (Single bureau credit attributes closest to origination)

- LOAN_ECS_RETRO_SCORES      (Single bureau ECS 5.0 calculated back end (retro) score)

- DS_DECISON_SERVER     (Legacy automated decision information)

- **DS_PARTITION_2009**    (Legacy automated decision information)

- **DS_PARTITION_2007**    (Legacy automated decision information)

- **ALLHIST_NEW**   (Performance information)

- **SERVICING_HISTORY_2008 – SERVICING_HISTORY_2012** (Historical servicing information)

Only records from the other tables that matched to the base data were kept.

The data pulled for this project includes:

- The ECS 5.0 production score and input fields, where applicable

- Primary and Secondary Qualified borrower input fields

- The ECS 5.0 Retro score and input fields, where applicable

- Credit Risk Class values

- Loan characteristic fields for Credit Risk Class downgrades

- Custom Credit Attributes

- Performance metrics and input fields

As an additional examination and layer against risk to minimize the data integrity problem, process inaccuracy and human error, the Scoring Team performed an internal validation of data collect process. To ensure the accuracy and transparency of the process, the team members tasked with this validation were different from the individuals who collected the model development data.

Detailed information on data collection, data collection validation and data assembly is included below.

| Document Descriptions | Embedded Document Object(s) | | |
| --- | --- | --- | --- |
| Contains the SAS Code (*.epg) that built the initial Home Mortgage dataset from applications before doing the bureau archive data pull.  The Word document contains detailed information on the process for creation of the data. | Data_Pull_Sizing_040 113.egp | Proto_names.egp | Data Pull Documentation HL EC |
| Contains SAS Code (he_data_pull.zip) that built the initial Home Equity dataset from applications before doing the bureau archive data pull.  The Word document contains detailed information on the process for creation of the data. | he_data_pull.zip | Data Pull Documentation HL EC | |

CONFIDENTIAL

994

WF-00079852

## 4.2    Data integrity and reconciliation

Extensive review of each variable, such as examining the overall distribution for missing values, extreme values, specious values or large changes from one time period to the next, were performed to ensure that the data is correct.

Validations were conducted on credit bureau attributes by comparing the credit bureau's production data with Wells Fargo generated data to ensure that they were generated correctly at the bureau. Data profiling analysis and independent peer review of data collection codes were performed to validate the internal data.

**Reconciliation With The Credit Bureau**

A number of reconciliations were conducted on the WFHM, WFHE and Credit Bureau data.  As discrepancies were found, they were researched and the data was recreated (if necessary) until all issues were resolved.  A validation was conducted on a set of Wells Fargo Real Estate credit bureau variables to ensure that Equifax had coded them correctly on their systems.  A total of 47 variables were validated on 3,749,736 records. They comprised 23 variables generated (and validated on the single bureau) in the past and 24 new variables that are variations from the original ones.

To ensure that Credit Bureau data is validated correctly, the Scoring Team put in place centralized SAS macro programs on the internal server.  These macro programs performed data cleaning, creation of attributes and execution of attributes comparison functions, and also added efficiency and consistency for the process across the platforms.

The result of validation was that all 47 new variables were validated on the ~3.75MM records. The new 24 variables matched 100% between Equifax and Wells Fargo answers. The old 23 variables matched nearly 100% except for 11 records with differences in 3 variables. The affected record sequence #(s) had been sent to Equifax to investigate. After investigating some of the cases internally, possible causes were identified and shared with the Credit Bureau which confirmed our findings. Since the number of affected records was small, it was not necessary to fix the variables in the development data set.  However, the Scoring Team requested the Credit Bureau to fix the code in their system to ensure accuracy for future projects and in the Account Management Quarterly Refresh files.

In addition to Equifax Wells Fargo Real Estate variable validations, the Scoring Team performed a validation of Spectrum Tri-Bureau Equifax Mortgage Services (EMS) data. The reconciliation consisted of a comparison of EMS production data and Wells Fargo generated data.  Lastly, prior to the modeling exercise, the Scoring Team performed data integrity checking, looking at the univariate statistics for the numerical variables.

Additional review of data cleansing processes by a different team member was conducted and a supplemental document was created to ensure that the extraction of the HLECSV1 CON development data set was correct and documentation for the data extraction was comprehensive. This exercise served as additional examination layer against risk to minimize the data integrity problem, process inaccuracy, and human error. The data collection, cleansing and validation processes documents below can be found at the end of Section 4.1. The data collection review supplemental documentation is below:

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| | |

CONFIDENTIAL                **995**                WF-00079853

| | | |
|---|---|---|
| Contains supplementary information on the data extraction. | Data Pull Supplementary Docur | Data Pull Supplementary Docur |

### Reconciliation of Single Bureau with Tri-Merge Bureau

The HLECSV1 CON model was built using Equifax data, but will be implemented using Equifax, Experian, and TransUnion put into a tri-merge bureau report, or one of the bureaus individually as a single bureau report. The Scoring Team expects no material impact from using data from any one of the credit bureau providers. The Scoring Team expects this because 10,000 production records (across all portfolios) were analyzed, looking at single and tri-merge bureaus, and found only one attribute with major differences. The only variable with the major differences is the number of inquiries in the last 6 months excluding past 30 days. The major differences are due to the Mortgage Industry Standards Maintenance Organization (MISMO) process in which the inquiries are not merged, but instead the maximum number of inquiries across the three single bureaus is used. In this case, since TransUnion has the largest number of inquiries across the three single bureaus, inquiry value of EMS Tri-merge would be similar to that of TransUnion. Revolving balance, average months on file and negative information have minimum differences between single and tri-merge data. There are minimal shifts overall for the rest of the 6 common model attributes for Government, Conventional and Home Equity models among the single and tri-merge bureaus. The comparison of the bureaus for the variable number of inquiries in the last 6 months excluding past 30 days is shown below:



Average months on file, Total number 90+ ever and/or derog public records or collections, Months since most recent delinquency, Net fraction revolving balance, Number bank/natl trades with balance 75% of high credit and Utilization of oldest open Mortgage/HE have minimum differences between single and tri-merge bureau data. The tables are shown below:

CONFIDENTIAL

WF-00079854







CONFIDENTIAL

**997**

WF-00079855





The Scoring Team will carefully monitor any shift during post implementation and in tracking reports.

## 4.3    Data description and analysis

The data for the development of HLECSV1 CON contained applications spanning the years 2008 to 2012, a time period which spans different credit policies used by the Risk Management Team.  The differing policies can have an effect on acceptance rates, boarded rates, and bad rates.  The handling of these different time periods and the selection of the performance definition used for modeling is explained further in sections 4.4, 4.5, and 4.6.

## 4.4    Observation and performance windows

The HLECSV1 CON model observation window consists of applications from January 2008 to December 2012 (April 2008 to December 2012 for WFHM, please see section 5.3 for more information on post-bureau sample exclusions), the most recently available applications at the time the model development project started.  This window included the 2008 merger of Charlotte-based Wachovia, refinance boom, and financial crisis of 2008.  A five year span was sufficient and reasonable for a risk scoring model (a Basel model is required to cover a

CONFIDENTIAL

WF-00079856

minimum of five years).   The application data from January 2012 to December 2012 was reserved for the out-of-time sample and also will be used in the future as the baseline for model performance tracking since it represents our development period and the credit policies most consistent with current conditions.

Ideally, the performance window is a fixed amount of time from the date of application.  However, it is not always practically feasible.  With the data pull for the model development occurring in early 2013, the window for performance was different based on the date of the application.  By using this variable performance window, the Scoring Team was able to model on the most recent data available.  The performance end date is December 2012, and performance was capped at 36 months from time of application.  The 36 month period was a reasonable performance window, allowing enough time for applications to season to be able to capture sufficient counts of the 90+ DPD in first 24 months. See the attached graphs below:

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Ever 90+ PPD by vintage graph from the October 2014 Originations Review Presentation, 'Ever 90+ DPD by vintage graph_201410_Conv.pdf' | PDF  Ever 90+ DPD by vintage graph_20141 |
| Ever 2+ PPD by vintage graph for Home Equity from the April 2015 Originations Review Presentation, 'Ever 2+ PPD by vintage graph_201504_HE.pdf' | PDF  Ever 2+ PPD by vintage graph_20150 |

Please see section 4.6 for more information on the definition of performance and the reasoning behind selecting this window.

## 4.5    Data exclusions/inclusions and model population

The model population contains Home Mortgage Conventional loans (Conforming and Non-Conforming) and Home Equity Lines and Loans that were originated as Simultaneous (connected to a Conventional Mortgage and originated at the same time). Institutional Lending applications (Simultaneous) were also included in the development even though the products we discontinued in September 2012.  They represent a very small percent of the population (< 1%).  The model population was restricted to applications that were processed through current Home Mortgage systems (similar to what was done for prior models), so therefore Wealth Management applications (specifically those related to Home Equity) were not included in the development population, and the data was not pulled since these applications are not subject to the current process.  Similarly, Wholesale applications were excluded from the Home Mortgage data since the score is not used on that population.

In addition to Wealth Management and Wholesale accounts, certain accounts and applications were excluded from the model development data after data extraction. These were typically ones in special classes or in special circumstances which made them atypical from the rest of the population. The exclusions included wholesale (home mortgage) fraudulent (home equity), deceased (home equity) and employee applications/accounts (home equity). Due to credit performance differences, these applications/accounts should be treated differently in the scorecard development.  For example, employees are incentivized to use the auto-payment system in exchange for a lower interest rate, which alters their account behavior compared to a non-employee customer.  Employee

CONFIDENTIAL

WF-00079857

accounts are scored as regular in production as the model appropriately assesses their risk, and so they can be tracked along with the rest of the population.  The differences in exclusions by product occurred due to differences in product types

Additionally, there were accounts that presented issues with their delinquency data.  These are accounts with either a Foreclosure or a Charge-off, but no indication of 60(+) Days Past Due state of delinquency.  We would expect in cases of Foreclosure and Charge-offs that the account would also be in high state of delinquency, so these small number of accounts were excluded.

The following tables show a summary of Non-Conforming, Conforming, and Home Equity SIMO applications from 2008 to 2012, comprising a total of about 8.5MM Conforming applications with a bad rate of 1.74% and acceptance rate of 90%, 240K Non-Conforming applications with a bad rate of 1.62% and acceptance rate of 79%, and 115K Home Equity SIMO applications with the Bad Rate of 1.22% and Acceptance Rate of 86%.  The waterfall tables show the major population categories (e.g., Goods, Bads, Uncashed and Declines) and detailed exclusions (e.g., observation exclusions, performance exclusions, rejects, uncashed, etc.).  It displays frequency by performance for the model development population and key categories.

CONFIDENTIAL

WF-00079858

Home Mortgage Summary Counts - Conforming Channel
Perfromance A (Ever 90DPD) In 36 Months By Origination Date
Application Window: 01/2008-12/2012 -- Performance Window End Month: 12/2012

| | | TOTAL |
|---|---|---|
| **Performance Group** | **Performance Category** | 775,241 |
| **EXCLUSIONS** | **1 Wholesale** | |
| | **2 No Final Decision** | 60,146 |
| | **3 Suspended** | 1,997 |
| | **4 Withdrawn Before Decision** | 980,559 |
| | **6 Data Issue - Date for MOB after App Window** | 26 |
| | **7 Foreclosure But Not 60DPD** | 13 |
| | **SUB-TOTAL** | 1,817,982 |
| **DECLINES** | **Performance Category** | 698,557 |
| | **20 Declines** | |
| | **SUB-TOTAL** | 698,557 |
| **BANKRUPT/CHARGE-OFF** | **Performance Category** | 18,141 |
| | **30 Bankrupt** | |
| | **31 Foreclosure** | 27,820 |
| | **SUB-TOTAL** | 45,961 |
| **DELINQUENTS** | **Performance Category** | 10,864 |
| | **40 120 Days Past Due** | |
| | **41 1+ X 90 Days Past Due** | 6,035 |
| | **SUB-TOTAL** | 16,899 |
| **INDETERMINATES** | **Performance Category** | 16,135 |
| | **50 1+ X 60 Days Past Due** | |
| | **SUB-TOTAL** | 16,135 |
| **INSUFFICIENTS** | **Performance Category** | 1,503,324 |
| | **60 Less Than 12 Months Present** | |
| | **SUB-TOTAL** | 1,503,324 |
| **KNOWN GOODS** | **Performance Category** | 119,700 |
| | **70 1+ X 30 Days Past Due** | |
| | **74 0 X 30 Days Past Due** | 3,438,218 |
| | **SUB-TOTAL** | 3,557,918 |
| **UNCASHED** | **Performance Category** | 866,530 |
| | **80 Uncashed** | |
| | **SUB-TOTAL** | 866,530 |
| **TOTAL** | | 8,523,306 |

CONFIDENTIAL

**1001**

WF-00079859

Home Mortgage Summary Counts - Non-Conforming Channel
Perfromance A (Ever 90DPD) in 36 Months By Origination Date
Application Window: 01/2008-12/2012 – Performance Window End Month: 12/2012

| Performance Group | Performance Category | TOTAL |
|---|---|---|
| | | 13,168 |
| EXCLUSIONS | Performance Category | |
| | 1 Wholesale | |
| | 2 No Final Decision | 7,155 |
| | 3 Suspended | 225 |
| | 4 Withdrawn Before Decision | 47,881 |
| | 6 Data Issue - Date for MOB after App Window | 10 |
| | 7 Foreclosure But Not 60DPD | 5 |
| | SUB-TOTAL | 68,444 |
| DECLINES | Performance Category | 35,974 |
| | 20 Declines | |
| | SUB-TOTAL | 35,974 |
| BANKRUPT/CHARGE-OFF | Performance Category | 104 |
| | 30 Bankrupt | |
| | 31 Foreclosure | 414 |
| | SUB-TOTAL | 518 |
| DELINQUENTS | Performance Category | 173 |
| | 40 120 Days Past Due | |
| | 41 1+ X 90 Days Past Due | 66 |
| | SUB-TOTAL | 239 |
| INDETERMINATES | Performance Category | 130 |
| | 50 1+ X 60 Days Past Due | |
| | SUB-TOTAL | 130 |
| INSUFFICIENTS | Performance Category | 51,343 |
| | 60 Less Than 12 Months Present | |
| | SUB-TOTAL | 51,343 |
| KNOWN GOODS | Performance Category | 908 |
| | 70 1+ X 30 Days Past Due | |
| | 74 0 X 30 Days Past Due | 45,130 |
| | SUB-TOTAL | 46,038 |
| UNCASHED | Performance Category | 38,243 |
| | 80 Uncashed | |
| | SUB-TOTAL | 38,243 |
| TOTAL | | 240,929 |

CONFIDENTIAL

1002

WF-00079860

Home Equity Summary Counts - SIMO Channels
Perfromance A (Ever 3PPD) in 36 Months By Origination Date
Application Window: 01/2008-12/2012 -- Performance Window End Month: 12/2012

| | | TOTAL |
|---|---|---|
| Performance Group | Performance Category | 269 |
| EXCLUSIONS | 1 Fraud | |
| | 2 Deceased | 158 |
| | 3 Employee | 2,505 |
| | 5 Foreclosure But Not 60dpd | 20 |
| | 6 C/O But Not 60dpd | 37 |
| | SUB-TOTAL | 2,989 |
| DECLINES | Performance Category | 14,901 |
| | 20 Declines | |
| | SUB-TOTAL | 14,901 |
| BANKRUPT/CHARGE-OFF | Performance Category | 123 |
| | 30 Bankrupt | |
| | 31 Foreclosure | 85 |
| | 32 Charge-Off | 284 |
| | SUB-TOTAL | 492 |
| DELINQUENTS | Performance Category | 71 |
| | 40 1+ X 120 Days Past Due | |
| | 41-43 1+ X 90 Days Past Due | 51 |
| | SUB-TOTAL | 122 |
| INDETERMINATES | Performance Category | 61 |
| | 50-52 1+ X 60 Days Past Due | |
| | SUB-TOTAL | 61 |
| INSUFFICIENTS | Performance Category | 15,347 |
| | 60 Less Than 12 Months Present | |
| | SUB-TOTAL | 15,347 |
| KNOWN GOODS | Performance Category | 247 |
| | 70-72 1+ X 30 Days Past Due | |
| | 73 Account Closed | 9,755 |
| | 74 Never 30 Days Past Due | 39,752 |
| | SUB-TOTAL | 49,754 |
| UNCASHED | Performance Category | 24,715 |
| | 80 Uncashed | |
| | SUB-TOTAL | 24,715 |
| UNASSIGNED | Performance Category | 6,881 |
| | 90 No Decision | |
| | SUB-TOTAL | 6,881 |
| TOTAL | | 115,262 |

The embedded documents below contain the full summary counts, split by year and by product. Since all the data was pulled at the same time and performance was generated at the same time, the documents contain all of Home Mortgage (including Government) and Home Equity (including Stand Alone).

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Full Summary Counts for Home Mortgage. There are 4 tables: Combined, Non-Conforming, Conforming, and Government. These tables are also split by year. | sumprf_counts_all.html |

CONFIDENTIAL
WF-00079861

1003

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Full Summary Counts for Home Equity. There are 3 tables: Combined, Stand Alone, and SIMO. These tables are also split by year. |  sumprf_counts_all_3 6mon.html |

Please see section 4.6 for more information regarding the performance generation.

## 4.6   Dependent variable(s) definition

The goal of the model is to be able to distinguish good performing accounts from bad performing accounts. In addition to those target categories, there are other classifications of accounts which need to be identified: indeterminates, insufficients, declines, uncashed, and no decision. Key performance categories that are used to create dependent variable in the model are defined in the table below:

| No. | Performance Category | Definition |
|---|---|---|
| 1 | GOOD: Known Goods | Any account that is one or more times 30 days past due or better |
| 2 | BAD: Bankrupt/Charge-off | Any account that is in Bankruptcy or Charged-off |
| 3 | BAD: Delinquents | Any account that is 1 time 90 days past due or worse |
| 4 | Uncashed | Not Taken Up (NTU) or Unbooked. Approved but client did not take the offer includes counter offers |
| 5 | Declines | Not Approved |

The dependent variable definition is:
- Bad as 90 days past due or worse (including charge-off, foreclosure and bankruptcy) within 36 months
- Good as 30 days past due or better
- Alternative Bad definitions were also examined including: lifetime (HE Only), 24 months, 18 months (HE Only), and 12 months as well as 60 day versions of those performances. This analysis is discussed later in this section.

Descriptions of categories not included in the table above:

- The insufficient category excludes accounts that did not have 12 months on books and otherwise would be calculated as good (early Bads were counted as Bad).

- The indeterminate category was defined as 60 Days Past Due, and leaving a small buffer between the Goods and the Bads. These accounts also fall in between the Goods and Bads in the score distribution (which is expected).

- The no decision category represents applications that, at the time of data extraction, were still in the application process and no accept/decline decision had been reached.

CONFIDENTIAL
WF-00079862

1004

Real estate originations scorecards typically have somewhat longer performance windows than credit cards or auto lending products as it may take a customer a greater period of time to become a Bad. With a longer credit performance outcome period and the usual paucity of Bads, the real estate scorecard data may be based on accounts twelve to thirty six months (or longer) on file. Typically, it can take a year to develop a scorecard and another year to fully test and implement the scorecard in production systems. Consequently at implementation, a real estate originations scorecard can be based on accounts that were booked as long as five years ago.

The generation of the performance on the booked accounts can be seen in the programs below:

| Program Description | Embedded Document(s) | |
|---|---|---|
| Performance generation for booked accounts: genprf.sas (Home Mortgage) and genprf_he.sas (Home Equity) | genprf.sas | genprf_he.sas |

Please see section 4.1 for the addition of the decline and uncashed applications to the files, and section 4.5 for the full waterfall of the performance generation. A summarized version of the summary counts can also been seen below in following two tables, which also includes Government with Conventional Mortgage information in the first table, and Stand Alone with Hone Equity SIMO in the second table:

| 36 Months Performance Definition - HM Portfolio | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Application Entry | | | | | | | | | | | | | | |
| CLRE V1 Performance | 2008 | | | 2009 | | | 2010 | | | 2011 | | | 2012 | | | Total |
| | NC | CONF | GOV | NC | CONF | GOV | NC | CONF | GOV | NC | CONF | GOV | NC | CONF | GOV | |
| Exclusions | 227 | 1,953 | 615 | 0 | 35 | 16 | 3 | 4 | 2 | 10 | 25 | 15 | 0 | 19 | 4 | 2,928 |
| Wholesale | 4,150 | 235,629 | 84,237 | 141 | 239,684 | 93,095 | 767 | 146,666 | 68,485 | 2,470 | 77,448 | 36,060 | 5,640 | 75,814 | 27,204 | 1,097,490 |
| Withdrawn Before Decision | 9,204 | 159,043 | 67,102 | 5,053 | 242,485 | 131,810 | 8,780 | 200,518 | 149,978 | 10,668 | 180,222 | 127,645 | 14,176 | 198,291 | 103,987 | 1,608,962 |
| No Final Decision | 49 | 399 | 11 | 5 | 299 | 22 | 9 | 609 | 24 | 63 | 1,396 | 582 | 7,029 | 57,443 | 33,308 | 101,248 |
| Declines | 5,712 | 82,828 | 71,249 | 3,767 | 145,270 | 103,558 | 7,183 | 158,849 | 107,833 | 8,100 | 137,367 | 98,145 | 11,212 | 174,243 | 89,371 | 1,204,687 |
| Bankrupt/Charge-off | 436 | 20,127 | 38,424 | 36 | 12,189 | 41,523 | 38 | 9,690 | 23,493 | 5 | 3,115 | 9,361 | 3 | 840 | 1,986 | 161,266 |
| Delinquents | 194 | 9,790 | 20,625 | 21 | 3,308 | 21,751 | 13 | 2,310 | 14,261 | 10 | 1,100 | 8,225 | 1 | 391 | 2,371 | 84,371 |
| Indeterminates | 80 | 5,495 | 9,554 | 10 | 4,618 | 14,073 | 15 | 3,024 | 10,607 | 13 | 1,944 | 7,900 | 12 | 1,054 | 3,597 | 61,996 |
| Insufficients | 2 | 0 | 0 | 7 | 5 | 0 | 40 | 79 | 42 | 6,928 | 101,508 | 33,455 | 44,366 | 1,401,732 | 726,685 | 2,314,849 |
| Known Goods | 7,760 | 565,547 | 244,478 | 5,825 | 1,025,167 | 484,377 | 16,047 | 1,065,945 | 480,682 | 16,406 | 901,259 | 462,729 | 0 | 0 | 0 | 5,276,222 |
| Uncashed | 15,931 | 259,656 | 119,440 | 3,370 | 171,349 | 94,552 | 4,166 | 152,704 | 76,564 | 4,149 | 125,230 | 58,493 | 10,627 | 157,591 | 75,837 | 1,329,659 |
| Total Applications | 43,745 | 1,340,467 | 655,735 | 18,235 | 1,844,409 | 984,777 | 37,061 | 1,740,398 | 931,971 | 48,822 | 1,530,614 | 842,610 | 93,066 | 2,067,418 | 1,064,350 | 13,243,678 |
| Bad Rate (Bads/Bads+Goods) | 7.51% | 5.02% | 19.45% | 0.97% | 1.49% | 11.55% | 0.32% | 1.11% | 7.28% | 0.09% | 0.47% | 3.66% | N/A | N/A | N/A | 4.45% |
| Bad Rate (Bads/Bads+Goods+Indet+Insuff) | 7.44% | 4.98% | 18.86% | 0.97% | 1.48% | 11.26% | 0.32% | 1.11% | 7.14% | 0.06% | 0.42% | 3.37% | N/A | N/A | N/A | 3.11% |

CONFIDENTIAL

1005

WF-00079863

| 36 Months Performance Definition - HE Portfolio - SUMMARY COUNTS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Application Entry Date** | | | | | | | | | | |
| CLRE V1 Performance | 2008 | | 2009 | | 2010 | | 2011 | | 2012 | | Total |
| | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | |
| Exclusions | 904 | 4,977 | 579 | 2,017 | 558 | 1,675 | 371 | 1,617 | 577 | 1,508 | 14,783 |
| Declines | 4,743 | 285,482 | 3,534 | 181,643 | 2,649 | 164,280 | 1,726 | 186,169 | 2,249 | 204,583 | 1,037,058 |
| Bankrupt/Charge-off | 466 | 1,351 | 18 | 110 | 7 | 73 | 0 | 50 | 1 | 8 | 2,084 |
| Delinquents | 111 | 365 | 7 | 43 | 1 | 35 | 3 | 25 | 0 | 9 | 599 |
| Indeterminates | 52 | 216 | 4 | 19 | 4 | 25 | 1 | 19 | 0 | 8 | 348 |
| Insufficients | 2,125 | 10,933 | 1,175 | 4,353 | 1,086 | 4,888 | 1,359 | 6,704 | 9,602 | 49,579 | 91,794 |
| Known Goods | 20,120 | 85,055 | 12,454 | 41,312 | 10,574 | 40,785 | 6,606 | 43,337 | 0 | 0 | 260,243 |
| Uncashed | 10,544 | 79,878 | 3,630 | 32,574 | 3,079 | 30,058 | 2,244 | 30,178 | 5,218 | 39,859 | 237,262 |
| Unassigned (No Decision) | 991 | 9,831 | 1,016 | 5,712 | 1,952 | 4,812 | 1,156 | 4,823 | 1,766 | 6,087 | 38,146 |
| Total Applications | 40,056 | 478,078 | 22,417 | 267,783 | 19,910 | 246,631 | 13,466 | 272,922 | 19,413 | 301,641 | 1,682,317 |
| Bad Rate (Bads/Bads+Goods) | 2.79% | 1.98% | 0.20% | 0.37% | 0.08% | 0.26% | 0.05% | 0.17% | N/A | N/A | 1.02% |
| Bad Rate (Bads/Bads+Goods+Indet+Insuff) | 2.52% | 1.75% | 0.18% | 0.33% | 0.07% | 0.24% | 0.04% | 0.15% | N/A | N/A | 0.76% |
| Approved | 34,322 | 182,765 | 17,867 | 80,428 | 15,309 | 77,539 | 10,584 | 81,930 | 15,398 | 90,971 | 607,113 |
| Approval Rate | 87.86% | 39.03% | 83.49% | 30.69% | 85.25% | 32.06% | 85.98% | 30.56% | 87.26% | 30.78% | 36.93% |

The 36 month performance window using 90 Days Past Due or worse as bad was chosen based on discussions with senior management about what made most sense for this portfolio. They understood that the HLECSV1 model development data would have a shorter performance window for the more recent vintages, but having the more recent data was essential to cover different economic conditions. However, analysis was also conducted to show that this definition was reasonable compared to other performance definitions.

The 36 Month definition was generated using three different delinquency levels for bad: 60DPD or worse, 90DPD or worse, and 120DPD or worse. These three performance definitions were then compared using FICO score and also using ECS 5.0. In the file "Conventional 3 Performance Comparison – 60-90-120.xlsx" (embedded below), the 36 Months 60DPD, 36 Months 90DPD and 36 Months 120DPD tables show the summary performance comparison in terms of the Bad rate, Odds, Log Odds, KS and AUC. The file also contains interval score density graphs, cumulative score distribution graphs and log odds graphs. The FICO score KS values of 41.4%, 39.6% and 39.4% for the for the performance windows of 60DPD, 90DPD, and 120DPD respectively, are very close to one another. Similarly for ECS 5.0, the KS values 43.1%, 43.6%, and 43.7%, respectively, are also very close to one another.

The Scoring Team also generated different performance definitions (12 months and 24 months) that would be used for validation during the model development to show that the model still performs adequately over different performance window lengths (using 90DPD only). In the file "Conventional 3 Performance Comparison - Length.xlsx" (embedded below), the 36M, 24M and 12M tables show the summary performance window comparison for HL ECS V1 between the 36 months 90DPD, 24 months 90 DPD and 12 months 90DPD, respectively, in terms of the Bad rate, Odds, Log Odds, KS and AUC. The file also contains interval score density graphs, cumulative score distribution graphs and log odds graphs. The HL ECS V1 KS values of 47.6%, 48.2% and 48.6% for the performance windows of 36 months, 24 months and 12 months are very close to one another.

| Document Title | Embedded Attached Document |
|---|---|
| Conventional 3 Performance Comparison – 60-90-120.xlsx – compares a 36 Month window for 60DPD, 90DPD, and 120DPD. Please see tabs "FICO" and "ECS 5.0." | Conventional 3 Performance Compari |

CONFIDENTIAL

WF-00079864

| Document Description | Embedded Document Object(s) |
|---|---|
| Conventional 3 Performance Comparison - Length.xlsx – compares 90DPD over 36 Months, 24 Months, and 12 Months.  Please see the tab "Perf." |  Conventional 3 Performance Compari |

## 4.7   Sampling approach

The Scoring Team employed a stratified sampling technique across performance categories within each specified subpopulation for the model development data.  The sampling technique ensures randomness within each category to avoid statistical bias.  This sampling technique was used because an analysis of the entire HLECSV1 Portfolio would be very costly and inefficient. Using a sampling approach, the Scoring Team could request fewer credit bureau reports (reducing large data processing fees) and increase efficiency by reducing long program execution times and lengthy development timelines.  Since the decision was made to use 36 months 90DPD performance, the sample for mortgage was designed in order to ensure that all bad accounts were pulled into the sample.  Based on these counts, the sample was designed as follows for Conventional Non-conforming (NC) and Conforming (Conf):

| CLRE V1 Performance | Performance Definitions - HM Non-CONF Portfolio | | | Performance Definitions - HM CONF Portfolio | | |
|---|---|---|---|---|---|---|
| | 36 Mos | Sample | | 36 Mos | Sample | |
| | NC | Condition | Value | Conf | Condition | Value |
| Exclusions | 240 | None | 0 | 2,036 | None | 0 |
| Wholesale | 13,168 | None | 0 | 775,241 | None | 0 |
| Withdrawn Before Decision | 47,881 | Sample 10K | 10,000 | 980,559 | Sample 50K | 50,000 |
| No Final Decision | 7,155 | None | 0 | 60,146 | None | 0 |
| Declines | 35,974 | Take all | 35,974 | 698,557 | Sample 200K | 200,000 |
| Bankrupt/Charge-off | 518 | Take all | 518 | 45,961 | Take all | 45,961 |
| Delinquents | 239 | Take all | 239 | 16,899 | Take all | 16,899 |
| Indeterminates | 130 | Take all | 130 | 16,135 | Take all | 16,135 |
| Insufficients | 51,343 | Take all | 51,343 | 1,503,324 | Sample 200K | 200,000 |
| Known Goods | 46,038 | Take all | 46,038 | 3,557,918 | Sample 600K | 600,000 |
| Uncashed | 38,243 | Take all | 38,243 | 866,530 | Sample 200K | 200,000 |
| Total Applications | 240,929 | Total Booked Sample = | 98,268 | 8,523,306 | Total Booked Sample = | 878,995 |
| Bad Rate (Bads/Bads+Goods) | 1.62% | Total Non-Booked Sample = | 84,217 | 1.74% | Total Non-Booked Sample = | 450,000 |
| Bad Rate (Bads/Bads+Goods+Indet+Insuff) | 0.77% | Total TTD Sample = | 182,485 | 1.22% | Total TTD Sample = | 1,328,995 |

For Home Equity, a slightly different approach was used.  Since HE V4 was developed using a lifetime performance, the sample was designed in order to ensure that all lifetime bad accounts were pulled into the sample.  Based on these counts, the sample was designed as follows for SIMO:

CONFIDENTIAL

1007

WF-00079865

| CLRE V1 Performance | Performance Definitions - HE SIMO Portfolio | |
|---|---|---|
| | Ever SIMO | Sample |
| Exclusions | 3,078 | None |
| Declines | 14,901 | Take all |
| Bankrupt/Charge-off | 788 | Take all |
| Delinquents | 130 | Take all |
| Indeterminates | 65 | Take all |
| Insufficients | 15,341 | Take all |
| Known Goods | 49,363 | Sample 20K |
| Uncashed | 24,715 | Take all from 2009 to 2012 and sample 2008 (5,829) total sample 20K |
| Unassigned (No Decision) | 6,881 | None |
| Total Applications | 115,262 | Total Booked Sample = 36,324 |
| Bad Rate (Bads/Bads+Goods) | 1.83% | Total Non-Booked Sample = 34,901 |
| Bad Rate (Bads/Bads+Goods+Indet+Insuff) | 1.40% | Total TTD Sample = 71,225 |

The considerations that the modeling team used to arrive at this sampling scheme are:

- Bad accounts were sampled 1:1 or all bads retained as these accounts had the most restricted counts so preservation of this category of sample was very important.

- The symmetry between Declines and Uncashed weights were designed to keep the representation of both categories in the reject inference process equal.

- The sample was pulled at the application level, but with some applications having joint applicants, both borrowers from the joint applications were sent as individual records to the bureau.  Based on the Scoring Team's contract with Equifax, a total of 4 million records were allowed to be sent to the bureau across all archives (Government, Conventional, and Home Equity).  With the Mortgage portfolio having much larger volumes than Home Equity, the sampling shown above was designed to maximize the number of records on all portfolios that could be sampled while still having enough to represent the full population for the model build.

In order to minimize the effect of sampling and exogenous events such as the economic downturn and U.S. housing crisis, sample weights were used.  The bad rate for 2008 was much higher than the rest of the samples. To align with the rest of the sample, 2008 bad rate was weighted downward.  To decrease the effect of 2008 data on the sample and improve data homogeneity of the sample, the 2008 weights for bads (bankrupt/charge-offs, delinquents) were assigned so that the 2008 bad rate was approximately the same as the 2009 bad rate.  This reweighting was done in order to reflect the usage of model going forward in a more normal economic environment.

Discussion between the Scoring Team and senior management were had in order to come to this conclusion.  The economic downturn of 2008 was such a huge event that keeping the actual bad rate would skew the bad rates we would expect in a more normal environment.  Each other performance category, broken down year, was assigned the sample weight that represented the sampling directly.  Since 36 months is the performance for the dependent variable, the sample weight was done using the full file 36 months' counts and the sampled applications' 36 month performance.  The Sample Weighting scheme is attached below:

CONFIDENTIAL

WF-00079866

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| CLRE V1 - HM Sample Weighting - 36 Month.xlsx – contains sample weighting for Non-Conforming, Conforming and Government.  Please see tabs "Non-Conforming Weighting" and "Conforming Weighting" | CLRE V1 - HM Sample Weighting - 36 Month |
| sample_hm.sas - Home Mortgage Sample and Sample Weighting SAS Code | sample_hm.sas |
| CLRE V1 Sample Weighting - 36 Month.xlsx – contains sample weight for Home Equity SIMO and Stand Alone | CLRE V1 Sample Weighting - 36 Month |
| sample_he.sas - Home Equity Sample and Sample Weighting SAS Code | sample_he.sas |

## 4.8   Independent variables

After the sample was sent to the bureau, Equifax sent back the records that received a match in the particular archive (based on application date) that was sent.  Below is a summary of the records that were returned, along with the credit bureau variables and credit bureau scores that were generated at the bureau and were used for the model development. To see a full list of the variables that were considered, please reference the data dictionary in section 4.1.  Application variables that were mapped for use in the development are also discussed in section 4.1.

***Credit Bureau Archive Attributes – Equifax***: Borrower name/address/SSN data was provided to Equifax to request 20 quarterly archives. Equifax pulled archived data based on the archive dates the Scoring Team provided. Archive dates were determined based on the quarter of which the application date occurred for the loan. For example, if application date was within Q2 2008 then the archive date would be March 2008.

   i.   Counts sent to Equifax:
      a.   Home Mortgage:
         -   2,315,474 applications (96.9% of initial sample data due to lack of borrower personal information data)
         -   3,509,520 borrowers
      b.   Home Equity:
         -   198,651 applications (99.9% of initial sample data due to lack of borrower personal information data)
         -   310,237 borrowers
      c.   Total Counts:

CONFIDENTIAL

1009

WF-00079867

- 2,514,125 applications (97.1% of initial sample data due to lack of borrower personal information data)
- 3,819,757 borrowers

ii. Counts returned from Equifax
    a. Home Mortgage:
       - 2,286,424 applications (98.8% match rate)
       - 3,442,400 borrowers (98.1% match rate)
    b. Home Equity:
       - 197,656 applications (99.5% match rate)
       - 307,336 borrowers (99.1% match rate)
    c. Total Counts:
       - 2,484,080 applications (98.8% match rate)
       - 3,749,736 borrowers (98.2% match rate)

iii. Attributes returned : 1,490 fields
    a. Wells Fargo Custom Mortgage attributes
    b. 47 HE v4 attributes (23 existing V4 ones and 24 new ones/variations from existing ones)
    c. Wachovia Bankwide attributes
    d. Equifax Consumer Modeling Attributes (CMA Plus)
    e. Equifax Mortgage Consumer Modeling Attributes (CMA MTG)
    f. Market Reveal Collection Attributes
    g. Market Reveal Mortgage Attributes
    h. Market Reveal Home Equity Attributes
    i. Equifax RMS Attributes
    j. Experian STAGG Attributes

iv. Scores returned:
    a. Beacon 9 Mortgage (FICO Mortgage) (967,413 records – 98% match rate off of flagged records)
    b. Beacon 5.0 (968,284 records – 98.1% match rate off of flagged records)
    c. Bankruptcy Navigator (3,742,566 records – 98% match rate)
    d. Vantage (3,734,495 records – 97.8% match rate)

A number of steps were undertaken to ensure that the data for model development was as uniformly consistent as possible. As mentioned above, the data for development came from several sources. Each source had its own unique set of codes for special cases and/or had codes which differed. The Scoring Team analyzed the data and re-coded some of the variables as a part of the data cleansing process. Below is a list of data scrubbing and cleaning completed:

- Wachovia Bkwide attributes (GBG_Acquis) had special SAS missing values (I,K,T,N,Z) that were mapped to numeric default values (-99999980, -99999974, etc.)
- Wells Fargo Custom Mortgage attributes (MTG_CPR_ATTR) had special SAS missing values (I,K,T,N,Z) that were mapped to numeric default values (-99999980, -99999974, etc.). This was done in 18 attributes.
- Wells Fargo Custom Mortgage attributes (MTG_CPR_VALUE & MTG_CPR_SIGN). These fields were supposed to be provided together as one field, but they were broken down in the Equifax process to 2 fields. The Scoring Team put them back together and renamed them to MTG_CPR_ATTR. This was done in 5 attributes.

CONFIDENTIAL

WF-00079868

- The majority of the fields were Char format. The Scoring Team identified the ones that should be truly numeric and converted them to Num format. This was done to 993 fields.

***Other Variables – Relationship Data and Internal Scores***: Beyond the basics of data cleansing to ensure the raw data was consistent, several variable transformations were performed on the raw data to create new variables. Transformations were largely confined to internal relationship data and internal risk scores. By using transformations of the raw data, more predictive variables could be created, tested and put into the model thus making the model stronger. Below is a list of new variables created:

- bor_gen_EDW_DDA_AVG_BAL_CYC1TO3 – Average of DDA balances from cycle 1 to cycle 3. All 3 cycles must be populated with a valid value.
- bor_gen_EDW_DDA_AVG_BAL_CYC1TO3m - Average of DDA balances from cycle 1 to cycle 3. At least 2 cycles must be populated with a valid value.
- bor_gen_EDW_DDA_AVG_BAL_CYC1TO6m - Average of DDA balances from cycle 1 to cycle 6. At least 2 cycles must be populated with a valid value.
- bor_gen_EDW_DDA_AVG_BAL_CYC1TO9m - Average of DDA balances from cycle 1 to cycle 9. At least 2 cycles must be populated with a valid value.
- bor_gen_EDW_DDA_AVG_BAL_CYC1TO12 - Average of DDA balances from cycle 1 to cycle 12. At least 2 cycles must be populated with a valid value.
- bor_gen_v4_score – Application level WFHE v4 score
- bor_gen_v4_score – Borrower level WFHE v4 score
- bor_gen_v4_model – Borrower level WFHE v4 scorecard model
- gen_cg_v4_789 – WFHE V4 Stand Alone Credit Grade  for all loans
- gen_cg_v4_sm789 – WFHE v4 SIMO Credit Grade  for all loans
- ECS 5.0 – Application level WFHM originations score for all loans
- Initial Risk Class – WFHM pre-downgrade risk class for all loans

Since the scorecard development was performed in FAMS-PRO, no range capping, missing value imputation or transformations were performed during the initial stages of data development.  This is because the FAMS-PRO methodology appropriately handles these data issues.  FAMS-PRO bins extreme values and also provides the ability to treat missing or special values independently from numeric or "real" values.  Missing values were assigned neutral value in the scorecard.  Variable transformations were not performed.

The majority of the attributes had very few special values and comprised less than 10% of the population.  These values were all given neutral points neither to penalize nor reward the borrowers for either lack of data or for special circumstances.

Capped and floored processes were performed on all variables in the final scorecard.   The capped and floored values of those variables were assigned neutral points.

Binning is the process by which the values of the raw or transformed variables are grouped together in such a way so as to smooth the risk patterns inherent in the data. The number of unique values is reduced as ranges of values with similar risk metrics are grouped together. Binning is part art and part science. The FICO software, like a lot other modeling software, has facilities to automatically bin the variables. Both variable automatic binning and knowledge expert binning techniques were employed. Knowledge expert binning technique is referring to the

CONFIDENTIAL

WF-00079869

binning technique that utilizes the knowledge and expertise of the modeler who understands business needs, data and products. Please reference the document Xeno_Automatic_Binning.pdf for information on FAMS-PRO Break and Heal automatic binning methodology.

CONFIDENTIAL

1012

WF-00079870

# 5 Model estimation/development/calibration/fitting

## 5.1 Estimation and model specification overview

FICO Analytic Modeler Scorecard Professional (FAMS-PRO) is the primary tool used for model development. The Scoring Team prepared the independent variables for modeling purposes by using data scrubbing techniques, creating new variables, and treating missing values and outliers. For the variable pre-selection step, the Scoring Team used Information Value (IV) and modeler expertise about the data. To treat the missing credit performance of applicants that were rejected (Declines) and approvals not booked (Not Taken Up - NTU), the Scoring Team implemented the Reject Inference method after Known Good Bad (KGB) model was built. The Scoring Team chose the variables in the model estimation by looking at model specification and fit (estimated coefficients/weights, coefficient signs, and statistical evidence that the estimated coefficient such as weight of evidence, information value, etc.), ranking the predictors according to their marginal contribution with respect to other predictors in the HLECSV1 CON model, exploring rationale and statistical evidence (making sure the interpretation of coefficients, signs, and statistical evidence are sensible), and testing the assumptions (confirming appropriate assumption testing around multicollinearity, residuals/errors, etc.). The model scores are scaled with a PDO (Point Double Odds) of 20:1 Good: Bad. The scorecard was aligned with a base score of 200 having odds at base score of 50:1.

## 5.2 Model development tools

FAMS-PRO (formerly XENO) version 6.0 is the software development tool used to develop statistical models. FAMS-PRO is an online analytic platform that has a range of analytic tools that supports multiple aspects in the development of highly predictive models, including segmentation, clustering and exploratory data analysis. It is a statistical modeling tool specifically customized for the retail financial services industry. FAMS-PRO is used to model individual or account-level behavior (regulated by ECOA Regulation B), to build predictive rather than explanatory models, and to build point-in-time credit scoring models (used for rank-ordering rather than estimation). It is designed to balance statistical and practical (operational and regulatory) issues. The Scoring Team chose to use FAMS-PRO as the model development tool because FAMS-PRO has a reputation of being the industry leader in scoring technology. FAMS-PRO is widely used in Wells Fargo in developing scorecards, including models in Home Equity, EFS and Business Direct.

FAMS-PRO uses an optimization process employing a goal programming methodology that simultaneously operates on multiple functions which are evaluated as deviations from a set of explicit goals. The optimization seeks to minimize these deviations. The score was constructed with the typical scoring objective of maximizing the difference between Good and Bad accounts including inferred performance from the rejected and uncashed applications. The FAMS-PRO software is an accepted scorecard development system. Please reference the document WhyXenoPresentation20131121.pdf for a contextual overview of FAMS-PRO and some of its capability.

The Scoring Team also explored other model development tools such as SAS, SAS Enterprise Miner and Angoss. The Scoring Team found that FAMS-PRO was the tool that fit model building needs, since it has the capability to treat the missing and special valued data frequently encountered in credit scoring, minimize the impact of

CONFIDENTIAL

WF-00079871

outliers, satisfy protected class requirements, support the computation of adverse action reasons, and capture non-linearity in predictors' relationship to outcome, thus reducing analysts' time in identifying appropriate variable transformations and being readily interpretable by analysts and business users alike.

## 5.3   Sample Design

The majority of the sampling approach is discussed in section 4.7.

The credit bureau returned the borrowers that received a bureau report to the Scoring Team.  Since some of the joint applications had one borrower missing a bureau report while the other borrower had a report, these applications were also excluded from the sample.  For single applications, this amounted to 29,050 Home Mortgage applications and 995 Home Equity applications not returned from the bureau.  For the joint applications, a total of 31,146 Home Mortgage applications and 1,802 Home Equity applications were dropped since at least 1 borrower on the application did not have a bureau report.  Please note, due to data collection and how the information was sent to the bureau, the numbers above represent all Home Mortgage (including Government) and all Home Equity (including Stand Alone) applications.

While the Scoring team was awaiting the return of the credit bureau archives for the sample, further investigation into the mortgage data showed that certain populations were included in the original dataset and sample that should have been excluded.  Since the sample was already sent to the bureau, the decision was made to exclude these categories from the file after it was returned from the bureau.  The first set of exclusions, which applies specifically to Conventional Conforming/Non-Conforming Home Affordable Refinance Program (HARP)/Timesaver loans.  These applications were processed through the system, but based on the product and terms, credit information was not pulled from the bureau for these applications.  Due to this, 307,943 HARP/Timesaver applications were excluded from the sample, and the sample weight was updated for Conforming and Non-Conforming.  The updated sample weighting scheme for this is shown below:

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Conventional Sample Weight Update 20141026.xlsx – updating weighting after removal of HARP/Timesaver | Conventional Sample Weight Update 20141 |

Also, it was discovered that some other applications were in the sample (for all of Home Mortgage) that needed to be excluded for different reasons: those that weren't run through the normal origination process, those that were purchased applications, those that were products that Wells Fargo no longer offered, etc.  This list of these with descriptions is below:

- Correspondent and non-DS Loans - These are correspondent loans that did not have a loan number in Decision Server, meaning that it is a purchased portfolio and did not go through the normal origination process.

- Retail and non-DS and non-FHA Loans - These are retail loans that did not have a loan number in Decision Server, meaning they did not go through the normal origination process, but are also non-FHA.

- MORE (DACC) Loans - These are subprime loans.

CONFIDENTIAL      WF-00079872

- **Reverse Mortgages** - These are loans for 62 and over individuals who get cash for the equity in their homes. Wells Fargo no longer offers this product.

- **Non-FHA and No Business Line Loans** - Non-FHA loans with the business line missing.

Furthermore, when creating the internal relationship data independent variables (mentioned in section 4.8), the first quarter of 2008 CARE data was not available for Home Mortgage customers. Discussions between the Scoring team and senior management concluded with the decision to remove Q1 2008 from the Home Mortgage sample. Since this data was available for Home Equity, the model development file consisted of applications from April 1, 2008 – December 31, 2011 for Conforming and Non-Conforming, and January 1, 2008 – December 31, 2011 for Home Equity SIMO.

The tables below show the raw applications that were returned along with the weighted numbers that represent the full file before sampling. The bulleted list of items above were listed as separate line items along with wholesale, withdrawn before decision, and no final decision which were in the summary counts previously (as noted in section 4.7, only withdrawn before decision were sampled):

**Number of Raw Applications Returned From the Bureau:**

| 36 Months Performance Definition - HM Portfolio - Post Bureau File - RAW | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Application Entry | | | | | | | | | | | | | | | | | |
| CLRE V1 Performance | Q1 2008 | | | Q2-Q4 2008 | | | 2009 | | | 2010 | | | 2011 | | | 2012 | | | Total |
| | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | |
| Correspondent and non-DS Loans | 15,687 | 76 | 12,056 | 32,657 | 30 | 55,905 | 57,821 | 11 | 104,844 | 52,883 | 18 | 86,269 | 65,552 | 59 | 74,829 | 78,498 | 146 | 71,002 | 708,3 |
| Wholesale Loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Retail and non-DS and non-FHA Loans | 5,972 | 488 | 2,062 | 9,746 | 513 | 6,569 | 19,219 | 845 | 10,922 | 6,074 | 1,145 | 12,931 | 12,522 | 1,136 | 12,967 | 22,582 | 3,100 | 15,275 | 144,0 |
| MORE (DACC) Loans | 1,152 | 604 | 625 | 1,234 | 484 | 1,248 | 653 | 27 | 323 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,3 |
| Reverse Mortgages | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Non-FHA and No Business Line Loans | 0 | 0 | 1 | 8 | 0 | 3 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Exclusions | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Withdrawn Before Decision | 1,636 | 692 | 949 | 3,761 | 761 | 3,580 | 7,416 | 720 | 8,738 | 5,890 | 1,353 | 8,879 | 4,847 | 1,698 | 6,481 | 4,895 | 2,293 | 5,379 | 69,9 |
| No Final Decision | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Declines | 5,285 | 1,968 | 3,040 | 12,500 | 2,196 | 9,460 | 28,679 | 3,114 | 18,226 | 29,896 | 6,229 | 18,054 | 23,944 | 7,123 | 13,722 | 26,553 | 9,558 | 12,510 | 232,0 |
| Bankrupt/Charge-off | 4,825 | 162 | 3,512 | 3,857 | 90 | 7,539 | 2,425 | 33 | 11,432 | 1,037 | 37 | 6,876 | 273 | 4 | 2,789 | 39 | 3 | 458 | 45,3 |
| Delinquents | 2,363 | 83 | 2,244 | 2,019 | 45 | 4,642 | 300 | 21 | 7,211 | 300 | 11 | 4,164 | 157 | 10 | 2,364 | 48 | 1 | 436 | 26,9 |
| Indeterminates | 1,123 | 39 | 1,096 | 1,140 | 22 | 2,306 | 550 | 9 | 4,462 | 784 | 12 | 5,575 | 296 | 13 | 2,205 | 132 | 12 | 572 | 18,1 |
| Insufficients | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 7 | 0 | 0 | 38 | 5 | 7,008 | 6,792 | 4,077 | 48,756 | 42,497 | 24,948 | 134,1 |
| Known Goods | 17,490 | 3,576 | 4,401 | 33,724 | 3,481 | 13,789 | 74,914 | 5,638 | 33,793 | 60,930 | 15,667 | 32,313 | 42,780 | 16,077 | 23,232 | 0 | 0 | 0 | 381,8 |
| Uncashed | 7,219 | 2,242 | 2,106 | 12,482 | 2,422 | 5,880 | 19,625 | 2,208 | 13,601 | 21,509 | 3,902 | 11,968 | 18,039 | 3,826 | 9,357 | 20,263 | 9,770 | 13,555 | 179,9 |
| Total Applications | 62,762 | 9,932 | 32,050 | 113,128 | 10,055 | 110,925 | 212,542 | 12,633 | 213,557 | 179,192 | 28,415 | 184,632 | 175,418 | 36,736 | 152,033 | 201,766 | 67,380 | 144,135 | 1,947,3 |

Note: Dropped 29,050 No Hits (not returned from Equifax), 31,146 Joint Applications without all applicants having a bureau match, and 307,943 HARP/Timesaver Loans (from CONF/NC; Due to no credit pulled)

CONFIDENTIAL

1015

WF-00079873

| 36 Months Performance Definition - HE Portfolio - Post Bureau File - RAW | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLRE V1 Performance** | Application Entry Date | | | | | | | | | | | |
| | Q1 2008 | | Q2-Q4 2008 | | 2009 | | 2010 | | 2011 | | 2012 | | Total |
| | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | |
| Exclusions | 2 | 0 | 0 | 7 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 12 |
| Declines | 1,293 | 3,910 | 3,317 | 9,741 | 3,454 | 8,763 | 2,611 | 7,904 | 1,698 | 8,894 | 2,229 | 9,831 | 63,645 |
| Bankrupt/Charge-off | 285 | 776 | 167 | 506 | 17 | 107 | 7 | 73 | 0 | 50 | 1 | 8 | 1,997 |
| Delinquents | 62 | 198 | 48 | 160 | 7 | 42 | 1 | 34 | 3 | 25 | 0 | 9 | 589 |
| Indeterminates | 25 | 128 | 24 | 84 | 4 | 19 | 4 | 25 | 1 | 18 | 0 | 0 | 340 |
| Insufficients | 651 | 389 | 1,423 | 630 | 1,161 | 989 | 1,074 | 989 | 1,345 | 993 | 9,536 | 19,862 | 39,042 |
| Known Goods | 3,103 | 3,605 | 4,923 | 5,473 | 5,026 | 3,932 | 4,210 | 3,682 | 2,710 | 4,116 | 0 | 0 | 40,980 |
| Uncashed | 2,396 | 4,303 | 3,268 | 6,831 | 3,577 | 4,485 | 3,029 | 4,225 | 2,220 | 4,171 | 5,172 | 5,572 | 49,249 |
| Unassigned (No Decision) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Applications | 7,817 | 13,309 | 13,170 | 23,432 | 13,246 | 18,340 | 10,936 | 17,132 | 7,977 | 18,267 | 16,938 | 35,290 | 195,854 |

Note: Dropped 995 No Hits (not returned from Equifax) and 1,802 Joint Applications without all applicants having a bureau match

## Sample Weighted Records that represent the full Application File (with the modified weight for 2008):

| 36 Months Performance Definition - HM Portfolio - Post Bureau File - WEIGHTED | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLRE V1 Performance** | Application Entry | | | | | | | | | | | | | | | | | |
| | Q1 2008 | | | Q2-Q4 2008 | | | 2009 | | | 2010 | | | 2011 | | | 2012 | | | Total |
| | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | CONF | NC | GOV | |
| Correspondent and non-DS Loans | 59,700 | 367 | 26,305 | 151,193 | 145 | 152,364 | 325,933 | 52 | 344,793 | 307,419 | 88 | 329,032 | 386,899 | 284 | 338,348 | 587,443 | 689 | 494,236 | 3,445,5... |
| Wholesale Loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retail and non-DS and non-FHA Loans | 32,501 | 691 | 7,995 | 56,556 | 932 | 28,015 | 122,229 | 1,857 | 59,478 | 47,039 | 2,624 | 81,169 | 81,598 | 2,562 | 82,498 | 151,367 | 4,669 | 105,823 | 837,1... |
| MORE (DACC) Loans | 5,862 | 640 | 2,248 | 7,453 | 477 | 6,171 | 5,724 | 61 | 2,498 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,2... |
| Reverse Mortgages | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Non-FHA and No Business Line Loans | 0 | 0 | 4 | 31 | 0 | 16 | 0 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Exclusions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Withdrawn Before Decision | 32,158 | 3,340 | 11,040 | 81,555 | 3,756 | 41,648 | 181,158 | 3,550 | 100,231 | 152,650 | 6,771 | 103,053 | 124,660 | 8,296 | 76,181 | 138,939 | 11,008 | 62,546 | 1,142,5... |
| No Final Decision | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Declines | 18,469 | 1,968 | 14,184 | 46,593 | 2,370 | 44,117 | 126,923 | 3,274 | 85,482 | 143,654 | 6,437 | 84,903 | 112,457 | 7,377 | 64,404 | 143,479 | 9,872 | 59,444 | 975,4... |
| Bankrupt/Charge-off | 1,441 | 22 | 2,040 | 1,050 | 25 | 4,379 | 2,478 | 36 | 11,432 | 1,057 | 38 | 6,876 | 275 | 5 | 2,789 | 45 | 3 | 458 | 34,4... |
| Delinquents | 705 | 11 | 1,303 | 546 | 13 | 2,696 | 816 | 21 | 7,211 | 384 | 13 | 4,164 | 162 | 10 | 2,364 | 48 | 1 | 436 | 20,9... |
| Indeterminates | 1,123 | 39 | 1,096 | 1,168 | 23 | 2,306 | 1,017 | 10 | 4,461 | 594 | 15 | 3,173 | 304 | 13 | 2,205 | 133 | 12 | 537 | 18,2... |
| Insufficients | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 7 | 0 | 76 | 40 | 42 | 53,621 | 6,920 | 30,412 | 410,685 | 43,272 | 189,816 | 735,0... |
| Known Goods | 107,553 | 3,828 | 26,955 | 211,215 | 3,732 | 84,453 | 454,223 | 5,822 | 187,541 | 370,518 | 16,047 | 190,302 | 258,874 | 16,406 | 130,122 | 0 | 0 | 0 | 2,057,5... |
| Uncashed | 31,225 | 2,242 | 8,983 | 58,199 | 2,644 | 25,080 | 117,448 | 2,399 | 57,457 | 148,188 | 4,077 | 50,816 | 116,080 | 4,044 | 40,262 | 132,001 | 10,074 | 57,144 | 868,3... |
| Total Applications | 192,674 | 13,149 | 102,153 | 615,559 | 14,118 | 391,278 | 1,337,949 | 17,049 | 860,610 | 1,171,579 | 36,150 | 843,530 | 1,134,930 | 45,917 | 769,585 | 1,564,340 | 79,600 | 970,485 | 10,160,6... |
| Bad Rate (Bads/Bads+Goods) | 1.96% | 0.85% | 11.03% | 0.75% | 1.01% | 7.73% | 0.72% | 0.97% | 9.04% | 0.39% | 0.32% | 5.77% | 0.17% | 0.09% | 3.81% | N/A | N/A | N/A | 2.62... |
| Bad Rate (Bads+Goods+Indet+Insuff) | 1.94% | 0.85% | 10.65% | 0.75% | 1.00% | 7.54% | 0.72% | 0.97% | 8.85% | 0.39% | 0.32% | 5.67% | 0.14% | 0.06% | 3.07% | N/A | N/A | N/A | 1.93... |
| Approved | 142,047 | 6,143 | 40,377 | 272,178 | 6,438 | 118,914 | 575,982 | 8,255 | 268,102 | 520,817 | 20,230 | 245,373 | 429,316 | 27,398 | 208,154 | 543,112 | 53,362 | 248,426 | 3,734,6... |
| Approval Rate | 88.49% | 75.74% | 74.00% | 85.38% | 73.09% | 72.93% | 81.94% | 71.60% | 75.82% | 78.38% | 75.86% | 74.29% | 79.24% | 78.79% | 76.37% | 34.72% | 67.04% | 25.60% | 36.76... |

| 36 Months Performance Definition - HE Portfolio - Post Bureau File - WEIGHTED | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLRE V1 Performance** | Application Entry Date | | | | | | | | | | | | |
| | Q1 2008 | | Q2-Q4 2008 | | 2009 | | 2010 | | 2011 | | 2012 | | Total |
| | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | SIMO | Stand Alone | |
| Exclusions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Declines | 339 | 34,449 | 869 | 85,823 | 3,454 | 178,087 | 2,611 | 161,421 | 1,698 | 183,507 | 2,229 | 201,347 | 855,834 |
| Bankrupt/Charge-off | 14 | 94 | 8 | 61 | 17 | 136 | 7 | 73 | 0 | 50 | 1 | 8 | 469 |
| Delinquents | 3 | 15 | 2 | 12 | 7 | 44 | 1 | 34 | 3 | 25 | 0 | 9 | 155 |
| Indeterminates | 7 | 72 | 6 | 47 | 4 | 23 | 4 | 26 | 1 | 18 | 0 | 8 | 216 |
| Insufficients | 171 | 1,765 | 373 | 2,858 | 1,161 | 4,305 | 1,074 | 4,834 | 1,345 | 6,657 | 9,536 | 49,237 | 83,316 |
| Known Goods | 2,039 | 14,471 | 3,235 | 21,969 | 12,276 | 40,806 | 10,472 | 40,468 | 6,519 | 43,073 | 0 | 0 | 195,328 |
| Uncashed | 1,136 | 13,078 | 1,549 | 20,762 | 3,577 | 32,186 | 3,029 | 29,672 | 2,220 | 29,870 | 5,172 | 39,610 | 181,861 |
| Unassigned (No Decision) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Applications | 3,709 | 63,944 | 6,042 | 131,532 | 20,496 | 255,587 | 17,198 | 236,528 | 11,786 | 263,200 | 16,938 | 290,219 | 1,317,179 |
| Bad Rate (Bads/Bads+Goods) | 0.83% | 0.75% | 0.31% | 0.33% | 0.20% | 0.44% | 0.08% | 0.26% | 0.05% | 0.17% | N/A | N/A | 0.32% |
| Bad Rate (Bads+Goods+Indet+Insuff) | 0.76% | 0.66% | 0.28% | 0.29% | 0.18% | 0.40% | 0.07% | 0.24% | 0.04% | 0.15% | N/A | N/A | 0.22% |
| Approved | 3,370 | 29,495 | 5,173 | 45,709 | 17,042 | 77,500 | 14,587 | 75,107 | 10,088 | 79,693 | 14,709 | 88,872 | 461,345 |
| Approval Rate | 90.86% | 46.13% | 85.62% | 34.75% | 83.15% | 30.32% | 84.82% | 31.75% | 85.59% | 30.28% | 86.84% | 30.62% | 35.03% |

CONFIDENTIAL

WF-00079874

After initial processing in FAMS-PRO, the Scoring team decided that the sample file was taking an unreasonable amount of time to use in the software. After conversations with FAMS-PRO support, it was decided to sample down the Conforming population a second time from over 700K records down to about 400K. Non-conforming and Home Equity SIMO, with their extremely small populations, were left intact while only declines, goods, and uncashed from Conforming were sampled. Since the data was at borrower level after sending to the bureau, the primary applicants were sampled, and then if it was a joint application, that secondary applicant was pulled into the sample as well. In order to accomplish this, the ratio of applications to total borrowers is the sample was calculated, and then this ratio was used to estimate the number of primary applicants to sample. The following two tables show this process:

| Conventional SECOND SAMPLE FILE (XENO) - 36 Months Performance Definition - Recreate weight_36mth_conv | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLRE V1 Performance | Application Entry - Q22008-2011 | | | | | | | |
| | Primary | | | All Records | | | | All/Primary Ratio |
| | NC | CONF | Total | NC | CONF | Total | | |
| Declines | 18,662 | 95,019 | 113,681 | 30,027 | 141,869 | 171,896 | | 1.493059 |
| Bankrupt/Charge-off | 164 | 7,592 | 7,756 | 227 | 10,380 | 10,607 | | |
| Delinquents | 87 | 3,356 | 3,443 | 128 | 4,665 | 4,793 | | |
| Known Goods | 40,873 | 212,348 | 253,221 | 68,466 | 340,876 | 409,342 | | 1.605271 |
| Uncashed | 12,358 | 71,655 | 84,013 | 20,105 | 109,707 | 129,812 | | 1.531045 |
| Total Applications | 72,144 | 389,970 | 462,114 | 118,953 | 607,497 | 726,450 | | 1.557804 |

| Conventional SECOND SAMPLE FILE (XENO) - 36 Months Performance Definition - Recreate weight_36mth_conv RECORDS TO TAKE | | | | | | |
|---|---|---|---|---|---|---|
| CLRE V1 Performance | Application Entry - Q22008-2011 | | | | | |
| | Primary | | | All Records* | | |
| | NC | CONF | Total | NC | CONF | Total |
| Declines | 18,662 | 40,000 | 58,662 | 30,027 | 59,722 | 89,749 |
| Bankrupt/Charge-off | 164 | 7,592 | 7,756 | 227 | 10,380 | 10,607 |
| Delinquents | 87 | 3,356 | 3,443 | 128 | 4,665 | 4,793 |
| Known Goods | 40,873 | 100,000 | 140,873 | 68,466 | 160,527 | 228,993 |
| Uncashed | 12,358 | 30,000 | 42,358 | 20,105 | 45,931 | 66,036 |
| Total Applications | 72,144 | 180,948 | 253,092 | 118,953 | 281,226 | 400,179 |
| * - Conforming All Records Estimated Based on Ratios Above | | | | | | |

By taking about half of the declines, goods, and uncashed from the Conforming population, we can estimate the approximately 400K records that would allow the software to run faster. When actually taking this sample designed above, the true number of records is shown below:

| Conventional SECOND SAMPLE FILE (XENO) - 36 Months Performance Definition - Recreate weight_36mth_conv ACTUAL RECORDS BASED ON SAMPLE OF CONFORMING | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLRE V1 Performance | Application Entry - Q22008-2011 | | | | | | | | |
| | Primary | | | Secondary | | | All Records* | | |
| | NC | CONF | Total | NC | CONF | Total | NC | CONF | Total |
| Declines | 18,662 | 40,000 | 58,662 | 11,365 | 19,631 | 30,996 | 30,027 | 59,631 | 89,658 |
| Bankrupt/Charge-off | 164 | 7,592 | 7,756 | 63 | 2,788 | 2,851 | 227 | 10,380 | 10,607 |
| Delinquents | 87 | 3,356 | 3,443 | 41 | 1,309 | 1,350 | 128 | 4,665 | 4,793 |
| Known Goods | 40,873 | 100,000 | 140,873 | 27,593 | 60,573 | 88,166 | 68,466 | 160,573 | 229,039 |
| Uncashed | 12,358 | 30,000 | 42,358 | 7,747 | 16,122 | 23,869 | 20,105 | 46,122 | 66,227 |
| Total Applications | 72,144 | 180,948 | 253,092 | 46,809 | 100,423 | 147,232 | 118,953 | 281,371 | 400,324 |
| * - Conforming All Records Actual After Matching Secondary Applicants Back to Primary Sampled Applicants | | | | | | | | | |

CONFIDENTIAL

WF-00079875

The second sample, at application level (shown in the last table above in the primary columns), is broken down by year below in order to reweight the file again:

| | Conventional SECOND SAMPLE FILE (XENO) - 36 Months Performance Definition - Recreate weight_36mth_conv | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | APPLICATION LEVEL XENO SAMPLE COUNTS FOR SAMPLE WEIGHTING | | | | | | | | |
| | Application Entry | | | | | | | | |
| CLRE V1 Performance | Q2-Q42008 | | 2009 | | 2010 | | 2011 | | Total |
| | NC | CONF | NC | CONF | NC | CONF | NC | CONF | |
| Declines | 2,196 | 5,168 | 3,114 | 12,011 | 6,229 | 12,617 | 7,123 | 10,204 | 58,662 |
| Bankrupt/Charge-off | 90 | 3,857 | 33 | 2,425 | 37 | 1,037 | 4 | 273 | 7,756 |
| Delinquents | 45 | 2,019 | 21 | 800 | 11 | 380 | 10 | 157 | 3,443 |
| Known Goods | 3,491 | 15,789 | 5,638 | 35,354 | 15,667 | 28,850 | 16,077 | 20,007 | 140,873 |
| Uncashed | 2,422 | 5,143 | 2,208 | 8,162 | 3,902 | 9,074 | 3,826 | 7,621 | 42,358 |
| Total Applications | 8,244 | 31,976 | 11,014 | 58,752 | 25,846 | 51,958 | 27,040 | 38,262 | 253,092 |

The updated sample weighting scheme for this is shown below:

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Conventional Conforming Second Sample Weighting 20141026.xlsx – Sample Weight plan for Conventional Conforming Second Sample | Conventional Conforming Second S |

Since the file post-bureau is at borrower level, a new sample weight for borrower level was created so the file continues to represent the overall applications. For this, the applications that had just one borrower kept the application level weight discussed earlier in section 4.7. For applications with two borrowers, the application weight was halved for each of the borrower level records.

The creation of the borrower level weight can be seen in the program embedded below that was used to create the final dataset for the FAMS-PRO project.

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Code for creation of Conventional Second Sample, which is also the SAS Dataset for FAMS-PRO. | conventional_sample.sas    keep_list_conv_update |
| Code that converts the SAS data into the csv file that is actually uploaded to FAMS-PRO. | xeno_conv_samp_update.sas    sql_list_conv_samp_update |

The set of programs above keeps Conventional mortgage and all Home Equity from the 2008-2011 time period. The 2012 data is excluded since it was used for the out-of-time validation after the model development.

The in-time data was split using a 70/30 random split where 70 percent is the development sample and 30 percent is the in-time validation sample. One of the reasons for using 70/30 random split is to minimize over-fitting of the model. An alternative of using 50/50 split may result in fitting the training sample too precise to the data.

CONFIDENTIAL

1018

WF-00079876

After the transfer of the final file to FAMS-PRO, an additional filter to ensure the Home Equity Stand Alone was excluded and that each record had at least one valid trade line (to ensure sufficient credit bureau data was available) was used on the population.  The generated credit bureau attribute Average Months On File was used to ensure this criteria ( re_avg_mos_onfile>=0).  Home Equity Stand Alone was carried all the way through to FAMS-PRO because it wasn't entirely certain that a Home Equity Model would be built on its own (please see section 5.5 for more information).  The final filter for the development 70% is shown below:

**Current Rules:**

| | Rule: | Group: | Test: | Variable (Tab-Seg): | Operator: | Value: | |
|---|---|---|---|---|---|---|---|
| | 1 | 1 | IF | development_flag--Delevopment Flag Based on Serialn (HLECSV1_Seg-Input) | EQ | 1 | 🅔 🅓 🟢 |
| | 2 | 1 | IF | ln_bus (HLECSV1_Seg-Input) | EQ | M | 🅔 🅓 🟢 |
| | 3 | 1 | IF | re_avg_mos_onfile--average months in file (HLECSV1_Seg-Input) | GE | 0 | 🅔 🅓 🟢 |
| or | | | | | | | |
| | 4 | 2 | IF | development_flag--Delevopment Flag Based on Serialn (HLECSV1_Seg-Input) | EQ | 1 | 🅔 🅓 🟢 🟢 |
| | 5 | 2 | IF | ZOOT-SIMO Flag (HLECSV1_Seg-Transformation) | EQ | SIMO | 🅔 🅓 🟢 🟢 |
| | 6 | 2 | IF | re_avg_mos_onfile--average months in file (HLECSV1_Seg-Input) | GE | 0 | 🅔 🅓 🟢 🟢 |

## 5.4   Performance (reject) inference

Reject inference is a method to estimate the performance on the censored observations.  For example, the HLECSV1 CON model can infer the probability that a declined applicant might have been a good account or the HLECSV1 CON model can infer the performance of non-booked loans given the information of the booked loans.  Reject inference utilizes an interpolation/extrapolation technique of observing performance relationships in the "known" performance groups and applying these to the "unknown" groups.

The Performance Inference process is an iterative process. After each iteration, the results must be reviewed. The steps for a single iteration include:

- Identify variables that correctly identify risk and are also useful for the non-booked population
- Build Known Models based on the known performance of booked loans
- Analyze Known Model Output
- Analyze Inference Reports, including Log/Odds Reports, Swap sets analysis, Acceptance Rate Tables, and comparisons of the Known population with the inferred declines and inferred uncashed/not taken up.
- Analyze All Model Output – After inference, the variables have all the decline and uncashed information mixed in the Known population.  This can change the variables drastically, so a new binning needs to be created with model output and acceptance rates based on this altered model needing to be analyzed.
- Repeat the steps for each iteration. The final inference model was assessed using business and logic sensibility.

**Purpose of Reject Inference**

The purpose of Performance (Reject) Inference is to supply the missing credit performance for applicants that were not booked.  These include two classes of applicants: Rejects (Declines) and Approvals not Booked (Not Taken Up – NTU or Uncashed).

The reasons for employing an inference process include:

- Regulatory compliance. Regulation B of the Equal Credit Opportunity Act requires that origination risk models be developed using a sample of all applicants, approved and declined
- Scorecard development population integrity.  The Booked population is generally a biased sample of the through-the-door population by virtue of the credit approval process and the prior scorecards to select more creditworthy applicants

**Reject Inference evaluation**

Model tests were performed during reject inference.  In general, inference evaluation relies on conformity as a measure of success.

Each such test must be defined, at a minimum, with a description of the test, a justification of why it was performed, and the criteria by which success could be assessed. Note: Technical details of the tests presented in the section 3.1 "Model Framework and Theory" need not be replicated here; only aspects specific to the application in the reject inference are presented here.

The Performance Inference models review includes:

- Examining the variable weights assignment from inferred model compared to original known good/bad model
- Checking scoring stats for the individual groups (Known, Declines, Not Taken Up) based on the new inferred model to ensure log odds to score relationship holds up
- Inspecting the general scorecard stats (divergence, K-S, Trade off Curves, etc) for new model to show it outperforms FICO and old scores.
- Reviewing Swap Set and Acceptance Rate tables to compare the effects of prior business rules on the new model.  Acceptance Rate tables show who will be accepted under the inference evaluation score, given the same acceptance rate.

**Populations that require Reject Inferencing**

The assignment of a performance to non-booked accounts is not restricted to declines. There are other reasons why a portion of the overall applicant population will not have an observed performance. Some of the applicants were declined and/or not taken up (uncashed). Given that these applicants represent a component of the populations for the new models that will be evaluated, it is necessary to include them in the overall model development sample. Since only the actual credit performance of booked applicants can be observed, an inference technique must be applied to the declined and not taken up applicants to estimate their performance had they been booked and taken up. The Population Reconstruction Diagrams illustrates the results of performance inference and the performance of each subpopulation.  Reject inference was estimated for the declines and not taken up population only.

**FAMS-PRO Reject Inference process**

CONFIDENTIAL

WF-00079878

To use performance Inference in FAMS-PRO, the following mapping of the performance definition was created using the definition below:

Combined performance (from SAS):

2 – Declines (Reject),
3 – CO/BK, Charge-off/Bankrupt,
4 – Delinquents,
7 – Good,
8 – Uncashed (Unbooked or Not Taken Up--NTU)

Known Good/Bad (for FAMS-PRO, numbers in parentheses represent SAS values):

0 – Bad (3,4),
1 – Good (7),
2 – Declines (2),
3 – Uncashed (8)

Accept/Decline (for FAMS-PRO, numbers in parentheses represent SAS values):

0 – Decline (2),
1 – Accept (3,4,7,8)

Booked/Uncashed (for FAMS-PRO, numbers in parentheses represent SAS values):

0 – Uncashed (8),
1 – Booked (3,4,7),
. or Missing – Declines (2) (missing for this population)

The technology employed in the Custom Score development was FAMS-PRO's performance inference process. The Performance Inference used Wells Fargo's un-booked populations to estimate credit performance. The Scoring Team followed this basic procedure (from FICO):

1. Create a classing with two performance variables; the known performance (could be either binary or continuous), and a binary performance indicating which observations have known performance and which have censored performance.

2. For each predictive variable, note the frequency of censored performance for each range or category. Make sure the frequency of censoring seems reasonable given the decision logic which was supposed to be in effect during the observation period. Note whether some important data are very thin or even missing in the known performances due to censoring.

3. Coarse classing may be done thinly if there are robust censored counts even if the known counts are thin. The only restriction is that a variable can't have a classed level with 0 counts (or zero counts on either side if the known performance is binary). Class all variables which may have had an impact on the prior business decisions. For instance the decisions may have been driven by an in-house score and an external (e.g., credit bureau) score. If the external scores from the observation period are available to you, class them even if they are not used in the predictive model you are building. You may create shape goals at this time, but they may not be necessary until later.

4. Use the known performance and the classing just created to build a scorecard. Engineer it so that all the predictive power in the data is exhausted. Make the card as fat (i.e., use as many variables) as possible.

CONFIDENTIAL

WF-00079879

Use all variables whether or not they are candidates for the final scorecard on the reconstructed sample - e.g., external scores. Only exclude variables that may confound prediction with performance. For the first time through, do not apply shape goals.

5. Run inference at default values. It may run a while, as it is set to iterate up to 10 times or until convergence occurs. Each iteration is a step one weights run with a slightly different extrapolation function applied to the censored observations. After the inference run completes, one can view the run log and see how the convergence values are changed by iteration. Usually convergence will occur in a few iterations. Sometimes only one iteration will be needed. The default convergence criterion of 0.02 is the average absolute value of change in score for the censored observations from one iteration to the next. Should convergence fail to occur, examine the pattern of run log to find the smallest value. If the smallest value looks better than the final value, consider rerunning the inference process with either the weights parameter "minimum delta" set to just larger than the smallest convergence value or the parameter "maximum count" set to the appropriate iteration number. In the very unlikely event that the convergence values are generally getting smaller after 10 iterations but haven't yet reached the convergence criterion, you can decide to rerun with a larger value of "maximum count". In making decisions about convergence keep in mind that the value of .02 is an arbitrary small number with no specific physical significance. On a recent test sample, the difference in reconstructed information values between two otherwise identical inference runs converging at .014 and .098 respectively was 0.001 or less and the log odds patterns were similarly close.] The link labeled "inference" in the model development workspace allows the weights patterns of the known performance model and the inference model. This report will also give the current and projected acceptance rates by scored variable level, based on the numbers used in the inference. These numbers may not reflect the actual experience if any performance values were not inferred. The inference model will be used in a later step to extrapolate performance onto the censored observations. By comparing to the known performance model the effect of applying the necessary conditions for a successful inference can be observed.

6. Apply the inference. This functionality is accessible on the FAMS-PRO explore tab. It creates a new performance variable with extrapolated performance values assigned to the previously censored observations.

7. Add the inferred performance to a copy of the classing you created in step 2. Examine the changes in predicative value for each variable pre-and post-inference. Also look at how the level weight patterns have changed. If this view of the inference meets with approval, examine the classing for levels which have acquired significant new sample counts due to the inference and which may benefit from finer classing -- especially those ranges/categories with significantly high or low weight values. Break up such levels as possible and re-class them. Alternatively the entire classing process can be redone based on the inferred performance.

8. Create one or more models based on the inferred performance and engineer the models to the requirements. These models are potentially implementable in production and the engineering should reflect this.

9. Apply the new model(s). Once this has been accomplished the main report for assessing swap sets between the new model(s) and previous business decision logic is the acceptance rate report. Examine the swap sets for levels of any variable which has a format, against multiple scores, on arbitrary performances. You can specify acceptance rate and assign un-inferred performance values as appropriate.

CONFIDENTIAL

WF-00079880

A very useful variant if previous decisions were driven by a score which is in the project or if one has explicitly modeled previous decision logic (more on this later). Then, with appropriate formatting, you can see how far away from prior experience the in-swap set originates. This will provide an estimate of the distance over which you are being asked to trust the extrapolation of the performance.

**FAMS-PRO Reject Inference flow chart**

The Performance Inference process flow chart below depicts the steps described in the FAMS-PRO's performance inference process:

CONFIDENTIAL

1023

WF-00079881



**Reject Inference documentation**
Please reference the FICO documents InferenceEvaluationCaseStudy.pdf, RejectInferenceOverview.pdf, Scorecard_Pro_Practitioner_Guide_to_Performance_Inference.pdf, WF_CCS_Model_Validation_Doc FINAL.pdf, and Xeno_Performance_Inference.pdf for an overview, documentation guide, and case study for Reject Inference.

CONFIDENTIAL

1024

WF-00079882

**Population reconstruction flow diagram**

Once reject inference has been successfully performed, the entire applicant population has a good/bad performance, including the declines and uncashed. One way in which to evaluate the success of the inference process and ensure that the distribution of performances seems reasonable is to reconstruct the total population by performance.

For the reject inference model, the total population established an overall population Bad Rate of 1.1% versus the Known Bad Rate of 0.5%. The inferred Bad Rate of the non-booked and reject population was substantially higher than the Known Bad Rate. The two component population Bad Rates developed by Performance Inference were the Rejects with an inferred Bad Rate of 2.2% and the Approvals not Booked (Not Taken Up - NTU) of 0.7%. An overview of the reconstruct Performance Inference for the scorecard populations is as follows:

CONFIDENTIAL

1025

WF-00079883

# WELLS FARGO

*HL ECS V1*

## POST-REJECT INFERENCE POPULATION RECONSTRUCTION
Development Period: 01-Apr-2008 to 31-Dec-2011

### SUB-POPULATION: CONVENTIONAL SEGMENT





Reject Inference was performed to treat the unknown credit performance applicants once Known Good Bad (KGB) model was finalized. KGB model (in FAMS-PRO "KGB Model - Includes HE SIMO" library) utilized 1,280 candidate variables in the KGB parent classing out of 1,781 variables imported into FAMS-PRO. The Scoring Team performed a total of 45 modeling iterations to build KGB model. From the 45 iterations, 6 separate reject inference models were built.

CONFIDENTIAL

**1026**

WF-00079884

There are numerous methods by which a model's success can be measured. To evaluate the performance of the model in the development, in-time and out-of-time samples, the Scoring Team used the well-accepted conventional model performance metrics and diagnostics. The model performance metrics used were Log Likelihood (LR²), Square root of Divergence (D), Kolmogorov-Smirnov (K-S) statistic, Receiver Operating Characteristic (ROC), GINI Index coefficient and gain tables.  The general interpretation is that the larger the values of the performance measurements the better the model fit.  A brief summary of model performance metrics and diagnostics used in the model evaluation can be found below:

- **LR² (Logistic R²)**: a measure of the change observed in the log likelihood function by applying the fitted model compared to applying the log odds of the scored population.

- **D (Square Root of Divergence)**: a measure of separation of a binary outcome. It is the difference in the means of the two outcomes divided by their pooled standard deviation. Note that it is equivalent to the square root of Divergence.

- **K-S (Kolmogorov-Smirnov) @ Score Value**: a measure of the maximum difference between the ascending cumulative score distributions of the two outcomes. The score value represents the score value at which the maximum difference occurs.

- **ROC (Receiver Operating Characteristic) Area**: the area under the curve obtained by plotting the observed cumulative score distribution of the 0 (Bads) outcome on the y-axis and the observed cumulative score distribution of the 1 (Goods) outcome on the x-axis of a unit square.

- **Gini Index**: the area between an ROC curve and the diagonal line representing random discrimination divided by the area of the triangle on the ROC curve representing perfect discrimination.

A quick summary of the statistics is as follows:

| Score Performance Benchmarks | |
|---|---|
| Metrics | Implication |
| LR² | Larger value of LR² indicates better fit to a model |
| D | Larger value of D indicates better fit to a model |
| K-S | Larger value of KS indicates better fit to a model |
| ROC | Larger value of ROC indicates better fit to a model |
| Gini | Larger value of Gini indicates better fit to a model |

Detailed definitions of the Model performance metrics and diagnostics are included in attached file:



| Model_Performance_Metrics.docx | Model_Performance_Metrics.docx |
|---|---|

CONFIDENTIAL                    1027                    WF-00079885

The table below listing variables and their marginal contribution (logistic R²) with respect to other predictors of final KBG model "Model 14" (HL_ECS_V1_Conventional) is displayed below. Candidate variables are ranked according to the marginal contribution with respect to other predictors in the HLECSV1 CON model.

| | | Project: HL_ECS_V1_Conventional | | |
| | | Model: KGB Model - Includes HE SIMO: Model 14 | | |
| | | Model Type: Single Performance | | |
| | | **Summary** | | |
| | | Performance: Known Good/Bad 36 Month Performance | | |
| | | Development Filter: Development Flag w HE-SIMO w trades \| Sample Weight: weight_36mth_conv | | |
| | | LR2: 0.234 \| D: 1.250 \| K-S: 0.477 (@ 5.189) \| ROC: 0.812 \| Gini: 0.625 | | |
| Rank | Type | Predictor | Ind. LR2 | Contribution |
|---|---|---|---|---|
| 1 | Binned | x_crc_total_debt_ratio | 0.098 | 0.047 |
| 2 | Binned | re_net_frct_rev_burden--net fraction bank revolving burden | 0.091 | 0.025 |
| 3 | Binned | re_avg_mos_onfile--average months in file | 0.039 | 0.016 |
| 4 | Binned | re_worst_rating_cb--worst rating from the credit bureau | 0.052 | 0.007 |
| 5 | Binned | re_bank_nat_tl_bal_75_hi_cr--# bank/natl trades with balance 75% of high credit | 0.072 | 0.007 |
| 6 | Binned | re_tl90e_derog_pr_coll--# tl 90+ ever and/or derog public records or collections | 0.041 | 0.005 |
| 7 | Binned | re_inq_5_mon_exc_last_30d--# inquiries 0-5 months excluding last 30 days | 0.026 | 0.005 |
| 8 | Binned | re_most_recent_delq--months since most recent delinquency | 0.035 | 0.005 |
| 9 | Binned | MORTGAGE_28--Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installm | 0.017 | 0.004 |
| 10 | Binned | HOME_EQUITY_102--Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opene | 0.026 | 0.004 |
| 11 | Binned | CMA_PLUS_3139--# OPN BKCRD TRD | 0.007 | 0.003 |
| 12 | Binned | MTG_CPR_ATTR13--MAXIMUM UTILIZATION ON ALL TRADES | 0.043 | 0.001 |

The final KGB model "Model 14" was used as the base model for the reject inference "Model 16" and inference performance variable "AGB Perf - Model 16 From KGB w/SIMO Modelset". For predictors impacted by the prior applicant screen such as re_net_frct_rev_burden, the Scoring Team observed information value increases over the biased booked Good/Bad and pattern for reject inference as expected (see embedded document Inference Model later in this section).

In addition, the Scoring Team observed an improvement in model fit, noting an increase in LR², D, K-S, ROC and Gini values. The table listing variables and their contribution of reject inference "Model 16" (HL_ECS_V1_Conventional) is displayed below:

| | | Project: HL_ECS_V1_Conventional | | |
| | | Model: KGB Model - Includes HE SIMO: Model 16 | | |
| | | Model Type: Inference | | |
| | | **Summary** | | |
| | | Primary Performance: Known Good/Bad 36 Month Performance | | |
| | | Development Filter: Development Flag w HE-SIMO w trades \| Sample Weight: weight_36mth_conv | | |
| | | LR2: 0.268 \| D: 1.364 \| K-S: 0.507 (@ 4.964) \| ROC: 0.831 \| Gini: 0.661 | | |
| Rank | Type | Predictor | Ind. LR2 | Contribution |
|---|---|---|---|---|
| 1 | Binned | x_crc_total_debt_ratio | 0.110 | 0.044 |
| 2 | Binned | re_net_frct_rev_burden--net fraction bank revolving burden | 0.124 | 0.022 |
| 3 | Binned | re_avg_mos_onfile--average months in file | 0.044 | 0.014 |
| 4 | Binned | re_worst_rating_cb--worst rating from the credit bureau | 0.087 | 0.007 |
| 5 | Binned | re_bank_nat_tl_bal_75_hi_cr--# bank/natl trades with balance 75% of high credit | 0.101 | 0.006 |
| 6 | Binned | re_tl90e_derog_pr_coll--# tl 90+ ever and/or derog public records or collections | 0.077 | 0.006 |
| 7 | Binned | re_inq_5_mon_exc_last_30d--# inquiries 0-5 months excluding last 30 days | 0.035 | 0.005 |
| 8 | Binned | re_most_recent_delq--months since most recent delinquency | 0.061 | 0.004 |
| 9 | Binned | MORTGAGE_28--Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installm | 0.014 | 0.004 |
| 10 | Binned | HOME_EQUITY_102--Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opene | 0.031 | 0.003 |
| 11 | Binned | CMA_PLUS_3139--# OPN BKCRD TRD | 0.006 | 0.002 |
| 12 | Binned | MTG_CPR_ATTR13--MAXIMUM UTILIZATION ON ALL TRADES | 0.067 | 0.001 |

CONFIDENTIAL                                                    WF-00079886

The reject inference model "Model 16" was the base model used to create the reconstructed through-the-door Good/Bad performance variable (new dependent variable). The reconstructed performance was used to bin variables for post-inference model and for post-inference model evaluation. The Scoring Team explored 252 of the highest ranking candidate variables from the inference process and performed classing that resulted in "Post Inference Classing - From Model 16 of KGB w/SIMO Modelset". For post-inference model, in the "AGB Model - From Model 16 of KGB w/SIMO Modelset (FINAL LIBRARY)" library, the Scoring Team performed 6 modeling iterations. The Scoring Team explored only the top 252 candidate variables because the rest variables have very small marginal contribution to the model. The final model is labeled as "FINAL MODEL (AGB M6)". The table listing variables and their contribution of post inference model "FINAL MODEL (AGB M6)" (HL_ECS_V1_Conventional) is displayed below:

| | | Project: HL_ECS_V1_Conventional | | |
|---|---|---|---|---|
| | | Model: AGB Model - From Model 16 of KGB w/SIMO Modelset (FINAL LIBRARY): FINAL MODEL (AGB M6) | | |
| | | Model Type: Single Performance | | |
| | | **Summary** | | |
| | | Performance: AGB Perf - Model 16 From KGB w/SIMO Modelset | | |
| | | Development Filter: Development Flag w HE-SIMO w trades \| Sample Weight: weight_36mth_conv | | |
| | | LR2: 0.268 / D: 1.363 / K-S: 0.506 (@ 228.976) / ROC: 0.830 / Gini: 0.661 | | |
| Rank | Type | Predictor | Ind. LR2 | Contribution |
| 1 | Binned | x_crc_total_debt_ratio_2 | 0.109 | 0.043 |
| 2 | Binned | re_net_frct_rev_burden--net fraction bank revolving burden | 0.123 | 0.022 |
| 3 | Binned | re_avg_mos_onfile--average months in file | 0.045 | 0.014 |
| 4 | Binned | re_tl90e_derog_pr_coll--# tl 90+ ever and/or derog public records or collections | 0.077 | 0.013 |
| 5 | Binned | re_bank_nat_tl_bal_75_hi_cr--# bank/natl trades with balance 75% of high credit | 0.101 | 0.007 |
| 6 | Binned | re_inq_5_mon_exc_last_30d--# inquiries 0-5 months excluding last 30 days | 0.035 | 0.005 |
| 7 | Binned | re_most_recent_delq--months since most recent delinquency | 0.061 | 0.004 |
| 8 | Binned | MORTGAGE_28--Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installm | 0.014 | 0.004 |
| 9 | Binned | HOME_EQUITY_102--Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opene | 0.030 | 0.003 |
| 10 | Binned | re_worst_rating_cb--worst rating from the credit bureau | 0.077 | 0.003 |
| 11 | Binned | CMA_PLUS_3139--# OPN BKCRD TRD | 0.006 | 0.002 |
| 12 | Binned | MTG_CPR_ATTR13--MAXIMUM UTILIZATION ON ALL TRADES | 0.067 | 0.001 |

The full reports for each scorecard (Known Good/Bad, Inference, and All Good/Bad) are below:

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Known Good/Bad Model | KGB M14 - KGB wSIMO Modelset.xlsx |
| Inference Model, created from KGB Model above | Inference M16 (From KGB wSIMO M14).xls |
| All Good/Bad Model, created from Inference Model | AGB M6 (From KGB wSIMO M14).xlsx |

CONFIDENTIAL                    1029                    WF-00079887

## 5.5    Model segmentation

The final model scheme was decided to by the Scoring team along with senior management to consist of three models, one for Government Mortgages, one for Conventional Mortgages (with second lien Home Equity Simultaneous), and one for Home Equity Stand Alone.  Initial results only showed the need to build a Government Model and a Conventional with all Home Equity Model, so after discussions with senior management, it was decided to build the Conventional Model with second lien SIMO only, and Home Equity Stand Alone as a separate model.  Home Equity was already placed in its own QTM (11961).  With the upcoming Conventional Annual Review, the model will be moved to a new QTM (11960), leaving Government by itself in QTM 11419.  By having each model in its own QTM, it will be shown that no segmentation analysis was performed since no analysis was preformed after deciding on the product split.

## 5.6    Variable selection

The scorecard characteristic selection focused on Credit Bureau attributes and Wells Fargo internal Relationship Data.  Variables from other sources were tested, but they were viewed as a secondary source due to reliability of data and implementation capacity.  Other variables were excluded for non-predictive reasons, Line of Business concerns, insufficient or missing data, and unavailability of variables upon implementation, data issues, and fair lending concerns. Line of Business concerns included variables used in the policy and strategy such as FICO score and other generic scores.  Using scores as one of the explanatory variables in the model could increase the risk of being unstable (not knowing what was inside the generic model and possible model bias) and may clash with the policy.  Variables with 50 percent or more missing value are excluded (unless the missing values are not random).  Several variables such as age, sex, race, etc. possibly have fair lending issues and, as a result, are excluded from the final variable selection.

The variable selection process for final model utilized a combination of variables selection methods. The Scoring Team utilized the combination of statistics such as Information Value (IV), expert judgment and review, to reduce the initial set of variables to those which are predictive.  IV is a measure of the characteristics' ability to discriminate between two performance measures (i.e., Good and Bad).  The candidate characteristics were ranked based on IV value and then examined.  The IV values for the Known Good/Bad performance are listed in the file below for all the variables in the 'Known G/B Classing - Includes HE SIMO' library:

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| 'Known G/B Classing - Includes HE SIMO' Library IV values for Known/Good Performance |  Conventional KGB Classing IV Values (Kr |

Variables that did not have high individual predictive strength (low $LR^2$) or are not likely to have significant contribution to the model fit are removed from the consideration based upon expertise. The specific steps in this process include:

CONFIDENTIAL
WF-00079888

1030

- Selecting variables using the highest individual predictive strength (LR$^2$) first– yielding a most parsimonious model (stepwise).

- Selecting variables having been proven in past scorecards or by industry standard.

- Selecting variables using the lowest individual predictive strength first – yielding a more stable model with the most variable (backward).

- Selecting variables from different characteristic "food" groups – yielding stable model especially when there's any macroeconomic changes.

Also, candidate variables were evaluated for their stability, palatability, parsimony, and making good logic and business sense. The Scoring Team consciously ensured that highly correlated candidate variables with other variables in the equation were replaced with independent candidates or removed from the model. The Scoring Team also ensured that the final model has a good mix of variables (e.g., credit history, credit inquiry, utilization, delinquency, and credit mix). Deal characteristics, such as FICO and CLTV were left out for use in policy strategies around the model. Demographic and geographic data were not included due to compliance reasons. Variables that cannot be explained in Adverse Action Reason Code are also excluded from the final model because all variables must pass Legal, Compliance and Fair Lending requirements.

For the Conventional modeling, the Scoring Team performed many iterations of the Known model, looking at different variable combinations and trying different variable binning (bucketing). For reject inference, the Scoring Team performed 6 iterations of models in which the results were already very good. Samples of known good/bad, reject inference, and all good/bad iterations notes are in the 'Notes' tabs for each model attached at the end of Section 5.4.

## 5.7   Model estimation and scaling

The table below displays the model specification and fit. The predictors are ranked according to their marginal contribution with respect to other predictors in the model. Rank 1 indicates that the predictor has highest marginal contribution to the model, while Rank 12 indicates that the predictor has the lowest marginal contribution to the model. Coefficients with positive sign (+) denote a positive relation to the score and the variables that increase the likelihood of Good. Similarly, coefficients with negative sign (-) denote a negation relation to the score and the variables that increase the likelihood of Bad.

CONFIDENTIAL

WF-00079889

| Rank | Type | Predictor Name--Definition | Ind. LR2 | Contribution | coefficient signs |
|------|------|----------------------------|----------|--------------|-------------------|
| | | **CONVENTIONAL MODEL** | | | |
| 1 | Binned | x_crc_total_debt_ratio_2 | 0.109 | 0.043 | - |
| 2 | Binned | re_net_frct_rev_burden--net fraction bank revolving burden | 0.123 | 0.022 | - |
| 3 | Binned | re_avg_mos_onfile--average months in file | 0.045 | 0.014 | + |
| 4 | Binned | re_tl90e_derog_pr_coll--# tl 90+ ever and/or derog public records or collections | 0.077 | 0.013 | - |
| 5 | Binned | re_bank_nat_tl_bal_75_hi_cr--# bank/natl trades with balance 75% of high credit | 0.101 | 0.007 | - |
| 6 | Binned | re_inq_5_mon_exc_last_30d--# inquiries 0-5 months excluding last 30 days | 0.035 | 0.005 | - |
| 7 | Binned | re_most_recent_delq--months since most recent delinquency | 0.061 | 0.004 | + |
| 8 | Binned | MORTGAGE_28--Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installm | 0.014 | 0.004 | - |
| 9 | Binned | HOME_EQUITY_102--Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opene | 0.030 | 0.003 | - |
| 10 | Binned | re_worst_rating_cb--worst rating from the credit bureau | 0.077 | 0.003 | - |
| 11 | Binned | CMA_PLUS_3139--# OPN BKCRD TRD | 0.006 | 0.002 | - |
| 12 | Binned | MTG_CPR_ATTR13--MAXIMUM UTILIZATION ON ALL TRADES | 0.067 | 0.001 | - |

**Individual Logistic R2 (Ind. LR2)** is a model performance measure for binary-performance models. It is analogous to the R2 model performance measure for continuous-performance models. It is the contribution of the individual independent variable as though the variable is the only independent variable in the equation.

**Contribution** represents the decrease in logistic R2 (LR2) (for a binary performance variable) that results from setting the weights associated with all levels of the predictor to that variable's neutral value. It is the contribution of the individual independent variable with respect to other independent variables in the equation.

The key drivers are the predictors that display the highest individual LR² and marginal contribution to the predictive model (as shown in the above table). The transaction variable debt to income ratio (x_crc_total_debt_ratio_2) is the strongest variable in the model, but in general utilization variables are the main drivers for the HLECSV1 CON model, with credit history and derogatory variables also contributing. The main utilization predictor is the net fraction bank revolving burden (re_net_frct_rev_burden), and the main credit history predictor is average months on file (re_avg_mos_onfile). These key drivers are appropriate, because these variables have high individual contribution as wells as marginal contribution to the dependent variable. As discussed above, one goal of building a successful model is to have balance across the entire spectrum of an applicant's credit history. Furthermore, utilization, credit history, and derogatory variables are three types of important credit bureau factors are typical factors in risk models that explain risk, along with inquiries and credit mix. These factors are well represented in the model of twelve predictors, making the scorecard more predictive and stable. A summary table with the list of predictors, interpretation of coefficients, signs is as follows:

CONFIDENTIAL

1032

WF-00079890

| Rank | Type | Predictor | Label | Coefficient Signs | Category | Interpretation of Coefficients and Signs |
|------|------|-----------|-------|-------------------|----------|-------------------------------------------|
| 1 | Binned | x_crc_total_debt_ratio_2 | debt to income ratio | - | Transaction | Higher percentage of debt to income ratio, increase the likelihood of Bad. |
| 2 | Binned | re_net_frct_rev_burden | net fraction bank revolving burden | - | Utilization | Higher percentage of net fraction bank revolving burden, increase the likelihood of Bad. |
| 3 | Binned | re_avg_mos_onfile | average months in file | + | Credit History | Higher average months in file, increase the likelihood of Good. |
| 4 | Binned | re_tl90e_derog_pr_coll | # tl 90+ ever and/or derog public records or collections | - | Derogatory | Higher number of total delinquency 90+ ever and/or derogatory public records or collections, increase the likelihood of Bad. |
| 5 | Binned | re_bank_nat_tl_bal_75_h_cr | # bank/natl trades with balance 75% of high credit | - | Utilization | Higher number of bank/natl trades with balance 75% of high credit, increase the likelihood of Bad. |
| 6 | Binned | re_inq_5_mon_exc_last_30d | # inquiries 0-5 months excluding last 30 days | - | Inquiries | Higher number of inquiries 0 to 5 months excluding last 30 days, increase the likelihood of Bad. |
| 7 | Binned | re_most_recent_delq | months since most recent delinquency | + | Derogatory | Higher number of months since most recent delinquency, increase the likelihood of Bad. |
| 8 | Binned | MORTGAGE_28 | Utilization- Total of Oldest Months since Date Opened Open Mortgage Trade Installment | - | Utilization | Higher number of Total of Oldest Months since Date Opened Open Mortgage Trade Installment, increase the likelihood of Bad. |
| 9 | Binned | HOME_EQUITY_102 | Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opened | - | Utilization | Higher number of Total of Oldest Months since Date Opened Open Home Equity Trade, increase the likelihood of Bad. |
| 10 | Binned | re_worst_rating_cb | worst rating from the credit bureau | - | Derogatory | Higher number of Worst Rating from the Credit Bureau, increase the likelihood of Bad. |
| 11 | Binned | CMA_PLUS_3139 | # OPN BKCRD TRD | - | Credit History | Higher number of Open Bankcard trades, increase the likelihood of Bad. |
| 12 | Binned | MTG_CPR_ATTR13 | MAXIMUM UTILIZATION ON ALL TRADES | - | Utilization | Higher percentage of maximum utilization on all trades, increase the likelihood of Bad. |

Note: Coefficient:
1) + means a positive relation to the score and the variable that increase the likelihood of Good
2) - means a negation relation to the score and the variable that increase the likelihood of Bad

The HLECSV1 CON credit scoring model primarily is a predictive model rather than an explanatory model. The main goal of an explanatory model is to infer relationships between the explanatory variables and the outcome variable. Examples of an explanatory model include correlation. On the other hand, a predictive model examines the relationship between the predicted outcome, the observed and (future) unobserved outcomes. In predictive modeling, goodness-of-fit and prediction error measures are of primary importance.

In a regression model if two or more predictors are significantly correlated the relationship of those predictors are called multicollinearity. The correlated predictors' individual predictive powers are mixed with one another and are therefore difficult to assess. While multicollinearity has a significant impact on explaining the relationship between the explanatory variables and the outcome variable, multicollinearity does not necessarily impact the ability of the model to predict the outcome variable as long as the multicollinearity structure persists in the new data. Since FAMS-PRO methodology does not require an explicit check for multicollinearity and our assumption is that the future is similar to the past (or the new data are similar to the old) due to our model building expertise, multicollinearity is not an issue for HLECSV1 CON scorecard model. Also, the Scoring Team chose variables that are not highly correlated with other variables in the model, and the Scoring Team ensured that each variable adds value to the model. Furthermore, the Scoring Team plans to have monitoring and tracking procedures in place to verify that the relationships between the predictors and the outcome or the correlation among the predictors do not significantly change over time. Please reference the document Xeno_Collinearity_in_Scorecard_Models.pdf for a discussion on multicollinearity and predictive modeling.

A good way to assess the goodness of fit of the ln(odds) to score relationship for a discrete performance-based score is to graph an odds-to-score. The X-axis value is the average score for each score interval. The Y-axis value is

CONFIDENTIAL

1033

WF-00079891

the observed odds for each interval. The line is derived by running a logistic regression fit on the score variable. The graph below shows that there is a good fit for the Conventional model:



In addition to the odd-to-score plot, one can investigate the pattern of residuals. This test will reveal whether or not there is a systematic pattern of the residuals requiring attention. To test the assumption of collinearity of residuals/errors, the Scoring Team performed the residual analysis. For logistic regression residual analysis the Scoring Team plotted graph of the zero-centered probability bin residual by score. The residual plot displayed below shows difference between the observed and estimated values of the model. Majority of samples are located near the zero-centered probability line. In addition, the Scoring Team did not observe any unusual patterns in this plot.

CONFIDENTIAL
WF-00079892





FICO Analytic Modeler Scorecard Professional

## Model Performance Evaluation

The model was evaluated based on its ability to discriminate between Goods (non-defaulted) and Bads (default) performances. The performance measures used for this evaluation are described in section 5.4. Score performance metrics of the new model were benchmarked against models such as the existing model score (ECS 5.0) and FICO. The FICO score is a generic benchmark that will be used in the ongoing performance monitoring. FICO score is a good benchmark since it is a well-accepted credit score in the lending industry. The FICO score used in our model evaluation is the decision FICO score at the time of the origination (which is the Primary Wage Earner FICO for Home Equity).

Using the key performance metrics and diagnostics mentioned above, an overview of the model performance results for HLECSV1 CON is summarized below. To make appropriate comparison, the samples are filtered so that both samples have a valid FICO score. Seventy percent of the sample was used as the development sample and the other thirty percent of the sample is reserved for in-time validation.



| HLECSV1 Conventional Known Performance | |
|---|---|
| Development Sample | Evaluation Sample (In-Time Validation) |

CONFIDENTIAL                                                                          WF-00079893

1035

| | | |
|---|---|---|
| LR² | 0.233 | 0.219 |
| D | 1.253 | 1.207 |
| K-S | 0.477 | 0.464 |
| ROC | 0.812 | 0.803 |
| Gini | 0.624 | 0.606 |
| **\* HLECSV1 score is the score from the final model, AGB Model 6 Scaled Score – From Model 14/16 of KGB w/SIMO.** | | |

The performance metrics and diagnostics on the development sample and evaluation (in-time validation) sample for the HLECSV1 CON model indicate that the model performs well in discriminating between Goods and Bads. The model is robust and stable, showing close performance metrics from development sample to in-time validation sample. The small decrease in performance is expected and generally acceptable in validation data. In FAMS-PRO, the final model is located in the Scorecard Library called "AGB Model - From Model 16 of KGB w/SIMO Modelset (FINAL LIBRARY)" and is named "FINAL MODEL (AGB 6)."

### Development Sample on Known Goods Bads (KGB) Performance

For the development sample, the performance metrics showed that the HLECSV1 CON model outperformed the existing model (ECS 5.0) and the industrial benchmark model (decision FICO) in discriminating between the known good accounts and bad accounts (see Performance Metrics and Diagnostics table below). The log likelihood square value (LR²) demonstrated that the HLECSV1 CON model fit the data well, with LR² higher than the decision FICO. The Square root of divergence value (D) and Kolmogorov-Smirnov (KS) showed that the HLECSV1 CON model did well in the separation of Goods and Bads, both at the average value and maximum value. The KS value of the HLECSV1 CON model at 0.477 was 19 percent greater than the KS value of the decision FICO at 0.402 and 5 percent greater than the KS value of ECS 5.0 at 0.446.

The tradeoff curves (Lorentz curves) pictorially depicted that the ability of model to differentiate between good accounts and bad accounts (see Trade-Off Curves (Gain Chart) below). The tradeoff curve of the HLECSV1 CON model arced furthest away from the diagonal line. The curve indicated that the ability of the HLECSV1 CON model to differentiate between Goods and Bads was better than ECS 5.0 and the decision FICO throughout the distribution. The curve being more arced indicated the better fitting model and the stronger ability of the score to predict risk. The curve depicted the cumulative percentage of good accounts verses the cumulative percentage of bad accounts.

The differentiation power for the HLECSV1 CON model was shown to be greater than the decision FICO score. At the top decile, the HLECSV1 CON model was able to capture approximately 46.8 percent of the Bads, while the decision FICO was only able to capture approximately 38.0 percent of the Bads (see trade-off curves). Furthermore, the HLECSV1 CON model performed well in rank-ordering the bad accounts. The table below showed that the probability of Bad is monotonically decreasing as score increases (see underlying table below). Please note that in all tables that show comparisons of scores, that the scores are listed in order of predictive power.

### Performance Metrics and Diagnostics

CONFIDENTIAL

1036

WF-00079894

| Conventional - All FICOs - Development 70% - Known Perf | | |
|---|---|---|
| **Conventional AGB** | | **Decision FICO** |
| Unique values: 226 | Unique values: 178 | Unique values: 294 |
| LR$^2$: 0.233 | LR$^2$: 0.201 | LR$^2$: 0.152 |
| D: 1.253 | D: 1.14 | D: 0.98 |
| K-S: 0.477 | K-S: 0.446 | K-S: 0.402 |
| ROC: 0.812 | ROC: 0.793 | ROC: 0.76 |
| Gini: 0.624 | Gini: 0.587 | Gini: 0.52 |

Conv AGB 6 v. FICO v ECS 5.0 - Known Perf - Dev
**ROC Curve**
Table: HLECSV1_Seg    Filter: Development flag w HE-SIMO w trades And Valid ECS50 & FICO    Sample weight: weight_36mth_conv
Performance: Known Good/Bad 36 Month Performance



— AGB Model 6 Scaled Score – From Model 14/16 of KGB w/SIMO — ECS50_score_19
— x_crc_dcsn_fico_o

wells_he rHL_ECS_V1_Conventional                                      FICO Analytic Modeler Scorecard Professional

**Underlying Table:**

CONFIDENTIAL                              **1037**                              WF-00079895

| AGB Model 6 Scaled Score - From Model 14/16 of KGB w/SIMO | | | | Known Good/Bad 36 Month Performance | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interval | Score Range | | | Mean Score | W#1 | W#0 | W#T | W%1 | W%0 | W%T | Prob(0) | Odds(1:0) | ln(Odds) |
| 1 | Low | —< | 190 | 171.802 | 21,522 | 969 | 22,491 | 2.20% | 19.90% | 2.30% | 0.043 | 22.2:1 | 3.101 |
| 2 | 190 | —< | 206 | 198.25 | 32,922 | 751 | 33,673 | 3.40% | 15.40% | 3.50% | 0.022 | 43.8:1 | 3.78 |
| 3 | 206 | —< | 217 | 211.294 | 38,745 | 591 | 39,336 | 4.00% | 12.10% | 4.10% | 0.015 | 65.6:1 | 4.183 |
| 4 | 217 | —< | 225 | 220.662 | 41,741 | 481 | 42,221 | 4.40% | 9.90% | 4.40% | 0.011 | 86.9:1 | 4.464 |
| 5 | 225 | —< | 232 | 228.11 | 45,925 | 385 | 46,310 | 4.80% | 7.90% | 4.80% | 0.008 | 119.4:1 | 4.782 |
| 6 | 232 | —< | 238 | 234.587 | 47,903 | 305 | 48,208 | 5.00% | 6.30% | 5.00% | 0.006 | 157.0:1 | 5.056 |
| 7 | 238 | —< | 244 | 240.55 | 54,952 | 263 | 55,215 | 5.70% | 5.40% | 5.70% | 0.005 | 209.1:1 | 5.343 |
| 8 | 244 | —< | 249 | 246.058 | 52,132 | 213 | 52,344 | 5.40% | 4.40% | 5.40% | 0.004 | 245.2:1 | 5.502 |
| 9 | 249 | —< | 254 | 251.005 | 55,588 | 188 | 55,774 | 5.80% | 3.90% | 5.80% | 0.003 | 295.7:1 | 5.689 |
| 10 | 254 | —< | 259 | 255.974 | 58,846 | 173 | 59,019 | 6.10% | 3.50% | 6.10% | 0.003 | 341.1:1 | 5.832 |
| 11 | 259 | —< | 264 | 261.002 | 61,844 | 118 | 61,962 | 6.50% | 2.40% | 6.40% | 0.002 | 524.4:1 | 6.262 |
| 12 | 264 | —< | 269 | 265.971 | 62,979 | 122 | 63,101 | 6.60% | 2.50% | 6.60% | 0.002 | 516.2:1 | 6.247 |
| 13 | 269 | —< | 274 | 271.023 | 62,470 | 97 | 62,567 | 6.50% | 2.00% | 6.50% | 0.002 | 644.8:1 | 6.469 |
| 14 | 274 | —< | 279 | 275.947 | 57,920 | 57 | 57,977 | 6.00% | 1.20% | 6.00% | 0.001 | 1015.3:1 | 6.923 |
| 15 | 279 | —< | 284 | 280.956 | 57,097 | 53 | 57,150 | 6.00% | 1.10% | 5.90% | 0.001 | 1077.8:1 | 6.983 |
| 16 | 284 | —< | 290 | 286.453 | 60,400 | 43 | 60,443 | 6.30% | 0.90% | 6.30% | 0.001 | 1390.9:1 | 7.238 |
| 17 | 290 | —< | 298 | 293.312 | 65,584 | 31 | 65,614 | 6.80% | 0.60% | 6.80% | 0 | 2140.0:1 | 7.669 |
| 18 | 298 | —< | 310 | 302.646 | 59,928 | 27 | 59,954 | 6.30% | 0.50% | 6.20% | 0 | 2252.2:1 | 7.72 |
| 19 | 310 | — | High | 314.885 | 19,467 | 5 | 19,472 | 2.00% | 0.10% | 2.00% | 0 | 3716.5:1 | 8.221 |
| Total | | | | 251.054 | 957,982 | 4,869 | 962,831 | 100.00% | 100.00% | 100.00% | 0.005 | 196.7:1 | 5.282 |

## Development Sample on Through-The-Door (TTD) Performance

The performance metrics showed that the HLECSV1 CON model clearly outperformed ECS 5.0 and the decision FICO in discriminating between the Goods and Bads of the TTD performance (see Performance Metrics and Diagnostics table below).  The LR², D, KS, ROC and Gini values for the HLECSV1 CON model were larger than those of the decision FICO.  These performance metrics showed that the HLECSV1 CON model did well in separation of binary Goods and Bads.

The tradeoff curves (Lorentz curves) pictorially depicted that the ability of the HLECSV1 CON model to differentiate between Goods and Bads was better than ECS 5.0 and the decision FICO (see Trade-Off Curves (Gain Chart) below).

## Performance Metrics and Diagnostics

| Conventional - All FICOs - Development 70% - All Perf | | |
|---|---|---|
| Conventional AGB 6 | | Decision FICO |
| Unique values: 235 | Unique values: 194 | Unique values: 378 |
| LR²: 0.267 | LR²: 0.198 | LR²: 0.162 |
| D: 1.363 | D: 1.129 | D: 1.005 |
| K-S: 0.506 | K-S: 0.439 | K-S: 0.410 |
| ROC: 0.830 | ROC: 0.791 | ROC: 0.770 |
| Gini: 0.660 | Gini: 0.582 | Gini: 0.540 |

## Trade-Off Curves (Gain Chart):

CONFIDENTIAL    WF-00079896

1038



**Validation Sample on Known Goods Bads (KGB)**

The performance metrics of validation sample also showed that the HLECSV1 CON model was stable, robust and rank orders well. It outperformed ECS 5.0 and the decision FICO in discriminating between good accounts and bad accounts (see Performance Metrics and Diagnostics table below). The trade-off curves depicted that the HLECSV1 CON model arced more than ECS 5.0 and the decision FICO, indicating a better fitted model (see Trade-Off Curves (Gain Chart) below).

Performance Metrics and Diagnostics

| Conventional - All FICOs - Validation 30% - Known Perf | | | | | |
|---|---|---|---|---|---|
| Conventional AGB 6 | | Conventional ECS 5.0 | | Decision FICO | |
| Unique values: | 216 | Unique values: | 163 | Unique values: | 276 |
| LR$^2$: | 0.219 | LR$^2$: | 0.193 | LR$^2$: | 0.149 |
| D: | 1.207 | D: | 1.119 | D: | 0.968 |
| K-S: | 0.464 | K-S: | 0.436 | K-S: | 0.399 |
| ROC: | 0.803 | ROC: | 0.789 | ROC: | 0.756 |
| Gini: | 0.606 | Gini: | 0.577 | Gini: | 0.512 |

Trade-Off Curves (Gain Chart):

CONFIDENTIAL

1039

WF-00079897



**Underlying Table:**

CONFIDENTIAL

1040

WF-00079898

| AGB Model 6 Scaled Score - From Model 14/16 of KGB w/SIMO | | | | Known Good/Bad 36 Month Performance | | | | | | | |
| Interval | Score Range | | | Mean Score | W#1 | W#0 | W#T | W%1 | W%0 | W%T | Prob(1) | Odds(10) | ln(Odds) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Low | —< | 190 | 17.188 | 9,544 | 414 | 9,958 | 2.30% | 19.80% | 2.40% | 0.042 | 23.1:1 | 3.138 |
| 2 | 190 | —< | 206 | 198.219 | 14,257 | 316 | 14,573 | 3.50% | 15.00% | 3.50% | 0.022 | 45.1:1 | 3.81 |
| 3 | 206 | —< | 217 | 211.262 | 16,768 | 260 | 17,028 | 4.10% | 12.30% | 4.10% | 0.015 | 64.6:1 | 4.168 |
| 4 | 217 | —< | 225 | 220.616 | 17,569 | 199 | 17,767 | 4.30% | 9.40% | 4.30% | 0.011 | 88.4:1 | 4.482 |
| 5 | 225 | —< | 232 | 228.066 | 20,193 | 162 | 20,355 | 4.90% | 7.70% | 4.90% | 0.008 | 124.4:1 | 4.824 |
| 6 | 232 | —< | 238 | 234.587 | 21,108 | 135 | 21,244 | 5.10% | 6.40% | 5.10% | 0.006 | 155.8:1 | 5.049 |
| 7 | 238 | —< | 244 | 240.525 | 23,433 | 111 | 23,544 | 5.70% | 5.30% | 5.70% | 0.005 | 210.7:1 | 5.35 |
| 8 | 244 | —< | 249 | 246.044 | 22,585 | 102 | 22,687 | 5.50% | 4.80% | 5.50% | 0.004 | 221.5:1 | 5.4 |
| 9 | 249 | —< | 254 | 251.016 | 24,284 | 80 | 24,364 | 5.90% | 3.80% | 5.90% | 0.003 | 305.3:1 | 5.721 |
| 10 | 254 | —< | 259 | 256.073 | 25,632 | 64 | 25,695 | 6.20% | 3.00% | 6.20% | 0.002 | 401.2:1 | 5.995 |
| 11 | 259 | —< | 264 | 261.043 | 25,835 | 58 | 25,893 | 6.30% | 2.80% | 6.30% | 0.002 | 441.8:1 | 6.091 |
| 12 | 264 | —< | 269 | 265.924 | 26,835 | 53 | 26,889 | 6.50% | 2.50% | 6.50% | 0.002 | 503.6:1 | 6.222 |
| 13 | 269 | —< | 274 | 270.957 | 26,527 | 41 | 26,568 | 6.40% | 1.90% | 6.40% | 0.002 | 653.1:1 | 6.482 |
| 14 | 274 | —< | 279 | 275.939 | 25,328 | 23 | 25,351 | 6.10% | 1.10% | 6.10% | 0.001 | 1102.5:1 | 7.005 |
| 15 | 279 | —< | 284 | 280.957 | 23,892 | 23 | 23,915 | 5.80% | 1.10% | 5.80% | 0.001 | 1048.5:1 | 6.955 |
| 16 | 284 | —< | 290 | 286.463 | 25,403 | 26 | 25,429 | 6.20% | 1.20% | 6.10% | 0.001 | 972.2:1 | 6.88 |
| 17 | 290 | —< | 297 | 292.875 | 25,403 | 26 | 25,429 | 6.20% | 1.20% | 6.10% | 0.001 | 982.5:1 | 6.89 |
| 18 | 297 | —< | 308 | 301.324 | 26,599 | 12 | 26,611 | 6.50% | 0.60% | 6.40% | 0 | 2225.7:1 | 7.708 |
| 19 | 308 | — | High | 319.007 | 10,714 | 2 | 10,716 | 2.60% | 0.10% | 2.60% | 0 | 5954.2:1 | 8.692 |
| Total | | | | 250.883 | 411,910 | 2,106 | 414,016 | 100.00% | 100.00% | 100.00% | 0.005 | 195.6:1 | 5.276 |

**Validation Sample on Through-The-Door (TTD) Performance**

For the TTD performance, the performance metrics of validation sample also showed that the HLECSV1 CON model was stable, robust and rank orders well. The HLECSV1 CON model performance was validated for the TTD performance, showing HLECSV1 CON was better than ECS 5.0 and the decision FICO in discriminating between good accounts and bad accounts (see Performance Metrics and Diagnostics table below).

The trade-off curves depicted that the HLECSV1 CON model had better ability to separate Goods and Bads than ECS 5.0 and the decision FICO (see Trade-Off Curves (Gain Chart) below).

Performance Metrics and Diagnostics

| Conventional - All FICOs - Validation 30% - All Perf | | |
|---|---|---|
| Conventional AGB 6 | | Decision FICO |
| Unique values: 232 | Unique values: 182 | Unique values: 368 |
| LR²: 0.260 | LR²: 0.194 | LR²: 0.161 |
| D: 1.340 | D: 1.116 | D: 1.001 |
| K-S: 0.501 | K-S: 0.436 | K-S: 0.412 |
| ROC: 0.826 | ROC: 0.789 | ROC: 0.769 |
| Gini: 0.652 | Gini: 0.578 | Gini: 0.537 |

Trade-Off Curves (Gain Chart):

CONFIDENTIAL                          **1041**                          WF-00079899



Conv AGB 6 v FICO v ECS 5.0 - All Perf - Val
**ROC Curve**
Table: HLECSV1_Seg     Filter: Validation flag w HE-SIMO w trades And Valid ECS50 & FICO     Sample weight: weight_36mth_conv
Performance: AGB Perf - Model 16 From KGB w/SIMO Modelset

— AGB Model 6 Scaled Score - From Model 14/16 of KGB w/SIMO     — ECS50_score_19
···· x_crc_dcsn_fico_o

*trails_he/HL_ECS_V1_Conventional*                                                    *FICO Analytic Modeler Scorecard Professional*

## Other Analysis

In addition, several other comparisons of the HLECSV1 CON to the benchmark scores were completed to show adequate performance of the model in different scenarios. The following analyses were completed looking at the known good/bad performance only and is embedded in the document below:

- Product Split – These results have Development and Validation combined, but is split by product: Conforming, Non-Conforming, and SIMO. The Non-Conforming and SIMO sub-population have very few bads (156 and 62, respectively), so it is harder to draw conclusions from the statistics. However, HLECSV1 CON is still more powerful than the other scores.

- Vintage/Economic Conditions – In order to ensure the model performs on different time periods and during different economic conditions, the combined Development/Validation data was split by year of application (2008, 2009, 2010, and 2011). Also, since 2008 has a modified bad rate to mimic more current economic conditions, the analysis was done twice on 2008: one with the sample weighting representing the modified bad rate (used in Development), and one with the sample weighting represent the actual bad rate for 2008.

  o For 2008, the ECS 5.0 score and the HLECSV1 CON score are essentially equivalent for the modified bad rate, and ECS 5.0 slightly better for the actual bad rates. The majority of this

CONFIDENTIAL                                        **1042**                                        WF-00079900

population was screened prior to the financial collapse of 2008, so the policies governing this time period make it much different than most recent period. The statistics show the HLECSV1 CON score still rank orders well, and still outperforms the FICO score, giving confidence that it has the ability to handle time period with higher bad rates.

o   For 2009, 2010, and 2011, HLECSV1 Conventional outperforms all the other scores, thereby showing it can handle the more recent vintages with the lower bad rates. Also, since 2010 and 2011 have shorter performance windows, the score demonstrates the ability to rank order in a shorter time frame.

Based on the analysis of the sub-products and vintages, the Acquisition Scoring team considers the model performance to be acceptable in these scenarios. Please see the full analysis, which includes trade-off curves, in the embedded document below:

| Document Name | Embedded Document Object(s) |
|---|---|
| Final Model Score Comparisons | Score Comparison - AGB M6 (from KGB wS |

## Scaling

A model output represents the relationship between the model score and the predicted outcome. Model score scaling is the technique that utilizes a monotonic transformation of an existing model score into a more meaningful scale. Scaling is a cosmetic transformation. Hence, scaling has no effect on its rank ordering and does not change the estimated odds for a sample point. This process is a typical custom scorecard scaling. In order to differentiate the score of this model from that of the FICO score, a different scale is used.

## Alignment Specifications

The HLECSV1 CON model was developed with a PDO (Point Double Odds) of 20:1 Good: Bad. In other words, the score was rescaled such that the estimated odds of being Good will double with an increase of 20 score points. At development, scorecard was aligned with a base score of 200 having scaled odds of 50:1 Good: Bad. Hence, the estimated odds of being Good is 50:1 at the base score of 200. These scaling parameters are in line with the models built for Government and Conventional as well.

| Scaling Parameters | |
|---|---|
| Points to Double the Odds (PDO) | 20 |
| Scaled Odds at Base Score | 50:1 |
| At the Base Score of | 200 |

The scaling technique that was implemented is called Points to Double the Odds (PDO) scaling. PDO re-expresses the slope for a score with respect to odds instead of the natural log of odds.

CONFIDENTIAL

WF-00079901

The scaled score can be derived using the formula below:

Factor = **20** /log(**2**);
Offset = **200** - (factor * log(**50**));
Scaled_Score = offset + factor * Unscaled_Score;
Scaled_Score = 87.1229 + 28.8539 * Unscaled_Score;
Where Unscaled_Score is logodds represented as a sum
$\alpha + \beta1 * x1 + \beta2 * x2 + ... + \beta n * xn$,
where $\alpha$ is the intercept, the $\beta_i$ 's the coefficients from the logistic regression fit and the $x_i$'s represent the model's input variables.

An explanation of the methodology used by FAMS-PRO is included below:

There are a number of different scaling approaches. Xeno implements points-to-double-the-odds (PDO) scaling. Suppose the log-odds-to-score relationship for the score $s$ with respect to a calibration sample is given by

$$\ln(\text{odds}) = a_0 + a_1 s,$$

where $a_0$ and $a_1$ are the intercept and slope, respectively. Note that if the score is in log-odds scale with respect to the calibration sample, then $a_0 = 0$ and $a_1 = 1$. The objective of PDO scaling is to create a scaled score $s'$ with a PDO of $P^*$ and odds $o^*$ at scaled score $s^*$ such that

$$\ln(\text{odds}) = a_0 + a_1 s = a_0' + a_1' s',$$

where $a_0'$ and $a_1'$ are the scaled intercept and slope, respectively. If

$$a_1' = \frac{\ln(2)}{P^*},$$

$$a_0' = \ln(o^*) - a_1' s^*,$$

then the scaled score $s'$ has the desired properties on the calibration sample. The scaled score $s'$ in terms of the score $s$ is

$$s' = \frac{a_0 - a_0' + a_1 s}{a_1'}.$$

If the score $s$ is given by

$$s = c_0 + c_1 (b_1' x_1 + b_2' x_2 + \cdots + b_p' x_p),$$

where $c_0$ is the translate, $c_1$ is the scale factor, and $b_1', b_2', \ldots, b_p'$ are the revised weights, then the scaled score is given by

$$s' = c_0' + c_1' (b_1' x_1 + b_2' x_2 + \cdots + b_p' x_p),$$

where

$$c_0' = \frac{a_0 - a_0' + a_1 c_0}{a_1'},$$

$$c_1' = \frac{a_1 c_1}{a_1'}$$

are the scaled translate and scale factor, respectively.

The Odds Fit is calculated using the formula below:

CONFIDENTIAL                    1044                    WF-00079902

```
Intercept      = LN(50)-(Slope*200);
Slope          = LN(2)/20;
Odds Fit       = EXP(Intercept + Slope*Score)
```
where LN is the natural log and EXP is the exponential function.

## Treatment of Multiple Borrowers For Conventional Model

The following analysis is to determine the optimal method to combine the scores between 2 borrowers on the same application to create a single application score. Based on the results of this analysis, we plan on using the mean of the 2 borrower scores.

The Conventional Score Combination process consisted of the following steps. First, we took the original FAMS-PRO Scorecard dataset used in development and generated the final model score on the file. After this, we rolled up the data to application level from borrower level, and kept only joint applications so we know both borrowers have a score. With the data at application level, a new 70%/30% Development vs Validation flag was generated. We then put the data set back into FMAS-PRO and used the following variables for the comparison:

- (Generated) Continuous Outcome Model using the Borrower 1 and Borrower 2 scores. The model generation produced the following formula for the combined score: -4.975682 + (B1 Score * 0.02108) + (B2 Score * 0.02020).

- (Generated) Mean of Borrower 1 Score and Borrower 2 Score

- (Generated) Minimum of Borrower 1 Score and Borrower 2 Score

- (Generated) Maximum of Borrower 1 Score and Borrower 2 Score

- Borrower 1 Score

- Borrower 2 Score

Note: "Generated" above refers to generations done specifically in the FAMS-PRO project. The Borrower 1 and 2 Scores were generated during the development.

The score comparison for the 6 scores above showed that the Continuous Outcome Model, Mean of scores, and Minimum of scores were basically the same and had the most predictive power. After that, there was a clear step down for Borrower 1's score, Maximum of the scores, and Borrower 2's score. The Known 36 Month Performance used in development was the metric used for this comparison.

With the Continuous Outcome Model, Mean of scores, and Minimum of scores being essentially equivalent, we decided to use the Mean because it would be easy to implement, and is the same methodology we are using for the HLECSV1 Government and Home Equity Models.



| Conventional Score Combination Analysis | Conventional Score Combination Analysis |

CONFIDENTIAL

WF-00079903

## 5.8    Final model form/specification/structure and interpretation

The final scaled model specification for Conventional model is provided in the document below. The coefficient estimates (weights) in final scorecard are scaled to make HLECSV1 CON score more user-friendly. The score transformation is done by performing a monotonic transformation of non-positive weights to positive weights and by rounding the weights to the whole number (See section 5.7 for scaling methodology). Also, the characteristics shown in the model below have different names than the development characteristics, since the names below will be used in production. The ranges for the characteristics have also been adjusted to reflect the coding in production where special values have been mapped to the range -99999972 to -99999999.

The weight column represents the score for each loan characteristic (variable), and a neutral weight implies that the borrower is not penalized or rewarded. A characteristic with positive deviation from neutral score indicates a reduction of the default risk. Conversely, a characteristic with negative deviation from neutral score indicates an increase in the risk of the borrower to default. Since the scorecard utilizes binning, outliers will be assigned the same weight as the highest group. All capped and floored values were assigned neutral weight. A loan with higher score indicates that the loan has a lower risk of default compared to a loan with lower score. The scorecard has a minimum score of 76, maximum score of 333 and neutral score of 228. The final HLECSV1 CON Model specification is embedded below:

| Document Name | Embedded Document Object(s) |
|---|---|
| Final Scaled Conventional Model | HL ECS V1 Final Scaled Conventional S |

CONFIDENTIAL

WF-00079904

# 6    Model performance and testing

## 6.1    Performance on out-of-sample data

Applications from 2012 were set aside from the initial data pull to use as the Out-Of-Time Validation sample. At the time of bureau pull in 2013, the majority of applications were counted as insufficient since they had less than 12 months on books and were not considered bad or indeterminate. As of January 2015, this data matured to have 36 months of performance for all applications.

The analysis was done on the combined booked population consisting of Conforming and Non-Conforming Mortgage and also separated by product. Home Equity Simultaneous (referred to as SIMO) sub-product level analysis is included in this document for informational purposes, but due to a very small number of bad performing applications (9 bads), no conclusions should be drawn from it. At the overall and sub-product levels, the Home Lending ECS score outperforms the decision FICO across all statistical measures (such as K-S, Gini, and ROC Curves). For the prior custom score ECS 5.0, the Home Lending ECS Score slightly underperforms at the overall level and at the Conforming sub-product level based on the statistics listed below in the first two tables. The third table illustrates that Home Lending ECS may be underperforming on the Non-Conforming sub-product level as compared to ECS 5.0, although there are a small number of bads (191).

2012 Applications – 90 DPD in 36 Months – Total (includes SIMO)

| Score | Bad Rate | KS | Gini |
|---|---|---|---|
| HL ECS V1 Conventional | 0.4% | 44.7% | 57.2% |
| Decision FICO | 0.4% | 42.9% | 51.9% |
| ECS 5.0 | 0.4% | 46.6% | 59.3% |

2012 Applications – 90 DPD in 36 Months – Conforming

| Score | Bad Rate | KS | Gini |
|---|---|---|---|
| HL ECS V1 Conventional | 0.4% | 43.7% | 55.6% |
| Decision FICO | 0.4% | 41.6% | 48.9% |
| ECS 5.0 | 0.4% | 43.9% | 56.2% |

2012 Applications – 90 DPD in 36 Months – Non-Conforming

| Score | Bad Rate | KS | Gini |
|---|---|---|---|
| HL ECS V1 Conventional | 0.4% | 58.1% | 72.1% |
| Decision FICO | 0.4% | 54.5% | 66.7% |
| ECS 5.0 | 0.4% | 70.4% | 81.7% |

CONFIDENTIAL                                                                      WF-00079905

1047

The full analysis, which includes trade-off curves and score distributions, in the embedded document below:

| Document | Embedded Document |
|---|---|
| Conventional 2012 OOT Sample Performance Comparison | Conventional OOT Sample 2012 Score C |

Due to the large difference in K-S and Gini for the Non-Conforming population, it should be noted that Home Lending ECS is at a disadvantage when compared with ECS 5.0 since ECS 5.0 contains variables (most notably combined loan-to-value and maximum open to buy) that were not considered for use in the Home Lending ECS due to fair lending concerns. **REDACTED - PRIVILEGED**

# REDACTED - PRIVILEGED

The data from 2012 was also compared to the in-time development sample (2008-2011) in order to see if there was a shift in the score between the two time periods. A score level Population Stability analysis (PSI) and Characteristic Level analysis were conducted in order to see these shifts (Please see section 9.1 for more description on PSI and Characteristic Level Analysis). The table below shows the PSI for the score, comparing the "Current" (2012) with the "Baseline" (2008-2011) population:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | Baseline Applicants | Current Applicants | | | Percentage Change | Ratio | WOE | Contribution To Index | Ascending Cummulative % of |
| Final Score Interval | Standard Count | Actual Count | Standard % | Actual % | (5) - (4) / 100 | (5) / (4) | LN (7) | (8) X (6) | Column (5) |
| 76-199 | 173,392 | 39,953 | 7.7% | 5.4% | -0.023 | 0.699 | -0.359 | 0.008 | 5.4% |
| 200-219 | 215,131 | 60,395 | 9.6% | 8.2% | -0.014 | 0.851 | -0.161 | 0.002 | 13.5% |
| 220-229 | 164,036 | 49,067 | 7.3% | 6.6% | -0.007 | 0.907 | -0.098 | 0.001 | 20.2% |
| 230-239 | 204,578 | 64,192 | 9.1% | 8.7% | -0.004 | 0.951 | -0.050 | 0.000 | 28.8% |
| 240-249 | 240,284 | 78,532 | 10.7% | 10.6% | -0.001 | 0.991 | -0.009 | 0.000 | 39.4% |
| 250-259 | 262,348 | 90,816 | 11.7% | 12.3% | 0.006 | 1.049 | 0.048 | 0.000 | 51.7% |
| 260-269 | 266,831 | 95,273 | 11.9% | 12.9% | 0.010 | 1.082 | 0.079 | 0.001 | 64.6% |
| 270-279 | 246,425 | 89,412 | 11.0% | 12.1% | 0.011 | 1.100 | 0.095 | 0.001 | 76.6% |
| 280-289 | 208,392 | 76,234 | 9.3% | 10.3% | 0.010 | 1.109 | 0.103 | 0.001 | 86.9% |
| 290-333 | 264,473 | 96,968 | 11.8% | 13.1% | 0.013 | 1.112 | 0.106 | 0.001 | 100.0% |
| TOTALS | 2,245,890 | 740,844 | 100.0% | 100.0% | | | Stability Index [Sum of 9] = 0.016 | | |

The sum of the "Contribution to Index" column (0.016) is called the Population Stability Index.

**Our Population Stability Index less than 0.100 generally indicates that no change has taken place.**

The table above shows virtually no shift in the out-of-time period when compared to the in-time development period. In order to dig deeper into these differences, the individual variables can be analyzed with the Characteristic Analysis report. The Characteristic Analysis contains total borrowers as used for the current period since this matches how the production reports will be run. The baseline period is still based on weighted borrowers.

CONFIDENTIAL                                          WF-00079906

1048

In looking at this report, it shows a very minor score shift up of only 5.41 points.  Most notably, only Debt to Income Ratio has a shift of more than one point in either direction (1.98).  It can be seen below:

| Characteristic : x_crc_total_debt_ratio_2 - Borrower 1 debt to income ratio | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | Baseline Applicants | | Current | Applicants | Percentage Change | Score for Attribute | Score Difference |
| Attribute | # | % | # | % | (4) - (2) | Points | (5) x (6) |
| Missing | 9 | 0.0% | 0 | 0.0% | 0.0% | 32 | 0.00 |
| low - < 0.02 | 2,460 | 0.1% | 1,155 | 0.1% | 0.0% | 32 | 0.00 |
| 0.02 - < 20.05 | 309,058 | 13.8% | 179,662 | 15.5% | 1.7% | 60 | 1.03 |
| 20.05 - < 25.09 | 279,253 | 12.4% | 158,360 | 13.6% | 1.2% | 55 | 0.67 |
| 25.09 - < 30.04 | 328,355 | 14.6% | 179,292 | 15.5% | 0.8% | 48 | 0.40 |
| 30.04 - < 35.08 | 346,324 | 15.4% | 185,762 | 16.0% | 0.6% | 39 | 0.23 |
| 35.08 - < 40.03 | 360,565 | 16.1% | 190,238 | 16.4% | 0.3% | 31 | 0.11 |
| 40.03 - < 45.07 | 353,996 | 15.8% | 184,676 | 15.9% | 0.2% | 21 | 0.03 |
| 45.07 - high | 265,871 | 11.8% | 81,063 | 7.0% | -4.9% | 10 | -0.49 |
| TOTALS | 2,245,890 | 100.0% | 1,160,207 | 100.0% | | | 1.98 |

It is good overall to see almost no change when comparing the two populations. However, this will continue to be monitored over time.  The full Characteristic Analysis, along with the PSI table, is in the document embedded below:

| Document Name | Embedded Document Object(s) |
|---|---|
| Conventional 2012 OOT Sample PSI and Characteristic Analysis | HLECSV1 Conventional - PSI A |

## 6.2    Benchmarking (as appropriate and available)

The HLECSV1 CON score will be benchmarked against the decision FICO score in future analysis and tracking reports.  For purposes of validation of the new model, both the decision FICO and ECS 5.0 were benchmarked against HLECSV1 CON.  Please see section 5.7 for details.

## 6.3    Sensitivity analysis and testing

The HLECSV1 CON model was analyzed across different time periods in order to ensure that it works under different economic conditions.  With the financial crisis of 2008, the bad rates from applications 2008 and the prior few years had a much higher bad rate than applications from 2009 and later.  In order to test that the model worked across these timeframes, the data was split in individual years (2008-2011) and the score was tested against the benchmark scores.  Also, since the bad rate for 2008 was weighted down to represent more recent vintages in order to mimic current policy; an additional comparison was done for 2008 with the applications using the actual portfolio bad rate.  Please see the results of these score comparisons in the "Other Analysis" section of 5.7.

Acceptance rate tables and swap sets were also analyzed to ensure the model will hold up over time.  For the new score using the reconstructed through-the-door Good/Bad performance variable, the Scoring Team observed a reasonable swap set.  The bin level acceptance rates for the variables in the final model were also reasonable when compared to the prior application screen.  See Acceptance rate analysis in the embedded document below:

CONFIDENTIAL                                                        WF-00079907

| Document Description | Embedded Document Object(s) |
|---|---|
| Acceptance Rate Analysis for the Final Model |  Conventional Model Acceptance Rate Rep |

The scoring team also analyzed the profiles and descriptive statistics of the variables in the final Conventional model. The descriptive statistics include total count, Count of missing values, minimum, maximum, mean, median, and standard deviation of the variables in the development and in-time validation samples. The descriptive statistics report can be used to identify differences in the development applications and in-time validation applications.  This report shows no significant differences in the statistics between the in-time development and in-time validation samples.  Please see the report below:

CONFIDENTIAL

1050

WF-00079908

| No. | Variable | Label | N | N Miss | Minimum | Maximum | Mean | Median | Std Dev |
|---|---|---|---|---|---|---|---|---|---|
| 1 | x_crc_total_debt_ratio_2 | | 475,491 | 131,647 | 0 | 1,000 | 34.0 | 33.0 | 52.8 |
| 2 | re_net_frct_rev_burden | net fraction revolving burden | 607,138 | 0 | -99,999,991 | 2,177 | -3,598,214.7 | 9.0 | 42,965,278.7 |
| 3 | re_avg_mos_onfile | average months in file | 607,138 | 0 | -99,999,986 | 547 | -141,432.0 | 94.0 | 8,672,513.7 |
| 4 | re_t90e_derog_pr_coll | # tl 90+ ever and/or derog public records or collections | 607,138 | 0 | -99,999,986 | 87 | -79,082.9 | 0.0 | 6,484,873.6 |
| 5 | re_bank_nat_tl_bal_75_hl_cr | # bank/natl trades with balance 75% of high credit | 607,138 | 0 | -99,999,991 | 24 | -7,154,997.8 | 0.0 | 59,458,542.6 |
| 6 | re_lnq_5_mon_exc_last_30d | # inquiries 0-5 months excluding last 30 days | 607,138 | 0 | 0 | 50 | 0.8 | 0.0 | 3.3 |
| 7 | re_most_recent_delq | months since most recent delinquency | 607,138 | 0 | -99,999,986 | 121 | -63,580,208.8 | -99,999,974.0 | 111,009,438.0 |
| 8 | MORTGAGE_28 | Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installment | 607,138 | 0 | 0 | 9,999 | 2,486.8 | 96.0 | 9,797.0 |
| 9 | HOME_EQUITY_102 | Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opened | 607,138 | 0 | 0 | 9,999 | 6,685.6 | 9,999.0 | 10,810.4 |
| 10 | re_worst_rating_cb | worst rating from the credit bureau | 607,138 | 0 | -99,999,986 | 901,602 | -78,349.2 | 118.0 | 7,196,889.7 |
| 11 | CMA_PLUS_3139 | # OPN BKCRD TRD | 606,584 | 554 | 0 | 99 | 5.3 | 3.0 | 34.3 |
| 12 | MTG_CPR_ATTR13 | MAXIMUM UTILIZATION ON ALL TRADES | 607,138 | 0 | 0 | 999,999,999 | 1,417,426.9 | 96.0 | 86,774,716.6 |

| No. | Variable | Label | N | N Miss | Minimum | Maximum | Mean | Median | Std Dev |
|---|---|---|---|---|---|---|---|---|---|
| 1 | x_crc_total_debt_ratio_2 | | 475,491 | 131,647 | 0 | 1,000 | 34.0 | 33.0 | 52.8 |
| 2 | re_net_frct_rev_burden | net fraction revolving burden | 586,504 | 20,634 | 0 | 2,177 | 22.1 | 10.0 | 63.5 |
| 3 | re_avg_mos_onfile | average months in file | 606,519 | 619 | 0 | 547 | 96.6 | 94.0 | 77.1 |
| 4 | re_t90e_derog_pr_coll | # tl 90+ ever and/or derog public records or collections | 606,709 | 429 | 0 | 87 | 0.7 | 0.0 | 5.6 |
| 5 | re_bank_nat_tl_bal_75_hl_cr | # bank/natl trades with balance 75% of high credit | 568,839 | 38,299 | 0 | 24 | 0.5 | 0.0 | 2.5 |
| 6 | re_lnq_5_mon_exc_last_30d | # inquiries 0-5 months excluding last 30 days | 607,138 | 0 | 0 | 50 | 0.8 | 0.0 | 3.3 |
| 7 | re_most_recent_delq | months since most recent delinquency | 205,342 | 401,796 | 0 | 121 | 30.3 | 26.0 | 56.1 |
| 8 | MORTGAGE_28 | Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installment | 607,138 | 0 | 0 | 9,999 | 2,486.8 | 96.0 | 9,797.0 |
| 9 | HOME_EQUITY_102 | Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opened | 607,138 | 0 | 0 | 9,999 | 6,685.6 | 9,999.0 | 10,810.4 |
| 10 | re_worst_rating_cb | worst rating from the credit bureau | 606,589 | 549 | 101 | 901,602 | 18,889.1 | 118.0 | 295,638.7 |
| 11 | CMA_PLUS_3139 | # OPN BKCRD TRD | 606,584 | 554 | 0 | 99 | 5.3 | 3.0 | 34.3 |
| 12 | MTG_CPR_ATTR13 | MAXIMUM UTILIZATION ON ALL TRADES | 607,138 | 0 | 0 | 999,999,999 | 1,417,426.9 | 96.0 | 86,774,716.6 |

| No. | Variable | Label | N | N Miss | Minimum | Maximum | Mean | Median | Std Dev |
|---|---|---|---|---|---|---|---|---|---|
| 1 | x_crc_total_debt_ratio_2 | | 332,860 | 92,137 | 0 | 1,000 | 34.1 | 33.0 | 53.3 |
| 2 | re_net_frct_rev_burden | net fraction revolving burden | 410,531 | 14,466 | 0 | 2,177 | 22.1 | 10.0 | 63.7 |
| 3 | re_avg_mos_onfile | average months in file | 424,549 | 448 | 0 | 547 | 96.6 | 94.0 | 77.2 |
| 4 | re_t90e_derog_pr_coll | # tl 90+ ever and/or derog public records or collections | 424,697 | 300 | 0 | 87 | 0.7 | 0.0 | 5.6 |
| 5 | re_bank_nat_tl_bal_75_hl_cr | # bank/natl trades with balance 75% of high credit | 398,238 | 26,759 | 0 | 24 | 0.5 | 0.0 | 2.5 |
| 6 | re_lnq_5_mon_exc_last_30d | # inquiries 0-5 months excluding last 30 days | 424,997 | 0 | 0 | 50 | 0.8 | 0.0 | 3.3 |
| 7 | re_most_recent_delq | months since most recent delinquency | 143,860 | 281,137 | 0 | 121 | 30.3 | 26.0 | 56.1 |
| 8 | MORTGAGE_28 | Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installment | 424,997 | 0 | 0 | 9,999 | 2,487.5 | 96.0 | 9,796.0 |
| 9 | HOME_EQUITY_102 | Utilization - Total of Open Home Equity Trade with oldest Months Since Date Opened | 424,997 | 0 | 0 | 9,999 | 6,687.4 | 9,999.0 | 10,806.8 |
| 10 | re_worst_rating_cb | worst rating from the credit bureau | 424,614 | 383 | 101 | 901,602 | 18,773.6 | 118.0 | 294,656.9 |
| 11 | CMA_PLUS_3139 | # OPN BKCRD TRD | 424,609 | 388 | 0 | 99 | 5.3 | 3.0 | 34.4 |
| 12 | MTG_CPR_ATTR13 | MAXIMUM UTILIZATION ON ALL TRADES | 424,997 | 0 | 0 | 999,999,999 | 1,532,412.1 | 96.0 | 90,207,241.0 |

| No. | Variable | Label | N | N Miss | Minimum | Maximum | Mean | Median | Std Dev |
|---|---|---|---|---|---|---|---|---|---|
| 1 | re_t90e_derog_pr_coll | # tl 90+ ever and/or derog public records or collections | 108,539 | 296 | 0 | 74 | 2.1 | 0.0 | 6.6 |
| 2 | x_crc_total_debt_ratio | Debt to income ratio | 108,835 | 0 | 0 | 100 | 38.1 | 38.9 | 24.5 |
| 3 | re_most_recent_delq | months since most recent delinquency | 62,591 | 46,244 | 0 | 118 | 27.2 | 22.0 | 38.0 |
| 4 | re_avg_mos_onfile | average months in file | 108,224 | 611 | 0 | 425 | 73.9 | 73.0 | 55.1 |
| 5 | re_net_frct_rev_burden | net fraction revolving burden | 99,608 | 9,227 | 0 | 2,578 | 39.8 | 34.0 | 61.5 |
| 6 | STAGG_ALL403 | Overall balance/limit ratio on all open trades reported within 6 months of the profile date | 108,835 | 0 | 0 | 628 | 65.0 | 75.0 | 51.3 |
| 7 | re_bank_nat_tl_bal_75_hl_cr | # bank/natl trades with balance 75% of high credit | 91,250 | 17,585 | 0 | 20 | 0.9 | 0.0 | 2.3 |
| 8 | re_lnq_5_mon_exc_last_30d | # inquiries 0-5 months excluding last 30 days | 108,835 | 0 | 0 | 51 | 1.2 | 1.0 | 3.3 |
| 9 | MORTGAGE_28 | Utilization - Total of Oldest Months since Date Opened Open Mortgage Trade - Installment | 108,835 | 0 | 0 | 9,999 | 5,201.5 | 9,999.0 | 8,525.7 |
| 10 | COLLECTIONS_6 | # of Collection All with Collection Balance. > $0 | 108,835 | 0 | 0 | 74 | 0.6 | 0.0 | 3.3 |
| 11 | CMA_PLUS_3157 | #REVL W/ BAL>0 W/IN 3 MTHS | 108,674 | 161 | 0 | 99 | 9.4 | 2.0 | 41.8 |
| 12 | MTG_CPR_ATTR13 | MAXIMUM UTILIZATION ON ALL TRADES | 182,141 | 0 | 0 | 999,999,999 | 1,149,490.2 | 96.0 | 78,178,317.2 |

*Counts are weighted using weight_36mth_conv variable. re_net_frct_rev_burden, re_avg_mos_onfile, re_t90e_derog_pr_coll, re_bank_nat_tl_bal_75_hl_cr, re_most_recent_delq, and re_worst_rating_cb contain special values that are less than 0. Those values are replaced by missing values in order to perform the calculations.

# 7　Model outputs, reports, and uses

## 7.1　Model output overview

The development of the model is only the first step in the lifecycle of the model. It is supposed to be a business tool, when put into production, and used within the overall underwriting process. In essence, the model only really outputs a score. The previous sections have discussed the development, the validation and the evaluation of the model from a statistical perspective. This section discusses how the model will be used and how its score will be translated from a numerical value into a measure to be used in the Home Lending business.

## 7.2　Model outputs

The main output of the model is the custom score produced from the HLECSV1 CON scorecard. The score calculates a numerical expression based on the applicants' application information and credit bureau information. The Score represents the level of credit risk associated with the individual application. The score is used as the primarily credit risk component of the Credit Risk Class (CRC). The model outputs are consistent with the model's stated purpose, that is, to provide a tool to rank order the risk of Conventional And SIMO applicants.

## 7.3　Model reports

The HLECSV1 CON model does not output any reports. Please see section 9.1 for information regarding ongoing monitoring and performance tracking. Those reports will be generated from the final model score in production.

## 7.4　Model uses

The model was developed for use in acquisition risk underwriting specifically for the following:

- Scoring Conventional (conforming, non-conforming) Applications on the Conventional & SIMO model.

- The lowest score between the two scored borrowers (if joint application) or the borrower score (if single application) will generate the top 6 Risk Insight Messages explaining the credit risk profile for Conventional.

- The Risk Insight Messages are displayed for consideration of the underwriters as they make their loan decision.

  Risk Insight Message example using model variable: Number of Collections All with Collection Balance > $0:

| Possible Values | Model Assignment | Risk Insight Message | What team member should do with the message |
|---|---|---|---|
| No Collections or No Unpaid Collections | Reward | No Message | Consider the reason for the collection(s) and any impacts to the ability to repay |

CONFIDENTIAL

1052

WF-00079910

| 1 to 3 Unpaid Collections | Penalty | Unpaid collections are present on credit report. | |
| 4 or More Unpaid Collections | Higher Penalty | 4 or more unpaid collections are present on credit report. | |

- The score is binned to create Credit Risk Classes (CRCs) for Conventional and SIMO. As of February 2015, the scorecard based Credit Risk Class for SIMO was suppressed. The SIMO Credit Risk Class is currently based on FICO.

| Conventional Mortgage CRC | Conventional SIMO CRC |
|---|---|
| 76 - 199 = 'C2'<br>200 - 219 = 'C1'<br>220 - 249 = 'A2'<br>250 - 333 = 'A1' | 76 - 144 = 'G00'<br>145 - 159 = 'G20'<br>160 - 169 = 'G30'<br>170 - 184 = 'G35'<br>185 - 199 = 'G40'<br>200 - 209 = 'G45'<br>210 - 229 = 'G50'<br>230 - 269 = 'G60'<br>270 - 279 = 'G70'<br>280 - 299 = 'G80'<br>300 - 333 = 'G90' |

- The score and CRCs are not used for Conforming retail only the risk insight messages.

- The score is an input for Priority Buyer Letter logic for Non-Conforming.

- The score is an input to the process of routing the applications to the appropriate underwriters for Conforming Correspondent non-delegated which is a small percent of the population.

- The score usage is allowed for 120 days from the credit bureau date to funding; once the credit bureau is older than 120 days a new credit bureau report (and therefore, generated score) needs to be obtained. An exception is allowed in the origination process to use FICO for greater than 120 days but must not exceed 150 days. Current origination policy permits usage extended to 130 days.  In this scenario, the custom score must not exceed 130 days.

- The HL Conventional Orig Custom ECS Score is not used to approve or decline a customer for credit and the score is not displayed to the underwriter.


The detailed uses below, as of October 2022, are split into two product sub-categories: Conventional Non-Conforming and Conventional Conforming.

Conventional Non-Conforming

CONFIDENTIAL
1053
WF-00079911

In general the impacts of CRC to Non-Conforming are relatively small. The impacts can be summarized in 3 main areas: Priority Buyer Letter, Eligibility, and messaging/policy.

- Priority Buyer Letter (PBL) – A PBL in mortgage occurs when a lender prequalifies the customer for a specified amount of money before the customer has found a home. Getting a PBL for a mortgage usually requires that the customer completes a mortgage application and consent to pull credit bureau. The customer will then be told the exact mortgage amount for which the customer may be approved (it is not a mortgage approval or a commitment to lend). This enables the customer to make an offer on a home that is not contingent upon obtaining financing. A mortgage Priority Buyer Letter also can give the customer an edge when it comes to making an offer. For Non-Conforming, the Priority Buyer Letter is only allowed to be created if the transaction has a CRC of A1 or A2.

- Eligibility – Non-Conforming loans with a CRC of Insufficient, Invalid, or Inaccurate are generally considered ineligible (the HL ECS Score is not used since there is insufficient data for the score to be reliable). There are certain exceptions and nuances related to corporate relocation, resident aliens, foreign nationals, non-traditional credit, and other factors.

- Messaging/Policy – There is a very small subset of messages to the underwriters and policies that use the CRC values as criteria:

  - CRC drives underwriting messages related to adverse credit (i.e. late payments and charge-offs).

  - Non-traditional credit or insufficient/invalid credit for foreign nationals/resident aliens drives documentation messages for Alternative Credit References.

  - Certain subsidies are not allowed without A1 or A2.

In addition to the three areas listed above, the Credit Risk Class and risk insight messages are displayed for consideration of the underwriter as they make their loan decision.

Conventional Conforming

As of July 2021, the HL ECS score/risk class is not used within Retail Conventional Conforming with the exception of displaying the risk insight messages.

Correspondent Conforming (non-delegated) uses the score/risk class to identify what skill set may be required underwrite the credit transaction based on risk and complexity of the transaction.

Examples:

The following will set the Base Minimum Credit Decisioner to level 3

- Analytical Credit Risk Class = C1 and HL ECS Score >224 <283

- HL ECS Score <=224

- Cashout and HL ECS Score >224 <259

- Analytical Credit Risk Class is C2

CONFIDENTIAL

WF-00079912

The following will set the Base Minimum Credit Decisioner to level 4

- Debit to Income Ratio >41 <45 and Wells Fargo Credit Risk Class = C1 or C2

While the model must be approved for use in credit risk management according to Model Risk Management Policy, the approval of the score based strategies must still go through a separate Company Credit Approval Process (CAP). The CAP approves the strategy that may, for example, determine score cutoffs, and approve/decline decisions, and is outside of the scope of the model approval itself. The model must be approved prior to the CAP approval of strategies. Please refer to WFC - CON 1205, LOB Credit Policy, Product, and Program Governance for additional information and requirements.

CONFIDENTIAL

1055

WF-00079913

# 8   Model implementation

This section summarizes the implementation plan for the HLECSV1 CON model, including discussions on implementation requirements and the scope of implementation, production data inputs and assumptions, handling of exclusion and the cleaning of data in production, handling of missing production data, comparison test plan, production code version control, and the production (implementation) manual. The goal of the implementation is to put the model accurately and efficiently into operational code in the production environment. The Scoring Team along with the production team bears ultimate responsibility for the model's implementation and operation within production. Information and verbiage for this section are provided by the production team and CRM-REM (Credit Risk Management Risk Evaluation Management). Implementation documents from CRM-REM and production/implementation manual ADAPT (Advancements in Process and Tools) documents are included below.

| Document Descriptions | Embedded Document Object(s) |
|---|---|
| Model Implementation Diagram | **PDF** Model Implementation.pdf |
| Model Implementation Plan (includes embedded ADAPT Guide) | Implementation HL-ECS 2014-05-02.c |

The ADAPT guide includes design analysis, coding, various stages of testing (unit, scenario, regression) and peer reviews for each development task.

## 8.1   Implementation requirements and scope

Credit Risk Management Risk Evaluation Management (CRM-REM) is responsible for receiving the HLECSV1 CON model requirements and realizing these requirements in production. CRM-REM adheres to the processes documented within the ADAPT guide which includes rule requirements, design analysis, coding, and various stages of testing.

The model implementation requirements include:

- Documentation of a complete view of the testing effort pre- and post-implementation of changes.
- Identification of roles and responsibilities for each type of testing within the complete view.
- Assessment of existing testing processes and enhancement where applicable.
- Determination of and documentation of when each type of testing is needed.

CONFIDENTIAL                                    1056                                    WF-00079914

The figure below depicts the System, Data, Inputs, and Process Flow:



## 8.2    Implementation specifications

The key implementation specification will be created by the Scoring Team. The Scoring Team will provide SAS coding to validate the Production systems score calculation. The Scoring Team will periodically run this SAS code to validate the score computation or whenever there are any changes to Production.

**Inputs (Data, Assumptions and Data Integrity)**

Wells Fargo provides proprietary specifications to the credit vendors, Credco and Equifax Mortgage Services, to code and calculate the new credit attributes needed for the HLECSV1 CON Scorecard.  The credit vendors return the calculated values of the credit attributes within the MISMO 2.3.1 credit vendor XML response file.  The credit

CONFIDENTIAL

WF-00079915

attributes are mapped internally to be used for risk assessment and then downstream to be stored for data analytics.

Credit Risk Management provides a non-credit attributes specification to the Wells Fargo Technology Operations Group to code as part of the Lending Grid platform (Wells Fargo XML request/response file). The non-credit attributes are mapped internally to be used for risk assessment and then downstream to be stored for data analytics. Validation will be performed to ensure the data integrity of the credit attributes.

### Exclusions and Scrubbing Logic

Credit attributes will always be populated with values within the valid value ranges unless a valid credit response cannot be received. A valid credit vendor response will not be received in the following scenarios:

- EGCS Service Error (i.e. data entry error, missing/invalid data, system connectivity issue)

- Credit Vendor Error (i.e. credit bureau down, frozen file, vendor down, system connectivity issue)

Should the vendor not provide a valid credit vendor response the application will be routed for manual underwriting. A list of Credit Vendor and EGCS Service Errors is stored on a secured server on the Wells Fargo network.

### Handling of Missing Data

Historically the handling of missing and default data was addressed within the scorecard requirements. For example, in the case of no credit data (ie., credit not required), a specific score value was assigned. In the case of default data, an agreed upon approach of using a value of -999 was used. The use of -999 is aligned with the scorecard default treatment requirements. The rules engine contains data initialization rules as specified by the scorecard requirements.

Missing data in the production flow could include but may not be limited to:

- No Credit File

  - The first name, last name, address, SSN and date of birth are required in order to submit a request for credit. A credit file will always be returned unless a credit report error (listed in the Exceptions section) is returned. The majority of credit report errors are due to user data entry errors or system connectivity issues. Data entry errors require the user to correct data entry and re-pull credit in order to receive a valid credit response. System connectivity issues require the user to re-pull credit after the connectivity issues have been resolved. If a valid credit response cannot be received, the automated decision response is prohibited and the loan requires manual underwriting. A credit file that has no credit history will contain default values within the proprietary credit attributes, but will not contain a valid FICO score. Loans that do not contain a valid FICO score will require manual underwriting.

- Deceased

  - A deceased indicator is returned by the bureau(s) in the form of a FICO score exclusion and/or a fraud alert message. A credit file that includes a FICO score exclusion code will include the proprietary credit attributes, but will not contain a valid FICO score. If a valid FICO score is not

CONFIDENTIAL

WF-00079916

received, the file will require manual underwriting. A deceased fraud alert (Trans Union's High Risk Fraud Alert or Fulfillment System Internal Fraud Database) requires the user to escalate the loan and follow manual processes in order to review, resolve, and document fraud alerts. A loan commitment cannot be issued prior to clearing high risk fraud alerts.

**Retire the Existing Model**

Once the new HLECSV1 CON credit scoring system is implemented, the current ECS 5.0 scorecard will be retired. This is currently planned for 2016.

The use of these models on portfolios/products/subpopulations excluded from the model development will require prior approval, according to policy.

**Adverse Action Reasons**

Since the model is not used for accept/decline decisions, no Adverse Actions reasons are generated based on the score.

## 8.3    Pre-implementation review/impact assessment and model adjustments

No model adjustments will be made prior to implementation. Please see section 8.4 for the Implementation testing plan.

## 8.4    Implementation testing plan

The Scoring Team will partner with CRM-REM to perform: Unit testing, System testing, End-user testing, End-to-End testing, and Implementation testing (pre and post). These applicable types of testing are defined below:

- *Unit testing*: Unit testing focuses on the accuracy of the processing component of the model.
- *System testing:* System testing focuses on whether the model performs as expected under simulated conditions and across system interfaces.
- *End-user testing*: End-user testing focuses on whether the model performs as expected under normal operating conditions and that no systems or processes are adversely (unexpectedly) affected. This may include a review of specifically requested output and documented results from system testing, or sensitivity analysis that assesses the reaction of the model to changes in key model drivers.
- *Implementation testing*: Implementation testing ensures that the production process will yield the same output as the development process. In situations where the production code is separate from the development code, this generally involves a comparison of the two and testing using the same inputs and assumptions.

The Scoring Team will create and execute plans to test data through unit testing and End-to-End system testing. The unit testing examines the batch processing and then compares the output to SAS data sets. The End-to-End testing involves sending full applications through the system and then having the Scoring Team hand audit them for accuracy. As mismatches are identified, they will be resolved and the test case that resulted in the mismatch need to be re-run to achieve 100% match.

The Scoring Team will conduct a pre-implementation assessment of the impact of the new Custom Score on credit originations. The assessment will document the expected benefit or lift from the new credit scoring system. The

CONFIDENTIAL

WF-00079917

assessment will be presented to Senior Management in the CAP (credit approval presentation) required for approval. Testing success for Credit Scoring is defined as achieving a 100% match between the testing output and the model development code output for everything that is in scope such as HLECSV1 CON final score, HLECSV1 CON grade, HLECSV1 CON credit risk class, and HLECSV1 CON risk insight messages for each test case in scope. As mismatches are identified, they will be resolved and the test case that resulted in the mismatch need to be re-run to achieve 100% match.

The Scoring Team will conduct a post-implementation assessment to verify that the HLECSV1 CON final score, HLECSV1 CON grade, HLECSV1 CON credit risk class, HLECSV1 CON risk insight messages for each test case in scope on production platforms match the custom score from SAS development scoring program. The Scoring Team and CRM-REM will reconcile the differences and document the post-implementation assessment. Similar to pre-implementation, testing success is defined as achieving a 100% match between the assessment output and the model development code output for everything that is in scope. As mismatches are identified, they will be resolved and the test case that resulted in the mismatch need to be re-run to achieve 100% match.

For ongoing production quality assurance, control tracking with standards for production data reconciliation and approval of final results, the Home Lending Risk Management Team will monitor the HLECSV1 CON model score by checking production records and creating loan reports for those specific applications referred by underwriters. Additionally, the Team will monitor overall production data in order to ensure all the data elements are being populated. The Home Lending Risk Management Team will periodically examine scorecard results to confirm the implementation tested code is the exact code that was moved into the production environment.

The type of testing is different for different types of variables. This is due to the fact that the source data comes from different places and is merged together at different points in the underwriting process.

**Credit Variables that are input to HLECSV1 CON**

- End to End User Testing is completed by identifying 20-30 target test cases from each credit vendor. The credit files are manually pulled from our upfront systems and the following steps are taken in completing end to end user testing:

    o Credit report is pulled from the upfront systems.

    o Credit data is manually reviewed by comparing the hard copy of credit report (viewable by business) and the credit vendor XML response file to the Wells Fargo credit attribute specifications.

    o Validate the accuracy of the credit attribute values that are mapped from credit vendor XML response file into GRD/RED and downstream SAS data for analytics.

**Non-Credit Variables that are input to HLECSV1 CON**

- End to End User Testing is completed by identifying 5-10 test cases that will be generated and decisioned from the origination systems. The respective xml files will be manually pulled from the transaction monitoring system, and the following steps will be taken to complete the validation process:

    o Each xml file will be reviewed for the presence of the respective non-credit variables.

CONFIDENTIAL

WF-00079918

- o In the case of data flowing from the origination system, data values will be compared to the origination system to ensure the data value don't change in the transmission.

- o In the case of data being calculated/derived within the decisioning flow prior to input to HLECSV1 CON, accuracy of the data will be validated.

- o Ensure all inputs to HLECSV1 CON and outputs from HLECSV1 CON are persisted into SAS.

**HLECSV1 CON Model Rules**

- The HLECSV1 CON Model Rules testing is completed by identifying all of the impacted rules and ensuring each rule is successfully tested. There are 2 major phases of rule testing, Unit and Scenario testing.

  - o Unit testing – Each rule is positively and negatively tested in isolation. Unit testing is complete when each rule successfully fires when expected and conversely does not fire unexpectedly.

  - o Scenario testing – Test cases are run against the full decision which includes all of the new and updated rules. Scenario testing is complete when all of the new/updated rules have fired and the results are aligned with the requirements.

## 8.5    Production/Implementation manual

TOG and CRM-REM use an industry standard version control system for source code that is implemented into production. All changes made to the source code is tracked, along with the names of who made the change, reasons why they made the change, and references to problems fixed, or enhancements introduced, by the change. Based on approved HLECSV1 CON rule requirements, rules are specified in CoBRRa, with all work being done under change control through the use of Work Orders. Individual rules are flagged with the Work Order under which the rule is being created or changed. When rules changes are made, the rule set version is incremented. The new rule set version is then consumed and deployed to production as part of a project which is also versioned and frozen.

CONFIDENTIAL

WF-00079919

# 9  Model management

The conventional acquisition model, HLECSV1 CON, will be subject to ongoing validation and monitoring as part of sound modeling practices and per the requirements of Wells Fargo Credit Policy (WFC SPP 2123) and OCC Guidance (Bulletin 2011-12). The Acquisition Modeling Team (the model owner team led by Dina F. Rojas) will follow Wells Fargo corporate policy on model performance monitoring.

## 9.1  Ongoing monitoring and performance tracking

Model performance monitoring will include quarterly tracking and trend analysis of the HLECSV1 CON model outputs across key portfolios which utilize the score and/or credit grades and annual reviews/revalidations (performed by CMOR). The report will include an Executive Summary of the model performance and any recommendations that cover both front-end tracking and back-end tracking. Front-end tracking includes both HLECSV1 CON and FICO score-level population stability (PSI) analysis, HLECSV1 CON characteristic-level PSI analysis and High/Low side over-ride reporting tracked within the Final Score Reports.

At a minimum, the front-end report will include the following components:

- PSI analysis across key model and business segments
- Characteristic analysis across each model and sub-model
- Over-ride report as applicable
- PSI Trending across key models and business portfolios
- Distributions and trend reports for score exclusion categories.

The analysis uses the population stability index (PSI) to quantify the changes in the score distribution of mortgage and home equity applications. PSI is monitored using the rating system and benchmarks below:

| Population Stability Rating System | |
|---|---|
| PSI | Implication |
| Under .03 | No significance |
| .03 - .10 | Weak shift |
| .10 - .25 | Moderate shift |
| .25 - .50 | Strong shift |
| .50 or More | Extremely strong shifty |

| Population Stability Benchmarks | | |
|---|---|---|
| Ratings | PSI Benchmark | Implication |
| Satisfactory | 0 - < 0.1 | Insignificant/Weak |
| Marginal | 0.1 - 0.25 | Moderate |
| Review Required | Over 0.25 | Strong/Extremely Strong |

CONFIDENTIAL

WF-00079920

At a minimum, the back-end report will include the following components:

- Emerging Performance monitoring via delinquency distribution reporting
- Model performance information, compared to development, including several statistics metrics (i.e. K-S, ROC etc) as well as odds-to-score relationship information
- Additional metrics and analysis will be included depending on the information observed in the basic components described above.

<u>Quarterly Validation</u>

This will be a more formalized Quarterly Tracking Report that will be distributed to the business users within Home Lending – Credit Risk Management.  This report will be shared with senior managers to ensure models are performing as expected and continuing to meet business needs.

<u>Annual Review/Revalidation</u>

Per Wells Fargo Corporate Policy, the Annual Review (or, as needed Annual Revalidation) will be a more formalized version of the Quarterly Validation that will be presented to Real Estate Lending Board and is subject to the requirements of Real Estate Model Policy and Wells Fargo Model Policy.

<u>Production Implementation Plan</u>

The production implementation plan sets up the steps for before and after implementation preparation, test and analysis to ensure a smooth model implementation in production. The implementation steps include pre-implementation review of basic model information such as model performance, development history, development data, model input and output data completeness, storage and access, pre- and post-implementation tests of population stability, model performance, score, and risk class accuracy.

## 9.2    Change control management and model maintenance/calibration

The Home Lending Credit Risk Management adheres to the Wells Fargo systems management policies and thereby follows a comprehensive change control management process.  All model changes need to be approved by CMoR, line of business governance and upper management. Most of these changes are approved using the CAP process. All documents are dated and each modification is documented within the document and approved if needed. Each model has a version. The documentation is named final and stored on the analytic drive in a folder that clearly indicates final version and the version that is final.

## 9.3    Security and control

The Home Lending Credit Risk Management adheres to the Wells Fargo systems management policies and thereby follows a comprehensive change control management process.  All model changes need to be approved by CMoR, line of business governance and upper management. Most of these changes are approved using the CAP process. All documents are dated and each modification is documented within the document and approved if needed. Each model has a version. The documentation is named final and stored on the analytic drive in a folder that clearly indicates final version and the version that is final.

Credit Risk Management adheres to security and control processes focused on the following:

CONFIDENTIAL

WF-00079921

1. Shared Drives
2. User Registration
3. Access Request Process
4. FAMS-PRO(XENO) Software
5. Rule Administration
6. User Certification
7. Documentation Location
8. Version Controls

## Shared Drives

The REM Business Rule Architecture, Design & Implementation (REM) and DSCM Credit Modeling (DSCM) Team shared drive is a secure location on the Wells Fargo Home Mortgage DTCNAS server. This shared drive is used to store Internal, Confidential and Restricted documentation created, used and maintained by the Risk Evaluation Management  Group or the Acquisition Group.

The current location of the REM shared drive is:
\\DTCNASMDFR004\C_MTG_Groups\CM_DEL4_DECSRVR
The current locations of the DSCM shared drives are:
\\DTCNAS-CACD005\C_MTG_Groups\HE_Originations_Analytics
\\DTCNAS-CACD005\C_MTG_Groups\RE_Originations_Portfolio

User Registration
*Business Need to Know*
To obtain access to the REM shared drive, the user must be a current REM staff member or managed resource.
To obtain access to the Analytics shared drive, the user must be a current DSCMDSCM staff member or managed resource.

*Access Request Process*
To obtain access to the REM shared drive, a user must have a valid Wells Fargo Active Directory account.  Access requests for the REM shared drive are currently submitted via the Wells Fargo Tivoli Identity Manager (TIM).  Once the TIM request has been submitted and approvals obtained per the standard TIM process, an additional approval request is sent to the REM Department Head, or his/her delegate for approval to provide access to the REM shared drive.
To obtain access to the Analytics shared drive, a user must have a valid Wells Fargo Active Directory account. Access requests for the Analytics shared drive are currently submitted via the Tivoli Identity Manager (TIM). The request then goes to the owner of the drive which is the DSCM Department Head, or his/her delegate for approval to provide access to the Analytics shared drive.

User Certification
*Frequency*
Certifications are performed a minimum of once per year with additional reviews as capacity allows.
*Process*
REM Process owner will utilize the ART system to generate a list of all current users with access to the REM Shared Drive.  This list will be reviewed to ensure compliance with the Business Need to Know guidelines for the shared drive.  The final user list will be provided to the Manager Certification Approver for review and approval.

CONFIDENTIAL
WF-00079922

DSCM department head will request managers to verify that the list of all current users with access to the Analytics Shared Drive is still valid. This list will be reviewed to ensure compliance with the Business Need to Know guidelines for the shared drive. The final user list will be provided to the Manager Certification Approver for review and approval.

## User Registration

Users are given access on a "business needs to know" basis. To obtain access to the REM shared drive, the user must be a current REM staff member or managed resource. To obtain access to the Analytics shared drive, the user must be a current DSCM staff member or managed resource.

## FAMS-PRO Software

The FAMS-PRO modeling software tool is maintained by FICO FAMS-PRO and is utilized within the Analytics Team to build scoring models, create tracking reports, and run any other analysis that is required. User Registration is determined on a "business needs to know" basis. To obtain access to FAMS-PRO, the user must be a current Analytics Team member or a current Analytics Team managed resource. Access requests for FAMS-PRO are currently submitted to the Analytic Tool Vendor Manager. After the request is reviewed, and if there is a license available the license will be registered in the team member's name. Otherwise, a new license may need to be purchased from FICO FAMS-PRO. After gaining access, project owners have to expressly give other group members access permissions. Adding members to the list of permissible users can only be done by the project owner. Annual license certification is obtained with a manager's permission. Certifications of projects are performed a minimum of once per year with additional reviews as capacity allows.

## Rule Administration

The Rule Administration tool is maintained by TOG and is utilized within REM to code new rules, change existing rules, move code through the development region into production and data mine production decisions. User Registration is determined on a "business needs to know" basis. To obtain access to Rule Admin, the team member must be a current REM staff member or a current REM managed resource. Additionally, selected resources within Post-Close Quality Assurance, may have access as required to complete material finding reviews. Access requests for Rule Administration are currently submitted to the REM Administrative Assistant. The REM AA reviews the request per the Business Need to Know guidelines and then completes the multi-step access process.

## User Certification

Certifications are performed at least once a year with additional reviews as capacity allows. REM Process owner will utilize the ART system to generate a list of all current users with access to the REM Shared Drive. This list will be reviewed to ensure compliance with the Business Need to Know guidelines for the shared drive. The final user list will be provided to the Manager Certification Approver for review and approval. DSCM department head will request managers to verify that the list of all current users with access to the Analytics Shared Drive is still valid. This list will be reviewed to ensure compliance with the Business Need to Know guidelines for the shared drive. The final user list will be provided to the Manager Certification Approver for review and approval.

Access Request Process

Access requests for Rule Administration are currently submitted to the REM Administrative Assistant. The REM AA reviews the request per the Business Need to Know guidelines and then completes the multi-step access process.

*User Certification*

CONFIDENTIAL

WF-00079923

Frequency

Certifications are performed a minimum of once per year with additional reviews as capacity allows.

Process

REM Process owner will utilize Rule Admin to generate a list of all current users with access to Rule Admin. This list will be reviewed to ensure compliance with the Business Need to Know guidelines for the application. The final user list will be provided to the Manager Certification Approver for review and approval.

When users without a valid Business Need to Know are identified during the User Certification process, the following steps are taken to remove access to Rule Admin:

Step 1: An email is sent to a designated RuleAdmin user who has the ability to activate/ deactivate a user in the RuleAdmin database requesting that the user be deactivated in the database.

Step 2: The user's TIM account is opened and access to the shared drive is removed via a TIM request.

Step 3: A request is submitted to Enterprise Access Management, using the Wells Fargo Home Mortgage Request form, requesting that the user be removed from RULE ADMIN.

## Documentation Location

All documentation related to user certification for Rule Admin will be stored for a minimum of three years at the following location: \\DTCNASMDFR004\C_MTG_Groups\CM_DEL4_DECSRVR. Similar processes are used to obtain access to any other tools for model implementation and testing. Certifications are performed a minimum of once per year with additional reviews as capacity allows.

## Version Controls

All model changes need to be approved by CMoR, line of business governance and upper level management. Most of these changes are approved using the CAP process. All documents are dated and each modification is documented within the document and approved if needed. Each model has a version, the documentation is named final and stored on the Analytic drive in a folder that clearly indicates final version and the version that is final.

CONFIDENTIAL

WF-00079924

# Appendix A  Documentation Updates

The following section lists changes to the document for each version.

## A.1    Version 2 Updates (December 2017)

Sections 1.1, 2.3, and 7.4 have been updated to reflect the most current Model Use.  References to SIMO have been removed from each section, and Conventional Conforming had changes in the following sub-sections in 7.4:

- Hybrid Credit Risk Class and Decision Engine Name of Record (AD Tool)
- External AUS Incompatibility Risk Indication
- National Decisioning Support (NDS) Tracking
- Messaging

Section 6.1 was updated to correct the 2012 baseline numbers, which included tables on page 81 and 82 and the attached document with the full analysis (also on page 82).

## A.2    Version 3 Updates (July 2019)

- Sections 1.1, 2.3, and 7.4 have been updated to reflect the most current Model Use.
- Section 8.2 – Added accepted verbiage from CMoR regarding Adverse Action reasons.

## A.3    Version 4 Updates (December 2020)

- Section 1.1 – Added clarification on the usage of the terms "charge-off" and "foreclosure" after the first mention of the performance definition near the end of the section.
- Section 1.1, 2.3, and 7.4 – Yearly update to Model Use from the Line of Business as part of the Risk Rank update.

## A.4    Version 5 Updates (August 2021)

- Section 9.1 – Changed "High and low over-ride reports" to "Over-ride report" in the front-end reports list.
- Section 9.1 – In the back-end report statistics metrics removed "Gini".

## A.5    Version 6 Updates (December 2021)

- Section 1 and 1.1 – Added statement that includes words "Score is not used to approve or decline a customer for credit".
- Section 1.1 - Removed "The score is an input to assess the level of documentation required to process and underwrite the loan based on the risk assessment.".

Section 7.4 – Removed "The score is an input to assess the level of documentation required to process and underwrite the loan based on the risk assessment.". Added statement that includes words "Score is not used to approve or decline a customer for credit". Under label "**Conventional Non-Conforming**" removed "and significantly fewer than with the Conforming Mortgages" from the first bullet and replaced "Ineligible" by "Inaccurate" in the second bullet. Under label "**Conventional Conforming**" replaced the entire section except the

CONFIDENTIAL

**1067**

WF-00079925

<u>last paragraph by the following descriptions:As of July 2021, the HL ECS score/risk class is not used within Retail Conventional Conforming with the exception of displaying the risk insight messages.</u>

Correspondent Conforming (non-delegated) uses the score/risk class to identify what skill set may be required underwrite the credit transaction based on risk and complexity of the transaction.

Examples:

The following will set the Base Minimum Credit Decisioner to level 3

- Analytical Credit Risk Class = C1 and HL ECS Score >224 <283
- HL ECS Score <=224
- Cashout and HL ECS Score >224 <259
- Analytical Credit Risk Class is C2

The following will set the Base Minimum Credit Decisioner to level 4

- Debit to Income Ratio >41 <45 and Wells Fargo Credit Risk Class = C1 or C2

## A.6   Version 7 Updates (December 2022)

Update by adding underlined words and removing strike-through words below for model use list in section 1.1, 2.3 and 7.4:

The model was developed for use in acquisition risk underwriting specifically for the following ~~areas~~:

- Scoring Conventional (conforming, non-conforming) Applications on the Conventional & SIMO model.
- The lowest score between the two scored borrowers (if joint application) or the borrower score (if single application) will generate the top 6 Risk Insight Messages explaining the credit risk profile for Conventional.
- <u>The Risk Insight Messages are displayed for consideration of the underwriters as they make their loan decision.</u>
- The score is binned to create Credit Risk Classes (CRCs) for Conventional and SIMO. As of February 2015, the scorecard based Credit Risk Class for SIMO was suppressed. The SIMO Credit Risk Class is currently based on FICO.

  ~~Low scores that are binned for Caution Credit Risk Class for Conventional Conforming are routed to a pricing strategy in the pricing engine.~~

- <u>The score and CRCs are not used for Conforming retail only the risk insight messages.</u>
- The score is an input for Priority Buyer Letter logic for ~~Conventional~~ <u>Non-Conforming</u>.
- The score is an input to the process of routing the applications to the appropriate underwriters <u>for Conforming Correspondent non-delegated which is a small percent of the population.</u>

CONFIDENTIAL    **1068**    WF-00079926

- ~~The score is an eligibility determinant for the sale of mortgage loans to Fannie Mae and Freddie Mac.~~

- The score usage is allowed for 120 days from the credit bureau date to funding; once the credit bureau is older than 120 days a new credit bureau report (and therefore, generated score) needs to be obtained. An exception is allowed in the origination process to use FICO for greater than 120 days but must not exceed 150 days. Current origination policy permits usage extended to 130 days.  In this scenario, the custom score must not exceed 130 days.

- The HL Conventional Orig Custom ECS Score is not used to approve or decline a customer for credit and the score is not displayed to the underwriter.

CONFIDENTIAL

**1069**

WF-00079927

# References

Automated Segmentation Analysis.pdf
Credit Scoring Model Validation ECS 5 0_Dec_2013.pdf
HE Custom Originations Scorecards v4 0 Re-validation 2013.pdf
HEQ_V4_Acquisition_Model_Development_Documentation.pdf
HL ECS Proof of Concept 9-24.pdf
HL_ECS_v1_SegmentationAnalysis_PAB.pdf
Inference_Guide_v2.pdf
InferenceEvaluationCaseStudy.pdf
PSI HE Q4 2013.pdf
Q4 13 Quarterly Score Executive Summary.pdf
QSR 1Q 2014.pdf
RejectInferenceOverview.pdf
Scorecard_Pro_Practitioner_Guide_to_Performance_Inference.pdf
WF_CCS_Model_Validation_Doc FINAL.pdf
WFHM Orig QSR Exec Summary 1Q 2014.pdf
WhyXenoPresentation20131121.pdf
Xeno_Automated_Binning.pdf
Xeno_Clustering.pdf
Xeno_Collinearity_in_Scorecard_Models.pdf
Xeno_FAQ.pdf
Xeno_Glossary_v4.0p.df
Xeno_Performance_Inference.pdf
Xeno_Reference_Guide_v4.1.pdf
Xeno_SAS_Score_Diffs.pdf
Xeno_Scorecard_Modeling.pdf
Xeno_Trees.pdf

Published references:
An Introduction to Credit Scoring, Edward M. Lewis, 1992
Credit Risk Modeling, Design and Application, Elizabeth Mays, Editor, 1998
Credit Risk Scorecards, Developing and Implementing Intelligent Credit Scoring, Naeem Siddiqi, John Wiley & Sons, Inc. 2006
Credit Risk Assessment, The New Lending System for Borrowers, Lenders and Investors, Clark Abrahams, Mingyuan Zhang, John Wiley & Sons, Inc. 2009
Credit Scoring and Its Applications, Lyn C. Thomas, David B. Edelman, Jonathan N. Cook, SIAM (Society for Industrial and Applied Mathematics) 2002
Credit Scorecard Development and Implementation, Course Notes, SAS Institute 2007
Credit Risk Modeling Using SAS, Course Notes, SAS Institute 2010
Credit Scoring for Risk Managers: The Handbook for Lenders by Elizabeth Mays and Niall Lynas (Feb 3, 2011)
Introductory Econometrics, A Modern Approach, Jeffrey M. Wooldridge 2006
Statistics for Business and Economics, Paul Newbold, William L. Carlson and Betty Thorne (2006)

Articles:
Development and Validation of Credit-Scoring Models, Dennis Glennon, Nicholas M. Kiefer, C. Erik Larson, Hwan-sik Choi, September 12, 2007
Sample Selection Bias in Acquisition Credit Scoring Models: An Evaluation of the Supplemental-Data Approach, Irina Barakova Dennis Glennon Ajay Palvia, Office of the Comptroller of the Currency, April 2013

CONFIDENTIAL                              1070                              WF-00079928

Evaluating Reject Inference, Wells Fargo Modeling Seminar, April 22, 2009, Nina Shikaloff, Vice President, Analytic Services, FICO FAMS-PRO

[1]

CONFIDENTIAL

1071

WF-00079929

# EXHIBIT 49



EXHIBIT 419
WIT: Subject to
DATE: 9-25-23
K. KIDWELL, RMR, CRR, CRC



# Fair Lending Analyses of Home Lending Conventional Origination Custom Enhanced Credit Score (ECS) Model- Model Number 11960

March 24, 2022
*Mary Dee LeMaire, Director, Fair Lending Analytics (FLA) 612-667-4968*
*Joel Brodsky, SVP, Risk Modeling Group (RMG) 415-404-5914*

© 2022 Wells Fargo Bank, N.A. Confidential

# Executive Summary

**What We Did**

- The Fair Lending Model Development team (FLMD) within the Risk Modeling Group (RMG) and Fair Lending Analytics (FLA) conducted disparate impact (DI) and proxy analyses on the Home Lending Conventional Origination Custom Enhanced Credit Score (ECS) Model (MN 11960).

  – Disparate Impact Analysis– Assess if practically significant protected-class disproportionate impacts are identified from the ECS model score.

  – Proxy analysis– a 2-stage process, to detect which ECS variables can identify a protected class membership of an individual. Such ECS variables are referred to as proxy variables, which are not allowed by the ECOA.

**Analytic Results**

- Disparate Impact Analysis: FLMD identified disparate impact for various protected classes in the ECS conventional model (see slide 4). Likely drivers of the disparities with the most potential to affect practically significant results:
  1. Average months in file
  2. Recent inquiries
  3. Major derogatories

- Proxy analysis: There were no variables in the ECS Conventional model that were determined to have potential proxy risk.

**Next Steps**

- Due to the disparate impact identified in the ECS Score, FLA/RMG will work with the business on an alternatives analysis to determine if there are less disparate variables that could be used in the ECS scoring model that do not impact model predictiveness. In doing so, the business will be able to show the quantitative support/business justification if no alternatives are viable.

2

© 2022 Wells Fargo Bank, N.A. Confidential

# Table of Contents

- Results Summary — 4
- Background — 5
- Appendices
  - Fair Lending Analysis Approach — 7
  - EOD Analysis
    - Overall ECS Score Cutoffs- 2020 and 2021 Combined — 9
    - 2020 ECS Score Cutoffs — 10
    - 2021 ECS Score Cutoffs — 11
    - Disparate Impact by Credit Risk Class — 12
  - Variable Drivers
    - Variable Drivers Analysis — 14
  - Proxy Detection
    - Proxy Detection Analysis — 16
  - Prepared By — 17

© 2022 Wells Fargo Bank, N.A. Confidential

3

# Results Summary

**The expected outcome disparities (EOD) tables indicated that there were practically significant (AIR < .90) disparities for multiple protected classes** (protected classes are known to FLA/FLMD but are masked in this deck). See slides 9-11.

- Combined: 4 protected classes impacted
  - 2 spanning all decile cutoffs
  - 1 spanning 5 cutoffs
  - 1 spanning 4 cutoffs
- 2020: 4 protected classes impacted
  - 2 spanning all decile cutoffs
  - 1 spanning 5 cutoffs
  - 1 spanning 4 cutoffs
- 2021: 4 protected classes impacted
  - 1 spanning all decile cutoffs
  - 1 spanning 8 cutoffs
  - 1 spanning 4 cutoffs
  - 1 spanning 3 cutoffs

**Other notable findings include:**

- The analysis identified disparities for multiple protected classes when the ECS scores were ranged from high to low using the credit risk classes. See slide 12.

**A proxy detection analysis did not identify any variables in the model that were proxies for any protected classes**

© 2022 Wells Fargo Bank, N.A. Confidential

4

# Background

- The Home Lending Conventional Origination Custom Enhanced Credit Score Model is currently in production.

Following is a summary of highlights from the Model Development Documentation (MDD)

- The ECS score is used to establish the associated credit risk and underwriter level required to evaluate a mortgage application.

  – It is designed to give an objective, numerical evaluation (a score) of the credit risk of each conventional home mortgage loan (and sometimes associated home equity line) application.

  – A1 and A2 credit risk class applications are routed to a "normal" underwriter

  – C1 and C2 credit risk class applications are routed to a more skilled underwriter

- The ECS model is not used to approve or decline a customer for credit and the score is not displayed to the underwriter.

- The score provides an easy-to-understand, real-time assessment of the relative credit risk ranking of the applicant; the higher the score the lower the risk; the lower the score, the higher the risk. The ECS score is binned into the following credit risk classes (CRCs):

| ECS Score | Credit Risk Class |
|-----------|-------------------|
| 76-199    | C2                |
| 200-219   | C1                |
| 220-249   | A2                |
| 250-333   | A1                |

© 2022 Wells Fargo Bank, N.A. Confidential

# Appendices

© 2022 Wells Fargo Bank, N.A. Confidential

# Fair Lending Analysis Approach

**FLMD models used to detect proxy variables utilized Tree Boosting algorithms (XG, LG Boost), with 11 ECS input variables**

**Only data for the primary applicant was analyzed (following methodology of CDM reviews)**

**The fair lending analyses consisted of the following:**

- Underline: Expected Outcome Disparities (EOD) Analysis: Assesses whether there were practically significant disparities associated with these models. Nine cutoffs were identified that separate the population into deciles. Based on these cutoffs, the EOD tables were generated which presented the Adverse Impact Ratio (AIR) at each of the 9 cutoffs

  - $AIR = \dfrac{\%\ \square\square\square\square\square\square\square\square\square\square\square\square_{i,c}}{\%\ \square\square\square\square\square\square\square\square\square\square\square\square_{j,c}}$

    Where:    i = fair lending test class

    j = fair lending control class

    c = cutoff

  – Those applicants with AIRs above the cutoff are considered to receive the favorable outcome, and those below the cutoff receive the unfavorable outcome

    • When the AIR = 1, the test and control class are equally receiving the favorable outcome
    • When the AIR < .9, the test class is proportionally more often receiving the unfavorable outcome, with the AIR denoting a practically significant disparity

  – Disparities between each credit risk classes generated by the model score were also examined.

- Underline: Variable Drivers Analysis: Identified which ECS model variables had the strongest relationships to the protected classes to help explain the disparities shown in the EOD tables

- Underline: Proxy Detection Analysis: Determine if there were any model variables that may be proxies for any of the protected classes

© 2022 Wells Fargo Bank, N.A. Confidential

# EOD Analysis

© 2022 Wells Fargo Bank, N.A. Confidential

# Overall ECS Score Cutoffs- 2020 and 2021 Combined

**For the combined data, the following (EOD) table presents the Adverse Impact Ratio (AIR) at 9 cutoffs, defined by deciles of scored observations**

- AIRs < .9 are practically significant and highlighted in red below.

**Conclusions:**

- The EOD table shows practically significant disparities for 4 protected classes.
- For classes 2 and 4, the disparities span all 9 cutoffs.
- For the remaining classes, the disparities range from 5 cutoffs to 4 cutoffs

| Class | Cutoff 1: 205 | Cutoff 2: 224 | Cutoff 3: 237 | Cutoff 4: 247 | Cutoff 5: 256 | Cutoff 6: 265 | Cutoff 7: 274 | Cutoff 8: 283 | Cutoff 9: 294 |
|---|---|---|---|---|---|---|---|---|---|
| Class 1 | 102.5% | 103.1% | 101.7% | 99.0% | 94.8% | 89.3% | 82.4% | 76.5% | 68.5% |
| Class 2 | 82.1% | 71.4% | 63.9% | 58.0% | 53.7% | 49.5% | 46.1% | 42.8% | 38.3% |
| Class 3 | 95.7% | 93.6% | 92.3% | 91.2% | 89.8% | 88.6% | 87.1% | 85.9% | 82.1% |
| Class 4 | 89.4% | 80.1% | 72.5% | 66.4% | 61.1% | 56.2% | 51.3% | 46.9% | 42.3% |
| Class 5 | 101.5% | 103.2% | 104.1% | 103.5% | 101.4% | 98.9% | 96.9% | 95.6% | 94.9% |

© 2022 Wells Fargo Bank, N.A. Confidential

# 2020 ECS Score Cutoffs

## For 2020 data, the following (EOD) table presents the Adverse Impact Ratio (AIR) at 9 cutoffs, defined by deciles of scored observations

- AIRs < .9 are practically significant and highlighted in red below.

## Conclusions:

- The EOD table shows practically significant disparities for 4 protected classes.
- For classes 2 and 4, the disparities span all 9 cutoffs.
- For the remaining classes, the disparities range from 5 cutoffs to 4 cutoffs

| Class | Cutoff 1: 206 | Cutoff 2: 224 | Cutoff 3: 237 | Cutoff 4: 247 | Cutoff 5: 256 | Cutoff 6: 264 | Cutoff 7: 273 | Cutoff 8: 282 | Cutoff 9: 293 |
|---|---|---|---|---|---|---|---|---|---|
| Class 1 | 102.2% | 102.5% | 100.8% | 97.8% | 93.6% | 88.8% | 82.0% | 76.4% | 68.2% |
| Class 2 | 81.5% | 70.9% | 63.3% | 57.2% | 52.9% | 48.8% | 46.0% | 42.0% | 37.5% |
| Class 3 | 95.6% | 93.2% | 91.5% | 90.5% | 88.8% | 87.7% | 86.5% | 85.4% | 81.3% |
| Class 4 | 88.6% | 79.6% | 71.7% | 65.4% | 60.0% | 55.8% | 51.0% | 46.0% | 42.4% |
| Class 5 | 101.2% | 102.5% | 103.4% | 102.5% | 100.3% | 98.3% | 96.2% | 94.8% | 95.8% |

© 2022 Wells Fargo Bank, N.A. Confidential

# 2021 ECS Score Cutoffs

**For 2021 data, the following (EOD) table presents the Adverse Impact Ratio (AIR) at 9 cutoffs, defined by deciles of scored observations**

- AIRs < .9 are practically significant and highlighted in red below.

**Conclusions:**

- The EOD table shows practically significant disparities for 4 protected classes.
- For class 2, the disparities span all 9 cutoffs.
- For the remaining classes, the disparities range from 8 cutoffs to 3 cutoffs

| Class | Cutoff 1: 204 | Cutoff 2: 224 | Cutoff 3: 237 | Cutoff 4: 247 | Cutoff 5: 257 | Cutoff 6: 265 | Cutoff 7: 274 | Cutoff 8: 284 | Cutoff 9: 295 |
|---|---|---|---|---|---|---|---|---|---|
| Class 1 | 102.7% | 103.8% | 102.7% | 100.4% | 95.5% | 90.7% | 83.8% | 77.0% | 69.8% |
| Class 2 | 82.9% | 71.8% | 64.3% | 58.5% | 53.7% | 50.2% | 46.0% | 43.1% | 38.3% |
| Class 3 | 95.9% | 93.9% | 92.8% | 91.6% | 90.2% | 89.1% | 87.4% | 86.0% | 82.9% |
| Class 4 | 90.0% | 80.6% | 73.2% | 67.2% | 61.5% | 57.2% | 52.0% | 47.2% | 42.3% |
| Class 5 | 101.8% | 103.8% | 104.7% | 104.2% | 102.0% | 99.3% | 97.0% | 95.2% | 93.0% |

© 2022 Wells Fargo Bank, N.A. Confidential

# Disparate Impact by Credit Risk Class

| Class | Year | A1 | A2 | C1 | C2 |
|---|---|---|---|---|---|
| Class 1 | Combined | 98% | 115% | 88% | 70% |
| Class 2 | Combined | 57% | 120% | 200% | 321% |
| Class 3 | Combined | 91% | 101% | 114% | 135% |
| Class 4 | Combined | 65% | 129% | 179% | 228% |
| Class 5 | Combined | 104% | 102% | 90% | 87% |

| Class | Year | A1 | A2 | C1 | C2 |
|---|---|---|---|---|---|
| Class 1 | 2020 | 97% | 116% | 91% | 74% |
| Class 2 | 2020 | 56% | 120% | 205% | 328% |
| Class 3 | 2020 | 91% | 101% | 115% | 136% |
| Class 4 | 2020 | 64% | 128% | 181% | 236% |
| Class 5 | 2020 | 103% | 102% | 93% | 90% |

| Class | Year | A1 | A2 | C1 | C2 |
|---|---|---|---|---|---|
| Class 1 | 2021 | 99% | 114% | 86% | 66% |
| Class 2 | 2021 | 58% | 121% | 196% | 315% |
| Class 3 | 2021 | 92% | 101% | 113% | 134% |
| Class 4 | 2021 | 66% | 129% | 178% | 221% |
| Class 5 | 2021 | 105% | 102% | 87% | 85% |

- There are disparities for protected classes 2, 3, and 4 when the ECS credit risk classes are ranged from low risk to high risk. These protected classes have practically significant:
  - Lower representation in the low credit risk class (A1);
  - Slightly over-representation in the low-to-middle credit risk class (A2);
  - Higher representation in the middle-to-high risk credit risk classes (C1 and C2).

- These results are consistent for combined data and for each distinct year, 2020 and 2021.

© 2022 Wells Fargo Bank, N.A. Confidential

12

© 2022 Wells Fargo Bank, N.A. Confidential

Variable Drivers

# Variable Drivers Analysis

**The following were the identified as likely drivers of the disparities identified in the EOD tables and would have the most potential to affect practically significant results**

- Average months in file
- Recent inquiries
- Major derogatories

**The model documentation should at least include rationale and alternatives considered for the use of the three variables highlighted in red below**

| Variable name | Variable Description |
|---|---|
| AVG_MOS_IN_FILE | Average number of months of all trade lines on credit report that have been opened |
| BAL_CR_RT_OLDEST_Omtg | Total utilization ratio for the oldest open Mortgage or Home Equity trade. |
| BAL_CR_RT_OLDEST_OHE | Total utilization ratio for the oldest open Home Equity trade |
| BANK_NATL_TL_BAL_7 | Number of bank/national trade lines with balance 75% or more of the available credit |
| INQ_6_MON_EXCL_LAS | Number of inquiries made less than or 6 months ago based on the credit inquiry date |
| MAX_BAL_CR_RATIO_A | Maximum utilization as a percentage among all trade lines with valid balance and credit amount excluding disputed trade lines |
| MOST_RECENT_DELQ | Number of months since the most recent delinquent trade line |
| NET_FRCT_REV_BURDE | Utilization on revolving trade lines as a percentage |
| OPEN_BANKCARD | Number of open bankcard trade lines |
| TL90E_DEROG_PR_COL | Number of trade lines at least 90 days delinquent or worse, collections and/or public records/legal items |
| WORST_RATING_CB | The worst rating from trade lines, collections and/or public records/legal items |

© 2022 Wells Fargo Bank, N.A. Confidential

14

1086

15

# Proxy Detection

© 2022 Wells Fargo Bank, N.A. Confidential

# Proxy Detection Analysis

Proxy Detection Analysis is a 2-stage process, whose goal is to detect variables that singularly or in combination potentially identify the protected class membership of an individual. Such variables are referred to as proxy variables and are not allowed by the ECOA.

The use of proxy variables, intentionally or not, is not allowed and their removal from a model may eliminate or reduce fair lending disparities of the model.

- Stage 1: Determine if a model using a *combination* of variables can be a proxy for a protected class
  - Multiple models using different methodologies are developed to predict the test versus control fair lending class
  - Using the model that most accurately classifies the protected classes, assess the prediction error rate. If the error rate is high, then the combination of variables does not successfully predict the test versus control fair lending classes. Conversely, when the error rate is low, the model can successfully detect whether individuals belong to a test or control fair lending class, which indicates that the associated combination of model variables have high proxy risk potential.
  - **No high proxy risk was found in the stage 1 analysis; it was not necessary to conduct Stage 2 of the analysis**

| | Class 1 | Class 2 | Class 3 | Class 4 | Class 5 | Class 6 | Total | % Correct |
|---|---|---|---|---|---|---|---|---|
| Class 1 | 1,638 | - | - | 4 | - | - | 24,801 | 7% |
| Class 2 | 77 | 0 | - | 2 | - | - | 12,465 | 0% |
| Class 3 | - | - | 4,266 | - | - | - | 44,851 | 10% |
| Class 4 | 440 | - | - | 3 | - | - | 27,043 | 0% |
| Class 5 | - | - | - | - | 9,080 | - | 42,368 | 21% |
| Class 6 | 7 | - | - | 1 | - | 0 | 1,234 | 0% |

© 2022 Wells Fargo Bank, N.A. Confidential

## Prepared by

- Mary Dee LeMaire – Compliance Director
- Kevin Cobb – Compliance Manager
- Jason Tucker – Lead Compliance Officer
- Joel Brodsky – RMG Quantitative Analytics Senior Manager
- Jeff Snow – Senior Lead Quantitative Analytics Specialist

© 2022 Wells Fargo Bank, N.A. Confidential

# EXHIBIT 54

# Annual Review Report



Corp Risk - RMG (Credit, Compliance & Operational Risk)
HL Credit Scoring

# HL Conventional Orig Custom ECS Score

Validation date: Q1 2023
Model type: Quantitative Credit Scoring Model
Portfolio or product name: Lending Product (loans, lines and leases)\
Consumer Real Estate
Risk Rank: Risk Rank 2
Model number: 11960
Model version: 1.0

Date created: 01/11/2023
Last updated: 03/06/2023
Document version: 1.4
Validator(s): Manoj S, Prantic R Dey
Contributor(s): Nguyen Truong



© 2023 Wells Fargo Bank, N.A. All rights reserved. Confidential
Template version 2022.10.28

CONFIDENTIAL



Together we'll go far

WF-00133157

# Summary information

## Document version history

| # | Revision Description | Revised by | Revised date |
|---|---|---|---|
| V1.0 | Draft created, MoRS data populated | Manoj S | 1/20/2023 |
| V1.1 | Incorporated feedback from Prantic | Manoj S | 2/13/2023 |
| V1.2 | Incorporated feedback from Nguyen | Manoj S | 2/17/2023 |
| V1.3 | Updated with communication from LOB | Manoj S | 2/24/2023 |
| V1.4 | Incorporated comments from DSCM Team | Manoj S | 3/06/2023 |

## Model summary

| Item | Value |
|---|---|
| Line of business | Corp Risk - RMG (Credit, Compliance & Operational Risk) |
| Portfolio/Product | Lending Product (loans, lines and leases)\ Consumer Real Estate |
| Model name | HL Conventional Orig Custom ECS Score |
| Model number | 11960 |
| Model version | 1.0 |
| Model implementation date | 11/14/2015 |
| Model risk ranking | Risk Rank 2 |
| Model owner(s) / primary model user | MICHAEL SCHIMEK |
| Model developer(s) | Dina Rojas,Maria Kau,Parashar Bhise,Qun Zeng,EMMY LOU ILAGAN,Maria Sally Relova |
| Development COE | RMG - Credit Risk Decisioning |
| Model manager | MICHAEL SCHIMEK |
| Strategy owner | N/A |
| Model Risk Officer | Vidya Kiran Yalavarthy |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 2 of 81

1092

WF-00133158

# Template version control

| Version number | Summary | Author(s) | Date |
|---|---|---|---|
| 2021.02.01 | Created restructured annual review template. Covers same topics as prior template but are reorganized to better focus on changes to model risk (changes to the model and external to the model) and how is the model risk managed (progress on model risk finding remediation, model performance and monitoring). | Ximena Zambrano | Feb. 01, 2021 |
| 2022.10.28 | Eliminated section 2.3 related to reviewing the model development document and prior validation reports as the requirement to do so was removed from model risk management policy and procedures in December 2021. Added guidance to 2.1.1 #2 related to checking the model's change log for changes to the list of upstream models | Ken Fu, Dan Kern and Ximena Zambrano | Oct. 28, 2022 |

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133159

1093

# Contents

1 Executive summary ......................................................................................................................................... 6

    *1.1    Introduction* ...................................................................................................................................... 6

    *1.2    Model Description* ............................................................................................................................ 6

    *1.3    Conclusion* ....................................................................................................................................... 7

2 Recent Changes ........................................................................................................................................... 10

    *2.1    Changes affecting the model* ......................................................................................................... 10

        2.1.1    Upstream models ................................................................................................................ 10

        2.1.2    Business or environmental factors external to the model ................................................. 10

    *2.2    Changes to the model or the model use* ........................................................................................ 13

        2.2.1 Changes to the model or the model use ............................................................................ 13

        2.2.2    Risk Rank .............................................................................................................................. 16

3 Model Performance ..................................................................................................................................... 18

    *3.1    Monitoring Approach* ..................................................................................................................... 18

    *3.2    Monitoring Results and Key Performance Indicators (KPIs) or metrics* ........................................ 18

    *3.3    Historical Performance Review Results* ......................................................................................... 19

        3.3.1    Data Integrity ...................................................................................................................... 20

        3.3.2    Front-end Tracking .............................................................................................................. 22

            3.3.2.1    Population Stability Report ........................................................................................ 22

            3.3.2.2    Characteristic analysis ............................................................................................... 26

            3.3.2.3    Override Report ......................................................................................................... 28

            3.3.2.4    Final score report ...................................................................................................... 28

        3.3.3    Back-end Tracking ............................................................................................................... 29

            3.3.3.1 Discriminatory Power ............................................................................................... 29

            3.3.3.2    Log-odds vs. Score plot ............................................................................................. 33

        3.3.4    Benchmark Analysis ............................................................................................................ 52

        3.3.5    Historical Ratings & Comments .......................................................................................... 57

4        Model risk findings, limitations, and restrictions ................................................................................ 69

Appendix A – Supporting Documents ............................................................................................................. 74

    *A.1 HLECSV1 CON Model Q4 2022 RFI* ................................................................................................... 69

    *A.2 HLECSV1 CON Model Q3 2022 KPI Report* ....................................................................................... 74

    *A.3 HLECSV1 CON Model Q3 2022 Supplemental Statistics* .................................................................. 74

    *A.4 HLECSV1 CON Model KP Deck* ........................................................................................................ 74

    *A.5 HLECSV1 CON Monthly Data Risk Review 202101* .......................................................................... 74

    *A.6 HLECSV1 CON Non – Deferral Accounts KPI* ................................................................................... 74

*A.7 COVID-19 Relevant Origination Policy Changes* ........................................................................................................... 75

*A.8 Change log – SPCP Program* .......................................................................................................................................... 75

*A.9 Question for AR11960 – DSCM Response* ...................................................................................................................... 75

**Appendix B – Detailed Calculations** ...................................................................................................................................... **76**

*B.1 Characteristic analysis. Detailed calculations.* .......................................................................................................... 76

**References** .............................................................................................................................................................................. **81**

# 1 Executive summary

## 1.1    Introduction

The primary purpose of an annual review is to review the status of the model approval and determine if any additional risk management actions are needed, including conducting a targeted scope validation, a revalidation, or redevelopment of the model. This annual review of the HL Conventional Orig Custom ECS Score (model number 11960) includes the review and identified findings in the following areas:

• Review of the recent model changes, including changes to the list of upstream models and external factors affecting the model , changes to the model use and risk rank, and changes to the risk management standards affecting the model
• Review of the model performance, including monitoring approach, key performance indicators or metrics, and historical performance review results
• Review of the model findings, limitations and restrictions

This annual review was conducted based on the Model development document (MDD) version 7.0 dated December 8, 2022 loaded to MoRS by LOB on December 19, 2022 as well as the validation report dated February 24, 2021 published in MoRS by CMoR on February 24, 2021.

## 1.2    Model Description

1.   Provide a brief description of the model.

The model description from MoRS is

The Home Lending Enhance Credit Score Model (HL ECS v1), is a credit scoring model designed to generate credit risk score for WFHL (Wells Fargo Home Leading) home mortgage and home equity simultaneous applications. The new model is in accordance with Policy/ Compliance/Legal requirements, developed using statistically sound methodology and empirically derived estimations. HL ECS v1 is a scorecard model that predicts 90+ day past due or worse (dpd--ever past due, bankrupt foreclosure, charge-off or otherwise settled flag within the same time frame) at 36 months from acquisition.

The model was developed for use in acquisition risk underwriting specifically for the following decision areas:

- Scoring Conventional (conforming, non-conforming) Applications on the Conventional model.
- The lowest score between the two scored borrowers (if joint application) or the borrower score (if single application) will generate the top 6 Risk Insight Messages explaining the credit risk profile for Conventional.
- The score is binned to create Credit Risk Classes (CRCs) for Conventional. CRC is used in the credit approval process.
- Low scores that are binned for Caution Credit Risk Class for Conventional Conforming are routed to a pricing strategy in the pricing engine.

- The score is an input for Priority Buyer Letter logic for Conventional.
- The score is an input to the process of routing the applications to the appropriate underwriter.
- The score is an input to assess the level of documentation required to process and underwrite the loan based on the risk assessment.
- The score is an eligibility determinant for the sale of mortgage loans to Fannie Mae and Freddie Mac.

However, the model has not been used for scoring SIMO applications. There is an active model restriction (ID – R10413) that restricts any use for SIMO until further assessment. For more details please refer to Table 4-4 (Section 4) of this document.

2. Describe the Approved Model Use(s).

The approved model uses from MoRS are:
Credit Scoring

Approved model use details from MoRS:
The HL ECS 1st Conventional Custom Originations Score is approved for use in the underwriting activities such as approval, declining and/or pricing for products/populations as defined by model development inclusion/exclusion criteria.

Based on the discussion with the COE modeling team from the 2021 revalidation, the following addition has been added to the model use to add more clarity:

The HL-ECS score is not displayed to underwriter. The HL-ECS score is not used to disqualify an applicant; it is used to establish the associated credit risk and underwriter level required to evaluate the application. No automatic approval or denial are done using the HL-ECS score.

The model is owned by MICHAEL SCHIMEK from Corp Risk - RMG (Credit, Compliance & Operational Risk).

## 1.3    Conclusion

1. The conclusion of the annual review.

No targeted scope validation, revalidation, or redevelopment of the model is needed at this time. The validator reviewed information provided by the LOB as part of Request for Information (RFI), recent model performance, list of upstream models, and the model change log which did not identify any triggering events.

The illustration and table below provide a summary of the actions taken related to model risk findings, limitations, and restrictions during this annual review. See Chapter 4 of this report for details.



Figure 1: Summary of Model Risk Finding (MRF) counts and actions during this annual review

Table 0-1: Summary of limitations and restrictions

|  | Active at start of AR | Deactivated/lifted during AR | Added during AR | Active at conclusion of AR |
|---|---|---|---|---|
| Limitations | 1 | 0 | 0 | 1 |
| Restrictions | 1 | 0 | 0 | 1 |

2. Provide the validation approval status.

The Current Validation Assessment of the model remains 'Approved with Restrictions', with the lifecycle status being 'Approved for Use'.

As part of the current Annual Review, the validator assessed the behavior of the performance metrics provided in the HLECSV1 Q3 2022 RFI (**Error! Reference source not found.**1). The validator finds that the model demonstrates fair performance for its intended use based on the conclusions in Section **Error! Reference source not found.**. Furthermore, the validator reviewed the monitoring approach documented in the monitoring program documented in MoRS that was approved on 10/5/2021 and found it to be sufficient for this model. Additionally, previous validation activities are in line with current model risk policy. Finally, no triggering events were identified by the validator as a result of the review of the model uses, change log and Risk Rank template.

# 2 Recent Changes

## 2.1 Changes affecting the model

### 2.1.1 Upstream models

1. Provide the list of upstream models.

<p align="center">Table 0-1: Upstream Models</p>

| Model number-name | Model description | Approved model use(s) | Current Validation Assessment | Lifecycle status |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

2. Review if there have been any changes to upstream models.

Model #11960 has no upstream models.

### 2.1.2 Business or environmental factors external to the model

1. Describe business or environmental factors that may have changed since the most recent validation touchpoint.

Per the completed Request for Information (RFI) template, the model owner indicated that no significant changes have occurred recently in the business or environmental factors that would affect the model use. Based on the validator's knowledge of the business and related environment, the validator agrees with the model owner and is unaware of any significant changes in the business or environmental factors that have occurred recently.

Quoting from the RFI –

*"No major events that could be considered a triggering event have occurred since the initial validation/implementation.*

*Attached is the current Credit Bureau Alerts summary that demonstrates that there is nothing that can be considered a triggering event. There are no "Single Credit Bureau Alerts" update after 1/11/2021 that requires impact assessment. The full documentation can be provided upon request "*

The "Credit Bureau Alerts Summary" is attached herewith.



Credit Bureau Alerts
Master List.xlsx

**Evaluation Impacts of COVID-19**

In June 2020, CMoR informed the requirements to evaluate the impact of the COVID-19 on models. The key requirements for CFMO and model owners include the following:

- Evaluation of the model performance EVEN IF current performance KPI has not been breached, judgmental "Yellow" or "Red" rating may be required.

- Identification of sources of model risk.

- Communication and escalation, including Change Log entries.

- Evaluation and mitigation.

- Managing mitigation strategies.

- Continued monitoring and update.

As stated in the memo published by CFMO and CMoR in October 2020, all RFIs are now required to address the above six requirements on the COVID-19.

**1. Evaluation of model performance:**

The most recent RFI [1] states -

*"The prior ratings by CFMO and the LOB are Yellow for 2022Q3. As discussed in Section 2.6 of the RFI, based on the most recent review (2022Q4) by CFMO and the LOB, the final rating is Yellow due to COVID19 for this model of risk rank 2 considering the vastly different economic environment today due to COVID-19 as compared to the model development data periods."*

The validator agrees with the above explanation provided in the RFI. The model performance result was given a rating of "Yellow" in the previous quarter to consider the impact of COVID (Q2 '22) and also due to the deferral accounts being counted as delinquent. The current performance result (Q3 2022) has been rated "Yellow". Per the LOB and DSCMT, *'While model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to deferral loans counting as delinquent and uncertainties regarding impact of COVID-19 pandemic on future performance. There are no data Issues or concerns, no changes to the model post implementation and no production issues. There are no significant new model uses identified'.*

The validator agrees with the ratings for the current period. The MIS data report has been reconciled with the monitoring reports and no issues have been found. While breaches of thresholds have been observed in PSI and KS, the validator considers the Yellow rating justifiable since: a) the Non Deferral population full performance KS is green; b) model outperforms benchmark FICO score for BAU population and rank orders well; 3) the flattening of log odds curve for non-deferred population is partly due to low bad volume.

**2. Identification of sources of model risk:**

According to the change log # 18852 in MoRS, the LOB documents sources of model risk as follows: "Impacts to the model are expected as a result of the COVID-19 outbreak. Collection efforts are impaired due to large volumes of inbound calls and reduced staffing at collection sites. Disaster playbook has been invoked, including but not limited to reactive payment deferrals. We expect volatility in model inputs and model performance during the COVID-19 outbreak and lingering impacts thereafter due to any economic changes which will be evaluated."

The validator considers the sources of model risk to be appropriately identified and adequately documented.

**3. Communication and Escalation:**

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL                                        **1101**                                        WF-00133167

As per the RFI, the sources of model risk have been identified and communicated by the above change log # 18852 in MoRS.  In addition, actions relating to COVID for the HLECSV1 CON model are updated regularly on Team Sites CFMO - COVID-19 Credit Score Model Reporting and Monitoring (Consumer and Commercial).

## 4.  Evaluation and Mitigation Determination:

The RFI provides the following –

*"According to the memo "Marginal Contribution Analysis - Consumer.pdf" from the CFMO website in the following URL*

[http://teamsites.teamworks.wellsfargo.net/sites/corprisk-corpcredit-038/CFMO/COVID19%20COE%20Consumer/Evaluation%20of%20Model%20Performance/Consumer/Marginal%20Contribution%20Analysis%20-%20Consumer.pdf](http://teamsites.teamworks.wellsfargo.net/sites/corprisk-corpcredit-038/CFMO/COVID19%20COE%20Consumer/Evaluation%20of%20Model%20Performance/Consumer/Marginal%20Contribution%20Analysis%20-%20Consumer.pdf)

*, in order to help model users better understand the model limitations and to make better use of the existing credit models DSCM conducted a marginal contribution study to gauge the impact of COVID-19 pandemic on a selected set of 11 custom scores including the HLECSV1 CON model (11960) given change in consumer behaviors and source data change from credit bureaus.  This study was focused on compiling marginal contribution of attributes used in the models by risk dimensions of selected models.  As a conclusion, the custom models are expected to behave similarly to FICO models such that the risk rank will be retained but the odds to score relationship can shift.  Furthermore, LOB custom scores may do better than the FICO score since a large contribution to many of the models is from non-bureau data.*

*Besides the study, some additional mitigation factors for the HLECSV1 CON model included the back-end performance shows that the model performed at least similar or better than the benchmarked FICO in terms of KS and ROC."*

The validator agrees with the above statements. The model rank orders well and on 36 month BAU loans, the KS outperforms FICO score. On 18 month and 36 month BAU non-deferred loans, the KS slightly underperforms FICO score. However, the risk is mitigated due to overall KS turning green and lower bad rates across all bins.

## 5.  Managing Mitigation Strategies:

The LOB has made several COVID-19 Relevant Origination Policy Changes as seen in document "COVID-19 Relevant Origination Policy Changes - Portfolio.pptx" attached in Appendix A.7

## 6.  Continued Monitoring and Updating:

In terms of ongoing monitoring, the most recent RFI states -

*"The LOB has been developing a detailed schedule to further specify the models impacted by COVID-19 for specific monitoring and analysis.  As of December 2020, the COVID-19 monitoring plan includes the following for this model (11960):*

- *Review deferral frequency monitoring report to understand volume of deferrals relative to total and ensure model deferral volume is in line with portfolio reporting.*

- *Review quarterly performance reporting (early and full KS, log odds to score, benchmark, baseline) - Non Deferrals Only to determine economic impacts on non-deferral population and ensure that deferral population is not impacting overall results."*

CMoR considers the LOB addresses the 6 six COVID related requirements adequately and therefore, a model limitation due to COVID-19 is not necessary at this point.

## 2.2    Changes to the model or the model use

### 2.2.1 Changes to the model or the model use

1. Review model change entries in the change log and determine if there have been any changes to the model or its use that are triggering events in the most recent 12 months.

The validator reviewed the recent model changes recorded in the model change log (see below) and did not identify any entries as a triggering event.

Change log entry #26799 records the identification of missing Primary/Secondary borrower indicator in some HLECS model decision data. The Change log comment further states, '*Investigation with the database team has confirmed those decisions received a "NODECISION" review message from the system after the score has been generated and the decision process is halted and the Primary/Secondary borrower indicator is not sent to the output SAS database. No completion of model evaluation is done and the model information generated before the halt is never used in the mortgage decision. Because of no model use and risk engine team suggestion the "NODECSION" data will be excluded for all HLECS model monitoring reports.*' This is a non-triggering event because of extremely low volume. No more than 0.07% of data has "NODECISION" review message for Conventional Model.

Change log entry #26800 records the incorrect logic used to select the Primary/Secondary wage earner to score the HLECS model for Non-Conforming applications between 12/4/2021 and 3/24/2022 in production. As per the comment in MoRS, '*This is a non-triggering event because only 13 applications are impacted generating incorrect HLECS credit risk class and the scoring itself is correct (just borrowers to be scored are not correctly selected).*'

Change log entry #27247 records the introduction of the Special Purpose Credit Program (SPCP). This event is considered a non-triggering event since there is no changes to either model or model use to accommodate this refinance program. Refer to the attached non-triggering event statement document in Appendix A.8 for more details.

| Change Log Number | Open Date | Primary Contact | Change Type | Triggering Event Flag | Description of Change and Code Changes | Closure Date |
|---|---|---|---|---|---|---|
| 14527 | 06/13/2018 | Dina Rojas | Input/ Theory or Code Change | No | 5% of the applications will have the DTI calculated using a proprietary FNMA tool. CFMO/CMOR have agreed to allow a delay in the adaptability study during this pilot. If the tool is rolled out on a larger population a full adaptability study | nan |

| Change Log Number | Open Date | Primary Contact | Change Type | Triggering Event Flag | Description of Change and Code Changes | Closure Date |
|---|---|---|---|---|---|---|
| | | | | | will be submltted. Please see the attached email and approval for the delay. | |
| 16449 | 08/01/2019 | Dina Rojas | Input/ Theory or Code Change | No | Wells Fargo has the opportunity to participate in a Fannie Mae pilot of using Single Bureau MISMO files for underwriting Conforming loans if the FICO score is <=680.<br><br>We would like to use Experian as the primary bureau and also use this single bureau MISMO file to generate HLECS. | nan |
| 17507 | 12/20/2019 | Dina Rojas | Input/ Theory or Code Change | No | An approval was obtained in 2019 for use of net pay. This document further analyzes that use and it is deemed non triggering without the need of validation. The tool will continue to be used. The write up from the original submission in June 2019 is captured in the parenthetical (5% of the applications will have the DTI calculated using a proprietary FNMA tool. Please see the attached email reflecting CFMO/CMOR has agreed that the use is non triggering without any limitations or restrictions on volume. | nan |
| 18852 | 07/01/2020 | MICHAEL SCHIMEK | Environmental Change | No | Impacts to the model are expected as a result of the COVID-19 outbreak. Collection efforts are impaired due to large volumes of inbound calls and reduced staffing at collection sites. Disaster playbook has been invoked, including but not limited to reactive payment deferrals. We expect volatility in model inputs and model performance during the COVID-19 outbreak and lingering impacts thereafter due to any economic changes which will be evaluated. | nan |
| 23937 | 08/27/2021 | MICHAEL SCHIMEK | Performance Change | No | The event is non triggering because it is not a baseline change but simply a database change due to AIMS retiring. CMoR and CFMO will be consulted, the memorandum | nan |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 14 of 81

WF-00133170

1104

| Change Log Number | Open Date | Primary Contact | Change Type | Triggering Event Flag | Description of Change and Code Changes | Closure Date |
|---|---|---|---|---|---|---|
| | | | | | containing more details supporting the decision of non-triggering is attached. | |
| 26799 | 06/16/2022 | Dina Rojas | Use/ Population/ Product or Process Change | No | Model monitoring decision engine data exclusion effective Q2'2022 application quarterly reports and effective May 2022 application monthly data risk report. - It is identified some HLECS model decision engine data used in model performance monitoring with valid model score has missing Primary/Secondary borrower indicator. Investigation with the database team has confirmed those decisions received a "NODECISION" review message from the system after the score has been generated and the decision process is halted and the Primary/Secondary borrower indicator is not sent to the output SAS database. No completion of model evaluation is done and the model information generated before the halt is never used in the mortgage decision. Because of no model use and risk engine team suggestion the "NODECSION" data will be excluded for all HLECS model monitoring reports. This is a non-triggering event because of extremely low volume. No more than 0.07% of data has "NODECISION" review message for Conventional Model and 0.00% for Government Model in the past 5 quarters. | nan |
| 26800 | 07/11/2022 | Dina Rojas | Use/ Population/ Product or Process Change | No | Production issue - The Primary/Secondary wage earner logic was incorrect to be selected to score the HLECS model for Non-Conforming applications between 12/4/2021 and 3/24/2022 in production. This is a non-triggering event because only 13 applications are impacted generating incorrect HLECS credit risk class and the scoring itself is | nan |

| Change Log Number | Open Date | Primary Contact | Change Type | Triggering Event Flag | Description of Change and Code Changes | Closure Date |
|---|---|---|---|---|---|---|
| | | | | | correct(just borrowers to be scored are not correctly selected). | |
| 27247 | 11/17/2022 | Dina Rojas | Use/ Population/ Product or Process Change | No | The model will be used in a highly confidential initiative. Please only access the memo if there is an authorized business need to know. | nan |

## 2.2.2 Risk Rank

1. Check whether an annual risk rank assessment has been completed in the most recent 12 months.

The most recent annual risk rank assessment was completed and loaded on 12/14/2022 in MoRS and is available on the History tab for the model. Since this assessment is within the past 12 months, no risk rank assessment is due at this time.

2. Review if there have been changes to Risk Rank in the most recent 12 months.

The model is a Risk Rank 2. The risk rank has not changed since the most recent annual review.

3. Evaluate if the risk rank should be reassessed.

The HLECSV1 CON model risk rank is determined in terms of its Reliance, Materiality and Complexity.

### Reliance for business use

For Reliance, the risk-rating key is "Low". As per the Risk Rank template, '*The score is not used for automatic accept/decline decisions and is not displayed to the underwriter. The risk class (mapping of the score) and the Risk Insight Messages are displayed to assist the underwriters in their process.*'

### Materiality

For the HLECSV1 CON model, the effective balance is $ 41395.25 MM which corresponds to a Materiality rating of "High". The effective loss impact is $ 1815.18 MM, which corresponds to a Materiality rating of "High".

Hence, the Overall Materiality Rating for the FICO v9 model is "High".

### Complexity

The Complexity rating of the FICO v9 model is determined based on the following four factors:

· **Input data**: Model is an empirically derived custom scorecard that involved reject inference. A significant number of the attributes in the model are derived off raw credit bureau data. Hence the rating assigned is "High".

· **Product, Portfolio, and Transactions**: Product is a conventional mortgage loan (Conforming, Non-Conforming) that contains multiple products/channels. Hence the rating assigned is "Moderate".

· **Design and Methodology:** Product is a conventional mortgage loan (Conforming, Non-Conforming) that contains multiple products/channels. Hence the rating assigned is "Moderate".

· **Interdependence, Implementation, and Deployment**: This model has no upstream models or no downstream models associated with it. Hence the rating assigned is "Low".

Hence the Overall Complexity Score is "Moderate".

Conclusions

Based on the recommended risk rank determination grid (see Table 2.2.1 below) in the current Model Risk Management Risk Ranking Requirements, the model should be given a risk rank of 2 on the following grounds:

A. "Low" Reliance for business

B. "High" Materiality

C. "Moderate" Complexity

Figure 2.2.1: Risk rank determination grid

| Reliance = Low | | | | |
|---|---|---|---|---|
| | Materiality | | | |
| | *High* | *Moderate* | Low | De Minimis |
| Complexity — High | RR2 | RR3 | RR4 | RR4 |
| Complexity — Moderate | RR2 | RR3 | RR4 | RR4 |
| Complexity — Low | RR3 | RR4 | RR4 | RR4 |

The validator reviewed the most recent risk rank template (loaded to MoRS on 12/14/2022) and determined that the appropriate process was followed for the model risk rank determination. Based on the validator's review of the content discussed in this report, the validator determined that there is no change in reliance, materiality and complexity and overall risk rank from last annual review, therefore the model's risk rank template does not need resubmission at this time.

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 17 of 81

1107

WF-00133173

# 3 Model Performance

## 3.1 Monitoring Approach

1. Describe the monitoring approach.

The model (#11960) monitoring is reported quarterly. The monitoring is described in a monitoring program documented in MoRS that was approved on 10/5/2021 and section 9.1 of the model development document [4], which is acceptable for qualitative risk rank 2 models. Monitoring results are reviewed quarterly by the model owner and CFMO performance reviewer. MoRS contains performance monitoring results for 22 quarters.

In addition, as part of the new ongoing monitoring requirements for data risk, BD Risk Modeling will generate monthly data risk monitoring reports to identify issues pertaining to data risk. Specifically, BD Risk Modeling will be generating monthly PSI and characteristic analyses to ensure that the data feeding the model is accurate.

## 3.2 Monitoring Results and Key Performance Indicators (KPIs) or metrics

1. Provide list of KPIs or other metrics used for ongoing monitoring.

KPIs are defined and there are no other metrics required in monitoring. Three key performance indicators are defined for this model. The KPIs are listed in the table below.

Table 3.1: KPIs

| KPI Name | KPI Description |
|---|---|
| Population counts | In order to assess data integrity the overall counts of the model population are compared to the counts derived from other reports produced by the bank but external to the modeling department. |
| KS Change % from Baseline | KS change from the baseline. In line with the model Performance Monitoring Program, the following tolerance thresholds apply to ΔKS (%) between Baseline and Current population:<br><br>✓ <Satisfactory (or "Continue", Green Status)<br>　　　　　KS (Δ%) > -15% (Inner Threshold)<br>✓ <Marginal (or "Watch", Yellow Status)<br>　　　　　-20% <= KS (Δ%) <= -15%<br>✓ <Review Required (or "Action Required", Red Status)<br>　　　　　KS (Δ%) < -20% (Outer Threshold)<br>Where (Δ%) = (currently observed − baseline)/baseline |
| Population Stability Index (PSI) | This index measures changes in the percentage of applicants/accounts in each score range for the Current population compared to the Baseline. The PSI is calculated with the following formula:<br><br>$$PSI = \sum \left[ (\%Actual_i - \%Expected_i) \cdot \left( \ln\left( \frac{\%Actual_i}{\%Expected_i} \right) \right) \right]$$<br><br>Where i is the score decile from 1 to n (n= # of score ranges).<br><br>According with the ACS model Performance Monitoring Program, the following tolerance thresholds are defined:<br><br>✓ Satisfactory (or "Continue", Green Status)　　PSI<0.10 (Inner Threshold)<br>✓ Marginal (or "Watch", Yellow Status) 0.10<=PSI<=0.25 |

| KPI Name | KPI Description |
|---|---|
| | ✓ Review Required (or "Action Required", Red Status) PSI>0.25 (Outer Threshold) |
| Characteristic Analysis Report (CA) | The analysis can identify the primary reasons for any shift in the population from Baseline. The CA monitors the effect of shifts in the distribution of characteristic values and the associated score point in each model from Baseline to Current population. |
| KS Change % from benchmark | In line with the model Performance Monitoring Program, the following tolerance thresholds apply to $\Delta$KS (%) between the model and Benchmark models:<br><br>✓ Satisfactory (or "Continue", Green Status)<br>$\Delta KS_{current} > (\Delta KS_{baseline} -15\%)$----→(Inner Threshold)<br>✓ Marginal (or "Watch", Yellow Status)<br>$(\Delta KS_{baseline} -15\%) >= \Delta KS_{current} >= (\Delta KS_{baseline} - 20\%)$<br>✓ Review Required (or "Action Required", Red Status)<br>$\Delta KS_{current} < (\Delta KS_{baseline} - 20\%)$----→(Outer Threshold)<br>Where ($\Delta\%$) = (KS model - KS benchmark )/KS benchmark |
| Slope of the log/odds line across the score range | The slope summarizes the relationship between the good and bad ratio across the score range. A higher slope indicates a greater power to capture bad applications. |
| Bad Rate across score rank intervals | This plot measures the risk-ranking ability of the model by tracking bad rates against score bands. |
| ROC Curve | The Receiver Operating Characteristic (ROC) curve is created by plotting the true positive rate against the <u>false positive rate</u> at different population moments. The area under the curve measures classifier performance across all score ranges. The ROC curve is plotted under the baseline and most recent population sample and visual inspection is performed as part of the monitoring process. |

## 3.3 Historical Performance Review Results

1. Provide a conclusion on recent model performance results.

As part of the current Annual Review, the validator assessed the behavior of the performance metrics and reports in HLECSV1 CON model RFI (Appendix A.1). The validator finds that the model performs as intended based on the following arguments:

1. Data Integrity checks indicate that there are no material differences between the model monitoring volumes and the volumes in the LOB MIS report.

2. The model PSI has turned Red for the past two quarters (2022Q2, 2022Q3) and was in Yellow for the two quarters before (2021Q4, 2022Q1), showing an increasing trend. The breach follows the end of COVID-19 strategy tightening period during which the PSI remained Green for 9 quarters. The shift is attributed to lower credit quality accounts after the implementation of cash-out refinance in March 2021 and application scores shifting lower due to rising mortgage rates since Q4 2021. Characteristic analysis shows that the score shifts are in line with the strategy tightening and change in account behavior reported by the LOB.

3. KS change from baseline under the full performance window for BAU population indicates that there is a significant material deterioration of the model discriminatory power on the most recent population (Q4 2018 – Q3 2019) when compared to the baseline and the variation is beyond the tolerance threshold (<-20%): Overall

population [KS Δ -21.0%], Conforming accounts [KS Δ -25.7%] and Non-Conforming accounts [KS Δ -70.3%]. The model outperforms FICO benchmark under the full performance window, in terms of KS metric.

4. KS change from baseline under the early performance window indicates that there is slight decrease in the model discriminatory power on the most recent population (Q2 2020 – Q1 2021) when compared to the baseline. However, the variation is within the tolerance threshold (<-20%): Overall population [KS Δ -0.5%]. The model outperforms FICO benchmark under the early performance window, in terms of KS metric.

5. Full performance log odds assessment shows that the log-odds curve for the current review period (Q4 2018 – Q3 2019) flattened slightly when compared with log-odds curve for the baseline, indicating a reduction of model discriminatory power since the baseline. The odds for higher score bins dropped more than lower score bins as the customer behavior in higher score bins changed due to deferral option, thus reducing the differentiation power. The model continues to rank order satisfactorily with a few rank order reversals.

6. Early performance log odds assessment shows that the log-odds curve for the current review period (Q2 2020 – Q1 2021) shows little flattening compared with log-odds curve for the baseline. The odds dropped for all bins due to COVID-19 forbearance. The model continues to rank order satisfactorily with a few rank order reversals.

Detailed discussions on data integrity, front-end tracking, back-end assessment, and benchmark analysis for the model have been provided below in the subsequent parts of this section.

## 3.3.1 Data Integrity

This section provides the variance in account volumes between monitoring report and MIS report.

Tables 3.2 and 3.3 shows the variance between the quarterly applications and approved account volumes respectively for monitoring and the LOB MIS report after accounting for the HLECS exclusions.

Analysis/Findings:

- The results in Table 3.2 show that the variance of the application volumes between the two sources is below 5% for all the assessed quarters.

- The results in Table 3.3 show that the variance of the approved accounts between the two sources is below 5% for all the assessed quarters.

- Hence CMoR finds that the data integrity checks set in place produce satisfactory results and there is no data risk associated with it.

Table 3-2: Variance between the quarterly application volumes in monitoring and the MIS report

| Monitoring Volumes | | | | | | | |
|---|---|---|---|---|---|---|---|
| # Applications | 2021Q1 | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
| Overall | 192,703 | 176,192 | 155,144 | 119,770 | 120,288 | 78,194 | 54,372 |
| **LOB MIS Report for Cross Checking** | | | | | | | |
| # Applications | 2021Q1 | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
| Overall | 291,197 | 275,810 | 255,191 | 192,077 | 197,075 | 141,296 | 102,259 |
| Overall variance between monitoring report and LOB MIS report | -33.82% | -36.12% | -39.20% | -37.64% | -38.96% | -44.66% | -46.83% |
| Overall variance between monitoring report and LOB MIS report after applying the HLECS exclusions | 0.01% | 0.44% | 0.91% | 1.21% | 0.78% | 1.37% | 1.68% |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3-3: Variance between the quarterly booked volumes in monitoring and the MIS report

| Monitoring Volumes | | | | | | | |
|---|---|---|---|---|---|---|---|
| # booked or approved Accounts[1] | 2021Q1 | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
| Overall | 26,322 | 22,393 | 25,436 | 21,694 | 21,107 | 10,709 | 8,029 |
| **LOB MIS Report for Cross Checking** | | | | | | | |
| # booked or approved Accounts[1] | 2021Q1 | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
| Overall | 74,357 | 60,394 | 64,258 | 52,946 | 46,319 | 34,429 | 23,516 |
| Overall variance between monitoring report and LOB MIS report | -64.60% | -62.92% | -60.42% | -59.03% | -54.43% | -68.90% | -65.86% |
| Overall variance between monitoring report and LOB MIS report after applying the HLECS exclusions | 0.02% | 0.02% | 0.31% | 1.69% | 0.30% | 1.92% | 0.36% |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

The validator questioned the LOB on the inconsistency in number of booked accounts between Data Reconciliation tab (i.e. 638) in Data Risk sheet (Appendix A.5) as shown in Table 3.4 and Quarterly Segment Distribution tab (i.e. 8,029) in Supplemental Statistics Report (Appendix A.3) as shown in Table 3.3 for Q3 2022 and received the following response:

> The monthly data risk report booked volumes are loans applied AND booked within each application month. An approved application can take a few weeks to a few months to be booked. Thus the sum of the 3 monthly data risk booked volume (638) is always less than the quarterly booked volume which is booked within the entire application quarter(3 months, some applications in month 1 can be booked in month 2 and 3).

> The funded flag in the mortgage history data is used to identify booked loan. Each month a new month's data is added to the history data and the previous months' funded flag is updated if the application was not funded in previous months and is funded in the current month. The loan booked in previous months is still flagged as funded in current data. That's how booked volumes carry forward from previous months to current monthly updated data.

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 21 of 81

WF-00133177

1111

Table 3.4: Data Reconciliation for Q3 2022– Data Risk sheet

| AX38 | ▼ | : | × | ✓ | $f_x$ | =AR38+AS38+AT38 | | |
|---|---|---|---|---|---|---|---|---|

| | A | B | AR | AS | AT | AU | AX |
|---|---|---|---|---|---|---|---|
| 31 | **HLECS Conventional** | | | | | | |
| 32 | | Baseline | | | | | |
| 33 | # Applications | 2012 | 2022/07 | 2022/08 | 2022/09 | 2022/10 | |
| 34 | Overall | 740,844 | 18193 | 20068 | 17494 | 13437 | 55,755 |
| 35 | | | | | | | - |
| 36 | | Baseline | | | | | |
| 37 | # booked or approved Accounts | 2012 | 2022/07 | 2022/08 | 2022/09 | 2022/10 | #VALUE! |
| 38 | Overall | 486,311 | 166 | 330 | 142 | 127 | 638 |

Source: Q4 2022 Data Risk sheet (Appendix A.5)

### 3.3.2  Front-end Tracking

In this section, CMoR assesses the consistency or changes in the score distribution of the Current population (Q3 2022) when compared to the baseline population (Q1 2012- Q4 2012).  The details of the PSI calculations for the conforming and non-conforming accounts of HLECSV1 CON model is given later in this section.

#### 3.3.2.1  Population Stability Report

Stability across Baseline and Current populations is assessed by computing the Population Stability Index (PSI). Table 3.5 displays the historical behavior of the PSI by quarter for the overall population and also for the conforming and non-conforming accounts. Additionally, Table 3.6, Table 3.7 and Table 3.8 feature the detailed calculation of current PSI under Overall population and for the conforming and non- conforming accounts.

Analysis/Findings:

Overall Population

- The results in Table 3.5 feature a PSI value of 0.31 which breaches the outer threshold of 0.25 and falls under 'Red' Status for the current population (Q3 2022). This result indicates that the current population shows a significant shift in score distribution when compared with the baseline population and there is a movement of population distribution towards lower score ranges for these monitoring quarters (Q4 2021-Q3 2022) as shown in Table 3.6.

- The historical behavior of PSI presented in Table 3.5 indicates that the index has been in Red Status for the previous quarter (Q2 2022) and in Yellow Status for the two quarters before (Q4 2021 – Q1 2022). While the PSI has been in Green status for quarters Q2 2021 and Q3 2021, there has been an increase in the value from the quarters before Q2 2021. This indicates a consistent material shift in score distributions for the overall population assessed in the historical quarters when compared with the baseline.

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL     **1112**                          WF-00133178

- According to the KPI Report (Appendix A.2) for the quarters from Q2 2021, "*Both Conforming and Non-Conforming credit quality continue to decline compared to 2020Q2 - 2021Q1 and is moving towards pre-COVID level as Conforming and Non-Conforming cash-out refinances were re-implemented in March 2021.*" The validator questioned the LOB on how cash-out refinance leads to reduced credit quality and the LOB provided the following response – '*Cash-out borrowers apply for both a loan and sum of cash in the refi indicate they run low in cash or they tap their equity and will have less equity after the refi. In general, such borrowers have riskier credit quality compared to borrowers doing refi/term with the same credit profile.*'

- According to the KPI Report (Appendix A.2) for quarters from Q1 2022, '*Both Conforming and Non-Conforming credit quality has been declining. Conforming credit quality is lower than pre-COVID level while Non-Conforming credit quality is close to pre-COVID level. Both Purchase and Refi volume and credit quality continued to decline due to rising mortgage rates since Q4 2021*'. The validator questioned the LOB on how rise in mortgage rates lead to reduced volume and credit quality in both Purchase and Refi and received the following response – '*When rates go up and loans become more expensive less borrowers apply for loans and volume decreases. When rates go up there will be less fund and more debt in the entire economy and the credit quality of borrowers purchase or refi will deteriorate on average compared to the lower rates time period.*'

- The validator cross-checked the model KPI PPT (Appendix A.4) to verify the above responses. However, the validator requested for a detailed distribution table to confirm the shift in scores for both Purchase and Refi across three periods: current quarter (Q3 2022), a quarter before mortgage rate rise (Q4 2021), a quarter before cash-out refinance implementation (Q1 2021). The attached score distribution sheet below shows reduced volumes as well as the score deteriorations with higher volume % shifting towards the lower score groups from Q1 '21 to Q4 '21 to Q3 '22.



HLECS_Conforming
_purch_refi_ecs_dist

- Although the validator considers the above responses appropriate, there is a huge rise in PSI value from Q1 2022 to Q2 2022 that requires sufficient justification. A material shift is observed in one of the variables in Characteristic Analysis (For more details, refer Section 3.3.2.2). A detailed explanation on how the variable score shift and rising mortgage rates lead to the PSI value rise is needed. The issue is included in the Ongoing Monitoring and Outcomes Analysis Model Risk Finding [MRF01 - 1.]. The validators recommend the LOB to provide rationale for the significant rise in PSI values for both Overall and Conforming population and research if action is needed in baseline change or provide rationale for continuing to watch without action. However, during the course of this Annual Review, the model monitoring team submitted a detailed report to CMoR, providing the rationale for monitoring PSI trend without changes (Appendix A.10). Consequently, although the finding has been documented in this report, it will not be uploaded to MoRS.

Conforming Population

- Under the Conforming population, the results in Table 3.3 feature a PSI value of 0.44 which breaches the outer threshold of 0.25 and falls under 'Red' Status for the current population (Q3 2022). This result indicates that the current population shows a significant shift in score distribution when compared with the baseline population.

- The historical behavior of PSI presented in Table 3.5 indicates that the index has been in Red Status for the previous two quarters (Q1 2022 - Q2 2022) and in Yellow Status for the two quarters before (Q3 2021 – Q4 2021). While the PSI has been in Green status for quarter Q2 2021, there has been an increase in the value from the quarters before Q2 2021. This indicates a consistent material shift in score distributions for the Conforming population assessed in the historical quarters when compared with the baseline. There is a movement of population distribution towards lower score ranges for these monitoring quarters (Q4 2021-Q3 2022) as shown in Table 3.7.

- Conforming Population segment makes up 85% of the Overall population. Hence, the trend in overall population is predominantly attributed to the changes in this segment. According to the KPI comment for the current quarter (Q3 2022), '*Conforming PSI turned red as scores shifted lower compared to 2012 baseline and moved towards pre-COVID quarters. Refi volume and share continued to decline due to rising mortgage rates since Q4 2021. The Purchase/Refi volume ratio is close to Q2 2019. Refi credit quality has been declining since Conforming cash-out refinances were re-implemented in March 2021 and is now lower than pre-COVID level. Purchase credit quality has been relatively stable but is also lower than pre-COVID level.*'

- The validator cross-checked the model KPI PPT (Appendix A.4) and considers the above responses appropriate.

Non-Conforming Population

- Under the Non-Conforming population, the results in Table 3.5 feature a PSI value of 0.04 and falls under 'Green' Status for the current population (Q3 2022). This result indicates that the current population shows an insignificant shift in score distribution when compared with the baseline population.

- The historical behavior of PSI presented in Table 3.5 indicates that the index has been in Green status for the past four quarters (Q4 2021 – Q3 2022) and in Yellow status for the 6 quarters before. According to the KPI comment for the current quarter (Q3 2022), '*Non-Conforming PSI turned green compared to 2012 baseline since Non-Conforming credit quality started to decline and move towards pre-COVID level since Non-Conforming cash-out refinances were re-implemented in March 2021*'.

Table 3.5: Summary of PSI values

| Cohort Period | Baseline - 2012 | 2020Q4 | 2021Q1 | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
|---|---|---|---|---|---|---|---|---|---|
| PSI | | | | | | | | | |
| Total | N/A | 0.01 | 0.01 | 0.05 | 0.06 | 0.10 | 0.16 | 0.29 | 0.31 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Conforming | N/A | 0.02 | 0.02 | 0.08 | 0.11 | 0.17 | 0.25 | 0.42 | 0.44 |
| Non-Conforming | N/A | 0.15 | 0.16 | 0.12 | 0.11 | 0.08 | 0.05 | 0.03 | 0.04 |

Source: Q4 2022 KPI Report (Appendix A.2)

Table 3.6: Detailed PSI Report - Overall: Baseline (Q1 2012 – Q4 2012) vs. Current population (Q3 2022)

| Final Score Interval | Baseline Applications 2012 | Current Applications 2022Q3 | Baseline % | Actual % | Contribution to Index |
|---|---|---|---|---|---|
| 76-199 | 39,953 | 9,659 | 5.4% | 17.8% | 0.147 |
| 200-219 | 60,395 | 7,499 | 8.2% | 13.8% | 0.030 |
| 220-229 | 49,067 | 4,893 | 6.6% | 9.0% | 0.007 |
| 230-239 | 64,192 | 5,281 | 8.7% | 9.7% | 0.001 |
| 240-249 | 78,532 | 5,813 | 10.6% | 10.7% | 0.000 |
| 250-259 | 90,816 | 5,840 | 12.3% | 10.7% | 0.002 |
| 260-269 | 95,273 | 4,880 | 12.9% | 9.0% | 0.014 |
| 270-279 | 89,412 | 4,240 | 12.1% | 7.8% | 0.019 |
| 280-289 | 76,234 | 3,007 | 10.3% | 5.5% | 0.030 |
| 290-333 | 96,968 | 3,260 | 13.1% | 6.0% | 0.055 |
| Total | 740,844 | 54,372 | 100.0% | 100.0% | 0.305 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.7: Detailed PSI Report -Conforming: Baseline (Q1 2012 – Q4 2012) vs. Current population (Q3 2022)

| Final Score Interval | Baseline Applications 2012 | Current Applications 2022Q3 | Baseline % | Actual % | Contribution to Index |
|---|---|---|---|---|---|
| 76-199 | 38,456 | 9,557 | 5.6% | 21.0% | 0.203 |
| 200-219 | 57,173 | 7,192 | 8.4% | 15.8% | 0.048 |
| 220-229 | 45,819 | 4,412 | 6.7% | 9.7% | 0.011 |
| 230-239 | 59,442 | 4,416 | 8.7% | 9.7% | 0.001 |
| 240-249 | 72,097 | 4,564 | 10.5% | 10.0% | 0.000 |
| 250-259 | 82,805 | 4,404 | 12.1% | 9.7% | 0.005 |
| 260-269 | 86,667 | 3,493 | 12.7% | 7.7% | 0.025 |
| 270-279 | 81,246 | 2,926 | 11.9% | 6.4% | 0.033 |
| 280-289 | 69,842 | 2,095 | 10.2% | 4.6% | 0.044 |
| 290-333 | 90,973 | 2,408 | 13.3% | 5.3% | 0.074 |
| Total | 684,521 | 45,467 | 100.0% | 100.0% | 0.445 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.8: Detailed PSI Report – Non-Conforming: Baseline (Q1 2012 – Q4 2012) vs. Current population (Q3 2022)

| Final Score Interval | Baseline Applications 2012 | Current Applications 2022Q3 | Baseline % | Actual % | Contribution to Index |
|---|---|---|---|---|---|
| 76-199 | 1,496 | 102 | 2.7% | 1.1% | 0.013 |
| 200-219 | 3,222 | 307 | 5.7% | 3.4% | 0.012 |
| 220-229 | 3,248 | 481 | 5.8% | 5.4% | 0.000 |
| 230-239 | 4,750 | 865 | 8.4% | 9.7% | 0.002 |
| 240-249 | 6,435 | 1,249 | 11.4% | 14.0% | 0.005 |
| 250-259 | 8,011 | 1,436 | 14.2% | 16.1% | 0.002 |
| 260-269 | 8,606 | 1,387 | 15.3% | 15.6% | 0.000 |
| 270-279 | 8,167 | 1,314 | 14.5% | 14.8% | 0.000 |
| 280-289 | 6,392 | 912 | 11.3% | 10.2% | 0.001 |
| 290-333 | 5,995 | 852 | 10.6% | 9.6% | 0.001 |
| **Total** | **56,323** | **8,905** | **100.0%** | **100.0%** | **0.036** |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

### 3.3.2.2 Characteristic analysis

The HL Conventional Orig Custom ECS Score model score is built using 12 independent characteristics.

In this Section, CMoR assesses the characteristic analysis metrics. This analysis identifies the variables that contribute to any score population shift from Baseline population (January 2012) identified by the PSI.

For each model independent variable, CMoR assesses the point shift associated with the change of the account distributions across each characteristic attribute. CMoR takes into consideration the model Points to Double Odds (PDO) and overall score range to assess if an observed point shift is material. The score is scaled so that a score of 200 corresponds to a good to bad odds of 50:1 The points-to-double (PDO) the Good to bad odds is 20 points. Table 3.9 provides the summary of score shifts for each population and Table 3.10 shows the detailed score shift for a particular variable (debt to income ratio) under overall population.

Analysis/Findings:

- The total point shift of the **Overall Population** is **-19.74** (Table 3.9). As the model PDO's is 20, the overall point shift for the scorecard is **material**. The observed population score shift is majorly explained by variables total_debt_ratio (Debt to income ratio) and scr_open_bankcard (Number of Open Bankcard Trade Lines). According to the LOB's response on how rising rates lead to reduced quality, '*When rates go up there will be less fund and more debt in the entire economy*'. The variable total_debt_ratio shifts towards higher bins [Table 3.10], confirming the rationale. As the PSI for the overall population is in 'Red' status, CMoR does consider the Characteristic analysis results to be an issue. Hence, CMoR raises an issue in the Ongoing monitoring outcomes and analysis related to the high PSI value [MRF 01-1 in Section 4: Table 4-1]. However, during the course of this Annual Review, the model monitoring team submitted a

detailed report to CMoR, providing the rationale for monitoring PSI trend without changes (Appendix A.10). Consequently, although the finding has been documented in this report, it will not be uploaded to MoRS (Refer Section 3.3.2.1 for more details).

- The total point shift of the **Conforming accounts** is **-24.14** (Table 3.9). As the model PDO's is 20, the overall point shift for this scorecard is **material**. The observed population score shift is explained by variables **total_debt_ratio**, **scr_net_frct_rev_burden**, **scr_open_bankcard**.
- The total point shift of the **non - conforming accounts** is **0.96** (Table 3.9). As the model PDO's is 20, the overall point shift for this scorecard is **nonmaterial**.

Table 3.9: Characteristic Analysis

| Variables | Sum of Score Differences (Overall) | Sum of Score Differences (Conforming) | Sum of Score Differences (Non - conforming) |
|---|---|---|---|
| total_debt_ratio | -9.00 | -10.01 | -4.56 |
| scr_net_frct_rev_burden | -1.87 | -2.88 | 2.78 |
| scr_avg_mos_in_file | -1.04 | -1.33 | -0.44 |
| scr_tl90e_derog_pr_coll | -1.86 | -2.45 | 0.66 |
| scr_bank_natl_tl_bal_75_hi_cr | -0.59 | -1.06 | 1.79 |
| scr_inq_6_mon_excl_last_30d | -1.10 | -1.27 | -0.04 |
| scr_most_recent_delq | -1.18 | -1.57 | 0.74 |
| scr_bal_cr_ratio_oldest_open_mor | 0.87 | 0.96 | 1.29 |
| scr_bal_cr_ratio_oldest_open_he | -0.54 | -0.60 | -0.26 |
| scr_worst_rating_cb | -0.62 | -0.92 | 0.80 |
| scr_open_bankcard | -2.27 | -2.32 | -2.08 |
| scr_max_bal_cr_ratio_all_tl | -0.54 | -0.69 | 0.28 |
| **TOTAL SCORE** | **-19.74** | **-24.14** | **0.96** |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.10: Detailed scorecard shift – Debt to income ratio

| Debt to income ratio total_debt_ratio | Baseline Count | Baseline Percent | Current Count | Current Percent | ScoreCard Points | Score Difference |
|---|---|---|---|---|---|---|
| -99999972 | - | 0.0% | - | 0.0% | 31 | 0.00 |
| <=0 | 791 | 0.1% | - | 0.0% | 32 | -0.03 |
| >0and<=20 | 109,763 | 14.8% | 4,023 | 7.4% | 60 | -4.45 |
| >20and<=25 | 97,672 | 13.2% | 3,925 | 7.2% | 55 | -3.28 |
| >25and<=30 | 112,914 | 15.2% | 5,605 | 10.3% | 48 | -2.37 |
| >30and<=35 | 118,240 | 16.0% | 7,129 | 13.1% | 39 | -1.11 |
| >35and<=40 | 123,645 | 16.7% | 8,260 | 15.2% | 31 | -0.46 |
| >40and<=45 | 122,221 | 16.5% | 10,991 | 20.2% | 21 | 0.78 |
| >45and<1000 | 55,599 | 7.5% | 14,378 | 26.4% | 10 | 1.89 |
| >=1000 | - | 0.0% | 61 | 0.1% | 32 | 0.04 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | **-9.00** |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

*3.3.2.3 Override Report*

The HL Conventional Orig Custom ECS Score score is used in the judgmental process for the approval/decline providing guidance to underwriters as: risk insight messages, routing the application to the appropriate underwriter and pre-approval letters as one of multiple fields. The origination cutoffs for the overall/sub populations are based on the model score. Table 3.11 shows the low side override rate for the portfolio. There is no high side override associated.

Analysis/Findings:

- The results in Table 3.11 indicate that for those applications that went through the underwriting decisioning process the low side override rate is 0.1% (cell marked in Yellow), which is not significant (<5%). Hence, CMoR considers that there is no evidence of excessive overrides requiring further review.

Table 3.11: Override Report for current quarter (Q3 2022)

| Retail Segment | Score | 2022Q3 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Applications | UW Decisioned | UW Approved | Approval Rate from Application | Approval Rate from Decisioning | Pct. of Total Approvals |
| **Conforming** | Below 620 | 2,379 | 2,365 | 1 | 0.0% | 0.0% | 0.0% |
| | 620+ | 43,088 | 16,201 | 7,775 | 18.0% | 48.0% | 100.0% |
| **Non-Conforming** | Below 680 | 50 | 33 | 2 | 4.0% | 6.1% | 0.1% |
| | 680+ | 8,855 | 2,803 | 2,059 | 23.3% | 73.5% | 99.9% |
| **Conventional** | Conforming < 620 or Non-Conforming < 680 | 2,429 | 2,398 | 3 | 0.1% | 0.1% | 0.0% |
| | Conforming 620+ or Non-Conforming 680+ | 51,943 | 19,004 | 9,834 | 18.9% | 51.7% | 100.0% |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

*3.3.2.4 Final score report*

The HLECSV1 CON model output is a two to three-digit numeric score. The score is binned to create Credit Risk Classes (CRCs) for Conventional applications. It is used to establish the associated credit risk and underwriter level required to evaluate the application. Table 3.12 reports the number of applicants at each score interval in Q3 2022 as well as the number of accepts and rejects for the HL Conventional Orig Custom ECS Score overall population.

Analysis/Findings:

- HL Conventional Orig Custom ECS Score applications at the overall level present an incremental approval rate across the model score interval as shown in Table 3.12, indicating a consistency of the model score ordering with its intended use.

Table 3.12: Final score report, Approval rate. Current (2023 Q2).

| Score Interval | Number of Applications | Number Accepted | Number Rejected | Interval Acceptance Rate |
|---|---|---|---|---|
| 76-199 | 9,659 | 929 | 5,672 | 10% |
| 200-219 | 7,499 | 1,212 | 2,181 | 16% |
| 220-229 | 4,893 | 880 | 946 | 18% |
| 230-239 | 5,281 | 981 | 810 | 19% |
| 240-249 | 5,813 | 1,204 | 709 | 21% |
| 250-259 | 5,840 | 1,191 | 503 | 20% |
| 260-269 | 4,880 | 1,086 | 282 | 22% |
| 270-279 | 4,240 | 960 | 208 | 23% |
| 280-289 | 3,007 | 705 | 110 | 23% |
| 290-333 | 3,260 | 689 | 144 | 21% |
| Grand Total | 54,372 | 9,837 | 11,565 | 18% |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

### 3.3.3 Back-end Tracking

#### 3.3.3.1 Discriminatory Power

In this Section, CMoR assesses the model discriminatory power based on the performance information of the accounts. The ability to discriminate between good and bad accounts is assessed by computing the KS test statistic at the performance window. The baseline for KS comparison is Q1 2012 – Q4 2012.

Table 3.13: Performance definitions

| No. | Performance Category | Definition |
|---|---|---|
| 1. | Known Bad | If Bankrupt or Charge-off or ever 60 or more days past due anytime within the performance window of 24 months |
| 2. | Indeterminate | If 30-59 days past due anytime within the performance window of 24 months |
| 3. | Known Good | Never delinquent or at most 1-29 days past due anytime within performance window of 24 months |

For the evaluation of the HLECSV1 CON model performance, the LOB assesses the KS under two performance windows. An Early performance window of 18 months and the full performance window of 36 months. Observed

population is the cohort period of Q4 2018 - Q3 2019 for the 36 -month performance window under the overall population. For the early performance window, (18-months) observed population is the cohort period of Q2 2020 – Q1 2021.

## Full performance:

The current population is the set of booked accounts observed with 36 months of performance window.

Analysis/Findings:

Overall population

- Results in Table 3.14 indicate that under most recent account population (Q4 2018 – Q3 2019) the overall model KS decreases from the baseline (2012) and is given a "Red" status after KS% change (-21.0%) from baseline exceeded the outer threshold. The model KS is marginally in Yellow status for the previous two observed periods (Q3 2018 – Q2 2019, Q4 2018 – Q3 2019) and in Red status for the period before (Q2 2018 – Q1 2019). This indicates that at overall level the discriminatory power of the model decreases significantly from baseline.

Conforming Accounts

- Results in **Error! Reference source not found.**14 indicate that under most recent account population (Q4 2018 – Q3 2019) the conforming population model KS decreases from the baseline (2012) and is given a "Red" status after KS% change (-25.7%) from baseline exceeded the outer threshold. The model KS has been in Red status for 8 previously observed periods. This indicates that at overall level the discriminatory power of the model decreases significantly from baseline.

Non - Conforming Accounts

- Results in **Error! Reference source not found.**14 indicate that under most recent account population (Q4 2018 – Q3 2019) the overall model KS decreases from the baseline (2012), and is given a "Red" status after KS% change (-70.3%) from baseline exceeded the outer threshold. The same "Red" status for KS change from baseline follows for previous 10 observed periods. This indicates that at overall level the discriminatory power of the model decreases significantly from baseline.

Hence, CMoR considers that at the overall level there is a substantial evidence of material discriminatory power deterioration of the HLECSV1 CON model under the full performance window.

According to "K;ECSV1 CON Model KPI Deck" (Appendix A, A.4), "Ever deferred population accounts for ~10% of total booked population, while bads are mostly concentrated in the deferral population since delinquent status is not frozen in internal system. Therefore, the evaluation of model performance should also be based on the performance on Non-Deferred population." The validator agrees with this rationale and the analysis of the Full Performance change from baseline for the Non – Deferred population is given below.

Table 3.14: KS indicator for the HLECSV1 CON model. Baseline vs. Historical values (Full Performance window)

|  | Baseline | New Benchmark Baseline | Out-of-Time Period | | | |
|---|---|---|---|---|---|---|
| Cohort Period | 2012/01-2012/12 | NA | 2018Q1-2018Q4 | 2018Q2-2019Q1 | 2018Q3-2019Q2 | 2018Q4-2019Q3 |
| Performance window for statistics below | 36 | | 36 | 36 | 36 | 36 |
| K-S change from baseline(%) for booked accounts | | | | | | |
| Overall | | | -21.4% | -19.0% | -20.0% | -21.0% |
| Conforming | | | -26.9% | -24.9% | -25.5% | -25.7% |
| Non-Conforming | | | -63.3% | -65.4% | -70.3% | -70.3% |

Source: Q4 2022 KPI Report (Appendix A.2)

Non-Deferred Accounts

Non-deferred performance for Non-Conforming population is no longer monitored due to low bad volume.

Overall population

- Results in Table 3.15 indicate that under most recent account population (Q4 2018 – Q3 2019) the overall model KS decreases from the baseline (2012) and is given a "Green" status as the KS% change (-14.7%) from baseline is within the inner threshold. The model KS is marginally in Yellow status for the previous two observed periods (Q3 2018 – Q2 2019, Q4 2018 – Q3 2019) and in Green status for the periods before. This indicates that at overall level the discriminatory power of the model decreases slightly from baseline.

Conforming Accounts

- Results in **Error! Reference source not found.**15 indicate that under most recent account population (Q4 2018 – Q3 2019) the conforming population model KS decreases from the baseline (2012) and is given a "Red" status after KS% change (-25.4%) from baseline exceeded the outer threshold. The model KS has been in Red status for past 3 observed periods. This indicates that at overall level the discriminatory power of the model decreases from baseline.

The overall bad rate decreases compared to Baseline (0.4% to 0.2%) and the model rank orders well under the Overall population. Hence, the validator does not raise an issue concerning the deterioration in model KS for the non-deferred accounts (Refer to Section 3.3.3.2 for more details). Nonetheless, the validator has raised an observation on this issue [Section 4 – Table 4.2].

Table 3.15: Non-deferrals Full Performance KS % Change from Baseline

| KS | KS % Change from Baseline | | | | |
|---|---|---|---|---|---|
| | 2017Q4-2018Q3 | 2018Q1-2018Q4 | 2018Q2-2019Q1 | 2018Q3-2019Q2 | 2018Q4-2019Q3 |
| Overall | -6.0% | -10.5% | -11.6% | -15.5% | -14.7% |
| Conforming | -14.7% | -20.7% | -22.1% | -26.3% | -25.4% |
| Non-Conforming | -20.5% | -13.0% | -37.1% | -56.2% | |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133187

Source: COVID-19 Relevant Origination Policy Changes (Appendix A.7)

## **Early performance:**

Analysis/Findings:

### Overall population

- Results in Table 3.16 indicate that under most recent account population (Q2 2020 – Q1 2021) the overall model KS decreases slightly from the baseline (2012) and is given a "Green" status as the KS% change (-0.5%) is within the inner threshold. This indicates that at overall level the model retains its discriminatory power compared to baseline. The model KS shows an increasing trend over the past four observation periods.

Table 3.16: KS %Change from Baseline under Early performance window.

| | Baseline | Out-of-Time Period | | | |
|---|---|---|---|---|---|
| Cohort Period | 2012/01-2012/12 | 2019Q3-2020Q2 | 2019Q4-2020Q3 | 2020Q1-2020Q4 | 2020Q2-2021Q1 |
| Performance window for statistics below | 18 | 18 | 18 | 18 | 18 |
| K-S change from baseline (%) for booked accounts | | | | | |
| Overall | | -23.5% | -18.6% | -9.5% | -0.5% |

Source: Q4 2022 KPI Report (Appendix A.4)

Non-Deferred Accounts

Non-deferred performance for Non-Conforming population is no longer monitored due to low bad volume.

### Overall population

- Results in Table 3.17 indicate that under most recent account population (Q2 2020 – Q1 2021) the overall model KS decreases from the baseline (2012) and is given a "Red" status after KS% change (-25.0%) from baseline exceeded the outer threshold. This indicates that at overall level the discriminatory power of the model decreases from the Baseline. The model KS has been under Green status for the previous three observed periods.

### Conforming population

- Results in Table 3.17 indicate that under most recent account population (Q2 2020 – Q1 2021) the conforming model KS decreases from the baseline (2012) and is given a "Red" status after KS% change (-24.8%) from baseline exceeded the outer threshold. This indicates that at overall level the discriminatory power of the model decreases from the Baseline.

The overall bad rate decreases compared to Baseline (0.2% to 0.1%) and the total bad volume number is low. Hence, the validator does not raise an issue concerning the deterioration in model KS for the non-deferred accounts under Early Performance window (Refer to Section 3.3.3.2 for more details). Nonetheless, the validator has raised an observation on this issue [Section 4 – Table 4.2].

Table 3.17: Non-deferrals Early performance KS %change from Baseline.

| | Development (if different than Baseline) | Out-of-Time Period | | | |
|---|---|---|---|---|---|
| Cohort Period | 2008/04-2011/12 | 2019Q3-2020Q2* | 2019Q4-2020Q3* | 2020Q1-2020Q4* | 2020Q2-2021Q1* |
| Performance window for statistics below | | 18 | 18 | 18 | 18 |
| KS change from baseline(%) for booked accounts | | | | | |
| Overall | | -4.6% | -5.5% | -14.9% | -25.0% |
| Conforming | | -6.5% | -10.8% | -17.3% | -24.8% |
| Non-Conforming | | -70.0% | -100.0% | -100.0% | |

Source: Non-Deferral Accounts KPI Report (Appendix A.6)

### 3.3.3.2 Log-odds vs. Score plot

The slope of the log-odds line across score ranges summarizes the relationship between the good and bad ratios across the score range. A higher slope indicates a greater power to capture bad applications. Additionally, CMoR reviews the behavior of the bad rate across the score intervals.

The log odds vs score plot assessment is provided at the 18-month (early) and 36-month (full) performance windows

## Full performance:

The current population is the set of booked accounts observed with 36 months of performance window.

Analysis/Findings:

Overall Population

Rank Ordering:

- The log odds under the current population retains a monotonically increasing trend across score intervals (See Table 3.20). Similarly, the Bad Rate under the current population mostly retains a monotonic decreasing trend across score intervals, as shown in Figure 3.1.

Slope of the log odds vs score plot:

- The results in Figure 3.1 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline. This behavior indicates that the model has a reduction in discriminatory power as

compared to the baseline. The overall bad rate has significantly increased (0.4% to 6.2%). The log odds score has shifted downwards noticeably compared to baseline, with the bad rates increasing across all score bins.

- According to the KPI (Appendix A.2) comment for Overall population, 'odds drop significantly for all score bins due to COVID-19 forbearance. Log odds curve flattens as odds for higher score bins drop more than lower score bins since customer behavior in high score bins changed due to deferral option, thus reducing differentiation power'. The validator questioned the LOB on the impact of flatter log odds on the business performance and LOB provided the following response:

> *The model scores are grouped into Credit Risk Class (CRC A1, A2, C1,C2) for business use. Scores are not used directly. By the HLECS model monitoring ppt Conventional log odds summary table attached below (based on ppt Slide 17) the model still ranks well by CRC. Thus, there is no significant impact on model use in terms of credit quality risk ranking.*

*Table 3.18: log odds by Credit Risk Class for 2018Q4 – 2019Q3*

| HLECS Conventional Model Monitoring Summary - Log Odds | | | | |
|---|---|---|---|---|
| Credit Risk Class | Baseline | 2018Q2-2019Q1 | 2018Q3-2019Q2 | 2018Q4-2019Q3 | 2018Q4-2019Q3 (Non-Deferred) |
| C2(76-199) | 3.2 | 1.4 | 1.3 | 1.3 | 4.5 |
| C1(200-219) | 4.2 | 1.9 | 1.9 | 1.8 | 5.4 |
| A2(220-249) | 5.1 | 2.7 | 2.6 | 2.6 | 5.9 |
| A1(250-333) | 6.6 | 3.9 | 3.8 | 3.7 | 7.3 |

Table 3.19: Score distribution tables. Baseline. Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | | - | - | | - | - | | - | | | - | - |
| 76-179 | 102 | 5.5% | 5.5% | 2,327 | 0.5% | 0.5% | 2,429 | 0.5% | 0.5% | 4.2% | 5.0% | 23 | 3.1 |
| 180-189 | 113 | 6.1% | 11.7% | 2,464 | 0.5% | 1.1% | 2,577 | 0.6% | 1.1% | 4.4% | 10.6% | 22 | 3.1 |
| 190-199 | 205 | 11.1% | 22.8% | 5,304 | 1.2% | 2.2% | 5,509 | 1.2% | 2.3% | 3.7% | 20.6% | 26 | 3.3 |
| 200-204 | 78 | 4.2% | 27.1% | 4,312 | 1.0% | 3.2% | 4,390 | 1.0% | 3.3% | 1.8% | 23.9% | 55 | 4.0 |
| 205-209 | 88 | 4.8% | 31.8% | 5,216 | 1.2% | 4.4% | 5,304 | 1.2% | 4.5% | 1.7% | 27.5% | 59 | 4.1 |
| 210-214 | 127 | 6.9% | 38.7% | 6,922 | 1.5% | 5.9% | 7,049 | 1.6% | 6.0% | 1.8% | 32.8% | 55 | 4.0 |
| 215-219 | 69 | 3.7% | 42.5% | 8,484 | 1.9% | 7.8% | 8,553 | 1.9% | 7.9% | 0.8% | 34.7% | 123 | 4.8 |
| 220-229 | 217 | 11.8% | 54.3% | 24,120 | 5.3% | 13.1% | 24,337 | 5.4% | 13.3% | 0.9% | 41.1% | 111 | 4.7 |
| 230-239 | 229 | 12.4% | 66.7% | 35,199 | 7.8% | 20.9% | 35,428 | 7.8% | 21.1% | 0.6% | 45.8% | 154 | 5.0 |
| 240-244 | 123 | 6.7% | 73.4% | 22,177 | 4.9% | 25.8% | 22,300 | 4.9% | 26.0% | 0.6% | 47.5% | 180 | 5.2 |
| 245-249 | 69 | 3.7% | 77.1% | 23,901 | 5.3% | 31.1% | 23,970 | 5.3% | 31.3% | 0.3% | 46.0% | 346 | 5.8 |
| 250-333 | 421 | 22.9% | 100.0% | 310,512 | 68.9% | 100.0% | 310,933 | 68.7% | 100.0% | 0.1% | 0.0% | 738 | 6.6 |
| Total | 1,841 | 100% | | 450,938 | 100% | | 452,779 | 100% | | 0.4% | 47.5% | 245 | 5.5 |

Source: Q4 2022 Supplemental Statistics Report

Table 3.20: Score distribution tables. Current population (Q4 2018 – Q3 2019). Full performance window

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

1124

WF-00133190

| HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 76-179 | 741 | 7.2% | 7.2% | 2,198 | 1.4% | 1.4% | 2,939 | 1.8% | 1.8% | 25.2% | 5.8% | 3 | 1.1 |
| 180-189 | 662 | 6.5% | 13.7% | 2,377 | 1.5% | 2.9% | 3,039 | 1.8% | 3.6% | 21.8% | 10.7% | 4 | 1.3 |
| 190-199 | 917 | 8.9% | 22.6% | 3,888 | 2.5% | 5.4% | 4,805 | 2.9% | 6.5% | 19.1% | 17.2% | 4 | 1.4 |
| 200-204 | 550 | 5.4% | 28.0% | 2,753 | 1.8% | 7.2% | 3,303 | 2.0% | 8.5% | 16.7% | 20.8% | 5 | 1.6 |
| 205-209 | 587 | 5.7% | 33.7% | 3,297 | 2.1% | 9.3% | 3,884 | 2.3% | 10.8% | 15.1% | 24.4% | 6 | 1.7 |
| 210-214 | 628 | 6.1% | 39.8% | 3,934 | 2.5% | 11.8% | 4,562 | 2.7% | 13.5% | 13.8% | 28.0% | 6 | 1.8 |
| 215-219 | 595 | 5.8% | 45.6% | 4,710 | 3.0% | 14.8% | 5,305 | 3.2% | 16.7% | 11.2% | 30.8% | 8 | 2.1 |
| 220-229 | 1,310 | 12.8% | 58.4% | 11,760 | 7.5% | 22.4% | 13,070 | 7.9% | 24.6% | 10.0% | 36.0% | 9 | 2.2 |
| 230-239 | 1,136 | 11.1% | 69.5% | 14,966 | 9.6% | 31.9% | 16,102 | 9.7% | 34.3% | 7.1% | 37.5% | 13 | 2.6 |
| 240-244 | 510 | 5.0% | 74.4% | 8,722 | 5.6% | 37.5% | 9,232 | 5.5% | 39.8% | 5.5% | 36.9% | 17 | 2.8 |
| 245-249 | 513 | 5.0% | 79.4% | 9,569 | 6.1% | 43.7% | 10,082 | 6.1% | 45.9% | 5.1% | 35.8% | 19 | 2.9 |
| 250-333 | 2,108 | 20.6% | 100.0% | 87,977 | 56.3% | 100.0% | 90,085 | 54.1% | 100.0% | 2.3% | 0.0% | 42 | 3.7 |
| Total | 10,257 | 100% | | 156,151 | 100% | | 166,408 | 100% | | 6.2% | 37.5% | 15 | 2.7 |

Source: Q4 2022 Supplemental Statistics Report

Figure 3.1: Log Odds vs. Score and Bad Rate vs. Score plots. Baseline (Q1 2012- Q4 2012) vs. Current (Q2 2020) populations



For the most recent quarter under the full performance window, the model KS is deteriorating and the log odds shows significant flattening for Overall population. The non-deferral population KS decreases compared to baseline – marginally in Green (-14.8%) under Full performance window and in Red (-25.0%) under early performance window (refer the section on non-deferred log odds for more details). While there is no major impact on model use in terms of credit quality risk ranking as noted above by LOB, the validator raises an issue under the Ongoing Monitoring and Outcome Analysis Model Risk Finding (Section 4 – Table 4.1). However, the validator notes that a similar MRF (S31933) is currently Open which states, 'Weak rank order KS and flatter score odds compared to that of pre-pandemic baseline in the last several quarters'. The Model Owner confirmed that no changes are planned at this time and that the team will continue monitoring and expect the performance to revert closer to prior benchmark. Hence, the validator will not upload the MRF to MoRS.

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 35 of 81

WF-00133191

1125

## Conforming Accounts

*Rank Ordering:*

- The log odds under the current population retains a monotonically increasing trend across score intervals (See Table 3.25). Similarly, the Bad Rate under the current population mostly retains a monotonic decreasing trend across score intervals, as shown in Figure 3.2.

- The validator notes that the Conforming Baseline population (2012) has three rank order reversals (see Table 3.24). A similar concern was raised in the previous Annual Review and the LOB responded with the following:

  *"The HLECS Conventional model score is not used directly by line of business and is binned into Credit Risk Class (CRC) for business use by the following:*

  ### Conventional Mortgage CRC
  *76 – 199 = 'C2'*
  *200 – 219 = 'C1'*
  *220 – 249 = 'A2'*
  *250 – 333 = 'A1'*

  *The two bad rate by CRC tables below (Table 3.21, Table 3.22) show strong rank-ordering pattern for Conventional and Conforming on the 2012 baseline applications. For monitoring purpose when breaking up the model score range in more granular score bins we can see bad rates by the score bin not in monotonically order for a few bins due to low volume of bads in a particular score bin. Since bad rates by CRC maintains a strong risk-ranking order this granular score bin bad rate order in low bads volume bins is not a concern".*

Table 3.21: 2012 Baseline - Conventional bad rate by Credit Risk Class (CRC)

1) Baseline: HL Conventional Orig Custom ECS Score (Model 11960): 2012 Applications; 36 Month Performance

| Credit Risk Class(CRC) | HL Conventional Orig Custom ECS Score | Distribution | | | | | | | | | Performance | | | | Bad Rate by CRC |
| | | Bads | | | Goods | | | Total | | | | | | | |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Bad Rate | KS | Odds | Log Odds | |
| | Missing | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| C2 | 76-179 | 102 | 5.5% | 5.5% | 2,327 | 0.5% | 0.5% | 2,429 | 0.5% | 0.5% | 4.2% | 5.0% | 23 | 3.1 | 4.0% |
| | 180-189 | 113 | 6.1% | 11.7% | 2,464 | 0.5% | 1.1% | 2,577 | 0.6% | 1.1% | 4.4% | 10.6% | 22 | 3.1 | |
| | 190-199 | 205 | 11.1% | 22.8% | 5,304 | 1.2% | 2.2% | 5,509 | 1.2% | 2.3% | 3.7% | 20.6% | 26 | 3.3 | |
| C1 | 200-204 | 78 | 4.2% | 27.1% | 4,312 | 1.0% | 3.2% | 4,390 | 1.0% | 3.3% | 1.8% | 23.9% | 55 | 4.0 | 1.4% |
| | 205-209 | 88 | 4.8% | 31.8% | 5,216 | 1.2% | 4.4% | 5,304 | 1.2% | 4.5% | 1.7% | 27.5% | 59 | 4.1 | |
| | 210-214 | 127 | 6.9% | 38.7% | 6,922 | 1.5% | 5.9% | 7,049 | 1.6% | 6.0% | 1.8% | 32.8% | 55 | 4.0 | |
| | 215-219 | 69 | 3.7% | 42.5% | 8,484 | 1.9% | 7.8% | 8,553 | 1.9% | 7.9% | 0.8% | 34.7% | 123 | 4.8 | |
| A2 | 220-229 | 217 | 11.8% | 54.3% | 24,120 | 5.3% | 13.1% | 24,337 | 5.4% | 13.3% | 0.9% | 41.1% | 111 | 4.7 | 0.6% |
| | 230-239 | 229 | 12.4% | 66.7% | 35,199 | 7.8% | 20.9% | 35,428 | 7.8% | 21.1% | 0.6% | 45.8% | 154 | 5.0 | |
| | 240-244 | 123 | 6.7% | 73.4% | 22,177 | 4.9% | 25.8% | 22,300 | 4.9% | 26.0% | 0.6% | 47.5% | 180 | 5.2 | |
| | 245-249 | 69 | 3.7% | 77.1% | 23,901 | 5.3% | 31.1% | 23,970 | 5.3% | 31.3% | 0.3% | 46.0% | 346 | 5.8 | |
| A1 | 250-333 | 421 | 22.9% | 100.0% | 310,512 | 68.9% | 100.0% | 310,933 | 68.7% | 100.0% | 0.1% | 0.0% | 738 | 6.6 | 0.1% |
| Total | | 1,841 | 100% | | 450,938 | 100% | | 452,779 | 100% | | 0.4% | 47.5% | 245 | 5.5 | 0.4% |

Table 3.22: 2012 Baseline - Conventional bad rate by Credit Risk Class (CRC)

1) Baseline: HL Conventional Orig Custom ECS Score (Model 11960): 2012 Conforming Applications; 36 Month Performance

| Credit Risk Class(CRC) | HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | | Bad Rate by CRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds | |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | | |
| | Missing | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 76-179 | 71 | 4.3% | 4.3% | 1,933 | 0.5% | 0.5% | 2,004 | 0.5% | 0.5% | 3.5% | 3.8% | 27 | 3.3 | |
| C2 | 180-189 | 97 | 5.9% | 10.2% | 2,168 | 0.5% | 1.0% | 2,265 | 0.6% | 1.0% | 4.3% | 9.2% | 22 | 3.1 | 3.7% |
| | 190-199 | 178 | 10.8% | 21.0% | 4,799 | 1.2% | 2.2% | 4,977 | 1.2% | 2.3% | 3.6% | 18.8% | 27 | 3.3 | |
| | 200-204 | 65 | 3.9% | 24.9% | 3,933 | 1.0% | 3.1% | 3,998 | 1.0% | 3.2% | 1.6% | 21.8% | 61 | 4.1 | |
| C1 | 205-209 | 76 | 4.6% | 29.5% | 4,740 | 1.2% | 4.3% | 4,816 | 1.2% | 4.4% | 1.6% | 25.2% | 62 | 4.1 | 1.4% |
| | 210-214 | 119 | 7.2% | 36.7% | 6,371 | 1.6% | 5.9% | 6,490 | 1.6% | 6.0% | 1.8% | 30.9% | 54 | 4.0 | |
| | 215-219 | 60 | 3.6% | 40.4% | 7,724 | 1.9% | 7.8% | 7,784 | 1.9% | 7.9% | 0.8% | 32.6% | 129 | 4.9 | |
| | 220-229 | 195 | 11.8% | 52.2% | 21,961 | 5.4% | 13.1% | 22,156 | 5.4% | 13.3% | 0.9% | 39.0% | 113 | 4.7 | |
| A2 | 230-239 | 215 | 13.0% | 65.2% | 31,777 | 7.8% | 20.9% | 31,992 | 7.8% | 21.1% | 0.7% | 44.3% | 148 | 5.0 | 0.6% |
| | 240-244 | 113 | 6.8% | 72.1% | 19,986 | 4.9% | 25.8% | 20,099 | 4.9% | 26.0% | 0.6% | 46.2% | 177 | 5.2 | |
| | 245-249 | 65 | 3.9% | 76.0% | 21,406 | 5.2% | 31.1% | 21,471 | 5.2% | 31.3% | 0.3% | 44.9% | 329 | 5.8 | |
| A1 | 250-333 | 396 | 24.0% | 100.0% | 281,256 | 68.9% | 100.0% | 281,652 | 68.7% | 100.0% | 0.1% | 0.0% | 710 | 6.6 | 0.1% |
| Total | | 1,650 | 100% | | 408,054 | 100% | | 409,704 | 100% | | 0.4% | 46.2% | 247 | 5.5 | 0.4% |

The validator considers the response adequate. Nonetheless, the validator recommends considering this aspect of rank order reversal into the strategy development for the model population.

*Slope of the log odds vs score plot:*

- The results in Figure 3.2 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.1912**, slope of baseline log odds curve – **0.281**). This behavior indicates that the model has a reduction in discriminatory power as compared to the baseline. The overall bad rate has significantly increased (0.4% to 7.8%). The log odds score has shifted downwards noticeably compared to baseline, with the bad rates increasing across all score bins.

- According to the KPI (Appendix A.2) comment for the Conforming population, '*Log odds curve flattens as odds for higher score bins drop more than lower score bins since: 1) customer behavior in high score bins changed due to deferral option; 2) the FHA migration to Conforming in Q2 2016 (~2% increase in Conforming volume) led to more good accounts in lower score bins, thus reducing differentiation power*'. The validator observed that the flattening is indeed due to odds dropping more for higher score bins and questioned the LOB on how this phenomenon impacts high value customers (those having higher scores) who have a lower probability to default and its impact on the overall business performance of the model. The LOB provided the following response:

    *The deferred loan % by score bins shows a strong decreasing pattern by the score bins with 7% in the 250-333 score bin and 35% in the 76-179 score bin. Thus high score customers are much less likely to enter deferment than low score customers. We would like to clarify that in the log odds flattening comments there is no strong and/or reliable evidence that shows the log odds flattening is caused by high score customers due to deferral option even though the log odds flattening is based on un-reliable deferral bads. We will modify the comments for clarification.*

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 37 of 81

1127

WF-00133193

**Table 3.23: Deferred loans percentage by score band (2018 Q4 – 2019 Q3)**

| 2022Q3 11960 HLECS Conventional Model Score | Baseline | 2018Q4-2019Q3 (BAU) | 2018Q4-2019Q3 (Non-Deferred) | 2018Q4-2019Q3 Funded Loans 36 Months On Book(Mob>=36) | 2018Q4-2019Q3 Deferred Loans Counts in 36 Months | 2018Q4-2019Q3 Deferred Loans/Funded Loans |
|---|---|---|---|---|---|---|
| 76-179 | 3.1 | 1.1 | 4.4 | 3,089 | 1,079 | 35% |
| 180-189 | 3.1 | 1.3 | 4.4 | 3,179 | 996 | 31% |
| 190-199 | 3.3 | 1.4 | 4.7 | 5,001 | 1,419 | 28% |
| 200-204 | 4 | 1.6 | 5.3 | 3,452 | 924 | 27% |
| 205-209 | 4.1 | 1.7 | 5.1 | 4,032 | 990 | 25% |
| 210-214 | 4 | 1.8 | 5.5 | 4,741 | 1,132 | 24% |
| 215-219 | 4.8 | 2.1 | 5.5 | 5,480 | 1,156 | 21% |
| 220-229 | 4.7 | 2.2 | 5.5 | 13,477 | 2,471 | 18% |
| 230-239 | 5 | 2.6 | 6 | 16,522 | 2,486 | 15% |
| 240-244 | 5.2 | 2.8 | 6.1 | 9,432 | 1,234 | 13% |
| 245-249 | 5.8 | 2.9 | 6.3 | 10,269 | 1,241 | 12% |
| 250-333 | 6.6 | 3.7 | 7.3 | 90,948 | 6,214 | 7% |

Table 3.24: Score distribution tables. Conforming population - Baseline. Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | | | - | | | - | | | | | | |
| 76-179 | 71 | 4.3% | 4.3% | 1,933 | 0.5% | 0.5% | 2,004 | 0.5% | 0.5% | 3.5% | 3.8% | 27 | 3.3 |
| 180-189 | 97 | 5.9% | 10.2% | 2,168 | 0.5% | 1.0% | 2,265 | 0.6% | 1.0% | 4.3% | 9.2% | 22 | 3.1 |
| 190-199 | 178 | 10.8% | 21.0% | 4,799 | 1.2% | 2.2% | 4,977 | 1.2% | 2.3% | 3.6% | 18.8% | 27 | 3.3 |
| 200-204 | 65 | 3.9% | 24.9% | 3,933 | 1.0% | 3.1% | 3,998 | 1.0% | 3.2% | 1.6% | 21.8% | 61 | 4.1 |
| 205-209 | 76 | 4.6% | 29.5% | 4,740 | 1.2% | 4.3% | 4,816 | 1.2% | 4.4% | 1.6% | 25.2% | 62 | 4.1 |
| 210-214 | 119 | 7.2% | 36.7% | 6,371 | 1.6% | 5.9% | 6,490 | 1.6% | 6.0% | 1.8% | 30.9% | 54 | 4.0 |
| 215-219 | 60 | 3.6% | 40.4% | 7,724 | 1.9% | 7.8% | 7,784 | 1.9% | 7.9% | 0.8% | 32.6% | 129 | 4.9 |
| 220-229 | 195 | 11.8% | 52.2% | 21,961 | 5.4% | 13.1% | 22,156 | 5.4% | 13.3% | 0.9% | 39.0% | 113 | 4.7 |
| 230-239 | 215 | 13.0% | 65.2% | 31,777 | 7.8% | 20.9% | 31,992 | 7.8% | 21.1% | 0.7% | 44.3% | 148 | 5.0 |
| 240-244 | 113 | 6.8% | 72.1% | 19,986 | 4.9% | 25.8% | 20,099 | 4.9% | 26.0% | 0.6% | 46.2% | 177 | 5.2 |
| 245-249 | 65 | 3.9% | 76.0% | 21,406 | 5.2% | 31.1% | 21,471 | 5.2% | 31.3% | 0.3% | 44.9% | 329 | 5.8 |
| 250-333 | 396 | 24.0% | 100.0% | 281,256 | 68.9% | 100.0% | 281,652 | 68.7% | 100.0% | 0.1% | 0.0% | 710 | 6.6 |
| **Total** | **1,650** | **100%** | | **408,054** | **100%** | | **409,704** | **100%** | | **0.4%** | **46.2%** | **247** | **5.5** |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.25: Score distribution tables. Conforming population - Current period (Q4 2018 – Q3 2019). Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | | | - | | | - | | | | | | |
| 76-179 | 739 | 8.0% | 8.0% | 2,179 | 2.0% | 2.0% | 2,918 | 2.5% | 2.5% | 25.3% | 6.0% | 3 | 1.1 |
| 180-189 | 660 | 7.1% | 15.1% | 2,322 | 2.1% | 4.1% | 2,982 | 2.5% | 5.0% | 22.1% | 11.0% | 4 | 1.3 |
| 190-199 | 907 | 9.8% | 24.9% | 3,742 | 3.4% | 7.6% | 4,649 | 3.9% | 8.9% | 19.5% | 17.3% | 4 | 1.4 |
| 200-204 | 545 | 5.9% | 30.8% | 2,609 | 2.4% | 10.0% | 3,154 | 2.7% | 11.6% | 17.3% | 20.8% | 5 | 1.6 |
| 205-209 | 572 | 6.2% | 36.9% | 3,067 | 2.8% | 12.8% | 3,639 | 3.1% | 14.7% | 15.7% | 24.2% | 6 | 1.7 |
| 210-214 | 609 | 6.6% | 43.5% | 3,602 | 3.3% | 16.1% | 4,211 | 3.6% | 18.2% | 14.5% | 27.4% | 6 | 1.8 |
| 215-219 | 579 | 6.2% | 49.7% | 4,190 | 3.8% | 19.9% | 4,769 | 4.0% | 22.2% | 12.1% | 29.8% | 7 | 2.0 |
| 220-229 | 1,237 | 13.3% | 63.1% | 9,899 | 9.1% | 29.0% | 11,136 | 9.4% | 31.7% | 11.1% | 34.1% | 8 | 2.1 |
| 230-239 | 1,009 | 10.9% | 74.0% | 11,534 | 10.6% | 39.6% | 12,543 | 10.6% | 42.3% | 8.0% | 34.4% | 11 | 2.4 |
| 240-244 | 434 | 4.7% | 78.7% | 6,194 | 5.7% | 45.2% | 6,628 | 5.6% | 47.9% | 6.5% | 33.4% | 14 | 2.7 |
| 245-249 | 425 | 4.6% | 83.2% | 6,527 | 6.0% | 51.2% | 6,952 | 5.9% | 53.7% | 6.1% | 32.0% | 15 | 2.7 |
| 250-333 | 1,554 | 16.8% | 100.0% | 53,192 | 48.8% | 100.0% | 54,746 | 46.3% | 100.0% | 2.8% | 0.0% | 34 | 3.5 |
| **Total** | **9,270** | **100%** | | **109,057** | **100%** | | **118,327** | **100%** | | **7.8%** | **34.4%** | **12** | **2.5** |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.2: Log Odds vs. Score and Bad Rate vs. Score plots for Conforming population. Baseline (Q1 2012- Q4 2012) vs. Current (Q2 2020)



### Non-Conforming Accounts

*Rank Ordering:*

- The log odds under the current population shows multiple rank order reversals: from 2nd to 3rd decile, from 4th to 5th decile and from 7th to 8th deciles (See Table 3.27). Similarly, the Bad Rate under the current population does not retain a monotonic decreasing trend with three reversals (See Figure 3.3).

- Across the top 6 bins, the bad volumes are low under the Current population. A small change in Good volumes in these bins would cause a big volatility in Bad Rates, since it's the ratio of Good over Bad volumes.  The validator recommends considering this aspect of rank order reversal into the strategy development for the model population. The issue is raised as an observation (refer Section 4 – Table 4.2).

*Slope of the log odds vs score plot:*

- The results in Figure 3.3 shows a much lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.1064**, slope of baseline log odds curve – **0.396).** This behavior indicates that the model has a significant reduction in discriminatory power as compared to the baseline. The overall bad rate has increased (0.4% to 2.1%). The log odds score has shifted downwards compared to baseline, with the odds for top 7 bins dropping significantly compared to baseline (Refer Table 3.26)

- According to the KPI (Appendix A.2) comment for the Non-Conforming population, '*The odds for higher score bins drop significantly due to COVID-19 forbearance, while the odds for low score bins remain little changed compared to baseline as underwriting approved better credit worthy applications in low score bins to reduce loss (a positive outcome of the judgmental process), thus reducing differentiation power'.* The validator agrees

with the above response. The bad rates across these bottom 4 bins are similar across the two populations while the bad rates for top 6 bins under current population is higher than the baseline population. This leads to a flatter log odds curve and a reduced differentiation power.

Table 3.26: Score distribution tables. Non-Conforming population - Baseline. Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 76-179 | 32 | 16.7% | 16.7% | 394 | 0.9% | 0.9% | 426 | 1.0% | 1.0% | 7.5% | 15.7% | 12 | 2.5 |
| 180-189 | 17 | 8.9% | 25.5% | 295 | 0.7% | 1.6% | 312 | 0.7% | 1.7% | 5.4% | 23.9% | 17 | 2.9 |
| 190-199 | 27 | 14.1% | 39.6% | 505 | 1.2% | 2.8% | 532 | 1.2% | 2.9% | 5.1% | 36.8% | 19 | 2.9 |
| 200-204 | 13 | 6.8% | 46.4% | 379 | 0.9% | 3.7% | 392 | 0.9% | 3.9% | 3.3% | 42.7% | 29 | 3.4 |
| 205-209 | 12 | 6.3% | 52.6% | 476 | 1.1% | 4.8% | 488 | 1.1% | 5.0% | 2.5% | 47.6% | 40 | 3.7 |
| 210-214 | 8 | 4.2% | 56.8% | 551 | 1.3% | 6.1% | 559 | 1.3% | 6.3% | 1.4% | 50.7% | 69 | 4.2 |
| 215-219 | 9 | 4.7% | 61.5% | 761 | 1.8% | 7.8% | 770 | 1.8% | 8.1% | 1.2% | 53.6% | 85 | 4.4 |
| 220-229 | 21 | 10.9% | 72.4% | 2,159 | 5.0% | 12.9% | 2,180 | 5.1% | 13.1% | 1.0% | 59.5% | 103 | 4.6 |
| 230-239 | 14 | 7.3% | 79.7% | 3,422 | 8.0% | 20.9% | 3,436 | 8.0% | 21.1% | 0.4% | 58.6% | 244 | 5.5 |
| 240-244 | 10 | 5.2% | 84.9% | 2,191 | 5.1% | 26.0% | 2,201 | 5.1% | 26.2% | 0.5% | 58.9% | 219 | 5.4 |
| 245-249 | 4 | 2.1% | 87.0% | 2,495 | 5.8% | 31.8% | 2,499 | 5.8% | 32.0% | 0.2% | 55.2% | 624 | 6.4 |
| 250-333 | 25 | 13.0% | 100.0% | 29,256 | 68.2% | 100.0% | 29,281 | 68.0% | 100.0% | 0.1% | 0.0% | 1,170 | 7.1 |
| Total | 192 | 100% | | 42,884 | 100% | | 43,076 | 100% | | 0.4% | 59.5% | 223 | 5.4 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.27: Score distribution tables. Non-Conforming population - Current period (Q4 2018 – Q3 2019). Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 76-179 | 2 | 0.2% | 0.2% | 19 | 0.0% | 0.0% | 21 | 0.0% | 0.0% | 9.5% | 0.2% | 10 | 2.3 |
| 180-189 | 2 | 0.2% | 0.4% | 55 | 0.1% | 0.2% | 57 | 0.1% | 0.2% | 3.5% | 0.2% | 28 | 3.3 |
| 190-199 | 10 | 1.0% | 1.4% | 146 | 0.3% | 0.5% | 156 | 0.3% | 0.5% | 6.4% | 1.0% | 15 | 2.7 |
| 200-204 | 5 | 0.5% | 1.9% | 144 | 0.3% | 0.8% | 149 | 0.3% | 0.8% | 3.4% | 1.2% | 29 | 3.4 |
| 205-209 | 15 | 1.5% | 3.4% | 230 | 0.5% | 1.3% | 245 | 0.5% | 1.3% | 6.1% | 2.2% | 15 | 2.7 |
| 210-214 | 19 | 1.9% | 5.4% | 332 | 0.7% | 2.0% | 351 | 0.7% | 2.0% | 5.4% | 3.4% | 17 | 2.9 |
| 215-219 | 16 | 1.6% | 7.0% | 520 | 1.1% | 3.1% | 536 | 1.1% | 3.2% | 3.0% | 3.9% | 33 | 3.5 |
| 220-229 | 73 | 7.4% | 14.4% | 1,861 | 4.0% | 7.0% | 1,934 | 4.0% | 7.2% | 3.8% | 7.4% | 25 | 3.2 |
| 230-239 | 127 | 12.9% | 27.3% | 3,432 | 7.3% | 14.3% | 3,559 | 7.4% | 14.6% | 3.6% | 12.9% | 27 | 3.3 |
| 240-244 | 76 | 7.7% | 35.0% | 2,528 | 5.4% | 19.7% | 2,604 | 5.4% | 20.0% | 2.9% | 15.3% | 33 | 3.5 |
| 245-249 | 88 | 8.9% | 43.9% | 3,042 | 6.5% | 26.1% | 3,130 | 6.5% | 26.5% | 2.8% | 17.7% | 35 | 3.5 |
| 250-333 | 554 | 56.1% | 100.0% | 34,785 | 73.9% | 100.0% | 35,339 | 73.5% | 100.0% | 1.6% | 0.0% | 63 | 4.1 |
| Total | 987 | 100% | | 47,094 | 100% | | 48,081 | 100% | | 2.1% | 17.7% | 48 | 3.9 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.3: Log Odds vs. Score and Bad Rate vs. Score plots for Non-Conforming population. Baseline (Q1 2012- Q4 2012) vs. Current (Q2 2020)

| Log Odds to Score | Bad Rate |
|---|---|




## Early performance:

The current population is the set of booked accounts observed with 18 months of performance window.

Analysis/Findings:

Overall Population

*Rank Ordering:*

- The log odds under the current population retains a monotonically increasing trend across score intervals with no rank order reversals (See Table 3.29). Similarly, the Bad Rate under the current population retains a monotonic decreasing trend across score intervals, as shown in Figure 3.4.

*Slope of the log odds vs score plot:*

- The results in Figure 3.4 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.2549**, slope of baseline log odds curve – **0.3235**). This behavior indicates that the model has a slight reduction in discriminatory power as compared to the baseline. The overall bad rate has slightly increased (0.2% to 0.5%). The log odds score has shifted downwards compared to baseline, with the bad rates increasing across all score bins. Despite the increase in bad rates, the odds to score relationship improved compared to pre-COVID origination charts.

- According to the KPI (Appendix A.2) comment, '*Overall bad rate increased to 0.5% and odds drop for all score bins due to COVID-19 forbearance. However, the odds to score relationship shows little flattening.*' The validator notes that the performance window has exited the COVID-19 Impacted months (2020/03, 2020/04) and marks the start of credit tightening in response to COVID-19.

The validator considers that the model continues to rank order appropriately for the overall population under the early performance window..

Table 3.28: Score distribution tables. Overall population - Baseline. Early performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| | Missing | - | - | - | - | - | - | - | - | | - | - | - | - |
| Score Range | 76-179 | 63 | 7.9% | 7.9% | 2,400 | 0.5% | 0.5% | 2,463 | 0.5% | 0.5% | 2.6% | 7.3% | 38 | 3.6 |
| | 180-189 | 58 | 7.2% | 15.1% | 2,513 | 0.6% | 1.1% | 2,571 | 0.6% | 1.1% | 2.3% | 14.0% | 43 | 3.8 |
| | 190-199 | 95 | 11.9% | 27.0% | 5,402 | 1.2% | 2.3% | 5,497 | 1.2% | 2.3% | 1.7% | 24.7% | 57 | 4.0 |
| | 200-204 | 39 | 4.9% | 31.8% | 4,361 | 1.0% | 3.2% | 4,400 | 1.0% | 3.3% | 0.9% | 28.6% | 112 | 4.7 |
| | 205-209 | 40 | 5.0% | 36.8% | 5,269 | 1.2% | 4.4% | 5,309 | 1.2% | 4.5% | 0.8% | 32.4% | 132 | 4.9 |
| | 210-214 | 61 | 7.6% | 44.4% | 6,990 | 1.5% | 6.0% | 7,051 | 1.6% | 6.0% | 0.9% | 38.5% | 115 | 4.7 |
| | 215-219 | 28 | 3.5% | 47.9% | 8,528 | 1.9% | 7.8% | 8,556 | 1.9% | 7.9% | 0.3% | 40.1% | 305 | 5.7 |
| | 220-229 | 62 | 7.7% | 55.7% | 24,341 | 5.4% | 13.2% | 24,403 | 5.4% | 13.3% | 0.3% | 42.5% | 393 | 6.0 |
| | 230-239 | 85 | 10.6% | 66.3% | 35,403 | 7.8% | 21.0% | 35,488 | 7.8% | 21.1% | 0.2% | 45.2% | 417 | 6.0 |
| | 240-244 | 37 | 4.6% | 70.9% | 22,298 | 4.9% | 26.0% | 22,335 | 4.9% | 26.1% | 0.2% | 44.9% | 603 | 6.4 |
| | 245-249 | 38 | 4.7% | 75.7% | 23,948 | 5.3% | 31.3% | 23,986 | 5.3% | 31.3% | 0.2% | 44.4% | 630 | 6.4 |
| | 250-333 | 195 | 24.3% | 100.0% | 310,977 | 68.7% | 100.0% | 311,172 | 68.7% | 100.0% | 0.1% | 0.0% | 1,595 | 7.4 |
| Total | | 801 | 100% | | 452,430 | 100% | | 453,231 | 100% | | 0.2% | 45.2% | 565 | 6.3 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.29: Score distribution tables. Overall population - Current period (Q2 2020 – Q1 2021). Early performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| | Missing | - | - | - | - | - | - | - | - | | - | - | - | - |
| Score Range | 76-179 | 80 | 6.3% | 6.3% | 1,691 | 0.7% | 0.7% | 1,771 | 0.7% | 0.7% | 4.5% | 5.7% | 21 | 3.1 |
| | 180-189 | 63 | 5.0% | 11.3% | 2,155 | 0.9% | 1.6% | 2,218 | 0.9% | 1.6% | 2.8% | 9.8% | 34 | 3.5 |
| | 190-199 | 102 | 8.1% | 19.4% | 3,798 | 1.5% | 3.1% | 3,900 | 1.6% | 3.2% | 2.6% | 16.3% | 37 | 3.6 |
| | 200-204 | 67 | 5.3% | 24.7% | 2,824 | 1.1% | 4.2% | 2,891 | 1.2% | 4.3% | 2.3% | 20.5% | 42 | 3.7 |
| | 205-209 | 71 | 5.6% | 30.4% | 3,471 | 1.4% | 5.7% | 3,542 | 1.4% | 5.8% | 2.0% | 24.7% | 49 | 3.9 |
| | 210-214 | 91 | 7.2% | 37.6% | 4,445 | 1.8% | 7.5% | 4,536 | 1.8% | 7.6% | 2.0% | 30.1% | 49 | 3.9 |
| | 215-219 | 68 | 5.4% | 43.0% | 5,299 | 2.1% | 9.6% | 5,367 | 2.2% | 9.8% | 1.3% | 33.4% | 78 | 4.4 |
| | 220-229 | 168 | 13.3% | 56.3% | 13,974 | 5.7% | 15.3% | 14,142 | 5.7% | 15.5% | 1.2% | 41.0% | 83 | 4.4 |
| | 230-239 | 147 | 11.7% | 68.0% | 19,096 | 7.7% | 23.0% | 19,243 | 7.8% | 23.2% | 0.8% | 45.0% | 130 | 4.9 |
| | 240-244 | 58 | 4.6% | 72.6% | 11,694 | 4.7% | 27.8% | 11,752 | 4.7% | 28.0% | 0.5% | 44.8% | 202 | 5.3 |
| | 245-249 | 57 | 4.5% | 77.1% | 13,081 | 5.3% | 33.1% | 13,138 | 5.3% | 33.3% | 0.4% | 44.0% | 229 | 5.4 |
| | 250-333 | 289 | 22.9% | 100.0% | 165,121 | 66.9% | 100.0% | 165,410 | 66.7% | 100.0% | 0.2% | 0.0% | 571 | 6.3 |
| Total | | 1,261 | 100% | | 246,649 | 100% | | 247,910 | 100% | | 0.5% | 45.0% | 196 | 5.3 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.4: Log Odds vs. Score and Bad Rate vs. Score plots for Overall population. Baseline (Q1 2012- Q4 2012) vs. Current (Q2 2020 – Q1 2021). Early Performance Window

| Log Odds to Score | Bad Rate |
|---|---|

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 42 of 81

WF-00133198

1132




## Conforming Population

*Rank Ordering:*

- The log odds under the current population retains a monotonically increasing trend across score intervals (See Table 3.31). Similarly, the Bad Rate under the current population retains a monotonic decreasing trend across score intervals, as shown in Figure 3.5.

*Slope of the log odds vs score plot:*

- The results in Figure 3.5 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.2434**, slope of baseline log odds curve – **0.3151**). This behavior indicates that the model has a slight reduction in discriminatory power as compared to the baseline. The overall bad rate has slightly increased (0.2% to 0.6%). The log odds score has shifted downwards compared to baseline, with the bad rates increasing across all score bins. Despite the increase in bad rates, the odds to score relationship improved compared to pre-COVID origination charts.

The validator considers that the model continues to rank order appropriately for the conforming population.

Table 3.30: Score distribution tables. Conforming population - Baseline. Early performance window

| HL ECS Conventional (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | - | - | - | - | - | - | - | - | - | | - | - |
| 76-179 | 47 | 6.6% | 6.6% | 1,985 | 0.5% | 0.5% | 2,032 | 0.5% | 0.5% | 2.3% | 6.1% | 42 | 3.7 |
| 180-189 | 51 | 7.2% | 13.8% | 2,204 | 0.5% | 1.0% | 2,255 | 0.5% | 1.0% | 2.3% | 12.7% | 43 | 3.8 |
| 190-199 | 85 | 11.9% | 25.7% | 4,878 | 1.2% | 2.2% | 4,963 | 1.2% | 2.3% | 1.7% | 23.5% | 57 | 4.0 |
| 200-204 | 32 | 4.5% | 30.2% | 3,978 | 1.0% | 3.2% | 4,010 | 1.0% | 3.2% | 0.8% | 27.0% | 124 | 4.8 |
| 205-209 | 36 | 5.1% | 35.3% | 4,786 | 1.2% | 4.4% | 4,822 | 1.2% | 4.4% | 0.7% | 30.9% | 133 | 4.9 |
| 210-214 | 55 | 7.7% | 43.0% | 6,434 | 1.6% | 5.9% | 6,489 | 1.6% | 6.0% | 0.8% | 37.1% | 117 | 4.8 |
| 215-219 | 22 | 3.1% | 46.1% | 7,763 | 1.9% | 7.8% | 7,785 | 1.9% | 7.9% | 0.3% | 38.2% | 353 | 5.9 |
| 220-229 | 53 | 7.4% | 53.5% | 22,170 | 5.4% | 13.2% | 22,223 | 5.4% | 13.3% | 0.2% | 40.3% | 418 | 6.0 |
| 230-239 | 80 | 11.2% | 64.7% | 31,968 | 7.8% | 21.0% | 32,048 | 7.8% | 21.1% | 0.2% | 43.7% | 400 | 6.0 |
| 240-244 | 32 | 4.5% | 69.2% | 20,101 | 4.9% | 26.0% | 20,133 | 4.9% | 26.0% | 0.2% | 43.8% | 628 | 6.4 |
| 245-249 | 37 | 5.2% | 74.4% | 21,447 | 5.2% | 31.2% | 21,484 | 5.2% | 31.3% | 0.2% | 43.2% | 580 | 6.4 |
| 250-333 | 182 | 25.6% | 100.0% | 281,693 | 68.8% | 100.0% | 281,875 | 68.7% | 100.0% | 0.1% | 0.0% | 1,548 | 7.3 |
| Total | 712 | 100% | | 409,407 | 100% | | 410,119 | 100% | | 0.2% | 43.7% | 575 | 6.4 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.31: Score distribution tables. Conforming population - Current period (Q2 2020 – Q1 2021). Early performance window

| HL ECS Conventional (Model 11960) | | Distribution | | | | | | | | | | Performance | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Bads | | | Goods | | | Total | | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | | |
| Score Range | Missing | - | - | - | - | - | - | - | - | - | | - | - | - | - |
| | 76-179 | 80 | 6.5% | 6.5% | 1,684 | 0.8% | 0.8% | 1,764 | 0.8% | 0.8% | | 4.5% | 5.7% | 21 | 3.0 |
| | 180-189 | 62 | 5.1% | 11.6% | 2,144 | 1.0% | 1.8% | 2,206 | 1.0% | 1.8% | | 2.8% | 9.8% | 35 | 3.5 |
| | 190-199 | 102 | 8.3% | 19.9% | 3,749 | 1.7% | 3.5% | 3,851 | 1.8% | 3.6% | | 2.6% | 16.4% | 37 | 3.6 |
| | 200-204 | 67 | 5.5% | 25.4% | 2,772 | 1.3% | 4.8% | 2,839 | 1.3% | 4.9% | | 2.4% | 20.5% | 41 | 3.7 |
| | 205-209 | 70 | 5.7% | 31.1% | 3,419 | 1.6% | 6.4% | 3,489 | 1.6% | 6.6% | | 2.0% | 24.7% | 49 | 3.9 |
| | 210-214 | 90 | 7.3% | 38.4% | 4,331 | 2.0% | 8.4% | 4,421 | 2.0% | 8.6% | | 2.0% | 30.0% | 48 | 3.9 |
| | 215-219 | 68 | 5.5% | 44.0% | 5,089 | 2.4% | 10.8% | 5,157 | 2.4% | 11.0% | | 1.3% | 33.2% | 75 | 4.3 |
| | 220-229 | 167 | 13.6% | 57.6% | 13,173 | 6.1% | 16.9% | 13,340 | 6.2% | 17.2% | | 1.3% | 40.7% | 79 | 4.4 |
| | 230-239 | 143 | 11.7% | 69.2% | 17,303 | 8.1% | 25.0% | 17,446 | 8.1% | 25.2% | | 0.8% | 44.3% | 121 | 4.8 |
| | 240-244 | 57 | 4.6% | 73.9% | 10,834 | 4.8% | 29.8% | 10,891 | 4.8% | 30.0% | | 0.5% | 44.1% | 181 | 5.2 |
| | 245-249 | 57 | 4.6% | 78.5% | 11,279 | 5.3% | 35.0% | 11,336 | 5.2% | 35.3% | | 0.5% | 43.5% | 198 | 5.3 |
| | 250-333 | 263 | 21.5% | 100.0% | 139,501 | 65.0% | 100.0% | 139,764 | 64.7% | 100.0% | | 0.2% | 0.0% | 530 | 6.3 |
| Total | | 1,226 | 100% | | 214,778 | 100% | | 216,004 | 100% | | | 0.6% | 44.3% | 175 | 5.2 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.5: Log Odds vs. Score and Bad Rate vs. Score plots for Conforming population. Baseline (Q1 2012- Q4 2012) vs. Current (Q2 2020 – Q1 2021). Early Performance Window



## Non-Conforming Population

### Rank Ordering:

- The log odds score under the current population has a couple of rank order reversals and multiple breaks due to zero bad volumes across 5 score bins (See Table 3.33). Similarly, the Bad Rate under the current population has a couple of reversals with multiple breaks, as shown in Figure 3.6.

### Slope of the log odds vs score plot:

- Due to the very low bad volumes in this segment, the result from this analysis is considered inconclusive.

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 44 of 81

WF-00133200

1134

Table 3.32: Score distribution tables. Non-Conforming population - Baseline. Early performance window

| HL ECS Conventional (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| Score Range | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| | Missing | - | - | | - | - | | - | - | | | | - | - |
| | 76-179 | 16 | 17.8% | 17.8% | 415 | 1.0% | 1.0% | 431 | 1.0% | 1.0% | 3.7% | 16.8% | 26 | 3.3 |
| | 180-189 | 7 | 7.8% | 25.6% | 310 | 0.7% | 1.7% | 317 | 0.7% | 1.7% | 2.2% | 23.9% | 44 | 3.8 |
| | 190-199 | 9 | 10.0% | 35.6% | 524 | 1.2% | 2.9% | 533 | 1.2% | 3.0% | 1.7% | 32.7% | 58 | 4.0 |
| | 200-204 | 7 | 7.8% | 43.3% | 383 | 0.9% | 3.8% | 390 | 0.9% | 3.9% | 1.8% | 39.5% | 55 | 4.0 |
| | 205-209 | 4 | 4.4% | 47.8% | 483 | 1.1% | 4.9% | 487 | 1.1% | 5.0% | 0.8% | 42.9% | 121 | 4.8 |
| | 210-214 | 6 | 6.7% | 54.4% | 556 | 1.3% | 6.2% | 562 | 1.3% | 6.3% | 1.1% | 48.2% | 93 | 4.5 |
| | 215-219 | 7 | 7.8% | 62.2% | 765 | 1.8% | 8.0% | 772 | 1.8% | 8.1% | 0.9% | 54.2% | 109 | 4.7 |
| | 220-229 | 9 | 10.0% | 72.2% | 2,170 | 5.0% | 13.0% | 2,179 | 5.1% | 13.2% | 0.4% | 59.2% | 241 | 5.5 |
| | 230-239 | 5 | 5.6% | 77.8% | 3,435 | 8.0% | 21.0% | 3,440 | 8.0% | 21.1% | 0.1% | 56.8% | 687 | 6.5 |
| | 240-244 | 6 | 6.7% | 84.4% | 2,197 | 5.1% | 26.1% | 2,203 | 5.1% | 26.2% | 0.3% | 58.3% | 366 | 5.9 |
| | 245-249 | 1 | 1.1% | 85.6% | 2,501 | 5.8% | 31.9% | 2,502 | 5.8% | 32.0% | 0.0% | 53.6% | 2,501 | 7.8 |
| | 250-333 | 13 | 14.4% | 100.0% | 29,284 | 68.1% | 100.0% | 29,297 | 68.0% | 100.0% | 0.0% | 0.0% | 2,253 | 7.7 |
| Total | | 90 | 100% | | 43,023 | 100% | | 43,113 | 100% | | 0.2% | 59.2% | 478 | 6.2 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.33: Score distribution tables. Non-Conforming population - Current period (Q2 2020 – Q1 2021). Early performance window

| HL ECS Conventional (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| Score Range | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| | Missing | - | - | | - | - | | - | - | | | | - | - |
| | 76-179 | - | 0.0% | 0.0% | 7 | 0.0% | 0.0% | 7 | 0.0% | 0.0% | 0.0% | 0.0% | - | - |
| | 180-189 | 1 | 2.9% | 2.9% | 11 | 0.0% | 0.1% | 12 | 0.0% | 0.1% | 8.3% | 2.8% | 11 | 2.4 |
| | 190-199 | - | 0.0% | 2.9% | 49 | 0.2% | 0.2% | 49 | 0.2% | 0.2% | 0.0% | 2.6% | - | - |
| | 200-204 | - | 0.0% | 2.9% | 52 | 0.2% | 0.4% | 52 | 0.2% | 0.4% | 0.0% | 2.5% | - | - |
| | 205-209 | 1 | 2.9% | 5.7% | 52 | 0.2% | 0.5% | 53 | 0.2% | 0.5% | 1.9% | 5.2% | 52 | 4.0 |
| | 210-214 | 1 | 2.9% | 8.6% | 114 | 0.4% | 0.9% | 115 | 0.4% | 0.9% | 0.9% | 7.7% | 114 | 4.7 |
| | 215-219 | - | 0.0% | 8.6% | 210 | 0.7% | 1.6% | 210 | 0.7% | 1.6% | 0.0% | 7.0% | - | - |
| | 220-229 | 1 | 2.9% | 11.4% | 801 | 2.5% | 4.1% | 802 | 2.5% | 4.1% | 0.1% | 7.4% | 801 | 6.7 |
| | 230-239 | 4 | 11.4% | 22.9% | 1,793 | 5.6% | 9.7% | 1,797 | 5.6% | 9.7% | 0.2% | 13.2% | 448 | 6.1 |
| | 240-244 | 1 | 2.9% | 25.7% | 1,360 | 4.3% | 14.0% | 1,361 | 4.3% | 14.0% | 0.1% | 11.8% | 1,360 | 7.2 |
| | 245-249 | - | 0.0% | 25.7% | 1,802 | 5.7% | 19.6% | 1,802 | 5.6% | 19.6% | 0.0% | 6.1% | - | - |
| | 250-333 | 26 | 74.3% | 100.0% | 25,620 | 80.4% | 100.0% | 25,646 | 80.4% | 100.0% | 0.1% | 0.0% | 985 | 6.9 |
| Total | | 35 | 100% | | 31,871 | 100% | | 31,906 | 100% | | 0.1% | 13.2% | 911 | 6.8 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.6: Log Odds vs. Score and Bad Rate vs. Score plots for Non-Conforming population. Baseline (Q1 2012- Q4 2012) vs. Current (Q2 2020 – Q1 2021). Early Performance Window



Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 45 of 81

WF-00133201

1135

# Non-deferrals

Here we will be discussing about log odds vs score plot for the full performance and early performance windows for these non – deferred accounts. Non-deferred performance for Non-Conforming population is no longer monitored due to low bad volume.

## Full performance:

The current population is the set of booked accounts observed with 36 months of performance window.

Analysis/Findings:

Overall Population

*Rank Ordering:*

- The log odds under the current population mostly retains a monotonically increasing trend across score intervals, with three rank order reversals (See Table 3.35). Similarly, the Bad Rate under the current population mostly retains a monotonic decreasing trend across score intervals, with three rank reversals as shown in Figure 3.7. The validator recommends considering this aspect of rank order reversal into the strategy development for the model population.

*Slope of the log odds vs score plot:*

- The results in Figure 3.7 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.2233**, slope of baseline log odds curve – **0.2956**). This behavior indicates that the model has a reduction in discriminatory power as compared to the baseline. However, the overall bad rate has decreased (0.4% to 0.2%). The log odds score has shifted upwards noticeably compared to baseline, with the bad rates decreasing across all score bins.

The validator considers that the model continues to rank order appropriately for the overall non – deferral population.

Table 3.34: Score distribution tables. Overall Non-deferred population - Baseline. Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Score Range | Missing | - | | | - | | | - | | | | | | |
| | 76-179 | 102 | 5.5% | 5.5% | 2,327 | 0.5% | 0.5% | 2,429 | 0.5% | 0.5% | 4.2% | 5.0% | 23 | 3.1 |
| | 180-189 | 113 | 6.1% | 11.7% | 2,464 | 0.5% | 1.1% | 2,577 | 0.6% | 1.1% | 4.4% | 10.6% | 22 | 3.1 |
| | 190-199 | 205 | 11.1% | 22.8% | 5,304 | 1.2% | 2.2% | 5,509 | 1.2% | 2.3% | 3.7% | 20.6% | 26 | 3.3 |
| | 200-204 | 78 | 4.2% | 27.1% | 4,312 | 1.0% | 3.2% | 4,390 | 1.0% | 3.3% | 1.8% | 23.9% | 55 | 4.0 |
| | 205-209 | 88 | 4.8% | 31.8% | 5,216 | 1.2% | 4.4% | 5,304 | 1.2% | 4.5% | 1.7% | 27.5% | 59 | 4.1 |
| | 210-214 | 127 | 6.9% | 38.7% | 6,922 | 1.5% | 5.9% | 7,049 | 1.6% | 6.0% | 1.8% | 32.8% | 55 | 4.0 |
| | 215-219 | 69 | 3.7% | 42.5% | 8,484 | 1.9% | 7.8% | 8,553 | 1.9% | 7.9% | 0.8% | 34.7% | 123 | 4.8 |
| | 220-229 | 217 | 11.8% | 54.3% | 24,120 | 5.3% | 13.1% | 24,337 | 5.4% | 13.3% | 0.9% | 41.1% | 111 | 4.7 |
| | 230-239 | 229 | 12.4% | 66.7% | 35,199 | 7.8% | 20.9% | 35,428 | 7.8% | 21.1% | 0.6% | 45.8% | 154 | 5.0 |
| | 240-244 | 123 | 6.7% | 73.4% | 22,177 | 4.9% | 25.8% | 22,300 | 4.9% | 26.0% | 0.6% | 47.5% | 180 | 5.2 |
| | 245-249 | 69 | 3.7% | 77.1% | 23,901 | 5.3% | 31.1% | 23,970 | 5.3% | 31.3% | 0.3% | 46.0% | 346 | 5.8 |
| | 250-333 | 421 | 22.9% | 100.0% | 310,512 | 68.9% | 100.0% | 310,933 | 68.7% | 100.0% | 0.1% | 0.0% | 738 | 6.6 |
| Total | | 1,841 | 100% | | 450,938 | 100% | | 452,779 | 100% | | 0.4% | 47.5% | 245 | 5.5 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.35: Score distribution tables. Overall Non-deferred population - Current period (Q4 2018 – Q3 2019). Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Score Range | Missing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 76-179 | 24 | 7.7% | 7.7% | 1,974 | 1.3% | 1.3% | 1,998 | 1.3% | 1.3% | 1.2% | 6.4% | 82 | 4.4 |
| | 180-189 | 26 | 8.4% | 16.1% | 2,153 | 1.5% | 2.8% | 2,179 | 1.5% | 2.8% | 1.2% | 13.3% | 83 | 4.4 |
| | 190-199 | 52 | 10.3% | 26.4% | 3,538 | 2.4% | 5.2% | 3,570 | 2.4% | 5.2% | 0.9% | 21.2% | 111 | 4.7 |
| | 200-204 | 12 | 3.9% | 30.2% | 2,504 | 1.7% | 6.9% | 2,516 | 1.7% | 6.9% | 0.5% | 23.9% | 209 | 5.3 |
| | 205-209 | 19 | 6.1% | 36.3% | 3,017 | 2.0% | 8.9% | 3,036 | 2.0% | 9.0% | 0.6% | 27.4% | 159 | 5.1 |
| | 210-214 | 14 | 4.5% | 40.8% | 3,584 | 2.4% | 11.3% | 3,598 | 2.4% | 11.4% | 0.4% | 29.5% | 256 | 5.5 |
| | 215-219 | 17 | 5.5% | 46.3% | 4,302 | 2.9% | 14.3% | 4,319 | 2.9% | 14.3% | 0.4% | 32.0% | 253 | 5.5 |
| | 220-229 | 44 | 14.1% | 60.5% | 10,944 | 7.4% | 21.7% | 10,988 | 7.4% | 21.7% | 0.4% | 38.8% | 249 | 5.5 |
| | 230-239 | 33 | 10.6% | 71.1% | 13,978 | 9.5% | 31.1% | 14,011 | 9.5% | 31.2% | 0.2% | 39.9% | 424 | 6.0 |
| | 240-244 | 19 | 6.1% | 77.2% | 8,176 | 5.5% | 36.6% | 8,195 | 5.5% | 36.7% | 0.2% | 40.5% | 430 | 6.1 |
| | 245-249 | 16 | 5.1% | 82.3% | 9,004 | 6.1% | 42.7% | 9,020 | 6.1% | 42.8% | 0.2% | 39.6% | 563 | 6.3 |
| | 250-333 | 55 | 17.7% | 100.0% | 84,631 | 57.3% | 100.0% | 84,686 | 57.2% | 100.0% | 0.1% | 0.0% | 1,539 | 7.3 |
| Total | | 311 | 100% | | 147,805 | 100% | | 148,116 | 100% | | 0.2% | 40.5% | 475 | 6.2 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.7: Log Odds vs. Score and Bad Rate vs. Score plots for Overall non-deferred population. Baseline (Q1 2012- Q4 2012) vs. Current (Q4 2018 – Q3 2019). Full Performance Window



## Conforming Population

### *Rank Ordering:*

- The log odds under the current population mostly retains a monotonically increasing trend across score intervals except for three rank order reversals: 4th to 5th decile, 7th to 8th decile, 9th to 10th decile (See Table 3.37). Similarly, the Bad Rate under the current population mostly retains a monotonic decreasing trend across score intervals, with three rank reversals as shown in Figure 3.8. The validator recommends considering this aspect of rank order reversal into the strategy development for the model population. This is included as an observation (Section 4 – Table 4.2).

### *Slope of the log odds vs score plot:*

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133203

- The results in Figure 3.8 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.1898**, slope of baseline log odds curve – **0.281**). This behavior indicates that the model has a reduction in discriminatory power as compared to the baseline. However, the overall bad rate has decreased (0.4% to 0.3%). The log odds score has shifted upwards noticeably compared to baseline, with the bad rates decreasing across all score bins.

Hence, the validator considers that the model continues to rank order appropriately for the conformed non – deferral population.

Table 3.36: Score distribution tables. Conforming Non-deferred population - Baseline. Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Score Range | Missing | - | - | | - | - | | - | - | | | | - | |
| | 76-179 | 71 | 4.3% | 4.3% | 1,933 | 0.5% | 0.5% | 2,004 | 0.5% | 0.5% | 3.5% | 3.8% | 27 | 3.3 |
| | 180-189 | 97 | 5.9% | 10.2% | 2,168 | 0.5% | 1.0% | 2,265 | 0.6% | 1.0% | 4.3% | 9.2% | 22 | 3.1 |
| | 190-199 | 178 | 10.8% | 21.0% | 4,799 | 1.2% | 2.2% | 4,977 | 1.2% | 2.3% | 3.6% | 18.8% | 27 | 3.3 |
| | 200-204 | 65 | 3.9% | 24.9% | 3,933 | 1.0% | 3.1% | 3,998 | 1.0% | 3.2% | 1.6% | 21.8% | 61 | 4.1 |
| | 205-209 | 76 | 4.6% | 29.5% | 4,740 | 1.2% | 4.3% | 4,816 | 1.2% | 4.4% | 1.6% | 25.2% | 62 | 4.1 |
| | 210-214 | 119 | 7.2% | 36.7% | 6,371 | 1.6% | 5.9% | 6,490 | 1.6% | 6.0% | 1.8% | 30.9% | 54 | 4.0 |
| | 215-219 | 60 | 3.6% | 40.4% | 7,724 | 1.9% | 7.8% | 7,784 | 1.9% | 7.9% | 0.8% | 32.6% | 129 | 4.9 |
| | 220-229 | 195 | 11.8% | 52.2% | 21,961 | 5.4% | 13.1% | 22,156 | 5.4% | 13.3% | 0.9% | 39.0% | 113 | 4.7 |
| | 230-239 | 215 | 13.0% | 65.2% | 31,777 | 7.8% | 20.9% | 31,992 | 7.8% | 21.1% | 0.7% | 44.3% | 148 | 5.0 |
| | 240-244 | 113 | 6.8% | 72.1% | 19,986 | 4.9% | 25.8% | 20,099 | 4.9% | 26.0% | 0.6% | 46.2% | 177 | 5.2 |
| | 245-249 | 65 | 3.9% | 76.0% | 21,406 | 5.2% | 31.1% | 21,471 | 5.2% | 31.3% | 0.3% | 44.9% | 329 | 5.8 |
| | 250-333 | 396 | 24.0% | 100.0% | 281,256 | 68.9% | 100.0% | 281,652 | 68.7% | 100.0% | 0.1% | 0.0% | 710 | 6.6 |
| Total | | 1,650 | 100% | | 408,054 | 100% | | 409,704 | 100% | | 0.4% | 46.2% | 247 | 5.5 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.37: Score distribution tables. Conforming Non-deferred population - Current period (Q4 2018 – Q3 2019). Full performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Score Range | Missing | - | - | | - | - | | - | - | | | | - | |
| | 76-179 | 24 | 8.1% | 8.1% | 1,959 | 1.9% | 1.9% | 1,983 | 1.9% | 1.9% | 1.2% | 6.2% | 82 | 4.4 |
| | 180-189 | 26 | 8.8% | 16.9% | 2,108 | 2.0% | 3.9% | 2,134 | 2.1% | 4.0% | 1.2% | 13.0% | 81 | 4.4 |
| | 190-199 | 32 | 10.8% | 27.7% | 3,415 | 3.3% | 7.2% | 3,447 | 3.3% | 7.3% | 0.9% | 20.5% | 107 | 4.7 |
| | 200-204 | 12 | 4.1% | 31.8% | 2,378 | 2.3% | 9.5% | 2,390 | 2.3% | 9.6% | 0.5% | 22.2% | 198 | 5.3 |
| | 205-209 | 18 | 6.1% | 37.8% | 2,817 | 2.7% | 12.2% | 2,835 | 2.7% | 12.3% | 0.6% | 25.6% | 157 | 5.1 |
| | 210-214 | 14 | 4.7% | 42.6% | 3,301 | 3.2% | 15.4% | 3,315 | 3.2% | 15.5% | 0.4% | 27.1% | 236 | 5.5 |
| | 215-219 | 16 | 5.4% | 48.0% | 3,850 | 3.7% | 19.1% | 3,866 | 3.7% | 19.2% | 0.4% | 28.8% | 241 | 5.5 |
| | 220-229 | 41 | 13.9% | 61.8% | 9,276 | 9.0% | 28.1% | 9,317 | 9.0% | 28.2% | 0.4% | 33.7% | 226 | 5.4 |
| | 230-239 | 32 | 10.8% | 72.6% | 10,849 | 10.5% | 38.6% | 10,881 | 10.5% | 38.6% | 0.3% | 34.1% | 339 | 5.8 |
| | 240-244 | 18 | 6.1% | 78.7% | 5,838 | 5.6% | 44.2% | 5,856 | 5.6% | 44.3% | 0.3% | 34.5% | 324 | 5.8 |
| | 245-249 | 16 | 5.4% | 84.1% | 6,213 | 6.0% | 50.2% | 6,229 | 6.0% | 50.3% | 0.3% | 33.9% | 388 | 6.0 |
| | 250-333 | 47 | 15.9% | 100.0% | 51,629 | 49.8% | 100.0% | 51,676 | 49.7% | 100.0% | 0.1% | 0.0% | 1,098 | 7.0 |
| Total | | 296 | 100% | | 103,633 | 100% | | 103,929 | 100% | | 0.3% | 34.5% | 350 | 5.9 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.8: Log Odds vs. Score and Bad Rate vs. Score plots for Conforming non-deferred population. Baseline (Q1 2012- Q4 2012) vs. Current (Q4 2018 – Q3 2019). Full Performance Window



## Early performance:

The current population is the set of booked accounts observed with 18 months of performance window.

Analysis/Findings:

### Overall Population

*Rank Ordering:*

- The log odds under the current population does not monotonically increase across score intervals with five rank order reversals: 2nd to 3rd decile, 6th to 7th decile, 8th to 9th decile, 9th to 10th decile and 11th to 12th decile (See Table 3.39). Similarly, the Bad Rate under the current population does not show a monotonic decreasing trend across score intervals, with five reversals as shown in Figure 3.9.

- The bad volume numbers are low across all bins and this causes volatility in bad rates with small changes in bad volumes. The validator recommends considering this aspect of rank order reversal into the strategy development for the model population. This is included as an observation (Section 4 – Table 4.2).

*Slope of the log odds vs score plot:*

- The results in Figure 3.9 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.2238**, slope of baseline log odds curve – **0.3235**). This behavior indicates that the model has a reduction in discriminatory power as compared to the baseline. However, the overall bad rate has decreased (0.2% to 0.1%). The log odds score has shifted upwards noticeably compared to baseline, with the bad rates decreasing across all score bins.

Hence, the validator considers that the model continues to rank order appropriately for the overall non – deferral population.

Table 3.38: Score distribution tables. Overall Non-deferred population - Baseline. Early performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | | - | | - | | - | | - | | - | | - |
| 76-179 | 63 | 7.9% | 7.9% | 2,400 | 0.5% | 0.5% | 2,463 | 0.5% | 0.5% | 2.6% | 7.3% | 38 | 3.6 |
| 180-189 | 58 | 7.2% | 15.1% | 2,513 | 0.6% | 1.1% | 2,571 | 0.6% | 1.1% | 2.3% | 14.0% | 43 | 3.8 |
| 190-199 | 95 | 11.9% | 27.0% | 5,402 | 1.2% | 2.3% | 5,497 | 1.2% | 2.3% | 1.7% | 24.7% | 57 | 4.0 |
| 200-204 | 39 | 4.9% | 31.8% | 4,361 | 1.0% | 3.2% | 4,400 | 1.0% | 3.3% | 0.9% | 28.6% | 112 | 4.7 |
| 205-209 | 40 | 5.0% | 36.8% | 5,269 | 1.2% | 4.4% | 5,309 | 1.2% | 4.5% | 0.8% | 32.4% | 132 | 4.9 |
| 210-214 | 61 | 7.6% | 44.4% | 6,990 | 1.5% | 6.0% | 7,051 | 1.6% | 6.0% | 0.9% | 38.5% | 115 | 4.7 |
| 215-219 | 28 | 3.5% | 47.9% | 8,528 | 1.9% | 7.8% | 8,556 | 1.9% | 7.9% | 0.3% | 40.1% | 305 | 5.7 |
| 220-229 | 62 | 7.7% | 55.7% | 24,341 | 5.4% | 13.2% | 24,403 | 5.4% | 13.3% | 0.3% | 42.5% | 393 | 6.0 |
| 230-239 | 85 | 10.6% | 66.3% | 35,403 | 7.8% | 21.0% | 35,488 | 7.8% | 21.1% | 0.2% | 45.2% | 417 | 6.0 |
| 240-244 | 37 | 4.6% | 70.9% | 22,298 | 4.9% | 26.0% | 22,335 | 4.9% | 26.1% | 0.2% | 44.9% | 603 | 6.4 |
| 245-249 | 38 | 4.7% | 75.7% | 23,948 | 5.3% | 31.3% | 23,986 | 5.3% | 31.3% | 0.2% | 44.4% | 630 | 6.4 |
| 250-333 | 195 | 24.3% | 100.0% | 310,977 | 68.7% | 100.0% | 311,172 | 68.7% | 100.0% | 0.1% | 0.0% | 1,595 | 7.4 |
| Total | 801 | 100% | | 452,430 | 100% | | 453,231 | 100% | | 0.2% | 45.2% | 565 | 6.3 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.39: Score distribution tables. Overall Non-deferred population - Current period (Q4 2018 – Q3 2019). Early performance window

| HL Conventional Orig Custom ECS Score (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | | - | | - | | - | | - | | - | | - |
| 76-179 | 5 | 4.0% | 4.0% | 1,678 | 0.7% | 0.7% | 1,683 | 0.7% | 0.7% | 0.3% | 3.3% | 336 | 5.8 |
| 180-189 | 6 | 4.8% | 8.8% | 2,139 | 0.9% | 1.6% | 2,145 | 0.9% | 1.6% | 0.3% | 7.2% | 357 | 5.9 |
| 190-199 | 11 | 8.8% | 17.6% | 3,771 | 1.5% | 3.1% | 3,782 | 1.5% | 3.1% | 0.3% | 14.5% | 343 | 5.8 |
| 200-204 | 5 | 4.0% | 21.6% | 2,805 | 1.1% | 4.2% | 2,810 | 1.1% | 4.2% | 0.2% | 17.4% | 561 | 6.3 |
| 205-209 | 6 | 4.8% | 26.4% | 3,454 | 1.4% | 5.6% | 3,460 | 1.4% | 5.6% | 0.2% | 20.8% | 576 | 6.4 |
| 210-214 | 3 | 2.4% | 28.8% | 4,417 | 1.8% | 7.4% | 4,420 | 1.8% | 7.4% | 0.1% | 21.4% | 1,472 | 7.3 |
| 215-219 | 8 | 6.4% | 35.2% | 5,268 | 2.1% | 9.6% | 5,276 | 2.1% | 9.6% | 0.2% | 25.6% | 659 | 6.5 |
| 220-229 | 8 | 6.4% | 41.6% | 13,924 | 5.7% | 15.2% | 13,932 | 5.7% | 15.2% | 0.1% | 26.4% | 1,741 | 7.5 |
| 230-239 | 15 | 12.0% | 53.6% | 19,045 | 7.7% | 22.9% | 19,060 | 7.7% | 23.0% | 0.1% | 30.7% | 1,270 | 7.1 |
| 240-244 | 10 | 8.0% | 61.6% | 11,665 | 4.7% | 27.7% | 11,675 | 4.7% | 27.7% | 0.1% | 33.9% | 1,167 | 7.1 |
| 245-249 | 3 | 2.4% | 64.0% | 13,060 | 5.3% | 33.0% | 13,063 | 5.3% | 33.0% | 0.0% | 31.0% | 4,353 | 8.4 |
| 250-333 | 45 | 36.0% | 100.0% | 164,984 | 67.0% | 100.0% | 165,029 | 67.0% | 100.0% | 0.0% | 0.0% | 3,666 | 8.2 |
| Total | 125 | 100% | | 246,210 | 100% | | 246,335 | 100% | | 0.1% | 33.9% | 1,970 | 7.6 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.9: Log Odds vs. Score and Bad Rate vs. Score plots for Overall non-deferred population. Baseline (Q1 2012- Q4 2012) vs. Current (Q4 2018 – Q3 2019). Early Performance Window



Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133206

1140

## Conforming Population

*Rank Ordering:*

- The log odds under the current population does not monotonically increase across score intervals with five rank order reversals: 2nd to 3rd decile, 6th to 7th decile, 8th to 9th decile, 9th to 10th decile and 11th to 12th decile (See Table 3.41). Similarly, the Bad Rate under the current population does not show a monotonic decreasing trend across score intervals, with five reversals as shown in Figure 3.10.

- The bad volume numbers are low across all bins and this causes volatility in bad rates with small changes in bad volumes. The validator recommends considering this aspect of rank order reversal into the strategy development for the model population. This is included as an observation (Section 4 – Table 4.2).

*Slope of the log odds vs score plot:*

- The results in Figure 3.10 shows a slightly lower slope of Log Odds to Score plot for Current population when compared with Baseline (slope of current log odds curve – **0.2101**, slope of baseline log odds curve – **0.3151**). This behavior indicates that the model has a reduction in discriminatory power as compared to the baseline. However, the overall bad rate has decreased (0.2% to 0.1%). The log odds score has shifted upwards noticeably compared to baseline, with the bad rates decreasing across all score bins.

Hence, the validator considers that the model continues to rank order appropriately for the conformed non – deferral population.

Table 3.40: Score distribution tables. Conforming Non-deferred population - Baseline. Early performance window

| HL ECS Conventional (Model 11960) | Distribution | | | | | | | | | Performance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | | | - | | | - | | | - | | | - |
| 76-179 | 47 | 6.6% | 6.6% | 1,985 | 0.5% | 0.5% | 2,032 | 0.5% | 0.5% | 2.3% | 6.1% | 42 | 3.7 |
| 180-189 | 51 | 7.2% | 13.8% | 2,204 | 0.5% | 1.0% | 2,255 | 0.5% | 1.0% | 2.3% | 12.7% | 43 | 3.8 |
| 190-199 | 85 | 11.9% | 25.7% | 4,878 | 1.2% | 2.2% | 4,963 | 1.2% | 2.3% | 1.7% | 23.5% | 57 | 4.0 |
| 200-204 | 32 | 4.5% | 30.2% | 3,978 | 1.0% | 3.2% | 4,010 | 1.0% | 3.2% | 0.8% | 27.0% | 124 | 4.8 |
| 205-209 | 36 | 5.1% | 35.3% | 4,786 | 1.2% | 4.4% | 4,822 | 1.2% | 4.4% | 0.7% | 30.9% | 133 | 4.9 |
| 210-214 | 55 | 7.7% | 43.0% | 6,434 | 1.6% | 5.9% | 6,489 | 1.6% | 6.0% | 0.8% | 37.1% | 117 | 4.8 |
| 215-219 | 22 | 3.1% | 46.1% | 7,763 | 1.9% | 7.8% | 7,785 | 1.9% | 7.9% | 0.3% | 38.2% | 353 | 5.9 |
| 220-229 | 53 | 7.4% | 53.5% | 22,170 | 5.4% | 13.2% | 22,223 | 5.4% | 13.3% | 0.2% | 40.3% | 418 | 6.0 |
| 230-239 | 80 | 11.2% | 64.7% | 31,968 | 7.8% | 21.0% | 32,048 | 7.8% | 21.1% | 0.2% | 43.7% | 400 | 6.0 |
| 240-244 | 32 | 4.5% | 69.2% | 20,101 | 4.9% | 26.0% | 20,133 | 4.9% | 26.0% | 0.2% | 43.3% | 628 | 6.4 |
| 245-249 | 37 | 5.2% | 74.4% | 21,447 | 5.2% | 31.2% | 21,484 | 5.2% | 31.3% | 0.2% | 43.2% | 580 | 6.4 |
| 250-333 | 182 | 25.6% | 100.0% | 281,693 | 68.8% | 100.0% | 281,875 | 68.7% | 100.0% | 0.1% | 0.0% | 1,548 | 7.3 |
| Total | 712 | 100% | | 409,407 | 100% | | 410,119 | 100% | | 0.2% | 43.7% | 575 | 6.4 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Table 3.41: Score distribution tables. Conforming Non-deferred population - Current period (Q4 2018 – Q3 2019). Early performance window

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 51 of 81

WF-00133207

1141

| HL ECS Conventional (Model 11960) | Distribution | | | | | | | | | Performance | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Bads | | | Goods | | | Total | | | Bad Rate | KS | Odds | Log Odds |
| Score Range | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | Volume | Interval % | Cumulative % | | | | |
| Missing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 76-179 | 5 | 4.1% | 4.1% | 1,671 | 0.8% | 0.8% | 1,676 | 0.8% | 0.8% | 0.3% | 3.3% | 334 | 5.8 |
| 180-189 | 6 | 4.9% | 8.9% | 2,128 | 1.0% | 1.8% | 2,134 | 1.0% | 1.8% | 0.3% | 7.2% | 355 | 5.9 |
| 190-199 | 11 | 8.9% | 17.9% | 3,722 | 1.7% | 3.5% | 3,733 | 1.7% | 3.5% | 0.3% | 14.4% | 338 | 5.8 |
| 200-204 | 5 | 4.1% | 22.0% | 2,754 | 1.3% | 4.8% | 2,759 | 1.3% | 4.8% | 0.2% | 17.2% | 551 | 6.3 |
| 205-209 | 6 | 4.9% | 26.8% | 3,402 | 1.6% | 6.4% | 3,408 | 1.6% | 6.4% | 0.2% | 20.4% | 567 | 6.3 |
| 210-214 | 3 | 2.4% | 29.3% | 4,303 | 2.0% | 8.4% | 4,306 | 2.0% | 8.4% | 0.1% | 20.9% | 1,434 | 7.3 |
| 215-219 | 8 | 6.5% | 35.8% | 5,058 | 2.4% | 10.7% | 5,066 | 2.4% | 10.8% | 0.2% | 25.0% | 632 | 6.4 |
| 220-229 | 8 | 6.5% | 42.3% | 13,128 | 6.1% | 16.9% | 13,136 | 6.1% | 16.9% | 0.1% | 25.4% | 1,641 | 7.4 |
| 230-239 | 15 | 12.2% | 54.5% | 17,256 | 8.0% | 24.9% | 17,271 | 8.1% | 24.9% | 0.1% | 29.6% | 1,150 | 7.0 |
| 240-244 | 10 | 8.1% | 62.6% | 10,311 | 4.8% | 29.7% | 10,321 | 4.8% | 29.7% | 0.1% | 32.9% | 1,031 | 6.9 |
| 245-249 | 3 | 2.4% | 65.0% | 11,261 | 5.3% | 35.0% | 11,264 | 5.3% | 35.0% | 0.0% | 30.1% | 3,754 | 8.2 |
| 250-333 | 43 | 35.0% | 100.0% | 139,385 | 65.0% | 100.0% | 139,428 | 65.0% | 100.0% | 0.0% | 0.0% | 3,242 | 8.1 |
| Total | 123 | 100% | | 214,379 | 100% | | 214,502 | 100% | | 0.1% | 32.9% | 1,743 | 7.5 |

Source: Q4 2022 Supplemental Statistics Report (Appendix A.3)

Figure 3.10: Log Odds vs. Score and Bad Rate vs. Score plots for Conforming non-deferred population. Baseline (Q1 2012- Q4 2012) vs. Current (Q4 2018 – Q3 2019). Early Performance Window



### 3.3.4    Benchmark Analysis

In this Section, the HLECSV1 CON model is benchmarked against the Decision FICO - Home Lending all CRA's FICO Acquisitions (Model ID 12206) under the full 36-month and the early 18-month performance window. The most recent population (for early read performance window is 2020 Q2-2021Q1 and for full performance window is 2018Q4-2019Q3) is compared with FICO9 but the historical performance of HLECSV1 CON score is compared with the FICO9 previous version FICO3.

**Full performance:**

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 52 of 81

1142

WF-00133208

Table 3.42 features the current (Q4 2018 – Q3 2019) and historical KS for the HLECSV1 CON model and the benchmark model under the full 36 months performance window. Figure 3.11 displays the ROC curve the most recent quarter ((Q4 2018 – Q3 2019).

Analysis/findings:

- Table 3.42 indicates that HLECSV1 CON outperforms FICO3/FICO9 model under current and historical populations. This holds true at the overall population, conforming accounts and non – conforming accounts.

- These results are consistent with the ROC curve plots displayed in Figure 3.11, which show that the HLECSV1 CON model shows a higher discriminatory power than FICO3/FICO9 model in the current window under overall population.

Table 3.42: KS% Change from benchmark. HLECSV1 CON model vs. FICO3 model. Full Performance Window.

| Cohort Period | Baseline | Out-of-Time Period | | | | |
|---|---|---|---|---|---|---|
| | 2012/01-2012/12 | 2017Q4-2018Q3 | 2018Q1-2018Q4 | 2018Q2-2019Q1 | 2018Q3-2019Q2 | 2018Q4-2019Q3 |
| Performance window for statistics below | 36 | 36 | 36 | 36 | 36 | 36 |
| K-S change from benchmark (%) for booked accounts | | | | | | |
| Overall | 10.7% | 10.1% | 8.4% | 7.5% | 10.7% | 14.1% |
| Conforming | 11.6% | 12.1% | 10.4% | 10.4% | 14.0% | 16.6% |
| Non-Conforming | 8.1% | 71.6% | 48.8% | 37.0% | 71.8% | 72.6% |

Source: Q4 2022 KPI Report (Appendix A.2)

Figure 3.11: ROC Curve plot. HLECSV1 CON model vs. FICO3 model. Full performance Window.



**Early performance:**

Table 3.43 features the current (Q2 2020 – Q1 2021) and historical KS for the HLECSV1 CON model and the benchmark model under the full 18 months performance window. Figure 3.12 displays the ROC curve for the most recent quarter.

Analysis/findings:

- Table 3.43 indicates that HLECSV1 CON outperforms FICO3/FICO9 model under current and historical populations. This holds true at the overall population, conforming accounts and non – conforming accounts.

- These results are consistent with the ROC curve plots displayed in Figure 3.11, which show that the HLECSV1 CON model shows a higher discriminatory power than FICO3/FICO9 model in the current window under overall population.

Table 3.43: KS% Change from benchmark. HLECSV1 CON model vs. FICO3 model. Early Performance Window.

| Cohort Period | Baseline | Out-of-Time Period | | | | |
|---|---|---|---|---|---|---|
| | 2012/01-2012/12 | 2019Q2-2020Q1 | 2019Q3-2020Q2 | 2019Q4-2020Q3 | 2020Q1-2020Q4 | 2020Q2-2021Q1 |
| Performance window for statistics below | 18 | 18 | 18 | 18 | 18 | 18 |
| KS change from benchmark (%) for booked accounts | | | | | | |
| Overall | 8.7% | 19.0% | 21.1% | 22.5% | 16.3% | 13.0% |
| Conforming | 9.3% | 23.4% | 22.9% | 24.1% | 17.7% | 14.6% |
| Non-Conforming | 3.2% | 56.0% | 75.4% | 55.5% | 60.0% | 276.1% |

Source: Q4 2022 KPI Report (Appendix A.2)

Figure 3.12: ROC Curve plot. HLECSV1 CON model vs. FICO3 model. Early performance Window.



Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review                                         Page 54 of 81

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL                                    **1144**                              WF-00133210

## Non-deferrals

Table 3.44 features the current (Q4 2018 – Q3 2019) and historical KS for the HLECSV1 CON model and the benchmark model under the full 36 months performance window. Figure 3.12 displays the ROC curve the most recent quarter ((Q4 2018 – Q3 2019).

### Full performance:

Analysis/findings:

- Table 3.44 indicates that HLECSV1 CON slightly underperforms FICO3/FICO9 model under current and historical populations. This holds true at the overall population, conforming accounts and non – conforming accounts.

- These results are consistent with the ROC curve plots displayed in Figure 3.12, which show that the HLECSV1 CON model shows a lower discriminatory power than FICO3/FICO9 model in the current window under overall population.

Table 3.44: KS% Change from benchmark – Non-deferred. HLECSV1 CON model vs. FICO3 model. Full Performance Window.

| | Baseline | Out-of-Time Period | | | |
|---|---|---|---|---|---|
| Cohort Period | 2012/01-2012/12 | 2018Q1-2018Q4 | 2018Q2-2019Q1 | 2018Q3-2019Q2 | 2018Q4-2019Q3 |
| Performance window for statistics below | 36 | 36 | 36 | 36 | 36 |
| KS change from benchmark(%) for booked accounts | | | | | |
| Overall | 10.7% | -4.3% | -8.0% | -12.5% | -3.1% |
| Conforming | 11.5% | -3.8% | -7.8% | -13.9% | -3.6% |
| Non-Conforming | 8.1% | 65.8% | 35.1% | 20.1% | |

Figure 3.13: ROC Curve plot – Non-deferred. HLECSV1 CON model vs. FICO3 model. Full performance Window.



## Early performance:

Analysis/findings:

- Table 3.45 indicates that HLECSV1 CON slightly underperforms FICO3/FICO9 model under current and historical populations. This holds true at the overall population, conforming accounts and non – conforming accounts.

- These results are consistent with the ROC curve plots displayed in Figure 3.12, which show that the HLECSV1 CON model shows a lower discriminatory power than FICO3/FICO9 model in the current window under overall population.

Table 3.45: KS% Change from benchmark – Non-deferred. HLECSV1 CON model vs. FICO3 model. Early Performance Window.

| | Baseline | Out-of-Time Period | | | |
|---|---|---|---|---|---|
| Cohort Period | 2012/01-2012/12 | 2019Q3-2020Q2* | 2019Q4-2020Q3* | 2020Q1-2020Q4* | 2020Q2-2021Q1* |
| Performance window for statistics below | 18 | 18 | 18 | 18 | 18 |
| KS change from benchmark(%) for booked accounts | | | | | |
| Overall | 8.7% | -3.2% | 2.8% | 4.3% | -5.0% |
| Conforming | 9.3% | -2.3% | 5.5% | 9.9% | -2.0% |
| Non-Conforming | 3.2% | 4.4% | 57.1% | -100.0% | |

Figure 3.14: ROC Curve plot – Non-deferred. HLECSV1 CON model vs. FICO3 model. Early performance Window.



### 3.3.5 Historical Ratings & Comments

Table 3.46: Historical Ratings & Comments

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| Q2 2017 | Green (Continue) | **Rating:** Green (Continue)<br>**Reviewer:** HEATHER DOOCY<br>**Comment:** The MIS data report has been reconciled with the monitoring reports. No issues or concerns on data, implementation, use and performance risk. There have been no changes to the model post implementation and no significant new uses identified. Model populations are stable compared to 2012 baseline. The quality of the TTD and Funded population have not suffered significantly if any due to the sales practice settlement because the Q4 2016 average decision FICO is <1% lower than Q3 2016, the Q1 2017 average decision FICO is <1% lower than Q4 2016, and the HLECS attributes distributions are close to Q4 2016. Monitoring results are shared with QTM owners, LOB Model Governance, CFMO, and CMoR. | **Rating:** Green (Continue)<br>**Reviewer:** Na Peng<br>**Comment:** The model is rated green from the perspective of PSI and data/implementation risk. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HESIMO without assessing the recent performance. 3) Overall, the HL ECS Conventional score distribution remains stable compared to the baseline. The HL ECS Conventional model was implemented in November 2015, and there is no early KS read yet. |

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| Q3 2017 | Green (Continue) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Overall Risk: Green. The MIS data report has been reconciled with the monitoring reports. No issues or concerns on data, implementation, use and performance risk. There have been no changes to the model post implementation and no significant new uses identified. Model populations are stable compared to 2012 baseline. The quality of the TTD and Funded population have not suffered significantly if any due to the sales practice settlement because each of the Q4 2016, Q1 2017 and Q2 2017 average decision FICO is <1% lower than that of the previous quarter, and the HLECS attributes distributions are close to Q1 2017. PSI=0.01. Monitoring results are shared with QTM owners, LOB Model Governance, CFMO, and CMoR. | **Rating:** Green (Continue)<br>**Reviewer:** Na Peng<br>**Comment:** The model is rated green from the perspective of PSI and data/implementation risk. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HE SIMO without assessing the recent performance. 3) Overall, the HL ECS Conventional score distribution remains stable compared to the baseline. The HL ECS Conventional model was implemented in November 2015, and there is no early KS read yet. |
| Q4 2017 | Green (Continue) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** The MIS data report has been reconciled with the monitoring reports. No issues or concerns on data, implementation, use and performance risk. There have been no changes to the model post implementation and no significant new uses identified. Overall, the HL ECS Conventional score distribution shows a shift to lower scores compared to the baseline. There are currently no concerns that the recent populations are slightly riskier since the average FICO score per HLECS score bin rank orders, and also Q3 2017 Conforming average HLECS score is 236 which continues to be above 220 where applicants are given similar treatment (please see the supplemental table on the PSI tab of the Supplemental Stats). This model was implemented in November 2015. The 1st early read K-S will be available in Q1 2018, and the 1st full performance K-S report will be available in Q3 2019. The quality of the TTD and Funded population have not suffered significantly if any due to the sales practice settlement because for each | **Rating:** Green (Continue)<br>**Reviewer:** Na Peng<br>**Comment:** The model is rated green from the perspective of PSI and data/implementation risk. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HE SIMO without assessing the recent performance. 3) The HL ECS Conventional score distribution shows a moderate shift to lower scores since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015, and there is no early KS read yet. |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

**1148**

Page 58 of 81

WF-00133214

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | quarter of Q4 2016 through Q3 2017 the average decision FICO is <1% lower than that of the previous quarter, and the HLECS attributes distributions are close to Q2 2017. Monitoring results are shared with QTM owners, LOB Model Governance, CFMO, and CMoR. | |
| Q1 2018 | Green (Continue) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** PSI is .22, up from prior quarter. Change is driven by conforming trends and believed to be due to FHA migration to conventional. Net of migration, PSI has not changed. KS early read is 43.5. | **Rating:** Green (Continue)<br>**Reviewer:** Na Peng<br>**Comment:** The model is rated green since risks from all monitoring areas are acceptable. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HE SIMO without assessing the recent performance. 3) The HL ECS Conventional score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. This is the 1st quarter with early read KS. Overall, the KS performance is similar to the baseline and better than FICO. |
| Q2 2018 | Green (Continue) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Population stability continues to be influenced by migration of FHA volume to conventional conforming beginning in May, 2016. Overall PSI is 21 (yellow) and conforming is 31 (red). Non conforming populations continue to be very stable. Overall early read KS is good. Q2 KS is 48.6, compared to a benchmark of 45.1. | **Rating:** Green (Continue)<br>**Reviewer:** Na Peng<br>**Comment:** The model is rated green since risks from all monitoring areas are acceptable. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HE SIMO without assessing the recent performance. 3) The HL ECS Conventional score |

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | | distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. Overall, the early read KS performance is better than the baseline and FICO. |
| Q3 2018 | Green (Continue) | **Rating:** Green (Continue) **Reviewer:** TIMOTHY DONNEGAN **Comment:** PSI continues to track in the yellow category at 0.20 as a result of significant shift in the conforming segment. The shift relates to a drop is HLECS scores and is due to the migration of FHA borrowers into the conforming space that began in the first part of 2016. This shift was caused by GSE LTV and other product expansions. The non-conforming PSI continues to track well against the 2012 baseline. Early read KS continues to outperform the benchmark. | **Rating:** Green (Continue) **Reviewer:** Na Peng **Comment:** The model is rated green since risks from all monitoring areas are acceptable. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HE SIMO without assessing the recent performance. 3) The HL ECS Conventional score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. Overall, the early read KS performance is better than the baseline and FICO. |
| Q4 2018 | Green (Continue) | **Rating:** Green (Continue) **Reviewer:** TIMOTHY DONNEGAN **Comment:** Overall ranking is green. PSI deterioration is explained and KS is ahead of benchmark. PSI continues to deteriorate, up to 0.22 from 0.20 in prior quarter. The shift to lower HLECS scores reflects increasing DTI among the through-the-door population. This change is believed to be the result of continued migration of FHA into the conventional conforming space. While population is shifting, the model continues to rank order well. Overall KS is 46.4%, down slightly from the prior two quarters, but ahead of baseline. KS for booked accounts is stable at 46/5% compared to 41.6% for the baseline. | **Rating:** Green (Continue) **Reviewer:** Na Peng **Comment:** The model is rated green since risks from all monitoring areas are acceptable. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and Consumer Credit reports. No material issues related to data risk, model and monitoring implementation are identified. 2) Model is used within mandate: Used for acquisitions strategies on HM Conventional. * LOB cannot use the model for HE SIMO without assessing the recent performance. 3) The HL ECS Conventional |

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL                          **1150**                                    WF-00133216

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | | score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. Overall, the early read KS performance is similar to the baseline and FICO. |
| Q1 2019 | Green (Continue) | **Rating:** Green (Continue) <br> **Reviewer:** TIMOTHY DONNEGAN <br> **Comment:** PSI continues to trend negative, driven by a conforming population shift. That shift is partially the result of migration of FHA-profile borrowers into the conforming product segment due to policy shifts by the GSEs. There has been very little population shift within the non-conforming product segment. While conforming populations have shifted, the score continues to perform well. The Q1 overall KS for booked accounts was 46.4%, 2.7% over baseline. | **Rating:** Green (Continue) <br> **Reviewer:** LING LIU <br> **Comment:** The model is rated green since risks from all monitoring areas are acceptable: CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. CFMO may also compare monitoring reports to other LOB and CCC reports. No material issues related to data risk, model and monitoring implementation are identified. Model is used within mandate: The HL ECS Conventional score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. Overall, the early read KS performance is similar to the baseline and FICO. |
| Q2 2019 | Green (Continue) | **Rating:** Green (Continue) <br> **Reviewer:** TIMOTHY DONNEGAN <br> **Comment:** Overall population stability improved significantly in the last quarter, but remains yellow. Total PSI dropped from .23 to .14. Conforming PSI improved from .35 to .28, largely due to seasonal improvements in credit quality. The channel's population shift has been negative and is largely the result of agency credit policy changes over the last few years, which have resulted in migration of borrowers from government products. NC PSI remains strong and stable at .02. Early read KS continues to perform well. 2017-Q2-3 KS was 50.7%, 12.2% ahead of the benchmark. | **Rating:** Green (Continue) <br> **Reviewer:** LING LIU <br> **Comment:** The model is rated green since risks from all monitoring areas are acceptable: No material issues related to data risk, model and monitoring implementation are identified. Model is used within mandate. The HL ECS Conventional score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. Overall, the early read KS performance is similar to the baseline and FICO. |
| Q3 2019 | Green (Continue) | **Rating:** Green (Continue) <br> **Reviewer:** TIMOTHY DONNEGAN <br> **Comment:** Overall PSI is trending yellow, but has improved in recent quarters. Population movement represents a shift toward lower scores in the conforming segment. Non-conforming PSI continues to | **Rating:** Green (Continue) <br> **Reviewer:** LING LIU <br> **Comment:** The model is rated green since performance from all monitoring areas are acceptable.: No material issues related to data risk, model and monitoring implementation are identified. Model is |

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133217

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | trend stable. KS for the 36 month baseline is slightly below the baseline, but outperforming the benchmark at 45.8%/ | used within mandate. The HL ECS Conventional score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. Overall, the early read KS performance is similar to the baseline and FICO. |
| Q4 2019 | Green (Continue) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** The HLECS conventional score PSI continued its improving trends into the third quarter. The latest PSI for the total population is 0.08, back in the green category. The change has been driven by improvements in the conforming PSI. After trending in the red category, the conforming population index value has dropped over the last three quarters. The current value is 0.16. The shift reflects score improvements and is likely attributed to higher refinance activity as rates have moderated. Refinance customers typically carry better scores. Non Conforming PSI continues to trend stable. The KS shows good performance separation. Overall KS for the 36 month performance window is 50.7%, 6.6.% better than the baseline. | **Rating:** Green (Continue)<br>**Reviewer:** LING LIU<br>**Comment:** The model is rated green since performance from all monitoring areas are acceptable: No material issues related to data risk, model and monitoring implementation are identified. Model is used within mandate: The HL ECS Conventional score distribution shows a moderate shift to lower score since 2016Q4, mainly driven by Conforming population shift. The HL ECS Conventional model was implemented in November 2015. Overall, the early read KS performance is similar to the baseline and FICO. |
| Q1 2020 | Yellow (Watch) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Overall population stability has trended green for two quarters. Q4 PSI was 0.08, flat to the prior quarter. The conforming segment, which comprises over 80% of the population, has trended in the watch range for the last two quarters at 0.16. Stability of this segment has improved from prior quarters. The government segment continues to trend green at 0.3. Overall population credit quality has improved. The model continues to perform well. KS for booked loans was 48.7% in the fourth quarter, 7.6% better than baseline. | **Rating:** Yellow (Watch)<br>**Reviewer:** LING LIU<br>**Comment:** Although all aspects of model perform as expected based on the Q4'2019 data, the yellow rating reflects the uncertainty in model risk posed by COVID19 environment. |
| Q2 2020 | Yellow (Watch) | **Rating:** Green (Continue)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Through-the-door population continues to exhibit stability. In the first quarter, overall PSI was .03. Conforming PSI improved from .16 to .08, and portfolio PSI deteriorated slightly from .03 to .06. Both | **Rating:** Yellow (Watch)<br>**Reviewer:** LING LIU<br>**Comment:** Although all aspects of model perform as expected based on the 2020Q1 data, the yellow rating reflects the |

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

**1152**

WF-00133218

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | segments continue to trend green. Q1 KS is also trending green at 46.9, 3.9% better than the baseline. | uncertainty in model risk posed by COVID19 environment. |
| Q3 2020 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Overall PSI is stable at .01. Conforming PSI is also very stable at .02, but NC population stability increased from .06 to .10 (yellow). The population shift represents a migration to better credit quality resulting from several policy retractions. Overall KS is slightly below baseline, but strong at 45.4%. While model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to uncertainties regarding impact of COVID pandemic on future performance. | **Rating:** Yellow (Watch)<br>**Reviewer:** LING LIU<br>**Comment:** Although all aspects of model perform as expected based on 2020Q2 data, the yellow rating reflects the uncertainty in model risk posed by COVID19 environment. |
| Q4 2020 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Although the model continues to rank order well, it is being ranked Yellow due to KS deterioration and risks related to COVID. Overall population stability was strong. PSI was 0.01, flat to the prior quarter and in line with recent trends. Conforming PSI was also 0.01, a slight improvement from the prior quarter. NC PSI deteriorated from 0.10 last quarter to 0.16 as scores migrated higher. Overall KS was 30.0%, down 16.1% from baseline. As noted above, the model continues to rank order well. Conforming KS was 35.2% down 24% from baseline, and NC KS was 53% below baseline at 27.8% | **Rating:** Yellow (Watch)<br>**Reviewer:** LING LIU<br>**Comment:** The yellow rating reflects the uncertainty in model risk posed by COVID19 environment in addition to KS deterioration observed on 2020Q3 data. |
| Q1 2021 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** The population continues to trend stable. Q4 PSI was 0.01, flat to the prior two quarters. Conforming PSI was up slightly from prior quarter to 0.02. Non-conforming PSI has trended yellow over the past three quarters. Q4 PSI was 0.15 compared to 0.16 a quarter earlier. The shift is the result of better quality related to COVID related credit tightening. Overall K-S was 38.6%, 18.8% below the baseline. The deterioration is related to migration of FHA customers to the conforming channel. That migration resulted changes product offerings and qualification standards by the | **Rating:** Yellow (Watch)<br>**Reviewer:** LING LIU<br>**Comment:** Model rating remains in "watch" status due to clear model performance deterioration observed in Conforming portfolios in 2020Q4 performance data. Deferred accounts show significantly higher risk (lower Odds) quarter over quarter given same score; this is because the delinquency status for Conforming deferral accounts continue to roll forward each month and that caused delinquency volume to spike right after CARES Act implementation and forbearance is granted to deferred accounts. |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133219

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | GSEs. While K-S has deteriorated, but model continues to perform well. Conforming K-S dropped to 28.8%, 26.9% below the baseline. Non-conforming K-S is also trending red and had deteriorated 60.7% from the baseline to 15.7%. The decline is related to better credit quality, and the model continues to rank order well. While the model continues to perform within expectations, a Yellow risk rank is being assigned due to COVID related uncertainties. | |
| Q2 2021 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Overall Population continues to trend stable with a PSI of .01. The conforming population is also stable with a PSI of .02. Both total and conforming populations have remained within the green category for the past five quarter. Non-conforming PSI has trended yellow for four quarters. Q1 PSI was .16, which is consistent with the prior two quarter. The non-conforming population has shifted to higher scores as a result of COVID related credit retractions. Overall KS trended into the red category last quarter with a KS of 37.0%, 22.1% below baseline. Both the conforming and non-conforming segments breached outer boundaries. Conforming KS was 32.9%, 28.8% under baseline. The model continues to rank-order well and is outperforming FICO. Model performance has been impacted by COVID-related economic impacts. As the economy continues to recover, and borrowers emerge from forbearance, model performance is expected to improve. Non-conforming KS is 21.4%, 64.3% below baseline, but also outperforming the FICO benchmark. The model continues to rank-order. | **Rating:** Yellow (Watch)<br>**Reviewer:** LING LIU<br>**Comment:** The model is rated yellow due to KS deterioration in Conforming portfolio due to elevated delinquency rate driven by forbearance operational treatment. |
| Q3 2021 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Overall Risk: Yellow (Watch). While model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to uncertainties regarding impact of COVID pandemic on future performance and K-S drops. The MIS | **Rating:** Yellow (Watch)<br>**Reviewer:** Ling Qin<br>**Comment:** 11960 HL Origination ECS Conventional model is rated yellow due to KS deterioration in Conforming portfolio that is caused by elevated delinquency rate from forbearance operational treatment(delinquency continue to roll |

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | data report has been reconciled with the monitoring reports. No issues or concerns on implementation and use. There have been no changes to the model post implementation and no significant new uses identified. Overall Conventional TTD population remains stable compared to 2012 baseline. Full performance overall K-S remains red compared to baseline, with the K-S for both Conforming and Non-Conforming remaining red as bad rate increased due to COVID-19. However, model still rank orders well overall and outperforms the benchmark FICO score. Similarly, early read overall K-S also turned red. While the K-S for BAU monitoring population turned red, a Yellow (Watch) instead of Red rating is being assigned as the model still performs well on non-deferred population. After excluding deferred accounts, both full performance and early read overall K-S are green compared to baseline, model rank orders well and outperforms the benchmark FICO score. Since account performance is calculated based on internal account status (delinquency has been incremented regardless of deferral status) which is different from credit bureau reporting, the performance of non-deferred population is also considered to get a fair evaluation of model performance, and we expect model performance to improve as economic conditions get back to normal. Monitoring results are shared with model owners, LOB Model Governance, CFMO, and CMoR. | forward when in forbearance status). However, model performs better than FICO. |
| Q4 2021 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** TIMOTHY DONNEGAN<br>**Comment:** Overall Risk: Yellow (Watch). While model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to uncertainties regarding impact of COVID pandemic on future performance. There are no outstanding model risk findings. No data risk Issues or concerns. The model performance monitoring data is reconciled to the business MIS reports with a variance less than 1% after applying HLECS monitoring exclusions to the MIS data. There are no | **Rating:** Yellow (Watch)<br>**Reviewer:** Daoxin Lu<br>**Comment:** 11960 HL Origination ECS Conventional model is rated yellow due to KS deterioration in Conforming portfolio that is caused by elevated delinquency rate from forbearance operational treatment (delinquency continue to roll forward when in forbearance status). However, model performs better than FICO. |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 65 of 81

1155

WF-00133221

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | changes to the model post implementation and no production issues. No significant new model use identified. Overall Conventional PSI remains green. Conforming PSI turned yellow compared to 2012 baseline, the Refi credit quality improved from Q2 2020 to Q1 2021 due to COVID-19 related credit tightening policies but started to decline in Q2 2021 as Agency cash-out refinances were re-implemented in March 2021, Purchase loan credit quality has been relatively stable but also declined slightly compared to the past few quarters. Non-Conforming PSI remains yellow as scores shifted higher compared to 2012 baseline. For BAU monitoring population, 36-months full performance overall K-S remains red compared to baseline, with the K-S for both Conforming and Non-Conforming remaining red as bad rate increased due to COVID-19 forbearance, but model still rank orders well and outperforms the benchmark FICO score. 18-month early read overall K-S also remains red due to increased bad rate, but model still rank orders well and outperforms the benchmark FICO score. For non-deferred population, full performance overall K-S is green compared to baseline and outperforms the benchmark FICO score, early read overall K-S is also green and model rank orders well. | |
| Q1 2022 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** MICHAEL SCHIMEK<br>**Comment:** Overall Risk: Yellow (Watch). While model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to uncertainties regarding impact of COVID pandemic on forbearance accounts. This is due to the forbearance accounts delinquency counters being incremented despite no payment being due. There are no outstanding model risk findings. No data risk Issues or concerns. The model performance monitoring data is reconciled to the business MIS reports with a variance less than 1% after applying HLECS monitoring exclusions to the MIS data. There are no changes to the model post implementation | **Rating:** Yellow (Watch)<br>**Reviewer:** Daoxin Lu<br>**Comment:** Model performance BAU rating remains in Watch due to weak KS and flatter score odds compared to pre-pandemic baseline. The forbearance accounts had a very low score odds while non-forbearance accounts had a higher score odds than that of baseline. - Model does not show any data/ implementation/ use risk. - Overall Conventional PSI turned yellow as application scores shifted lower compared to 2012 baseline, which is mainly attributed to Conforming portfolio. Non-Conforming PSI turned green compared to 2012 baseline. |

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | and no production issues. No significant new model use identified. Overall PSI remains yellow as applications continue shifting towards better credit quality compared to 2012 baseline. The shift is mainly attributed to VA loans which account for 56% of Government application volume in Q4 2021 and has better credit quality than FHA and USDA. The COVID-19 credit score restrictions and forbearance policy overlays for Government portfolio have been removed in Q2 2021, which led to decline in overall credit quality compared to the past few quarters. For BAU monitoring population, 36-month full performance overall K-S remains red compared to baseline, with the K-S for both FHA and VA remaining red. Log odds curve flattens as underwriting approved applications with better credit quality to reduce loss in low score bins while bad rate for high score bins increased due to COVID-19 forbearance, thus reducing differentiation power. Model still rank orders overall and outperforms the benchmark FICO score. The 18-month early read overall K-S is green compared to baseline and also outperforms the benchmark FICO score. For non-deferred population, full performance overall K-S improved compared to BAU but is still red compared to baseline, with the K-S for both FHA and VA turning red. Early read overall K-S remains red but outperforms the benchmark FICO score. However, the bad volume is too low (only 87 bads for full performance and 13 bads for early read) to obtain stable odds and K-S. | |
| Q2 2022 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** MICHAEL SCHIMEK<br>**Comment:** Model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to forbearance deferral account delinquency and uncertainties regarding impact of COVID-19 pandemic on the future performance of loans that have emerged from COVID-19 related forbearance programs. | **Rating:** Yellow (Watch)<br>**Reviewer:** Daoxin Lu<br>**Comment:** The model is rated Watch due to KS deterioration and flatter early score-odds. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. No material issues related to data risk, model and monitoring implementation are identified. 2) The model is used for WFHM origination underwriting: approve/decline |

| Review Period | Performance Review Result | 1st line Ratings/Comments | 2nd line Ratings/Comments |
|---|---|---|---|
| | | | loan, line assignment and pricing. There is no triggering new use. 3) KS deterioration and flattening early log odds is observed. |
| Q3 2022 | Yellow (Watch) | **Rating:** Yellow (Watch)<br>**Reviewer:** MICHAEL SCHIMEK<br>**Comment:** Model is currently performing within expectations, a Yellow (Watch) rating is being assigned due to deferral loans counting as delinquent and uncertainties regarding impact of COVID-19 pandemic on future performance. There are no data Issues or concerns, no changes to the model post implementation and no production issues. There are no significant new model uses identified. | **Rating:** Yellow (Watch)<br>**Reviewer:** Daoxin Lu<br>**Comment:** The model is rated Watch due to KS deterioration and flatter early score-odds. 1) CFMO checked the accuracy and consistency of reports across quarters and between KPI and supplemental statistics reports. This includes but is not limited to PSI, segment distribution and KS. No material issues related to data risk, model and monitoring implementation are identified. 2) The model is used for WFHM origination underwriting: approve/decline loan, line assignment and pricing. There is no triggering new use. 3) KS deterioration and flattening early log odds is observed due to forbearance impact. |

Source: MoRS

The most recent performance result dated 07/1/2022 was rated Yellow which indicates the model is in a watch state. The model performance rating has remained Yellow for the past 11 quarters.

The performance result for the current quarter (Q3 2022) was rated Yellow due to KS deterioration and flatter early score-odds. This is a result of forbearance and the deferral loans counting as delinquent. While the KS% drop was beyond the threshold limits (Red status) for BAU population, the model rank orders well when the performance is evaluated for the non-deferred population. PSI results show shifts in population distribution towards lower scores, which has been explained by implementation of cash-out refinance (March 2021) and rising mortgage rates (Q4 2021).

The validator agreed with the recent performance ratings and did not identify any immediate action required based on the model's recent performance. The model performance has not triggered the need for revalidation, redevelopment, recalibration, or a model risk finding.

2.  Provide a conclusion of whether or not the current monitoring approach continues to be adequate for the model.

The validator reviewed the monitoring approach documented in the monitoring program documented in MoRS that was approved on 8/12/2021 and found it to be sufficient for this model.

# 4    Model risk findings, limitations, and restrictions

The tables below document the new model weaknesses identified as part of this Annual Review (Model Risk Findings, Limitations, Restrictions, and Observations).

Based on the review of the model performance, changes to the model and its uses, change in business or environmental factors external to the model, compliance of the model development document and model validation document with respect to changes in model risk management standards, the validator identified two new model risk findings, and it is listed in Table 4-1 below. The first finding was addressed during this Annual Review and hence, will not be uploaded into MoRS. There is one open model risk finding (S31933) as of the start of this Annual Review, similar to the second model risk finding raised in this Annual Review. Consequently, the second finding identified in this Annual Review will also not be uploaded to MoRS.

Table 4.1: New Model Risk Findings identified as part of this annual review

| Ref ID, Finding Category, Title, Text | Recommendation | Severity and rationale |
|---|---|---|
| **MRF01**<br>**Category** = Ongoing Monitoring and Outcomes Analysis<br><br>**Title** = Significant population shift observed from development<br><br>**Finding =**<br>In HL Conventional Orig Custom ECS Score performance monitoring report, PSI of Overall Conventional exceeded threshold value 0.10 since last 4 consecutive monitoring quarters. Also, PSI value exceeded the threshold 0.25 for Q2-Q3 2022, compare to baseline 2012. The major impact on population score shift, reflects into the conforming population as well since last 5 quarters. The population has majorly shifted towards lower score bins from higher score bins for both Overall and Conforming population. [Section 3.3.2.1, Section 3.3.2.2] | The validator recommends the LOB to provide rationale for the significant rise in PSI values for both Overall and Conforming population and research if action is needed in baseline change or provide rationale for continuing to watch without action.<br><br><br><br>***Note: The MRF was addressed by the DSCM (Decision Support Credit Monitoring) team during the course of this Annual Review (Appendix A.10), and will not be uploaded to MoRS.*** | **Severity 3**<br><br>The shift of population towards lower score ranges may or may not result in deterioration in performance of the score. |
| **MRF02**<br>Category = Ongoing Monitoring and Outcome Analysis<br><br>**Title** = Model Performance Deterioration in ongoing performance | 1.  CMoR recommends the LOB to investigate and provide sufficient justifications for the significant model's performance deterioration after implementing new baseline or to consider | **Severity 3**<br><br>Model performance deterioration considers the risk of losing model's |

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL                                              1159                                              WF-00133225

| Ref ID, Finding Category, Title, Text | Recommendation | Severity and rationale |
|---|---|---|
| monitoring report for HL Conventional Orig Custom ECS Score model<br><br>**Finding**<br><br>1. KS change from baseline for Full Performance Window of overall, conforming and non-conforming are -21%, -25.7% and -70.3%, which is less than -20% for most recent monitoring quarter after implementing new baseline and it's in 'Red' status since last 9 monitoring cohorts for all. Similarly, there is a material decrease in KS for the non-deferred population under full and early performance, with the model KS decreasing by -14.8% and -25.0%, respectively, compared to the baseline. [Section 3.3.3]<br><br>2. The significant downward shift with decreasing trend of log odds to score line for current monitoring quarter for overall, conforming and non-conforming population when compared to baseline indicating significant loss of discriminatory power are observed for both Full and Early Performance Windows. Similarly, material downward shift and flattening of log odds curves are observed for non-deferred population for both full and early performance window. Also the rank order of overall and non-deferred population do not hold true for all score ranges. [Section 3.3.3] | redevelopment.<br><br>2. It is recommended to take this aspect of model performance deterioration into consideration to strategy team for strategy design under each population (Overall, Conforming, non-conforming) and redesign the score cut-offs.<br><br>***Note: A similar finding (S31933) is already Open by CMFO and consequently, this finding will not be uploaded into MoRS.*** | discriminatory power with respect to the baseline.<br><br>Mitigating factor:<br><br>Performance is expected to increase as the observation window moves out of the COVID delinquency period. The model rank orders well and has a noticeable upwards shift for the non-deferred population. |

Table 4.2: Observations identified as part of this annual review

| Observation | Related sections |
|---|---|
| The log odds to score curve shows a lower slope when compared to baseline in the most recent period under the full performance window for Non-conforming population. There was also a downward shift in log-odds and three rank order reversals. (Refer Table 3.19, Table 3.20, Figure 3.3) | Section 3.3.3.2 |

| Observation | Related sections |
|---|---|
| The validators recommend considering this aspect of rank order reversals into the strategy development for the Prospect population and redesign the score cut-offs. | |
| The log odds to score curve shows a lower slope when compared to baseline and has three rank reversals in the most recent period under the full performance window for Non-deferred Conforming population (Refer Table 3.29, Table 3.30, Figure 3.8)<br><br>The validators recommend considering this aspect of rank order reversals into the strategy development for the Prospect population and redesign the score cut-offs. | Section 3.3.3.2 |
| The log odds to score curve shows a lower slope when compared to Baseline and has five rank order reversals in the most recent period under early performance window for Non-deferred Overall and Conforming populations. (Refer Table 3.31, Table 3.32, Figure 3.9 for Overall population and Table 3.33, Table 3.34, figure 3.10 for Conforming population)<br><br>The validators recommend considering this aspect of rank order reversals into the strategy development for the Prospect population and redesign the score cut-offs. | Section 3.3.3.2 |

The tables below document the assessment of existing Model Risk Findings, Limitations, and Restrictions reviewed as part of this Annual Review.

See Figure 1-1 for a summary count of the actions taken on model risk findings as part of this annual review.

Table 4.3: Open Model Risk Findings as of the start of this annual review

| Open Model Risk Findings | |
|---|---|
| **MRF: 531933: Performance Monitoring- (Severity 3)/ Ongoing Monitoring and Outcomes Analysis**<br>Weak rank order KS and flatter score odds compared to that of pre-pandemic baseline in the last several quarters.<br>Status Update: On target for remediation by due date.<br><br>The Model Owner acknowledged the "Yellow" rating and confirmed that no changes are planned at this time. The team will continue monitoring and expect the performance to revert closer to prior benchmark. Please refer to attached email support from the Model Owner. The model owner will acknowledge quarterly in the MRF status update that LOB will take strategic action or not with rationale. | |
| **Remediation Status/LOB Recommendation:** | Issue Still Open/Issue Still Open |
| **Remediation Assessment:** | The observations from the validator are:<br>1. The model KS continues to deteriorate and the log odds score curve remains flatter compared to pre-pandemic baseline in the last several quarters. |

This model has one active model limitation. The validator concludes that all of them are still applicable based on the review of the model performance, changes to the model and its uses, and change in business or environmental factors external to the model.

Table 4.4: Active model limitations as of the start of this annual review

| Limitation/# | Severity | Review |
|---|---|---|
| **Model Number/Name**: 11960/HL Conventional Orig Custom ECS Score<br>**Limitation Number**: L13043<br>**Limitation Status**: Active<br>**Limitation Active Date**: 02/17/2021<br>**Limitation Description**: The early monitoring results reflecting performance during COVID impacted periods show significant flattening of the odds to score lines. The model may not perform as expected due to the current economic conditions. The limitation may be made inactive when conditions change. This may be indicated by the reversion of more recent odds to score lines to slopes closer to previous benchmarks or similar indicators.<br>**Limitation Comments**: Based on the early monitoring results reflecting model performance during COVID-19 impacted periods.<br>**Limitation Originator**: Lawrence Wong | Severity 2 | The limitation should be made inactive when conditions change, which may be indicated by the slope of early log odds vs score curve reverting back to pre-pandemic levels, or similar indicators.<br><br>For the current review period:<br><br>1. Early read log odds vs. score plot for the current review period shows an increase in slope compared to previous cohorts during the COVID-19 pandemic, and is close to the pre-pandemic levels.<br>2. Early read KS is closer to the pre-pandemic KS values.<br><br>However, the above betterment in early read performance has been observed recently, and a consistent performance improvement over a few more quarters of performance assessments will need to be observed. |

This model has 1 active model restriction. The validator concluded that all of them are still applicable based on the review of the model performance, changes to the model and its uses, and change in business or environmental factors external to the model.

Table 4.5: Active model restrictions as of the start of this annual review

| Restriction | Review |
|---|---|
| **Model Number/Name**: 11960/HL Conventional Orig Custom ECS Score<br>**Restriction Number**: R10413<br>**Restriction Status**: Active<br>**Restriction Active Date**: 03/08/2017<br>**Restriction Description**: no use for SIMO before further assessment<br>**Restriction Comments**: the model has not been applied to SIMO for more | The restriction remains active as the model is not used for scoring SIMO applicants until further assessment. |

CONFIDENTIAL    **1162**    WF-00133228

| Restriction | Review |
|---|---|
| than a year and has no performance tracking on SIMO. | |

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 73 of 81

WF-00133229

1163

# Appendix A – Supporting Documents

## A.1 HLECSV1 CON Model Q4 2022 RFI



CMoR_Request for
Information_2022_H

## A.2 HLECSV1 CON Model Q3 2022 KPI Report



11960_HLECS
Conventional KPI_2C

## A.3 HLECSV1 CON Model Q3 2022 Supplemental Statistics



11960_HLECS
Conventional Suppl

## A.4 HLECSV1 CON Model KP Deck



11960_HL_Convention
al_Orig_Custom_ECS_S

## A.5 HLECSV1 CON Monthly Data Risk Review 202101



HLECS Gov (Model ID
11419) and Conv (Mo

## A.6 HLECSV1 CON Non – Deferral Accounts KPI



12_Quarterly
Performance Reportir

## A.7 COVID-19 Relevant Origination Policy Changes



COVID-19 Relevant
Origination Policy Cha

## A.8 Change log – SPCP Program



Non-Triggering Event
SPCP GSE Refi A Inter

## A.9 Questions for AR11960 – DSCM Response



DSCM
Responses.docx

## A.10 Rationale for PSI shift



February 2023 Model
11960 Annual Review

# Appendix B – Detailed Calculations

## B.1 Characteristic analysis. Detailed calculations.

**Table 4.7: Detailed CSI calculation – Debt to income ratio**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Debt to income ratio total_debt_ratio | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | (6)*(7) Score Difference |
| -99999972 | - | 0.0% | - | 0.0% | 0.000 | 31 | 0.00 |
| <=0 | 791 | 0.1% | - | 0.0% | -0.001 | 32 | -0.03 |
| >0and<=20 | 109,763 | 14.8% | 4,023 | 7.4% | -0.074 | 60 | -4.45 |
| >20and<=25 | 97,672 | 13.2% | 3,925 | 7.2% | -0.060 | 55 | -3.28 |
| >25and<=30 | 112,914 | 15.2% | 5,605 | 10.3% | -0.049 | 48 | -2.37 |
| >30and<=35 | 118,240 | 16.0% | 7,129 | 13.1% | -0.028 | 39 | -1.11 |
| >35and<=40 | 123,645 | 16.7% | 8,260 | 15.2% | -0.015 | 31 | -0.46 |
| >40and<=45 | 122,221 | 16.5% | 10,991 | 20.2% | 0.037 | 21 | 0.78 |
| >45and<1000 | 55,599 | 7.5% | 14,378 | 26.4% | 0.189 | 10 | 1.89 |
| >=1000 | - | 0.0% | 61 | 0.1% | 0.001 | 32 | 0.04 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-9.00** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.8: Detailed CSI calculation – Net Fraction Revolving Burden**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Net Fraction Revolving Burden scr_net_frct_rev_burden | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | (6)*(7) Score Difference |
| -99999991 | 11,610 | 1.6% | 935 | 1.7% | 0.002 | 25 | 0.04 |
| -99999989 | 255 | 0.0% | 15 | 0.0% | 0.000 | 25 | 0.00 |
| -99999986 | 176 | 0.0% | 4 | 0.0% | 0.000 | 25 | 0.00 |
| -99999980 | 1,906 | 0.3% | 428 | 0.8% | 0.005 | 25 | 0.13 |
| -99999974 | 69 | 0.0% | 2 | 0.0% | 0.000 | 25 | 0.00 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 25 | 0.00 |
| >=0and<1 | 63,365 | 8.6% | 5,246 | 9.6% | 0.011 | 32 | 0.35 |
| >=1and<7 | 220,879 | 29.8% | 14,402 | 26.5% | -0.033 | 39 | -1.30 |
| >=7and<10 | 77,602 | 10.5% | 4,569 | 8.4% | -0.021 | 38 | -0.79 |
| >=10and<15 | 87,196 | 11.8% | 5,293 | 9.7% | -0.020 | 31 | -0.63 |
| >=15and<20 | 56,363 | 7.6% | 3,672 | 6.8% | -0.009 | 29 | -0.25 |
| >=20and<30 | 70,740 | 9.5% | 5,057 | 9.3% | -0.002 | 21 | -0.05 |
| >=30and<50 | 76,551 | 10.3% | 6,043 | 11.1% | 0.008 | 16 | 0.12 |
| >=50and<75 | 49,362 | 6.7% | 4,953 | 9.1% | 0.024 | 12 | 0.29 |
| >=75and<1000000 | 24,770 | 3.3% | 3,755 | 6.9% | 0.036 | 6 | 0.21 |
| >=1000000 | - | 0.0% | - | 0.0% | 0.000 | 25 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-1.87** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

Last updated: <2023-06-03> | Model-Risk Rank 2: Annual Review

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

Page 76 of 81

WF-00133232

1166

**Table 4.9: Detailed CSI calculation – Average months in File**

| (1) Attribute | (2) | | (3) | | (4) | (5) | | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|---|---|---|
| Average months in file scr_avg_mos_in_file | Baseline Count | | Baseline Percent | | Current Count | Current Percent | | Change (Decimal) | ScoreCard Points | (6)*(7) Score Difference |
| -99999986 | 176 | | 0.0% | | 4 | 0.0% | | 0.000 | 22 | 0.00 |
| -99999980 | - | | 0.0% | | - | 0.0% | | 0.000 | 22 | 0.00 |
| <0 | - | | 0.0% | | - | 0.0% | | 0.000 | 22 | 0.00 |
| >=0and<60 | 55,522 | | 7.5% | | 9,361 | 17.2% | | 0.097 | 6 | 0.58 |
| >=60and<72 | 47,461 | | 6.4% | | 4,046 | 7.4% | | 0.010 | 13 | 0.13 |
| >=72and<84 | 90,850 | | 12.3% | | 4,716 | 8.7% | | -0.036 | 18 | -0.65 |
| >=84and<90 | 63,587 | | 8.6% | | 2,555 | 4.7% | | -0.039 | 23 | -0.89 |
| >=90and<96 | 70,110 | | 9.5% | | 2,709 | 5.0% | | -0.045 | 25 | -1.12 |
| >=96and<102 | 70,995 | | 9.6% | | 2,863 | 5.3% | | -0.043 | 27 | -1.17 |
| >=102and<108 | 63,776 | | 8.6% | | 2,910 | 5.4% | | -0.033 | 29 | -0.94 |
| >=108and<120 | 100,989 | | 13.6% | | 5,901 | 10.9% | | -0.028 | 33 | -0.92 |
| >=120and<10000 | 177,378 | | 23.9% | | 19,311 | 35.5% | | 0.116 | 34 | 3.93 |
| >=10000 | - | | 0.0% | | - | 0.0% | | 0.000 | 22 | 0.00 |
| **Total** | 740,844 | | 100% | | 54,372 | 100% | | Score Difference | | -1.04 |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.10: Detailed CSI calculation – Trade Lines 90+/ Derog Public Records**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Number of Trade Lines 90+ Ever and/or Derog Public Records or Collections scr_tl90e_derog_pr_coll | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | (6)*(7) Score Difference |
| -99999986 | 144 | 0.0% | 1 | 0.0% | 0.000 | 31 | -0.01 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 31 | 0.00 |
| >=0and<1 | 644,892 | 87.0% | 43,147 | 79.4% | -0.077 | 36 | -2.77 |
| >=1and<2 | 55,925 | 7.5% | 4,809 | 8.8% | 0.013 | 28 | 0.36 |
| >=2and<3 | 17,197 | 2.3% | 1,895 | 3.5% | 0.012 | 20 | 0.23 |
| >=3and<1000 | 22,686 | 3.1% | 4,521 | 8.3% | 0.053 | 6 | 0.32 |
| >=1000 | - | 0.0% | - | 0.0% | 0.000 | 31 | 0.00 |
| **Total** | 740,844 | 100% | 54,372 | 100% | Score Difference | | -1.86 |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.11: Detailed CSI calculation – Bank/National Trade lines with Bal >=75% of High Credit**

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133233

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Number of Bank/Nat'l Trade Lines with Balance >= 75% of High Credit | | | | | | | (6)*(7) |
| scr_bank_natl_ti_bal_75_hi_cr | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | Score Difference |
| -99999991 | 21,404 | 2.9% | 1,140 | 2.1% | -0.008 | 20 | -0.16 |
| -99999986 | 176 | 0.0% | 4 | 0.0% | 0.000 | 20 | 0.00 |
| -99999980 | 7,646 | 1.0% | 955 | 1.8% | 0.007 | 20 | 0.14 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 20 | 0.00 |
| >=0and<1 | 547,685 | 73.9% | 39,267 | 72.2% | -0.017 | 25 | -0.43 |
| >=1and<2 | 112,305 | 15.2% | 6,795 | 12.5% | -0.027 | 17 | -0.45 |
| >=2and<3 | 31,161 | 4.2% | 2,763 | 5.1% | 0.009 | 11 | 0.10 |
| >=3and<1000 | 20,467 | 2.8% | 3,450 | 6.3% | 0.036 | 6 | 0.21 |
| >=1000 | - | 0.0% | - | 0.0% | 0.000 | 20 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-0.59** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.12: Detailed CSI calculation – Number of Inquiries 0-5 Months Including last 30 days**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Number of Inquiries 0-5 Months Excluding Last 30 Days | | | | | | | (6)*(7) |
| scr_inq_6_mon_excl_last_30d | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | Score Difference |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 19 | 0.00 |
| >=0and<1 | 456,929 | 61.7% | 28,416 | 52.3% | -0.094 | 23 | -2.17 |
| >=1and<2 | 170,104 | 23.0% | 13,751 | 25.3% | 0.023 | 19 | 0.44 |
| >=2and<3 | 66,299 | 8.9% | 5,754 | 10.6% | 0.016 | 16 | 0.26 |
| >=3and<4 | 25,916 | 3.5% | 2,768 | 5.1% | 0.016 | 8 | 0.13 |
| >=4and<1000 | 21,595 | 2.9% | 3,683 | 6.8% | 0.039 | 6 | 0.23 |
| >=1000 | - | 0.0% | - | 0.0% | 0.000 | 19 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-1.10** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4(Appendix A.3)

**Table 4.13: Detailed CSI calculation - Months Since most Recent Delinquency**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Months Since Most Recent Delinquency | | | | | | | (6)*(7) |
| scr_most_recent_delq | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | Score Difference |
| -99999986 | 176 | 0.0% | 4 | 0.0% | 0.000 | 16 | 0.00 |
| -99999980 | - | 0.0% | - | 0.0% | 0.000 | 16 | 0.00 |
| -99999974 | 532,559 | 71.9% | 34,201 | 62.9% | -0.090 | 20 | -1.80 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 16 | 0.00 |
| >=0and<6 | 24,336 | 3.3% | 5,427 | 10.0% | 0.067 | 6 | 0.40 |
| >=6and<18 | 36,696 | 5.0% | 3,201 | 5.9% | 0.009 | 8 | 0.07 |
| >=18and<24 | 16,021 | 2.2% | 1,420 | 2.6% | 0.004 | 10 | 0.04 |
| >=24and<36 | 29,147 | 3.9% | 3,141 | 5.8% | 0.018 | 12 | 0.22 |
| >=36and<10000 | 101,908 | 13.8% | 6,980 | 12.8% | -0.009 | 13 | -0.12 |
| >=10000 | - | 0.0% | - | 0.0% | 0.000 | 16 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-1.18** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

1168

WF-00133234

**Table 4.14: Detailed CSI calculation – Total Balance/Credit Ratio of Oldest Open Mortgage Trade**

| (1) Attribute | (2) Baseline Count | (3) Baseline Percent | (4) Current Count | (5) Current Percent | (6) Change (Decimal) | (7) ScoreCard Points | (8) (6)*(7) Score Difference |
|---|---|---|---|---|---|---|---|
| Total Balance/Credit Ratio of Oldest Open Mortgage Trade scr_bal_cr_ratio_oldest_open_mor | | | | | | | |
| -99999986 | - | 0.0% | 4 | 0.0% | 0.000 | 14 | 0.00 |
| -99999980/-99999991 | 156,612 | 21.1% | 26,967 | 49.6% | 0.285 | 14 | 3.98 |
| -99999974 | - | 0.0% | - | 0.0% | 0.000 | 14 | 0.00 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 14 | 0.00 |
| >=0and<60 | 52,310 | 7.1% | 4,415 | 8.1% | 0.011 | 24 | 0.25 |
| >=60and<80 | 47,021 | 6.3% | 6,469 | 11.9% | 0.056 | 21 | 1.17 |
| >=80and<90 | 119,605 | 16.1% | 5,191 | 9.5% | -0.066 | 20 | -1.32 |
| >=90and<94 | 76,219 | 10.3% | 2,571 | 4.7% | -0.056 | 13 | -0.72 |
| >=94and<98 | 193,071 | 26.1% | 5,769 | 10.6% | -0.155 | 12 | -1.85 |
| >=98and<100 | 77,883 | 10.5% | 2,256 | 4.1% | -0.064 | 9 | -0.57 |
| >=100and<1000000 | 18,123 | 2.4% | 734 | 1.3% | -0.011 | 6 | -0.07 |
| >=1000000 | - | 0.0% | - | 0.0% | 0.000 | 14 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **0.87** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.15: Detailed CSI calculation – Total Balance/Credit Ratio of Oldest Open Home Equity Trade**

| (1) Attribute | (2) Baseline Count | (3) Baseline Percent | (4) Current Count | (5) Current Percent | (6) Change (Decimal) | (7) ScoreCard Points | (8) (6)*(7) Score Difference |
|---|---|---|---|---|---|---|---|
| Total Balance/Credit Ratio of Oldest Open Home Equity Trade scr_bal_cr_ratio_oldest_open_he | | | | | | | |
| -99999980/-99999991 | 534,515 | 72.1% | 49,241 | 90.6% | 0.184 | 14 | 2.58 |
| -99999986/-99999974 | - | 0.0% | 4 | 0.0% | 0.000 | 14 | 0.00 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 14 | 0.00 |
| >=0and<1 | 45,003 | 6.1% | 1,139 | 2.1% | -0.040 | 26 | -1.03 |
| >=1and<40 | 32,345 | 4.4% | 794 | 1.5% | -0.029 | 22 | -0.64 |
| >=40and<80 | 48,010 | 6.5% | 1,195 | 2.2% | -0.043 | 18 | -0.77 |
| >=80and<95 | 37,416 | 5.1% | 897 | 1.6% | -0.034 | 13 | -0.44 |
| >=95and<1000000 | 43,555 | 5.9% | 1,103 | 2.0% | -0.039 | 6 | -0.23 |
| >=1000000 | - | 0.0% | - | 0.0% | 0.000 | 14 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-0.54** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.16: Detailed CSI calculation – Worst Rating From the Credit Bureau**

| (1) Attribute | (2) Baseline Count | (3) Baseline Percent | (4) Current Count | (5) Current Percent | (6) Change (Decimal) | (7) ScoreCard Points | (8) (6)*(7) Score Difference |
|---|---|---|---|---|---|---|---|
| Worst Rating From the Credit Bureau scr_worst_rating_cb | | | | | | | |
| -99999986 | 144 | 0.0% | 1 | 0.0% | 0.000 | 11 | 0.00 |
| -99999974 | 61 | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| <101 | - | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| >=101and<111 | 89,691 | 12.1% | 12,566 | 23.1% | 0.110 | 13 | 1.43 |
| >=111and<118 | 161,502 | 21.8% | 10,205 | 18.8% | -0.030 | 17 | -0.52 |
| =118 | 361,858 | 48.8% | 17,008 | 31.3% | -0.176 | 12 | -2.11 |
| >=119and<601 | - | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| >=601and<604 | 32,640 | 4.4% | 3,470 | 6.4% | 0.020 | 6 | 0.12 |
| >=604and<901 | - | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| >=901and<904 | 84,679 | 11.4% | 9,713 | 17.9% | 0.064 | 6 | 0.39 |
| >=904and<901601 | - | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| >=901601and<901603 | 10,269 | 1.4% | 1,412 | 2.6% | 0.012 | 6 | 0.07 |
| >=901603 | - | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-0.62** |

HL Conventional Orig Custom ECS Score: Number 11960

CONFIDENTIAL

WF-00133235

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.17: Detailed CSI calculation – Number of Open Bankcard Trade Lines**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Number of Open Bankcard Trade Lines | | | | | | | (6)*(7) |
| scr_open_bankcard | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | Score Difference |
| -99999986 | 580 | 0.1% | 4 | 0.0% | -0.001 | 13 | -0.01 |
| -99999980 | 12,329 | 1.7% | 460 | 0.8% | -0.008 | 13 | -0.11 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 13 | 0.00 |
| >=0and<1 | 38,469 | 5.2% | 940 | 1.7% | -0.035 | 14 | -0.48 |
| >=1and<2 | 144,399 | 19.5% | 5,781 | 10.6% | -0.089 | 17 | -1.51 |
| >=2and<3 | 170,520 | 23.0% | 8,092 | 14.9% | -0.081 | 15 | -1.22 |
| >=3and<4 | 137,236 | 18.5% | 8,102 | 14.9% | -0.036 | 14 | -0.51 |
| >=4and<5 | 93,469 | 12.6% | 6,879 | 12.7% | 0.000 | 11 | 0.00 |
| >=5and<6 | 58,162 | 7.9% | 5,523 | 10.2% | 0.023 | 9 | 0.21 |
| >=6and<1000 | 85,678 | 11.6% | 18,593 | 34.2% | 0.226 | 6 | 1.36 |
| >=1000 | - | 0.0% | - | 0.0% | 0.000 | 13 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-2.27** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

**Table 4.18: Detailed CSI calculation – Maximum Balance/Credit Ratio on ALL Trades**

| (1) Attribute | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| Maximum Balance/Credit Ratio on All Trades | | | | | | | (6)*(7) |
| scr_max_bal_cr_ratio_all_tl | Baseline Count | Baseline Percent | Current Count | Current Percent | Change (Decimal) | ScoreCard Points | Score Difference |
| -99999991 | 104 | 0.0% | 127 | 0.2% | 0.002 | 11 | 0.02 |
| -99999986 | 175 | 0.0% | 4 | 0.0% | 0.000 | 11 | 0.00 |
| -99999980 | - | 0.0% | 1 | 0.0% | 0.000 | 11 | 0.00 |
| <0 | - | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| >=0and<99 | 557,004 | 75.2% | 39,576 | 72.8% | -0.024 | 12 | -0.29 |
| >=99and<101 | 142,689 | 19.3% | 6,039 | 11.1% | -0.082 | 11 | -0.90 |
| >=101and<1000000 | 40,860 | 5.5% | 8,627 | 15.9% | 0.104 | 6 | 0.62 |
| >=1000000 | 12 | 0.0% | - | 0.0% | 0.000 | 11 | 0.00 |
| **Total** | **740,844** | **100%** | **54,372** | **100%** | **Score Difference** | | **-0.54** |

Source: HLECS Conventional Supplemental Statistics 2022 Q4 (Appendix A.3)

# References

[1] Wells Fargo & Co., "Model Risk Management Policy - CMoR," November 1, 2022.

[2] Wells Fargo & Co., "CMoR Request for Information_2022_HL_Conventional_Orig_Custom_ECS_Score_11960_20211231", December 31, 2021

[3] Wells Fargo & Co., "Model_Identification_Template_11960_HL_Conventional_Orig_Custom_ECS_Score_2023_02", December 19, 2022.

[4] Wells Fargo & Co., "Credit Scoring Model Development - 11960 HLECS Conventional – V7.docx", December 8, 2022

[5] Wells Fargo & Co., "11960 Reval-HL Conventional Orig Custom ECS Score-2021-02-23", February 24, 2021.

# EXHIBIT 55

10/3/23, 11:59 AM                          Wells Fargo Rejected Half Its Black Applicants in Mortgage Refinancing Boom

Advertisement



**Exhibit 0055**
10/5/2023
Dossani

# Bloomberg

US Edition ▾    Your Account

Live Now
Markets
Economics
Industries
Tech
AI
Politics
Wealth
Pursuits
Opinion
Businessweek
Equality
Green
CityLab
Crypto
More



Mauise Ricard III's four-bedroom colonial in a suburb of Atlanta. Photographer: Aboubacar Kante/Bloomberg

# Wells Fargo Rejected Half Its Black Applicants in Mortgage Refinancing Boom

Fewer than half of Black applicants were approved by the biggest bank
mortgage lender

By Shawn Donnan, Ann Choi, Hannah Levitt and Christopher Cannon
March 11, 2022



🎁 Gift this article

When Mauise Ricard III paid a $560.43 application fee to Wells Fargo & Co. on Valentine's Day in 2020 to refinance his mortgage on a four-bedroom brick colonial in a leafy suburb of Atlanta, he had every reason to expect an easy ride. The Microsoft Corp. engineer is married to a doctor and has a credit score north of 800, putting him in America's credit elite. The loan officer at the bank even told him he was probably eligible for a fast-track appraisal.

It didn't take long for problems to appear. Ricard's house–an investment property that was his home before he moved to another Atlanta suburb in 2017–is in a predominantly Black neighborhood, and in April, the loan officer emailed to say that "perhaps the area is not eligible" for a rapid valuation. By May, she was writing to say the underwriter had more questions. Soon after, Ricard was told he would have to pay a higher 4.5% rate, even though the Federal Reserve had slashed rates to historic lows. Within weeks, Wells Fargo had denied his application. "They kept moving the needle," Ricard says. "They didn't want to move forward for whatever reason."

**Disparity by Lender**
Wells Fargo approved fewer than half of Black homeowners' refinancing applications in 2020.



Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

Ricard wasn't alone. Nationwide, only 47% of Black homeowners who completed a refinance application with Wells Fargo in 2020 were approved, compared with 72% of White homeowners, according to a Bloomberg News analysis of federal mortgage data. While Black applicants had lower approval rates than White ones at all major lenders, the data show, Wells Fargo had the biggest disparity and was alone in rejecting more Black homeowners than it accepted.

If, as expected, the Fed's policy committee moves to hike interest rates at its March meeting, it will begin closing the door on a remarkable wealth event that has seen U.S. homeowners refinance almost $5 trillion in mortgages over the past two years, the most since the early 2000s. It's one that allowed White homeowners to save an estimated $3.8 billion annually by refinancing their mortgages in 2020, according to researchers at the central bank. But it's a door that barely opened for Black Americans, who make up 9% of all homeowners and locked in just $198 million a year, less than 4% of the savings.

Wells Fargo, which declined to comment about individual customers, didn't dispute Bloomberg's statistical findings. It says it treats all potential borrowers the same, is more selective than other lenders, and an internal review of the bank's 2020

refinancing decisions confirmed that "additional, legitimate, credit-related factors" were responsible for the differences. But even when taking selectivity into account, the San Francisco-based bank had by far the worst record among major lenders when it came to refinancings by Black homeowners, according to Bloomberg's analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

**Home Loan Refinance Gap**
Black homeowners had the lowest approval rate by lenders nationwide in 2020, as well as the smallest number of applicants.



Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

JPMorgan Chase & Co., the largest U.S. bank by assets, accepted 81% of refinancing applications from Black homeowners in 2020 compared with 90% from White ones. Bank of America Corp. approved 66% of its Black applicants and 78% of White ones. Rocket Mortgage LLC, which received 1 million refinancing applications in 2020, more than any other lender, had the smallest gap: It approved 79% of Black applicants and 86% of White ones.

Among major lenders, only Wells Fargo approved a smaller share of refinancing applications from Black homeowners in 2020 than a decade earlier. The bank's 47% approval rate was its second lowest during the past decade. JPMorgan, Bank of America and Rocket Mortgage, formerly known as Quicken Loans, all approved Black borrowers in 2020 at the highest rate since 2010.

The data also show that 27% of Black borrowers who began an application with Wells Fargo in 2020 withdrew it. That meant only one-third of the 17,702 Black homeowners who sought refinancing were successful. Like the industry as a whole, Wells Fargo approved a greater share of applications from low-income White homeowners than all but the highest-income Black applicants, who had an approval rate about the same as White borrowers in the lowest-income bracket.

Data for 2021 won't be released until later this year. Wells Fargo says it hasn't completed an analysis yet and couldn't comment about whether its refinancing outcomes had changed.



Wells Fargo denied Microsoft engineer Mauise Ricard's refinance application, even though he has a credit score north of 800. Photographer: Aboubacar Kante/Bloomberg

The U.S. Justice Department has hammered banks for lending practices that tend to elevate costs for minority borrowers. After the 2008 housing crisis revealed discriminatory treatment, authorities unleashed a wave of penalties against U.S. lending giants. Wells Fargo agreed in 2012 to pay more than $184 million to settle federal claims that it unfairly steered Black and Hispanic homeowners into subprime mortgages and charged them higher fees and interest rates. The bank didn't admit to any wrongdoing and said at the time that it treated all customers fairly regardless of race.

U.S. law has long held that a "disparate impact" on minority communities can be evidence of institutional discrimination, meaning regulators don't have to prove a bank was engaging in deliberate racism to show that it broke fair-lending or fair-housing laws.

The Biden administration is increasing scrutiny of banks and modern forms of discrimination. "If we allow racist and discriminatory policies to persist, we will not live up to our country's ideals," Rohit Chopra, head of the Consumer Financial Protection Bureau, said at a press conference in October announcing a new push by the Justice Department and regulators to combat so-called redlining by financial institutions. Among the issues he singled out was the role of mortgage underwriting algorithms that banks have long used, calling the disparities in lending outcomes a sign of "digital redlining, disguised through so-called neutral algorithms."

**Higher Income, Same Approval**
Wells Fargo's refinancing approval rates were higher for the lowest-income White applicants in 2020 than for all but the highest-income Black applicants.

Wells Fargo Rejected Half Its Black Applicants in Mortgage Refinancing Boom



Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

Kristy Fercho, who in August 2020 became the first Black woman to oversee Wells Fargo's home-lending business and its more than 25,000 employees, says the bank's processes are race-blind and that its lending decisions were "consistent across racial and ethnic groups." Any racial disparity in outcomes for refinancing in 2020 was the result of variables Wells Fargo doesn't control, she and other executives say, including credit scores, the appraised value of homes and broader inequities in the U.S. economy.

The problem is certainly broader than any one bank and gets at the root causes of the racial wealth gap in the U.S. Housing activists have long pointed to a history of mortgage discrimination and resulting disparities in homeownership rates as the major source of enduring wealth inequality. A typical White family had eight times more wealth than a Black one, according to a triennial Fed survey last published in 2019. By the end of September 2021, separate Fed quarterly wealth data showed the

gap between White and Black Americans had widened by $20 trillion during the pandemic.

The refinancing gap gets at the ability of Black families to build on the wealth they have. Not being able to refinance a home "means that people have less resources to invest in their children, less resources to start businesses, less resources to renovate their homes, less resources to buy additional homes," says Andre Perry, a senior fellow at the Brookings Institution whose 2018 study found that the average Black home was valued at $48,000 less than its White equivalent. That differential amounts to $156 billion in missing Black wealth.

The anticipated move by the Fed to raise interest rates in March to combat inflation "effectively locks us out of this wealth-creation event," Perry says. "It was a brief period of time where we really did need lenders, especially, to step up to the plate in terms of racial equity."

Perry says that while Wells Fargo and other banks have made efforts to increase lending to minority communities, some still treat Black homeowners with institutional disdain. "How you know that Black people are valued less is by looking at the data," Perry says. "And for me, Wells Fargo has to look itself in the mirror collectively and say, 'OK, why are our outcomes worse than other lenders?'"

-------------------------------------------------------------------------------------------

**W E L L S   F A R G O**, like other lenders, has been working to distance itself from the past. When the murder of George Floyd prompted a nationwide reckoning over race and America's economic inequities in 2020, the bank joined the chorus of companies promising to do better. "This is an important moment at our company, and we will not let it go by without substantive changes," Chief Executive Officer Charlie Scharf wrote in that year's annual report. "We must move with haste to execute on our plans, and know we will be judged based on our outcomes."

Scharf was hired in late 2019 after a series of scandals that began with the revelation that employees opened millions of fake accounts to meet sales goals. That led to sanctions, including a Fed-imposed growth ban and the departures of two of Scharf's predecessors. He's installed new leaders, including Fercho, who took over a home-lending unit that's been the source of some of Wells Fargo's long-standing problems. Regulators spotlighted improper mortgage fees in a 2018 order, and the bank was handed a fresh sanction over lack of progress on that order last year.

**Black Historical Approval Rate**
While other lenders have improved, Wells Fargo's rate fell over the past decade.



Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

**City by City**
Black applicants at all lenders nationwide in 2020 generally faced lower acceptance rates compared with their metro area's overall rate.



10/3/23, 11:59 AM                    Wells Fargo Rejected Half Its Black Applicants in Mortgage Refinancing Boom



Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

The bank has settled several class-action lawsuits brought by municipalities claiming that foreclosures during the financial crisis depressed property values and that Wells made it difficult for minority homeowners to refinance high-interest mortgages. It still faces others. In one federal case filed last year, lawyers for Georgia's Cobb, DeKalb and Fulton counties cited foreclosures Wells Fargo had sought in minority neighborhoods as recently as May 2019. The foreclosure files included an Atlanta property with a 12.125% adjustable-rate mortgage. Wells Fargo has denied any wrongdoing and in court filings questioned both the counties' standing to bring a suit and whether too much time had elapsed since the alleged wrongdoing.

**Wells Fargo Acceptance Rates Lagged Across the U.S.**
Other lenders approved Black applicants at higher rates than Wells Fargo in almost all metropolitan statistical areas in 2020.



1179

10/3/23, 11:59 AM                  Wells Fargo Rejected Half Its Black Applicants in Mortgage Refinancing Boom



Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

Fercho says Wells Fargo is looking at how to better serve Black communities that have often been suspicious of lenders based on generations of discrimination. Among the steps: encouraging Black homeowners, who refinance less frequently than White ones, to take advantage of opportunities to lower their rates. Fercho cites her own mother's reluctance to refinance her mortgage at any point in its 30-year life as an example of a broader issue. When she asked her mother why she had never refinanced given the money she could have saved, "her answer was 'I could afford my payments. So there was no reason for me to change it.'"

Wells Fargo has also announced a push to increase Black homeownership and in 2021 invested $50 million in 13 Black-owned community banks. In 2017, it pledged to help create 250,000 new Black homeowners by 2027, a goal Fercho says the bank is on pace to meet or exceed.

But the difficulties some Black customers faced left them frustrated with Wells Fargo. When Cherylnita Cone sought to refinance the Wells Fargo mortgage on her three-bedroom bungalow in College Park, Georgia, in 2020, she was surprised to find that the bank quoted her a rate half a percentage point higher than she found elsewhere. Cone, a software systems analyst for a packaging company, and her husband, an aircraft painter for Lockheed Martin Corp., have lived in the home for 25 years. "I would think, 'Hey, I'm with you all,'" she says. "I pay timely. I have a good credit score. And this is all with the same lender, hoping it would be cheaper."

Instead it reinforced a view Cone has held since the couple financed their first home in the late 1990s with a 7% mortgage. "Being an African American, a Black female, any time I talk to any other individuals that are Caucasian, their rate is always cheaper," she says, referring to the broader home-financing market.

Disparate-impact cases can be hard to prove with data alone and often have to involve another element, says Steve Dane, who has brought discrimination cases on behalf of the National Fair Housing Alliance and other clients. "If that's all you had, and

nothing else, I would not bring a case like that," Dane says. Evidence that a bank's lending outcomes are at odds with its industry peers could provide that additional element, he says.

So could the location of loan officers. When the Justice Department announced its push on redlining in October, it also unveiled a $5 million settlement with Trustmark National Bank over lending discrimination in Memphis, Tennessee, including allegations that the bank's loan officers were located in predominantly White neighborhoods.

In Atlanta, Baltimore and Philadelphia, Wells Fargo's online tool for people looking to refinance directs borrowers in predominantly Black ZIP codes to loan officers in more White areas. The nearest Wells Fargo loan officer available to homeowners in New Haven, Connecticut, which in 2020 was a hot spot for denials, according to the Bloomberg analysis, is in Westport, 25 miles away. Other banks offer loan officers much closer. Wells Fargo declined to comment on the results its online tool provided.

---

BLACK HOMEOWNERS seeking to refinance mortgages in 2020 faced lower approval rates nationwide than those of any other race. About 70% of 254,000 Black applicants who completed applications had their requests approved by lenders, the data show. By comparison, 87% of 4.9 million non-Hispanic White homeowners were accepted.

The banking industry has long argued that credit scores rather than race explain any disparities, but it has lobbied against the release of federal mortgage data containing those scores. A 2021 study by Fed researchers given access to a privileged version of the same data used by Bloomberg that included applicants' credit scores showed racial gaps can be largely attributed to those scores and the recommendations automated underwriting systems make to lenders. The study, which looked at both home purchases and refinancings, identified some differences among lenders, but the researchers didn't document them.

### Approval by Metro Area

Black homeowners applying for refinancing through Wells Fargo in 2020 faced lower approval rates particularly on the East Coast and in parts of the South.





Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

Other researchers and activists say the way credit scores are assembled discriminates against Black families, an increasingly accepted view that has prompted a push to reform the 33-year-old system developed by Fair Isaac Corp. and known as FICO. Those scores are based on the use of mortgages, credit cards, and auto and student loans. But that leaves many people out–almost one-third of Black Americans, according to a 2019 Urban Institute report. "There's probably about 50 million people that can't be scored right now under FICO's main model," says Kelly Thompson Cochran, deputy director of FinRegLab, a nonprofit technology research group.

Including rental payments in the mix would fix a large part of the problem, housing activists say. Minorities make up half of renters in the U.S. and just a quarter of homeowners, according to U.S. Census data. Studies have shown that including rental payments can help raise credit scores and that renters' histories of paying rent on time are a good predictor of their ability to make mortgage payments.

Despite research into the validity of alternative credit-scoring models and the limitations of current ones, barriers remain. "It's hard for individual lenders to say, 'We're going to start underwriting these in a completely different way than anybody else,'" says Cochran.

Still, some institutional changes are underway. Fannie Mae decided in September to include rent payments in credit assessments. The rethinking is also happening at banks, including Wells Fargo, and Fercho is a voice in the broader national conversation. She chairs the Mortgage Bankers Association and leads the affordable housing working group for the Office of the Comptroller of the Currency's Project Reach, which is examining how to improve access to credit in the U.S.

Wells Fargo is considering following Fannie Mae's decision to use rental payments in its lending decisions, according to Fercho. "We have to get creative as an industry around how do we level the playing field and create some equity," she says.

The issues surrounding mortgage discrimination can be dizzying. Studies have documented everything from the reluctance of Black homeowners to refinance mortgages to the behavior of loan officers, who tend to approve White homeowners earlier in the month than Black ones. There is also an increased focus on the issue of appraisal discrimination.

But experts say that beyond credit scores and appraisal bias two things have stood out as the cause of the disparities in this refinancing boom: the impact of lenders' proprietary algorithms, or overlays, and the failure of policymakers to mandate streamlined refinancing programs.

Nikitra Bailey, senior vice president of public policy at the National Fair Housing Alliance, says the stricter overlays many lenders put in place after the financial crisis raised the average credit score needed to refinance a mortgage as high as 775 in 2020.

"That's well above credit scores for communities of color who lacked that intergenerational wealth," Bailey says.

A streamlined refinancing program would also help address the high upfront costs that discourage many Black homeowners. One such program helped more than 3.5 million borrowers refinance from 2009 to 2018, saving an estimated $35 billion. If a similar program were still in place, says Laurie Goodman, an Urban Institute fellow, "we could make a huge difference in decreasing the racial gap."

--------------------------------------------------------------------------------

WHEN MYRON McKELLER set out in 2020 to refinance the $159,000 Wells Fargo mortgage he took out on his three-bedroom townhouse west of downtown Atlanta seven years earlier, he had two goals: reducing his interest rate and getting his home reappraised. The 32-year-old software sales engineer was hoping the reappraisal would reflect how appreciation should have removed the need for him to pay mortgage insurance required of homeowners with less than 20% equity in homes.

But he didn't even attempt to refinance with Wells Fargo. He'd tried two years earlier and was instead directed into a loan modification with a 5.125% interest rate after an appraisal that felt at odds with what he was seeing in the market.



Myron McKeller looked elsewhere in 2020 after an earlier unsuccessful attempt to refinance his Wells Fargo mortgage. Photographer: Aboubacar Kante/Bloomberg

Many Black homeowners who sought to refinance with Wells Fargo during the pandemic were, like McKeller, middle class and had good credit scores. But even for members of the Black middle class the pandemic has brought blunt lessons in the legacy of housing segregation in Georgia's Fulton County, which includes Atlanta. Home prices in the county's predominantly Black southwestern suburbs have lagged

behind those to the north for generations, largely because of redlining that labeled Black neighborhoods riskier lending propositions than their White counterparts.

Appraisals for Black-owned homes in Fulton County often come in low, says Bilal Shareef, president of the Empire Board of Realtists, which since 1939 has represented Atlanta's Black real estate agents. He learned long ago that he needed to fight for clients. In 90% of cases, Shareef says, his pushback leads to dramatically higher new appraisals. That can mean $50,000 to $60,000 more on properties worth $300,000 or less, or a swing in homeowner equity in a property of as much as 20%. "Unfortunately that's the kind of stigma that we deal with," Shareef says.

Fair-housing activists also complain of "soft denials" for loans when lenders leave applicants hanging or encourage them to look elsewhere before an application is even submitted. Federal records don't detail why some refinancing applications aren't completed, but for people who work in the Atlanta suburbs the patterns of behavior by lenders have become familiar.

When interest rates tumbled in 2020, McKeller took all of his banking  business elsewhere, refinancing with an interest rate closer to 3% with a local mortgage company. "Once I was able to refi, I pretty much terminated my relationship with them," McKeller says. "It was definitely time to move on."



McKeller's three-bedroom townhouse in downtown Atlanta. Photographer: Aboubacar Kante/Bloomberg

Wells Fargo approved fewer than 43% of refinancing applications completed by Black homeowners in Fulton County in 2020, Bloomberg's analysis shows, the lowest approval rate among major lenders. Overall, 69% of Black applicants in the county were approved.

After Wells Fargo rejected his application, Ricard, the Microsoft engineer, found another lender to refinance the mortgage on his house. Ricard, who grew up in Chicago and Tulsa, Oklahoma, moved to Atlanta for college and stayed because it felt like a progressive paradise for young Black professionals.

He and his wife moved their young family to a bigger home in the more expensive, and predominantly White, Fulton County suburb of Sandy Springs in 2017 to be closer to better schools. The transition hasn't always been easy. The day he moved in, he says, White neighbors called the police. "I'll just speak the truth," Ricard says. "Some of my neighbors in our community don't want us here."

The move has also given him a rare perspective on the economics of segregation. His new home and those around it are valued far higher than those in the predominantly Black southwestern Fulton County suburb they left behind, where they still own the property they sought to refinance with Wells Fargo. But Ricard says he pays almost as much for the home insurance on his old home, which he now rents out, as his new one.

When he went to refinance the Sandy Springs mortgage in 2020 with another lender, he had a much easier time. He also had an easier experience with another lender when he closed on the refinancing of his original home in December 2020, securing a 3.35% rate, more than a percentage point lower than what Wells Fargo had offered him.

"It's sad that as a banking institution that they essentially can't be trusted," Ricard says of Wells Fargo. "As an African American, a person of color, we deal with enough hardships that life hands us. To be discriminated against financially is a hardship."

---

Source: Bloomberg analysis of Home Mortgage Disclosure Act data for 8 million completed applications to refinance conventional loans in 2020.

Methodology:

Bloomberg News analyzed data collected from 8 million refinancing loan applications in 2020 under the Home Mortgage Disclosure Act, or HMDA. Only applications for conventional, non-jumbo, single-family and first-lien dwellings were examined because other loan types, such as FHA loans, must meet more restrictive underwriting rules required by the U.S. Department of Housing and Urban Development. Lenders processed 15 million refinancing applications in 2020. Of those, 11 million were for conventional loans and 3 million were either withdrawn or incomplete. Details on credit scores and automated recommendations are compiled by federal officials under HMDA, but that information isn't available to the public.

To look for potential patterns and significant differences among lenders, we examined approval and denial rates across all lenders. But the findings focus on the biggest refinancing lenders, including the largest, Rocket Mortgage LLC, and the three top commercial banks—JPMorgan Chase, Bank of America and Wells Fargo.

We looked at approval rates of completed applications to account for which groups of borrowers lenders deemed more creditworthy. We calculated two statistics: the share of approved applications for each racial group and an approval ratio between White and non-White borrowers. Using a ratio accounts for differences in banks' internal underwriting guidelines that some lenders say affect all borrowers. Incomplete or withdrawn applications were examined separately because lenders made no decisions on them. Nonetheless, housing advocates consider many withdrawn or incomplete applications to be "soft denials" resulting from inattention or discouragement from lenders. Wells Fargo had the highest share of those who withdrew or did not complete their applications.

Looking at applicants by income, we divided the total number of applications into five similarly sized quintiles to determine the acceptance rate among different racial and income groups. The dataset provided both the county and metropolitan statistical area (MSA) for each loan, which allowed for geographic analysis. Since many rural counties had few applicants, and even fewer Black applicants, we opted to use MSAs, which have a larger sample size to work with, and only included those that had at least 10 Black applicants.

Editors: Robert Friedman, Alex Tribou and David Scheer

With additional work by: Jason Grotto





**Hurricane Idalia Tracker: Latest Path, Storm Surge, Rainfall Maps**

Aug. 27, 2023



**2024 Republican Candidates Battle With Trump For Money, Donors: The Numbers**

Aug. 22, 2023



**Fans Choose Friendship Bracelets and Silver Outfits Over Wearing Merch at Shows**

Sept. 29, 2023



**England Job Openings: Opportunities Dry Up In Seaside Towns as Staycat Dwind**

Aug. 8, 2023



**Reed Oxbridge Jobs Report: Cambridge Winning Race Against Oxford to Create Jobs**

Sept. 7, 2023



**The 'Barbie' Soundtrack Could Be as Popular as the Film Itself**

Aug. 31, 2023



**Black Lives Matter Protests Helped Workplace Diversity But Progress Is At Risk**

Sept. 25, 2023



**In North Carolina, Purina PetCare's New Factories Expose US Economic Inequality**

Aug. 14, 2023

Terms of Service  Do Not Sell or Share My Personal Information    Trademarks  Privacy Policy
©2023 Bloomberg L.P. All Rights Reserved
Careers  Made in NYC  Advertise  Ad Choices     Help

1186

# EXHIBIT 87

Message

---

| | |
|---|---|
| **From**: | Seagren, Timothy C [/O=WELLS FARGO & CO./OU=WFB1/CN=RECIPIENTS/CN=TSEAGRE] |
| **Sent**: | 12/22/2021 11:54:28 AM |
| **To**: | Knutson-Smith, Deborah L. [debbie.knutsonsmith@wellsfargo.com] |
| **Subject**: | FW: Bloomberg inquiry: rejection rates on home loan refis |
| **Attachments**: | 2021 Bloomberg RFI Validation (Refi.purch).pptx |

**Exhibit 87**

**Flag**:       Follow up

FYI – she didn't copy you on this one

---

**From:** Dossani, Saba <Saba.Dossani@wellsfargo.com>
**Sent:** Tuesday, December 21, 2021 2:04 PM
**To:** Fercho, Kristy <Kristy.Fercho@wellsfargo.com>
**Cc:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>; Ventresca, Rita <Rita.Ventresca@wellsfargo.com>
**Subject:** RE: Bloomberg inquiry: rejection rates on home loan refis

Kristy, while this additional clarification and correction that Bloomberg will have to make (and hopefully they do) may avoid spotlight on WF, but I wanted to bring up to you the slide that Tim put together to show that our denial rates overall (both for diverse and non-diverse) are higher than our peers and industry, specifically for refinance.  Tim has bought this up in the past highlighting that WF denies customers at a higher rate, but we have not done much to solve this challenge.

Part of this could be explained in how we classify denials vs. others (we note or classify incomplete apps as denied, Tim correct me if I am wrong), but even after normalizing for classification, we are still higher.  Most of these denials go into a catch all "other" bucket that makes it difficult to pinpoint exact denial reason.  It could be related to our credit policy as we do see these customers go on to transact with competitors.  There is opportunity here to evaluate our denials more thoroughly, serve these customers (many of which are existing customers) instead of them going to competitors, and also then ensure we are serving the diverse community at a higher rate.

If it helps, we can set up a brief call with you to review what Tim has, but wanted to highlight this.  Overall we don't deny diverse segments are higher rates compared to non-diverse, we just deny at a higher rate overall compared to our peers.

Tim, we may also want to do a review with Mike Schimek and Parag so they have a view and get their thoughts on how to proceed from a credit risk perspective.

---

**From:** Fercho, Kristy <Kristy.Fercho@wellsfargo.com>
**Sent:** Tuesday, December 21, 2021 10:57 AM
**To:** Goyda, Tom <Tom.Goyda@wellsfargo.com>; Daley, William M. <William.Daley@wellsfargo.com>; Weinbach, Mike <mikew@wellsfargo.com>; Lipsitz, Michael <Michael.Lipsitz@wellsfargo.com>; Santos, Kleber <Kleber.Santos@wellsfargo.com>; Dixon, Gigi C <georgette.dixon@wellsfargo.com>; Smith, Brian <Brian.Smith@wellsfargo.com>; Thompson, George (Legal) <George.Thompson@wellsfargo.com>; Gorsche, David (Legal) <david.gorsche@wellsfargo.com>; Rafferty, Barri <Barri.Rafferty@wellsfargo.com>; Burton, Raschelle <Raschelle.Burton@wellsfargo.com>; Sahni, Sukhi <sukhi.sahni@wellsfargo.com>; Ventresca, Rita <Rita.Ventresca@wellsfargo.com>; Dossani, Saba <Saba.Dossani@wellsfargo.com>; Bishop, Chuck <chuck.bishop@wellsfargo.com>; Hellman, Patrick J. <Patrick.J.Hellman@wellsfargo.com>; Fitzgerald, Eileen <Eileen.Fitzgerald@wellsfargo.com>
**Cc:** Turner, Paul A. <Paul.A.Turner@wellsfargo.com>; Eshet, Mary G <mary.eshet@wellsfargo.com>; Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>; Lemaire, Mary Dee (Compliance) <Mary.Dee.Lemaire@wellsfargo.com>; Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>; Brown, James (Legal) <jim.brown@wellsfargo.com>; Mcguire, Sean P. (Legal) <Sean.P.Mcguire@wellsfargo.com>; Brooks, Eric

---

CONFIDENTIAL

**1188**

WF-00152545

<Eric.Brooks@wellsfargo.com>; Rogers, Natasha M. <Natasha.M.Rogers@wellsfargo.com>; Schiller, Staci L <Staci.L.Schiller@wellsfargo.com>; Racioppo, Mary R. <Mary.R.Racioppo@wellsfargo.com>; Miller, Jessica <Jessica.Miller@wellsfargo.com>; Schurig, Jonathan <Jonathan.Schurig@wellsfargo.com>; Tenner, Ann <Ann.Tenner@wellsfargo.com>; Hansen, Gaylen J <gaylenhansen@wellsfargo.com>
**Subject:** RE: Bloomberg inquiry: rejection rates on home loan refis

Great – thanks for the additional color

---

**From:** Goyda, Tom <Tom.Goyda@wellsfargo.com>
**Sent:** Tuesday, December 21, 2021 11:55 AM
**To:** Daley, William M. <William.Daley@wellsfargo.com>; Weinbach, Mike <mikew@wellsfargo.com>; Fercho, Kristy <Kristy.Fercho@wellsfargo.com>; Lipsitz, Michael <Michael.Lipsitz@wellsfargo.com>; Santos, Kleber <Kleber.Santos@wellsfargo.com>; Dixon, Gigi C <georgette.dixon@wellsfargo.com>; Smith, Brian <Brian.Smith@wellsfargo.com>; Thompson, George (Legal) <George.Thompson@wellsfargo.com>; Gorsche, David (Legal) <david.gorsche@wellsfargo.com>; Rafferty, Barri <Barri.Rafferty@wellsfargo.com>; Burton, Raschelle <Raschelle.Burton@wellsfargo.com>; Sahni, Sukhi <sukhi.sahni@wellsfargo.com>; Ventresca, Rita <Rita.Ventresca@wellsfargo.com>; Dossani, Saba <Saba.Dossani@wellsfargo.com>; Bishop, Chuck <chuck.bishop@wellsfargo.com>; Hellman, Patrick J. <Patrick.J.Hellman@wellsfargo.com>; Fitzgerald, Eileen <Eileen.Fitzgerald@wellsfargo.com>
**Cc:** Turner, Paul A. <Paul.A.Turner@wellsfargo.com>; Eshet, Mary G <mary.eshet@wellsfargo.com>; Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>; Lemaire, Mary Dee (Compliance) <Mary.Dee.Lemaire@wellsfargo.com>; Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>; Brown, James (Legal) <jim.brown@wellsfargo.com>; Mcguire, Sean P. (Legal) <Sean.P.Mcguire@wellsfargo.com>; Brooks, Eric <Eric.Brooks@wellsfargo.com>; Rogers, Natasha M. <Natasha.M.Rogers@wellsfargo.com>; Schiller, Staci L <Staci.L.Schiller@wellsfargo.com>; Racioppo, Mary R. <Mary.R.Racioppo@wellsfargo.com>; Miller, Jessica <Jessica.Miller@wellsfargo.com>; Schurig, Jonathan <Jonathan.Schurig@wellsfargo.com>; Tenner, Ann <Ann.Tenner@wellsfargo.com>; Hansen, Gaylen J <gaylenhansen@wellsfargo.com>
**Subject:** RE: Bloomberg inquiry: rejection rates on home loan refis

We had a second call with Bloomberg today and identified the source of the data discrepancy between their analysis and ours. As it turns out, they were included loans purchased from correspondent lenders in their denial rate analysis, which they should not have been doing because the purchaser doesn't make the credit decision. They are going back to redo their data analysis and we expect that will show that our denial disparity ratios are consistent with or better than other large lenders and the industry as a whole, which should mean that the premise of their story that we are an outlier will change.

The communications team will get together with the working group to draft some high-level response points that reflect that position and will route those for approval once they are ready for review.

Please let me know if you have any questions or input to share at this time.

Tom Goyda
Senior Vice President, Consumer Lending Communications

Wells Fargo   |   1 North Jefferson Ave., Building F, 1st Floor   |   St. Louis, MO  63103
MAC H0006-011
Cell  314-591-0113   |   Fax  866-774-0915
Email: tom.goyda@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**From:** Goyda, Tom
**Sent:** Friday, December 17, 2021 12:23 PM

CONFIDENTIAL
WF-00152546

**To:** Daley, William M. <William.Daley@wellsfargo.com>; Weinbach, Mike <mikew@wellsfargo.com>; Fercho, Kristy <Kristy.Fercho@wellsfargo.com>; Lipsitz, Michael <Michael.Lipsitz@wellsfargo.com>; Santos, Kleber <Kleber.Santos@wellsfargo.com>; Dixon, Gigi G <georgette.dixon@wellsfargo.com>; Smith, Brian <Brian.Smith@wellsfargo.com>; Thompson, George (Legal) <George.Thompson@wellsfargo.com>; Gorsche, David <david.gorsche@wellsfargo.com>; Rafferty, Barri <Barri.Rafferty@wellsfargo.com>; Burton, Raschelle <Raschelle.Burton@wellsfargo.com>; Sahni, Sukhi <sukhi.sahni@wellsfargo.com>; Ventresca, Rita <Rita.Ventresca@wellsfargo.com>; Dossani, Saba <Saba.Dossani@wellsfargo.com>; Bishop, Chuck <chuck.bishop@wellsfargo.com>; Hellman, Patrick J. <Patrick.J.Hellman@wellsfargo.com>; Fitzgerald, Eileen <Eileen.Fitzgerald@wellsfargo.com>
**Cc:** Turner, Paul A. <Paul.A.Turner@wellsfargo.com>; Eshet, Mary G <mary.eshet@wellsfargo.com>; Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>; Lemaire, Mary Dee (Compliance) <Mary.Dee.Lemaire@wellsfargo.com>; Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>; Brown, James (Legal) <jim.brown@wellsfargo.com>; Mcguire, Sean P. (Legal) <Sean.P.Mcguire@wellsfargo.com>; Brooks, Eric <Eric.Brooks@wellsfargo.com>
**Subject:** RE: Bloomberg inquiry: rejection rates on home loan refis

As Mary shared with most of you last week in the email below, Bloomberg has asked Wells Fargo to respond to several questions about HMDA data they say shows Wells Fargo is more likely than other lenders to deny mortgage refinance applications from Black and Hispanic customers compared to white, non-Hispanic customers. This morning, Paul Turner, Mary Dee Lemaire and I had a call with the Bloomberg team—Hannah Levitt, Economics Reporter Shawn Donnan and Data Reporter Ann Choi—to better understand the focus of the story and how they arrived at the numbers they are using.

Shawn is the primary reporter on the story and indicates that this started as an effort to understand how access to refinances across the industry varied across racial and ethnic groups during the boom in 2020. After reviewing their data, however, he claims that Wells Fargo was an outlier more likely to deny applications from Black and Hispanic borrowers and, as a result, will be one of the primary focuses of the story.

However, we have been unable to match their numbers in our preliminary review of the data points that Hannah provided last week; something that is especially concerning because our analysis shows that our results are consistent with the rest of the industry. We reviewed our methodology on the call today and will regroup with the WFHL analytics team to better understand why their results differ from ours. Based on that, we believe that one of the key issues may be that they are calculating denial rates in a way that is not consistent with industry practices but we will need to validate that—along with other factors they provided—with our data analytics team.

The core team—which is copied above—will continue to review the data and work on recommendations for a response strategy and messaging, and engage with key leaders for input and direction as we move forward. Bloomberg expect to publish their story early in 2022 but would like our response by next week, if possible.

Please let us know if you have any questions or preliminary thoughts at this time.

Tom Goyda
Senior Vice President, Consumer Lending Communications

Wells Fargo   |   1 North Jefferson Ave., Building F, 1st Floor   |   St. Louis, MO  63103
MAC H0006-011
Cell  314-591-0113   |   Fax  866-774-0915
Email: tom.goyda@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

**From:** Eshet, Mary G <mary.eshet@wellsfargo.com>
**Sent:** Friday, December 10, 2021 10:05 AM
**To:** Daley, William M. <William.Daley@wellsfargo.com>; Weinbach, Mike <mikew@wellsfargo.com>; Fercho, Kristy

CONFIDENTIAL

WF-00152547

<Kristy.Fercho@wellsfargo.com>; Lipsitz, Michael <Michael.Lipsitz@wellsfargo.com>; Santos, Laura <Laura.Santos@wellsfargo.com>; Dixon, Gigi C <georgette.dixon@wellsfargo.com>; Smith, Brian <Brian.Smith@wellsfargo.com>; Thompson, George (Legal) <George.Thompson@wellsfargo.com>; Grissom, John A (Legal) <johngrissom@wellsfargo.com>
**Cc:** Turner, Paul A. <Paul.A.Turner@wellsfargo.com>; Rafferty, Barri <Barri.Rafferty@wellsfargo.com>; Burton, Raschelle <Raschelle.Burton@wellsfargo.com>; Sahni, Sukhi <sukhi.sahni@wellsfargo.com>; Goyda, Tom <Tom.Goyda@wellsfargo.com>
**Subject:** Bloomberg inquiry: rejection rates on home loan refis

All,
A heads up on an inquiry from Hannah Levitt at Bloomberg who is working on a story with her colleagues about home loan refis during the pandemic. The questions Hannah sent us focus on rejection rates for Black, Hispanic and White applicants and the differentials.  The nature of the questions is very similar to inquiries we have received from the NPR stations in Chicago and Boston earlier this year about minority lending rates. It's a combination of questions about national rates as well as some focused questions about Atlanta.  There is also a question about our 2017 lending commitment for Black borrowers, and our progress under that commitment.

We are working with the team to gather the data so we know what facts we are working with, and will also be coming to you and your teams for supporting information.

They would like to hear from us early next week.  We welcome your early input and ideas, and we will look to arrange a call Monday or Tuesday when we have information pulled together.

Hannah's email with detailed questions is below.

Thanks,
Mary

```
From: Hannah Levitt (BLOOMBERG/ NEWSROOM:) At: 12/09/21 14:01:57 UTC-5:00
To: tom.goyda@wellsfargo.com
Subject: from Hannah - refi questions
```

Hi Tom, hope you and yours are enjoying the holiday season! I'm working with my colleagues on a story about home mortgage refis during the pandemic. We've analyzed 2020 HMDA data and have some questions below for Wells prompted by our findings. Would love a response from you guys by early next week, and I'm happy to discuss by phone as well (especially because I know its a lot of questions!). Let me know, thanks in advance.

All best,
Hannah

-----
QUESTIONS:

1. The data show that Wells Fargo rejected 29.5% of non-Hispanic Black applicants and 24% of Hispanic applicants seeking to refinance conventional, first-lien, single-family and GSE-conforming loans in 2020, compared with 12.3% of White applicants. How do you explain this disparity in approval rates?

CONFIDENTIAL

WF-00152548

2. What criteria do you use in determining eligibility for refinance? What guidelines do you follow? The HMDA database shows Wells Fargo listed "Other" as the first automated underwriting system. What automated underwriting system (other than Desktop Underwriter, Loan Prospector or Technology Open to Approved Lenders Scorecard or Guaranteed Underwriting System) does Wells Fargo use?

3. Wells Fargo's 29.5% denial rate for Black applicants in 2020 is nearly 12 percentage points higher than the industry average. By comparison, JPMorgan denied 9% of Black applicants, Bank of America 21% and Rocket Mortgage 16%. How do you explain the fact that other major lenders had significantly lower denial rates for Black homeowners?

4. What have been your rates of denial, withdrawal and approval in 2021 for Asian, Black, Hispanic, American Indian or Alaska Natives and White homeowners applying to refinance with Wells Fargo?

5. At Wells Fargo, 22% of Black homeowners who applied to refinance in 2020 withdrew their applications. The average withdrawal rate for all lenders in 2020 was 18%; JPMorgan was 14%, Bank of America 11% and Rocket Mortgage 7%. Why did such a high proportion of Black homeowners who applied to refinance with Wells withdraw their applications?

6. In Fulton County, Georgia, successful refinance applications with Wells Fargo are concentrated in ZIP codes where the population is predominantly White. About 16% of Fulton County homeowners live in census tracts that are mostly White, yet Wells Fargo issued 23% of its loans in those neighborhoods. More people, 28% of total homeowners, live in predominantly non-White neighborhoods, yet in those neighborhoods, Wells Fargo issued 13% of its loans. How do you explain that disparity?

7. Nationwide, even the most affluent Black applicants (those whose reported income ranked in the top 10%) had a higher denial rate at Wells Fargo, 19%, than some of least affluent White applicants (those whose income ranked between 11-20%), 13%. How do you explain that outcome?

8. You announced in 2017 that you aimed to lend $60 billion to increase Black homeownership by creating 250,000 new African-American homeowners. Can you provide an update? How much of that $60 billion has been loaned out? And how many new African-American homeowners has Wells Fargo helped buy homes?

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Hannah Levitt
Bloomberg News
O: (212) 617-2297
C: (616) 648-8613
@hannahlevitt

CONFIDENTIAL

WF-00152549

# EXHIBIT 96

WF-00151470

**Exhibit 96**

Message

From: Seagren, Timothy C [/O=WELLS FARGO & CO./OU=WFB1/CN=RECIPIENTS/CN=TSEAGRE]
Sent: 3/13/2022 1:07:47 PM
To: Knutson-Smith, Deborah L. [deblie.knutsonsmith@wellsfargo.com]
Subject: RE: Back of the Envelope Waterfall
Attachments: 2022 Home Lending Diverse Segments_Executive Draft.pptx

I made this slide for Chuck while all this was going on – and helped focus on the total minority disparity for purchase/refi in total. I normalized the "denials" for app incompletes. So the denials in this view do not include application incomplete and those were removed and included in the Not Accepted/Withdrawn bucket. So denials don't have the noise for differences in classifications.

The rest of the slide is meant to show what we could do in additional minority/total customer transactions if we had similar origination rates.

The 2021 Bloomberg RFI Validation file has a lot of what you need below...and the code if needed to expand.

From: Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>
Sent: Sunday, March 13, 2022 11:47 AM
To: Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>
Subject: RE: Back of the Envelope Waterfall

Happy Sunday!

I am on now, apparently Kristy wants to meet with us at 4 pm CT. Saba told me this in text "Let's present her with all the facts regardless of how they make WF look. Per Tim's email, if we are worse compared to others let's show her and tell her what we know vs. what we need to investigate, i.e. credit policies."

Here's what I think we should do (and only 1 new data pull and I think I can do it from the query you have embedded in your email, just change the table):

∞ Using the Bloomberg data, put together denial rate story. Start with all in, then do non-conforming/conventional conforming. The fact of the matter is our non-conforming denial rate is higher than the industry and some of our peers.
∞ Show the denial reasons – credit policy needs to explain why we're doing some of what we're doing.
∞ Show the trends – we used to be aligned, now we aren't
∞ Show denial disparity – WNH vs. underserved. We are not far off the industry when we look at it this way, and in some cuts we are better. ← this is likely our only combat to the Bloomberg story
∞ Show our rate of lending to African Americans has improved, and we're the largest bank lender in this space

1194

CONFIDENTIAL

All of this we have in the files you've already done. The only other think I think we should check is what is our rate in 2021. Did it get better, stay the same, slip further?

I am working on this now. Let me know if you can think of anything to add.

**Debbie Knutson-Smith**
Cel 925-960-5117
debbie.knutsonsmith@wellsfargo.com

Assistant: Cindy Gaylord
cynthia.l.gaylord@wellsfargo.com

**From:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>
**Sent:** Sunday, March 13, 2022 9:36 AM
**To:** Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

I'm trying to think through how we even start to look at all of these ideas being thrown around.

Per your text from yesterday I can look at redoing the denial disparity views for the various years and with those adjustments. I have that pretty readily available.

I don't know how we think about the servicing portfolio impact though. I don't think we have a great way to go back in time and look at who was in our portfolio before the transaction for more than the last 2 years...can we?

We're already controlling for product impacts like FHA when we look at only conventional refi applications. Maybe look at the mix of our servicing portfolio over time and how much was weighted towards fha or legacy portfolio acquisitions that might have led to higher declines and withdrawals, but we don't have a comparison for our peers on that. I can try to have Cameron look at that though.

Im planning on working on this later tonight/this evening, but I'm struggling to even know where to begin for a lot of this information. If you have a game plan let me know otherwise I'm just going to spend some time playing with some different ideas later.

Happy Sunday!

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>
**Date:** Sunday, Mar 13, 2022, 3:02 AM

CONFIDENTIAL

WF-00151471

**To:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

I don't want you consume your Sunday. I will text you in the am and let's figure out what to recap.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Dossani, Saba <Saba.Dossani@wellsfargo.com>
**Date:** Saturday, Mar 12, 2022, 10:27 PM
**To:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>, Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>, Melton, Laura <Laura.Melton@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

I have been asking about policy changes but no one seems to know anything about what changed over the years which is quite frustrating. It took 4 days of persistent asking last week just to find out about a FNMA contract ending July of last year that caused increase in denials starting August. I can imagine multiple of such changes over the years that caused us to be where we are, and I made Kristy aware of that also.

I asked Debbie to include 2019 data to show same issue existed back then.

That said, the one competitor I can compare us to having experience I can tell you that Chase too got out of FHA same time as WF and very aggressively got into non-conforming shortly after and put additional overlays on GSE at the same time. They started to remove those overlays late 2018 early 2019. Mike was there for all those changes so understandably has questions on why WF is so different. I can tell you that Chase selling off all its FHA loans from its servicing portfolio and also selling off "likely to default" GSE loans changed the profile of the customer that applied for a rate term refi at Chase. Similar to WF most of its rate term volume came from its existing customers. There's something to be said about the mix of our servicing book given we get bulk of our volume from our existing customers. WF is still the largest servicer. Not saying that is the only reason, but should not be ignored either for 2020 or the past. Chase started selling off its USDA, GSE and FHA starting 2014. Their servicing book now is GSE only, prime loans, as well as prime non-conforming. Even in non conforming they tightened their credit box in 2017/2018. Headed into refi boom Chase's portfolio was much cleaner than ours and they still are the second largest servicer, followed by Mr Cooper.

One of the questions Mike is asking is what was different in 2020 and if 2021 will show worsening trend, which seems it may or may not given challenges with COVID and our pipeline that started to clear up in 2021.

Also I think Debbie mentioned the change in 2018 may be related to corrective action on implied denials. Where possible and where we do know the reason or policy change we should put on a timeline to explain.

WF-00151472

CONFIDENTIAL

Laura would Greg be able to look back through policy changes staring 2017? I not sure who we have asked about these changes in the past. I did ask credit risk but got no answers yet. I know we documented all policy changes during COVID times hopefully we have some history to be able to do the same going back.

**From:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>
**Date:** Saturday, Mar 12, 2022, 11:46 PM
**To:** Dossani, Saba <Saba.Dossani@wellsfargo.com>, Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>, Melton, Laura <Laura.Melton@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

I'm going to embrace candor in this email tonight

I don't believe this has anything to do with a COVID impact or forbearance impact. This is something we've been noticing and raising our hand on for awhile and no one seems to listen or we all continue to ignore.

Total withdrawal rates have gotten worse and increased significantly since 2017 but we've always been higher than our peers. This should always have been a red flag and a concern as an organization so 2020 results should be no different. The chart is based on total refi because prior to 2018 we can't tell the difference between cash out and rate term refi within the industry. 2020 increased, but the trend was not due to COVID, it was worse prior to that even happening. This is not a race/ethnicity thing, this is an overall issue.



Withdrawal Rates

CONFIDENTIAL

WF-00151473

Overall our refi denial rates are now worse than our other big bank peers and we used to be better than all or most, but you can see since about 2013 we have gotten progressively worse; mostly since 2016 and then again in 2018. This is not a COVID related issue, this is a systemic WF policy issue. If we don't start asking ourselves what our policies and business decisions are resulting in, then we will continue to have these results. In those timeframes we made significant changes in our policies as it relates to FHA and the launch of Non Conforming portfolio loans. This is total refi as well.

## Denial Rate



There is a reason our approved not accepted rate + originated rate is lower than all of our peers in the last 3 years and it's not COVID related.

If we want to understand why we're the worst among our peers we need to be able to figure out how to put some numbers to the following:

∞   Our policies (credit policies in particular) and why we continue to be the most conservative amongst our peers
∞   Our product position and why we continue to cut those products that don't serve the most affluent customers or those that don't make the most money
∞   Our pricing posture and why we continue to be on the outside looking in on competitive pricing in a lot of key areas
∞   Our turn times to fulfill a loan are the longest amongst our peers

When we were the #1 overall lender, we were balanced amongst all of these things. When we only prioritize non conforming loans and the most affluent/profitable customers….we shouldn't be overly surprised by our results.

**1198**

CONFIDENTIAL

WF-0015474

Originated/Approved Not Accepted Rate



Legend: WF — US Bank — Quicken — JP Morgan — BofA — All Other Lenders

If you want us to continue to try and explain this due to something that happened in 2020 or 2021 only then we can spend our time looking into it, but I do not believe this is a recent anomaly. This is a long-term systemic issue at WF and we need to spend some significant time devoted to understanding the issues behind these trend which likely won't be explained by Monday morning or this week if we want to be realistic.

Let me know how best we can support this – but at some point, I think we need to be very real about our results and this conversation and figure out how best to move forward with this analysis.

**From:** Dossani, Saba <Saba.Dossani@wellsfargo.com>
**Sent:** Saturday, March 12, 2022 10:17 PM
**To:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>; Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>; Melton, Laura <Laura.Melton@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

Debbie per our IM can we also take a look at denials in 2020 that we're due to customer being in forbearance?  I know we won't have this tomorrow as part of our read out to Kristy but we can tell her we are looking at that.

Thanks.

WF-00151475

CONFIDENTIAL

Tim as part of analysis on Bloomberg did we look to see how many loans we denied because customer was on Forb? Given WF had the largest volume of customer both as pure number and % on forb chances are some of those customers applied for rate term and got denied.

Copying Laura as well given her team (I believe Greg) was involved along with Cameron on forebearance related analysis back when COVID hit.

Debbie text me tomorrow when you are ready to connect on read out to Kristy.

**From:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>
**Date:** Saturday, Mar 12, 2022, 9:16 PM
**To:** Dossani, Saba <Saba.Dossani@wellsfargo.com>, Knutson-Smith, Deborah L <Debbie.KnutsonSmith@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

I'll look at this and send you something to react to tomorrow morning

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Dossani, Saba <Saba.Dossani@wellsfargo.com>
**Date:** Saturday, Mar 12, 2022, 6:07 PM
**To:** Knutson-Smith, Deborah L <Debbie.KnutsonSmith@wellsfargo.com> Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>
**Subject:** RE: Back of the Envelope Waterfall

Can we validate tomorrow and include as part of our overall story

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Knutson-Smith, Deborah L <Debbie.KnutsonSmith@wellsfargo.com>
**Date:** Saturday, Mar 12, 2022, 6:05 PM
**To:** Seagren, Timothy C <Timothy.C.Seagren@wellsfargo.com>, Dossani, Saba <Saba.Dossani@wellsfargo.com>
**Subject:** FW: Back of the Envelope Waterfall

I haven't validated Toms assumptions yet

1200

WF-00151476

WF-00151477

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Goyda, Tom <Tom.Goyda@wellsfargo.com>
**Date:** Saturday, Mar 12, 2022, 3:52 PM
**To:** Knutson-Smith, Deborah L. <Debbie.KnutsonSmith@wellsfargo.com>
**Subject:** Back of the Envelope Waterfall

Using the spreadsheet on conventional, conforming refis to Black homeowners in 2020 and some assumptions, using just three of the variables we've talked about adjusts our approval rate from 48.3% to 59.7%. This may not be 100% accurate but I thought it might be interesting.

| | Denials | Approved not Accepted | Originated | Decisions | Approval Rate |
|---|---|---|---|---|---|
| **Total** | 6451 | 60 | 5976 | 12487 | 48.3% |
| Product not available | 625 | | 625 | | |
| **Adjusted** | 5826 | 60 | 6601 | 12487 | 53.3% |
| Approved not accepted (adjusted to industry norms) | 5359 | 527 | 6601 | 12487 | 57.1% |
| | | | | | |
| Closed, incomplete vs. Denied, incomplete (adjusted to industry norms) | 488 | | | | |
| **Adjusted** | 4871 | 527 | 6601 | 11999 | 59.4% |

The first adjustment assumes all of the Other denials attributed to product not available was due to the suspension of cash-out refis. That moves 625 loans from denied to originated.

The second assumes our approved, not accepted was the industry average of 3%, which moves 467 loans from denied to approved not accepted.

The third assumes our closed, incomplete % is increased to the industry average of 8% and moves 488 loans from denied incomplete to closed incomplete, which removes them from the equation entirely

Of course some of the approved, not accepted might move into withdrawn and there are plenty of other variables.

Tom Goyda

1201

CONFIDENTIAL

WF-00151478

Senior Vice President, Consumer Lending Communications

Wells Fargo  |  1 North Jefferson Ave., Building F, 1st Floor  |  St. Louis, MO  63103
MAC F4006-011
Cell 314-591-0113  |  Fax  866-774-0915
Email: tom.goyda@wellsfargo.com

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

CONFIDENTIAL

Improving our origination rates to be more in line with peers and the industry could result in positive lift for Minority customers.  Our purchase origination rates are more closely aligned than our refi rates.

## Customers that begin with Wells Fargo are less likely to finish with Wells Fargo

*Data represents total Retail 2020 HMDA applications for 1st lien, Owner-Occupied, Conventional Conforming Loans*

### Purchase Only

| Application Disposition - Summary Total Customers | All Other Lenders | BofA | JP Morgan | Quicken | USBANK | WF | Total Industry |
|---|---|---|---|---|---|---|---|
| Denied | 10.2% | 13.9% | 6.9% | 10.2% | 9.5% | 9.7% | 10.2% |
| Not Accepted/Withdrawn | 20.9% | 19.2% | 21.1% | 15.6% | 18.4% | 25.2% | 20.8% |
| Originated | 68.9% | 66.9% | 72.0% | 74.2% | 72.1% | 65.0% | 69.0% |
| Addt'l Customers at Orig Parity | 4,264 | 2,091 | 7,668 | 10,124 | 7,855 | - | 4,370 |

| Application Disposition - Summary Minority Customers | All Other Lenders | BofA | JP Morgan | Quicken | USBANK | WF | Total Industry |
|---|---|---|---|---|---|---|---|
| Denied | 15.4% | 16.3% | 9.1% | 11.8% | 13.1% | 13.1% | 15.2% |
| Not Accepted/Withdrawn | 23.4% | 17.3% | 22.5% | 16.3% | 20.9% | 28.6% | 23.3% |
| Originated | 61.1% | 66.5% | 68.5% | 71.9% | 66.0% | 58.4% | 61.6% |
| Addt'l Customers at Orig Parity | 1,004 | 2,944 | 3,676 | 4,916 | 2,770 | - | 1,164 |
| *Originated Ratio (Minority vs Total)* | 0.9 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 0.9 |

### Refinancy Only

| Application Disposition - Summary Total Customers | All Other Lenders | BofA | JP Morgan | Quicken | USBANK | WF | Total Industry |
|---|---|---|---|---|---|---|---|
| Denied | 6.9% | 13.5% | 6.9% | 8.9% | 16.8% | 17.8% | 7.6% |
| Not Accepted/Withdrawn | 27.5% | 21.9% | 23.9% | 12.0% | 24.2% | 35.1% | 25.9% |
| Originated | 65.6% | 64.6% | 69.3% | 79.1% | 58.9% | 47.1% | 66.4% |
| Addt'l Customers at Orig Parity | 57,740 | 54,536 | 69,090 | 99,651 | 36,888 | - | 60,177 |

| Application Disposition - Summary Minority Customers | All Other Lenders | BofA | JP Morgan | Quicken | USBANK | WF | Total Industry |
|---|---|---|---|---|---|---|---|
| Denied | 9.0% | 15.5% | 8.2% | 9.1% | 23.5% | 23.3% | 9.9% |
| Not Accepted/Withdrawn | 31.2% | 22.9% | 26.4% | 12.8% | 25.1% | 36.4% | 29.3% |
| Originated | 59.8% | 61.6% | 65.4% | 78.1% | 51.4% | 40.4% | 60.8% |
| Addt'l Customers at Orig Parity | 19,262 | 21,148 | 24,914 | 37,522 | 11,021 | - | 20,313 |
| *Originated Ratio (Minority vs Total)* | 0.9 | 1.0 | 0.9 | 1.0 | 0.9 | 0.9 | 0.9 |

- WF took ~36.5k purchase applications for Minority Customers in 2020 but only originated 58%; if we were to improve our origination rates to align with Chase at 68%, we would have helped an additional 3,676 minority families achieve home ownership

- With the refi product, our origination rates are further away from our peers.  We took ~99.5k refi applications for Minority customers in 2020, but only originated 40%.  If we aligned with Chase at 65%, we would have helped another 24,914 minority families.

- The originated ratio at the bottom shows that although our absolute rates are lower, there is no discriminatory difference in our results when we compare to peers or the Industry.

Source: 2020 HMDA Peer Data

WF-0015479

1

# EXHIBIT 97

Message

**From:** Dossani, Saba [saba.dossani@wellsfargo.com]
**Sent:** 3/14/2022 3:44:41 PM
**To:** Dossani, Saba [saba.dossani@wellsfargo.com]; Seagren, Timothy C [timothy.c.seagren@wellsfargo.com]; Knutson-Smith, Deborah L. [debbie.knutsonsmith@wellsfargo.com]
**Subject:** Bloomberg article - Fair Lending Analytics team summary response notes

Knutson-Smith, Deborah L. 11:56 AM:

https://tableau.wellsfargo.com/#/views/DiverseSegmentsRetailSalesDashboard/SalesDivision?:iid=1

Knutson-Smith, Deborah L. 12:20 PM:
Industry Performance Context Dashboard: Census Population by Race and Ethnicity - Tableau Server (wellsfargo.com)

Knutson-Smith, Deborah L. 12:21 PM:
LMI Minority Dashboard: Metrics by Lender - Tableau Server (wellsfargo.com)

Knutson-Smith, Deborah L. 1:35 PM:
pull-through history refinance is the one that shows where OMA and implied denial policy changes worsened the CD denial rates.

Knutson-Smith, Deborah L. 1:35 PM:
1:18 pm your time. :)

Knutson-Smith, Deborah L. 1:42 PM:
hey SAba - let me double check that denial disparity chart

Knutson-Smith, Deborah L. 1:42 PM:
there are two different PPTs.

Dossani, Saba 1:42 PM:
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network....

ok

Dossani, Saba 1:43 PM:
ok, when you have validated send it to me agian so i know which to pick

Knutson-Smith, Deborah L. 1:43 PM:
The bottom chart - Originated/Approved Not Accepted rates look good

CONFIDENTIAL

WF-00151614

**Exhibit 97**

**Knutson-Smith, Deborah L. 1:43 PM:**
if I take Black rate of 75.2% and divide it by White non hispanic of 90.5% I get .83

**Knutson-Smith, Deborah L. 1:44 PM:**
so I know that one is right

**Dossani, Saba 1:44 PM:**
ok, when you confirm the other one let me know, or if it's revised resend

**Knutson-Smith, Deborah L. 1:45 PM:**
will do.  I just crashed my excel trying to open a 125MB file from the server.  OOPS

**Dossani, Saba 1:48 PM:**
i don't know why none of these leaders were paying attention when the bloomberg conversations were happening

**Dossani, Saba 1:48 PM:**
we had plenty of opportunity to understand this before

**Dossani, Saba 1:49 PM:**
not sure why we don't go on the offensive

**Knutson-Smith, Deborah L. 1:49 PM:**
I agree.  This has been 3 months worth of visibility to this point.

**Knutson-Smith, Deborah L. 1:50 PM:**
Can I skype call you? I want to explain why I am concerned about the one chart - story doesn't change, in fact, it gets better.

**Dossani, Saba 1:50 PM:**
yes sure

**1:50 PM** Connected to Dossani, Saba (saba.dossani@wellsfargo.com).
**Dossani, Saba 1:50 PM:**
cant hear you

**Knutson-Smith, Deborah L. 1:51 PM:**
one sec

**2:00 PM** Call with Dossani, Saba (saba.dossani@wellsfargo.com) has ended. Duration: 0:09:30
**Dossani, Saba 2:44 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

i just thought of one more thing
**Dossani, Saba 2:44 PM:**
2020 we had a large volume of customers that went into forberance, its a fact that WF had more customers in forb than any other lender

**Dossani, Saba 2:44 PM:**

CONFIDENTIAL

WF-00151615

those customers, if they applied would've been denied

**Knutson-Smith, Deborah L. 9:47 AM:**
hey there

**Knutson-Smith, Deborah L. 9:47 AM:**
here's how I am thinking of organizing this for Kristy - and I have everything I need to do so

**Knutson-Smith, Deborah L. 9:47 AM:**

- Using the Bloomberg data, put together denial rate story.  Start with all-in, then do non-conforming/conventional conforming.  The fact of the matter is our non-conforming denial rate is higher than the industry and some of our peers.

- Show the denial reasons – credit policy needs to explain why we're doing some of what we're doing.

- Show the trends – we used to be aligned, now we aren't

- Show denial disparity – WNH vs. underserved.  We are not far off the industry when we look at it this way, and in some cuts we are better.  ß this is likely our only combat to the Bloomberg story

- Show our rate of lending to African Americans has improved, and we're the largest bank lender in this space

**Dossani, Saba 9:48 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

Ok, can we show the change coming from corrective action on implied denial

**Dossani, Saba 9:49 AM:**
also, our rate of correspondent buy in LMI/Minority space vs others, this leads to mix shift in our portfolio

**Knutson-Smith, Deborah L. 9:49 AM:**
yes, those I can add in

**Knutson-Smith, Deborah L. 9:50 AM:**
I will include that slide I did for MJD.  I think it does the trick.

**Dossani, Saba 9:51 AM:**
also, i have the denial rate on cash out

**Knutson-Smith, Deborah L. 9:51 AM:**
BTW - our denial rate for non-conforming is 15.12 - JP morgan is 9.8

**Knutson-Smith, Deborah L. 9:51 AM:**
I think we should show that even in the product we love, we are higher.

**Dossani, Saba 9:51 AM:**

CONFIDENTIAL

WF-00151616

we did have a few hunderd loans each month coming in, and did get 1.2K in April 2020 with 73% denial rate

**Dossani, Saba 9:52 AM:**
JP Morgan plays in this space, and it's a good story to show Mike, he knows this and is trying to make that point to Kristy

**Knutson-Smith, Deborah L. 9:52 AM:**
JP Morgan appears better across the board than us.

**Dossani, Saba 9:53 AM:**
i think on cash out, we had minimal volume, but the fact is that even removing cash out we are higher across all product

**Knutson-Smith, Deborah L. 9:53 AM:**
Correct.

**Dossani, Saba 9:53 AM:**
lets show that to her, so a view by product us compared to others

**Knutson-Smith, Deborah L. 9:53 AM:**
what I want to show is we are higher no matter what.  And we're a target - so being this out of alignment puts us a risk

**Knutson-Smith, Deborah L. 9:53 AM:**
That's exactly where I am starting.

**Dossani, Saba 9:54 AM:**
can you put WF as a dotted line on a chart so it's easier to call out,

**Knutson-Smith, Deborah L. 9:55 AM:**
yes.

**Knutson-Smith, Deborah L. 9:55 AM:**
Have you started any slides?  Do you want to send them over and I will start adding to and sending back to you?

**Dossani, Saba 9:56 AM:**
no, what i have in excel is the CD/DR mix i showed you and the Cash out volume and denial, all starting 2018.  I can send you the excel

**Dossani, Saba 9:57 AM:**
and I assume Tim is validating what Tom sent, so we can add that if it's correct

**Knutson-Smith, Deborah L. 9:58 AM:**
Yea - I am going to redo what Tom sent.

**Dossani, Saba 10:44 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

on Non-Agency loans, in 2020, we were only doing Rate term for AUM 250K

**Dossani, Saba 10:44 AM:**

CONFIDENTIAL

WF-00151617

correct?

**Knutson-Smith, Deborah L. 10:45 AM:**
That was only for about 2 months

**Dossani, Saba 10:45 AM:**
trying to figure out what the heck happened to cancel rates in 2020 for non Agency, i think we were priced out and AUM

**Knutson-Smith, Deborah L. 10:45 AM:**
May and June.  We brought it back starting in july.

**Knutson-Smith, Deborah L. 10:45 AM:**
Yes.

**Knutson-Smith, Deborah L. 10:45 AM:**
We pulled WAY back April, May and June

**Dossani, Saba 10:46 AM:**
cancels went up after June 2020

**Dossani, Saba 10:46 AM:**
very drastically

**Dossani, Saba 10:46 AM:**
do you see that?

**Dossani, Saba 10:46 AM:**
just sent you a chart

**Knutson-Smith, Deborah L. 10:46 AM:**
Starting the week of 4/6/2020, NonConforming rate/term refi applications were limited to existing Wells Fargo customers with >= $250K AUM

**Dossani, Saba 10:47 AM:**
and that came back June you said?

**Knutson-Smith, Deborah L. 10:47 AM:**
you can see in the excel I sent you where we backed out

**Knutson-Smith, Deborah L. 10:47 AM:**
Yea - lendershare rebounded with July applicatons.

**Dossani, Saba 10:47 AM:**
do we know then what happens starting June to cancel rates?

**Dossani, Saba 10:47 AM:**
look at the chart i sent you

**Knutson-Smith, Deborah L. 10:47 AM:**

CONFIDENTIAL

WF-00151618

WF-00151619

We were running 40ish % and dropped to 10

**Knutson-Smith, Deborah L. 10:48 AM:**
wow -

**Knutson-Smith, Deborah L. 10:48 AM:**
we were slower than molasses at that time

**Dossani, Saba 10:48 AM:**
i know right

**Knutson-Smith, Deborah L. 10:48 AM:**
but that can't explain all of it.

**Dossani, Saba 10:48 AM:**
that's crazy what happened

**Dossani, Saba 10:48 AM:**
no wonder we lost so many HMC's

**Knutson-Smith, Deborah L. 10:49 AM:**
no wonder we don't make any money.

**Knutson-Smith, Deborah L. 10:49 AM:**
it's sad

**Dossani, Saba 10:49 AM:**
ok, so bloomberg, they were looking at all in refi correct?

**Dossani, Saba 10:49 AM:**
including non-agency?

**Knutson-Smith, Deborah L. 10:52 AM:**
Well - it depends on the chart.

**Knutson-Smith, Deborah L. 10:53 AM:**
Tim ran me through it. I don't see that we denied 50%.

**Knutson-Smith, Deborah L. 10:53 AM:**
I see 37%.

**Dossani, Saba 10:53 AM:**
no denial is fine

**Knutson-Smith, Deborah L. 10:53 AM:**
But, they through out stuff and did funny math. We tried to coach them.

**Dossani, Saba 10:53 AM:**

CONFIDENTIAL

look at the orange line in my chart

**Dossani, Saba 10:53 AM:**
can you call me

**10:54 AM** Connected to Dossani, Saba (saba.dossani@wellsfargo.com).
**11:40 AM** Call with Dossani, Saba (saba.dossani@wellsfargo.com) has ended. Duration: 0:46:08
**Knutson-Smith, Deborah L. 11:51 AM:**
I am able to match Bloombergs data on the nose.

**Knutson-Smith, Deborah L. 11:51 AM:**
Like 100%.

**Knutson-Smith, Deborah L. 11:55 AM:**
Can you shoot me that pull-through historical link for tableau?

**Dossani, Saba 12:10 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

yes
**Knutson-Smith, Deborah L. 12:12 PM:**
BTW - this story just sucks any way I do it. :(

**Dossani, Saba 12:13 PM:**
we just need to state facts for her, and if the fact is we are not helping customers at same rate across race than we just need to tell her that

**Knutson-Smith, Deborah L. 12:14 PM:**
it is

**Knutson-Smith, Deborah L. 12:15 PM:**
but denials are actually better - back to the - how do people classify things.

**Dossani, Saba 12:15 PM:**
i just sent you my excel that has the charts

**Dossani, Saba 12:16 PM:**
i do think she needs to know non-conforming trend, even though it's not in these numbers, because when numbers come in for 2021 this is going to blow up again

**Dossani, Saba 12:16 PM:**
we are better in 2021 it seems in conforming, probably a function of clearing out the pipeline

**Dossani, Saba 12:16 PM:**
sent you the link in the email also

**Knutson-Smith, Deborah L. 12:24 PM:**

CONFIDENTIAL

WF-00151620

Will add it in

**Knutson-Smith, Deborah L. 12:24 PM:**
Can I show you this piece? I think it matters a lot

**Dossani, Saba 12:24 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

sure

**12:25 PM** Connected to Dossani, Saba (saba.dossani@wellsfargo.com).
**1:03 PM** Call with Dossani, Saba (saba.dossani@wellsfargo.com) has ended. Duration: 0:38:02
**Knutson-Smith, Deborah L. 1:16 PM:**
2020 was better than 2022 in terms of raw rates.

**Knutson-Smith, Deborah L. 1:16 PM:**
Cancels were relatively similar

**Dossani, Saba 1:39 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

ok, and denials as well?
**Knutson-Smith, Deborah L. 1:43 PM:**
yes. It's actually in the trend graphs

**Dossani, Saba 1:44 PM:**
did you send me something?

**Knutson-Smith, Deborah L. 1:44 PM:**
just about to

**Dossani, Saba 1:44 PM:**
ok

**Knutson-Smith, Deborah L. 1:44 PM:**
and we can jump on the phone now if you want to spend 15 min

**Dossani, Saba 1:44 PM:**
yes lets do that

**1:45 PM** Connected to Dossani, Saba (saba.dossani@wellsfargo.com).
**1:58 PM** Call with Dossani, Saba (saba.dossani@wellsfargo.com) has ended. Duration: 0:13:06
**Knutson-Smith, Deborah L. 2:58 PM:**

CONFIDENTIAL

WF-00151621

do we need to debrief?  I feel like that went really well.

**Dossani, Saba 7:35 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

is John Briggs in tomorrow?
**Knutson-Smith, Deborah L. 7:35 PM:**
yes, he is

**Dossani, Saba 7:35 PM:**
ok, i think something is off in the denial data he gave me

**Dossani, Saba 7:36 PM:**
it's missing 3K denials, that or vintage pull-through is wrong

**Knutson-Smith, Deborah L. 7:36 PM:**
oh weird

**Dossani, Saba 7:36 PM:**
which i am hoping he's wrong because we have been reporting our increae in denial based on vintage pull-through

**Knutson-Smith, Deborah L. 7:38 PM:**
feel free to copy me if you want me to watch/help.

**Knutson-Smith, Deborah L. 7:47 PM:**
Adding one trend line then I think I am done with this stupid thing.

**Dossani, Saba 7:47 PM:**
ok

**Knutson-Smith, Deborah L. 7:57 PM:**
ok.  Deck is in your inbox.

**Knutson-Smith, Deborah L. 7:58 PM:**
Every take away from today is done, except running through 2021 data and looking to see if anything change (like we did 2019).

**Knutson-Smith, Deborah L. 7:58 PM:**
I need another lens on 2021 data for validation before I put that in front of anyone.  It's different tables and structure, so just want to be sure.

**Knutson-Smith, Deborah L. 7:59 PM:**
The summary page has the 4 key points I would review with Charlie.

**Dossani, Saba 8:01 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

CONFIDENTIAL

WF-00151622

ok let me take a look

**Knutson-Smith, Deborah L. 8:03 PM:**
ok. Text me if you need me. I am hoping to take a bit of a break now.

**Dossani, Saba 8:19 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

I think we should create a slide just to show our "Originated + Approved Not accepted", the number we found is reported as withdrawn, and show that for both white, non-Hispanic, and Black to see what the new rate would've been had we reported like others do. Bloomberg method shows we Originated + Approved not accepted 47%, what would this 47% be if we include the approved, not accepted you found as withdrawn. And what would the disparity then look like? I think you said it brings us to our peers in terms if disparity and if that is the case that helps our story a lot

**Dossani, Saba 8:21 PM:**
does adding in approved, not accepted for both black and white, non hispanic make our disparity look worse? If thats the case than we have a bigger problem

**Dossani, Saba 8:22 PM:**
can you take a look tomorrow morning and add, I'll send what we have right now to Kristy, just changed a bullet in the summary

**Knutson-Smith, Deborah L. 7:12 AM:**
Hey there

**Knutson-Smith, Deborah L. 7:12 AM:**
Can you chat now?

**Knutson-Smith, Deborah L. 7:35 AM:**
Ok - per Mary Dee, what she was saying is our approval rate gap between us and the industry is bad and the gap there got worse. It got worse because everyone else improved more than us.

**Dossani, Saba 7:43 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

can you call me?

**Knutson-Smith, Deborah L. 7:43 AM:**
on with Tim - let me wrap and yes.

**Dossani, Saba 7:43 AM:**
yes please

CONFIDENTIAL

WF-00151623

**7:44 AM** Connected to Dossani, Saba (saba.dossani@wellsfargo.com).

**7:58 AM** Call with Dossani, Saba (saba.dossani@wellsfargo.com) has ended. Duration: 0:14:29

**Dossani, Saba 8:18 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

can you share your screen

**Knutson-Smith, Deborah L. 8:58 AM:**
FYI - the adjustment is really small on the approval rate analysis.

**Dossani, Saba 8:58 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

lets just show is simply no matter hte story

**Knutson-Smith, Deborah L. 8:59 AM:**
I am working on it. Simple isn't easy with all of this mess!

**Knutson-Smith, Deborah L. 9:01 AM:**
I got that invite too

**Knutson-Smith, Deborah L. 9:01 AM:**
I will just not be on video and continue to multi-task

**Dossani, Saba 9:03 AM:**
np

**Knutson-Smith, Deborah L. 9:14 AM:**
ack - didn't get those titles different

**Dossani, Saba 9:17 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

we ned to look at other

**Dossani, Saba 9:17 AM:**
i wish we had done all this prior to the story

**Dossani, Saba 9:17 AM:**
i feel this was my miss

CONFIDENTIAL

WF-00151624

WF-00151625

**Knutson-Smith, Deborah L. 9:19 AM:**
well - collective miss. I should have too.

**Knutson-Smith, Deborah L. 9:23 AM:**
we don't do a good job of rates on OMA.

**Knutson-Smith, Deborah L. 9:29 AM:**
We're going to try

**Dossani, Saba 9:32 AM:**
we have been talking about withdrawal and denial being higher but we did'nt do our part to understand them

**Dossani, Saba 9:32 AM:**
it's a collective miss, but i lead this team

**Dossani, Saba 9:32 AM:**
i feel my failure

**Knutson-Smith, Deborah L. 9:33 AM:**
I feel like I let you down.

**Knutson-Smith, Deborah L. 9:33 AM:**
BUT - Eric Brooks is the one who should really know this.

**Dossani, Saba 9:34 AM:**
you can take this one

**Knutson-Smith, Deborah L. 9:39 AM:**
SS for full year 2020 was only 10%

**Knutson-Smith, Deborah L. 9:39 AM:**
it reversed over the summer. The rate difference doesn't move much. Tim's got this piece done. We can look at it right after this call

**Dossani, Saba 9:39 AM:**
i know, that is why i am saying we need to remove SS

**Dossani, Saba 9:40 AM:**
and see what is causing it, leave 2020, 2019 is crazy high too

**Knutson-Smith, Deborah L. 9:40 AM:**
it doesn't change the story much.

**Dossani, Saba 9:40 AM:**
we keep talking about SS, but we can figure that out quick

**Knutson-Smith, Deborah L. 9:40 AM:**
yes - we have that done.

CONFIDENTIAL

WF-00151626

**Knutson-Smith, Deborah L. 9:44 AM:**
I will let you take this one

**Dossani, Saba 9:51 AM:**
can you have tim look at cash out please

**Knutson-Smith, Deborah L. 9:51 AM:**
Yes.

**Knutson-Smith, Deborah L. 9:51 AM:**
I have cleared my day as well.

**Knutson-Smith, Deborah L. 9:51 AM:**
I have all day for this.

**Dossani, Saba 9:51 AM:**
is tim back?

**Knutson-Smith, Deborah L. 9:51 AM:**
yes - he's got some data already pulled for us.

**Knutson-Smith, Deborah L. 9:52 AM:**
I am going to get on the phone as soon as I hang up here.

**Knutson-Smith, Deborah L. 9:53 AM:**
I can look at the small number of cash out - but we either declined or cancelled 90% of cash out from 4/1 o 6/1.  And I bet we allowed cash out for some wealth clients the rest of the year.

**Dossani, Saba 9:54 AM:**
the chart i have is agency cashout

**Dossani, Saba 9:55 AM:**
it's not showing decline being 90%

**Knutson-Smith, Deborah L. 9:55 AM:**
ok - we'll look at the ones that didn't decline or cancel

**Dossani, Saba 9:57 AM:**
i am going to have cameron

**Dossani, Saba 10:00 AM:**
cameron can pull how much of our FHA is applying

**Knutson-Smith, Deborah L. 10:00 AM:**
let's get you, me Cam and Tim together

**Knutson-Smith, Deborah L. 10:00 AM:**

CONFIDENTIAL

that way we divide and conquer and don't step on one another

**Dossani, Saba 10:00 AM:**
what we can't show is how much FHA chase has

**Knutson-Smith, Deborah L. 10:01 AM:**
that will get us all the answers quicky

**Knutson-Smith, Deborah L. 10:01 AM:**
On their portfolio?

**Dossani, Saba 10:01 AM:**
yes

**Knutson-Smith, Deborah L. 10:02 AM:**
give me 2 min - need a bathroom break

**Knutson-Smith, Deborah L. 10:03 AM:**
Can you call me?

**Dossani, Saba 10:04 AM:**
on with Jenny, give me a min

**Knutson-Smith, Deborah L. 10:05 AM:**
I am going to get Cam and Tim on a conf call

**Knutson-Smith, Deborah L. 10:12 AM:**
Hey

**Knutson-Smith, Deborah L. 10:13 AM:**
I have a meeting set up with Tim and Cam right now

**Dossani, Saba 10:13 AM:**
yes

**Knutson-Smith, Deborah L. 10:13 AM:**
I added you

**Dossani, Saba 10:13 AM:**
ok

**Knutson-Smith, Deborah L. 10:13 AM:**
do you want to join us?

**Dossani, Saba 10:13 AM:**
yes

**Knutson-Smith, Deborah L. 10:13 AM:**

WF-00151627

CONFIDENTIAL

talking divide and conquer

**Dossani, Saba 10:13 AM:**
please do

**Knutson-Smith, Deborah L. 10:13 AM:**

---

# Join Skype Meeting

Trouble Joining? Try Skype Web App

**Dossani, Saba 11:25 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

kristy wants to get together prior ot the meeting
**Dossani, Saba 11:25 AM:**
can you ping me when you have denial reasons

**Knutson-Smith, Deborah L. 11:26 AM:**
Tim is working on denial reasons.

**Knutson-Smith, Deborah L. 11:26 AM:**
yes - we'll ping you

**Knutson-Smith, Deborah L. 11:51 AM:**
ok - the adjustments don't materially change the story on denial disparity ratios.

**Knutson-Smith, Deborah L. 11:51 AM:**
They do adjust our overall rates of approval and denials

**Dossani, Saba 11:51 AM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

ok, that's fine, just need to show

**Dossani, Saba 11:51 AM:**
i think our story is FHA

**Knutson-Smith, Deborah L. 11:51 AM:**
yup.

**Knutson-Smith, Deborah L. 11:51 AM:**

CONFIDENTIAL

WF-00151628

FHA, and potentially, our B2B

**Dossani, Saba 11:52 AM:**
our share of FHA serviced 16%, that makes us still the largest fha servicer

**Dossani, Saba 11:52 AM:**
in big banks

**Dossani, Saba 11:52 AM:**
and possible other banks

**Dossani, Saba 11:52 AM:**
and non banks

**Knutson-Smith, Deborah L. 11:54 AM:**
wow that's really big.

**Knutson-Smith, Deborah L. 11:54 AM:**
Chase is going to be very very low in that regard, as is BofA

**Knutson-Smith, Deborah L. 12:07 PM:**
Saba - are you merging the slides from everyone?  Tim, me and Cameron?

**Dossani, Saba 12:08 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

can you please

**Dossani, Saba 12:08 PM:**
i don't have everyone's

**Dossani, Saba 12:08 PM:**
i sent you something from rebecca

**Knutson-Smith, Deborah L. 12:08 PM:**
can we get on the phone and start looking at it?

**Dossani, Saba 12:08 PM:**
does tim have details on "Other"

**Dossani, Saba 12:08 PM:**
i have a feeling it's B2B, but we need to confirm

**Knutson-Smith, Deborah L. 12:08 PM:**

CONFIDENTIAL

WF-00151629

Data is pulled and he's reviewing it now

**Knutson-Smith, Deborah L. 12:10 PM:**
Can we start reviewing what I have so far and then conference Tim in when he's ready?

**Dossani, Saba 12:10 PM:**
yes

**12:11 PM** Connected to Dossani, Saba (saba.dossani@wellsfargo.com).
**Knutson-Smith, Deborah L. 12:34 PM:**
Saba - I just sent you an updated deck. It's got a revised slide 9. Nothing else has changed.

**Dossani, Saba 12:38 PM:**
Notice: All instant messages sent to and from Wells Fargo team members are logged and subject to archival, monitoring, review, and/or disclosure. Instant Messaging may not be used to send confidential information outside the Wells Fargo Network.....

Kristy can't meet

**Dossani, Saba 12:39 PM:**
so can we update the deck and send me prior to Mike meeting

**Knutson-Smith, Deborah L. 12:39 PM:**
I sent it to you

**Dossani, Saba 12:39 PM:**
does it have the Mary Dee finding

**Dossani, Saba 12:39 PM:**
the email Jenny sent?

**Knutson-Smith, Deborah L. 12:39 PM:**
Let me go look

**Dossani, Saba 12:40 PM:**
also, when you add that, can you remove the bullets points on slide 9

**Dossani, Saba 12:40 PM:**
we serviced 13% in 2019 and its down to 8

**Dossani, Saba 12:40 PM:**
bullets says 16

**Dossani, Saba 12:40 PM:**
we can just remove the bullets

**Knutson-Smith, Deborah L. 12:41 PM:**
ok. trying to figure out which Jenny email to look at

CONFIDENTIAL

WF-00151630

**Dossani, Saba 12:41 PM:**
i'll resend

**Dossani, Saba 12:42 PM:**
just sent it, it's the one Mary dee resonded to

**Knutson-Smith, Deborah L. 12:44 PM:**
got it

CONFIDENTIAL

WF-00151631

# EXHIBIT 258



CONFIDENTIAL

WF-00010469

**EXHIBIT**
**258**

# Home Lending Originations Risk Engine(s) Ecosystem: Scope Retail, Home Equity, Correspondent



*Note: Home Equity Pricing Admin/Service also supports CLG: Auto, Wealth, PLL, etc.

- **Tier 1** (source systems) – How do the rules interact and influence the primary applications to support the customer and our business
- **Tier 2** (services): How are the rules combined, implemented, and shared in our run time environments
- **Tier 3** (tooling) : How are the rules organized in the systems where they are built, maintained and tested

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

# Service Rules Ownership and Permissions

| Service/Data Store | REM | Credit Risk | EIT – Configurable Solutions | EIT – Holly Dewhurst | LP&D | Cap Mkts Pricing |
|---|---|---|---|---|---|---|
| GRD | O-W | R | W | | | |
| GAIP | W | R | W | W? | | O?-W? |
| PPO | W | R | | | O-W | |
| Customer Relationship Data | O-W | R | W | | | |
| QM | O-W | R | W | | | |
| Credit Report Required | O-W | R | W | | | |
| Benefit to Borrower | O-W | R | W | | | |
| Default Credit Score | O-W | R | W | | | |
| Pipeline Migration | W | R | O-W | | | |
| Employer Paid Subsidies | O-W | R | W | | | |
| Decision Credit Score | O-W | R | W | | | |
| EAR | O | F&E-W | W | | | |
| RED | O-W | R | | | | |
| LPE | W | R | | | | O-W |
| GEO | O | F&E-W | W | | | |

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

1

## Services

- Get Risk Decision (GRD) -- Retail credit decisioning service which provides significant support for the sales and fulfillment process. Establishes the investor and Wells Fargo view of risk, provides user messaging, and drives CORE workflow with key decision outputs.

  - REM only has authority to update
  - Configurable solutions has write access, but only updates at REM direction

- Get All In Price (GAIP) – Pricing service used by both Retail and Correspondent. Contains eligibility, pricing, fees, and compliance checks.

  - REM has authority to update eligibility rules
  - EIT updates pricing exclusions (Holly Dewhurst)
  - Capital Markets (Leonard Austin) updates pricing base rates and requirements for exclusions
  - LP&D (Lisa Johnson) has access to update fees

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

# Services

- Preferred Product Offering (PPO): Home lending tool supporting customer informed choice. PPO provides customers with complete, accurate, and easy-to-understand information about the terms, conditions, and costs involved in the transaction to facilitate an educated decision for their home buying needs.

    – REM updates eligibility rules

    – LP&D updates product recommendation rules

- Customer Relationship Data (CRD)– Analyzes customer's relationship to Wells Fargo. Calculates value of Wells Fargo Relationship Total Assets and determines Private Banking Relationship – This service is slated to be retired (need to validate specifics).

- Qualified Mortgage (QM) – Designed to support Dodd-Frank Ability to Repay (ATR) requirements. Supports multiple tests and stores the results for evidence of compliance. Includes the product test, documentation test, DTI test, Federal Loan Tier Threshold (FLTT) test, and override tests to establish the overall QM Status test result.

    – REM updates QM

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

3

# Services

- Credit Report Required – Determines whether a credit report is required or not. The smallest service in the Risk Engine, consisting of only three rules.

- Benefit to Borrower (B2B) – Ensures that the customer(s) will be in a better financial position with the new loan. Supports multiple tests defined by credit policy, at least one of which must be satisfied for the origination to move forward.

- Default Credit Score – Used to determine what credit score to use for pricing if credit hasn't been pulled yet. Currently depends on product, business channel (relo), and citizenship type.

- Pipeline Migration Service – Used to determine whether or not changes should be applied to loans that are already in flight in the pipeline when the changes are made.

  – EIT Configurable solutions has primary responsibility

  – REM updates REM specific strategies for consumption by EIT

- Employer Paid Subsidies – Calculates the subsidy schedule and determines whether the buydown subsidy is eligible or not. Provides eligibility messaging.

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

4

# Services

- Enhanced Authority Review (EAR) – The EAR service establishes the list of allowable exception reasons on CORE based on the ineligible messages from GRD. The service populates a dropdown which then an exception decisioner may select when approving an exception.

- Risk Engine Director (RED) – Correspondent credit decisioning service which supports only nonconforming prior approval business. Provides user messaging, and drives LPS cloud workflow with key decision outputs. Contains both CoBRRa and Rule Admin components. Will be retired, but no current plans to do so.

- Legacy pricing services, Mortgage and Home Equity – Pricing services that are being retired with the LPE (Legacy Pricing Engine) project in 2019. Will be replaced by GAIP.

- Desktop Underwriter (DU) – Fannie Mae automated underwriting engine

- Loan Product Advisor (LPA) – Freddie Mac automated underwriting engine

- HUD TOTAL Scorecard – Housing and Urban Development (HUD) Technology Open To Approved Lenders (TOTAL) government loan credit scoring system

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

5

# Rule Tools

- Collaborative Business Rule Repository application (CoBRRa) – Target state Home Lending Originations business rule management platform. The rules for all services are stored and managed in CoBRRa unless otherwise noted.

- Rule Admin – Legacy Home Lending Originations business rule management platform. More than two decades old, originally supported originations on LIS (Loan Information System). Now used only for Correspondent prior approval with rules in the Risk Engine Director (RED) service. Must be retired and converted to CoBRRa, but no current plans to do so.

- Price Admin – Legacy pricing engine management tool. More than two decades old. Being retired with LPE (Legacy Pricing Engine) project in 2019. Contains rules for Mortgage, Home Equity, and other Consumer Lending business lines.

- Zoot – Home Equity and other consumer lending credit decisioning service and tool. Zoot is a third party tool. For Home Equity will be retired with Home Equity to CORE. Other business lines will continue to use the platform.

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

6

# Change Examples

- Delegation of Credit Approval Authority (DCAA) project enhanced the EAR service to have direct ties to the GRD ineligible messages to create a stronger control and linkage between the reason that a loan is ineligible and the exception that is ultimately approved to move the loan forward.

- ULAD/ULRA project is updating the calls between GRD and LPA, DU, and TOTAL to the new MISMO version (version 3.4) in support of investor/industry upgrades. Involves all new data mapping in an entirely different format requiring significant analysis, coding, and testing.

- The recent, initial (summer 2019) VA handbook update included changes to 5 rule sets in GRD and 1 ruleset in the Migration Strategies service. This is fairly typical with many of the credit policies only being supported in GRD. There were no impacts to Retail GAIP or Correspondent Price Engine due to the nature of the updates.

- Was going to find a change that impacted more services as an example, but wanted to see if the above is in the ballpark first. It's not how we track our work so the research can be tedious.

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

7

8

Appendix

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

# Get Risk Decision (GRD)

- GRD is a business service that contains business rules, calculations, and data that have been organized to support CORE and other downstream systems

- It makes calls to other business services such as LPA, DU, TS, Enterprise Global Credit Service (EGCS), Qualified Mortgage (QM)

- It works with and shares rules/data with multiple business services (e.g. GAIP/PPO) that make up the Wells Fargo Risk Engine

- Evaluates credit policy and performs a holistic risk assessment to establish the risk classification of the transaction and assign appropriate risk based operational controls/guidance to the transaction

- GRD creates data that integrates with CORE and the originations process

  – Creates detailed messaging including required documentation (stipulations) for Sales and Fulfillment

  – Key GRD outputs drive loan routing and required business process

  – Supports external customer facing view of mortgage transaction (yourLoanTracker)

- GRD response data is available as part of the detailed loan delivery data for Capital Markets

© 2018 Wells Fargo Bank, N.A. All rights reserved. Confidential.

9

# EXHIBIT 261



# Risk Engine/GRD Overview

November 2020
John Keller
Strategic Quality Management, Capital Markets

© 2020 Wells Fargo Bank, N.A. All rights reserved. Internal use.



EXHIBIT
261

CONFIDENTIAL

WF-00010680



# Risk Engine/GRD Overview

November 2020
John Keller
Strategic Quality Management, Capital Markets

© 2020 Wells Fargo Bank, N.A. All rights reserved. Internal use.

# Risk Engine/GRD High Level Overview

# Wells Fargo Risk Engine



**Business Rules**

- A set of logic responsible for answering business questions that is able to execute and affect production outcomes
- Highly configurable for updates outside of nominal technology lifecycle

**Business Services**

- The services act as the infrastructure to allow the flow of data to/from internal and external systems that are used together to perform the functionality of the risk engine
- The services are a container for the rules
- *Business Service examples: GRD, PPO, and GAIP*

**Data**

- Business Services and Business Rules react to data (inputs) to produce decisions that are also represented by data (outputs).

GRD
Get Risk Decision

BUSINESS SERVICES

DATA Attributes

Wells Fargo Automated Underwriting System (AUS)
**"THE RISK ENGINE"**

BUSINESS RULES

# Get Risk Decision (GRD)

- GRD is a business service that contains business rules, calculations, and data that have been organized to support CORE and other downstream systems

- It makes calls to other internal and external business services such as LPA, DU, HUD TOTAL, Enterprise Global Credit Service (EGCS), Qualified Mortgage (QM), Benefit to Borrower (B2B)

- It works with and shares rules/data with multiple business services (e.g. GAIP/PPO/Promotions) that make up the Wells Fargo Risk Engine

- Evaluates credit policy and performs a holistic risk assessment to establish the risk classification of the transaction and assign appropriate risk based operational controls/guidance for the transaction

- GRD creates data that integrates with CORE and the originations process

  – Creates detailed messaging including required documentation (stipulations) for Sales and Fulfillment

  – Key GRD outputs drive loan routing and required business process

  – Supports external customer facing view of mortgage transaction (yourLoanTracker->Blend)

- GRD response data is available for analytics and as part of the detailed loan delivery data for Capital Markets

1240

4

# GRD Is The Largest Business Service Within The Wells Fargo Risk Engine



**GRD**
Get Risk Decision

GRD is 1 of 16 business services
GRD contains 14,000 rules
GRD contains 1,300+ data attributes

**Examples of GRD functions and outputs that impact CORE:**

Performs Critical Business Calculations:
*LTV/DTI*

Calls External AUS Engines: DU LPA, TOTAL Calculates Internal Score: ECS
*(Accept, Refer, Ineligible)*

Converts DU & LPA Response to WF Language:
*Credit Risk Class (A1/A2, C1/C2, I,S,Z)*

Determines Eligibility
*LTV, Min Credit Score, Geo Info, B2B, Incompatible items, Exceptions, etc.*

Establishes required operational controls:
*MCD, MAD, MEA*

Determines 5 types of Messages for CORE:

Actionable Risk
*Order a Flood Cert*

Risk Insight:
*Look at CR - # Tradelines*

Stipulations:
Get a W2

Informational:
Escrows for T & I might be required

Ineligible Risk:
Does not meet Program Requirements & Why

yourLoanTracker/Blend

5

# High Level GRD Features

- **Calculations:** LTV and DTI calculated by the Risk Engine help determine eligibility for the transaction

- **External AUS:** For GSE loans, GRD connects to both LPA and DU to get the Agency view of risk and eligibility.    GRD does not apply agency AUS results (policy or documentation) directly, but rather as an input to Wells Fargo credit policy

- **Priority Buyer Letter:**  Determines whether Sales can print the Priority Buyer Letter for customers shopping for a home

- **Eligibility:** Risk Engine determines loan eligibility based upon Wells Fargo credit policy

- **Exceptions processing:**  Ensures that appropriate controls and tracking are in place when an exception is approved to close the loan outside of policy

- **Delegation of Credit Approval Authority (DCAA):** Support operational controls for CORE workflow and process

  − Minimum Credit Decisioner (MCD) indicates what level underwriter must approve the loan

  − Minimum Exceptions Authority (MEA) indicates authority required to approve policy exceptions on the loan

  − Generates critical data for Board and OCC level exceptions control reporting

- **Trusted data, required documentation, and document expiration**

  − Identifies when trusted data can be located and applied to the transaction

  − Prioritizes and resolves conflicts between different sources of trusted data which are incompatible with each other

  − When trusted data is unavailable, identify additional detailed required documentation is required for the loan

  − In February 2021, implementing enhanced controls for document expiration

- **Required Appraisal:**  Determines available appraisal types available for the transaction, i.e. full, exterior, Agency appraisal waiver, etc.

- **Messaging:** Detailed policy and operational messaging for end users and customers.  Includes message types of stipulations (required documentation), and ineligible messages (descriptors of ineligible loan factors) among others.

- **Benefit to Borrower:** determines if and which tangible benefit(s) is present along with a benefit count.    Requires a loan to have a benefit to the customer in order to proceed.

# WF Risk Engine – Change Management Operations

- The policies that drive the risk engine requirements/rules/data are continuously and dynamically changing

- Change management for the risk engine is an ongoing, focused operational effort with Joan Mills as the product strategy leader

- We will soon have 5 dedicated scrum teams who support business as usual and product driven value delivery

- Typically there are monthly releases, but due to Covid-19 the frequency of updates accelerated greatly through the first half of the year with weekly releases being the norm

- Through October 2020 there have been 40 releases YTD with 4425 rules being updated

- On the more seasoned 2019 change population, the team delivered an overall containable defect rate of .41%.

- As value delivery is being distributed across multiple agile teams we are seeing greater incidence of changes in upstream systems that have unexpected negative consequences on Risk Engine results

- For target state, we must consider the governance and coordination required to manage credit policy changes flexibly with quality at scale.

- Current risk engine governance and change management process/controls directly support Credit Risk Management's Delegation of Credit Approval Authority (DCAA) and Master Control Plan (MCP). These represent specific controls to corporate and external regulators.

# Appendix: More detail on Risk Engine/GRD

# Home Lending Originations Risk Engine:



- **Tier 1** (source systems) – How do the rules interact and influence the primary applications to support the customer and our business
- **Tier 2** (services): How are the rules combined, implemented, and shared in our run time environments
- **Tier 3** (tooling) : How are the rules organized in the systems where they are built, maintained and tested

# Risk Engine with Retail Process Overlay



# WF Risk Engine – Main Business Functions

- **Product & Deal Eligibility:** test to ensure that the product and associated deal features are an allowable combination / configuration according to Wells Fargo Home Lending credit policy.

- **Risk Decision Result:** calculates Enhanced Credit Score (ECS) credit scoring model, and Wells Fargo Credit Risk Class. Also determines Hybrid Risk Class, incorporating results from the GSE risk evaluation.    Credit risk class provides sales and fulfillment with an overall view of the default risk on each transaction

- **Messaging:** There are 5 different types of messages that get set by the risk engine:  Actionable Risk, Risk Insight, Stipulations, Informational, Ineligible Risk

  – Actionable Risk (aka "task") – Messages displayed when the transaction requires specific action to be taken by the team member.

  – Risk Insight – Provides information re: key drivers of credit risk on the transaction

  – Stipulations – Displayed when there are specific documents that must be obtained to meet WF/investor policy or program requirements.  Note:  Stips from GRD directly drive the customer view of required documentation on yourLoanTracker/Blend

  – Informational – Displayed when there is additional information about various policies that should be noted by the team member.

  – Ineligible Risk – Displayed when transaction is outside of standard policy parameters.

- **Trusted data and required documentation**

  – Identifies when trusted data can be located and applied to the transaction

  – Prioritizes and resolves conflicts between different sources of trusted data which are incompatible with each other

  – When trusted data is unavailable, identify what additional detailed required documentation is required for the loan

- **Minimum Documentation:** provides a summary field of the minimum level of required income and asset documentation set by WF and/or GSE policy based on the risk of the deal

11

# WF Risk Engine – Main Business Functions

- **Delegation of Authority:** Support operational controls to drive CORE workflow and process
  - Minimum Credit Decisioner (MCD) indicates what level underwriter must approve the loan
  - Minimum Appraisal Decisioner (MAD) indicates what level collateral underwriter must approve
  - Minimum Exceptions Authority (MEA) indicates authority required to approve policy exceptions on the loan

- **Credit Report:** manages system responses to credit expiration policies, disclosure of FICO score policies, FICO reason codes and messages, and fraud alerts.

- **Appraisal:** determines minimum appraisal types required, eligible appraisal products, and appraisal expiration policies.

- **Benefit to Borrower:** determines if and which tangible benefit(s) is present along with a benefit count.  Requires a loan to have a benefit to the customer in order to proceed.

- **Overrides and Exceptions:** sets guidelines, processing support and tracking of requested policy overrides and exceptions.

- **Loan Director**: invokes appropriate external automated underwriting systems (such as LP and DU) and incorporates results.  Directs loan delivery to a specific investor, when needed, due to soft policy guidance and negotiated terms.

- **Decision Continuity Plan:** provides policy support which allows the underwriting process to continue when a specific AUS is down (the user will receive a valid Risk Engine response).

- **Customer Engagement Management:** provides controls and support for the generation of the pre-approval letter (PriorityBuyer®) and commitment letter (Mortgage Credit Approval Letter).  Provides data to your LoanTracker for customer insight and action.

- **Downstream Delivery Data:**  Creates data for the express purpose of providing information and outcomes to the downstream capital markets systems for pooling and delivery.

12

# EXHIBIT 410



**Exhibit 0410**

# Fair Lending Analysis of Wells Fargo Home Mortgage (WFHM) 2020 Credit Decisions

Date prepared: February 18, 2022
*Mary Dee LeMaire, SVP, Fair Lending Analytics Compliance Director (FLA) 612-667-4968*
*Joel Brodsky, SVP, Quantitative Analytics Manager, Risk Modeling Group (RMG) 415-644-6737*

**WELLS FARGO**

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# Executive Summary – Fair Lending Analysis of WFHM 2020 Credit Decisions

## What We Did

Fair Lending Analytics (FLA) and the Risk Model Group (RMG) analyzed Wells Fargo Home Lending (WFHL) credit decisions for 2020. The analysis helps determine if our protected class borrowers were approved less often than similarly situated non-protected class borrowers, potentially impairing access to credit

- We look for 90% (.90) parity in credit decisioning outcomes between classes. Therefore, we used statistical modeling and adverse impact ratios[1] (AIRs) to detect practically significant[2] (PS) differences (>10%) in decisions between protected and non-protected classes
- FLA also performed 142 matched review sets (MRS) and targeted file reviews to understand the differences and what drove the results

## What We Found – No systemic fair lending risk identified

- For this review period, we did not identify any evidence of systemic fair lending risk, only isolated, practically significant results. AIRs for NH Black borrowers trended below 90%. FLA did not identify any fair lending concerns based on comprehensive drill-down analysis or file reviews. FLA identified the following objective, legitimate drivers of lower AIRs:
  - Credit approvals:
    - WFHM retail results: NH Black borrowers for conforming loan applications. Drivers - over debt to income (DTI) limit, over LTV limit, FICO score (see slides 25 and 27)
      - There was a credit policy overlay put in place to not finance properties requiring interior inspections (i.e., cash out refinances, program changes, and expiring appraisal products), however, NH Black borrowers were less impacted than other classes
    - Wealth Management: NH Black borrowers for conforming loan applications. Correspondent: Senior borrowers for non-conforming loan applications. There was insufficient data to identify potential drivers for WIM. We did identify potential drivers where there was sufficient volume within the quarters for Correspondent Senior borrowers that are listed on slide 34
  - Denials:
    - Denial Reason code analysis: NH Black borrowers applying for conforming loan applications were denied more frequently compared to White borrowers for DTI, incomplete credit applications, forbearance, or credit scores not meeting minimum requirements (slide 18)
    - While historically denials have been more frequently due to DTI and incomplete credit applications, denials during the pandemic for forbearance and interior inspections increased in frequency. FLA compared closed for incompleteness to denied for incompleteness, and although WF denies more frequently for incompleteness, there is no impact across the classes
    - Insufficient credit[4]: Results were favorable for all protected classes. Throughout 2018 – 2020, NH Black borrower AIRs consistently exceeded, or bordered 90% except for 4Q20 (83.2%). See slide 22
- **Conclusions**: Decisioning consistency processes and controls appear effective in limiting practically significant results and loan review observations. However, management needs to maintain an emphasis on decisioning consistency controls to ensure sustainability when judgmental underwriting practices are utilized

[1] In this review, Adverse Impact Ratio for a test class is the ratio of approval rates between test and control classes. An adverse impact refers the disparity in selection of approvals or denials that disadvantages individuals of a particular race, gender or age.
[2] Practically significant means that statistically significant disparities are sufficiently large (<0.90) that courts and regulators may likely consider them to be of concern without further investigation (e.g. loan review or reason code analysis)
[4] Analysis requested by Credit Risk

©2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

2

# Management Response, Next Steps and Recommendations

**Management Responses:**

- Since the Retail results were just barely below the AIR threshold of 90% parity and file review did not identify any systemic or persistent issues, no business response needed for the analytic results and loan review observations. FLA will continue to monitor the trending areas in FCs 111271, 39288 and Sales Divisions; Centralized Retail (CR) and Pacific (PAC) and continue to conduct loan reviews in these areas for future review periods if results persist

- The Business provided reporting on second level review denials from February of 2019 through October of 2021. The reporting shows historically that 75% of the time National Underwriting and Production Risk Management (NUPRM) team agrees with the denial and 25% of the time the file is returned to the fulfillment underwriter for additional information, counter-offer or approval. Other attributes for files being returned to fulfillment include underwriter turnover and new hires. This control helps ensure the DTI calculation used in the credit decision is accurate when loan is being second level reviewed

- The Business provided results for unresponsive customers related to the process for incomplete loan applications from October to December of 2020 with only 1 isolated result. FLA also conducted loan reviews for NH Black borrowers that were denied for incompleteness and found only isolated, non-recuring instances (see slide 28)

- Loan review observations on slide 28 are the remaining ones after the business reviewed and provided feedback. Business should use these observations as coaching or re-training opportunities related to data integrity, varying levels of service, and insufficient loan notes to continue the drive for consistency when judgmental underwriting is involved. Business confirmed that declined counter-offers are now being second level reviewed to ensure that the loan is brought back to original terms and was effective June of 2021

**Next steps and Recommendations:**

- For the next review period, FLA will ask Business to provide updated results and reporting for unresponsive customers related to the process for incomplete loan applications, and QIS findings for sufficient underwriting loan notes during the planning stage of the next 2021 WFHM CDM review

- Based on observations from withdrawn targeted loan reviews on slide 28, FLA observed several loans where there was no documentation for a specific withdrawn reason. FLA recommends the Business document more specific reasons for more meaningful reporting, analysis, and ability to improve level of service and access to credit where possible (and/or enhance CORE with automated drop-down options for reasons for withdrawal)

*Accountable Executive – Kristy Fercho, EVP, Home Lending*

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

3

# 2018- 2020 Aggregate Level Retail Trend Charts – All Key Variables

The following charts show the retail trending results for three full-model segments across Q1 2018 – Q4 2020

- Conforming loans due to the much higher volume had more stable AIRs across eight time frames
- The variation of AIRs are much higher for Non-conforming and government types due to fewer applications for both loan types
- There were no practically-significant results in any consecutive quarters for Non-conforming and government loan types







© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# Appendix

The following slides highlight the results, conclusions and management response/next steps details, as well as the most relevant statistical analysis detecting areas with the highest fair lending risk, inform loan review focal points, and help the Business determine potential root causes to develop corrective actions where needed.

Additional analytic results, loan review observation details, and other Appendix information are available upon request.

| Topic | Slide |
|---|---|
| Contribution Analysis | 6 - 8 |
| Statistical Approach and Risk Levels | 9 - 11 |
| **Part 1 – 2020 WFHM Retail Results** | 12 |
| Retail Results Summary: 2020 | 13 |
| Retail Aggregate Results: 2020 – With and Without Exceptions | 14-17 |
| Denial Reason Code Analysis: 2020 | 18 |
| Exception Analysis: 2020 | 19-21 |
| Insufficient Credit Analysis: 2018 – 2020 | 22 |
| Retail MSA Results: 2020 | 23 |
| Retail Fulfillment Center Results: 2020 and Trending | 24-25 |
| Retail Sales Division Results: 2020 and Trending | 26-27 |
| Loan Review Observations | 28 |
| **Part 2 – WIM and Correspondent Results** | 29 |
| WIM and Correspondent Summary Results: 2020 | 30 |
| Wealth Management Trending Results: 2020 | 31 |
| Exception Analysis: WIM | 32 |
| Correspondent Analysis: 2020 | 33-34 |
| WFHM Underwriter Overview and Exception Process | 35 |
| Glossary | 36 |
| Analysis Completed by | 37 |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

5




# 2020 Contribution Analysis – Conforming: key credit variables are most impactful when used in the analysis

The chart to the right shows raw and adjusted AIRs for **2020Q1-Q4** using FLA's WFHM **conforming using key underwriting variables**

- Transaction characteristics were grouped into the following variable sets. AIRs are adjusted towards 100% as each set is added to the model.
  - When/Where/What– property condition, loan purpose. Property condition was identified as a key factor for some practically significant results at drill down levels
  - Credit characteristics – BK, credit grade, DTI, FICO, HTI, late payment. DTI and FICO were also identified as key factors for some of the practically significant results at drill down levels
  - Loan characteristics –LTV, property type, self-employed. LTV and self-employed were also identified as key factors for some of the practically significant results at drill down levels
- It is noted that certain transaction characteristic related variables have the strongest impact to AIR

The chart to the right shows the contribution of variable groups to AIRs for **2020Q1-Q4** WFHM **conforming using selected key HMDA reported variables**

- Key HMDA variables were grouped into the following sets
  - When/Where/What–loan purpose
  - Credit characteristics–DTI
  - Loan characteristics–LTV/CLTV, property type
- It is noted that certain transaction characteristic related variables have the strongest impact to AIR

## Conforming Full Model

## Conforming HMDA Model

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

6

1255

# 2020 Contribution Analysis – Non-conforming: no practically significant results

The chart to the right shows raw and adjusted AIRs for **2020Q1-Q4** using FLA's WFHM **non-conforming using key underwriting variables**

- There are no practically significant results for Non-Conforming loan applications
- Transaction characteristics were grouped into the following variable sets. AIRs are adjusted towards 100% as each set is added to the model.
  - When/Where/What–property condition, program MOP
  - Credit characteristics – Bankruptcy, credit grade, DTI, FICO, foreclosure, HTI, mortgage late payment
  - Loan characteristics –benefit to borrower (B2B), CLTV, self employment, occupancy
  - Full – liquid reserves (assets), credit risk class score (CRC)

The chart to the right shows adjusted AIRs using only using selected key HMDA reported variables

- Loan characteristics (variables) were grouped into the following sets:
  - When/Where/What– property condition
  - Credit characteristics– DTI, HTI
  - Loan characteristics–first time home buyer, CLTV, LTV
  - Full – home purchase, loan purpose, occupancy



© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# 2020 Contribution Analysis – Government: no practically significant results

The chart to the right shows raw and adjusted AIRs for **2020Q1-Q4** using FLA's WFHM **Agency loans using key underwriting variables**

- Transaction characteristics were grouped into the following variable sets. AIRs are adjusted towards 100% as each set is added to the model.

- There are no practically significant results for Government loan applications and show no significant areas in any of the variable sets

- Key variables were grouped into the following sets where each set of variables has similar properties, and the changes in AIR by each variable set
  – When/Where/What– loan purpose, program, property condition, loan type, product type
  – Credit characteristics – credit risk class, DTI, FICO
  – Loan characteristics – benefit-to-borrower, CLTV, self employed, property type

The chart to the right shows the contribution of variable groups to AIRs for **2020Q1-Q4** WFHM **Agency loans using selected key HMDA reported variables**

- Key HMDA variables were grouped into the following sets:
  – When/Where/What–loan purpose, loan type
  – Credit characteristics–DTI
  – Loan characteristics–CLTV, property type

- AIRs are corrected towards 100% as more variables are added to the model



© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

1257

# Statistical Approach and Risk Level: 3 different analysis approaches used

**Enhanced Statistical Approach**

- We used an enhanced modeling approach to similarly situate applications within each Metropolitan Statistical Area (MSA) in the same manner as the national (aggregate) results. This approach provides more accurate, stable, and comparable results that align with the aggregate results, and also tends to lead to fewer practically significant results
- We performed the analysis following known regulatory statistical approaches to measure the level and direction of fair lending risk:
  - The variable inputs for the fair lending model considered all available WF home mortgage underwriting variables and all HMDA-reportable variables
  - The variable selection process for this model selected the data elements which most closely distinguish approvals and denials and are not redundant with one another
  - The model estimates only the underwriting process itself to similarly situate all applications, and then applies this estimated-underwriting variable to the test classes to estimate fair lending risk
- Separate variable components were then built for both approved exception and without exception outcomes at the aggregate level
- To quantify levels of fair lending compliance risk, we used an industry standard relative risk ratio called the adverse impact ratio (AIR)[1] to calculate the probability of test class) outcome being less favorable than its respective control class outcome. In this analysis, AIR for a protected class is the ratio of approval rates between test and control classes. An AIR below 90% with an adjusted p-value at the 5% level from a statistical test of the differences in approval rates between the test and control classes indicates a practically significant fair lending risk
- In addition to the national (aggregate) results, we examined the following drilldown entities in more detail:
  - Denial Reason, MSA, Fulfillment Center, Wealth Management (WIM), Sales Division, and Market Region are presented when differences between the estimated approval rates for each test class and the actual approval rates for each test class for each drilldown entity were significantly lower than what model predicted to identify areas for potential further investigation for the FLA team
- RMG also performed a contribution analysis of key variable groups using HMDA key and WFHM credit underwriting variables. This analysis shows how much different key variable groups adjust the raw AIR results to arrive at the final results
- Since results are ran at a quarterly basis, COVID-19 impacts were taken into consideration and are listed in the results – the most noticeable variable impacted by the pandemic was property condition (interior inspections required)

[1] Adverse Impact Ratio (AIR) is defined in Glossary

[2] The CFPB (2014). Using publicly available information to proxy for unidentified race and ethnicity: a methodology and assessment. Available at http://files.consumerfinance.gov/f/201409_cfpb_report_proxy-methodology.pdf.

[3] Yoav Benjamin and Yosef Hochberg, *Controlling the False Discovery Rate: A Practical and Powerful Approach to Multiple Testing*, Journal of the Royal Statistical Society, Series B (Methodological), Vol. 57, No. 1 (1995), pp. 289-300

[4] Statistical significance is defined in the Glossary

©2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

9

# Statistical Approach and Risk Level (continued)

- **Additional drill down analysis:** RMG identified the following factors potentially driving the results at the Fulfillment Center, Sales Division levels for conforming loan applications for NH Black borrowers: Property condition (COVID-19 impact), over Debt to income (DTI) limit, over LTV limit, self employment, FICO score and purchase. RMG also identified denial reasons related to DTI, credit history, incomplete applications, and "other" drivers for the results (slide 18), FLA file reviews did not identify any issues related to these factors or denial reasons (isolated observations listed on slide 28)

  – In addition to the national (aggregate) results, we examined the following drilldown entities in more detail: Denial Reason, insufficient credit, MSA, Fulfillment Center, and Sales Division Results are presented when differences between the estimated approval rates for each test class and the actual approval rates for each test class for each drilldown entity were significantly lower than what model predicted to identify areas for potential further investigation

- **Modeling limitations:** Certain decisioning factors do not have data fields or electronic data to leverage for modeling, such as program eligibility, title issues, property condition, technical appraisal topics, unaccepted counter offers, income or asset documentation, and DSR calculations involving non-occupant co-borrowers

- **HMDA Data used :** In this review, we only used applications with HMDA reportable attributes

- **Risk Levels:** For purposes of this review, a practically significant result is defined when the AIR is lower than 90% and the statistical test that identifies if the mean approval rate of test class is significantly smaller than the mean approval rate of the control class at the adjusted 5% type I error rate level4. Risk increases as the AIR decreases below 90% and if the measured effects are persistent over time

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

10

# Statistical Approach and Risk Level – Key Variables Used

**Key Variables:**

- The below tables show the variables used in the 2 model components for this analysis
- HMDA key variable model includes only variables that are publicly available through HMDA-reportable filings, whereas the WFHM credit underwriting model also uses additional variables used by Wells Fargo to evaluate loan applications For example:
  - A borrower's debt-to-income ratio (DTI) and their subject property's combined loan-to-value (CLTV) are HMDA-reported data elements, and are included in both the HMDA and WFHM key credit underwriting models
  - Specific information from the borrower's credit report (e.g., Bankruptcy indicator or Foreclosure indicator) is not HMDA-reported, but is also used by Wells Fargo to evaluate applications as well as other key creditworthiness factors

**HMDA Variable Model**

| Conforming | Non-Conforming | Government |
| --- | --- | --- |
| DTI > 50% | DTI > 45% | DTI > 60% |
| CLTV > 100% | CLTV > 90% | CLTV > 100% |
| Purpose: Home Purchase | Purpose: Home Purchase | Purpose: Home Purchase |
| Principal Residence | Purpose: Cash-out | Manufactured Home |
| Manufactured Home | Principal Residence | VA: First Lien |

**WFHM Key Underwriting Variable Model**

| Conforming | Non-Conforming | Government |
| --- | --- | --- |
| Loan Purpose: Purchase | Program: MOP | Loan type: FHA |
| LTV: Above LTV limit | Benefit-to-borrower: Pass | Product type: 5/1 ARM |
| Property Condition: Excellent | CLTV: Above CLTV Limit | Program: Bond |
| Property Condition: Fair to Good | Occupancy Type: Investment | Program: Union P |
| Property Type: 1-4 Family | Property Condition: OPUS C1 | Benefit-to-borrower: Pass |
| Bankruptcy: BK < 24 mos. | Reserves: Liquid reserve < 160k | CLTV: Above limit |
| Credit score: CRC = C2 | Bankruptcy: BK < 24 mos. | Loan purpose: Cash out |
| DTI: Above DTI limit | Credit Score: CRC A1 | Loan purpose: Rate-term refi |
| Employment: Self-employed | DTI: Above DTI Limit | Loan purpose: Streamline refi |
| FICO: FICO < 660 | DTI: DTI > 50 | Property Condition: Unknown |
| Mortgage Late: Late 90 days | Employment: Self employment | Property type: 3-4 units |
| HTI: Above HTI limit | Mortgage Late: late 90 days in 24 mos. | Property type: Condo |
| | FICO: FICO > 760 | Property type: Manufactured |
| | Foreclosure: FC < 24 months | Employment: Self employed |
| | | DTI: Above limit |
| | | Credit score: CRC Accept |
| | | FICO: Below limit |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

12

# Part 1

- 2020 Wells Fargo Home Mortgage (WFHM) Retail Results

# Retail Results Summary for 2020 – Decisioning consistency controls working effectively to limit practically significant results

Decisioning consistency processes and controls appear effective to limit practically significant results and loan review observations. Management needs to maintain emphasis on sufficient decisioning consistency controls to ensure sustainability

**Practically Significant Results:**

- Aggregate/National level all key variable results and drill down analysis: (see slide 14-17, 18 and 22 for details)
  - NH Black borrowers for conforming loan applications, related to denial reasons for DTI, credit history, credit application incomplete, forbearance and interior inspections. It also appears that conforming loan applications for NH Black borrowers with insufficient credit are denied more frequently compared to White borrowers
- MSA level results: (see slide 23 for details)
  - NH Black borrowers for conforming loan applications in Atlanta-Sandy Springs and District of Columbia
- Fulfillment Center (FC) level (see slides 24-25 for details):
  - NH Black borrowers for conforming loan applications for 16 FCs and shows trending results for 4 FCs
- Sales Division level (see slides 26-27 for details):
  - NH Black borrowers for conforming loan applications for all sales divisions: Centralized Retail, Southeast, Northeast, Pacific, and West (CR, SE, NE, PAC, W) also shows trending results for PAC, CR and W
- Exception analysis (see slides 19-21):
  - The proportions for protected classes and non-protected classes are similar and no noticeable disparities were identified
- Withdrawn/Incomplete statistic results:
  - NH Asian borrowers appear to have a higher percentage of withdrawn and incomplete applications compared to any other protected class
    - FLA performed loan reviews for withdrawn applications and found isolated observations (see slide 28 for details)

**Loan Review Observation Highlights** (see slide 28):

- 15 isolated loan review observations identified for 9 unique loans out of 142 total reviewed:
  - 5 with inadequate level of service provided related to delays, documentation requested and no other opportunities provided
  - 4 with unclear or insufficient loan notes to support the credit decision rationale or lack of communication with the customer
  - 4 related to data accuracy: Two with inaccurate dispositioning of the loan and 2 with inaccurate DTI
  - 2 related to customer service issues: One with no follow up on customers formal complaints and one for delayed process

**COVID-19 impacts:**

- Products and programs affected by COVID-19 were the following:
  - Conforming (agency): Ceased applications for cash out refinances (April 2020), Second home purchases > 85% LTVs, and rate/term refinances that are not Fannie-to-Fannie or Freddie-to-Freddie
  - Non-Conforming (non agency): Ceased applications for cash out refinances (April 2020), Purchase 1 units > 80% LTV, Purchase 2 units > 70% LTV, and Purchase units 3-4 > 65% LTVs

**Complaint Analysis:**

- 2020 complaints data shows 2676 regarding alleged fair lending topics for WFHM products. FLA observed the following trends:
  - The states with most complaints were California (492) and Florida (239). The majority are related to denied applications, application process, and alleged discrimination for state/local prohibited basis
  - Most complaints were closed with legitimate explanation and without monetary relief
  - Twenty one involved monetary relief (mostly related to the timing of the application process and good will gesture refunds)
  - Based on the above, FLA did not find any concerning FL trends or issues

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

13

# 2020 Aggregate Level "Raw" Retail Results – With and without exceptions

The following tables includes quarterly **AIR** retail "raw" results (without using key variables) for three loan types for all **2020** applications. The two tables represent raw results with and without approval exceptions. Practically-significant AIR results are highlighted in red (where AIR <.9)

National (aggregate) level raw results for **2020Q1-Q4**

- Conforming loan applications show practically significant results in all four quarters for Hispanic and NH-Black borrowers with exceptions

- Non-Conforming loan applications show practically significant results for NH Black and Senior borrowers with exceptions

- Government loan applications show practically significant results for Hispanic, NH Black and Female borrowers with exceptions

- Results for Hispanic and NH Black borrowers applying for Conforming loan applications only worsened slightly when run without exceptions

- Results for NH Black and Senior borrowers applying for Non-Conforming loan applications improved when run without exceptions

- Results for Hispanic, NH Black and Female borrowers applying for Government loan applications are generally the same when run without exceptions

**Raw Results with Exceptions**

| | Test Class | Retail 2020 application data | | | |
|---|---|---|---|---|---|
| | | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
| Conforming | NH Asian | 94.8% | 93.0% | 92.9% | 93.8% |
| | Hispanic | 80.6% | 80.4% | 82.2% | 82.6% |
| | NH Black | 67.9% | 67.1% | 71.7% | 76.0% |
| | Female | 97.5% | 93.8% | 97.4% | 99.7% |
| | Senior | 98.1% | 97.1% | 92.3% | 96.2% |
| Non-conforming | NH Asian | 106% | 106% | 105% | 108% |
| | Hispanic | 96.7% | 95.8% | 99.7% | 98.8% |
| | NH Black | 89.3% | 88.2% | 84.9% | 93.5% |
| | Female | 98.6% | 99.9% | 101% | 98.1% |
| | Senior | 86.0% | 78.2% | 78.1% | 79.0% |
| Government | NH Asian | 93.3% | 96.3% | 96.5% | 95.3% |
| | Hispanic | 89.3% | 88.7% | 92.1% | 92.9% |
| | NH Black | 83.2% | 79.1% | 86.5% | 85.5% |
| | Female | 83.8% | 86.7% | 91.7% | 87.5% |
| | Senior | 103% | 105% | 103% | 104% |

**Raw Results without Exceptions**

| | Test Class | Application data w/o exceptions | | | |
|---|---|---|---|---|---|
| | | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
| Conforming | NH Asian | 94.1% | 92.4% | 92.6% | 93.5% |
| | Hispanic | 80.1% | 79.9% | 81.9% | 82.3% |
| | NH Black | 67.5% | 66.8% | 71.4% | 75.7% |
| | Female | 97.9% | 94.3% | 97.9% | 100.0% |
| | Senior | 99.0% | 98.0% | 93.1% | 97.2% |
| Non-conforming | NH Asian | 104% | 103% | 104% | 106% |
| | Hispanic | 96.0% | 95.1% | 99.7% | 98.1% |
| | NH Black | 89.5% | 88.7% | 89.2% | 92.8% |
| | Female | 99.5% | 99.3% | 101% | 96.3% |
| | Senior | 90.0% | 82.9% | 82.6% | 84.3% |
| Government | NH Asian | 93.3% | 96.4% | 96.4% | 95.4% |
| | Hispanic | 89.4% | 88.7% | 92.1% | 93.0% |
| | NH Black | 83.1% | 79.1% | 86.6% | 85.4% |
| | Female | 83.7% | 86.9% | 91.6% | 87.4% |
| | Senior | 103% | 105% | 103% | 103% |

14

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# 2020 Aggregate Key HMDA Variable Retail Results – With and without exceptions

The following tables include AIR quarterly results by retail loan type after similarly situating the 2020 loan applications using the WFHM CDM model (#14318) for all key credit underwriting variables and HMDA components. These tables include approval exceptions and without exceptions. Practically-significant AIR results are highlighted in red

## National (aggregate) level HMDA key variable results for 2020Q1–Q4

- Conforming loan applications show practically significant results for NH Black borrowers with exceptions for all four quarters

- Non-Conforming loan applications show practically significant results for NH Black borrowers in Q1–Q2 with exceptions

- Government loan applications show practically significant results for NH Black borrowers in Q2 with exceptions

- Compared to raw results, when applying the HMDA key variables shows improvement in overall results or no longer exist

- Results for Hispanic and NH Black borrowers applying for Conforming loan applications slightly worsen in Q4 when run without exceptions

- Results for NH Black borrowers applying for Non-Conforming loan applications improve when run without exceptions

- Results for NH Black borrowers applying for Government loan applications generally remain the same run without exceptions

### HMDA Key Variable Results with Exceptions

| | Test Class | HMDA Retail 2020 modeled | | | |
| | | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| Conforming | NH Asian | 99.9% | 98.3% | 96.2% | 95.0% |
| | Hispanic | 93.4% | 90.3% | 90.0% | 90.0% |
| | NH Black | 84.0% | 79.3% | 81.2% | 84.9% |
| | Female | 103% | 100% | 103% | 104% |
| | Senior | 102% | 101% | 98.5% | 101% |
| Non-conforming | NH Asian | 100% | 101% | 101% | 102% |
| | Hispanic | 95.5% | 93.1% | 97.7% | 96.9% |
| | NH Black | 89.7% | 89.5% | 91.3% | 92.7% |
| | Female | 100% | 103% | 104% | 101.2% |
| | Senior | 100.6% | 93.8% | 94.4% | 94.9% |
| Government | NH Asian | 96.0% | 98.5% | 99.5% | 95.3% |
| | Hispanic | 96.7% | 93.6% | 96.0% | 95.0% |
| | NH Black | 93.6% | 85.1% | 90.8% | 92.0% |
| | Female | 99% | 102% | 104% | 97.2% |
| | Senior | 99% | 103% | 99% | 102% |

### HMDA Key Variable Results without Exceptions

| | Test Class | HMDA modeled w/o exceptions | | | |
| | | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| Conforming | NH Asian | 99.5% | 97.9% | 95.9% | 94.8% |
| | Hispanic | 93.0% | 90.0% | 89.7% | 89.8% |
| | NH Black | 83.8% | 79.1% | 80.9% | 84.8% |
| | Female | 103% | 100.5% | 103% | 104% |
| | Senior | 102% | 102% | 98.9% | 101% |
| Non-conforming | NH Asian | 98.7% | 99.1% | 100.0% | 101.4% |
| | Hispanic | 93.9% | 92.1% | 98.0% | 96.8% |
| | NH Black | 88.9% | 89.3% | 92.4% | 92.4% |
| | Female | 100.7% | 103% | 104% | 100.6% |
| | Senior | 103% | 97.5% | 98.0% | 99% |
| Government | NH Asian | 96.0% | 98.6% | 99.5% | 95.6% |
| | Hispanic | 96.8% | 93.7% | 96.0% | 95.0% |
| | NH Black | 93.5% | 85.1% | 90.9% | 92.0% |
| | Female | 98.8% | 102% | 104% | 97.2% |
| | Senior | 99% | 102% | 99% | 101% |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

15

# 2020 Aggregate All Key WF Underwriting and HMDA Variable Retail Results – With and without exceptions limited practically significant results

The following tables include AIR quarterly retail results with and without exceptions by loan type after similarly situating the 2020 applications using the WFHM CDM model (#14318) for all key credit underwriting and HMDA components. Practically-significant AIR results are highlighted in red

National (aggregate) level all credit underwriting variables retail results for **2020Q1-Q4**

- Conforming loan applications show practically significant results for NH-Black borrowers in all four quarters with exceptions

- There are no practically significant results in 2020 for Non-Conforming and Government loan applications run with and without exceptions

- Compared to raw results and key HMDA variable results, the addition of other key underwriting variables shows improvement in overall results

- Results for NH Black borrowers applying for Conforming loan applications only slightly worsen when run without exceptions and is slightly below the threshold .9

**All Key Underwriting Variable Results with Exceptions**

| | Test Class | Full modeled w/o exceptions | | | |
| | | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| **Conforming** | NH Asian | 98.5% | 97.5% | 95.9% | 95.2% |
| | Hispanic | 95.3% | 92.4% | 91.5% | 91.6% |
| | NH Black | 88.6% | 83.5% | 85.3% | 88.4% |
| | Female | 103% | 101% | 103% | 104% |
| | Senior | 101% | 101% | 98% | 100% |

**All Key Underwriting Variable Results without Exceptions**

| | Test Class | Full Retail 2020 modeled | | | |
| | | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| **Conforming** | NH Asian | 98.8% | 98.0% | 96.2% | 95.3% |
| | Hispanic | 95.7% | 92.8% | 91.8% | 91.8% |
| | NH Black | 88.8% | 83.8% | 85.7% | 88.6% |
| | Female | 103% | 100% | 103% | 104% |
| | Senior | 101% | 100% | 97.8% | 100% |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

16

# 2018- 2020 Aggregate Level Retail Trending Results – All Variables Used – When applying all the key underwriting variables there are less practically significant results overall

Aggregate level trending retail-only results for the Q1 2018 – Q4 2020 using all key underwriting variables :

- Only Conforming-retail for NH Black borrowers in the last four quarters are practically significant but shows improvement and just slightly below threshold .9 in the forth quarter of 2020

- Results for all test classes for Non-conforming and Government loan types are not practically significant in any consecutive quarters

- When applying the all key underwriting variables and similarly situating borrowers, practically significant results start to improve or no longer exist

| | Test Class | 2018Q1 | 2018Q2 | 2018Q3 | 2018Q4 | 2019Q1 | 2019Q2 | 2019Q3 | 2019Q4 | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conforming | NH Asian | 101% | 101% | 100% | 100% | 99.9% | 100% | 101% | 98.8% | 98.8% | 98.0% | 96.2% | 95.3% |
| | Hispanic | 96.7% | 96.3% | 96.8% | 96.5% | 97.6% | 97.7% | 97.9% | 96.7% | 95.7% | 92.8% | 91.8% | 91.8% |
| | NH Black | 94.0% | 94.3% | 93.7% | 93.2% | 92.1% | 92.8% | 91.6% | 90.6% | 88.8% | 83.8% | 85.7% | 88.6% |
| | Female | 102% | 103% | 101% | 102% | 103% | 102% | 102% | 102% | 103% | 100% | 103% | 104% |
| | Senior | 100% | 100% | 100% | 99.7% | 100% | 100% | 100% | 100% | 101% | 100% | 97.8% | 100% |

**Full Retail 2020 modeled**

17

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# 2020 Denial Reason Code Analysis – All results are for NH Black borrowers; potential drivers for statistical difference identified

**Denial Reason Code Analysis:**

The below table provides a list of all quarterly practically significant results for test classes by loan type and **denial reason** for 2020

**Denial Reason Code Results:**

- After similarly situating the protected classes and non-protected classes, **NH Black borrowers** applying for **Conforming** loan applications are denied more frequently for the denial reasons related to *debt to income (DTI), credit history, credit application incomplete, and "other"* and shows practically significant result for Q1–Q4 2020. These denial reason disparities could be potential drivers for the results
- There were no practically significant results for any denial reason code, for any test class, in any quarter of 2020 for either Non-conforming or Government loan applications

**2020 Retail: Practically-significant denial reasons**

| Denial reason | Loan type | Quarter | Class | AIR |
|---|---|---|---|---|
| Debt-to-income ratio | Conforming | 2020Q1 | NH Black | 68.3% |
| Credit application incomplete | Conforming | 2020Q1 | NH Black | 76.4% |
| Other | Conforming | 2020Q1 | NH Black | 70.2% |
| Debt-to-income ratio | Conforming | 2020Q2 | NH Black | 65.7% |
| Credit history | Conforming | 2020Q2 | NH Black | 74.3% |
| Insufficient cash (downpayment, closing cost | Conforming | 2020Q2 | NH Black | 73.1% |
| Credit application incomplete | Conforming | 2020Q2 | NH Black | 73.3% |
| Other | Conforming | 2020Q2 | NH Black | 72.8% |
| Debt-to-income ratio | Conforming | 2020Q3 | NH Black | 66.1% |
| Credit history | Conforming | 2020Q3 | NH Black | 78.4% |
| Credit application incomplete | Conforming | 2020Q3 | NH Black | 77.4% |
| Other | Conforming | 2020Q3 | NH Black | 76.8% |
| Debt-to-income ratio | Conforming | 2020Q4 | NH Black | 70.4% |
| Credit history | Conforming | 2020Q4 | NH Black | 82.6% |
| Credit application incomplete | Conforming | 2020Q4 | NH Black | 82.0% |
| Other | Conforming | 2020Q4 | NH Black | 78.0% |

**Top 6 _Other_ denial reasons: 2020 WFHM all apps by Race**

| Rank | Other% | Denial Reason | Asn | Blk | Hsp | Amin | N/P | Wht | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 43.2% | Product program not available. | 62% | 30% | 39% | 50% | 50% | 50% | 47% |
| 2 | 36.9% | Credit score does not meet program's minimum requirement | 25% | 50% | 50% | 36% | 36% | 35% | 40% |
| 3 | 7.8% | No benefit to borrower | 7% | 8% | 7% | 5% | 5% | 8% | 8% |
| 4 | 2.4% | Title issues | 3% | 2% | 2% | 2% | 3% | 3% | 3% |
| 5 | 1.5% | Fees/apror terms exceed state/federal/lender limits | 1% | 2% | 2% | 2% | 2% | 1% | 2% |
| 6 | 1.2% | Unacceptable party to transaction | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| Top6 | 92.9% | | | | | | | | |

**Loan Review Observations:**

- *FLA conducted a targeted loan review for NH Black borrowers for conforming loan applications regarding above denial reasons:*
  - Majority denied for DTI were over agency policy limit (>50%) and were dispositioned appropriately. Isolated instances noted on slide 28
    - 2019 denial reason code analysis showed practically significant results for NH Black borrowers applying for conforming loan applications
  - Majority denied for credit history were for borrowers in forbearance at time of application and no exceptions made to this policy
  - Regarding the denial category "Other": The 2 main sub-categories are "product/program not available" and "credit score does not meet minimum requirement"
    - Product/Program not available: Several denied loan reviewed indicated main reason for denial was due to full interior inspection required. However, based on overall denial reason code data distributions, NH Black borrowers were less impacted than other classes
    - Credit score does not meet minimum requirements: Majority of loans had low FICO (< 620) had additional denial reasons
  - FLA reviewed a sample of loans denied for incompleteness, and all followed the required process to attempt to contact the borrower. For incomplete applications, WF generally denies them using HMDA action code 3, instead of closing them for incompleteness using HMDA action code 5, but does so consistently between all classes
- Denial reason code analysis showed practically significant results for conforming loan applications in 2019 for NH Black borrowers

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

18

# Exception Analysis: 2020 Exception Requested Ratios by Class (Race, Age, Gender) and Loan Type

The following table provides "raw adverse impact ratios" for exceptions requested by race, age, and gender for each retail loan type

- The higher the ratio, the higher probability an exception is requested for the test class compared to the control class
- It is not based on matching similarly situated applications
- Control classes are shaded
- Test class ratios that are significantly lower than control class ratios are highlighted in red:
  - NH Asian borrowers had lower ratios of exception requested than White borrowers for Non-Conforming loan applications
  - Hispanic borrowers had lower ratios of exception requested than White borrowers for Non-Conforming and Government loan applications
  - NH Black borrowers had lower ratios of exception requested than White borrowers for Conforming and Non-Conforming loan applications
  - Female borrowers had lower ratios of exception requested than Male borrowers for Conforming loan applications
- FLA team did not conduct any loan reviews as the ratios for test class compared to control classes are minimal

| Class | Conforming | | Non-conforming | | Government | |
|---|---|---|---|---|---|---|
| | PCT | RATIO | PCT | RATIO | PCT | RATIO |
| Asian | 1.8% | 1.0 | 13.8% | 0.8 | 3.3% | 1.3 |
| Hispanic | 1.5% | 0.9 | 13.1% | 0.8 | 2.0% | 0.7 |
| Black | 1.3% | 0.7 | 13.9% | 0.8 | 2.8% | 1.0 |
| White | 1.7% | | 16.9% | | 2.7% | |
| Female | 1.2% | 0.7 | 19.2% | 1.2 | 2.2% | 0.8 |
| Male | 1.9% | | 16.0% | | 2.7% | |
| Senior | 2.1% | 1.3 | 21.7% | 1.4 | 3.2% | 1.2 |
| Junior | 1.6% | | 15.1% | | 2.7% | |

19

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# Exception decision Analysis: 2020 Approval/Denied Exception Ratios by Race for Non-Conforming Only

The following tables provides percentage of APPROVED exceptions and AIRs by race; retail non-conforming applications only for 2020. This analysis looks at all approved applications with and without exceptions and does not similarly situate borrowers

- NH Asian and Hispanic borrowers had lower approved exception percentages than White borrowers applying for Non-Conforming loan applications and are practically significant. There were no practically significant results for Non-Conforming loan applications, therefore, FLA did not conduct any loan reviews in this area

- NH Black borrowers had lower approved exception percentages as well but the ratio is closer to the ratio of White borrowers applying for Non-Conforming loan applications and is not practically significant

| Race | Asian | Hispanic | Black | White | Total |
|------|-------|----------|-------|-------|-------|
| Approved exceptions | 15.9% | 16.4% | 18.9% | 20.9% | 19.3% |

| Race | Asian | Hispanic | Black |
|------|-------|----------|-------|
| AIR | 76.1% | 78.5% | 90.4% |

The following table includes AIRs for the probability of DENIED exception requests, the AIRs compare protected classes to non-protected classes for non-conforming retail applications only. This analysis looks at all denied applications with and without exceptions and does not similarly situate borrowers

- No test class had a significantly lower probability of DENIED exceptions compared to its control class

- Non-Protected classes are shaded

| Class | PCT | RATIO |
|-------|-----|-------|
| Asian | 3.0% | 1.2 |
| Hispanic | 2.7% | 1.0 |
| Black | 2.6% | 1.0 |
| White | 2.6% | |
| Female | 3.1% | 1.4 |
| Male | 2.2% | |
| Senior | 2.9% | 1.1 |
| Junior | 2.6% | |

20

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# WFHM Retail Exception Analysis: Categories by Race - Non-Conforming

The following table provides distribution of exception reason categories by race and AIRs (comparative ratios) for each race for Non-conforming loan applications. AIRs highlighted in red indicate areas where the exception ratios are significantly **lower** than White. The *shaded gray* ratios indicate insufficient number of exceptions for comparison

- Exception ratios for Assets, LTV or CLTV, Other, Property, and Eligibility are significantly **lower** for NH Asian borrowers applying for Non-Conforming loan applications compared to White borrowers
- Exception ratios for Qualifying ratios and Other categories are significantly **lower** for Hispanic borrowers applying for Non-Conforming loan applications than compared to White borrowers
- Exception ratios for all exception categories have too few exceptions for comparisons for NH Black borrowers and are *shaded gray*
- There were not enough exceptions in the other categories for comparisons and are not presented here

| Non-Conforming | | Exception probability by Class | | | | AIR | | |
|---|---|---|---|---|---|---|---|---|
| Exception type | Count | NH Asian % | NH Black % | Hispanic % | White % | NH-Asian | NH-Black | Hispanic |
| Assets | 876 | 10% | 14% | 16% | 14% | 68.0% | 97% | 116% |
| LTV or CLTV | 321 | 3% | 8% | 4% | 5% | 52.1% | 146% | 83% |
| Other | 208 | 2% | 1% | 2% | 3% | 64.3% | 32.7% | 69.6% |
| Property/Coop/Condo | 854 | 10% | 17% | 12% | 14% | 74.7% | 126% | 92% |
| Qualifying Ratios | 1,192 | 17% | 16% | 15% | 18% | 95% | 88.6% | 82.8% |
| Transaction Eligibility | 1,153 | 14% | 10% | 18% | 18% | 78.3% | 56.2% | 99% |

FLA performed data analysis in the areas above and identified the following:

- For non-conforming loans, there were no practically significant results for application approval rates, therefore, no file reviews were conducted for these topics
- FLA reviewed the application data and found minimal exceptions volume in the overall population. Further, most of the approved exceptions are for topics that we do not have the data available to compare test and control class borrowers:
  - Asset exceptions are for PCL requirements not met and use of business funds
  - Transaction eligibility exceptions are for ineligible message error or cash out refinances listed for sale w/in past 6 months
  - Other exceptions are mainly for reason not found in drop down field within the system of CORE
- FLA did not find any disparate treatment between test and control class borrowers for approved exceptions for non-conforming applications
- For all observed exception categories, FLA will continue to monitor for future reviews, to consider for impact to loan review selection methodology for areas with practically significant results for test class borrowers

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# Insufficient Credit Analysis 2018 – 2020 Summary Results

**Insufficient Credit Analysis and methodology:**

- Credit risk asked FLA to conduct analysis to help determine if our protected class borrowers that were flagged with insufficient credit were approved less often than similarly situated non-protected class borrowers
- We analyzed 19,312 total applications that were flagged with insufficient credit through 2018 - 2020
- FLA performed the analysis with 4 different approaches:
  - Borrower 1 only w/insufficient credit;
  - Borrower 1 and Borrower 2 w/insufficient credit;
  - Borrower 1 or Borrower 2 w/insufficient credit;
  - Borrower 2 only w/insufficient credit by test class and loan product type

**Insufficient Credit Results:**

- The results in the table below are for Borrower 1 or Borrower 2 since no other approach as indicated above showed practically significant results
- After similarly situating the test and control class using the credit underwriting variables, there were only isolated practically significant results with conforming loan applications for NH-Black (Q420) and Senior (Q419) borrowers. The adjusted approval rate of test and control classes are determined by other factors in the model not dependent on just insufficient credit
- There were no practically significant results for any test class, in any quarter or year for either Non-conforming or Government loan applications
- FLA did not find any evidence of systemic fair lending risk

The below table provides a list of all quarterly and yearly results for test classes by loan type for 2018, 2019, 2020. Results in red are practically significant (AIR 90%). Results < 90% were grayed out where not statistically significant

| | ProtectedClass | 2018Q1 | 2018Q2 | 2018Q3 | 2018Q4 | 2019Q1 | 2019Q2 | 2019Q3 | 2019Q4 | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conforming | NH-Asian | 93.9% | 103.2% | 100.0% | 95.9% | 104.5% | 99.8% | 98.7% | 100.0% | 103.4% | 104.0% | 101.0% | 99.8% | 99.2% | 100.5% | 101.7% |
| | Hispanic | 84.1% | 95.6% | 98.3% | 92.9% | 94.6% | 95.3% | 95.0% | 97.5% | 102.9% | 99.0% | 90.0% | 94.4% | 94.9% | 95.5% | 95.6% |
| | NH-Black | 97.5% | 97.5% | 90.3% | 91.8% | 98.2% | 92.4% | 91.8% | 92.3% | 89.6% | 92.1% | 94.0% | 83.2% | 93.8% | 93.2% | 89.2% |
| | Female | 94.1% | 101.3% | 97.6% | 100.1% | 99.2% | 103.0% | 99.5% | 98.9% | 104.6% | 99.1% | 103.0% | 101.3% | 98.9% | 100.4% | 102.1% |
| | Senior | 93.7% | 95.7% | 98.3% | 95.4% | 98.4% | 104.9% | 101.6% | 89.7% | 95.0% | 92.3% | 96.8% | 97.3% | 96.3% | 99.0% | 95.9% |

**Model-adjusted AIRs 2018-2020**

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# 2020 MSA Level Results – No trending patterns and limited practically significant results

**MSA Level Analysis:**

- The below table provides MSA Level results for 2020 and includes all MSAs and protected classes with practically significant quarterly differences by loan type

**MSA Level Results:**

- There were two MSAs with practically significant results for NH Black borrowers applying for Conforming loan applications during **Q2 – Q4**
- There were no practically significant results in 2020 for Non-conforming and Government loan applications
- Since there are no trending results for the two MSAs listed below, RMG did not provide any additional key factors for these results
  - MSA, District of Columbia, has not been a heightened risk nor practically significant regarding NH Black borrowers applying for conforming loan applications since Q42018
  - MSA, Atlanta-Sandy Springs, historically has no trending patterns for NH Black borrowers applying for conforming loan applications
- When using key credit underwriting variables approach by similarly situating borrowers, we see less practically significant results and improvement over each quarter

| 2020 Retail: Practically-significant MSAs | | | | |
|---|---|---|---|---|
| **MSA** | **Loan type** | **Quarter** | **Class** | **AIR** |
| Atlanta-Sandy Springs | Conforming | 2020Q2 | NH Black | 82.8% |
| District of Columbia | Conforming | 2020Q2 | NH Black | 82.1% |
| Atlanta-Sandy Springs | Conforming | 2020Q3 | NH Black | 84.1% |
| District of Columbia | Conforming | 2020Q3 | NH Black | 84.1% |
| Atlanta-Sandy Springs | Conforming | 2020Q4 | NH Black | 87.0% |
| District of Columbia | Conforming | 2020Q4 | NH Black | 86.7% |

**MSA Level Analysis and Loan Review Observations:**

- FLA identified some isolated observations for the business to review (see slide 28)
- FLA found that the denials were adequately supported, received a second level review, and had legitimate factors contributing to the denial decision that were not factors for the non-protected class
- FLA did not find any evidence of potential disparate treatment or other fair lending issues

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

23

# 2020 Fulfillment Center (FC) Level Results – Only isolated trending results for some FCs during 2020; All results are for NH Black borrowers

**FC Level Analysis:**

The following table lists all practically-significant results by loan type by **fulfillment center** for **2020**

**FC Level Results:**

- All practically significant results are for NH Black borrowers applying for conforming loan applications
- Fulfillment centers 31343 and 111271 were practically significant in all four quarters
- Fulfillment centers 39288 and 30394 were practically significant in three out of four quarters
- FLA selected loan reviews in FC's that had previous practically significant results and/or trending results (see details on FC trending slide 25)

**Other FC Observations:**

- Fulfillment centers 30947, 31333, 31334, 32525, 116477, 138639, 220370, and 228317 were practically significant 2 out of four quarters
- The following fulfillment centers were practically significant for (for the quarter(s) as indicated): 30817 and 226948 (Q3), 228318 and 228833 (Q4)
- There were no practically significant results in 2020 for Non-conforming and Government loan applications

| Fulfillment center | Loan type | Quarter | Class | AIR |
| --- | --- | --- | --- | --- |
| 31343 | Conforming | 2020Q1 | NH Black | 89.8% |
| 39288 | Conforming | 2020Q1 | NH Black | 89.1% |
| 111271 | Conforming | 2020Q1 | NH Black | 88.7% |
| 30394 | Conforming | 2020Q2 | NH Black | 84.6% |
| 30947 | Conforming | 2020Q2 | NH Black | 86.5% |
| 31333 | Conforming | 2020Q2 | NH Black | 86.0% |
| 31334 | Conforming | 2020Q2 | NH Black | 88.1% |
| 31343 | Conforming | 2020Q2 | NH Black | 84.4% |
| 32525 | Conforming | 2020Q2 | NH Black | 85.9% |
| 39288 | Conforming | 2020Q2 | NH Black | 84.2% |
| 111271 | Conforming | 2020Q2 | NH Black | 84.2% |
| 116477 | Conforming | 2020Q2 | NH Black | 85.7% |
| 138639 | Conforming | 2020Q2 | NH Black | 86.8% |
| 30394 | Conforming | 2020Q3 | NH Black | 85.7% |
| 30817 | Conforming | 2020Q3 | NH Black | 86.9% |
| 30947 | Conforming | 2020Q3 | NH Black | 87.8% |
| 31333 | Conforming | 2020Q3 | NH Black | 88.5% |
| 31334 | Conforming | 2020Q3 | NH Black | 88.9% |
| 31343 | Conforming | 2020Q3 | NH Black | 85.9% |
| 32525 | Conforming | 2020Q3 | NH Black | 87.7% |
| 39288 | Conforming | 2020Q3 | NH Black | 86.4% |
| 111271 | Conforming | 2020Q3 | NH Black | 84.4% |
| 116477 | Conforming | 2020Q3 | NH Black | 87.2% |
| 138639 | Conforming | 2020Q3 | NH Black | 88.3% |
| 220370 | Conforming | 2020Q3 | NH Black | 85.0% |
| 226948 | Conforming | 2020Q3 | NH Black | 84.8% |
| 228317 | Conforming | 2020Q3 | NH Black | 84.4% |
| 30394 | Conforming | 2020Q4 | NH Black | 88.4% |
| 31343 | Conforming | 2020Q4 | NH Black | 88.5% |
| 111271 | Conforming | 2020Q4 | NH Black | 87.4% |
| 220370 | Conforming | 2020Q4 | NH Black | 87.9% |
| 228317 | Conforming | 2020Q4 | NH Black | 87.9% |
| 228318 | Conforming | 2020Q4 | NH Black | 88.1% |
| 228833 | Conforming | 2020Q4 | NH Black | 87.8% |

2020 Retail: Practically-significant Fulfillment centers

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

24

# Fulfillment Center (FC) Level Trending Results – results show improvement in the last quarter

**FC Level Trending Analysis:**

- The following table shows the Fulfillment Centers that were **practically significant at least 3 out of 4 quarters**

**FC Level Trending Results:**

- Only practically significant results are provided while blanks mean non-significant results
- All the results are for NH Black borrowers applying for conforming loan applications
  - Results show improvement for FC 38288 and is no longer practically significant in the fourth quarter of 2020
  - FCs 30394 and 31343 show significant improvement in the fourth quarter
  - FC 111271 still shows practically significant results in Q42020 but has significantly improved from Q32020

| FC# | Type | Class | 2019Q1 | 2019Q2 | 2019Q4 | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|-----|------|-------|--------|--------|--------|--------|--------|--------|--------|
| 30394 | Conforming | NH Black | | | | | 84.6% | 85.7% | 88.4% |
| 31343 | Conforming | NH Black | | | | 89.8% | 84.4% | 85.9% | 88.5% |
| 39288 | Conforming | NH Black | | | 89.8% | 89.1% | 84.2% | 86.4% | |
| 111271 | Conforming | NH Black | | | 89.7% | 88.7% | 84.2% | 84.4% | 87.4% |

**FC Level Key Factors for Analytic Results:**

- RMG provided the top 5 key factors as potential drivers for the practically significant results:
  - FC 30394: over DTI limit, property condition and FICO score
  - FC 31343: over DTI limit, over LTV limit and  Credit Risk Class (CRC) code: C2
  - FC 39288: over DTI limit, over LTV limit and property condition
  - FC 11127: over DTI limit, over LTV limit and property condition

**FC Level Analysis and Loan Review Observations:**

- RMG provided matched review sets (MRS) with similarly situated borrowers to conduct loan reviews.  FLA also did a target sample of loan reviews based on the denial reason code analysis, some of the key factors listed above, and marginal denials (i.e. test denied loans that meet credit criteria based on data provided)
- FLA identified some isolated observations, see slide 28 for details
- Overall, FLA found that denials were adequately supported, received a second level review, and had legitimate factors contributing to the denial decision that were not factors for the non-protected class
- FLA did not find any evidence of potential disparate treatment or other fair lending issues

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

25

1274

# 2020 Sales Division Results – Results improve in fourth quarter or no longer exist

**Sales Division Analysis:**

- The following table listed all practically-significant quarterly results by loan types and **sales division level** for **2020**

**Sales Division Results**

- NH Black borrowers applying for conforming loan applications show practically significant results in Centralized Retail (CR), Northeast (NE), Pacific (PAC), Southeast (SE), and West (W) sales divisions
  - Centralized Retail, Pacific and West Sales Divisions show practically significant results in all four quarters
  - Northeast and Southeast Sales Divisions show practically significant results Q2–Q3 2020 and no longer practically significant in the fourth quarter
  - Overall results show improvement or no longer exist in the fourth quarter

- No results were practically significant in 2020 for Non-conforming and Government loan applications since there were no practically significant results at the aggregate level
- FLA selected loan reviews in Sales Divisions that had previous practically significant results and/or trending results (see details on Sales Division trending slide 27)
- RMG and FLA teams discovered that Market Region, Loan Sources covers the same area, practically significant results and counts for test and control classes as Centralized Retail. There were no other Market Regions that had practically significant results

| 2020 Retail: Practically-significant Sales Division | | | | |
|---|---|---|---|---|
| **Sales Division** | **Loan type** | **Quarter** | **Class** | **AIR** |
| CENTRALIZED RETAIL | Conforming | 2020Q1 | NH Black | 87.3% |
| PACIFIC SALES | Conforming | 2020Q1 | NH Black | 88.2% |
| WEST SALES | Conforming | 2020Q1 | NH Black | 89.8% |
| CENTRALIZED RETAIL | Conforming | 2020Q2 | NH Black | 81.8% |
| NORTHEAST SALES | Conforming | 2020Q2 | NH Black | 85.8% |
| PACIFIC SALES | Conforming | 2020Q2 | NH Black | 83.3% |
| SOUTHEAST SALES | Conforming | 2020Q2 | NH Black | 86.8% |
| WEST SALES | Conforming | 2020Q2 | NH Black | 84.9% |
| CENTRALIZED RETAIL | Conforming | 2020Q3 | NH Black | 84.1% |
| NORTHEAST SALES | Conforming | 2020Q3 | NH Black | 87.7% |
| PACIFIC SALES | Conforming | 2020Q3 | NH Black | 85.1% |
| SOUTHEAST SALES | Conforming | 2020Q3 | NH Black | 88.0% |
| WEST SALES | Conforming | 2020Q3 | NH Black | 86.5% |
| CENTRALIZED RETAIL | Conforming | 2020Q4 | NH Black | 87.0% |
| PACIFIC SALES | Conforming | 2020Q4 | NH Black | 88.9% |
| WEST SALES | Conforming | 2020Q4 | NH Black | 89.4% |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

26

# Sales Division Trending Results – results show improvement in last 2 quarters

**Sales Division Trending Analysis:**

- The following table shows the Sales Divisions that were **practically significant at least 3 out of 4 quarters**

**Sales Division Results:**

- Only practically significant results are provided while blanks mean non-significant results
- All the results are for NH Black borrowers applying for conforming loan applications
  - CR, PAC and W sales division results shows improvement in the fourth quarter and barely below threshold of .9

| Sales Division | Type | Class | 2019Q1 | 2019Q2 | 2019Q4 | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|---|---|---|---|
| Centralized Retail | Conforming | NH Black | | | 88.7% | 87.3% | 81.8% | 84.1% | 87.0% |
| Pacific | Conforming | NH Black | | | 89.0% | 88.2% | 83.3% | 85.1% | 88.9% |
| West | Conforming | NH Black | | | | 89.8% | 84.9% | 86.5% | 89.4% |

**Sales Division Key Factors for Analytic Results:**

- RMG provided the top 5 key factors as potential drivers for the practically significant results:
  - CR: property condition, over DTI limit and FICO score
  - PAC: over DTI limit, property condition and FICO score
  - W: over DTI limit, property condition and FICO score

**Sales Division Analysis and Loan Review Observations:**

- RMG provided matched review sets (MRS) with similarly situated borrowers for FLA to conduct loan reviews. FLA also did a target sample review based on denial reason code analysis, some of the key factors listed above, and marginal denials
- FLA identified some isolated observations see slide 28 for further details
- Overall, FLA found that denials were adequately supported, received a second level review, and had legitimate factors contributing to the denial decision that were not factors for the protected class
- FLA did not find any evidence of potential disparate treatment or other fair lending issues

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# WFHM Retail Loan Review Observations – Continue to see decline in observations – decisioning consistency controls are effective

**Loan Review Observations:**
FLA performed 142 file reviews of marginal approved and denied loans focused on Fulfillment Centers (FCs), Sales Divisions with practically significant results, and loans with targeted denial and exception reasons. Loan review results below are based on an adverse sample selection on 554,936 applications, not a statistically valid sample. **FLA identified 15 observations for 9 unique loans**

**Loan Review Observation Details:**
- **Inconsistent Treatment Examples: 5** observations of test denied loans that had inadequate level of service provided. There were 3 observations where the process was delayed and not requesting documentation in a timely manner and borrower no longer qualified for the loan application. FLA found 1 loan where no risk engine run with the terms the borrower requested and was declined with no further considerations. FLA found 1 loan declined with lack of second level review notes or other considerations for the borrower
- **Data integrity: 4** observations of the application system data not aligning with underwriter decision notes, which impacts the accuracy of analytic results. Two denied loans with inaccurate DTI and two denied loans that were not dispositioned correctly. The impact to accuracy of analytic results depends on multiple factors including proportion of data integrity issues between test or control borrowers
- **Insufficient or unclear loan notes: 4** observations of insufficient or unclear loan notes to support decision rationale, level of assistance, or any borrower contact during the application process
- **Customer Service Issue: 2** customer service related issues were identified and are separate from the complaints data summary on slide 12. The 2 customer service related issues were for delays in the process, income used for qualifying, and no follow up on refund
- **No observations in 133 loans:** FLA did not identify any evidence of potential disparate treatment or other fair lending issues in the remaining 133 loans reviewed, which were approved or denied based on credit policy criteria and included sufficient loan notes to support the decision rationale and level of service provided

**Withdrawn Loan Review Observation Details:**
FLA performed a targeted sample of **166** file reviews out of 6763 withdrawn applications for NH Black borrowers applying for a refinance. FLA identified marginal loans that met credit underwriting criteria (most likely be approved) to review. The majority of the loans were for conforming, rate term refinances as cash out refinances ceased in April of 2020 due to the pandemic
Following are the main file review observations:
- Most applications did not specify a reason for the withdrawn application = **77** (46%)
- For the remaining **89** (54%) of the applications:
  – **38** (23%) indicated the borrower was no longer interested or did not need the loan any longer and referred to topics such as:
    o went to another lender – but no details why (**12**); process took too long (**10**); decided to sell home instead, not a good time to refi, etc. (**16**)
  – **38** (23%) indicated the borrower went to another lender with details, or decided to withdraw due to topics such as:
    o Rate (**21**); fees, terms, lower payment (**10**); not enough cash out/low appraised value (**7**)
  – **13** (8%) indicated they could not or did not want to satisfy certain stipulations or provide the necessary documentation

©2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

28



29

# Part 2

- 2020 WFHL Wealth Management (WIM)
- 2020 Correspondent Lending

# 2020 WFHL WIM and Correspondent Results Summary

RMG ran results for WIM using all key underwriting variables only as not enough sufficient volume. RMG ran results for Correspondent 3 ways: 1) at the "raw" level 2) using key HMDA variables and 3) all key underwriting variable levels

Decisioning consistency processes and controls appear effective to limit practically significant results

Management needs to maintain emphasis on sufficient decisioning consistency controls to ensure sustainability when judgmental underwriting is utilized. FLA will continue to monitor results and will conduct loan reviews in future if results start to trend or worsen

NOTE: Correspondent prior approvals are "Non-delegated" loans (referred to as Prior Approval) are decisioned by a Wells Fargo underwriter. All other correspondent loans are delegated and underwritten by the correspondent lender

**Practically Significant Results:**

- Wealth Management (WIM): (See slides 31-32 for details)
  - NH Black borrowers for conforming loan applications
  - Exception analysis shows that the proportions for test and control class are similar, and no noticeable disparities were identified

- Correspondent aggregate/National level: "Raw" HMDA key variables and all underwriting variable results: (See slides 33-34 for details)
  - Senior borrowers for non-conforming loan applications

**Loan Review:**

- There were no loan reviews conducted for WIM or Correspondent due to the limited number of practically significant results and insufficient volume

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

30

# WIM Trending Analysis – All Key Underwriting Variables – Limited practically significant results

The following table includes all key underwriting variable results for **2019 - 2020** conforming applications. Practically-significant AIR results are highlighted in red. AIR below 90% with statistically non-significant results are shaded in grey

- NH Black borrowers applying for conforming loan applications was practically significant in Q42019 and Q32020. Results are no longer practically significant in Q42020, therefore the FLA team did not conduct any loan reviews

- No other test class showed practically significant results for 2019 nor 2020

- No results were practically significant for 2019 nor 2020 for non-conforming loan applications

- Due to limited volume and practically significant results, we did not use the "raw" or key HMDA variables, nor did we conduct loan reviews

| Type | Class | 2019Q1 | 2019Q2 | 2019Q3 | 2019Q4 | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|------|-------|--------|--------|--------|--------|--------|--------|--------|--------|
| Conforming | NH Black | 87.00% | 94.20% | 86.90% | 83.90% | 104.7% | 93.3% | 76.7% | 90.1% |

\* There is not a sufficient number of WIM government loan applications in any quarter of 2020 for WIM analysis

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# WIM Exception Analysis: Categories By Race: 2020 Non-Conforming

The following table provides percentage of APPROVED exceptions by race; non-conforming applications only for 2020

- NH Asian and Hispanic borrowers had lower approved exception percentages than White borrowers and are practically significant

- NH Black borrowers also had lower approved exception percentages than White borrowers but are not practically significant

| Race | Asian | Hispanic | Black | White | Total |
|---|---|---|---|---|---|
| Approved exceptions | 28.2% | 28.2% | 30.1% | 32.2% | 30.2% |

| Race | Asian | Hispanic | Black |
|---|---|---|---|
| AIR | 87.6% | 87.6% | 93.5% |

The following table provides distribution of exception reason categories by race and AIRs (comparative ratios) for each race for Non-conforming **WIM** loan applications. AIRs highlighted in red indicate areas where the exception ratios are significantly **lower** for protected classes compared to non-protected classes. The *shaded* gray ratios indicate insufficient number of exceptions for comparison

- Exception ratios for Assets, LTV/CLTV, Property/COOP/Condo, Transaction Eligibility ratios and Other categories are significantly **lower** for NH Asian borrowers applying for Non-Conforming loan applications than compared to White borrowers
- Exception ratios for Qualifying Ratios and Other categories are significantly *lower* for Hispanic borrowers applying for Non-Conforming loan applications
- NH Black borrowers applying for Non-Conforming loan applications show *shaded* gray ratios since there are not enough exceptions to compare to White borrowers
- There were not enough exceptions in the other categories for comparisons and are not presented here

Due to limited practically significant results, FLA did not conduct any loan reviews for WIM loan applications. In addition, exception type "other" is challenging to filter for test denied borrowers to see if worthy of an exception. Qualifying ratios for NH Asian borrowers is just slightly below threshold.9

| Non-Conforming | | Exception probability by Class | | | | | AIR | | |
|---|---|---|---|---|---|---|---|---|---|
| Exception type | Count | Asian % | Black % | Hispanic % | White % | Asian | Black | Hispanic |
| Assets | 876 | 10% | 14% | 16% | 14% | 68.0% | 97% | 116% |
| LTV or CLTV | 321 | 3% | 8% | 4% | 5% | 52.1% | 146% | 83% |
| Other | 208 | 2% | 1% | 2% | 3% | 64.3% | 32.7% | 69.6% |
| Property/Coop/Condo | 854 | 10% | 17% | 12% | 14% | 74.7% | 126% | 92% |
| Qualifying Ratios | 1,192 | 17% | 16% | 15% | 18% | 95% | 88.6% | 82.8% |
| Transaction Eligibility | 1,153 | 14% | 10% | 18% | 18% | 78.3% | 56.2% | 99% |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

32

# 2020 Correspondent Analysis – "Raw" Results

The following table includes **no key variables used** results for **2020** conforming and non-conforming applications. Practically-significant AIR results are highlighted in red

- Hispanic borrowers applying for Conforming loan applications was practically significant in Q4
- NH Black borrowers applying for Conforming loan applications was practically significant in Q2
- Senior borrowers applying for Non-Conforming loan applications was practically significant in Q1 and Q2. There was not sufficient enough volume in Q3 and Q4 to conduct analysis
- There were no government loan applications in the correspondent channel, therefore there are no results
- Due to the volume of correspondent loans, FLA did not conduct any loan reviews within the correspondent channel. FLA will continue to monitor results for any trending patterns as there are none to report at this time

| | Test Class | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| Conforming | NH Asian | 99.6% | 101.8% | 100.9% | 103.0% |
| | Hispanic | 91.2% | 91.9% | 90.6% | 87.7% |
| | NH Black | 98.0% | 87.6% | 96.6% | 92.2% |
| | Female | 98.7% | 97.4% | 99.6% | 98.4% |
| | Senior | 102.5% | 93.1% | 99.1% | 98.5% |
| Non-conforming | NH Asian | 109.5% | 95.9% | N/A* | N/A |
| | Hispanic | 118.4% | N/A | N/A | N/A |
| | NH Black | 100.4% | 110.7% | N/A | N/A |
| | Female | 102.9% | 129.2% | N/A | N/A |
| | Senior | 81.1% | 73.0% | N/A | N/A |

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential.

# 2020 Correspondent Results – Key HMDA & All Key Variables used – using all key underwriting variables results show improvement or they are no longer significant

The following tables include **HMDA key variables** and **all key underwriting variable** results for **2020** conforming and non-conforming applications. Practically-significant AIR results are highlighted in red. N/A refers to insufficient Non-conforming loan applications in Q3 and Q4 to perform analyses, and in Q2 for NH Black borrowers

- Conforming loan applications using the HMDA key variables show practically significant results for Hispanic borrowers in Q4. There were no practically significant results for conforming loan applications when using all key underwriting variables

- Non-Conforming loan applications show practically significant results for Senior borrowers in Q2 for both HMDA key and all underwriting variables

- Government loan applications had no practically significant results when run through the HMDA key or all underwriting variables

- Compared to raw results, applying the HMDA and underwriting key variables shows improvement in conforming loan applications for Hispanic borrowers, Non-Conforming loan applications for Senior borrowers, and no practically significant results in conforming loan applications for NH Black borrowers

- Compared to raw results, applying the underwriting key variables shows improvement in overall results (slightly below threshold .9) or no practically significant results

## HMDA key variable results

| | Test Class | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| Conforming | NH Asian | 100.9% | 101.3% | 101.5% | 103.5% |
| | Hispanic | 94.9% | 94.4% | 92.2% | 89.2% |
| | NH Black | 98.4% | 90.9% | 98.4% | 93.4% |
| | Female | 99.5% | 98.7% | 100.3% | 100.2% |
| | Senior | 103.3% | 96.3% | 100.2% | 100.0% |
| Non-conforming | NH Asian | 105.9% | 91.1% | N/A | N/A |
| | Hispanic | 106.4% | N/A | N/A | N/A |
| | NH Black | 101.7% | 100.1% | N/A | N/A |
| | Female | 98.9% | 122.1% | N/A | N/A |
| | Senior | 98.6% | 83.5% | N/A | N/A |

## All Key Underwriting variable results

| | Test Class | 2020Q1 | 2020Q2 | 2020Q3 | 2020Q4 |
|---|---|---|---|---|---|
| Non-conforming | NH Asian | 103.7% | 90.6% | N/A | N/A |
| | Hispanic | 104.5% | N/A | N/A | N/A |
| | NH Black | 105.9% | 95.6% | N/A | N/A |
| | Female | 97.0% | 116.1% | N/A | N/A |
| | Senior | 96.5% | 83.4% | N/A | N/A |

RMG provided top key factors for potential drivers for Senior borrowers that appear to be denied more frequently:
- Single family home, one unit property type, missing sales division, unknown denial reason
- FLA did not conduct any file reviews due to limited volume

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential.

34

# WFHM Underwriting Overview and Exception Process

**All applications are documented and processed in the CORE system:**
- An initial decision is assigned by the automated risk engine
- Fulfillment sites will assign applications to underwriters based on lending and exception authority

**Fulfillment Centers and underwriting assignments by product type:**

Most Fulfillment centers generally align with regions. Loans may be offloaded to other FCs due to volume
- Underwriters only underwrite for specific product types (FNMA/FHLMC or FHA/VA)
- Non-Conforming underwriters are generally located at the 6 NUPRM sites
- Product specific FCs have specialized underwriters assigned (i.e., Rural Development(RD), HARP, Renovation (RENO), etc.)

**Standard work flow for underwriting and application documentation and processing:**
- Perform initial risk review: Review results, 5Cs, credit summary, fraud and update stipulations and determine disposition
- Complete decision task: Approve, counter offer, decline, or suspend
- Perform reconsideration risk review: Review stipulations, documents, associated system data; asses risk engine
- Perform final risk review

**Standard underwriter eligibility requirements for all agency and non-agency authority levels:**
- National Underwriting and Production Risk Management (NUPRM) maintains decisioner scorecards for every underwriter which includes the underwriters quality rating, number of loans funded, and authority level history
  - Conforming: CORE Credit Prime Agency Base Level Decisioners 3 & 4 are within NUPRM exception authority levels, lower levels of authority cannot approve loans that require an exception
  - FHA: CORE Credit/Appraisal Bases Level Decisioners 3 & 4 have exception authority for loans that are sent to NDS
  - VA: CORE Credit Base Level Decisioners 3 & 4 have authority to approve an exception that the fulfillment underwriter sent to NDS
- Other factors considered include: Employee status, volume, current quality and performance ratings, required courses completed, and necessary skills demonstrated

**NUPRM and NDS exception process summary:**
- National Credit Office (NCO)/Portfolio Credit Office (PCO) decisioning teams were established in 2014
- All exceptions are sent to NCO/PCO also known as National Decision Service (NDS) for review which is within NUPRM. The initial fulfillment underwriter creates an Exception Authority Review (EAR) task.
- Only underwriters with exception authority can approve exceptions, and are located within the 6 NUPRM sites which were established in 2014.
- The Lending Authority Matrix (LAM) helps determine if there is an exception available for the underwriter to consider and submit.
- Controls
  - CORE – There are attributes set in the system based on the underwriter's employee ID that should prevent an underwriter from approving a loan above their designation
  - Reporting and Monitoring – NUPRM has monitoring and reporting in place to ensure only underwriters with proper level of authority are approving exceptions, and/or if an exception should have been processed through the NUPRM site.

**Common exception reasons and mitigating factors:**
- The most common company credit exceptions (CCEs) and business credit exceptions (BCE) categories for WFHM based on monthly reports are DTI, FICO and LTV. Post closing liquidity(PCL) was also a driver for elevated risk
- The most common mitigating factors for exceptions based on decisioner loan notes include good Wells Fargo relationship history, high assets (PCL), good overall credit history, low CLTV, low DTI, and high residual income.

©2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

35

# Glossary

- **Advanced Analytics:** Discovery of meaningful patterns using complex or advanced statistical methods. Examples include Regression Modeling, Propensity Score Modeling, Z-scores, Analysis of Variance, (ANOVA), Chi-Square Tests.

- **Adverse Impact Ratio (AIR):** In the context of business decisions, an adverse impact refers the disparity in selection of approvals or denials that disadvantages individuals of a particular race, gender or age. In this review, Adverse Impact Ratio for a test class is the ratio of approval rates between test and control classes

- **Common Opportunities, Results, and Experiences (CORE):** Dynamic web-based system that allows Wells Fargo Home Lending team members to process a loan from origination to funding. Data stored in AIMS and CODA

- **Control Groups:** Non-Hispanic White, Male and Junior (Age 18–61)

- **Loan Review:** Manual review of loan decisions or outcomes related to credit products or decisions that extend the statistical analysis to provide additional insight into business practices and potentially identify root causes

- **Metropolitan Statistical Area:** Metropolitan statistical areas are geographic entities delineated by the Office of Management and Budget (OMB) for use by Federal statistical agencies in collecting, tabulating, and publishing Federal statistics

- **Practical significance:** Identifies whether a statistically significant disparity is sufficiently large that courts and regulators would consider it to be of concern. As the Fourth Circuit recently stated, "[S]tatistical significance is not always synonymous with legal significance." *Brown v. Nucor Corp*, 785 F.3d 895, 908 (4th Cir. 2015). The use of practical significance in the discrimination context originated in Title VII case law: "[Defendant's] burden arises ... Only after the complaining party ... has made out a prima facie case of discrimination, i.e., has shown that the tests in question select borrowers ... in a racial pattern significantly different from that of the pool of borrowers." *Albemarle Paper Co. v. Moody*, 422 U.S. 405, 425 (U.S. 1975). Regulators adopted the concept as well. In 1978, the Equal Employment Opportunity Commission issued the Uniform Guidelines on Employee Selection, which sets out the "four fifths rule." Regulators continue to use practical significance. Both the CFPB and DOJ apply practical significance standards when evaluating disparities

- **Simple Analytics:** Exploratory and/or Descriptive Analytics. Examples: calculation of raw odds ratios or simple percentages. Does not use complex or advanced statistical methods (e.g., regression modeling, propensity score modeling, Z-scores, analysis of variance, (ANOVA), chi-square tests)

- **Statistical Significance:** A statistical assessment of the agreement between observed data and a conjecture or hypothesis. The hypothesis usually represents the extent of a treatment effect (including no effect). Significance can be expressed qualitatively ("X is statistically significant") or quantitatively (in terms of a metric called a "p-value")

- **Test Groups:** Non-Hispanic Asian, Non-Hispanic Black, Hispanic, Female and Senior (Age 62+)

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

36

# Analysis Completed By

Data Validation – Completed by Dan O'Brien and Mufazzal Badani

Statistical Analysis – Completed by Weihang Ren, Jeff Snow and Joel Brodsky

Loan Review – Completed by Lovey Christenson

Executive Summary Deck – Completed by Lovey Christenson, Kevin Cobb and Mary Dee LeMaire

© 2021 Wells Fargo Bank, N.A. All rights reserved. Confidential

# EXHIBIT 411

# CONDITIONALLY FILED UNDER SEAL