ELLIS GEORGE LLP
Dennis S. Ellis (State Bar No. 178196)
dellis@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

*In re Wells Fargo Mortgage Discrimination Litigation.*

Case No. 3:22-cv-00990-JD

Honorable James Donato

**DECLARATION OF AMANDA KURZENDOERFER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date: June 27, 2024
Time: 10:00 a.m.
Courtroom: 11

[Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification; Declarations of Dennis S. Ellis with Supporting Evidence, Michael Wallace, Leana Golubchik, Dante Jackson, and [Proposed] Order filed concurrently herewith]

2349848
Case No. 3:22-cv-00990-JD
EXPERT DECLARATION OF AMANDA R. KURZENDOERFER, PH.D.
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Amanda R. Kurzendoerfer, Ph.D., declare as follows:

1. I am a partner at Bates White Economic Consulting, LLC ("Bates White"). Bates White is a professional services firm specializing in economic, financial, and statistical analysis. Our clients include law firms, companies, and government agencies. I have a Ph.D. in economics from the University of Virginia and more than ten years of experience providing data analytics-related consulting services, including economic and statistical analysis of consumer financial data and statistical sampling and extrapolation. I am also a Certified Fraud Examiner.

2. I have personal knowledge of the facts stated herein and, if called upon, could and would testify thereto. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. I was retained by Plaintiffs' counsel as an expert statistician and econometrician to analyze Wells Fargo's home loan approval rates by race and ethnicity and to perform other analyses as described in my reports and below.

## A. <u>MY EXPERT REPORTS</u>

4. Attached as **Exhibit A** is a true and correct copy of my affirmative expert report ("Expert Report") in this case, which was served on February 29, 2024. [redacted]











18. Attached as **Exhibit B** is a true and correct copy of my expert report rebutting Dr. Marsha Courchane ("Rebuttal Expert Report"), which was served on March 22, 2024.





**B. DR. COURCHANE'S REBUTTAL REPORT AND DEPOSITION**

23. On March 22, 2024, Wells Fargo served a report of Dr. Courchane purporting to rebut my Expert Report and the affirmative report of another expert. Dr. Courchane was deposed

on April 10, 2024. Attached as **Exhibit C** is a true and correct copy of excerpts from Dr. Courchane's deposition transcript.

**C. DR. ADELINO'S REPORT AND DEPOSITION**

26. On March 22, 2024, Wells Fargo also served a report of Dr. Manuel Adelino, who purported to analyze my findings in the light of the academic literature on discrimination in home lending. Dr. Adelino was deposed on April 12, 2024. Attached as **Exhibit D** is a true and correct copy of excerpts from Dr. Adelino's deposition transcript.





**D. CONCLUSION**

[redacted]

34. Nothing in Dr. Courchane or Dr. Adelino's reports or deposition testimony disturbs my approval rate analysis. Nor does anything in their reports or testimony disturb my findings of statistically significant pricing disparities between White and minority borrowers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2024.

Amanda R. Kurzendoerfer, Ph.D.

# EXHIBIT A

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT B

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT C

# CONDITIONALLY FILED UNDER SEAL

# EXHIBIT D

# CONDITIONALLY FILED UNDER SEAL