ELLIS GEORGE LLP
Dennis S. Ellis (State Bar No. 178196)
dellis@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Interim Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**DECLARATION OF DANTE JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 27, 2024<br>Time: 10:00 a.m.<br>Courtroom: 11<br><br>[Notice of Motion and Motion for Class Certification; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification; Declarations of Dennis S. Ellis with Supporting Evidence, Amanda Kurzendoerfer, Leana Golubchik, Michel Wallace, and [Proposed] Order filed concurrently herewith] |

**DECLARATION OF DANTE JACKSON**

I, DANTE JACKSON, declare and state as follows:

1. I am a founding member of Quality Analytic Associates ("QA2"). QA2 is a consulting company that assesses underwriting risk for contracted organizations and develops plans to prevent and mitigate loan defects. I have been a Risk Management Consultant at QA2 since 2012.

2. I have personal knowledge of the facts stated herein and, if called upon, could and would testify thereto. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

3. I have over 29 years of experience in the financial services industry, with a focus on underwriting and servicing of residential home mortgage loans. For 11 of those years, I worked in banking institutions, including Wells Fargo Bank, N.A., where I gained experience in management; operations; credit analysis; and consumer mortgage, real estate, and risk management. For the remainder of those years, I worked as a consultant in the banking industry and have advised businesses, financial institutions, law firms, and federal and state regulatory agencies on issues such as loan policy, loan review, loan loss analysis and reserve requirements, loan portfolio valuation, and loan portfolio due diligence, among others, including regarding loans that were securitized and sold as part of mortgage-backed securities. I have served as an underwriter of residential mortgage loans and as an underwriting manager for a major U.S. bank and as a Credit Risk Officer at the Department of Housing and Urban Development focusing on single family residential mortgage loans.

4. I was retained by Plaintiffs' counsel and asked to evaluate Dr. Courchane's analysis of Wells Fargo's underwriting policies and procedures and her analysis of the loan files of certain representative plaintiffs identified in the Amended Consolidated Class Action Complaint filed on March 24, 2023. Given Dr. Courchane's individual analysis of the specific loan files of these named plaintiffs, I was also asked to evaluate the creditworthiness and associated risks of these borrowers to review Wells Fargo's decision-making process.

[Lines 1–16 redacted]

### A. Plaintiff Aaron Braxton

[Lines 18–27 redacted]

**B. Plaintiff Bryan Brown**

**C. Plaintiff Dr. Gia Gray**

-4- Case No. 3:22-cv-00990-JD
DECLARATION OF DANTE JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

[redacted]

**D. Plaintiff Ifeoma Ebo**

[redacted]

**E. Plaintiff Terah Kuykendall-Montoya**

[redacted]

**F. Plaintiff Paul Martin**

[redacted]

-6- Case No. 3:22-cv-00990-JD
DECLARATION OF DANTE JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**G. Plaintiff Elretha Perkins**

**H. Plaintiff Christopher Williams**



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 24, 2024, at Charlotte, North Carolina.

Dante Jackson

-9- Case No. 3:22-cv-00990-JD

DECLARATION OF DANTE JACKSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# **<u>EXHIBIT A</u>**

# **CONDITIONALLY FILED UNDER SEAL**

# EXHIBIT B

# CONDITIONALLY FILED UNDER SEAL