1

2

3

4

MCGUIREWOODS LLP
Alicia A. Baiardo (SBN: 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415-844-944
Facsimile: 415-844-9922

WINSTON & STRAWN LLP
Amanda L. Groves (SBN 187216)
agroves@winston.com
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile:  213-615-1750

5

6

7

8

MCGUIREWOODS LLP
Ava E. Lias-Booker (*Admitted pro hac vice*)
alias-booker@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone:  410-659-4430
Facsimile: 410-659-4558

WINSTON & STRAWN LLP
Kobi K. Brinson (*Admitted pro hac vice*)
kbrinson@winston.com
300 South Tryon Street
Charlotte, NC  28202
Telephone: 704-350-7700
Facsimile:  704-350-7800

9

10

11

12

13

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman (*Pro hac vice pending*)
seth.waxman@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington DC 20037
Telephone: 202-663-6000
Facsimile: 202-663-6363

14

15

16

17

18

WILMER CUTLER PICKERING
HALE AND DORR LLP
Alan Schoenfeld (*Pro hac vice pending*)
alan.schoenfeld@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone:  212-230-8800
Facsimile: 212-230-8888

19

*Attorneys for Defendant Wells Fargo Bank, N.A.*

20

**UNITED STATES DISTRICT COURT**

21

**NORTHERN DISTRICT OF CALIFORNIA**

22

*In re Wells Fargo Mortgage Discrimination Litigation*

CASE NO. 3:22-cv-00990-JD

23

24

25

26

**DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF AMANDA KURZENDOERFER AND MICHAEL WALLACE**

The Honorable James Donato

27

28

1

CASE NO. 3:22-cv-00990-JD

1     I, Alicia A. Baiardo, hereby declare, under penalty of perjury, as follows:

2         1.       I am a partner at McGuireWoods LLP, counsel for Defendant Wells Fargo Bank, N.A.

3   ("Wells Fargo") in this matter. I make this declaration based on my personal knowledge and in support

4   of Wells Fargo's Motion to Exclude Testimony of Amanda Kurzendoerfer and Michael Wallace.

5         2.       I am personally familiar with the facts set forth in this declaration. If called as a witness, I

6   could and would competently testify to the matters stated herein.

7         3.       Attached as **Exhibit 1** is a true and correct copy of excerpts of the April 9, 2024

8   deposition of Amanda Kurzendoerfer, Ph.D.

9         4.       Attached as **Exhibit 2** is a true and correct copy of the Declaration of Carlyn Irwin.

10        5.       Attached as **Exhibit 3** is a true and correct copy of excerpts of the April 5, 2024

11  deposition of Carlyn Irwin.

12        6.       Attached as **Exhibit 4** is a true and correct copy of excerpts of the March 26, 2024

13  deposition of Michael Wallace.

14        7.       Attached as **Exhibit 5** is a true and correct copy of the Declaration of Marsha J.

15  Courchane in Opposition to Plaintiffs' Motion for Class Certification.

16        8.       Attached as **Exhibit 6** is a true and correct copy of an excerpt of Fannie Mae's Selling

17  Guide titled "B3-2-01, General Information on DU (05/05/2021)," found at https://selling-

18  guide.fanniemae.com/sel/b3-2-01/general-information-du (last visited May 23, 2024).

19        9.       Attached as **Exhibit 7** is a true and correct copy of an excerpt of Fannie Mae's Selling

20  Guide titled "B3-2-06, Approve/Ineligible Recommendations (02/01/2023)," found at https://selling-

21  guide.fanniemae.com/sel/b3-2-06/approveineligible-recommendations (last visited May 23, 2024).

22        10.      Attached as **Exhibit 8** is a true and correct copy of an excerpt of Freddie Mac's Selling

23  Guide titled "5101.3 Loan Product Advisor Risk Class," found at

24  https://guide.freddiemac.com/app/guide/section/5101.3 (last visited May 23, 2024).

25        11.      Attached as **Exhibit 9** is a true and correct copy of Exhibit 25 to Freddie Mac's Selling

26  Guide, titled "Mortgages with Risk Class and/or Minimum Indicator Score Requirements," available for

27  download at https://guide.freddiemac.com/app/guide/exhibit/25 (last visited May 23, 2024).

28

DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF WELLS FARGO'S MOTION TO EXCLUDE AMANDA
KURZENDOERFER & MICHAEL WALLACE

1    12.    Attached as **Exhibit 10** is a true and correct copy of excerpts of the November 21, 2023

2  deposition of Paul Martin.

3    13.    Attached as **Exhibit 11** is a true and correct copy of excerpts of the January 31, 2024

4  deposition of Christopher Williams.

5

6  Dated:  May 23, 2024                            By:*/s/ Alicia A. Baiardo*
                                                        Alicia A. Baiardo

7                                                       *Attorney for Defendant*
                                                        *Wells Fargo Bank, N.A.*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF WELLS FARGO'S MOTION TO EXCLUDE AMANDA
KURZENDOERFER & MICHAEL WALLACE

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically filed the foregoing document entitled **DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF AMANDA KURZENDOERFER AND MICHAEL WALLACE** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: May 23, 2024                    By: */s/ Alicia A. Baiardo*_____
                                                    Alicia A. Baiardo

DECLARATION OF ALICIA A. BAIARDO IN SUPPORT OF WELLS FARGO'S MOTION TO EXCLUDE AMANDA
KURZENDOERFER & MICHAEL WALLACE