MCGUIREWOODS LLP
Alicia A. Baiardo (SBN: 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415-844-944
Facsimile: 415-844-9922

MCGUIREWOODS LLP
Ava E. Lias-Booker (*Admitted pro hac vice*)
alias-booker@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202-3169
Telephone: 410-659-4430
Facsimile: 410-659-4558

WINSTON & STRAWN LLP
Amanda L. Groves (SBN 187216)
agroves@winston.com
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

WINSTON & STRAWN LLP
Kobi K. Brinson (*Admitted pro hac vice*)
kbrinson@winston.com
300 South Tryon Street
Charlotte, NC 28202
Telephone: 704-350-7700
Facsimile: 704-350-7800

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman (*Admitted pro hac vice*)
seth.waxman@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington DC 20037
Telephone: 202-663-6000
Facsimile: 202-663-6363

WILMER CUTLER PICKERING
HALE AND DORR LLP
Alan Schoenfeld (*Admitted pro hac vice*)
alan.schoenfeld@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | Case No. 3:22-CV-00990-JD <br><br> The Honorable James Donato <br><br> **WELLS FARGO BANK, N.A.'S STATEMENT OF RECENT DECISION** <br><br> **Date:** June 27, 2024 <br> **Time:** 10:00 a.m. <br> **Courtroom:** 11 |

**STATEMENT OF RECENT DECISION**

Pursuant to Local Civil Rule 7-3(d)(2), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") notifies the Court of a recent decision from United States District Judge Leonie M. Brinkema of the U.S. District Court for the Eastern District of Virginia. *See Oliver v. Navy Federal Credit Union*, No. 1:23-cv-1731 (LMB/WEF), 2024 WL 2786905 (E.D. Va. May 30, 2024), attached hereto as **Exhibit 1**. The decision is relevant to Plaintiffs' pending Motion for Class Certification (ECF 205) and Wells Fargo's Opposition to Plaintiffs' Motion for Class Certification (ECF No. 232). A hearing on Plaintiffs' Motion is currently scheduled for June 27th, 2024.

Dated: June 10, 2024

MCGUIRE WOODS LLP

By:*/s/ Alicia A. Baiardo*
Alicia A. Baiardo
Ava E. Lias-Booker

WINSTON & STRAWN LLP

By:*/s/ Amanda L. Groves*
Amanda L. Groves
Kobi K. Brinson

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:*/s/ Seth P. Waxman*
Seth P. Waxman
Alan Schoenfeld

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2024, I electronically filed the foregoing document entitled **WELLS FARGO BANK, N.A.'S STATEMENT OF RECENT DECISION** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: June 10, 2024                    By: */s/ Alicia A. Baiardo*
                                            Alicia A. Baiardo