1  ELLIS GEORGE LLP
   Dennis S. Ellis (State Bar No. 178196)
2    dellis@ellisgeorge.com
   2121 Avenue of the Stars, 30th Floor
3  Los Angeles, California 90067
   Telephone: (310) 274-7100
4  Facsimile: (310) 275-5697

5  *Interim Lead Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**JOINT STIPULATION TO RESCHEDULE JULY 11, 2024, HEARINGS ON MOTIONS**<br><br>Trial Date: December 9, 2024<br><br>[[Proposed] Order filed and served concurrently herewith] |

Pursuant to Civil Local Rule 6-2, Plaintiffs Bryan Brown, Aaron Braxton, Paul Martin, Gia Gray, Elretha Perkins, Terah Kuykendall-Montoya, Ifeoma Ebo, and Christopher Williams' ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "the Parties") hereby stipulate and request as follows:

WHEREAS, Plaintiffs' Motion for Class Certification was noticed to be heard on June 27, 2024. (ECF No. 204.)

WHEREAS, on June 13, 2024, the Court continued the originally scheduled hearing date from June 27, 2024, to July 11, 2024 (ECF No. 251), along with related motion to disqualify Plaintiffs' expert (ECF No. 198), and Plaintiffs' motion for sanctions (ECF No. 211). Also scheduled for hearing that day are refiled motions to exclude certain Plaintiffs' experts (ECF Nos. 243 and 244).

WHEREAS, multiple members of counsel for the Plaintiffs, including the undersigned Interim Lead Class Counsel, have a direct conflict on July 11, 2024, and cannot attend due to a pre-existing court appearance in another Federal Court.

WHEREAS, the next available date on July 18, 2024, also poses a conflict in that a critical member of Plaintiffs' counsel who is to be responsible for handling some of the matters on calendar is unable to attend due to a significant personal conflict.

WHEREAS, in light of the aforementioned conflicts, Plaintiffs' request a continuance of the currently scheduled hearing date.

WHEREAS, Wells Fargo does not oppose Plaintiffs' request for a continuance of the July 11, 2024 hearing date.

WHEREAS, the Parties understand it is this Court's practice to hold hearings on civil matters on Thursdays, the Parties respectfully request that the hearing be held on July 16, 2024, to accommodate all counsels' schedule, if the Court is available and willing to hold the hearing on all five (5) of these matters on a date other than Thursday.

WHEREAS, alternatively, if the Court is unable to accommodate that request, we would request that the Court continue the hearing from July 11, 2024, to July 18, 2024.

**WE SO STIPULATE**.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| DATED: June 20, 2024 |   | ELLIS GEORGE LLP |
|   | By: | */s/ Dennis S. Ellis* |
|   |   | Dennis S. Ellis |
|   |   | 2121 Avenue of the Stars, 30th Floor |
|   |   | Los Angeles, California 90067 |
|   |   | Telephone: (310) 274-7100 |
|   |   | On behalf of Plaintiffs as Interim Lead Counsel |
| DATED: June 20, 2024 |   | MCGUIRE WOODS LLP |
|   | By: | */s/ Alicia A. Baiardo* |
|   |   | Ava E. Lias-Booker (*pro hac vice*) |
|   |   | Alicia A. Baiardo |
|   |   | Jasmine K. Gardner (*pro hac vice*) |
|   |   | Two Embarcadero Center, Suite 1300 |
|   |   | San Francisco, CA 94111-3821 |
|   |   | Telephone: (415) 844-9944 |
|   |   | Attorneys for Defendant Wells Fargo Bank, N.A. |
| DATED: June 20, 2024 |   | WINSTON & STRAWN LLP |
|   | By: | */s/ Amanda L. Groves* |
|   |   | Amanda L. Groves |
|   |   | Kobi K. Brinson (*pro hac vice*) |
|   |   | Stacie C. Knight (*pro hac vice*) |
|   |   | 333 S. Grand Avenue, 38th Floor |
|   |   | Los Angeles, CA 90071 |
|   |   | Telephone: (213) 615-1700 |
|   |   | Attorneys for Defendant Wells Fargo Bank, N.A. |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED: June 20, 2024                    ELLIS GEORGE LLP

By: _/s/ Dennis S. Ellis_
Dennis S. Ellis
On behalf of Plaintiff as Interim Lead Counsel