WINSTON & STRAWN LLP
Amanda L. Groves (SBN 187216)
agroves@winston.com
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: 213-615-1700

Kobi K. Brinson (*Admitted pro hac vice*)
kbrinson@winston.com
300 South Tryon Street
Charlotte, NC 28202
Telephone: 704-350-7700

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman (*Admitted pro hac vice*)
seth.waxman@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-663-6000

Alan Schoenfeld (*Admitted pro hac vice*)
alan.schoenfeld@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: 212-230-8800

MCGUIRE WOODS LLP
Alicia A. Baiardo (SBN: 254228)
abaiardo@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-944

Ava E. Lias-Booker (*Admitted pro hac vice*)
alias-booker@mcguirewoods.com
500 East Pratt Street, Suite 1000
Baltimore, MD 21202
Telephone: 410-659-4430

*Attorneys for Defendant
Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | **Case No. 3:22-cv-00990-JD**<br><br>**DECLARATION OF AMANDA L. GROVES IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT** |

I, Amanda L. Groves, hereby declare, under penalty of perjury, as follows:

1. I am a partner at Winston & Strawn LLP, counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this matter. I make this declaration based on my personal knowledge and in support of Wells Fargo's Motion for Summary Judgment.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts of the February 6, 2024 deposition of Joel Brodsky, Ph.D.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts of the December 7, 2023 Deposition of Mary Dee Lemaire.

5. Attached as **Exhibit 3** is a true and correct copy of Plaintiff Aaron Braxton's Objections and Response to Wells Fargo Bank, N.A.'s Interrogatories, Set No. One, Interrogatory No. 6.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts of the November 7, 2023 deposition of Aaron Braxton.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts of the October 19, 2023 deposition of Bryan A. Brown.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts of the October 27, 2023 deposition of Ifeoma Ebo.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts of the December 1, 2023 deposition of Dr. Gia Gray.

10. Attached as **Exhibit 8** is a true and correct copy of Exhibit 339 to the December 1, 2023 deposition of Dr. Gia Gray.

11. Attached as **Exhibit 9** is a true and correct copy of Exhibit 341 to the December 1, 2023 deposition of Dr. Gia Gray.

12. Attached as **Exhibit 10** is a true and correct copy of Exhibit 344 to the December 1, 2023 deposition of Dr. Gia Gray.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts of the October 26, 2023 deposition of Phillip Joseph Figone.

14. Attached as **Exhibit 12** is a true and correct copy of Exhibit 111 to the October 26, 2023 deposition of Phillip Joseph Figone.

15. Attached as **Exhibit 13** is a true and correct copy of Exhibit 112 to the October 26, 2023 deposition of Phillip Joseph Figone.

16. Attached as **Exhibit 14** is a true and correct copy of Exhibit 113 to the October 26, 2023 deposition of Phillip Joseph Figone.

17. Attached as **Exhibit 15** is a true and correct copy of Exhibit 114 to the October 26, 2023 deposition of Phillip Joseph Figone.

18. Attached as **Exhibit 16** are true and correct copies of the Voluntary Petition, Notice of Conversion, and Order of Discharge filed in the bankruptcy proceeding of Terah Kuykendall-Montoya and Danny Montoya, Case No. 14-50500-cag (Bankr. W.D. Tex.).

19. Attached as **Exhibit 17** is a true and correct copy of excerpts of the January 25, 2024 deposition of Terah Kuykendall-Montoya.

20. Attached as **Exhibit 18** is a true and correct copy of Exhibit 440 to the January 25, 2024 deposition of Terah Kuykendall-Montoya.

21. Attached as **Exhibit 19** is a true and correct copy of Exhibit 445 to the January 25, 2024 deposition of Terah Kuykendall-Montoya.

22. Attached as **Exhibit 20** is a true and correct copy of Exhibit 447 to the January 25, 2024 deposition of Terah Kuykendall-Montoya.

23. Attached as **Exhibit 21** is a true and correct copy of excerpts of the November 21, 2023 deposition of Paul Martin.

24. Attached as **Exhibit 22** is a true and correct copy of Exhibit 319 to the November 21, 2023 deposition of Paul Martin.

25. Attached as **Exhibit 23** is a true and correct copy of Exhibit 320 to the November 21, 2023 deposition of Paul Martin.

26. Attached as **Exhibit 24** is a true and correct copy of excerpts of the October 30, 2023 deposition of Elretha Jonetta Perkins.

27. Attached as **Exhibit 25** is a true and correct copy of Exhibit 147 to the October 30, 2023 deposition of Elretha Jonetta Perkins.

28. Attached as **Exhibit 26** is a true and correct copy of excerpts of the January 31, 2024 deposition of Christopher Williams.

29. Attached as **Exhibit 27** is a true and correct copy of excerpts of the April 9, 2024 deposition of Amanda Kurzendoerfer, Ph.D.

30. Attached as **Exhibit 28** are true and correct copies of excerpts of the March 26, 2024 deposition of Michael Wallace.

Dated: July 25, 2024

By: */s/ Amanda L. Groves*
    Amanda L. Groves

. .