# EXHIBIT 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
 5   In re Wells Fargo Mortgage    ) Case No.
     Discrimination Litigation.    ) 3:22-cv-00990-JD
 6                                 )
                                   )
 7                                 )
                                   )
 8                                 )
                                   )
 9                                 )
                                   )
10   _____)
11
12
13                    CONFIDENTIAL
14   VIRTUAL VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF
15                  JOEL BRODSKY, PH.D.
16
17            Tuesday, February 6, 2024
18       Remotely Testifying from Reno, Nevada
19
20
21
22
23   Stenographically Reported By:
24   Hanna Kim, CLR, CSR No. 13083
25   Job No. 6437640
```

Page 1

```
 1   I was cited in the congressional record.
 2             That's probably good enough for a start.
 3   BY MR. ARLEDGE:
 4        Q.   You -- you have a Ph.D. in statistics from
 5   Cal Berkeley?                                         10:11:49
 6        A.   That's correct, yes.
 7        Q.   What was your -- what was your emphasis or
 8   your specialty in your Ph.D.?
 9        A.   Mathematical statistics.
10        Q.   Okay.  No -- no narrower specialization     10:12:01
11   than that?
12        A.   No.  But I later was a professor of
13   biostatistics at the University of Washington, and
14   my area was diabetes, endocrinology, and radiation
15   research.                                             10:12:17
16        Q.   At -- at a high level, what does the fair
17   lending an- -- advanced analytics group at Wells
18   Fargo do?
19        A.   It does all of the sta-  -- it does mo- --
20   I'll say almost all of the statistical analyses and  10:12:29
21   modeling in regards to fair lending assessments for
22   all the reporting and all the analyses.
23        Q.   You say "almost all."
24             Who else -- who else does that work at
25   Wells Fargo?                                          10:12:46
```

Page 15

```
1              What I'm trying to say to you is is that
2     if we see -- if we -- if we perfectly similarly
3     situated and we saw this consistent whatever
4     percent, then I would say we should look -- we would
5     look into it carefully to try to understand where      11:12:42
6     it's coming from, what the source of the difference
7     is.  And that's all I can -- I can't go any further
8     than that.
9          Q.   Okay.  Fine.
10             One of the possible explanations would --     11:12:55
11    would be different treatments of White applicants
12    and Black applicants.
13             You're just saying there may be another
14    explanation, too, but we should go look for it;
15    right?                                                 11:13:05
16         A.   What I'm saying is we don't know what the
17    explanation is.  And I can say that since race is
18    not available to the underwriter, that would be --
19    that would be an area that I would question, if
20    that's the source, until proven otherwise.             11:13:17
21         Q.   You say "race is not available to the
22    underwriter."
23             What do you mean by that?
24         A.   They don't have that -- they don't have
25    access to that data.                                   11:13:26

                                                          Page 68
```

```
 1                CERTIFICATE OF REPORTER
 2            I, Hanna Kim, a Certified Shorthand
 3   Reporter, do hereby certify:
 4            That prior to being examined, the witness
 5   in the foregoing proceedings was by me duly sworn to
 6   testify to the truth, the whole truth, and nothing
 7   but the truth;
 8            That said proceedings were taken before me
 9   at the time and place therein set forth remotely via
10   videoconference and were taken down by me in
11   shorthand and thereafter transcribed into
12   typewriting under my direction and supervision;
13            I further certify that I am neither
14   counsel for, nor related to, any party to said
15   proceedings, not in anywise interested in the
16   outcome thereof.
17            Further, that if the foregoing pertains to
18   the original transcript of a deposition in a federal
19   case, before completion of the proceedings, review
20   of the transcript [X] was [ ] was not requested.
21            In witness whereof, I have hereunto
22   subscribed my name.
23   Dated: 2/20/24
24
                          Hanna Kim
25                        CLR, CSR No. 13083
```

Page 240