# EXHIBIT 2

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   In re Wells Fargo Mortgage Discrimination
 6   Litigation.
 7
 8   CASE NO.:   3:22-cv-00990-JD
     _____
 9                      CONFIDENTIAL
10
11   VIDEOTAPED WEB CONFERENCE
12   DEPOSITION OF:    MARY DEE LEMAIRE
13   DATE:             Thursday, December 7, 2023
14   TIME:             10:05 a.m.
15   TIME ENDED:       3:17 p.m.
16   LOCATION:         78 Wentworth Street
17                     Charleston, South Carolina
18
19   REPORTED BY:
20   YVONNE R. THURSTON-BOHANNON
21   Registered Merit Reporter,
22   Certified Realtime Reporter
23   JOB No. 6315630
24
25   PAGES 1 - 177
```

Page 1

```
 1           Q.   You have previously -- I think your
 2     last position at Wells Fargo was senior vice
 3     president fair lending analytics compliance
 4     director; is that right?
 5           A.   Yes.
 6           Q.   Can you tell me what that means?
 7           A.   That means I was a compliance risk
 8     manager and managed a data and loan review team.
 9           Q.   You say a data and loan review team.
10     My understanding is -- I told you I was going to
11     cough.  I'm sorry if it's wrecking the ears of
12     people with headphones.
13                My understanding is that your team did
14     both data analysis and actual individual loan
15     reviews.  Is that correct?
16           A.   No.
17           Q.   Well, when you say that you oversaw a
18     team that did data and loan review, tell me what
19     you meant by that.
20           A.   We -- our -- our team as risk managers
21     determine what business practices we want
22     statistically analyzed by the risk modeling crew,
23     and we do conduct loan reviews based on that team's
24     results.
25           Q.   I understand.
```

Page 7

| | |
|---|---|
| 1 | So you and your team would tell a |
| 2 | different team at Wells Fargo the things that you |
| 3 | would like to have data analyses of, and then they |
| 4 | would do those analyses and report back to you; is |
| 5 | that fair? |
| 6 | A.   Yes. |
| 7 | Q.   And did you have any role at all in the |
| 8 | actual data analysis that was done or were you |
| 9 | simply requesting it and then reviewing it after |
| 10 | the fact? |
| 11 | A.   The latter. |
| 12 | Q.   And I take it that -- that the term |
| 13 | fair lending in your -- in your title -- your |
| 14 | former title referred to efforts to make sure that |
| 15 | people of different ethnic groups, different |
| 16 | genders, et cetera, were all treated fairly by |
| 17 | Wells Fargo.  Is that a fair way to put it? |
| 18 | A.   Yes. |
| 19 | Q.   How long were you doing that type of |
| 20 | work whether at Wells Fargo or -- or previously? |
| 21 | A.   Eight years. |
| 22 | Q.   How did you get into that? |
| 23 | A.   I was the credit risk manager at Wells |
| 24 | Fargo through the economic crisis, and my credit |
| 25 | risk background was deemed an excellent fit for the |

1  disparities between white applicants and black
2  applicants for home loans could be explained by
3  legitimate credit factors?
4      A.   Absolutely.  And that's what I
5  mentioned earlier, is that certain black applicants
6  aren't able to qualify based on legitimate credit
7  factors.
8      Q.   Okay.  Now, you're familiar with the
9  Bloom --
10     A.   Yes.
11     Q.   -- the Bloomberg article that came out?
12     A.   Yes.
13     Q.   When the Bloomberg article came out and
14 it showed that Wells Fargo in terms of raw numbers
15 was approving white applicants at a higher rate
16 than black applicants, were you shocked by that
17 number?
18     A.   I understood that number -- I
19 understood that it was a -- that Bloomberg using
20 HMDA data, the loans you mentioned, Chris, that
21 just using HMDA data does not -- you can't
22 determine whether there's any fair lending risk
23 from the HMDA data.
24     Q.   But you weren't surprised when the
25 Bloomberg figures showed that Wells Fargo was

Page 32

```
 1                    MS. GROVES:  Sure.
 2                    THE VIDEOGRAPHER:  We are off the
 3      record at 11:01 a.m., and this is the end of media
 4      unit number one.
 5                    (A recess transpired.)
 6                    (Mr. Bliss entered the deposition via
 7      Zoom.)
 8                    THE VIDEOGRAPHER:  We are back on the
 9      record.  This is the beginning of media unit number
10      two.  The time is 11:13.
11      BY MR. ARLEDGE:
12            Q.    Okay.  So we were on Exhibit 201
13      looking at the chart on the top of page four, and
14      we were talking about the different -- the
15      different rows, the different analyses that have
16      been done.  And I want to focus for a second on
17      the -- the two on the bottom.  One was "Additional
18      Credit Factors not in HMDA," and one was "Refined
19      Full."
20                    Let's start with this.  Do you know
21      what the additional credit factors were that were
22      not in HMDA but were you used to put together the
23      numbers on the third row of this chart?
24            A.    Yes.
25            Q.    What were they?
```

Page 43

```
 1          A.   They are in our larger deck in a
 2    different tab.
 3          Q.   You're saying that those are listed in
 4    a different document somewhere; is that what you're
 5    telling me?
 6          A.   Yes.
 7          Q.   Okay.  Do you remember what they are?
 8          A.   Not off the top of my head, no.
 9          Q.   I mean, I know that FICO was one of
10    them.  I guess what's most important to me is, Do
11    you or your team play any role in picking the
12    additional factors that were in HMDA that should be
13    considered?
14          A.   Yes.
15          Q.   What role did you and your team play?
16          A.   Knowing the credit policy and
17    conferring with modelers on the power of a --
18    the -- knowing whether a certain credit element
19    contributed more to being approved or denied.  Yes,
20    we conferred together on what those additional
21    factors should be.
22          Q.   Did you or your crew propose additional
23    factors that -- that may maybe Wells Fargo should
24    consider?
25          A.   Yes, that's -- that's one of our
```

Page 44

1   purposes is to try to similarly situate without.
2   So we want to be detective.  So we -- it isn't our
3   aim to explain everything away.  Our aim is to use
4   the most important factors that affect the
5   likelihood of being approved or not and then
6   investigate it by looking at loan files --
7   comparative loan files if we saw legitimate
8   objective factors that might help explain the
9   differences.
10        Q.   You started by saying that your aim is
11  not to explain everything away.  I take it you're
12  saying that the "everything" would be the
13  disparities?  Are you saying your aim was not to
14  explain away all the disparities?
15        A.   Right.  We will never be able to
16  perfectly similarly situate applicants.  There's
17  always going to be -- you know, in the industry
18  there's probably ten percent leeway with the
19  knowledge that -- with two very important reasons.
20  You -- you're always -- there's always credit
21  policy changes or you may find data that you didn't
22  have.
23            And then for the next analysis we would
24  take that into consideration, try to improve
25  that -- the model, because we do want to similarly

Page 45

1          MS. GROVES:  Objection.  Misstates
2     testimony.
3          THE WITNESS:  What I can tell you is
4     that for different time periods we model credit
5     policies.  We ascertain differences in protected
6     and non-protected class approval rates, and we're
7     concerned about every non-protected class.  And for
8     each time period there's a different set of
9     revolve -- results and it can vary by conforming or
10    non-conforming, VA.  It can always vary.
11         That's a statistic -- it's a
12    statistical, discreet, quantitative discipline.
13    I -- I can -- I know I cannot make generalizations.
14         Q.   Well, let me ask if you can make this
15    generalization.  Every time you and your group did
16    an annual analysis of approval rates that compared
17    white applicants and black applicants, you found
18    that white applicants were approved at a higher
19    rate, right?
20         A.   I don't remember.  I would actually
21    take out those reports and look at them.  Yeah, I'd
22    take them out and look at them to be sure of my
23    answer.
24         Q.   One of your primary job duties was to
25    look into differences in approval rates between

Page 48

CONFIDENTIAL

1            CERTIFICATE OF REPORTER
2
3         I, Yvonne R. Thurston-Bohannon, Registered
    Merit Reporter, Certified Realtime Reporter, and
4   Notary Public for the State of South Carolina at
    Large, do hereby certify:
5
          That the reading and signing of the
6   foregoing deposition by the witness was not
    requested.
7
          That the foregoing transcript was taken
8   before me on the date and at the time and location
    stated on page 1 of this transcript; that the
9   deponent was duly sworn to testify to the truth,
    the whole truth and nothing but the truth; that the
10  testimony of the deponent and all objections made
    at the time of the examination were recorded
11  stenographically by me and were thereafter
    transcribed; that the foregoing deposition as typed
12  is a true, accurate and complete record of the
    testimony of the deponent and of all objections
13  made at the time of the examination to the best of
    my ability.
14
          I further certify that I am neither related
15  to nor counsel for any party to the cause pending
    or interested in the events thereof.
16
          Witness my hand, I have hereunto affixed my
17  official seal December 29, 2023, at Columbia,
18  Richland County, South Carolina.
19
20  *[signature]*

21       Yvonne R. Thurston-Bohannon
22       Registered Merit
23       Reporter, CRR
24       My Commission expires
25       May 6, 2025


                                              Page 173