# EXHIBIT 4

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3

4   _____
                                 )
5                                )
    In re Wells Fargo Mortgage   )Case No.
6   Discrimination Litigation    )3:22-CV-00990-JD
                                 )
7                                )
    _____)
8

9

10

           -- C O N F I D E N T I A L --
11

12         DEPOSITION OF AARON BRAXTON
13          Tuesday, November 7, 2023
14               Volume I
15

16

17

18

19

20

21

22   Reported by:
     KATHLEEN E. BARNEY
23   CSR No. 5698
24

25

CONFIDENTIAL

Page 2

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

                                    )

5                                    )

     In re Wells Fargo Mortgage    )Case No.

6    Discrimination Litigation      )3:22-CV-00990-JD

                                    )

7    _____)

8

9

10          Deposition of AARON BRAXTON, Volume I, taken

11   on behalf of Defendant, beginning at 10:10 a.m. and

12   ending at 5:52 p.m. on Tuesday, November 7, 2023,

13   before KATHLEEN E. BARNEY, Certified Shorthand

14   Reporter No. 5698.

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

1      Q    When did your banking relationship with Wells

2   Fargo begin?

3      A    30 years ago.

4      Q    30 years ago would have been 1993?

5      A    Yeah, probably.  Yeah.                        11:17:55

6      Q    And what was the type of relationship you had

7   with Wells Fargo -- I just want to make sure I'm

8   clear.  Was it like a banking account?  Was it

9   loans?  Can you explain what the relationship was 30

10  years ago?                                           11:18:11

11     A    I had a savings account, checking account.

12     Q    So you had a savings and checking account

13  with Wells Fargo way back in 1993?

14     A    Yes.  Approximately 1993.

15     Q    Okay.  A few more questions here about the    11:18:51

16  complaint that I'm going to show you, and then we

17  can take our first break.

18          This is already marked as Exhibit 75 in this

19  case.

20          MR. ELLIS:  I have this.                       11:19:22

21          MS. NEWSOME:  Okay.

22  BY MS. NEWSOME:

23     Q    Mr. Braxton, can you tell me what this

24  document is?

25          Well, first, have you seen this document      11:19:27

1     A    Both of the mortgages.

2     Q    And when you say "paid bills on time," you're

3    just talking about bills that -- credit cards and

4    other bills?  You're not talking about the mortgage

5    as a bill, are you?                                11:48:28

6     A    The mortgage is absolutely the biggest bill.

7     Q    Understood.  I'm just trying to understand

8    what all is entailed here by "bills."

9     A    I paid all my bills on time.  And that

10   includes my two mortgages with Wells Fargo.        11:48:44

11    Q    Thank you.

12         Now, you say your banking relationship

13   started with Wells Fargo about 30 years ago, and

14   that was through a savings and checking account,

15   right?                                             11:49:07

16    A    Yes.

17    Q    Do you still have a savings and checking

18   account with Wells Fargo?

19    A    Yes.

20    Q    When did your relationship -- I'm sorry.      11:49:13

21         When did you acquire a loan with Wells Fargo?

22    A    In 2002.

23    Q    And that was in regard to what?

24         MR. ELLIS:  Objection.  Vague.

25         But you can answer.                           11:49:56

CONFIDENTIAL

1   bought by or -- I refinanced, if it's my

2   recollection, with New Freedom, and then Wells Fargo

3   purchased it from them.

4   BY MS. NEWSOME:

5       Q   Okay.  And when Wells Fargo purchased the          11:52:19

6   loan from New Freedom, as you can recall, were you

7   aware at that time that they made that purchase?

8       A   I was not aware until I received

9   documentation in the mail.

10      Q   But you received some documentation kind of      11:52:34

11  shortly after the purchase occurred?

12      A   Yes.  That said that this is -- your new loan

13  payment is going to be going to Wells Fargo.

14      Q   Okay.  When did you receive that

15  documentation?                                           11:52:47

16      A   I cannot --

17      Q   Okay.  Maybe just can you give me a year?  Do

18  you recall what year it was?

19      A   To the best of my recollection, it was 2002.

20      Q   Have you ever done any refinancing with Wells   11:53:19

21  Fargo prior to this lawsuit?

22      A   No.

23      Q   So in the 30 years that you've had a banking

24  relationship with Wells Fargo and have been -- and

25  then subsequently paying on your mortgage through        11:53:39

1     Wells Fargo, any other complaints of discrimination

2     in those years?

3         A    No.

4             Wait.   Let me -- you're talking about in

5     terms of my savings account, checking account?   Or      11:53:55

6     are you talking in terms of the loan?

7         Q    Yes.   So I'm talking about prior to this

8     lawsuit, you claim that you had a 20-year

9     relationship with Wells Fargo in paying on the

10    mortgage.   And then I found out that you had even a      11:54:14

11    prior relationship with them through savings and

12    checking, right?   You follow me on that?

13        A    Yeah.   Uh-huh.

14        Q    So in -- prior to this lawsuit, over your

15    entire banking relationship with Wells Fargo -- and      11:54:29

16    let me not say prior to this lawsuit.   Let me just

17    say prior to the point in which you sought to

18    refinance your home in August of 2019, prior to

19    that, any other claims on your behalf of

20    discrimination -- discriminatory practices that you      11:54:50

21    were subjected to by Wells Fargo?

22        A    So there would be no need.   I was giving them

23    my money.   I was -- as long as I was being a patron

24    of theirs, there would be no need for them to

25    discriminate.   So they didn't have to discriminate.     11:55:10

1          If I open up a checking account and I

2     maintained my balances, if I open up a savings

3     account and I put money into it, there's no need for

4     them to discriminate against me.  It's only when I

5     ask them to -- for something, based on a          11:55:24

6     relationship that I had with Wells Fargo, was I

7     discriminated against.

8          MS. NEWSOME:  I'm going to object as

9     nonresponsive.

10    BY MS. NEWSOME:                                   11:55:36

11    Q    So prior to August 2019 -- and you have given

12    us from August 2019 until -- for a couple years, you

13    say, you were subjected to discriminatory practices

14    from Wells Fargo.  That was your testimony earlier

15    today, right?                                     11:55:55

16    A    Yes.

17    Q    Prior to that, do you have any -- have you

18    made any complaints or have any experiences that you

19    were subjected to whereby Wells Fargo was

20    discriminating against you prior to that?         11:56:11

21          MR. ELLIS:  Objection.  Asked and answered.

22          THE WITNESS:  No.  They did not discriminate

23    against me.

24    BY MS. NEWSOME:

25    Q    All right.  Could you give the address of the   11:56:33

CONFIDENTIAL

Page 84

1      A    Yes.

2      Q    And all -- I just want to be clear.  All

3    payments are going to Wells Fargo?

4      A    Yes.

5      Q    All right.  I show you what I'm marking as      12:00:47

6    Exhibit 162.

7           (Exhibit 162 was marked for identification

8      and is attached hereto.)

9    BY MS. NEWSOME:

10     Q    Mr. Braxton, have you seen this document       12:01:26

11   before?

12     A    This is small print.  Oh, my God.

13          I have seen it.

14     Q    Okay.  Do you recognize this to be a note

15   dated February 14, 2003, for the property ████████     12:01:50

16   ██████████████, Los Angeles, where you are listed as

17   the borrower and the lender is First Magnus

18   Financial Corporation?  And your name would be on

19   the back here.

20     A    Yes.                                            12:02:10

21     Q    And this is February 14, 2003, right?

22     A    Yes.

23     Q    So do you recall what took place at this

24   time?  Because you did purchase your house in 2000,

25   you say.                                               12:02:25

CONFIDENTIAL

Page 85

```
 1       A    This is I guess -- this is -- it's a
 2   refinance, I guess.  Oh, the loan is at 6 percent.
 3   Yeah.
 4       Q    Okay.
 5       A    Yeah.                                    12:02:40
 6       Q    So this is a refinancing?
 7       A    This is -- I guess when I refinanced from
 8   Countrywide to these people, yeah.
 9       Q    And your name is on the back here, your
10   signature on the back page there?                12:02:55
11       A    Yes.
12       Q    And I'm -- and so now you know my -- a little
13   bit of my confusion as before when I was saying
14   2003, because I was looking at this note that says
15   2003.                                            12:03:21
16       A    Uh-huh.
17       Q    But you have confirmed today that you have
18   a -- you purchased the property in 2000 through
19   Countrywide organization?
20       A    Yeah.                                    12:03:34
21       Q    Okay.  All right.
22            I'll show you also just so we can get this --
23   to make sure we have accurate information here, I'm
24   showing you what I'm marking as Exhibit 163.
25   ////
```

CONFIDENTIAL

Page 86

```
 1              (Exhibit 163 was marked for identification

 2       and is attached hereto.)

 3    BY MS. NEWSOME:

 4       Q    Do you recognize this document?

 5       A    Yes.                                      12:04:23

 6       Q    Do you recognize this to be a deed of

 7    trust --

 8       A    Yes.

 9       Q    -- for the property of 4306 -- I just forgot

10    it that quick -- ███████████ --                   12:04:28

11       A    ████████████.

12       Q    ████████████.

13       A    Uh-huh.

14       Q    And this one is dated February 14, 2003,

15    correct?                                          12:04:37

16       A    Yes.  So I must have been mistaken.  Instead

17    of 2002, like I thought, then it was just refinanced

18    in 2003.  And Wells Fargo bought it in 2003 from

19    these people.

20       Q    Okay.  No issues with me.  I'm just -- these   12:04:58

21    are just documents I'm trying to make sure I --

22       A    Yeah, yeah.  Absolutely.

23       Q    Okay.

24       A    No, I just -- I'm looking at it and I thought

25    it was 2002, but I guess it was 2003.              12:05:07
```

1    friend or --

2        A    Yes.

3        Q    Your sister, I think it was you said?

4        A    Yes.

5        Q    Okay.  And have you ever been a class      01:17:55

6    representative in a lawsuit before, outside of this

7    one?

8        A    No.

9        Q    You mentioned earlier that in August of 2019

10   you called Wells Fargo and you were requesting      01:18:42

11   options related to refinancing your property at █████

12   ████████, correct?

13       A    I was requesting to refinance my home.  They

14   gave me the options.

15       Q    Okay.  And do you know -- can you recall who  01:19:00

16   it was that you talked to first?

17       A    I can recall that I talked to a male first, I

18   believe.

19       Q    You don't know his name?

20       A    I do not know his name, or don't recall.      01:19:12

21       Q    Okay.  So when you made that phone call

22   asking for -- asking to refinance your home, your

23   testimony is that someone responded with other

24   options?

25       A    Yes.                                          01:19:29

1    personally?

2      A   If it is in the discovery documents, then

3    yes.  I don't recall if -- I recall the denial

4    letters that I -- some of the denial letters that I

5    received.  I don't recall the application process.   01:25:12

6    You guys should have record of that.

7      Q   Right.  And my question was just a little bit

8    different.  I just was asking did you keep a record

9    of those mortgage application assistance -- sorry,

10   mortgage assistance application forms that you       01:25:33

11   submitted to Wells Fargo, did you always keep a

12   record of that?

13     A   I mean, I have them some -- I did.  But I

14   don't know where they are.

15     Q   Okay.  All right.                               01:25:43

16         I'm going to show you -- help me out here.

17   I'm not sure where we are.

18         MS. GROVES:  170.

19         MS. NEWSOME:  Thank you.

20   BY MS. NEWSOME:                                       01:25:55

21     Q   I'm going to show you what I'm marking as

22   Exhibit 170.

23         (Exhibit 170 was marked for identification

24     and is attached hereto.)

25   ////

CONFIDENTIAL

Page 116

BY MS. NEWSOME:

 1    Q    Mr. Braxton, do you recognize this document

 2  being a letter from you to a Wells Fargo

 3  representative dated August 23, 2019?

 4    A    Yes.                                    01:26:37

 5    Q    Okay.  So you confirm that you did, in fact,

 6  send this letter?

 7    A    Yes.

 8    Q    Do you remember how you sent it?  Was it via

 9  email or fax?                                  01:26:44

10    A    I do not remember.

11    Q    Before we get to this letter, one question I

12  have is, did you ever get an alert or a notification

13  that you had insufficient funds in your account

14  regarding to a payment in August?             01:27:02

15    A    No.

16    Q    So let's go through this.  Do you --

17        MR. ELLIS:  That was August of 2019, right?

18        MS. NEWSOME:  Uh-huh.  Yes.  My question,

19  yes.                                          01:27:21

20        MR. ELLIS:  Okay.

21  BY MS. NEWSOME:

22    Q    Here it says:

23            "In 2014, I began experiencing

24            serious" --                         01:27:28

1          And as a matter of fact, I was able, once

2    Wells Fargo started all of the discriminatory

3    practices that they were doing, including putting me

4    in that program that they put me in without my

5    permission, I took that money, that money, and I          01:36:35

6    paid the mortgage so that I didn't have any issues

7    with Wells Fargo in terms of them trying to

8    foreclose on my home.

9          So I think I answered your question very

10   thoroughly.                                              01:36:50

11   BY MS. NEWSOME:

12   Q    I'm going to show you what I'm marking as

13   Exhibit 171.

14        (Exhibit 171 was marked for identification

15    and is attached hereto.)                                01:37:25

16   BY MS. NEWSOME:

17   Q    Mr. Braxton, do you recognize this document?

18   A    Yes.

19        MR. ELLIS:  Objection.  The document is

20   incomplete.  And inauthentic.                            01:37:32

21   BY MS. NEWSOME:

22   Q    Well, Mr. Braxton, do you recognize this to

23   be the mortgage assistance application that you

24   submitted to Wells Fargo as of August -- dated

25   August 23rd, 2019?                                       01:37:52

Page 125

```
 1          MR. ELLIS:  Objection.  Foundation.
 2   Compound.
 3          THE WITNESS:  This is a replica of the
 4   mortgage application.  I don't know if this is the
 5   exact one.                                      01:38:05
 6   BY MS. NEWSOME:
 7      Q   Okay.  Well, let's just go through it.  This
 8   is -- your name is on the front here, Aaron Braxton,
 9   right?
10      A   Yes.                                      01:38:32
11      Q   And this is mailing address ███████████
12   ██████████████?
13      A   Yes.
14      Q   Okay.  And that's your email address,
15   ████████████@att?                               01:38:44
16      A   Where is that?
17      Q   Email address on the front page.
18      A   Yes, I see it.  Yes.
19      Q   All right.  Let's turn to the next page.
20   This is about your property.  Everything look good   01:39:02
21   there?
22          MR. ELLIS:  Objection.  Vague.
23   BY MS. NEWSOME:
24      Q   Anything that looks incorrect in that
25   section?                                        01:39:22
```

```
 1          MR. ELLIS:  Objection.  The question is
 2    compound.
 3          THE WITNESS:  No, nothing looks incorrect.
 4    BY MS. NEWSOME:
 5       Q    Okay.  It says about your employment, it      01:39:32
 6    says:
 7              "Are you, the borrower,
 8          employed?"
 9       A    Yes, I see that.
10       Q    And you write down, "No," right?             01:39:37
11       A    Yes.
12       Q    Okay.  At this time, August 23, 2019, were
13    you employed?
14       A    In terms of working for somebody, no.  I work
15    for myself.                                          01:39:59
16       Q    So you took this as meaning you've got to
17    work for somebody else in order to write "Yes" here?
18       A    Yes.  I took that as meaning am I employed,
19    am I employed by somebody, or did I have a current
20    job in terms of working for somebody.                01:40:29
21       Q    Okay.  And you wrote no, you were not
22    employed?
23       A    No.
24       Q    And then it says:
25              "When did you become unemployed?"          01:40:45
```

CONFIDENTIAL

Page 138

1    possible to put that in this explanation.

2    BY MS. NEWSOME:

3        Q    And you recall telling me earlier that you

4    disclosed that disability situation, because

5    remember you said you were just talking to them?    01:52:40

6        A    Uh-huh.

7        Q    Yes?

8        A    Yes.

9        Q    All right.  You do acknowledge that this

10   document in and of itself right here on this page    01:52:54

11   doesn't have your signature on it, on page 6 of 6?

12       A    Yes.

13       Q    Now, if we turn back on page -- well, there's

14   2 of 6 and then there's another page in here that's

15   a little blurry.  Can you make that out?    01:53:13

16       A    This page (indicating)?

17       Q    That page, yes.

18       A    Acknowledgment and Disagreement?

19       Q    Acknowledgment and --

20       A    I'm sorry.  Acknowledgement and Agreement.    01:53:27

21       Q    Okay.  And the rest of it is just not

22   legible.  Would you agree with me?

23       A    Correct, yes.

24       Q    But it does appear there is some type of

25   signature on this page?    01:53:38

CONFIDENTIAL

Page 139

```
 1      A    Yes.
 2      Q    All right.  But everything is illegible here.
 3  We don't really see the exact dates here.  Can we
 4  really make those out?
 5      A    No, I can't make those out.            01:53:46
 6      Q    Do you recall submitting this page or taking
 7  a picture of it and submitting it, uploading it?
 8          MR. ELLIS:  Objection.  Foundation.
 9  Speculation.
10          THE WITNESS:  I don't recall how I submitted  01:54:01
11  it to Wells Fargo, but I'm sure I did.
12  BY MS. NEWSOME:
13      Q    Do you remember taking a picture of a signed
14  document and trying to submit it that way?
15      A    No, I don't remember.                 01:54:18
16      Q    Okay.  Last thing on page 6 of 6, on that
17  first paragraph there, it says:
18              "All information in this
19          affidavit is true and accurate, and
20          the events identified are the reason  01:54:48
21          that I/we need to request a
22          modification of the terms of my/our
23          mortgage, short sale, or deed in lieu
24          of foreclosure."
25          Do you see that?                       01:55:02
```

CONFIDENTIAL

Page 140

```
 1     A    Yes.

 2     Q    Okay.  Do you remember signing this as of

 3  August 23, 2019?

 4     A    I don't remember signing it, but I'm sure I

 5  did.                                              01:55:13

 6     Q    So if you signed it, then you agreed that all

 7  the statements would be accurate?

 8     A    All the statements?

 9     Q    You agree that the affidavit that we just

10  looked at is true and accurate?                   01:55:24

11     A    No, it is not true and accurate.

12     Q    Well, I'm saying here it says in this first

13  paragraph, Number 1, when you signed this document,

14  you are telling Wells Fargo that the affidavit is

15  true and accurate, and the events identified are the  01:55:42

16  reason that you need to request a modification.

17     A    What I'm telling Wells Fargo is that is what

18  they told me, that is what they told me in order to

19  qualify for this loan.  So what I wrote in my

20  application to qualify for this particular          01:56:02

21  refinancing is what I put in this.  And what I

22  signed.

23     Q    And it's false.  Some of the information is

24  false?

25     A    Some of the information is false.          01:56:19
```

1   Verifying isn't losing documents and telling me that

2   I need to upload things over and over and over

3   again.  That is not what this statement is.

4       This statement is contacting employers,

5   verifying employers, salary information, may require    01:58:14

6   us to provide supporting documents.  That doesn't

7   mean supporting -- I took that to not mean

8   supporting documents over and over and over and over

9   and over again.  I took that to mean that this

10  should be a process that should take 30 days, 60       01:58:30

11  days.  I didn't think that Wells Fargo needed to

12  verify documents and lose documents and me upload

13  things over and over and over again, that it took a

14  year and a half verification process.

15      Q   You agree with me that that application is     01:58:50

16  missing information regarding your income?

17      MR. ELLIS:  Objection.  Foundation.

18  Speculation.  Incomplete document.

19      You can answer.

20      THE WITNESS:  This is missing -- yes.  This        01:59:08

21  is missing some of my income.  But that's not the

22  documentations that Wells Fargo was asking for over

23  and over and over again.

24  BY MS. NEWSOME:

25      Q   I show you what I'm marking as Exhibit 172.    01:59:21

```
 1            (Exhibit 172 was marked for identification
 2       and is attached hereto.)
 3   BY MS. NEWSOME:
 4       Q    Mr. Braxton, have you seen this document
 5   before?                                          02:00:06
 6       A    Isn't this the same document?  This is
 7   another document -- the same application that I
 8   filled out before?
 9       Q    No.  This is -- so if you look at the front
10   of it, it looks like a letter to you.  And so I'm   02:00:16
11   just talking about the front of it.
12       A    Yes.
13       Q    And do you recall receiving this document?
14       A    No.  I'm sure I did receive it.
15       Q    Okay.  So let's go through it.           02:00:36
16            It says August 26, 2019, a letter from Wells
17   Fargo to you regarding -- it says, "Request for
18   assistance."
19       A    Yes.
20       Q    Okay.  And here it says in the second     02:00:55
21   paragraph:
22            "We must receive the additional
23            information requested in the table
24            below by September 25, 2019."
25            Do you see that?                          02:01:07
```

```
 1      A    Yes.

 2      Q    Then it identifies the information that

 3   they're requesting?

 4      A    Yes.

 5      Q    So they are requesting IRS 4506-T.          02:01:12

 6           Do you see that?

 7           That's the first iteration of the document.

 8   It's kind of hard to find, but it's in the table.

 9   It says, "Aaron Braxton, IRS" --

10      A    Yeah.                                        02:01:26

11      Q    Okay.  And over here, it says, "Not yet

12   received" to the right.

13           Do you see that?

14      A    Yes.

15      Q    And then this next box tells you -- gives you  02:01:30

16   more information as to what Wells Fargo is seeking.

17           Do you agree with that?

18      A    Yes.

19      Q    Okay.  It says:

20           "Send a complete IRS Form 4506-T           02:01:45

21           signed and dated by each customer and

22           person who is contributing income to

23           the household, or submit your complete

24           most recent signed federal tax

25           returns."                                  02:02:00
```

CONFIDENTIAL

Page 145

1          Do you see that?

2     A    Yes.

3     Q    By this time, August 26, 2019, you didn't

4  have any problem with complying with that request,

5  did you?                                      02:02:06

6     A    No.

7     Q    Okay.  And then the next line, it says --

8  next document, it says, "Mortgage Assistance

9  Application."  It says, "Not yet received."  But

10  you've got to look below to see exactly what they're  02:02:16

11  talking about here.  It says:

12          "Please provide all completed

13          pages of the mortgage assistance

14          application with debts and expenses

15          signed and dated by all borrowers."  02:02:28

16          Do you see that?

17     A    Yes.

18     Q    You agree with me that the mortgage

19  application that we saw of August 23rd, 2019, was

20  not a complete application?                    02:02:41

21          MR. ELLIS:  Objection.  Foundation.

22  Speculation.

23          You can answer.

24          THE WITNESS:  I don't remember if it was

25  complete or not.                               02:02:48

CONFIDENTIAL

Page 146

```
 1    BY MS. NEWSOME:
 2        Q    We've already gone through that and you told
 3    me that some income was missing, that you did not
 4    disclose all of your income in the August 23rd,
 5    2019, application, right?                      02:03:00
 6            MR. ELLIS:  Objection.  Foundation.
 7    Speculation.
 8            THE WITNESS:  So, yeah, royalty -- and
 9    royalties are all speculative too.  So royalties,
10    residuals, that's all speculative in terms of --  02:03:12
11    but, no, I did not.
12    BY MS. NEWSOME:
13        Q    So the application would not have been
14    complete?
15            MR. ELLIS:  Objection.  Foundation.       02:03:20
16    Speculation.
17            You can answer.
18            THE WITNESS:  The application was complete in
19    terms of what I wrote and how I was instructed to
20    write it.                                         02:03:28
21    BY MS. NEWSOME:
22        Q    Then the next document it says here that
23    they're looking for is rental income.  And the
24    explanation is:
25            "Your next steps.  Please provide         02:03:38
```

1          a copy of your current signed and

2          dated lease agreement and one recent

3          month of bank statements, cancelled

4          checks or deposit slips or evidence of

5          security deposit."                    02:03:51

6          Do you see that?

7      A   Yes.

8      Q   Okay.  You didn't have any problem complying

9   with that request, did you?

10     A   No.                                    02:03:57

11     Q   And it looks to be that the rest of this is

12  just Wells Fargo including the documents that it

13  wanted you to fill out.

14         Do you see that where you were looking at

15  those pages?                                  02:04:19

16         And it has mortgage application, a blank one,

17  and then it goes on to have this 4506-T.

18         Do you see that?

19     A   Yeah.

20     Q   All right.  I show you -- and we'll take a    02:04:29

21  quick break shortly here.  Bear with me.  I'm trying

22  to get through a little bit more of this.

23         I show you what I'm marking as Exhibit 173.

24         MS. NEWSOME:  For the folks on Zoom, I

25  apologize, I'm not consistent here.  The Bates on    02:05:08

1    this document is WF-00123619.

2          (Exhibit 173 was marked for identification

3       and is attached hereto.)

4    BY MS. NEWSOME:

5       Q   Mr. Braxton, do you recognize this to be a          02:05:26

6    letter from Wells Fargo to you dated August 29,

7    2019, and the subject matter is, "Important Next

8    Steps For You"?

9       A   Yes.

10      Q   Do you remember receiving this particular          02:05:39

11   letter?

12      A   No, I don't remember, but I'm sure I did.

13      Q   And same as before.  We'll see a few more of

14   these.  It's saying some more documents are needed,

15   right?  Wells Fargo is saying that they need more          02:05:58

16   documents, right?

17      A   Yes.

18      Q   And when we get down to the documents that

19   they're saying they need, the first one here is

20   August 29th and the other one we looked at I believe      02:06:11

21   was August 26th -- or maybe 24th.  I think it was

22   26th.  So this is August 29th, and they're saying

23   IRS 4506-T.

24          Do you see that?

25      A   Yes.                                                02:06:26

1      Q    All right.  It says:

2           "Received but incomplete."

3      A    Yes, I see that.

4      Q    All right.  And then it gives you an

5  explanation as to why they're saying it's          02:06:32

6  incomplete.

7           "We received IRS Form 4506-T.

8           However, the tax form Number 1040 is

9           missing on line 6.  Box 6A needs to be

10          checked and the years requested are       02:06:46

11          incorrect.  Should be 12/31/2018,

12          12/31/2019 on line 9."

13          Do you see that?

14     A    Yes.

15     Q    Okay.  Did you dispute that this information  02:06:58

16  had been provided as of August 29, 2019?

17     A    I don't recall.  But I do believe that I

18  sent -- the document that I sent was complete.

19     Q    The next document is "Mortgage Assistance

20  Application," and it says, "Received but           02:07:26

21  incomplete."

22          And it says:

23          "We received the mortgage

24          assistance application.  However, it

25          is missing the signature on the last      02:07:35

1        page."

2        Do you see that?

3    A    Yes.

4    Q    And do you disagree with that reasoning as to

5   why your mortgage assistance application was        02:07:46

6   incomplete, considered incomplete?

7    A    I don't remember what the -- is that the one

8   you just showed me a few minutes ago?

9    Q    I'll be perfectly honest with you.  This

10   document doesn't tell you exactly which one they're   02:08:02

11   talking about, but as of August 29th, 2019, that's

12   the only one we see is the August 23rd, 2019.  So

13   I'm not -- I don't know.  If you don't know, that's

14   fine.

15    A    Yeah, I --                                      02:08:17

16    Q    Because on the August 23rd, 2019, you recall

17   we saw a page that appeared to have a signature, but

18   it was blurry?

19    A    Yes.

20    Q    But the last page did not have a signature?    02:08:29

21    A    If that's the page they're talking about,

22   then, yes, it didn't have a signature.

23        MR. ELLIS:  But the blurry page is dated

24   August 23rd.

25        MS. NEWSOME:  Mr. Ellis, you just can't do      02:08:43

CONFIDENTIAL

Page 152

1    it as an exhibit to the deposition.  All I'm telling

2    you is that the document says it's dated

3    August 23rd, but you're asking him about something

4    that happened on August 29th.

5         MS. NEWSOME:  Objection again to the          02:09:52

6    speaking.  And I'm going to say it seems like

7    coaching the witness.

8         Let me see if there's anything else I have on

9    this page here.  Let's see how many more we can do

10   real quick.                                        02:10:18

11        Give me ten minutes.  We're going to take a

12   break in a minute.

13   BY MS. NEWSOME:

14        Q   So let me show you what I'm marking as

15   Exhibit 174.                                       02:10:40

16             (Exhibit 174 was marked for identification

17        and is attached hereto.)

18   BY MS. NEWSOME:

19        Q   Mr. Braxton, same thing.  Do you recognize

20   this to be an October 1, 2019 letter from Wells    02:11:04

21   Fargo to you, with that subject matter, "Important

22   Next Steps For You"?

23        A   Yes.

24        Q   Okay.  And, as before, do you recall

25   receiving this particular letter?                  02:11:18

Page 153

```
1       A    Yes.
```

2       Q    Okay.  Again, they're writing you to follow

3   up on your recent request for assistance.  That's

4   what it says there?

5       A    Yes.                                    02:11:31

6       Q    Okay.  And then down here it talks about some

7   documents that are needed.

8       A    Yes.

9       Q    And Bates on this is WF-00123636.

10          The first document here is saying "Bank       02:11:45

11  Statements," and it says, "Not yet received"?

12      A    Yes.  I see that.

13      Q    It says:

14              "Please provide current bank

15              statements showing rent deposit or       02:11:55

16              copy of rental check, front and back."

17          Do you see that?

18      A    Yes.

19      Q    Do you dispute that at the time of October 1,

20  2019, that Wells Fargo did not have bank records      02:12:07

21  showing rent deposits?

22      A    To the best of my recollection, this is when

23  the chaos starts.

24          MS. NEWSOME:  I'll object as nonresponsive.

25          THE WITNESS:  So -- so this is because       02:12:31

CONFIDENTIAL

Page 154

1   everything by -- by October 1st, 2019, I had

2   uploaded everything that Wells Fargo had asked me

3   for.  So in terms of bank statements that they had

4   asked me for, I had uploaded everything to their

5   site.                                    02:12:51

6   BY MS. NEWSOME:

7       Q   And my question is slightly different.

8           You just said bank statements, but here,

9   remember, we're looking at the explanation of what

10  they're asking for specifically.  And here it says,  02:13:01

11  they're saying, we want bank statements showing rent

12  deposit or a copy of rental check, front and back.

13          So my question is, by this time of October 1,

14  2019, do you contend that you had provided Wells

15  Fargo bank statements showing a rent deposit or   02:13:21

16  rental check, front and back?

17      A   I absolutely had.

18      Q   And then the next thing, it says, "Benefits

19  Letter."

20          Do you see that?                 02:13:35

21      A   Yes.

22      Q   And it says:

23              "Please provide disability award

24          letter stating when disability will

25          start."                          02:13:42

```
 1          Do you see that?
 2      A    Yes.
 3      Q    You had not provided that by -- provided a
 4   benefits letter by October 1, 2019, had you?
 5      A    I don't remember if they asked for that.  So    02:13:52
 6   if they didn't ask for it, then, no, I did not
 7   provide.  But if they did ask for it, I absolutely
 8   did provide.  So I don't know whether or not they
 9   asked for that.  I don't know if that's an
10   additional document that they're now asking for.      02:14:09
11          From this letter, you can infer that this is
12   a document that they asked for because they're
13   saying it has not yet -- it says, "Not yet
14   received."  So if they asked for it, I absolutely
15   sent it to them.                                       02:14:28
16      Q    You didn't have a benefits letter during that
17   time, did you, October 1, 2019, a benefits award
18   letter?
19      A    What is the benefits -- oh, you're absolutely
20   right.  Because I didn't submit that to them until I   02:14:41
21   think a month later, sometime in October or
22   something like that.  You might be right.  I'm
23   not -- I'm not --
24      Q    Again, I'm not trying to trick you.  I'm just
25   saying we're going through each of these and I'm       02:14:58
```

CONFIDENTIAL

1    asking which ones you dispute.  And so I'm just

2    saying for the benefits letter showing an award

3    letter to you as to when the disability would start,

4    Wells Fargo had not received that by that time

5    because, in fact, you probably hadn't received it by      02:15:15

6    that time.

7         Would you agree with that?

8     A   I don't recall.

9     Q   So fair to say you don't know whether you

10   dispute that or not?                                       02:15:30

11    A   I don't know whether I dispute that specific

12   one or not.

13    Q   Okay.  And then it says -- borrower

14   correspondence says:

15         "Please confirm is Specloans                         02:15:36

16         mortgage 807 is for your rental

17         property and is the taxes and

18         insurance escrowed.  Please confirm if

19         wage income on 2018 tax return has

20         ended."                                              02:15:52

21         Do you see that?

22    A   Please confirm Specloans mortgage -- I don't

23   know what wage income is of 2019 tax return.

24        But in terms of the rental, the property and

25   taxes insurance are escrowed --                            02:16:14

CONFIDENTIAL

1    Q   Well, I haven't asked you a question yet.  I

2  just asked you, do you see that?

3    A   I'm sorry.  My bad.  I'm sorry.

4    Q   You're already going to the next thing.  I

5  understand.                                        02:16:25

6    A   I'm sorry.  Yes, I do see it.

7    Q   So my question to you is, this would be

8  considered additional information that they're

9  asking based on previous information that you have

10 disclosed to Wells Fargo.  Agreed?                 02:16:35

11   A   Absolutely.

12   Q   And so you don't dispute that Wells Fargo --

13 you know, you don't contend that Wells Fargo had no

14 right to ask for this information, right?

15   A   No, I don't contend that.               02:16:47

16   Q   Okay.  And, in fact, also with the benefits

17 letter, you agree that that is something that Wells

18 Fargo may want to consider regarding this request?

19   A   Yes, I agree with that.

20   Q   And then here on the back, last thing, it   02:17:00

21 says, "Financial Statement, Profit and Loss," and

22 it's asking you to provide current profit and loss

23 for writer business listed on 2018 tax returns,

24 Schedule C.

25       Do you see that?                        02:17:18

CONFIDENTIAL

Page 158

```
 1       A    Yes.
 2       Q    So what we do know from this document is that
 3   Wells Fargo does, in fact, have your 2018 tax
 4   return?
 5       A    Yes.                                    02:17:26
 6       Q    Because they're talking about it.
 7       A    Yes.
 8       Q    Okay.  And so as we saw before when we read
 9   it, additional information may be requested by the
10   servicer, right?  We read that.                  02:17:39
11       A    Yes.
12       Q    Based on the information you've already
13   provided in your 2018 tax return, it wasn't -- you
14   wouldn't contend it's discriminatory to ask for more
15   information regarding what is in your 2018 tax     02:17:55
16   return, would you?
17       A    No, I wouldn't.
18           MS. NEWSOME:  Okay.  I think we're at a good
19   stopping point for a break, a quick break, if we
20   will.                                            02:18:06
21           THE VIDEOGRAPHER:  The time is 2:18 p.m.
22           Off record.
23           (Recess.)
24           THE VIDEOGRAPHER:  The time is 2:26 p.m.
25           We're back on record.                    02:26:03
```

1    Exhibit 175.  And that is Bates WF-00126179.

2              (Exhibit 175 was marked for identification

3        and is attached hereto.)

4    BY MS. NEWSOME:

5        Q    Now, I'm already looking at your face,        02:27:41

6    Mr. Braxton.

7              So here's what I'm going to ask about this.

8    And I'm going to go back and ask -- well, you

9    mentioned before that you don't recall how you

10   submitted these materials to Wells Fargo.            02:27:58

11       A    Oh, I absolutely recall how I submitted them.

12   I -- Wells Fargo had a portal that I would upload

13   the documents to Wells Fargo on that portal.  So

14   that when they started saying, "We're not receiving

15   these documents," I said, "You absolutely are, and   02:28:18

16   how could you say that when they're time stamped on

17   your portal?"

18             And this letter is dated July something,

19   2019.  So if this is the awards letter that they

20   were requesting, this is the letter that was sent to  02:28:34

21   them.

22       Q    Understood.  We haven't gotten that far yet.

23       A    Oh, I'm sorry.

24       Q    So let's see if we can get through this

25   document.                                            02:28:48

CONFIDENTIAL

Page 161

```
 1      A    Yes.
 2      Q    And, look, if you can't, you can't.
 3           So the first thing I'm going to ask you is,
 4    do you recall sending Wells Fargo a document from
 5    Transamerica?                                    02:28:59
 6      A    Yes.
 7      Q    Okay.  And this one right here, as you said,
 8    you believe it says July of maybe 2019, but we do
 9    read the July on there, right?
10      A    We read the July.  I can see that it says   02:29:13
11    2019.
12      Q    Okay.  2019.  And that looks to be your name
13    there?
14      A    Yes.  Mr. Braxton.  Yes.
15      Q    All right.  And it says -- well, I don't    02:29:23
16    know.  Let's see if we can get through here.
17           Do you know what that first sentence says?
18    And if you don't, that's fine.
19      A    I --
20      Q    I can read the second sentence.  And I'll see  02:29:45
21    if you agree with me.  It seems like it says:
22              "Enclosed are forms for proof of
23           disability."
24           That's what it seems like to me.  If you
25    disagree with that --                            02:29:57
```

CONFIDENTIAL

Page 162

```
 1      A    Yes, I think that's what it says.

 2      Q    And then it says:

 3               "Each of the forms listed below

 4           should be" --

 5      A    Completed.                              02:30:09

 6      Q    -- "completed in its entirety."

 7           Do you see that?

 8      A    Yes.

 9      Q    Okay.  All right.

10           So we can confirm or deduce from that -- we   02:30:13

11      did a good job, I think -- that at least this is not

12      the awards letter because this is what Transamerica

13      is sending you requesting proof of your disability,

14      right?

15      A    Yes.                                    02:30:29

16               MR. ELLIS:  Objection.  Foundation.

17               THE WITNESS:  Sorry.  So sorry.

18               MR. ELLIS:  Give me a chance.

19               Objection.  Foundation.  Calls for

20      speculation.                                 02:30:34

21           You can answer.  You already did.

22               THE WITNESS:  I'm so sorry.

23      BY MS. NEWSOME:

24      Q    Well, yeah, I was going to say I have that

25      same problem, but I don't think I've ever been on   02:30:42
```

1    good as mine.

2       Q   Okay.  All right.  Let's do another one here.

3    Exhibit 179.

4          (Exhibit 179 was marked for identification

5       and is attached hereto.)                    02:49:48

6    BY MS. NEWSOME:

7       Q   Mr. Braxton, do you recognize this to be a

8    letter from you on your letterhead dated October 14,

9    2019, addressed to Ms. Mendez?

10      A   Yes.                                      02:49:58

11      Q   Okay.  And here it seems that you're

12   addressing the Transamerica information you received

13   from them.

14      A   Yes.

15      Q   Okay.  Now, let's go through this, because  02:50:07

16   this may provide a little bit of clarity as to what

17   we were looking at before.

18          You said:

19             "Unfortunately, I filed my claim

20          on the day my doctor signed my forms    02:50:17

21          and before the 90-day elimination

22          period is over."

23          Did I read that correctly?

24      A   Yes.

25      Q   It says:                                  02:50:25

```
 1              "This resulted in Transamerica

 2        closing my claim.  I was informed by

 3        them that I will have to refile the

 4        claim on November 13, 2019."

 5        Do you see that?                      02:50:34

 6    A    Yes.

 7    Q    Okay.  So does this refresh your memory that

 8  your claim was closed by Transamerica?

 9    A    Yes.

10    Q    And that you had to refile it on      02:50:44

11  November 13th, 2019?

12    A    That I had to refile -- wait.  Wait.  Did I

13  have to refile on November -- yes.

14    Q    Okay.  And you say as the last portion of

15  that second paragraph, the last portion of that, you  02:51:04

16  say:

17              "I refiled my paperwork on

18        November 13, 2019."

19    A    Yes.

20    Q    Okay.  So you say:                    02:51:12

21              "Once I refiled my paperwork."

22        Do you remember refiling your paperwork on

23  that day?

24    A    Yes.

25    Q    Okay.  You say:                       02:51:20
```

1              "In the meantime, I'm receiving

2         unemployment insurance" --

3    A    Yeah.

4    Q

5              "-- and have uploaded that          02:51:24

6         documentation to portal."

7    A    Yeah.

8    Q    Okay.  So now let me ask you this.  When did

9    you start receiving unemployment insurance?

10   A    I have no idea.                           02:51:35

11   Q    Okay.  Well, you agree with me, though, that

12   your unemployment insurance was not on that mortgage

13   assistance application that we looked at dated

14   August 23, 2019?

15        MR. ELLIS:  Objection.  Foundation.       02:51:47

16   Speculation.

17        THE WITNESS:  No, it was not.

18   BY MS. NEWSOME:

19   Q    Okay.

20   A    But it's not like I wasn't being truthful.  02:51:58

21   Because I put it in a letter, so they knew.  I put

22   it in the letter.  It's right there in black and

23   white.

24   Q    Understood.

25        And so then if they were to ask additional  02:52:08

1   questions about your income because this letter

2   conflicts with the August 23rd, 2019, you wouldn't

3   see any problem with that, would you?

4      A   Not at all.  Not at all.

5      Q   All right.  Let's see if we can get through a   02:52:21

6   few more of these here.

7          I show you what I'm marking as Exhibit --

8   now, let me ask you this, Mr. Braxton.  If you

9   refiled your benefits request with Transamerica on

10  November 13th, 2019, when did you receive your          02:52:58

11  awards letter?

12     A   I don't recall that.  But you guys should

13  have that into discovery evidence, because I did --

14  it should be -- not only should you have it in

15  discovery, but you should also have it in your         02:53:18

16  portal.  Because I sent it to you.  So you should

17  have it.

18     Q   Yeah.  And the reason why I ask is because we

19  do have a document, and we talked about it a few

20  minutes ago, and this was pretty legible so we         02:53:31

21  understand that.  I don't know what that document

22  is.  So I'm just asking on your memory, do you

23  recall receiving an awards benefit letter from

24  Transamerica shortly after you filed -- refiled for

25  the claim?                                              02:53:47

CONFIDENTIAL

Page 195

```
1    beginning, to lower the payments, lower the interest

2    rate.  So I did not have -- I did not see any

3    objection to paying the lower payments that were

4    provided for me.

5    BY MS. NEWSOME:                                    03:09:54

6        Q   Okay.

7        A   I would also add --

8            MR. ELLIS:  You've got to stop adding stuff.

9            THE WITNESS:  I know.  I'm sorry.

10           MR. ELLIS:  Let her ask the questions and     03:10:12

11   finish.

12           THE WITNESS:  Right.

13           MR. ELLIS:  And she can ask a new question.

14   Okay?

15           THE WITNESS:  Okay.                           03:10:15

16           MR. ELLIS:  You've got to stop adding stuff.

17           THE WITNESS:  Okay.

18   BY MS. NEWSOME:

19       Q   All right.  Mr. Braxton, I'm going to show

20   you what I'm marking as Exhibit 181.                  03:10:44

21           (Exhibit 181 was marked for identification

22       and is attached hereto.)

23   BY MS. NEWSOME:

24       Q   Okay.  Have you seen -- well, do you

25   recognize this to be a letter from Wells Fargo dated  03:11:08
```

```
 1    December 9, 2019, to you, with the loan number
 2    ending in 9384 and subject matter, "Important Next
 3    Steps For You"?
 4        A    Yes.
 5        Q    Same as the ones we saw before, we're going     03:11:21
 6    to start right with where Wells Fargo is asking for
 7    additional information.
 8            Do you see that down there?
 9        A    Where it says why documents are incomplete?
10        Q    Well, yeah.  Just the parts we've been          03:11:37
11    looking at before with other previous documents that
12    looked like this, right, where it says additional
13    information that they're seeking from you.  It
14    doesn't say that --
15        A    Oh, that's what I was looking at.              03:11:47
16        Q    I apologize.  It doesn't say that, but this
17    is where they tell you what is next for you to do,
18    right?
19        A    At the bottom?
20        Q    Yes.                                           03:11:55
21        A    Yes, I see it.
22        Q    Okay.  So the first thing here is "Mortgage
23    Assistance Application."  It says:
24            "Not yet received."
25            Do you see that?                                03:12:02
```

CONFIDENTIAL

1        A    No.   Where is that?

2        Q    Well, it's in the middle there.   It's not

3    directly at the bottom.   See, the bottom is saying:

4              "Documents we have received that

5         are incomplete."                          03:12:12

6        A    Oh, yes.   Yeah, yeah, yeah.

7        Q    So this one only has one section where

8    they're saying this is documents still needed.

9        A    Yes.

10       Q    And it says, "Mortgage Assistance        03:12:20

11   Application," right?

12       A    Yes.

13       Q    And then the next line -- couple of lines, it

14   tells you -- explains why they're asking for that.

15   It says:                                          03:12:29

16              "Please provide all completed

17        pages of the mortgage assistance

18        application with debts and expenses

19        signed and dated by all borrowers."

20        Do you see that?                             03:12:37

21       A    Yes.

22       Q    All right.   So as of December 9, 2019, do you

23   know how many mortgage assistance applications you

24   had submitted to Wells Fargo?

25       A    This would have probably been the second one.   03:12:49

CONFIDENTIAL

1       Q    Okay.  We've only looked at one and that is

2   August 23rd, 2019.  So if you have knowledge of

3   another one that you submitted between August 2019

4   and December 9th, would you provide that to your

5   attorney so they can provide it to us?        03:13:14

6       A    What I'm saying is that I filled out one.

7   Now you're asking for another one.  So this one --

8       Q    Oh, this one --

9       A    Yeah.

10      Q    -- would have been the second one?        03:13:22

11      A    Probably the second one.

12      Q    I understand now.  I understand.  Okay.

13          Now, but we discussed at that first -- well,

14  never mind.

15          All right.  Mr. Braxton, I'm showing you what  03:13:31

16  I'm marking as Exhibit 182.

17          (Exhibit 182 was marked for identification

18      and is attached hereto.)

19  BY MS. NEWSOME:

20      Q    Okay.  I recognize that you probably have not  03:14:30

21  seen this document before.

22      A    No.

23      Q    It is a Wells Fargo Internal Credit View.

24  I'm not asking you to authenticate this document.  I

25  just want to talk about some of the entries to see  03:14:42

CONFIDENTIAL

Page 208

1    So you should have that information.

2         I don't know -- that was three years ago.  I

3    don't know the specific person because I didn't

4    think that I was going to have an issue at that

5    particular time, so I didn't write down that          03:25:12

6    person's name.

7    Q    Showing you what I'm marking as Exhibit 184.

8         (Exhibit 184 was marked for identification

9         and is attached hereto.)

10   BY MS. NEWSOME:                                       03:25:33

11   Q    Mr. Braxton, do you remember receiving this

12   letter from Wells Fargo, dated January 22, 2020, in

13   regard to loan number ending in 9384 and subject

14   saying, "Important Next Steps For You"?

15   A    I probably received this letter.  I don't        03:25:59

16   remember receiving this specific letter.

17   Q    You don't dispute that you had received it?

18   A    No, I don't dispute that I received it.

19   Q    And same as before, going straight to the

20   middle of the page here where we're talking about     03:26:12

21   documents that's needed, do you see that?

22   A    Yes.

23   Q    Okay.  And so here on this January 22, 2020

24   letter, it says they're needing -- Wells Fargo is

25   needing mortgage assistance application.  It says:     03:26:25

1              "Received but incomplete."

2          Do you see that?

3      A   Yes.

4      Q   Okay.  And on the next line here, it says:

5              "Please provide all completed          03:26:34

6          pages of the mortgage assistance

7          application."

8          Do you see that?

9      A   Yes.

10     Q   Okay.  So this is pretty much the same       03:26:40

11     request as before in -- from December 9, 2019, that

12     letter that we just saw not too long ago.

13         Do you remember that?

14     A   Yes.  This would have been the third

15     application that I would have signed -- that I would  03:27:01

16     have applied for with Wells Fargo again.

17     Q   So now I'm fixing to ask the question I asked

18     before, which is, when did you submit that second

19     application?

20     A   Immediately after they asked me.              03:27:15

21     Q   Okay.  So there should be documentation that

22     you sent a second mortgage assistance application

23     between the time of December 9th, 2019, and

24     January 22, 2020?

25     A   Absolutely.  There should be -- there should  03:27:34

CONFIDENTIAL

```
 1    be -- and I said to them, "It's all being uploaded
 2    to your portal, so you -- it's all time stamped, so
 3    you should" -- and they kept telling me, "Well, it
 4    went to -- one application went to one loan and
 5    another application went" -- I'm like, "It's all        03:27:49
 6    labeled on your portal, so there should be no reason
 7    why any document should ever get lost."
 8        Q    Showing you what I'm marking as Exhibit 185.
 9             (Exhibit 185 was marked for identification
10        and is attached hereto.)                            03:28:26
11    BY MS. NEWSOME:
12        Q    Okay.  Mr. Braxton, here -- on this first
13    page here, it says, "Fax cover sheet."
14             Do you see that?
15        A    Yes.                                           03:28:31
16        Q    And is this your handwriting?
17        A    No.
18        Q    So this says January 22, 2020 to Mortgage
19    Department from you.
20             Do you see that?                               03:28:46
21        A    Yes.
22        Q    Do you know who filled this out?
23        A    Someone at the Wells Fargo -- remember, I
24    told you earlier that I started going to -- once
25    they told me that we're not -- we don't have these     03:28:59
```

1    documents, we don't know what happened to the

2    documents.  We don't know -- you need to sign -- all

3    of these things that they were saying, I started

4    going into the bank itself so that I had a

5    documentation stamped from Wells Fargo that said      03:29:13

6    that I was giving the documents to your bank so

7    there would be no discrepancy.

8        Q    Okay.  And that's what I'm asking.

9        A    Yeah.

10       Q    I'm asking -- so this would be the time where   03:29:25

11   you actually went in and they filled this out in

12   front of you and gave -- faxed the information to

13   the people that were asking for it?

14       A    Yeah.  I was starting to get fed up.  I was

15   starting to get fed up, so I said, well, how else      03:29:42

16   can I rectify this issue?  Oh.  Let me just go into

17   the bank so there's no discrepancy from me uploading

18   and them not receiving it or it disappearing.  So I

19   started going into the bank.

20       Q    Now -- now, we looked at these letters that    03:29:55

21   Wells Fargo is sending you, and at least the last

22   two letters we looked at, December 9th and

23   January 22nd, it's not saying it didn't receive the

24   application.  It's saying it was incomplete.

25            Do you remember that?                          03:30:12

CONFIDENTIAL

Page 212

```
 1      A    Yes.

 2      Q    So there's a difference between not receiving

 3   the information or the application and an

 4   application being incomplete.

 5         Wouldn't you agree?                         03:30:19

 6      A   I would agree.

 7      Q    Okay.  So let's look at this.  This would be

 8   an application that you submitted on January 22,

 9   2020.

10         MR. ELLIS:  Objection.  Mischaracterizes the   03:30:32

11   document.

12         THE WITNESS:  Oh, I'm so sorry.  I'm so

13   sorry.

14   BY MS. NEWSOME:

15      Q   It's okay.                                 03:31:03

16      A   I zoned out.  Okay.  Ask me the question one

17   more time.  I'm so sorry.

18      Q    So this is a -- this is a document -- excuse

19   me.  This is the mortgage assistance application

20   that you submitted on January 22, 2020?           03:31:15

21         MR. ELLIS:  Objection.  Mischaracterizes the

22   document.

23         THE WITNESS:  Yes, this appears to be the

24   document that I submitted again to Wells Fargo.

25   ////
```

1    BY MS. NEWSOME:

2        Q    Okay.  Now, let's go to the back here.  I

3    just want to address this real quick.

4            On this last page, you see it is signed.  Is

5    that your signature?                              03:31:39

6        A    Yes.

7        Q    Okay.  And the date here says August 22,

8    2020.

9        A    Yes.

10       Q    Okay.  Now --                            03:31:49

11       A    August 1st, right?

12       Q    No.  This says --

13       A    Where are you talking --

14       Q    No, the date that you're signing this

15   document, on the last page, is saying August 22,   03:31:58

16   2020.

17       A    Yes.

18       Q    Now, I'm just going to put it out there.  Do

19   you think that that was a mistake?

20       A    That was -- that was probably a mistake, yes.  03:32:08

21       Q    Okay.  So you don't dispute, then, that this

22   document would have been submitted to Wells Fargo by

23   you as of the date that is indicated on the front

24   here, January 22, 2020?

25           MR. ELLIS:  Objection.  Speculation.      03:32:24

```
 1    Mischaracterizes the document.

 2           THE WITNESS:  Ask it again?

 3    BY MS. NEWSOME:

 4       Q   So I'm just trying to make sure that you're

 5    not going to come to court and say, well, no, I       03:32:33

 6    submitted it August 22, 2020.  I'm just trying to

 7    make sure that we're in agreement that -- you have

 8    no reason to dispute that this would have been a

 9    document that you turned in as of January -- on

10    January 22, 2020?                                     03:32:47

11           MR. ELLIS:  Objection.  Speculation.

12    Compound.  Mischaracterizes the document.

13           THE WITNESS:  Yes, I probably submitted this

14    document in January.  January of 2020.

15    BY MS. NEWSOME:                                       03:33:02

16       Q   So let's go through very quickly here -- I

17    just want to point out a couple of things.

18           For the most part, it looks like this is the

19    same information that you submitted as of

20    August 23rd, 2019.                                    03:33:18

21       A   Correct.

22       Q   Would you agree with that?

23       A   Yes.

24       Q   So no additional income that's being

25    reflected here, right?                                03:33:27
```

```
 1        A    Correct.

 2        Q    On page 3 of 6.

 3        A    Correct.

 4        Q    But, in fact, we know now that you, through a

 5   letter you submitted to Wells Fargo as of this date,   03:33:35

 6   you are receiving unemployment benefits?

 7        A    Yes.

 8        Q    And those are not disclosed?

 9        A    Correct.

10        Q    Now, this 807 we've had trouble with.  And     03:33:44

11   you don't believe -- and I don't want to put words

12   in your mouth, but you don't believe that 807 is the

13   actual rental income that you received from the

14   property that your mother resides in?

15             MR. ELLIS:  Objection.  Mischaracterizes the   03:34:02

16   record and the testimony.

17             You can answer.

18             THE WITNESS:  I -- I submitted a lease to

19   you.  I don't believe that I put this number here.

20   I don't know.  I don't remember.  I don't remember.    03:34:21

21   807 is such a weird number to put.  But I did -- I

22   did submit a rental lease that has the rental income

23   on there.

24   BY MS. NEWSOME:

25        Q    Okay.  All right.  And over here it says:      03:34:40
```

CONFIDENTIAL

Page 216

```
 1              "Mortgage payment, 1,000."
 2         That's just an estimate, right?
 3     A    Yes.
 4     Q    Okay.  Same thing for the second mortgage
 5     payment, which is 500?                        03:34:52
 6     A    Yes.  That's a rough estimate.
 7     Q    Okay.  Any other -- and there's other -- do
 8     you -- you know, did you -- did you have credit
 9     cards?
10     A    Yes.                                      03:35:06
11     Q    Okay.  You agree with me that credit card
12     expenses is not listed here?
13     A    My credit card business?
14     Q    You -- no.  You will agree with me that
15     credit card expenses are not listed here?     03:35:19
16     A    Because I didn't have any.
17     Q    Okay.  You didn't have any debt, credit card
18     debt?
19     A    No, no.
20     Q    All right.  You didn't have any other       03:35:26
21     personal loans?
22     A    Personal loans?
23     Q    Yeah.
24     A    No.
25     Q    You didn't have any auto loans?            03:35:32
```

```
 1       A    In 2019, no.

 2       Q    No, I'm -- as of the date of this --

 3       A    No, no.

 4       Q    Okay.  And so we go to the next page.  Same

 5    information that you provided in the August 23,        03:36:11

 6    2019, mortgage assistance application, right?  On

 7    the next page here where you talk about --

 8       A    506?

 9       Q    Yeah.  The hardship, same verbiage there?

10       A    Yes.                                           03:36:28

11       Q    Okay.  And you signed this one, right?  We

12    see the signature on this one -- let me just say

13    that.  We see the signature here very legibly on

14    this January 22 application, correct?

15       A    Yes.                                           03:36:39

16       Q    Okay.  And the same information that says

17    you -- all information in this affidavit is true and

18    accurate, right?  You signed that agreement?

19       A    I signed that.

20       Q    And agreed to it?                              03:36:55

21       A    And --

22       Q    And agreed that all information in this

23    affidavit is true and accurate?

24       A    Yes, as instructed by -- as inferred by your

25    Wells Fargo representative.                            03:37:11
```

```
 1      Q   Glad you changed it to -- you knew I was
 2  going to ask you about that.  Okay.  All right.
 3          Okay.  So one more of these, Mr. Braxton.  I
 4  show you what I'm marking as Exhibit 186.
 5          (Exhibit 186 was marked for identification   03:37:36
 6      and is attached hereto.)
 7  BY MS. NEWSOME:
 8      Q   Okay.  Let's see if we can figure out this
 9  timeline very quickly here.
10          You received that January 22nd letter from   03:38:03
11  Wells Fargo that said we're still missing -- we
12  still want a completed mortgage assistance
13  application, right?
14      A   In January.
15      Q   In January.  But that letter was January 22,  03:38:17
16  2020.  We can go back and look at it.  You have it
17  there.
18      A   Yeah.  After I had already filled out an
19  application or two --
20      Q   Okay.                                          03:38:27
21      A   -- I received another one in January, yes.
22      Q   January 22nd?
23      A   Yes, exactly.
24      Q   And do you remember --
25      A   Wait.  Wait.  I'm sorry.  Just for           03:38:36
```

1   clarification.

2       Q    Sure.

3       A    I didn't mean to interrupt you.

4            I don't know if it was January 22nd -- oh,

5   here it is.  Yes, yes.  And I filled it back out the    03:38:46

6   same day.  Yes.

7       Q    That's what I'm getting to.  So you received

8   that -- so I'm just trying find the order.

9       A    Yeah.

10      Q    So you received the letter from Wells Fargo    03:38:55

11  January 22, 2020, and you immediately went up to the

12  office after that and submitted another one that

13  same day?

14      A    Yes.

15      Q    Okay.  Or another mortgage assistance    03:39:06

16  application that same day?

17      A    Yes, because I didn't want any issues.

18      Q    Okay.  All right.  So here we are.  And

19  there's another application that you have filled

20  out.  This is dated -- and if you look at the back    03:39:19

21  here where your signature is, this one is dated

22  February 10th, 2020.  Okay?

23           Do you remember filling out another one of

24  these?

25      A    Yes.  Like I said, I filled out several.    03:39:37

1    They kept asking for them, so I kept filling them

2    out and filling them out and filling them out.  So

3    this is yet another application, yes.

4        Q   So what I want you to do for me now is to

5    take Exhibit 186.  I think that's where we are.        03:39:54

6        A   Yes.

7        Q   And Exhibit 185.  And I want to look at them

8    side by side with you.  185.  That one right there

9    (indicating).

10       A   Okay.                                           03:40:06

11       Q   So let's go through these together.

12           So everything on the first two pages seems to

13   be the same.  Where we're going to talk about is

14   page 3 of 6.  Follow me?

15       A   Yes.                                            03:40:26

16       Q   Okay.  Now, what we can see is at least --

17   what we can see is at least on page 3 of 6 of both

18   of these documents, Exhibit 185 and Exhibit 186,

19   there's some differences there.

20           Agree with me?                                 03:40:42

21       A   Yes.

22       Q   Okay.  So first difference we see is on

23   Exhibit 186, which is the February application, of

24   2020, you are disclosing unemployment benefit income

25   of $220, right?                                        03:40:54

```
 1      A    Yes.
 2      Q    Okay.  And then we see that you have pension
 3   disability -- and I'm assuming that this is just
 4   your disability award here of $2,000?
 5      A    Yes.                                    03:41:10
 6      Q    Okay.  And on 186 we still have this 807.
 7   We're going to call it rental income.
 8      A    Yes.
 9      Q    And then we have checking accounts and cash
10   on hand.  You say 1,000 here for checking accounts  03:41:20
11   and cash on hand, correct?
12      A    Yes.
13      Q    And then for savings, you say $3,000?
14      A    Yes.
15      Q    Savings, money market funds, et cetera, that 03:41:29
16   category, you say $3,000, right?
17      A    Yes.
18      Q    Lot more income disclosed on this February
19   2020 application than the August 2019 application.
20           Wouldn't you agree?                     03:41:51
21      A    Yes.
22           MR. ELLIS:  Objection.  Vague.
23           THE WITNESS:  I'm sorry.
24   BY MS. NEWSOME:
25      Q    And then as to the January 22, 2020       03:41:55
```

1   application, it does not have some of the same

2   information that is in the February 10, 2020

3   application.

4        Do you agree with that?

5   A   Let me look.  I'm sorry.                    03:42:15

6        Correct.

7   Q   Don't you think that this would trigger some

8   questions from Wells Fargo as to what your income

9   actually is?

10       MR. ELLIS:  Objection.  Speculation.        03:42:31

11       THE WITNESS:  So I said that I'm an actor,

12  and we've already established in this deposition

13  that projects end.  So -- and so that's been asked

14  and answered in terms of projects being ended.  So

15  every time I'm going to get a new application,       03:42:52

16  they're going to ask me for another application,

17  there is absolutely and definitively a chance that

18  my income is going to change, that other things are

19  going to be added.

20       If this is a program that was supposed to be   03:43:10

21  for people that are -- that present a hardship, then

22  my previous applications should have been taken into

23  account.  But if you're going to -- if I tell you

24  that I'm an actor and I tell you that I'm a writer,

25  and I tell you that those -- that that is residual   03:43:31

```
 1    income, that's royalty income, there is a chance
 2    that every time I fill out a new application, you're
 3    going to get something else.
 4    BY MS. NEWSOME:
 5        Q    Mr. Braxton, as of January 22, 2020, you had    03:43:44
 6    funds in your checking account, did you not?
 7        A    Yes.
 8        Q    And you had funds in your savings account,
 9    did you not?
10        A    Yes.                                             03:43:56
11        Q    And it has nothing to do with accepting
12    projects and all of that.  You're sitting here today
13    saying you had funds in those accounts.
14        A    Yes.
15        Q    As of that date.                                03:44:07
16        A    I had the funds in those accounts prior to
17    that date, which is why you asked for my bank
18    statements and I sent them to you.
19        Q    And it's not here on this application?
20        A    Right.                                          03:44:16
21        Q    And you knew as of January 22, 2020, that you
22    were receiving unemployment benefits income?
23        A    If that's what I -- if that's what I wrote,
24    then --
25        Q    That's what you wrote in October --            03:44:32
```

1    A    Yeah.

2    Q    -- to Wells Fargo.  But you didn't put that

3    on this application.

4    A    Correct.

5    Q    And Wells Fargo continued to ask you -- and    03:44:38

6    we saw the documents -- in December 9, 2019, and

7    again on January 22, 2020, we need a completed

8    mortgage assistance application.  That's what Wells

9    Fargo was asking for, right?

10   A    Right.                                          03:44:55

11   Q    And you admit here today that those first two

12   applications were not complete?

13   A    Well, I sent -- no.  No.  I actually sent

14   them -- I screenshot the unemployment, I screenshot

15   that and uploaded it to your portal.               03:45:13

16   Q    Wells Fargo --

17   A    But it is not on this application.

18   Q    And Wells Fargo was asking for you to give

19   them a completed application, right?

20   A    Right.                                          03:45:25

21   Q    My last question on this -- well, maybe --

22   Mr. Braxton, when it comes to this February 10, 2020

23   mortgage assistance application, do you contend that

24   that application is complete?

25   A    I contend that all the applications were      03:46:20

CONFIDENTIAL

Page 299

1    Did you ever ask Wells Fargo to explain the

2    difference between a loan modification and refinance

3    application?

4        MR. ELLIS:  Objection.  Beyond the scope.

5        THE WITNESS:  So did I ever ask them to        05:44:42

6    explain the difference?  No, I did not.  I assumed

7    that it was just part of the -- it was a special

8    program within the refinancing cat.

9    BY MS. NEWSOME:

10       Q    Before you is a letter dated October 30th,    05:45:01

11   2019.

12       Do you see that?

13       A    Yes.

14       Q    And it was -- it's addressed to you by Wells

15   Fargo in regard to Account No. 1998.                 05:45:09

16       Do you see that?

17       A    Yes.

18       Q    Okay.  Do you recall receiving this letter?

19       A    I do not recall receiving it, but I am going

20   to probably affirm that I did receive it, especially  05:45:23

21   since the payments are the exact same payments that

22   are on my credit report.

23       Q    All right.  So this says:

24           "After carefully reviewing the

25           information you have provided, Wells        05:45:36

Page 300

```
 1          Fargo is pleased to inform you that
 2          you have been approved to enter into a
 3          plan under Wells Fargo home equity
 4          unemployment program."
 5          Do you see that?                        05:45:46
 6    A     Oh, I'm sorry.  Yes, yes, yes.
 7    Q     It says:
 8              "Please read this letter so that
 9          you understand the terms and
10          conditions of this plan -- of the      05:45:55
11          plan."
12          Do you see that?
13    A     Yes.
14    Q     Okay.  It says here:
15              "To accept or decline this offer,  05:46:01
16          please give me a call within 15 days
17          from the date at the top of this
18          letter."
19          Do you see that?
20    A     Yes.                                    05:46:07
21    Q     Okay.  Follow me thus far, right?
22          So it says:
23              "Once you accepted the offer,
24          please send us your payments by the
25          dates indicated below."                 05:46:15
```

1           And you see these payments?

2      A   Yes.

3      Q   Okay.  Mr. Braxton, did you, in fact, accept

4  this offer to have lower payments on this particular

5  loan ending in 1998?                              05:46:28

6      A   Absolutely.

7      Q   Okay.  Now, it says here:

8              "What you should know before

9          calling to accept this offer."

10         Do you see that?                          05:46:38

11     A   Yes.

12     Q   It says here on the first one:

13             "If you accept this offer, a

14         foreclosure sale may not occur as long

15         as you make your payments on time and    05:46:54

16         meet other requirements."

17         Do you see that?

18     A   Yes.

19     Q   It says:

20             "However, this offer ends with      05:46:58

21         any delayed payments."

22         Did you understand that?

23     A   "This offer ends with any delayed payments."

24     Q   Uh-huh.

25     A   Yes, I understand this.                   05:47:07

```
 1      Q    Okay.  And the second bullet point here:
 2           "If you accept this short-term
 3      assistance, it may impact your credit
 4      score.  See Section B."
 5      Do you see that?                          05:47:19
 6    A    Yes.
 7      Q    Did you read this document before you
 8  accepted the short-term assistance?
 9    A    I probably didn't read the entire -- in its
10  entirety.  I saw the 115 and I was very happy with   05:47:32
11  that.
12    Q    Understood.  But you testified earlier that
13  you were unaware and you didn't know why your credit
14  score was being dinged for making those payments.
15           Does this explain a little bit of that here?   05:47:47
16    A    We are offering -- if you accept -- it may
17  impact your credit score.
18    Q    And it says, "See Section B."
19    A    I see that, but it says "may."  It doesn't
20  say "will."  There's -- we can run -- it does say   05:48:01
21  "may."  So I was unaware that making those payments
22  was going to impact my credit score.
23    Q    Okay.  All right.  And Section B is on -- if
24  you keep rolling here, Wells Fargo provides
25  additional details regarding accepting the   05:48:27
```

CONFIDENTIAL

```
 1   assistance, correct?

 2       A   I'm sorry.  I --

 3       Q   If you scroll over -- I mean, turn over to

 4   Section B, because it says, "See Section B."

 5       A   "See Section B."                       05:48:40

 6       Q   Yep.  And if you keep turning over, you'll

 7   see a list --

 8       A   Where is Section B?  On the next page?

 9           MR. ELLIS:  Right here (indicating).

10           THE WITNESS:  Okay.                     05:48:53

11   BY MS. NEWSOME:

12       Q   It says:

13               "Choosing to accept this

14           assistance could negatively impact

15           your credit score.  We'll continue to  05:49:00

16           report the past due status of your

17           loan to the consumer reporting

18           agencies while you're receiving this

19           assistance."

20           Do you see that?                        05:49:11

21       A   Yes.

22       Q   So Wells Fargo did, in fact, tell you that it

23   was going to continue to report the past due status

24   of your loan to the consumer reporting agencies

25   while you were receiving that assistance, correct?   05:49:21
```

Page 304

1     A    That is in this document, yes.

2          MS. NEWSOME:  No further questions.

3

4                    FURTHER EXAMINATION

5    BY MR. ELLIS:                                05:49:28

6      Q    Yeah.  And Counsel didn't read the last

7    sentence, but I want to read it for you so you're

8    not misled.

9          And the last sentence says:

10              "We will also report the account      05:49:38

11         as paying under a partial or modified

12         payment agreement."

13         Do you see that in Section B of Exhibit 196?

14     A    Yes, I do see that.

15     Q    Now, take a look at Exhibit 195.  Do you see  05:49:55

16   anywhere on here where it says that you're being

17   paid under a partial or modified payment?

18     A    No.

19     Q    It doesn't say that at all, does it?

20     A    Not only that, but it also --            05:50:08

21     Q    Hold on.  I get to -- I went to law school.

22     A    So sorry, bro.

23     Q    All right.  And so, actually, what is on

24   Exhibit 196, it says, "PUP Forbearance Plan" at the

25   bottom of the document.                         05:50:21

CONFIDENTIAL

Page 308

1

C E R T I F I C A T E

2

3          I, the undersigned, a Certified Shorthand

4     Reporter of the State of California, do hereby

5     certify:

6              That the foregoing proceedings were taken

7     before me at the time and place herein set forth;

8     that any witnesses in the foregoing proceedings,

9     prior to testifying, were placed under oath; that a

10    record of the proceedings was made by me using

11    machine shorthand which was thereafter transcribed

12    under my direction; further, that the foregoing is

13    an accurate transcription thereof.

14             I further certify that I am neither

15    financially interested in the action nor a relative

16    or employee of any attorney of any of the parties.

17             IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19

20    Dated: 11/27/23

21

22

23

                 KATHLEEN E. BARNEY

24               CSR No. 5698

25