# EXHIBIT 5

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5   In re Wells Fargo Mortgage    )Case No.

6   Discrimination Litigation     )3:22-cv-00990-JD

7                                  )

8   _____)

9

10                 (CONFIDENTIAL)

11

12        VIDEOTAPED DEPOSITION OF BRYAN A. BROWN

13

14  DATE:            Tuesday, October 10, 2023

15  TIME:            9:59 a.m.

16  HELD AT:         Regus

17                   71 Raymond Road

18                   West Hartford, Connecticut

19

20

21  Reported by:

22  Sarah J. Miner, RPR, LSR #238

23  JOB No. 6109549

24

25  PAGES 1 - 126

                                    Page 1

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | high school. | 10:31 |
| 2 | A   Completed high school. | 10:31 |
| 3 | Q   Did you attend any college? | 10:31 |
| 4 | A   Some college. | 10:31 |
| 5 | Q   Where was that? | 10:31 |
| 6 | A   Central Connecticut State University. | 10:31 |
| 7 | Q   Do you have any degrees beyond high | 10:31 |
| 8 | school? | 10:31 |
| 9 | A   No. | 10:31 |
| 10 | Q   Can you tell me about your professional | 10:31 |
| 11 | background? | 10:31 |
| 12 | A   Can you elaborate? | 10:32 |
| 13 | Q   Sure.  I know from looking at the | 10:32 |
| 14 | documents that you had worked at the same place for | 10:32 |
| 15 | a long time as of October 2020.  But if you can | 10:32 |
| 16 | walk me through, if that was your first | 10:32 |
| 17 | professional job and how long you were there. | 10:32 |
| 18 | A   I don't think I heard it mentioned it like | 10:32 |
| 19 | that a professional job. Yes, I guess that was my | 10:32 |
| 20 | first professional jobs.  I had some jobs before | 10:32 |
| 21 | that. | 10:32 |
| 22 | Q   I have in these depositions where they had | 10:32 |
| 23 | jobs at Radio Shack or Burger King.  We don't need | 10:32 |
| 24 | to go there. | 10:32 |
| 25 | Where were you working in October 2020? | 10:32 |

Page 20

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | A | I was working at Kuegler Associates. | 10:32 |
| 2 | Q | What is Kuegler Associates? | 10:32 |
| 3 | A | A consulting engineering firm. | 10:32 |
| 4 | Q | What do you do for Kuegler Associates? | 10:32 |
| 5 | A | I design plumbing and electrical systems. | 10:32 |
| 6 | Q | How long have you worked there? | 10:32 |
| 7 | A | Since October of 2020 and still through | 10:33 |
| 8 | | the present. | 10:33 |
| 9 | Q | When did you start working there? | 10:33 |
| 10 | A | Full time was October 2020 [sic]. I think | 10:33 |
| 11 | | maybe a few months before that earlier in that year | 10:33 |
| 12 | | as part-time and then it transitioned to full time. | 10:33 |
| 13 | Q | Had you worked at Kuegler -- I thought I | 10:33 |
| 14 | | had seen somewhere in the notes you worked at | 10:33 |
| 15 | | Kuegler for 18 years, as of October 2020. Did I | 10:33 |
| 16 | | miss remember that? | 10:33 |
| 17 | A | I am sorry. 2002. Yes. | 10:33 |
| 18 | Q | Okay. I thought something was amiss. | 10:33 |
| 19 | A | Yes, I was very much full time at 2020. | 10:33 |
| 20 | Q | Got it. In October 2020, did you have an | 10:33 |
| 21 | | adjustment of your hours? | 10:33 |
| 22 | A | Yes. | 10:33 |
| 23 | Q | Can you tell me about that. | 10:33 |
| 24 | A | My son -- my first son had just been born, | 10:33 |
| 25 | | and I just wanted to have a few more hours at home | 10:33 |

Page 21

| | | |
|---|---|---|
| 1 | in the morning or in the afternoon, so I just | 10:34 |
| 2 | reduced my hours to be able to accommodate. | 10:34 |
| 3 | Q   Do you recall the time period that you had | 10:34 |
| 4 | the reduced hours? | 10:34 |
| 5 | A   When I started the reduced hours, probably | 10:34 |
| 6 | summer of 2020, just before his birth, and still | 10:34 |
| 7 | maintaining reduced hours. | 10:34 |
| 8 | Q   Now? | 10:34 |
| 9 | A   Now currently. | 10:34 |
| 10 | Q   So starting summer of 2020 and through the | 10:34 |
| 11 | present? | 10:34 |
| 12 | A   Yes. | 10:34 |
| 13 | Q   And what are your decreased hours? | 10:34 |
| 14 | A   I am working 32 hours. | 10:34 |
| 15 | Q   Where do you currently reside? | 10:34 |
| 16 | A   ▮▮▮▮▮▮▮   in Bristol. | 10:34 |
| 17 | Q   Is that the property you sought to | 10:34 |
| 18 | refinance in this lawsuit? | 10:35 |
| 19 | A   Yes, it is. | 10:35 |
| 20 | Q   When did you buy the property originally? | 10:35 |
| 21 | A   December of 2010 -- yes, December of 2010. | 10:35 |
| 22 | Q   It is a multi-unit property.  Is that | 10:35 |
| 23 | right? | 10:35 |
| 24 | A   Yes. | 10:35 |
| 25 | Q   Do you recall how much you paid for the | 10:35 |

Page 22

| | | |
|---|---|---|
| 1 | property in 2010? | 10:35 |
| 2 | A   Not an exact number.  204 or -- I think | 10:35 |
| 3 | the purchase was 204,000.  I could be a little off. | 10:35 |
| 4 | I want to say the finance amount was 197,000. | 10:35 |
| 5 | Somewhere in the 200,000 range. | 10:35 |
| 6 | Q   You got my next question.  So you financed | 10:35 |
| 7 | the purchase in 2010? | 10:35 |
| 8 | A   Yes. | 10:35 |
| 9 | Q   Do you recall what bank you obtained a | 10:35 |
| 10 | loan from originally in 2010? | 10:36 |
| 11 | A   Wells Fargo. | 10:36 |
| 12 | Q   In 2010? | 10:36 |
| 13 | A   Yes. | 10:36 |
| 14 | Q   Okay.  Do you recall who you worked with | 10:36 |
| 15 | at Wells Fargo in 2010? | 10:36 |
| 16 | A   No.  I worked with, I guess a private loan | 10:36 |
| 17 | officer, so I am not sure.  So maybe Wells Fargo | 10:36 |
| 18 | purchased the loan.  I really don't remember. | 10:36 |
| 19 | Q   When you say private loan officer, do you | 10:36 |
| 20 | mean a broker? | 10:36 |
| 21 | A   Yes, or someone working in a brokerage. | 10:36 |
| 22 | Q   So that I am clear, it seems like as we | 10:36 |
| 23 | have been talking your memory might have gone off a | 10:36 |
| 24 | little bit more. | 10:37 |
| 25 | So you don't think you obtained the loan | 10:37 |

Page 23

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | in 2010 from Wells Fargo? | 10:37 |
| 2 | A   I am not sure who or how the loan was | 10:37 |
| 3 | obtained.  But as far back as I can remember, my | 10:37 |
| 4 | payments have been made to Wells Fargo. | 10:37 |
| 5 | Q   Okay.  Is that the same loan you currently | 10:37 |
| 6 | have on ████████? | 10:37 |
| 7 | A   Yes, it is. | 10:37 |
| 8 | Q   And what type of a mortgage product is | 10:37 |
| 9 | that? | 10:37 |
| 10 | A   FHA. | 10:37 |
| 11 | Q   What is the term of the loan? | 10:37 |
| 12 | A   It is a 30-year. | 10:37 |
| 13 | Q   Do you currently own any other properties | 10:37 |
| 14 | besides ████████? | 10:37 |
| 15 | A   I do. | 10:37 |
| 16 | Q   What properties are those? | 10:37 |
| 17 | A   I own ████████████ in Bristol, | 10:37 |
| 18 | Connecticut. | 10:37 |
| 19 | Q   Any others? | 10:37 |
| 20 | A   No. | 10:37 |
| 21 | Q   In 2020, did you own any other properties? | 10:37 |
| 22 | A   Yes, in 2020, in addition to those two, I | 10:37 |
| 23 | also owned ████████████ in Plymouth, | 10:38 |
| 24 | Connecticut. | 10:38 |
| 25 | Q   Let's start with ██████████, if you don't | 10:38 |

Page 24

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1 | Q | Thomas? | 11:08 |
| 2 | A | Thomaston Savings Bank. | 11:08 |
| 3 | Q | Is that located here in Connecticut? | 11:08 |
| 4 | A | Yes. | 11:08 |
| 5 | Q | Why did you choose that bank? | 11:08 |
| 6 | A | My partner chose that one, but they are | 11:08 |
| 7 | smaller I think than Webster.  But I think she -- | | 11:08 |
| 8 | they were in Watertown where I work and she lives, | | 11:08 |
| 9 | and I don't know if she had some contacts or she | | 11:08 |
| 10 | just liked that bank, but there was nothing wrong | | 11:08 |
| 11 | with them. | | 11:08 |
| 12 | Q | Is that account now closed? | 11:08 |
| 13 | A | Yes, it is. | 11:08 |
| 14 | Q | When did you first become a Wells Fargo | 11:08 |
| 15 | bank customer? | | 11:08 |
| 16 | A | I have been a Wells Fargo bank customer | 11:08 |
| 17 | for longer than I think I can remember.  They | | 11:08 |
| 18 | purchased Wachovia.  I was a Wachovia member, so | | 11:08 |
| 19 | whenever that was. | | 11:08 |
| 20 | Q | Do you have any other loans besides the ▮ | 11:08 |
| 21 | ▮▮▮▮▮▮ with Wells Fargo? | | 11:09 |
| 22 | A | No. | 11:09 |
| 23 | Q | Do you have any credit cards with Wells | 11:09 |
| 24 | Fargo? | | 11:09 |
| 25 | A | No. | 11:09 |

Page 45



CONFIDENTIAL

| | | |
|---|---|---|
| 1 | I attempted to refinance. | 11:21 |
| 2 |     Q   And you said something about how since | 11:21 |
| 3 | Wells Fargo said no -- I don't want to put words in | 11:21 |
| 4 | your mouth.  I thought you said something to the | 11:21 |
| 5 | effect of if Wells Fargo said no, there was no | 11:21 |
| 6 | reason to apply anywhere else? | 11:21 |
| 7 |     A   Yes, I felt Wells Fargo had treated me | 11:21 |
| 8 | fairly and gave me a no, then I just kind of -- I | 11:21 |
| 9 | just made the assumption that somebody else would | 11:21 |
| 10 | have said no also. | 11:21 |
| 11 |     Q   Do you recall the reasons for the decline? | 11:21 |
| 12 |     A   I didn't recall then.  I do recall now. | 11:21 |
| 13 |     Q   Did you look at the denial letter | 11:21 |
| 14 | recently? | 11:21 |
| 15 |     A   I have seen the denial letter recently, | 11:21 |
| 16 | but that wasn't -- that wasn't where my | 11:21 |
| 17 | recollection stemmed from. | 11:22 |
| 18 |     Q   Where did your recollection stem from? | 11:22 |
| 19 |     A   So when I was deciding to refinance | 11:22 |
| 20 | ████████████, I did call the Wells Fargo lender | 11:22 |
| 21 | because it was a point of contact.  And he | 11:22 |
| 22 | remembered my name, and he dug into our first | 11:22 |
| 23 | dealings and he is the one who said that he saw the | 11:22 |
| 24 | debt to income, and that was my first recollection | 11:22 |
| 25 | of it. | 11:22 |

Page 53

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q   The first Wells Fargo contact, who was | 11:22 |
| 2 | that? | 11:22 |
| 3 | A   Brian Coughlin. | 11:22 |
| 4 | Q   How did you know Brian? | 11:22 |
| 5 | A   I only knew him through the October 2020 | 11:22 |
| 6 | refinance attempt.  He actually -- he cold-called | 11:22 |
| 7 | me, I think, and that is how I started dealing with | 11:22 |
| 8 | him. | 11:23 |
| 9 | Q   In October or the fall of 2020? | 11:23 |
| 10 | A   Yes. | 11:23 |
| 11 | Q   So you didn't know Brian before you | 11:23 |
| 12 | applied in 2020? | 11:23 |
| 13 | A   No, I did not. | 11:23 |
| 14 | Q   Have you kept up with Brian since then? | 11:23 |
| 15 | A   No.  Only when going through that process, | 11:23 |
| 16 | but no. | 11:23 |
| 17 | Q   Did you call him about ████████████? | 11:23 |
| 18 | A   Yes. | 11:23 |
| 19 | Q   And that was -- if you can help me | 11:23 |
| 20 | remember.  I can look through my notes.  You | 11:23 |
| 21 | refinanced ██████ this year, January, February? | 11:23 |
| 22 | A   So I probably would have called him | 11:23 |
| 23 | December of '22 or January of '23.  And I don't | 11:23 |
| 24 | know that I called him about any property | 11:23 |
| 25 | specifically.  I think I was just going back to one | 11:23 |

Page 54

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of the last loan officers I dealt with and trying | 11:23 |
| 2 | to just discuss numbers to kind of get a feel for | 11:23 |
| 3 | what I could accomplish. | 11:23 |
| 4 |     Q   Okay.  And how are your interactions with | 11:23 |
| 5 | Brian?  Is he friendly, respectful? | 11:24 |
| 6 |     A   Yeah, both. | 11:24 |
| 7 |     Q   So in January or December of the recent | 11:24 |
| 8 | interactions, what caused him to look back at the | 11:24 |
| 9 | older deal? | 11:24 |
| 10 |     A   I think just we had talked a couple of | 11:24 |
| 11 | times.  I think when he realized who I was, when I | 11:24 |
| 12 | told him we had spoken back in 2020, I think he | 11:24 |
| 13 | just went back into my file.  In one of our | 11:24 |
| 14 | conversations, he brought that up. | 11:24 |
| 15 |     Q   When he said the reason for the decline in | 11:24 |
| 16 | October of 2020 was debt to income, what was your | 11:24 |
| 17 | reaction? | 11:24 |
| 18 |     A   I don't know.  I think I just took it in | 11:24 |
| 19 | stride.  I was more concerned with moving forward. | 11:24 |
| 20 |     Q   What I am getting after is, did that | 11:24 |
| 21 | reason seem inaccurate to you? | 11:24 |
| 22 |     A   No, I didn't take it as inaccurate when he | 11:25 |
| 23 | told me. | 11:25 |
| 24 |     Q   Okay.  Does it seem inaccurate now? | 11:25 |
| 25 |            MR. BLISS:  Objection.  Lack of | 11:25 |

Page 55



Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL



Page 63

CONFIDENTIAL



Page  72

CONFIDENTIAL



Page  73

CONFIDENTIAL





Page 79

CONFIDENTIAL



Page 80

```
 1              C E R T I F I C A T E

 2

 3        I hereby certify that I am a Notary Public, in

 4   and for the State of Connecticut, duly commissioned

 5   and qualified to administer oaths.

 6        I further certify that the deponent named in

 7   the  foregoing deposition was by me duly sworn and

 8   thereupon testified as appears in the foregoing

 9   deposition; that said deposition was taken by me

10   stenographically in the presence of counsel and

11   reduced to typewriting under my direction, and the

12   foregoing is a true and accurate transcript of the

13   testimony.

14        I further certify that I am neither of counsel

15   nor related to either of the parties to said suit,

16   nor of either counsel in said suit, nor am I

17   interested in the outcome of said cause.

18        Witness my hand and seal as Notary Public the

19   18th day of October, 2023.

20

21

22   [signature]

23   Notary Public

24   My Commission Expires:

25   November 30, 2027
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127