1     *STIPULATING PARTIES SHOWN ON SIGNATURE PAGE*

2

3

4

5

6

7

8     **UNITED STATES DISTRICT COURT**

9     **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD |
| | Honorable James Donato |
| | **JOINT STIPULATION TO EXTEND THE PARTIES' DEADLINES ON MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE** |
| | [Filed Concurrently with Declaration of Dennis S. Ellis in Support of Joint Stipulation to Extend the Parties' Deadlines on Motion for Summary Judgment and Motions to Exclude] |
| | Trial Date: December 9, 2024 |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Wells Fargo Bank, N.A.

2 ("Wells Fargo") (collectively, "the Parties") hereby stipulate and request as follows:

3    WHEREAS, on July 25, 2024, Wells Fargo filed a Motion for Summary Judgment (ECF

4 No. 272);

5    WHEREAS, on July 25, 2024, Wells Fargo filed a Motion to Exclude Testimony of Leana

6 Golubchik (ECF No. 270), and Plaintiffs filed a Motion to Exclude the Testimony of Dr. Manuel

7 Adelino (ECF No. 266), a Motion to Exclude Certain Testimony of Dr. Marsha J. Courchane

8 (ECF No. 267), and a Motion to Exclude the Testimony of Dr. Kristen P. Lennox (ECF No. 268)

9 (collectively, the "Motions to Exclude");

10    WHEREAS, pursuant to the local rules, the Parties' respective oppositions to each motion

11 must be filed not more than 14 days after each motion was filed, and the Parties' respective replies

12 must be filed not more than seven days after each opposition is due.  N.D. Cal. L.R. 7-3(a), (c);

13    WHEREAS, the Plaintiffs' Opposition to the Motion for Summary Judgment is due on

14 August 8, 2024, and Wells Fargo's Reply is due on August 15, 2024, and the hearing is set for

15 October 10, 2024, at 10:00 a.m.;

16    WHEREAS, the Parties' Oppositions to the Motions to Exclude are due on August 8,

17 2024, and the Parties' Replies are due on August 15, 2024, and the hearing on the Motions to

18 Exclude filed by Plaintiffs is set for August 29, 2024, at 10:00 a.m., and the hearing on the Motion

19 to Exclude Leana Golubchik is set for October 10, 2024, at 10:00 a.m.;

20    WHEREAS, in light of the briefing schedule with respect to Wells Fargo's Motion for

21 Summary Judgment and the Parties' Motions to Exclude, the Parties have stipulated to an

22 enlargement of time for the Parties' respective Oppositions of an additional 21 days, thereby

23 permitting Plaintiffs to file their Opposition to Wells Fargo's Motion for Summary Judgment and

24 the Parties' to file their respective Oppositions to the Motions to Exclude no later than ***August 29,***

25 ***2024***;

26    WHEREAS, in light of the briefing schedule with respect to Wells Fargo's Motion for

27 Summary Judgment and the Parties' Motions to Exclude, the Parties have stipulated to an

28 enlargement of time for Wells Fargo to file its Reply in support of its Motion for Summary

Judgment and the Parties' to file their Replies in support of their respective Motions to Exclude for an additional 7 days, thereby permitting the Parties to file their Replies no later than ***September 12, 2024***;

WHEREAS, the Parties stipulate and agree to maintain the currently noticed hearing date on Wells Fargo's Motion for Summary Judgment and its Motion to Exclude and set the hearing dates for Plaintiffs' Motions to Exclude for October 10, 2024, at 10:00 a.m.

**WE SO STIPULATE.**

Respectfully submitted,

DATED:  July 30, 2024            ELLIS GEORGE LLP

By:    /s/ Dennis S. Ellis
                                 Dennis S. Ellis
                                 2121 Avenue of the Stars, 30th Floor
                                 Los Angeles, California 90067
                                 Telephone: (310) 274-7100
                                 On behalf of Plaintiffs as Interim Lead Counsel

DATED:  July 30, 2024            MCGUIRE WOODS LLP

By:    /s/ Alicia A. Baiardo
                                 Ava E. Lias-Booker (*pro hac vice*)
                                 Alicia A. Baiardo
                                 Jasmine K. Gardner (*pro hac vice*)
                                 Two Embarcadero Center, Suite 1300
                                 San Francisco, CA 94111-3821
                                 Telephone: (415) 844-9944
                                 Attorneys for Defendant Wells Fargo Bank, N.A.

DATED:  July 30, 2024            WINSTON & STRAWN LLP

By:    /s/ Amanda L. Groves
                                 Amanda L. Groves
                                 Kobi K. Brinson (*pro hac vice*)
                                 Stacie C. Knight (*pro hac vice*)
                                 333 S. Grand Avenue, 38th Floor
                                 Los Angeles, CA 90071
                                 Telephone: (213) 615-1700
                                 Attorneys for Defendant Wells Fargo Bank, N.A.

1

<u>**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**</u>

2

      Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence

3

in the filing of this document has been obtained from the signatories above.

4

DATED:  July 30, 2024               ELLIS GEORGE LLP

5

                          By:      */s/ Dennis S. Ellis*

6

                                Dennis S. Ellis
On behalf of Plaintiffs as Interim Lead Counsel

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Parties' schedules to file Oppositions and Replies to the following Motions are GRANTED:

| Oppositions/Replies | Current Deadline | Modified Deadline |
|---|---|---|
| Plaintiffs' Opposition to Wells Fargo's Motion for Summary Judgment | August 8, 2024 | August 29, 2024 |
| Wells Fargo's Reply ISO Motion for Summary Judgment | August 15, 2024 | September 12, 2024 |
| Plaintiffs' Opposition to Wells Fargo's Motion to Exclude Dr. Leana Golubchik | August 8, 2024 | August 29, 2024 |
| Wells Fargo's Reply ISO Motion to Exclude Dr. Leana Golubchik | August 15, 2024 | September 12, 2024 |
| Wells Fargo's Opposition to Plaintiffs' Motion to Exclude Dr. Marsha Courchane | August 8, 2024 | August 29, 2024 |
| Plaintiffs' Reply ISO Motion to Exclude Dr. Marsha Courchane | August 15, 2024 | September 12, 2024 |
| Wells Fargo's Opposition to Plaintiffs' Motion to Exclude Dr. Kristen P. Lennox | August 8, 2024 | August 29, 2024 |
| Plaintiffs' Reply ISO Motion to Exclude Dr. Kristen P. Lennox | August 15, 2024 | September 12, 2024 |
| Wells Fargo's Opposition to Plaintiffs' Motion to Exclude Dr. Manuel Adelino | August 8, 2024 | August 29, 2024 |
| Plaintiffs' Reply ISO Motion to Exclude Dr. Manuel Adelino | August 15, 2024 | September 12, 2024 |

DATED: _____, 2024

_____
HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE