1  ELLIS GEORGE LLP
Dennis S. Ellis (State Bar No. 178196)
2    dellis@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
3  Los Angeles, California 90067
Telephone: (310) 274-7100
4  Facsimile: (310) 275-5697

5  *Interim Lead Class Counsel*

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                                              Case No. 3:22-cv-00990-JD

11  *In re Wells Fargo Mortgage Discrimination*       Honorable James Donato
    *Litigation.*
12                                              **DECLARATION OF DENNIS S. ELLIS IN
                                                SUPPORT OF JOINT STIPULATION TO**
13                                              **EXTEND THE PARTIES' DEADLINES
                                                ON MOTION FOR SUMMARY**
14                                              **JUDGMENT AND MOTIONS TO
                                                EXCLUDE**
15
                                                [Filed concurrently with Joint Stipulation to
16                                              Extend the Parties' Deadlines on Motion for
                                                Summary Judgment and Motions to Exclude;
17                                              and [Proposed] Order]

18

19

20

21

22

23

24

25

26

27

28

2444263                                                    Case No. 3:22-cv-00990-JD

DECLARATION OF DENNIS S. ELLIS IN SUPPORT OF JOINT STIPULATION TO EXTEND THE PARTIES'
DEADLINES ON MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE

1

**<u>DECLARATION OF DENNIS S. ELLIS</u>**

2      I, Dennis S. Ellis, declare and state as follows:

3      1.      I am an attorney at law, duly admitted to practice before this Court and all courts in

4 the State of California.  I am a partner with Ellis George LLP, lead counsel and counsel of record

5 for Plaintiffs in this matter.  This declaration is being made in support of Plaintiffs' Joint

6 Stipulation to Extend the Parties' Deadlines on Motion for Summary Judgment and Motions to

7 Exclude pursuant to Civil Local Rule 6-2(a)(1)-(3).  Except as otherwise stated, I make this

8 declaration based on personal knowledge, and if called to do so, I could testify competently to the

9 information set forth below.

10      2.      On July 28, 2024, Plaintiffs' counsel proposed extending the time for Plaintiffs to

11 file their Opposition to Wells Fargo's Motion for Summary Judgment (ECF No. 272) and Motion

12 to Exclude Leana Golubchik (ECF No. 270) by 21 days due, in part, to the complexity of the

13 issues and the voluminous evidence filed in support thereof.

14      3.      On July 29, Wells Fargo's counsel agreed to Plaintiffs' proposal and requested that

15 the deadline extensions apply to Plaintiffs' Motion to Exclude the Testimony of Dr. Manuel

16 Adelino (ECF No. 266), Motion to Exclude Certain Testimony of Dr. Marsha J. Courchane (ECF

17 No. 267), and Motion to Exclude the Testimony of Dr. Kristen P. Lennox, (ECF No. 268), to

18 which Plaintiffs agreed.  Wells Fargo's counsel also proposed an additional seven days for both

19 parties to file their Replies.  The parties agreed that the Oppositions to Wells Fargo's Motion for

20 Summary Judgment and Motion to Exclude Dr. Golubchik and Plaintiffs' Motions to Exclude Drs.

21 Adelino, Courchane, and Adelino would be due August 29, 2024.  The parties also agreed that the

22 Replies to Wells Fargo's Motion for Summary Judgment and Motion to Exclude Dr. Golubchik

23 and Plaintiffs' Motions to Exclude Drs. Adelino, Courchane, and Adelino would be due

24 September 12, 2024.  The parties also agreed that the hearing on the aforementioned motions

25 would be heard on October 10, 2024.

26      4.      To date, Plaintiffs have only requested a modification of this Court's deadlines on

27 the joint stipulation to modify the scheduling order (ECF No. 166), the joint stipulation for motion

28 for class certification briefing schedule (ECF No. 196), and joint stipulation to reschedule July 11,

1   2024, hearing on motions, (ECF No. 257).  The proposed stipulated request to enlarge time for the

2   limited purpose of Plaintiffs' filing their Opposition to the Motion for Summary Judgment and the

3   Motion to Exclude Dr. Golubchik and the Parties' Oppositions to the Motions to Exclude and the

4   Parties' respective Replies will not affect any other deadlines in the matter, especially given that

5   the requested enlargement maintains the same hearing date as noticed by Wells Fargo's Motion for

6   Summary Judgment, and is merely 21 days more than that permitted by Civil Local Rule 7-3(a)

7   and merely seven days more than that permitted by Civil Local Rule 7-3 (c) and equally applied to

8   the Parties.

9          Executed this 30th day of July, 2024, at Los Angeles, California.

10          I declare under penalty of perjury under the laws of the State of California that the

11   foregoing is true and correct.

12

13                                          */s/ Dennis S. Ellis*
                                            Dennis S. Ellis
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DENNIS S. ELLIS IN SUPPORT OF JOINT STIPULATION TO EXTEND THE PARTIES'
DEADLINES ON MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE