1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**[PROPOSED] ORDER MAINTAINING UNDER SEAL EXHIBITS RELATED TO WELLS FARGO'S MOTION FOR SUMMARY JUDGMENT** |

# [PROPOSED] ORDER

Having considered Plaintiffs Bryan Brown, Aaron Braxton, Paul Martin, Gia Gray, Elretha Perkins, Terah Kuykendall-Montoya, Ifeoma Ebo, and Christopher Williams' ("Plaintiffs") Statement in Support of Maintaining Under Seal Exhibits Related to Wells Fargo's Motion for Summary Judgment, the Court hereby grants Defendant Wells Fargo Bank, N.A.'s ("Defendant") Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (ECF No. 271).

| Document | Information Sought to Be Sealed | Reason for Sealing | Ruling |
|---|---|---|---|
| Exhibit 18 to the Declaration of Amanda Groves in Support of Defendant's Motion for Summary Judgment ("Groves Decl."). | In its entirety | Reflects confidential financial information and private personally identifiable information. | |
| Exhibit 19 to the Groves Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. | |
| Exhibit 25 to the Groves Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. | |
| Pages 126-141 to the Declaration of Peter Strawser in Support of Defendant's Motion for Summary Judgment ("Strawser Decl."). | In its entirety | Reflects confidential financial information and private personally identifiable information. | |
| Pages 148-151 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. | |
| Pages 163-179 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable | |

| | | |
|---|---|---|
| Pages 230-242 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. |
| Pages 246-317 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. |
| Pages 321-326 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. |
| Pages 350-363 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. |
| Pages 449-463 to the Strawser Decl. | In its entirety | Reflects confidential financial information and private personally identifiable information. |

**IT IS SO ORDERED**.

DATED:

_____
THE HONORABLE JAMES DONATO
United States District Judge