# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: September 19, 2024                  Judge: Hon. James Donato

Time: 50 Minutes

| | |
|---|---|
| Case No. | **3:22-cv-00990-JD** |
| Case Name | **In re Wells Fargo Mortgage Discrimination Litigation** |

| | |
|---|---|
| Attorney(s) for Plaintiff(s): | Linda Friedman, Sue-Ann Robinson, Dalmacio Posadas, Noah Helpern, Dennis Ellis, Madeline Hassell, Trent Copeland, Jason Frank |
| Attorney(s) for Defendant(s): | Alicia Baiardo, Amanda Groves, Kobi Brinson, Ava Lias-Booker, Alan Schoenfeld |

Court Reporter: Kelly Shainline

Deputy Clerk: Jenny Galang

### PROCEEDINGS

Motions Hearing -- Held

### NOTES AND ORDERS

The Court will hold concurrent expert evidence proceedings for the FRE 702 motions. *See* Dkt. Nos. 243, 244, 266, 267, 268. The proceedings will involve these experts: Dante Jackson, Amanda Kurzendoerfer, Michael Wallace, Manuel Adelino, Marsha Courchane, and Carlyn Irwin. The parties are directed to propose by October 15, 2024, a schedule for the concurrent evidence proceedings with dates after January 10, 2025.

For plaintiffs' motion for sanctions against Wells Fargo, Dkt. No. 211, Wells Fargo is directed to pay reasonable travel costs incurred by plaintiffs' counsel for the cancelled deposition of witness Jackson. The question of whether further sanctions may be awarded in the form of attorney's fees is deferred pending resolution of Wells Fargo's request to exclude witness Jackson based on an alleged employment relationship.

The hearing on the motion for class certification, Dkt. No. 204, is continued pending further order.