1   STIPULATING PARTIES SHOWN ON SIGNATURE PAGE

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | *In re Wells Fargo Mortgage Discrimination Litigation* | Case No. 3:22-CV-00990-JD |
| --- | --- |
| | The Hon. James Donato |
| | **JOINT STIPULATION REGARDING CONCURRENT EXPERT EVIDENCE PROCEEDING** |

Pursuant to the Court's Minute Entry for the proceedings held on September 19, 2024, (Dkt. No. 302), Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "the Parties") hereby stipulate and request as follows:

WHEREAS, the Court has ordered a concurrent expert evidence proceeding for the Parties' motions pursuant to Federal Rule of Evidence 702. (Dkt. No. 302 (referencing, *inter alia*, motions to exclude Plaintiffs' experts Mr. Dante Jackson (Dkt. No. 243), Dr. Amanda Kurzendoerfer (Dkt. No. 244), and Mr. Michael Wallace (Dkt. No. 244), and Wells Fargo's experts Dr. Manuel Adelino (Dkt. No. 266), and Dr. Marsha Courchane (Dkt. No. 267);

WHEREAS, the Court has ordered that the concurrent expert evidence proceeding will involve Plaintiffs' experts Mr. Jackson, Dr. Kurzendoerfer and Mr. Wallace and Wells Fargo's experts Dr. Adelino, Dr. Courchane, and Dr. Carlyn Irwin.[1] (Dkt. No. 302);

WHEREAS, the Court directed the Parties to propose by October 15, 2024, a schedule for the concurrent expert evidence proceeding with dates after January 10, 2025. (Dkt. No. 302);

WHEREAS, the Parties have reviewed the Court's order regarding the procedure for concurrent expert evidence proceedings in prior cases, including the Court's Order re Concurrent Expert Witness Proceeding in *In re Capacitors Antitrust Litigation*, MDL Case No. 17-mc-02801-JD (Aug. 5, 2019), Dkt. No. 828 (the "*Capacitors* Order"); *see also In Re Google Play Store Antitrust Litigation*, Case No. 3:20-cv-05761-JD (Oct. 9, 2020), Dkt. No. 53 (Oct. 8, 2020 Case Mgmt. Conf. Minutes) ("The Court anticipates that it will hold concurrent expert proceedings, known informally as hot tubs, as it did in the *Capacitors* case, No. 14-3264. The parties are encouraged to review the orders entered there for guidance.");

WHEREAS, the Parties understand from the Court's prior orders that, subject to further guidance from the Court, the expert witnesses will meet and confer to prepare a joint statement that

---

[1] Although the Court's Order (Dkt. No. 302) mentions Dkt. No. 268 involving Plaintiffs' Motion to Exclude Defense Expert Kristen Lennox without identifying her by name, the Court's order excludes Dr. Lennox and Plaintiffs' expert Dr. Leana Golubchik from its list of experts to be involved in the concurrent expert evidence proceeding. (Dkt. No. 302.) Therefore, the Parties understand that Dr. Lennox and Dr. Golubchik will not attend the proceeding.

lists the top issues for disagreement by descending order of importance and that Counsel will file in advance of the concurrent expert evidence proceeding.  *See*, *e.g.*, *Capacitors* Order at 1;

WHEREAS, the Parties stipulate and agree and respectfully request that, subject to the Court's approval, Plaintiffs' experts Mr. Jackson, Dr. Kurzendoerfer, and Mr. Wallace and Wells Fargo's experts Dr. Adelino, Dr. Courchane, and Dr. Irwin shall meet and confer to prepare a joint statement that lists the top issues of disagreement, by descending importance.  Counsel will file the joint statement 21 days before the concurrent expert evidence proceeding;

WHEREAS, the Parties stipulate and agree and respectfully request that, subject to the Court's approval, the concurrent expert evidence proceeding be set for **February 12, 2025, at 10:00 am.**  The Parties further stipulate and agree that their experts will be available to participate in the concurrent expert evidence proceeding on the alternative dates of February 4, 5, 11, 18, 19, 25, 26, and 27, 2025; and

WHEREAS, in light of the Court's observations at the September 19, 2024 hearing that some of the Rule 702 motions "go to the heart of the case," (Dkt. No. 300, Tr. 4:12-18), the Parties respectfully propose, subject to the Court's views, that the December 12, 2024 hearings, (*see* Dkt. No. 277), for the motion for summary judgment (Dkt. No. 272) and Rule 702 motions (Dkt. Nos. 266, 267, 268, 269) be continued until after the concurrent expert evidence proceeding for the Rule 702 motions.

**Counsel Signatures on the Following Page**

1     **WE SO STIPULATE.**

2     Respectfully submitted,

3     Dated: October 15, 2024     By: */s/ Alan Schoenfeld*
    Alan Schoenfeld (*pro hac vice*)
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    Telephone: 212-230-8800
    Seth P. Waxman (*pro hac vice*)
    2100 Pennsylvania Avenue NW
    Washington, DC 20037
    Telephone: (202) 663 6800
    Attorneys for Defendant Wells Fargo Bank, N.A.

Dated: October 15, 2024     By: */s/ Alicia A. Baiardo*
    Ava E. Lias-Booker (*pro hac vice*)
    Alicia A. Baiardo
    Two Embarcadero Center, Suite 1300
    San Francisco, CA 94111-3821
    Telephone: (415) 844-9944
    Attorneys for Defendant Wells Fargo Bank, N.A.

Dated: October 15, 2024     By: */s/ Amanda L. Groves*
    Amanda L. Groves
    Kobi K. Brinson (*pro hac vice*)
    333 S. Grand Avenue, 38th Floor
    Los Angeles, CA 90071
    Telephone: (213) 615-1700
    Attorneys for Defendant Wells Fargo Bank, N.A.

Dated: October 15, 2024     By: */s/ Dennis S. Ellis*
    Dennis S. Ellis
    2121 Avenue of the Stars, 30th Floor
    Los Angeles, California 90067
    Telephone: (310) 274-7100
    On behalf of Plaintiffs as Interim Lead Counsel

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: October 15, 2024                  /s/ *Alicia A. Baiardo*
                                         Alicia A. Baiardo

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Parties' schedule for the concurrent expert evidence proceeding is GRANTED.

The expert witnesses are directed to meet and confer to prepare a joint statement that lists the top issues of disagreement by descending order of importance. Counsel shall submit the expert witnesses' Joint Submission 21 days before the concurrent expert evidence proceeding.

The concurrent expert evidence proceeding is scheduled for **February 12, 2025 at 10:00 am**.

The hearings on the motion for summary judgment (Dkt. No. 272) and the motions to exclude (Dkt. Nos. 266, 267, 268, 269) are continued pending further order.

DATED: _____

Honorable James Donato
United States District Judge