*COMPLETE LIST OF STIPULATING PARTIES SHOWN ON SIGNATURE PAGE*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | Case No. 3:22-cv-00990-JD |
| | Hon. James Donato |
| | **JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING MOTION FOR LEAVE TO FILE SUPPLEMENTAL REBUTTAL REPORT** |
| | Trial Date: Not set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "the Parties") hereby stipulate and request as follows:

**WHEREAS**, on December 13, 2024, Wells Fargo filed a Motion for Leave to File Supplemental Rebuttal Report ("Motion");

**WHEREAS**, the Parties agreed to a January 23, 2025, hearing date for the Motion;

**WHEREAS**, pursuant to the local rules, Plaintiffs' Opposition must be filed not more than 14 days after the Motion is filed, and Wells Fargo's Reply must be filed not more than 7 days after Plaintiffs' Opposition is due, N.D. Cal. L.R. 7-3(a), (c);

**WHEREAS**, Plaintiffs' Opposition would therefore be due on December 27, 2024, and Wells Fargo's Reply on January 3, 2025;

**WHEREAS**, to accommodate the winter holidays, the Parties have agreed to an enlargement of time to the briefing schedule provided by the local rules, such that Plaintiffs' Opposition shall be filed no later than January 6, 2025, and Wells Fargo's Reply shall be filed no later than January 16, 2025.

**WE SO STIPULATE**.

| | |
|---|---|
| Dated: December 18, 2024 | **WINSTON & STRAWN LLP** |
| | By: */s/ Amanda L. Groves* |
| |     Amanda L. Groves (SBN 187216) |
| |     agroves@winston.com |
| |     333 S. Grand Avenue, 38th Floor |
| |     Los Angeles, CA 90071 |
| |     Telephone: (213) 615-1700 |
| | |
| |     Kobi K. Brinson (*pro hac vice*) |
| |     kbrinson@winston.com |
| |     Stacie C. Knight (*pro hac vice*) |
| |     sknight@winston.com |
| |     300 South Tryon Street, 16th Floor |
| |     Charlotte, NC 28202 |
| |     Telephone: (704) 350-7700 |
| | |
| | Attorneys for Defendant Wells Fargo Bank, N.A. |
| Dated: December 18, 2024 | **MCGUIREWOODS LLP** |
| | By: */s/ Ava E. Lias-Booker* |
| |     Ava E. Lias-Booker (*pro hac vice*) |
| |     alias-booker@mcguirewoods.com |
| |     Alicia A. Baiardo (SBN 254228) |
| |     abaiardo@mcguirewoods.com |
| |     Jasmine K. Gardner (*pro hac vice*) |
| |     jgardner@mcguirewoods.com |
| |     Two Embarcadero Center, Suite 1300 |
| |     San Francisco, CA 94111-3821 |
| |     Telephone: (415) 844.9944 |
| | |
| | Attorneys for Defendant Wells Fargo Bank, N.A. |

Dated: December 18, 2024

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ *Seth P. Waxman*
    Seth P. Waxman (*pro hac vice*)
    seth.waxman@wilmerhale.com
    2100 Pennsylvania Avenue NW
    Washington, DC 20037
    Telephone: 202-663-6000

    Alan Schoenfeld (*pro hac vice*)
    alan.schoenfeld@wilmerhale.com
    7 World Trade Center
    250 Greenwich Street
    New York, New York 10007
    Telephone: 212-230-8800

Attorneys for Defendant Wells Fargo Bank, N.A.

Dated: December 18, 2024

**ELLIS GEORGE LLP**

By: /s/ *Dennis S. Ellis*
    Dennis S. Ellis (SBN 178196)
    dellis@ellisgeorge.com
    2121 Avenue of the Stars, Suite 3000
    Los Angeles, California 90067
    Telephone: (310) 274-7100

Interim Lead Class Counsel

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: December 18, 2024

WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
Amanda L. Groves

Attorney for Defendant Wells Fargo Bank, N.A.

**[PROPOSED] ORDER GRANTING STIPULATION**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2024

_____
Honorable District Judge
James Donato