UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In Re:   WELLS FARGO MORTGAGE
DISCRIMINATION LITIGATION.

No. 25-5262

D.C. No.
22-cv-00990-JD
Northern District of California,
San Francisco

CHRISTOPHER WILLIAMS, on Behalf of
Himself and All Others Similarly Situated,

Plaintiff - Petitioner,

v.

WELLS FARGO BANK, N.A.,

Defendant - Respondent.

ORDER

Before: CLIFTON and BRESS, Circuit Judges.

The motion (Docket Entry No. 7) for leave to file a reply in support of the

petition is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f);

*Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing

factors this court considers in analyzing a Rule 23(f) petition).