UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In Re: WELLS FARGO MORTGAGE DISCRIMINATION LITIGATION.

---

AARON BRAXTON; et al.,

    Plaintiffs - Petitioners,

v.

WELLS FARGO BANK, N.A.,

    Defendant - Respondent.

No. 25-5267

D.C. No. 22-cv-00990-JD
Northern District of California,
San Francisco

ORDER

Before: CLIFTON and BRESS, Circuit Judges.

Petitioners filed a notice of intent to publicly file Exhibit 16 to their petition for permission to appeal. *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. The clerk will therefore unseal the notice (Docket Entry No. 6) and file publicly Exhibit 16 (Docket Entry No. 7).

The motion (Docket Entry No. 12) for leave to file a reply in support of the petition is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).