ELLIS GEORGE LLP
Dennis S. Ellis (State Bar No. 178196)
  dellis@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Interim Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD |
| | Honorable James Donato |
| | **NOTICE OF SETTLEMENT; REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41; AND REQUEST TO BE RELIEVED AS INTERIM LEAD COUNSEL** |
| | [Stipulated Dismissal of Claims filed and served concurrently herewith] |

3138316.1

Case No. 3:22-cv-00990-JD

Pursuant to Local Rule 7-11, Plaintiffs Aaron Braxton, Paul Martin, Gia Gray, and Bryan Brown (collectively "Plaintiffs") notify this Court that they have settled any and all claims made as representative plaintiffs in the above-captioned case, and all known and unknown individual claims they have related to the allegations contained therein.  Further, the undersigned counsel for Plaintiffs ("Counsel"), notifies this Court that the confidential settlement agreement covers any and all parties represented by Counsel that were potential class members.  Given the foregoing, Counsel has resolved any and all claims related to all individuals he and his law firm represent with respect to the allegations alleged in this case, including Chantelle Harris who was identified in the Amended Consolidated Class Action Complaint [ECF 114, ¶ 148].  Therefore, by this administrative motion, Plaintiffs and their counsel seek the following relief:

1. The Court take notice of this settlement and relieve Plaintiffs of any obligation with respect to the Amended Consolidated Class Action Complaint;

2. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs request that their individual claims against defendant Wells Fargo Bank, N.A. ("Wells Fargo") be dismissed with prejudice;

3. Counsel be relieved as Interim Lead Counsel in this proceeding.

On March 18, 2022, plaintiff Aaron Braxton filed a class action complaint, alleging violations of the Equal Credit Opportunity Act, Fair Housing Act, 42 U.S.C. § 1981, and Unfair Competition Pursuant to Section 17200 of the California Business and Professions Code ("Section 17200") [ECF 1].  On Plaintiffs' behalf, a First Amended Complaint was filed adding additional allegations and plaintiffs Paul Martin, Gia Gray and Bryan Brown as additional proposed representative plaintiffs [ECF 14].

On February 22, 2023, this Court appointed the undersigned as Interim Lead Counsel for the putative class [ECF 111].  By order dated August 5, 2025, this Court denied the motion for class certification and indicated that it would resolve Plaintiffs' individual claims [ECF 328].

The parties have engaged in settlement discussions since that Order, and have reached a confidential settlement of Plaintiffs' individual claims.  Therefore, Plaintiffs have agreed to extinguish and dismiss any and all of their individual claims in this action, and pursuant to the

3138316.1                                                    -1-                                    Case No. 3:22-cv-00990-JD

confidential settlement agreement, Counsel no longer represents any plaintiff in this action or any member of the putative class.  As a result, to the extent the Court believes he still serves in the capacity of Interim Lead Counsel, Counsel asks the Court to relieve him of that role and obligation pursuant to this administrative motion.

Counsel understands that Wells Fargo has no objection to this motion and the requests contained herein, and the parties have agreed to a Stipulated Dismissal of Claims that is filed and served concurrently herewith.

DATED:  May 7, 2026                    ELLIS GEORGE LLP
                                       Dennis S. Ellis

                                       By:    _/s/ Dennis S. Ellis_
                                              Dennis S. Ellis
                                       Interim Lead Class Counsel

3138316.1

-2-                                                   Case No. 3:22-cv-00990-JD

NOTICE OF SETTLEMENT; REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41; AND REQUEST TO BE RELIEVED AS INTERIM LEAD COUNSEL