ELLIS GEORGE LLP
Dennis S. Ellis (State Bar No. 178196)
  dellis@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Interim Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD |
| | Honorable James Donato |
| | **STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO THE CLAIMS OF PLAINTIFFS AARON BRAXTON, PAUL MARTIN, GIA GRAY AND BRYAN BROWN** |

3138882.1

Case No. 3:22-cv-00990-JD

STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO THE CLAIMS OF PLAINTIFFS AARON BRAXTON, PAUL MARTIN, GIA GRAY AND BRYAN BROWN

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Aaron Braxton, Paul Martin, Gia Gray and Bryan Brown (collectively "Plaintiffs") and defendant Wells Fargo Bank, N.A., ("Wells Fargo") hereby submit this joint notice of dismissal of the above-entitled action with prejudice, with the referenced parties to bear their own costs and fees.

DATED:  May 7, 2026

ELLIS GEORGE LLP
Dennis S. Ellis

By: _____*/s/ Dennis S. Ellis*_____
Dennis S. Ellis
Interim Lead Class Counsel

DATED:  May 7, 2026

PROSKAUER ROSE LLP
Bart H. Williams

By: _____*/s/ Bart H. Williams*_____
Bart H. Williams
Attorneys for Defendant Wells Fargo Bank, N.A.

STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO THE CLAIMS OF PLAINTIFFS AARON BRAXTON, PAUL MARTIN, GIA GRAY AND BRYAN BROWN

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED:  May 7, 2026                    ELLIS GEORGE LLP

By:   _/s/ Dennis S. Ellis_____
                Dennis S. Ellis
        Interim Lead Class Counsel