**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation* | CASE NO. 3:22-cv-00990-JD |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DIRECT WELLS FARGO TO RE-FILE ITS MOTION FOR SUMMARY JUDGMENT DIRECTED TO CHRISTOPHER WILLIAMS** |
| | Hearing: |
| | Date: June 18, 2026 |
| | Time: 11:00 a.m. |
| | Place: Courtroom 11, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Ave., San Francisco, CA 94102 |
| | Judge: Hon. James Donato |
| | ACTION FILED: February 17, 2022 |

**[PROPOSED] ORDER**

This matter comes before the Court on the Plaintiff's Motion to Stay this action for 60 days. Having reviewed the Motion and supporting Declaration, the Motion to Stay is hereby **GRANTED** as follows:

This action is stayed for 60 days, until July 7, 2026.

No later than July 7, 2026, the parties shall file a status report regarding the progress of any negotiations.

*[Alternatively*,

*Wells Fargo is directed to re-file a motion for summary judgment directed solely to*

CASE NO. 3:22-CV-00990
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DIRECT WELLS FARGO TO RE-FILE ITS MOTION FOR SUMMARY JUDGMENT DIRECTED TO CHRISTOPHER WILLIAMS

*Christopher Williams individually, to which Williams will be entitled to respond through his retained counsel. The parties shall submit a proposed briefing schedule no later than seven days from this order.]*

**IT IS SO ORDERED.**

DATED: _____

_____

Honorable James Donato

United States District Judge