ELLIS GEORGE LLP
Dennis S. Ellis (State Bar No. 178196)
  dellis@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

*Interim Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation*. | Case No. 3:22-cv-00990-JD |
| | Honorable James Donato |
| | **OBJECTION TO MOTION TO STAY, OR IN THE ALTERNATIVE, TO DIRECT WELLS FARGO TO RE-FILE ITS MOTION FOR SUMMARY JUDGMENT DIRECTED TO CHRISTOPHER WILLIAMS** |

Pursuant to Civil Local Rule 7-3(a), Plaintiffs Aaron Braxton, Paul Martin, Gia Gray, and Bryan Brown (collectively, the "Settled Plaintiffs") respectfully submit this objection to the form of the Proposed Order filed by Plaintiff Christopher Williams in connection with his Notice and Motion to Stay or, in the Alternative, to Direct Wells Fargo to Re-File its Motion for Summary Judgment Directed to Christopher Williams [ECF No. 340].

Although Mr. Williams' motion is clear that it applies only to himself and others represented by his counsel, Stowell & Friedman, Ltd., and associated counsel, his Proposed Order would stay "this action" and thus is inadvertently overbroad. Settled Plaintiffs submit this limited opposition and respectfully request that any order granting Mr. Williams's motion be revised to make clear that any stay applies only to Mr. Williams and others represented by his counsel, and not to the Settled Plaintiffs or their pending requests.

3145311.1

Case No. 3:22-cv-00990-JD

OBJECTION TO MOTION TO STAY, OR IN THE ALTERNATIVE, TO DIRECT WELLS FARGO TO RE-FILE ITS MOTION FOR SUMMARY JUDGMENT DIRECTED TO CHRISTOPHER WILLIAMS

On May 7, 2026, the Settled Plaintiffs filed a Notice of Settlement; Request for Dismissal Pursuant to Federal Rule of Civil Procedure 41; and Request to be Relieved as Interim Lead Counsel [ECF No. 337], notifying the Court of their settlement with defendant Wells Fargo Bank, N.A. ("Wells Fargo") and asking the Court to: (1) take notice of their settlement and relieve them of any obligation with respect to the Amended Consolidated Class Action Complaint; (2) dismiss with prejudice their individual claims against Wells Fargo; and (3) relieve their counsel as Interim Lead Counsel in this proceeding.

Accordingly, Settled Plaintiffs respectfully request that the Court revise any order granting Mr. Williams's motion to make clear that any stay applies only to Mr. Williams and others represented by his counsel, and does not stay, delay, or otherwise affect the Settled Plaintiffs, their settlements with Wells Fargo, their pending request for dismissal, their request that counsel be relieved as Interim Lead Counsel, or the administrative relief requested in ECF Nos. 337 and 338.

Settled Plaintiffs further respectfully request that the Court grant the administrative motions and requests reflected in ECF Nos. 337 and 338, including dismissal with prejudice of the Settled Plaintiffs' individual claims against Wells Fargo and relief of their counsel as Interim Lead Counsel.

DATED: May 12, 2026

ELLIS GEORGE LLP
Dennis S. Ellis

By:     */s/ Dennis S. Ellis*
Dennis S. Ellis
Interim Lead Class Counsel

3145311.1

-2-

Case No. 3:22-cv-00990-JD

OBJECTION TO MOTION TO STAY, OR IN THE ALTERNATIVE, TO DIRECT WELLS FARGO TO RE-FILE ITS MOTION FOR SUMMARY JUDGMENT DIRECTED TO CHRISTOPHER WILLIAMS