# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation*. | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41; AND REQUEST TO BE RELIEVED AS INTERIM LEAD COUNSEL** |

The administrative motion, Dkt. No. 337, is granted.

The Court takes notice of the settlement among Plaintiffs Aaron Braxton, Paul Martin, Gia Gray, and Bryan Brown ("Plaintiffs") on the one hand, and defendant Wells Fargo Bank, N.A. ("Wells Fargo") on the other hand.  As a result of the confidential settlement, the Court relieves Plaintiffs of any obligation with respect to the Amended Consolidated Class Action Complaint.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs' request that their individual claims against Wells Fargo be dismissed with prejudice, is granted.

Counsel for Plaintiffs is hereby relieved as Interim Lead Counsel in this proceeding.

**IT IS SO ORDERED**.

DATED:  May 14, 2026

_____
JAMES DONATO
United States District Judge

3138367.1

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41; AND REQUEST TO BE RELIEVED AS INTERIM LEAD COUNSEL

Case No. 3:22-cv-00990-JD