Marc E. Dann*
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
Tel: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Ifeoma Ebo*


EVANGELISTA WORLEY, LLC
James Evangelista*
10 Glenlake Parkway, South Tower Suite 130
Atlanta, GA 30328
Telephone: (404) 205-8400

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Terah Kuykendall-Montoya*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Discrimination Litigation.* | Case No. 3:22-cv-00990-JD<br><br>Honorable James Donato<br><br>**STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO THE CLAIMS OF PLAINTIFFS IFEOMA EBO AND TERAH KUYKENDALL-MONTOYA** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ifeoma Ebo and Terah Kuykendall ("Plaintiffs") and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") hereby submit this joint notice of dismissal of the above-entitled action with prejudice, with the referenced parties to bear their own costs and fees.

DATED:  June 1, 2026

DANNLAW
    Marc E. Dann

By:     */s/Marc E. Dann*
       Marc E. Dann
Counsel for Plaintiff, Ifeoma Ebo

DATED:  June 1, 2026

EVANGELISTA WORLEY, LLC
    James Evangelista

By:     */s/James Evangelista*
       James Evangelista
Counsel for Plaintiff, Terah Kuykendall-Montoya

DATED:  June 1, 2026

PROSKAUER ROSE LLP
    Bart H. Williams

By:     */s/Bart H. Williams*
       Bart H. Williams
Attorneys for Defendant Wells Fargo Bank, N.A.

Case No. 3:22-cv-00990-JD
STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO THE CLAIMS OF IFEOMA EBO AND TERAH KUYKENDALL-MONTOYA

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED:  June 1, 2026                     DANNLAW


By:     */s/Marc E. Dann*
                    Marc E. Dann
Counsel for Plaintiff, Ifeoma Ebo

STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO THE CLAIMS OF IFEOMA EBO
AND TERAH KUYKENDALL-MONTOYA