**BEN CRUMP, PLLC**
BENJAMIN L. CRUMP
(*Admitted pro hac vice*)
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
(800) 713-1222
court@bencrump.com

**STOWELL & FRIEDMAN LTD.**
LINDA D. FRIEDMAN
(*Admitted pro hac vice*)
303 W. Madison St., Ste. 2600
Chicago, Illinois 60606
(312) 431-0888
Lfriedman@sfltd.com

*Attorneys for Christopher Williams*

**PROSKAUER ROSE**
Bart H. Williams (SBN: 134009)
2029 Century Park E, #2400
Los Angeles, CA 90067
bwilliams@proskauer.com
(310) 384-4520

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*In re Wells Fargo Mortgage Discrimination Litigation*

**Case No. 3:22-CV-00990-JD**

**JOINT STATUS REPORT OF PLAINTIFF CHRISTOPHER WILLIAMS AND DEFENDANT WELLS FARGO BANK, N.A.**

Plaintiff Christopher Williams ("Plaintiff") and Defendant Wells Fargo Bank, N.A. hereby respectfully submit this joint status report pursuant to the Court's May 14, 2026 Order (Dkt. No. 343) (the "Order").

**JOINT STATUS REPORT**

Following Plaintiff's request for a 60-day stay (Dkt. No. 340), which the Court granted in the Order, the parties met and conferred regarding potential resolution of this matter and have agreed to participate in mediation on September 23, 2026, with the Honorable Layn Phillips. Accordingly, the parties respectfully request that the Court continue the stay until September 25, 2026, the Friday following the scheduled mediation.

Respectfully submitted,

Dated: July 7, 2026

By: *<u>/s/ Linda Freidman</u>*
Linda Freidman

By: *<u>/s/ Bart Williams</u>*
Bart Williams

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, the foregoing was filed electronically in this Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in this case.

*/s/ Bart Williams*
Bart Williams