**PROSKAUER ROSE**
Bart H. Williams (SBN: 134009)
bwilliams@proskauer.com
Susan L. Gutierrez (SBN: 273980)
sgutierrez@proskauer.com
(310)-557-2900
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

**PROSKAUER ROSE**
Lee M. Popkin (admitted *pro hac vice*)
lpopkin@proskauer.com
(212) 969-3000

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*In re Wells Fargo Mortgage Discrimination Litigation*

**Case No. 3:22-CV-00990-JD**

**STATEMENT OF DEFENDANT WELLS FARGO BANK, N.A. RE: CASE STATUS**

Defendant Wells Fargo Bank, N.A. (Wells Fargo) respectfully notifies the Court that it participated in mediation with Plaintiff Christopher Williams and the Honorable Layn Phillips on September 23, 2026, but did not resolve the dispute. Accordingly, Defendant requests that the case, which was closed by the Court on September 30, 2026, be reopened and that the previously-imposed stay be lifted.

Dated: September 30, 2026

Respectfully submitted,

By: Bart H. Williams

Bart Williams