Sam Sani (SBN 2733993)
SANI LAW, APC
595 E. Colorado Blvd., Suite 522
Pasadena, CA 91101
Telephone: (310) 935-0405
ssani@sanilawfirm.com

Benjamin Crump (*pro hac vice*)
BEN CRUMP, PLLC
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
Tel: (800) 713-1222
court@bencrump.com

Linda D. Friedman (*pro hac vice*)
STOWELL & FRIEDMAN LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Telephone: (312) 431-0888
lfriedman@sfltd.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE DISCRIMINATION LITIGATION | CASE NO: 3:22-cv-00990-JD<br>Hon. James Donato<br><br>**UNOPPOSED MOTION TO RESET STATUS CONFERENCE AND PERMIT COUNSEL TO APPEAR REMOTELY**<br><br>Hearing Date: October 29, 2026<br>Time: 11:00 a.m. PDT<br>Location: Courtroom 11, 19th Floor<br>Judge: James Donato<br><br>**Jury Trial Demanded** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 29, 2026 at 11:00 a.m. in Courtroom 11, on the 19th floor of the United States District Court for the Northern District of California, Phillip Burton Federal Building, located at 450 Golden Gate Ave., San Francisco, California 94102, Plaintiff Christopher Williams, by and through his attorneys, Stowell & Friedman, Ltd., Ben Crump, PLLC, and Sani Law, APC, will move the Court for to reset the status conference and permit counsel to appear remotely.

Plaintiff's Motion is based upon this Notice of Motion and Motion, sworn declaration, the papers on file in this case, any oral argument that may be heard by the Court, and any other matters that the Court deems appropriate.

DATED: October 21, 2026

Respectfully submitted,

*/s/ Linda D. Friedman*
Linda D. Friedman

Pursuant to Local Rule 7-11, the undersigned counsel, on behalf of Plaintiff Christopher Williams, hereby respectfully requests that the Court reset the October 29, 2026 status conference to November 3, 2026, or as soon thereafter as is convenient for the Court, and to permit counsel to appear remotely for the status conference. This request is supported by the Declaration of Linda D. Friedman, filed herewith. Plaintiff's counsel has conferred with Defendant's counsel, and Defendant's counsel does not oppose the relief requested in this motion.

1. On September 30, 2026, this Court closed the case on the understanding that all parties had settled. (ECF No. 349.)

2. On September 30, 2026, Defendant advised the Court that not all parties had resolved their disputes and requested that the matter be reopened. (ECF No. 350.)

3. On October 2, 2026, this Court set a status conference on this matter for October 29, 2026 at 11:00 a.m. (ECF No. 351)

4. The remaining Plaintiffs in this matter are represented by multiple law firms with multiple attorneys whose attendance at the status conference would be important to ensure that the Court is fully apprised of the status of the dispute;

5. The attorneys who intend to appear on behalf of the remaining Plaintiffs cannot all appear on October 29, 2026 at 11:00 a.m. before this Court;

6. Having consulted their schedules, Plaintiff respectfully proposes that the hearing be reset to November 3, 2026, or as soon thereafter as is convenient for the Court

7. Should the status conference be rescheduled, the Parties would continue during the intervening week to engage in negotiations that could resolve or substantially narrow the remaining disputes;

8. Additionally, permitting remote appearances would facilitate coordinating the schedules of multiple counsel with varying schedules and primary offices outside this District and ensuring attendance of counsel at the hearing;

9. This includes the appearance of lead counsel Linda D. Friedman who is caring for her elderly parent who is terminally ill. In-person appearance at a morning status hearing in San

Francisco typically requires overnight travel from Chicago, which imposes a hardship on caregiving duties, though same-day travel afternoon hearings may be feasible for Ms. Friedman in-person. (Friedman Decl. ¶ 2.)

10. Plaintiff therefore respectfully requests that the Court permit remote appearances at the upcoming status conference, whether reset or maintained on the current date.

11. Plaintiff's counsel conferred with Defendant's counsel on October 21, 2026 and was advised that Defendant does not oppose the relief requested in this motion. (Friedman Decl. ¶ 3.)

DATED: October 21, 2026

Respectfully submitted,

BEN CRUMP, PLLC

/s/*Benjamin Crump*
BENJAMIN CRUMP (Appearing pro hac vice)
**BEN CRUMP, PLLC**
633 Pennsylvania Avenue Northwest
Floor 2
Washington D.C. 20004
Tel: (800) 713-1222
court@bencrump.com

STOWELL & FRIEDMAN, LTD.

By: */s/ Linda D. Friedman*
LINDA D. FRIEDMAN (Appearing pro hac vice)
SUZANNE E. BISH (Appearing pro hac vice)
**STOWELL & FRIEDMAN LTD.**
303 W. Madison St.
Suite 2600
Chicago, Illinois 60606
Phone: (312) 431-0888
Lfriedman@sfltd.com

Attestation under N.D. Cal. L.R. 5-1: the ECF filer of this document attests that all of the other signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

SANI LAW FIRM

SAM SANI (local counsel)
**SANI LAW FIRM**
15720 Ventura Blvd.
Suite 405
Encino, CA 94612
Tel: (310) 935-0405
ssani@sanilawfirm.com
*Attorneys for Plaintiff Christopher Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2026, I electronically filed the foregoing document entitled **UNOPPOSED MOTION TO RESET STATUS CONFERENCE AND TO APPEAR REMOTELY AT CONFERENCE** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: October 21, 2026,

By: *<u>/s/ Linda D Friedman</u>*
Linda Friedman